IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| BETHANY DITZLER | : | |
| 1329 Jerusalem Chapel Road, | : | |
| Churchville, VA 24421 | : | CIVIL ACTION - MEDICAL |
| Plaintiff | : | |
| v. | : | |
| | : | |
| PINNACLEHEALTH OBSTETRICS | : | |
| AND GYNECOLOGY SPECIALISTS | : | PROFESSIONAL LIABILITY ACTION |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| PINNACLEHEALTH MEDICAL | : | |
| SERVICES | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| UPMC PINNACLE HARRISBURG | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| HARRISBURG HOSPITAL | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| PINNACLEHEALTH | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| PINNACLEHEALTH HOSPITALS, INC. | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| PINNACLEHEALTH HARRISBURG | : | |
| HOSPITAL | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| HANFORD NDLOVU | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |
| and | : | |
| BEVERLY A. HALL NDLOVU | : | |
| 100 South 2nd Street, Suite 4A | : | |
| Harrisburg, PA 17101 | : | |

and                                          :
LEE BLECHER                                  :
14 Canfield Ct.                              :
Potomac, MD 20854                            :
                    Defendants               :

## **CERTIFICATE OF MERIT AS TO**
## **HANFORD NDLOVU**

I, Thomas F. Sacchetta, Esquire, certify that:

X        An appropriate licensed professional has supplied a written statement to the
         undersigned that there is a basis to conclude that the care, skill or knowledge exercised
         or exhibited by this defendant in the treatment, practice or work that is the subject of
         the complaint, fell outside acceptable professional standards and that such conduct was
         a cause in bringing about the harm;

**OR**

X        the claim that this defendant deviated from an acceptable professional standard is based
         solely on allegations that other licensed professionals for whom this defendant is
         responsible deviated from an acceptable professional standard and an appropriate
         licensed professional has supplied a written statement to the undersigned that there is
         a basis to conclude that the care, skill or knowledge exercised or exhibited by the other
         licensed professionals in the treatment, practice or work that is the subject of the
         complaint, fell outside acceptable professional standards and that such conduct was a
         cause in bringing about the harm;

**OR**

☐        expert testimony of an appropriate licensed professional is unnecessary for prosecution
         of the claim against this defendant.


                              /s/Thomas F. Sacchetta
                              THOMAS F. SACCHETTA, ESQUIRE
                              Attorney for plaintiff