| | |
|---|---|
| BETHANY DITZLER,<br>        Plaintiffs<br><br>        v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HARRISBURG; HARRISBURG HOSPITAL; PINNACLEHEALTH MEDICAL SERVICES; PINNACLEHEALTH; PINNACLEHEALTH HOSPITALS, INC; PINNACLEHEALTH HARRISBURG HOSPITAL; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>        Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION - LAW<br><br>NO. 21-3533<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ___ day of _____, 2021, upon the Stipulation of Counsel to Amend the Caption and Plaintiff's Complaint it is hereby ordered and decreed that the Complaint shall be amended as set forth in the stipulation and the caption shall read as follows:

| | |
|---|---|
| BETHANY DITZLER,<br>        Plaintiffs<br><br>        v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HOSPITALS; UPMC PINNACLE; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>        Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION - LAW<br><br>NO. 21-3533<br><br>JURY TRIAL DEMANDED |

BY THE COURT:

_____ J.

8837432.1

SACCHETTA & BALDINO
Thomas F. Sacchetta, Esquire
Court I.D. No. 46834
308 E. Second Street
Media, PA 19063
(717) 299-5201

*Attorney for Plaintiff*

---

| | |
|---|---|
| BETHANY DITZLER,<br>          Plaintiffs<br><br>          v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HARRISBURG; HARRISBURG HOSPITAL; PINNACLEHEALTH MEDICAL SERVICES; PINNACLEHEALTH; PINNACLEHEALTH HOSPITALS, INC; PINNACLEHEALTH HARRISBURG HOSPITAL; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>          Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>NO. 21-3533<br><br>JURY TRIAL DEMANDED |

---

## STIPULATION OF COUNSEL TO AMEND THE CAPTION AND PLAINTIFFS' COMPLAINT

It is hereby stipulated and agreed by the undersigned counsel for the relevant parties that "UPMC Pinnacle Hospitals" is the proper name for the entities identified in the Complaint as "UPMC Pinnacle Harrisburg," "Harrisburg Hospital," "PinnacleHealth Hospitals, Inc.," and "PinnacleHealth Harrisburg Hospital" in Plaintiffs' Complaint as "UPMC Pinnacle Health Harrisburg." It is further agreed that "UPMC Pinnacle" is the proper name for the parent corporation of UPMC Pinnacle Hospitals, which is identified in the Complaint as "PinnacleHealth." It is, therefore, hereby agreed that all instances of the names "UPMC Pinnacle Harrisburg," "Harrisburg Hospital," "PinnacleHealth Hospitals, Inc.," and "PinnacleHealth Harrisburg Hospital" shall be stricken from the Complaint and "UPMC Pinnacle Hospitals" shall be substituted in their place. Similarly, all instances of the

8837432.1

name "PinnacleHealth" shall be stricken from the Complaint and "UPMC Pinnacle" shall be substituted in its place. The amended caption should read as follows:

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HOSPITALS; UPMC PINNACLE; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>　　　　Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>NO. 21-3533<br><br><br>JURY TRIAL DEMANDED |

　　　　IN WITNESS WHEREOF, the parties, by their counsel, have caused this Stipulation to be executed and intend to be legally bound thereby.

Date: 10/19/21

SACCHETTA & BALDINO

BY: _____
　　　Thomas F. Sacchetta, Esquire
　　　308 E. Second Street
　　　Media, PA 19063
　　　Attorney for Plaintiff

Date: 10/12/21

BARLEY SNYDER

BY: _____Peter Faben_____
　　　Peter J. Faben, Esquire
　　　126 East King Street
　　　Lancaster, PA 17602
　　　Attorneys for Defendants PinnacleHealth Obstetrics and Gynecology Specialists, UPMC Pinnacle Harrisburg; Harrisburg Hospital; PinnacleHealth Medical Services; PinnacleHealth; PinnacleHealth Hospitals, Inc; PinnacleHealth Harrisburg Hospital; and Lee Blecher, M.D.

8837432.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation has been served this 19th day of October, 2021, by email, upon:

      Andrew H. Foulkrod, Esquire
      Eric Lauerman, Esquire
      Cipriani & Werner, P.C.
      1011 Mumma Road, Suite 201
      Lemoyne, PA  17043

      Peter J. Faben, Esquire
      Barley Snyder
      126 East King Street
      Lancaster, PA  17602

                      SACCHETTA & BALDINO

BY: _____
                    Thomas F. Sacchetta, Esquire

8837432.1