| | |
|---|---|
| BETHANY DITZLER,<br>          Plaintiffs<br><br>          v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HARRISBURG; HARRISBURG HOSPITAL; PINNACLEHEALTH MEDICAL SERVICES; PINNACLEHEALTH; PINNACLEHEALTH HOSPITALS, INC; PINNACLEHEALTH HARRISBURG HOSPITAL; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>          Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>NO. 21-3533<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ___ day of _____, 2021, upon the Stipulation of Counsel to Transfer This Case to the Middle District of Pennsylvania it is hereby ordered and decreed that the case shall be transferred to the Middle District of Pennsylvania.

                                                              BY THE COURT:

                                                              _____ J.

SACCHETTA & BALDINO
Thomas F. Sacchetta, Esquire
Court I.D. No. 46834
308 E. Second Street                           *Attorney for Plaintiff*
Media, PA 19063
(717) 299-5201

---

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HARRISBURG; HARRISBURG HOSPITAL; PINNACLEHEALTH MEDICAL SERVICES; PINNACLEHEALTH; PINNACLEHEALTH HOSPITALS, INC; PINNACLEHEALTH HARRISBURG HOSPITAL; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>　　　　　Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>NO. 21-3533<br><br>JURY TRIAL DEMANDED |

---

## STIPULATION OF COUNSEL TO TRANSFER THIS CASE TO THE MIDDLE DISTRICT OF PENNSYLVANIA

It is hereby stipulated and agreed by the undersigned counsel for all parties that this case is properly venued in the Middle District of Pennsylvania and was inadvertently filed in the Eastern District of Pennsylvania. The parties therefore respectfully request transfer of this matter to the Middle District of Pennsylvania pursuant to 28 U.C.S.A. § 1404(b).

IN WITNESS WHEREOF, the parties, by their counsel, have caused this Stipulation to be executed and intend to be legally bound thereby.

Date: 10/19/21　　　　　　　　　　BY: SACCHETTA & BALDINO
　　　　　　　　　　　　　　　　　　　　Thomas F. Sacchetta, Esquire
　　　　　　　　　　　　　　　　　　　　308 E. Second Street
　　　　　　　　　　　　　　　　　　　　Media, PA 19063

8837575.1

Attorney for Plaintiff

CIPRIANI & WERNER

Date: 10/19/21

BY: /s/Eric Lauerman
Andrew H. Foulkrod, Esquire
Eric Lauerman, Esquire
1011 Mumma Road, Suite 201
Lemoyne, PA 17043-1145
Attorneys for Defendants
Hanford Ndlovu, M.D. and Beverly A Hall
Ndlovu, M.D.

BARLEY SNYDER

Date: 10/12/21

BY: *Peter Faben*
Peter J. Faben, Esquire
126 East King Street
Lancaster, PA 17602
Attorneys for Defendant
UPMC Pinnacle Hospitals

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation has been served this __19th__ day of __October__, 2021, by email, upon:

>Andrew H. Foulkrod, Esquire
>Eric Lauerman, Esquire
>Cipriani & Werner, P.C.
>1011 Mumma Road, Suite 201
>Lemoyne, PA  17043
>
>Peter J. Faben, Esquire
>Barley Snyder
>126 East King Street
>Lancaster, PA  17602

SACCHETTA & BALDINO

BY: _____
Thomas F. Sacchetta, Esquire

8837575.1