| | |
|---|---|
| BETHANY DITZLER,<br>Plaintiffs<br><br>v.<br><br>PINNACLEHEALTH OBSTETRICS AND<br>GYNECOLOGY SPECIALISTS, UPMC PINNACLE<br>HARRISBURG; HARRISBURG HOSPITAL;<br>PINNACLEHEALTH MEDICAL SERVICES;<br>PINNACLEHEALTH; PINNACLEHEALTH<br>HOSPITALS, INC; PINNACLEHEALTH<br>HARRISBURG HOSPITAL; HANFORD<br>NDLOVU; BEVERLY A HALL NDLOVU; and<br>LEE BLECHER<br>Defendants | IN THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF<br>PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>NO.  21-3533<br><br>JURY TRIAL DEMANDED |

## <u>ORDER</u>

AND NOW, this 25TH day of _____OCTOBER_____, 2021, upon the Stipulation of Counsel

to Transfer This Case to the Middle District of Pennsylvania it is hereby ordered and decreed

that the case shall be transferred to the Middle District of Pennsylvania.

BY THE COURT:

_/S/ WENDY BEETLESTONE, J._____

WENDY BEETLESTONE,          J.

8837575.1

**SACCHETTA & BALDINO**
Thomas F. Sacchetta, Esquire
Court I.D. No. 46834
308 E. Second Street          *Attorney for Plaintiff*
Media, PA 19063
(717) 299-5201

---

BETHANY DITZLER,                        IN THE UNITED STATES DISTRICT COURT
           Plaintiffs                 FOR THE EASTERN DISTRICT OF
                                        PENNSYLVANIA
         v.                          CIVIL ACTION - LAW

PINNACLEHEALTH OBSTETRICS AND           NO. 21-3533
GYNECOLOGY SPECIALISTS, UPMC PINNACLE
HARRISBURG; HARRISBURG HOSPITAL;
PINNACLEHEALTH MEDICAL SERVICES;        JURY TRIAL DEMANDED
PINNACLEHEALTH; PINNACLEHEALTH
HOSPITALS, INC; PINNACLEHEALTH
HARRISBURG HOSPITAL; HANFORD
NDLOVU; BEVERLY A HALL NDLOVU; and
LEE BLECHER
           Defendants

---

## STIPULATION OF COUNSEL TO TRANSFER THIS CASE TO THE MIDDLE DISTRICT OF PENNSYLVANIA

It is hereby stipulated and agreed by the undersigned counsel for all parties that this

case is properly venued in the Middle District of Pennsylvania and was inadvertently filed in

the Eastern District of Pennsylvania. The parties therefore respectfully request transfer of

this matter to the Middle District of Pennsylvania pursuant to 28 U.C.S.A. § 1404(b).

IN WITNESS WHEREOF, the parties, by their counsel, have caused this Stipulation to

be executed and intend to be legally bound thereby.

SACCHETTA & BALDINO

Date: ___10/19/21___          BY: _____
                                   Thomas F. Sacchetta, Esquire
                                   308 E. Second Street
                                   Media, PA 19063

8837575.1

Attorney for Plaintiff

CIPRIANI & WERNER

Date: 10/19/21

BY: /s/Eric Lauerman

Andrew H. Foulkrod, Esquire
Eric Lauerman, Esquire
1011 Mumma Road, Suite 201
Lemoyne, PA  17043-1145
Attorneys for Defendants
Hanford Ndlovu, M.D. and Beverly A Hall
Ndlovu, M.D.

BARLEY SNYDER

Date: 10/12/21

BY: Peter Faben

Peter J. Faben, Esquire
126 East King Street
Lancaster, PA  17602
Attorneys for Defendant
UPMC Pinnacle Hospitals

BY THE COURT:

/S/WENDY BEETLESTONE,  J.

WENDY BEETLESTONE, J.

DATE: 10/25/2021

8837575.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation has been

served this __19th__ day of __October_____ , 2021, by email, upon:

> Andrew H. Foulkrod, Esquire
> Eric Lauerman, Esquire
> Cipriani & Werner, P.C.
> 1011 Mumma Road, Suite 201
> Lemoyne, PA  17043
>
> Peter J. Faben, Esquire
> Barley Snyder
> 126 East King Street
> Lancaster, PA  17602

SACCHETTA & BALDINO

BY: _____
Thomas F. Sacchetta, Esquire

8837575.1