# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:21−cv−03533−WB

Ditzler v. Pinnaclehealth Obstetrics and Gynecology Specialists et al
Assigned to: HONORABLE WENDY BEETLESTONE
Cause: 28:1332 Diversity−Medical Malpractice

Date Filed: 08/09/2021
Date Terminated: 10/25/2021
Jury Demand: Plaintiff
Nature of Suit: 362 P.I.: Medical Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Bethany Ditzler**  represented by  **THOMAS F. SACCHETTA**
SACCHETTA & BALDINO
308 E. SECOND ST
MEDIA, PA 19063
610−891−9212
Fax: 610−891−7190
Email: tom@sbattorney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pinnaclehealth Obstetrics and Gynecology Specialists**

**Defendant**

**UPMC Pinnacle Harrisburg**  represented by  **PETER JOHN FABEN**
COOLEY MANION JONES
112 BLUE RIDGE CT
NEWARK, DE 19702
302−657−2100
Email: pfaben@cmjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harrisburg Hospital**

**Defendant**

**Pinnaclehealth Medical Services**

**Defendant**

**Pinnaclehealth**

**Defendant**

**Pinnaclehealth Hospitals, Inc.**

**Defendant**

**Pinnaclehealth Harrisburg Hospital**

**Defendant**

| | |
|---|---|
| **HANFORD NDLOVU** | represented by **ERIC W. LAUERMAN**<br>CIPRIANI & WERNER PC<br>1011 MUMMA RD SUITE 201<br>LEMOYNE, PA 17043<br>717–975–9600<br>Email: elauerman@c–wlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Beverly A. Hall Ndlovu** | represented by **ERIC W. LAUERMAN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Lee Blecher**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2021 | Ï 1 | COMPLAINT against All Defendants, filed by Bethany Ditzler. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form, # 3 Summons, # 4 Certificate of Merit, # 5 Certificate of Merit, # 6 Certificate of Merit, # 7 Certificate of Merit, # 8 Certificate of Merit, # 9 Certificate of Merit, # 10 Certificate of Merit, # 11 Certificate of Merit, # 12 Certificate of Merit, # 13 Certificate of Merit)(SACCHETTA, THOMAS) (Entered: 08/10/2021) |
| 08/11/2021 | Ï | Summons Issued as to Lee Blecher, Harrisburg Hospital, HANFORD NDLOVU, Beverly A. Hall Ndlovu, Pinnaclehealth, Pinnaclehealth Harrisburg Hospital, Pinnaclehealth Hospitals, Inc., Pinnaclehealth Medical Services, Pinnaclehealth Obstetrics and Gynecology Specialists, UPMC Pinnacle Harrisburg. E–MAILED To: COUNSEL on 8/11/21 (bw, ) (Entered: 08/11/2021) |
| 09/28/2021 | Ï 2 | WAIVER OF SERVICE Returned Executed by Bethany Ditzler. Lee Blecher waiver sent on 9/23/2021, answer due 11/22/2021; Harrisburg Hospital waiver sent on 9/23/2021, answer due 11/22/2021; Pinnaclehealth waiver sent on 9/23/2021, answer due 11/22/2021; Pinnaclehealth Harrisburg Hospital waiver sent on 9/23/2021, answer due 11/22/2021; Pinnaclehealth Hospitals, Inc. waiver sent on 9/23/2021, answer due 11/22/2021; Pinnaclehealth Medical Services waiver sent on 9/23/2021, answer due 11/22/2021; Pinnaclehealth Obstetrics and Gynecology Specialists waiver sent on 9/23/2021, answer due 11/22/2021; UPMC Pinnacle Harrisburg waiver sent on 9/23/2021, answer due 11/22/2021. (SACCHETTA, THOMAS) (Entered: 09/28/2021) |
| 09/30/2021 | Ï 3 | WAIVER OF SERVICE Returned Executed by Bethany Ditzler. HANFORD NDLOVU waiver sent on 9/30/2021, answer due 11/29/2021; Beverly A. Hall Ndlovu waiver sent on 9/30/2021, answer due 11/29/2021. (SACCHETTA, THOMAS) (Entered: 09/30/2021) |
| 10/18/2021 | Ï 4 | NOTICE ZOOM VIDEO HEARING: PRETRIAL CONFERENCE SET FOR 11/1/2021 10:00 AM BEFORE THE HONORABLE WENDY BEETLESTONE. THE PARTIES SHALL CONFER AS |

| | | |
|---|---|---|
| | | TO WHO WILL SCHEDULE AND CIRCULATE ZOOM INFORMATION TO CHAMBERS AT chambers_of_judge_beetlestone@paed.uscourts.gov (Attachments: # 1 ELECTRONIC DISCOVERY ORDER, # 2 JOINT REPORT OF RULE 26 F.)(amw, ) (Entered: 10/18/2021) |
| 10/19/2021 | 5 | STIPULATION *To Amend the Caption and Complaint* by Bethany Ditzler. (SACCHETTA, THOMAS) (Entered: 10/19/2021) |
| 10/19/2021 | 6 | STIPULATION *to Transfer Case* by Bethany Ditzler. (SACCHETTA, THOMAS) (Entered: 10/19/2021) |
| 10/25/2021 | 7 | STIPULATION AND ORDER THAT THE STIPULATION OF COUNSEL TO TRANSFER THIS CASE TO THE MIDDLE DISTRICT OF PENNSYLVANIA. SIGNED BY HONORABLE WENDY BEETLESTONE ON 10/25/21. 10/25/21 ENTERED AND COPIES E–MAILED. *NOT MAILED TO UNREPS. (jaa, ) (Entered: 10/25/2021) |