| | |
|---|---|
| **BARLEY SNYDER**<br>Peter J. Faben, Esquire<br>Court I.D. No. 319779<br>126 East King Street<br>Lancaster, PA 17602<br>(717) 299-5201 | *Attorneys for PinnacleHealth Obstetrics<br>and Gynecology Specialists,<br>PinnacleHealth Medical Services,<br>UPMC Pinnacle Hospitals,<br>UPMC Pinnacle and Lee Blecher, M.D.* |

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　　　Plaintiffs<br><br>　　　　v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, HANFORD NDLOVU, BEVERLY A HALL NDLOVU, and LEE BLECHER,<br>　　　　　　Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>C.A. No. 1:21-CV-1852<br><br>(JUDGE CONNER)<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF COUNSEL TO AMEND THE CAPTION

1.　Counsel for Plaintiff and counsel for the PinnacleHealth Obstetrics and Gynecology Specialists, PinnacleHealth Medical Services, UPMC Pinnacle Hospitals, UPMC Pinnacle, and Lee Blecher, M.D., previously agreed to make various revisions to the Complaint and the caption to correct the names of some of the defendant-entities.

2.　In that stipulation, a revised caption was submitted for this Honorable Court's approval, which was granted on November 2, 2021.

3.　It has since been noted that one of the named defendants, PinnacleHealth Medical Services, was inadvertently omitted from proposed caption that was submitted to the Court for approval.

4.　It is hereby stipulated and agreed by the undersigned counsel for the relevant parties that correct caption should be amended again to read as follows:

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　Plaintiffs<br><br>　　v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES; UPMC PINNACLE HOSPITALS; UPMC PINNACLE; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>　　　　Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>C.A. No. 1:21-CV-1852<br><br>(JUDGE CONNER)<br><br>JURY TRIAL DEMANDED |

IN WITNESS WHEREOF, the parties, by their counsel, have caused this Stipulation to be executed and intend to be legally bound thereby.

Date: 11-19-2021

SACCHETTA & BALDINO

BY: _/s/ Thomas F. Sacchetta_
Thomas F. Sacchetta, Esquire
308 E. Second Street
Media, PA 19063
Attorney for Plaintiff

Date: November 22, 2021

BARLEY SNYDER LLP

BY: _/s/ Peter Faben_
Peter J. Faben, Esquire
126 East King Street
Lancaster, PA 17602
Attorneys for Defendants PinnacleHealth Obstetrics and Gynecology Specialists, PinnacleHealth Medical Services, UPMC Pinnacle Hospitals; UPMC Pinnacle; and Lee Blecher, M.D.

8947889.1
8947889.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation has been served this 22nd day of November, 2021, by CM/ECF and email, upon:

>Andrew H. Foulkrod, Esquire
>Eric Lauerman, Esquire
>Cipriani & Werner, P.C.
>1011 Mumma Road, Suite 201
>Lemoyne, PA  17043
>
>Peter J. Faben, Esquire
>Barley Snyder
>126 East King Street
>Lancaster, PA  17602

BARLEY SNYDER LLP

BY: _____
Peter J. Faben, Esquire

8947889.1
8947889.1