| | |
|---|---|
| BETHANY DITZLER,<br>          Plaintiffs<br><br>v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, HANFORD NDLOVU, BEVERLY A HALL NDLOVU, and LEE BLECHER,<br>          Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>C.A. No. 1:21-CV-1852<br><br>(JUDGE CONNER)<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ___ day of _____, 2021, upon the Stipulation of Counsel to Amend the Caption, it is hereby ordered and decreed that the caption shall be amended to read as follows:

| | |
|---|---|
| BETHANY DITZLER,<br>          Plaintiffs<br><br>v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS; PINNACLEHEALTH MEDICAL SERVICES; UPMC PINNACLE HOSPITALS; UPMC PINNACLE; HANFORD NDLOVU; BEVERLY A HALL NDLOVU; and LEE BLECHER<br>                              Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION - LAW<br><br>C.A. No. 1:21-CV-1852<br><br>(JUDGE CONNER)<br><br>JURY TRIAL DEMANDED |

BY THE COURT:

_____ J.

8947889.1