IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETHANY DITZLER,** | : | CIVIL ACTION NO. 1:21-CV-1852 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, HANFORD NDLOVU, BEVERLY A HALL NDLOVU, and LEE BLECHER,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 22nd day of November, 2021, upon consideration of the stipulation (Doc. 11) of counsel to amend the caption in the above-captioned case, it is hereby ORDERED that the stipulation (Doc. 11) is APPROVED, the complaint is deemed amended as set forth in the stipulation, and the caption is amended as set forth above.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania