# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHANY DITZLER,** | **CIVIL ACTION –LAW** |
| **Plaintiffs** | |
| v. | **DOCKET NO: 1:21-CV-1852** |
| **PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES; UPMC PINNACLE HOSPITALS; UPMC PINNACLE; HANFORD NDLOVU; BEVERLY A. HALL NDLOVU; AND LEE BLECHER** | **JUDGE CONNER** |
| **Defendants** | **JURY TRIAL DEMAND** |
| **ENTRY OF APPEARANCE** | |

TO THE CLERK:

Kindly enter our appearance on behalf of Defendants, Pinnaclehealth Obstetrics and Gynecology Specialists, Pinnaclehealth Medical Services, UPMC Pinnacle Hospitals, UPMC Pinnacle and Lee Blecher in the above-captioned action.

Respectfully submitted,

GORDON & REES

Date: December 10, 2021

Thomas M. Chairs, Esquire
Attorney I.D. No.: 78565
111 North Front Street, Suite 100
Harrisburg, PA 17101
Tele: (717) 589-4600
E-mail: tchairs@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record this 10th day of December, 2021 , via the Electronic Filing System.

_____
Thomas M. Chairs, Esquire