# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:21-CV-1852 |
| | : | |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, HANFORD NDLOVU, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : | The Honorable Christopher C. Conner |
| | : | |
| | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance for the Defendants, Hanford Ndlovu and Beverly A. Hall Ndlovu in the above-captioned matter.

                                            MARSHALL, DENNEHEY, WARNER
                                            COLEMAN & GOGGIN

                                BY:_____
                                       Michael C. Mongiello, Esquire
                                       PA I.D. No. 87532
                                       100 Corporate Center Drive, Suite 201
                                       Camp Hill, PA 17011
                                       Telephone: (717) 651-3704
                                       mcmongiello@mdwcg.com
                                       Attorney for Hanford Ndlovu and
Date: December 17, 2021                 Beverly A. Hall Ndlovu

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am this 17th day of December, 2021, serving a true and correct copy of the foregoing document upon all known counsel and parties of record via ECF notification, which service satisfies the requirements of the Federal Rules of Civil Procedure:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063

Peter J. Faben, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602

Andrew H. Foulkrod, Esquire
Eric W. Lauerman, Esquire
Cipriani & Werner
1011 Mumma Road, Suite 201
Lemoyne, PA 17043-1145

Thomas M. Chairs, Esquire
Gordon & Rees, LLP
111 North Front Street, Suite 100
Harrisburg, PA 17101

                          MARSHALL, DENNEHEY, WARNER
                          COLEMAN & GOGGIN

                          BY:_____
                                Michael C. Mongiello, Esquire