# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
| Plaintiff | : | |
| | : | Civil Action No. 1:21-cv-01852-CCC |
| v. | : | |
| | : | |
| PINNACLEHEALTH OBSTETRICS | : | The Honorable Christopher C. Conner |
| AND GYNECOLOGY SPECIALISTS, | : | |
| PINNACLEHEALTH MEDICAL | : | |
| SERVICES, UPMC PINNACLE | : | *Electronically Filed* |
| HOSPITALS, UPMC PINNACLE, | : | |
| HANFORD NDLOVU, BEVERLY A. | : | |
| HALL NDLOVU and LEE BLECHER, | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance for the Defendants Hanford Ndlovu, M.D. and Beverly A. Hall-Ndlovu, M.D. in the above-captioned matter.

        MARSHALL, DENNEHEY, WARNER
        COLEMAN & GOGGIN

By: _____
        Michael C. Mongiello, Esquire
        PA I.D. No. 87532
        Karen E. Minehan, Esquire
        PA I.D. No. 78050
        100 Corporate Center Drive, Suite 201
        Camp Hill, PA 17011
        Telephone: (717) 651-3704 / (717) 641-3712
        mcmongiello@mdwcg.com
        keminehan@mdwcg.com
        Attorney for Hanford Ndlovu and

Date: December 27, 2021        Beverly A. Hall Ndlovu

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am this 27th day of December, 2021, serving a true and correct copy of the foregoing *Entry of Appearance* upon all known counsel and parties of record via ECF notification, which service satisfies the requirements of the Federal Rules of Civil Procedure:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
tom@sbattorney.com
*Attorney for Plaintiff*

Andrew H. Foulkrod, Esquire
Eric W. Lauerman, Esquire
Cipriani & Werner
1011 Mumma Road, Suite 201
Lemoyne, PA 17043-1145
afoulkrod@c-wlaw.com
elauerman@c-wlaw.com
*Attorneys for Hanford Ndlovu, M.D. and Beverly A. Hall-Ndlovu, M.D.*

Peter J. Faben, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602
pfaben@gbarley.com
*Attorney for PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services, UPMC Pinnacle Hospitals, and Lee Bleecher, M.D.*

Thomas M. Chairs, Esquire
Gordon & Rees, LLP
111 North Front Street, Suite 100
Harrisburg, PA 17101
tchairs@grsm.com
*Attorney for PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services, UPMC Pinnacle Hospitals, and Lee Bleecher, M.D.*

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

By: ___/s/ Karen E. Minehan___
      Karen E. Minehan