# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | CIVIL ACTION NO. 1:21-cv-01852-CCC |
| Plaintiff | : | |
| | : | The Honorable Christopher C. Conner |
| v. | : | |
| | : | *Electronically Filed* |
| PINNACLEHEALTH OBSTETRICS | : | |
| AND GYNECOLOGY SPECIALISTS, | : | |
| et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF CONCURRENCE

The undersigned counsel hereby certifies that I have inquired in writing and/or by telephone with counsel of record - Thomas F. Sacchetta, Esquire (Attorney for Plaintiff); Peter J. Faben, Esquire and Thomas M. Chairs, Esquire (Attorneys for PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services, UPMC Pinnacle Hospitals, and/or Lee Blecher, M.D.), and Andrew Foulkrod, Esquire and Eric Lauerman, Esquire (Attorneys for Hanford Ndlovu, M.D. and Beverly Hall-Ndlovu, M.D.) as to whether they concur in the Motion for Continuance of the January 6, 2022 Case Management Conference and they have all responded that they concur in said Motion.

                          MARSHALL, DENNEHEY, WARNER
                          COLEMAN & GOGGIN

                          By: _____
                          Michael C. Mongiello, Esquire
                          PA I.D. No. 87532
                          100 Corporate Center Drive, Suite 201
                          Camp Hill, PA  17011
                          Attorney for Hanford Ndlovu, M.D. and
Date: December 27, 2021       Beverly A. Hall Ndlovu, M.D.