# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 1:21-cv-01852-CCC |
| | : | |
| v. | : | |
| | : | |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, HANFORD NDLOVU, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : : : : : : : : | The Honorable Christopher C. Conner<br><br>*Electronically Filed* |
|     Defendants | : | JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 202\_\_, upon consideration of the Motion of Hanford Ndlovu, M.D. and Beverly A. Hall-Ndlovu, M.D. for Continuance of the January 6, 2022 Case Management Conference, it is hereby ORDERED and DECREED that said conference is now scheduled on _____, \_\_\_, 2022, at _____ a.m./p.m.

                BY THE COURT:

                _____
                Christopher C. Conner
                United States District Judge
                Middle District of Pennsylvania