UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:21-cv-01852-CCC |
| | : | |
| v. | : | |
| | : | |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, HANFORD NDLOVU, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : | The Honorable Christopher C. Conner |
| | : | |
| | : | *Electronically Filed* |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 27th day of December, 2021, upon consideration of the Motion of Hanford Ndlovu, M.D. and Beverly A. Hall-Ndlovu, M.D. for Continuance of the January 6, 2022 Case Management Conference, it is hereby ORDERED and DECREED that said conference is now scheduled on **February, 11, 2022, at 10:30 a.m.**

BY THE COURT:

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania