CIPRIANI & WERNER, P.C.
**Andrew Foulkrod, Esquire**
Attorney I.D. No. 77394
**Eric Lauerman, Esquire**
Attorney I.D. No. 316180
1011 Mumma Road
Suite 201
Lemoyne, PA 17043
(717) 975-9600

COUNSEL TO DEFENDANTS:
Hanford Ndlovu, M.D. and Beverley
Hall-Ndlovu, M.D.

| BETHANY DITZLER., <br><br> Plaintiff <br><br> v. <br><br> PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS; UPMC PINNACLE HOSPITALS; UPMCPINNACLE, HANFORD NDLOVU; BEVERLY A. HALL NDVOLU and LEE BLECHER <br><br> Defendants | IN THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA <br><br> CIVIL ACTION- LAW <br><br> NO. 2021-CV-01852 <br><br> JURY TRIAL DEMANDED |
|---|---|
| **WITHDRAWAL OF APPEARANCE** ||

TO THE PROTHONOTARY:

Kindly withdraw the appearance of Andrew Foulkrod, Esquire and Eric Lauerman, Esquire, of CIPRIANI & WERNER, P.C., as counsel for Defendants, Hanford Ndlovu, M.D., and Beverley Hall-Ndlovu, M.D. in the above case.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

Date: 12/29/21   By:   /s/ Eric Lauerman
Andrew Foulkrod, Esquire
Attorney ID: 77394
Eric Lauerman, Esquire
Attorney ID: 316180

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: CIPRIANI & WERNER, P.C.

Signature: _____
Desa Jurosky, Paralegal to Andrew Foulkrod, Esquire and Eric Lauerman, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2021, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served, via ECF and email, upon the following person(s) listed below:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
tom@sbattorney.com

Peter J. Faben, Esquire
Barley Snyder
126
East King Street
Lancaster, PA 17602-2893
pfaben@barley.com

CIPRIANI & WERNER, P.C.

By: /s/ Eric Lauerman
Eric Lauerman, Esquire
ID No. 316180
1011 Mumma Road, Suite 201
Lemoyne, PA 17043
(717) 975-9600
*Attorney for Hanford Ndlovu and*
*Beverly A. Hall Ndlovu*