**BARLEY SNYDER**
Peter J. Faben, Esquire
Court I.D. No. 319779
126 East King Street
Lancaster, PA 17602
(717) 299-5201

*Attorneys for PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services, and UPMC Pinnacle*

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　　Plaintiff<br><br>　　　v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS;<br>PINNACLEHEALTH MEDICAL SERVICES;<br>UPMC PINNACLE HOSPITALS;<br>UPMC PINNACLE; HANFORD NDLOVU;<br>BEVERLY A. HALL NDLOVU and LEE BLECHER,<br>　　　　　Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>NO. 2021-CV-01852<br><br>JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Peter J. Faben, Esquire on behalf of Lee Blecher, M.D. and UPMC Pinnacle Hospitals only, both of whom shall remain represented by other counsel. Peter J. Faben, Esquire will continue to represent Defendants PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services, and UPMC Pinnacle in this matter.

BARLEY SNYDER LLP

Date: 1/26/2022

BY: *Peter Faben*
Peter J. Faben, Esquire
126 East King Street
Lancaster, PA 17602-2893
717.299.5201

9043771.1

**CERTIFICATE OF SERVICE**
[Ditzler v. PinnacleHealth Obstetrics and Gynecology Specialists]

I HEREBY CERTIFY that a true and correct copy of the foregoing Withdrawal of Appearance has been served this 26th day of January, 2022, by CM/ECF and email, upon:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA  19063

Michael C. Mongiello, Esquire
Karen E. Minehan, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011

Thomas J. Chairs, Esquire
Gordon Rees Scully Mansukhani, LLP
111 North Front Street, Suite 100
Harrisburg, PA  17101

Frank J. Brier, Esquire
Myers Brier & Kelly, LLP
Suite 200
425 Spruce Street
Scranton, PA  18503

BARLEY SNYDER LLP

BY: *Peter Faben*
Peter J. Faben, Esquire
126 East King Street
Lancaster, PA  17602-2893
717.299.5201

9043771.1