# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:21-cv-01852-CCC |
| | : | |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, BEVERLY A. HALL NDLOVU, and LEE BLECHER, | : | The Honorable Christopher C. Conner |
| | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this __20th__ day of _____April_____, 2022, upon consideration of the Stipulation of Counsel to Dismiss Defendant, Hanford Ndlovu Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which has been fully executed and filed of record, it is hereby ORDERED and DECREED that said Stipulation is approved and adopted by this Court, and the caption in the above-captioned action is amended as set forth above.

BY THE COURT:

/s/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania