**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BETHANY DITZLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 21-CV-1852** |
| | : | |
| **PINNACLEHEALTH OBSTETRICS** | : | **JUDGE CONNER** |
| **AND GYNECOLOGY SPECIALISTS,** | : | |
| **PINNACLEHEALTH MEDICAL** | : | |
| **SERVICES, UPMC PINNACLE** | : | |
| **HOSPITALS, UPMC PINNACLE,** | : | |
| **BEVERLY A. HALL NDLOVU,** | : | |
| **and LEE BLECHER,** | : | |
| | : | |
| **Defendants.** | : | **ELECTRONICALLY FILED** |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance ONLY as counsel for Defendant Lee Blecher,

M.D. in the above-referenced matter.

Respectfully submitted,

/s/ Suzanne P. Conaboy
Suzanne P. Conaboy (PA ID 314036)

Myers, Brier & Kelly, LLP             Attorney for Defendant, Lee Blecher,
425 Biden Street, Suite 200          M.D.
Scranton, PA 18503
(570) 342-6100

Date:  March 17, 2023

## CERTIFICATE OF SERVICE

I, Suzanne P. Conaboy, hereby certify that a true and correct copy of the

foregoing Withdrawal of Appearance was served upon the following counsel of record

via the Court's ECF system on this 17th day of March 2023:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
tom@sbattorney.com
*Attorney for Plaintiff*

Michael C. Mongiello, Esquire
Karen E. Minehan, Esquire
Marshall Dennehey
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
keminehan@mdwcg.com
mcmongiello@mdwcg.com
*Attorneys for Defendant Beverly A. Hall Ndlovu*

Thomas M. Chairs, Esquire
Gordon & Rees Scully, Mansukhani, LLP
111 North Front Street, Suite 100
Harrisburg, PA 17101
tchairs@grsm.com
*Attorney for UPMC Pinnacle Hospitals*

Peter John Faben, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602
pfaben@barley.com
*Attorney for PinnacleHealth Obstetrics and Gynecology Specialists, PinnacleHealth Medical Services, and UPMC Pinnacle*

/s/ Suzanne P. Conaboy