# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:21-cv-01852-CCC |
| | : | |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : : : : : : : | The Honorable Christopher C. Conner<br><br>JURY TRIAL DEMANDED |
|     Defendants | : | |

## *SECOND AMENDED* CASE MANAGEMENT ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Second Joint Unopposed Motion of All Parties to Extend the Current Case Management Deadlines, and for good cause shown, see Fed. R. Civ. P. 16(b)(4), it is hereby ORDERED that:

1. The second Joint Motion is GRANTED as set forth below.

2. The dates and deadlines applicable to the discovery and dispositive motion phase of the above-captioned civil action are amended as follows:

| | |
|---|---|
| **Fact Discovery:** | December 7, 2023 |
| **Affirmative Expert Reports:** | January 8, 2024 |
| **Responsive Expert Reports:** | February 8, 2024 |
| **Supplemental Expert Reports:** | February 22, 2024 |
| **Dispositive Motions and Supporting Briefs:** | March 14, 2024 |

3. Any request for extension of the discovery deadline must be made at least 14 days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause.

4. Any request for extension of the above time periods must be made by motion in conformity with Local Rules 5.1(g), 7.1, and 7.5 and must be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C. § 473(b)(3). Counsel shall not mutually agree to extend any time periods covered by this Order, the Federal Rules of Civil Procedure, or the Local Rules of Court without Court approval.

5. If dispositive motions are not filed by the deadline established in paragraph 1, the Court will schedule a telephonic conference call with the parties to discuss pretrial and trial scheduling. If the parties determine in advance of the dispositive motion deadline that no such motions will be filed, the parties shall so notify the Court.

6. All other aspects of the Court's case management order and civil practice order shall remain in full force and effect.

_____
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

LEGAL/153219145.v1