IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 21-CV-1852 |
| | : | |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, BEVERLY A. HALL NDLOVU, and LEE BLECHER, | : : : : : : : : | JUDGE CONNER |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties, by and through their respective counsel, hereby jointly move for entry of a Confidentiality and Protective Order. In support of this Joint Motion, the parties submit the attached proposed Confidentiality and Protective Order.

Respectfully submitted,

/s/ Frank J. Brier
Frank J. Brier

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated: May 4, 2023

## **CERTIFICATE OF CONCURRENCE/NON CONCURRENCE**

I, Frank J. Brier, hereby certify that I sought concurrence from all counsel of record. All counsel concur in this Joint Motion.

/s/ Frank J. Brier

Date: May 4, 2023

# CERTIFICATE OF SERVICE

I, Frank J. Brier, hereby certify that a true and correct copy of the foregoing Joint Motion was served upon the following counsel of record via the Court's ECF system on this 4th day of May 2023:

>Thomas F. Sacchetta, Esquire
>Sacchetta & Baldino
>308 East Second Street
>Media, PA 19063
>
>Peter J. Faben, Esquire
>Barley Snyder
>126 East King Street
>Lancaster, PA 17602
>
>Michael C. Mongiello, Esquire
>Karen E. Minehan, Esquire
>Marshall Dennehey
>100 Corporate Center Drive, Suite 201
>Camp Hill, PA 17011
>
>Thomas M. Chairs, Esquire
>Gordon & Rees Scully, Mansukhani, LLP
>111 North Front Street, Suite 100
>Harrisburg, PA 17101

/s/ Frank J. Brier
Frank J. Brier