UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER,<br>      Plaintiff,<br><br>  v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, BEVERLY A. HALL NDLOVU and LEE BLECHER,<br>      Defendants. | CIVIL ACTION NO. 1:21-CV-01852-CCC<br><br>The Honorable Christopher C. Conner |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Joint Motion for Partial Summary Judgment Regarding Allegations in the Complaint Not Supported by Expert Testimony and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Allegations of negligence, contained in Paragraph 38 (f), (i), (n), (o), (q), (t), (u), (v), and (w) of the Complaint and allegations of injuries and damages contained in Paragraph 40 (b), (d), and (g) of the Complaint are dismissed with prejudice.

_____
Christopher C. Connor
United States District Court
Middle District of Pennsylvania

1