# EXHIBIT "A"

**Page 1**

```
 1      IN THE UNITED STATES DISTRICT COURT

 2      MIDDLE DISTRICT OF PENNSYLVANIA

 3  BETHANY DITZLER            :

 4      Plaintiff             :

 5      vs.                   :

 6  PINNACLEHEALTH OBSTETRICS  :
    AND GYNECOLOGY SPECIALISTS, :
 7  PINNACLEHEALTH MEDICAL     :
    SERVICES, UMPC PINNACLE    :
 8  HOSPITALS, UMPC PINNACLE,  :
    BEVERLY A. HALL NDLOVU,    :
 9  and LEE BLECHER            :
                               : CASE NO.
10      Defendants            : 1:21-CV-1852

11                  - - -

12

13          March 21, 2023

14                  - - -

15      Oral deposition of LEE BLECHER, M.D.,

16  taken via Zoom video conferencing, pursuant

17  to notice, on the above date, beginning at

18  9:01 a.m., before Margaret Robinson, Court

19  Reporter and Notary Public.

20                  - - -

21

22
          BLUE ROCK REPORTING, INC.
23             P.O. Box 1723
         West Chester, PA  19380-9998
24             (610) 761-5150
```

**Page 2**

```
 1  APPEARANCES:

 2      SACCHETTA & BALDINO
        BY: BRUCE H. MacKNIGHT, JR., ESQ.
 3      308 East Second Street
        Media, PA 19063
 4        Counsel for Plaintiff

 5      MYERS, BRIER & KELLY, LLP
        BY: FRANK J. BRIER, ESQ.
 6        Counsel for Defendant Dr. Blecher

 7      GORDON & REES
        BY:AARON JAYMAN, ESQ.
 8        Counsel for Defendant Pinnacle Health

 9      BARLEY SNYDER
        BY: PETER FABEN, ESQ.
10        Counsel for Defendant UPMC

11      MARSHALL DENNEHEY
        BY: MICHAEL C. MONGIELLO, ESQ.
12        Counsel for Defendant Dr. Ndlovu

13

14                  - - -
```

**Page 3**

```
 1          I N D E X

 2  WITNESS                    PAGE

 3  DR. BLECHER

 4      By Mr. MacKnight        4
        By Mr. Faben           80
 5      By Mr. MacKnight       82

 6

 7              - - -

 8

 9

10      E X H I B I T S

11

12  NO.        DESCRIPTION     PAGE

13  Blecher-1 Curriculum Vitae.............. 83

14

15              - - -
```

**Page 4**

```
 1          (It was stipulated by and between

 2  counsel that reading, signing, sealing,

 3  certification and filing be waived; and that

 4  all objections, except as to the form of the

 5  question, be reserved until the time of

 6  trial.)

 7              - - -

 8          LEE BLECHER, M.D., duly sworn

 9  according to the law, was examined and

10  testified as follows:

11              - - -

12  BY MR. MacKNIGHT:

13  Q    Dr. Blecher, good morning.

14  A    Good morning.

15  Q    My name's Bruce MacKnight, I'm here to

16  take your deposition this morning.  I know

17  you have a hard stop time.

18          We're not going to go that long,

19  but so we can get through this quickly, I'm

20  going to give you some instructions, but

21  before I do that, I want to ask you, have you

22  ever given a deposition before?

23  A    No.

24  Q    Okay.  So a deposition is a simple
```

**5**

1    process, it's a question and answer session.
2    I'm going to ask questions, you're going to
3    provide me with some answers.
4          In that regard, we have the court
5    reporter taking down everything we say.
6    She's going to put everything we say into a
7    booklet, so that we can read it later if we
8    need to and use it at trial if we have to.
9          Since she's taking down everything
10   we say, we want to try and resist speaking
11   over each other, so if I'm asking a question,
12   I'm going to ask you to wait until I'm done
13   asking the question and start giving an
14   answer for a couple reasons.
15         The court reporter can't get us
16   both talking at the same time in the
17   transcript accurately, which is going to
18   cause a problem later when we're trying to
19   read it and understand what the question was
20   and what the answer was, so I'm going to ask
21   you to wait until I'm done asking my question
22   before you start giving an answer.
23         In the same regard, I'm going to
24   wait for you to give your answer before I ask

**6**

1    my next question, okay?
2    A    **Got it.**
3    Q    If I ask -- if I start asking a question
4    before you're fully done your answer, tell me
5    you're not done, I won't take any offense to
6    that, and I'll let you finish your answer,
7    okay?
8    A    **(Witness nods head.)**
9    Q    Yes?
10   A    **Yes.**
11   Q    The next instruction's going to address
12   what you just did there.  Because she's
13   taking down everything in the transcript, she
14   can't get the nod of the head or the shrug of
15   the shoulders or the uh-uh or uh-huhs down
16   accurately as a yes or no, so I'm just going
17   to ask that all your answers be verbal, so
18   she can get them down on the transcript,
19   because five or six months from now if I'm
20   reading the transcript, I'm not going to know
21   what the nod of the head was or what the
22   shake of the head was, okay?
23   A    **Yes.**
24   Q    If you forget I'll remind you.  I'm not

**7**

1    trying to be difficult, I just want to get an
2    answer down to help me with my memory later,
3    okay?
4    A    **Understood.**
5    Q    If I ask a question and you don't
6    understand it, tell me you don't understand
7    it, I'll re-ask it in a form that hopefully
8    you can understand and give an answer to.
9          You can tell me as many times as
10   you need to, that I've asked a bad question
11   or you don't understand it, I won't get
12   offended, I'll just keep rephrasing it until
13   you understand it, okay?
14   A    **Yes.**
15   Q    That's another reason I want you to wait
16   until I ask my question, my full question,
17   because I don't want you to anticipate where
18   the question is going, okay?
19   A    **Yes.**
20   Q    If you need to take a break at any point
21   in time, for any reason, as long as there's
22   not a question pending, just let me know and
23   we'll let you take that break, okay?
24   A    **Okay.**

**8**

1    Q    I don't need to know why you're asking
2    for the break, just let me know and we'll let
3    you take the break.
4          If you need to estimate on
5    something, that's fine, but I don't want you
6    to guess at anything today.  I don't know or
7    I don't recall is a perfectly fine answer.
8          I'm not here for you to try to
9    reach into the depths of your memory to try
10   and pull something out that you don't really
11   remember, okay, so just tell me what you
12   remember, and if you don't remember, it's
13   perfectly fine to say you don't remember,
14   okay?
15   A    **Understood.**
16   Q    I know some people in depositions get
17   frustrated when they seemingly don't remember
18   a lot of things.  Don't get frustrated, just
19   keep telling me you don't remember and that's
20   perfectly fine, okay?
21   A    **Okay.**
22   Q    Is there any reason, Doctor, physically,
23   mentally or any substance you may have
24   consumed, that would impair your ability to

9

```
 1   understand the questions I'm going to ask you
 2   today?
 3   A   No.
 4   Q   Same question, any physical, mental
 5   issue or substance you may have consumed,
 6   that would impair your ability to give
 7   accurate answers?
 8   A   No.
 9   Q   Just for the court reporter's purpose, I
10   don't know how far the computer is away from
11   you, but keep your voice up for the court
12   reporter so she can get everything down, and
13   if there's an issue with anybody's computer
14   or anything, if anybody freezes, the people
15   that are still here will hang out and wait
16   until the person gets back on, okay?
17   Okay.
18   Q   Sir, where are you currently located at?
19   A   Where do I live?
20   Q   No, where are you right now?
21   A   I'm sitting in a law firm in Rockville,
22   Maryland.
23   Q   Okay.  And I already have your address
24   and all that on your CV.  Let me ask you
```

10

```
 1   before I start asking my questions, did you
 2   review any documents before today's
 3   deposition?
 4   A   I reviewed the hard copy of the
     documents that you sent.
 5
 6   Q   How many pages was that?
 7   A   36 pages.
 8   Q   Okay.  And Doctor, before you reviewed
 9   that, did you understand what you were -- why
10   you were being deposed?
11   A   Yes.
12   Q   Okay.  And all your answers that you
13   give me today, I don't want to know anything
14   you discussed with your attorney, okay, I
15   just want to know what you know, so did you
16   have a chance to review the complaint in this
17   case?  That's the document we filed to start
18   the lawsuit.
19   A   A long time ago, it wasn't recently.
20   Q   Okay, let me ask you this, we're here
21   about a birth that occurred on August 17,
22   2001.
23        Before you reviewed anything, do
24   you have any independent recollection of
```

11

```
 1   August 17, 2001?
 2   A   No.
 3   Q   After you reviewed some documents,
 4   either the complaint or the documents that
 5   you said you have 36 pages of there, did that
 6   refresh any of your recollection about August
 7   17, 2001?
 8   A   No.
 9   Q   Okay, all right.  So Doctor, let me ask
10   you a couple questions about your education.
11   Where did you go to medical school?
12   A   It was called the Medical College of
13   Virginia at the time, presently it's called
14   the Virginia Commonwealth University School
15   of Medicine in Richmond, Virginia.
16   Q   And Doctor, like I said, I have a copy
17   of your CV, it's three pages long, it was
18   provided to me yesterday.  Is that CV
19   accurate and up to date?
20   A   The home address is changed.
21   Q   Okay.  But you have an attorney I can go
22   through, so I'm not going to worry about
23   that, I'm not going to get that on the
24   record.  Other than that, is everything else
```

12

```
 1   accurate on there?
 2   A   Yes.
 3   Q   Okay.  And Doctor, it looks like after
 4   medical school you went for your residency at
 5   UPMC in Pittsburgh?
 6   A   Correct, Saint Margaret's specifically.
 7   There's other programs affiliated with UPMC.
 8   Q   Okay.  And it was a family practice
 9   residency?
10   A   Correct.
11   Q   And it says obstetrics track
12   concentration.  Can you tell me what that
13   means?
14   A   It just allows an interested resident to
15   have more exposure on labor and delivery if
16   they choose.  It was pretty -- it wasn't
17   really formal.
18   Q   Okay.  And can you tell me when you say
19   it wasn't formal, but it says concentration
20   on your CV, what does that mean?
21   A   Some residency programs have different
22   concentrations, such as sports medicine or
23   geriatrics and they allow a resident to if
24   they're interested, to focus their electives
```

**13**

on that concentration.

There's nothing formal, as far as a designation on your diploma, you don't even necessarily sign up. I don't even remember if I checked a box, but they had that at the time as an opportunity.

Q   So let me see if I understand it. So when you went to your residency, your primary residency was in family practice?

A   **Correct.**

Q   Okay. So you wanted to become a family practice doctor, that was your interest?

A   **Yes.**

Q   Okay. And you're board certified in family practice, right?

A   **Yes.**

Q   Okay. And so I guess when you say an interest in obstetrics, is that whatever courses you had to take to fill in your credits or what have you, you took more courses in obstetrics as opposed to something else?

A   **It may have been that I did an elective in obstetrics and depending on the residency**

**14**

program, they have anywhere between six to eight weeks of electives.

I don't recall in my residency in 1998 to 2001, what that structure was like, so in general, not necessarily specific to me, many residency programs have concentrations and they allow you to use your electives in the field that you're interested in.

Q   Okay. And it looks like that residency at UPMC Saint Margaret's lasted -- you were there for three years?

A   **Correct.**

Q   Do you remember when you finished that, what month of 2001?

A   **I mean in general, residency programs start July 1st and so they probably end officially the week before.**

Q   And then I see that you went to Pinnacle Health at Harrisburg Hospital for a fellowship.

A   **Yes.**

Q   Okay. And not everybody goes through a fellowship, correct?

**15**

A   **That's correct.**

Q   Okay. But you were lucky enough to get this fellowship at Harrisburg Hospital?

A   **I don't understand lucky.**

Q   Well, I mean did -- maybe the wrong word. You were interested enough and applied for this fellowship and you got it at Harrisburg Hospital, right?

A   **I was happy to get that position, yes.**

Q   Okay. And when you -- when you -- and what did that fellow -- it looks like family medicine slash obstetrics and gynecology fellowship. Was that -- can you describe for me what the fellowship was about, what you did?

A   **So these fellowships, and depending on the year, there could be anywhere from 20 to 30 fellowships in the country, they're active now, they are not -- they do not gain you a certificate of added qualification, such as geriatrics, palliative care, sports medicine would, okay, these fellowships are designed for individuals who either want to do independent practice in areas that give**

**16**

family medicine practitioners privileges, or for those interested in academics.

Those are the two types of people who usually do these fellowships. These fellowships are generally you are not double boarded and you just have as part of your practice, an obstetrical part of your practice and you deliver babies, and part of the training is also to handle mostly, the family docs handle in the outpatient setting anyway, such as gynecologic -- minor gynecologic procedures, et cetera.

Q   Okay, so at that point was your goal to go into private practice or was your goal to go into education?

A   **Academics.**

Q   Academics, okay. So prior to getting the fellowship in your residency, had you participated in any births?

A   **Yes.**

Q   Okay. And is there a way over that three year residency, is there a way to estimate how many births that took place, you know, you were a participant in?

17

1  A  **It would be very hard, I would be**
2  **guessing.**
3  Q  Okay.  And I don't want you to guess,
4  that's fine.  You can't estimate, right?
5  A  **Correct.**
6  Q  Was it more than a hundred?
7  A  **No.**
8  Q  Okay.  More than fifty?
9  A  **Possibly.**
10  Q  Okay, somewhere between fifty and a
11  hundred, reasonable estimate?
12  A  **I think reasonably on the low end.**
13  Q  Okay.  Did you, Doctor, during your
14  residency, ever deliver a child or a baby on
15  your own, by yourself?
16  A  **I can't remember that far back, but it**
17  **would be very highly unlikely.**
18  Q  Okay.  And then when you went for the
19  fellowship, describe the fellowship to me.
20  Were you doing family medicine stuff and
21  obstetrics stuff or was it more weighted
22  towards one or the other?
23  A  **It was definitely weighted towards**
24  **obstetrics.  The majority of my time was with**

18

1  the OB-GYNs.  I don't -- I probably spent a
2  **very small amount of time in the family**
3  **medicine department during that year.**
4  Q  Okay, so more weighted towards the
5  obstetrics, right?
6  A  **Correct.**
7  Q  Were you doing the gynecological stuff
8  too?
9  A  **I believe the outpatient clinic had a**
10  **mix of obstetrical patients and gynecologic**
11  **patients.  I was trained to do colposcopy and**
12  **LEEPs, which are diagnosis and management for**
13  **abnormal Pap smears.**
14  Q  Okay.  And you said outpatient clinic.
15  That was located in the hospital, right?
16  A  **I don't remember that, where the**
17  **location was as far as the proximity of the**
18  **hospital, if it was a block away or a couple**
19  **blocks away, it's hard to know and so I guess**
20  **I don't know.**
21  Q  That's fine.  Do you remember what the
22  name of the outpatient clinic was?
23  A  **I don't.**
24  Q  Does Women's Outpatient Health Centers

19

1  ring a bell?
2  A  **That sounds pretty generic, so I would**
3  **say no.**
4  Q  Okay, all right.  So the fellowship
5  started in 2001.  Do you remember what month
6  that was?  If you went to July with the
7  residency, would you have started immediately
8  after that?
9  A  **No, my diploma says July 16th as a start**
10  **date.  Or I don't know if I actually started**
11  **that day, but my diploma says July 16th.**
12  Q  Okay, so were you at Harrisburg Hospital
13  in August?
14  A  **Yes.**
15  Q  Okay, all right.  And so when you
16  went -- go ahead.
17  A  **I was in Harrisburg in August.**
18  Q  Okay.  Do you know if you were working
19  at the Pinnacle Harrisburg Hospital in
20  August?
21  A  **In my review of the records, there's an**
22  **admission note that has my signature on it,**
23  **dated August 16th.**
24  Q  Okay, so --

20

1  A  **So on August 16th, at the time of this**
2  **admission, I was there.**
3  Q  Okay.  And Doctor, other than having the
4  opportunity to see that note and see your
5  signature on there, you don't have any
6  independent knowledge as to when you actually
7  started at Harrisburg Hospital, right?
8  A  **My diploma says a start date of**
9  **July 16th.**
10  Q  When you -- when you went to Harrisburg
11  Hospital, did you receive any sort of
12  orientation that you can recall?
13  A  **I don't remember how formal it was.**
14  Q  Okay.  Do you remember if you had to
15  watch any tapes or anything regarding
16  policies?
17  A  **I don't remember.**
18  Q  Do you remember if you were given any --
19  a booklet or binder with policies or
20  procedures in them?
21  A  **I don't remember.**
22  Q  And do you remember meeting -- and I'm
23  going to mess up the name, so who ever
24  represents Beverly, Dr. Beverly, Beverly Hall

21

1  Ndlovu.

2  A  **Ndlovu.**

3  Q  Ndlovu?  I knew I'd get it wrong.

4      MR. MONGIELLO:  It's easier to say

5  than it --

6      MR. MacKNIGHT:  I want to x the D

7  out of there, you know what I mean?

8      MR. MONGIELLO:  Ndlovu.

9  BY MR. MacKNIGHT:

10 Q  Do you remember meeting Beverly Hall

11 Ndlovu?

12 A  **Yes.**

13 Q  Okay.  And who is Beverly Hall Ndlovu?

14 A  **She was one of the attendings, one of**

15 **the many attendings that I worked with.**

16      MR. MacKNIGHT:  And Peg, that's

17 spelled N-D-L-O-V-U.

18 BY MR. MacKNIGHT:

19 Q  Doctor, if I call her Dr. Beverly, can

20 we agree that's who I'm talking about, so I

21 don't have to keep messing up her name?

22 A  **That's fine with me, as long as she**

23 **feels that she gets the respect she deserves.**

24 Q  I think I showed her a lot of respect

22

1  when I took her deposition, so I don't think

2  anybody here is going to disagree with that.

3      I try to be respectful, Doctor,

4  so -- but it's going to help me a little bit,

5  okay, so I'll call her Dr. Beverly, at least

6  I have the doctor in there, if I need to use

7  her name again.

8      So do you remember, you said you

9  met her and some other doctors when you went

10 to work at the hospital?

11 A  **There were many attendings, but I**

12 **remember her, yes.**

13 Q  Okay.  And did you ever work with her at

14 this outpatient clinic that you just talked

15 about?

16 A  **Yes.**

17 Q  Okay.  And she identified it, when I

18 took her deposition, as the Women's

19 Outpatient Health Care Center, so do you have

20 any reason to dispute that?

21 A  **No.**

22 Q  So during any given week in your

23 fellowship, how often would you be at the

24 hospital as opposed to the Women's Outpatient

23

1  Health Center?

2  A  **It's hard to remember back that far, the**

3  **exact schedule, so it's hard for me to give**

4  **you the most accurate, but our time was**

5  **divided typically between the hospital, labor**

6  **and delivery, consults in the emergency room,**

7  **upstairs seeing patients, and then if we were**

8  **not in the hospital, then we were either off**

9  **or we saw outpatients at the Women's Center**

10 **whatever.**

11 Q  And do you have any independent

12 recollection of participating in any labor

13 and deliveries with Dr. Beverly?

14 A  **I don't remember any specific cases with**

15 **her specifically, or anyone else for that**

16 **matter.**

17 Q  Okay.  Was she a -- so do you recall,

18 was she like a teacher, did she show you how

19 to do things with regard to deliveries and

20 labor?

21 A  **She was one of the supervising**

22 **attendings.**

23 Q  And what's that mean?  So is that

24 somebody you'd go to if you have an issue or

24

1  is that somebody you spend more time with, a

2  supervising attending?

3  A  **Yes.**

4  Q  Okay.  And so I think you said you don't

5  remember any labor and delivery with her.

6  Can you remember any specifics of the things

7  she may have taught you about, dealing with

8  someone in labor?

9      MR. BRIER:  Bruce, I'm going to put

10 an objection to the form of the question.

11 I'll let him answer it, but it's awfully

12 broad.

13      MR. MONGIELLO:  Yeah, I'll join in

14 that.

15 BY MR. MacKNIGHT:

16 Q  Okay, he said you can answer it if you

17 understand it, Doctor.

18 A  **Could you repeat the question?**

19      MR. MacKNIGHT:  Peg, I'm not that

20 bright, Doctor, I'm going to have the court

21 reporter read it back.

22      THE REPORTER:  The following

23 question was read back by the Reporter:

24 Okay.  And so I think you said you don't

**25**

1  remember any labor and delivery with her.
2  Can you remember any of the specifics of the
3  things she may have taught you about dealing
4  with someone in labor?
5        THE WITNESS:  No.
6  BY MR. MacKNIGHT:
7  Q   Okay, but you were permitted to
8  participate in some of the labor and
9  deliveries that Dr. Beverly was involved
10  with, correct?
11  A   **I guess you have to clarify that**
12  **question.**
13  Q   So if Dr. Beverly was responsible for a
14  patient that was there in labor, getting
15  ready to deliver a baby, you could request to
16  participate in that?
17  A   **If these patients were private patients**
18  **that were part of an attending's private**
19  **practice, I would not necessarily be**
20  **involved, I would not be involved in that**
21  **delivery.**
22        **If it was a patient in the clinic,**
23  **there were many residents that could**
24  **participate in a delivery, and no one was**

**26**

1  **particularly assigned in a formal way.**
2  Q   Okay.  Well, in your -- how many fellows
3  were -- how many people were there on
4  fellowship when you were there, doing the
5  obstetrics and gynecology?
6  A   **There were two of us.**
7  Q   Okay.  And if someone was delivering a
8  baby that had been a patient at the clinic,
9  how would you go about being part of that
10  labor and delivery?
11  A   **It's hard for me to remember that far**
12  **back.**
13  Q   Okay.  Well, I mean would you -- if they
14  came in from the clinic, would you have to
15  ask to become part of it or would you be
16  assigned to it, do you remember?
17  A   **There was a whole team of physicians**
18  **from the level of an intern up to I believe**
19  **there were residents from the Hershey OB-GYN**
20  **residency program, that rotated at Pinnacle**
21  **Hospital at the time, and there were a team**
22  **of residents that would take care of the**
23  **clinic patients.**
24  Q   Okay.  And were you part of that team?

**27**

1  A   **Yes.**
2  Q   Okay.  So when you say residents, do you
3  also mean the fellows in there as well?
4  A   **They were all learners.**
5  Q   Okay, okay.  And would you ever as a
6  fellow, whatever you want to call it,
7  resident, would you ever -- were you
8  permitted to be the only physician in the
9  room with a patient that say came from the
10  clinic while they're in labor and getting
11  ready to deliver?
12        MR. BRIER:  Bruce, I'm sorry, I
13  missed the first part of that.  Can you just
14  repeat the first part again?
15  BY MR. MacKNIGHT:
16  Q   I'll try to rephrase it.  So my question
17  is, Doctor, would you ever be in the room
18  alone with a patient from the clinic while
19  they were in labor?
20  A   **In labor, like the entire time or are**
21  **you talking specifically about delivery?**
22  Q   Okay, let's talk about labor first.
23  Were you ever -- was it permissible for you
24  to just be in there while the patient was in

**28**

1  labor, without the attending or any other
2  doctor?
3  A   **Maybe.**
4  Q   Okay.
5  A   **It depends at the time how complicated**
6  **the patient was.  It's hard to know**
7  **specifically that far back.  There's various**
8  **situations where there would be more than one**
9  **physician and certainly if it was a**
10  **complicated case or something was going on,**
11  **there would be more oversight by a more**
12  **senior physician.**
13  Q   How about -- so what's the dividing
14  line, and forgive my ignorance, Doctor, but
15  what's the dividing line between someone in
16  labor and actually being in active delivery,
17  is there a dividing line?
18  A   **So I haven't delivered a baby since**
19  **2006.**
20  Q   Okay.
21  A   **So --**
22  Q   I don't know if that's a good thing or
23  not for you, but --
24  A   **So it's hard for me to recall in that**

**29**

1 fashion, but there's essentially latent labor
2 and active labor.  Latent or prodromal labor
3 can last for days.
4      Active labor is traditionally
5 considered when there is cervical change over
6 a period of time and I don't know the new
7 definitions of it.
8  Q   Okay.
9  A   But it's like one to one and a half
10 centimeter dilation an hour or two, something
11 like that.
12  Q   Okay.  Is active labor also when the
13 mother is pushing?
14  A   No.  That's typically once the woman,
15 the mother is ready to push, that is a
16 different situation.  That is -- I'm
17 forgetting the term, so I don't know if it's
18 not considered active labor anymore per say.
19  Q   Is it the beginning of the delivery?
20  A   Well, some women could push for three
21 hours, so --
22  Q   Okay.  Do you remember any specific
23 interactions with Dr. Beverly, either at the
24 clinic or at the hospital, while you were

**30**

1 there as a fellow?
2  A   I don't remember any specific
3 interactions, but I remember thinking very
4 fondly of her.  She was a good person and I
5 really respected her.
6  Q   Okay.  And Doctor, with regard to this
7 labor and delivery, it was August 17, 2001,
8 so is it -- would it be safe to say that you
9 would have been at the Harrisburg Hospital
10 for about a month before this patient was
11 there for her labor and delivery?
12  A   I started my fellowship on July 16th.
13  Q   Okay, okay, so about a month.  Can you
14 tell me in that first month, can you estimate
15 how many labor and deliveries you were
16 involved with?
17  A   I can't.
18  Q   Do you recall the name Cami Furjanic?
19  A   I do not.
20  Q   Okay.  What types of things do you
21 recall you would be doing at the Women's
22 Outpatient Health Center?
23  A   The Women's Outpatient Health Center saw
24 prenatal care and basic gynecologic care and

**31**

1 I remember doing training for colposcopy,
2 which is a diagnostic test to assess why a
3 woman has an abnormal Pap smear.
4  Q   Okay, so when you say outpatient care,
5 is that like seeing a patient and making sure
6 they have the right vitamins and that they're
7 progressing and doing ultrasounds, things
8 like that?
9  A   I mean that's one of the -- yeah, yes,
10 it could be.  Ultrasounds, no.
11  Q   Okay.  Would they do any ultrasounds at
12 the clinic or would they have to send them
13 out for that?
14  A   They did not do ultrasounds at the
15 clinic as far as I can remember.
16  Q   I'm just trying to get a sense, Doctor,
17 because this is like the only time I'm going
18 to be asking you questions of what you did at
19 the clinic, and then I was going to ask you
20 what you did at the hospital and if it
21 differentiated in any way, so any more detail
22 about what you did at the clinic?
23  A   We took care of prenatal care and basic
24 gynecologic care and part of that was

**32**

1 abnormal Pap smear management.
2  Q   And when you were doing those types of
3 things, were you always with another
4 physician?
5  A   There was usually a team of residents
6 there and a supervising physician.
7  Q   Okay, so it was kind of like a group
8 thing, so that would you meet with the
9 patient as a group?
10  A   No.  You know, I don't know.
11  Q   Okay.  Do you remember ever seeing any
12 patients just by yourself at the clinic while
13 you were there for that year?
14  A   No.
15  Q   Do you remember seeing any patients by
16 yourself at the hospital during your
17 fellowship?
18  A   No.
19  Q   Was there always an attending with you?
20  A   There was always an attending that was
21 making decisions with me.
22  Q   Okay.  So when you say that, not
23 physically with you, but you could contact
24 them and talk to them about what you were

**33**

1 observing and they would make the decisions?

2 A **So I can't speak specifically to that**
3 **long ago, so I'll speak in general terms as**
4 **an attending physician, there will always be**
5 **supervision of a learner, whether the**
6 **attending is in the room at the exact same**
7 **time could vary between the severity of the**
8 **patient, the style of the attending, the**
9 **hospital that you're in, you know, the time**
10 **of day, how busy things are, so it could be**
11 **that an attending generically would hear the**
12 **story in one place and go see the patient by**
13 **themselves soon after, it could be that that**
14 **attending could potentially see the patient**
15 **with the entire team.**
16 **It's -- you know, there's various**
17 **styles to various situations. It's**
18 **impossible to say there is one way to do it.**
19 Q    When you were performing the fellowship,
20 would you be -- the Women's Outpatient Health
21 Center that you were at various times, did
22 they have regular day hours, like nine to
23 five or eight to six or do you remember?
24 A    **It was an outpatient clinic, I don't**

**34**

1 recall the hours that they were open.

2 Q    Okay.  Well, I guess my question is, the
3 hospital was -- was the hospital open all
4 day, 24 hours?
5 A    **It's a hospital.**
6 Q    Well, I know, but -- well, you haven't
7 been around these parts, at least recently,
8 but what I'm saying is the outpatient clinic
9 wasn't open 24 hours, right?
10 A    **Correct.**
11 Q    Okay.  And did you work all kinds of
12 crazy hours, Doctor?
13        MR. BRIER:  Objection to the form.
14 BY MR. MacKNIGHT:
15 Q    Did you work all kinds of hours, Doctor?
16 A    **I remember working nights and days and**
17 **long times, yes.**
18 Q    And if you worked at night, overnight,
19 would that be at the hospital as opposed to
20 the clinic?
21 A    **Yes.**
22 Q    All right.  And who was your supervisor
23 as a fellow?
24 A    **I don't understand the question.**

**35**

1 Q    Who would you report to?

2 A    **In general or specifically for each day,**
3 **each case?**
4 Q    In general.
5 A    **So the program director was Dan Weber.**
6 Q    And what types of things would you
7 report to Dan for?
8 A    **I don't remember specifically.**
9 Q    Was Dan involved in providing or
10 assisting in your training when you first
11 became a fellow?
12 A    **Yes.**
13 Q    Okay.  Do you know what Dan Weber's
14 position was or expertise?
15 A    **I believe he was an OB-GYN.**
16 Q    Okay.
17 A    **His title, I don't know what it was at**
18 **the hospital, but I saw him as the program**
19 **director.**
20 Q    Okay.  If you had any issues with any
21 other residents or attendings, who would you
22 go to if you wanted to talk to somebody about
23 that?
24 A    **Probably --**

**36**

1        MR. BRIER:  I'm just going to ask

2 for some clarification, Bruce.  Are you
3 talking about medical issues or --
4 BY MR. MacKNIGHT:
5 Q    Let's try it this way, if you had any
6 concerns with the way a resident was
7 performing their job, or an attending, would
8 you be able to -- was there somebody there
9 you could go to, to discuss that?
10 A    **So that situation never happened --**
11 Q    Okay.
12 A    **-- that I remember, but the program**
13 **director is typically the person that you**
14 **could go to, to handle personal issues, yes.**
15 Q    Would you ever go to an attending about
16 any issues that you might -- or concerns you
17 might have about another resident?
18 A    **I was not necessarily in a supervisory**
19 **role, so it wouldn't have been my place.**
20 Q    When you worked at the clinic, did
21 you -- was there -- did you have a name badge
22 or anything that identified who you were?
23 A    **I don't remember.**
24 Q    Did you have to wear a white coat at the

**37**

1  clinic?
2  A   **Did we have to?**
3  Q   Yeah, were you required to?
4  A   **I don't recall.**
5  Q   Was there training when you went to work
6  at the clinic?
7  A   **What do you mean by training?**
8  Q   Like an orientation when you first went
9  there, to tell you how things were done?
10 A   **I don't remember.**
11 Q   How about at the hospital, did you have
12 a name tag when you were at the hospital?
13 A   **I don't recall.**
14 Q   Did you have to wear a white coat when
15 you were at the hospital?
16 A   **I don't know if it was mandatory.**
17 Q   If you were participating in a labor and
18 delivery at the hospital, how would you
19 identify to the patient who you were?
20 A   **I probably introduced myself by my last**
21 **name.**
22 Q   You would just introduce yourself by
23 name?
24 A   **I don't know what I did 22 years ago,**

**38**

1  **but now I walk in the room and I tell**
2  **somebody my name and that I was a doctor.**
3  Q   Okay.  And when you were doing your
4  fellowship, were you considered an employee
5  of the hospital?
6  A   **I believe I got my W-2s from Pinnacle**
7  **Health.**
8  Q   And Doctor, is it safe to say you
9  wouldn't come in and say hi, my name is
10 Dr. Blecher and I'm a fellow, would you say
11 something like that?
12 A   **I don't recall.**
13 Q   And safe to say, Doctor, that you
14 wouldn't come in and discuss with the
15 patient, your employment status.
16 A   **What does that mean?**
17 Q   Well, you wouldn't walk in and say I'm
18 employed by Pinnacle or I'm employed by the
19 hospital or I'm employed by the Women's Care
20 Center, you wouldn't have those discussions
21 with a patient, right?
22 A   **No.**
23 Q   Okay.  So if you walked in to see a
24 patient in labor and delivery during your

**39**

1  fellowship and you introduced yourself as
2  Dr. Blecher -- am I saying it right, Doctor?
3  A   **Yes.**
4  Q   Dr. Blecher, is it reasonable that that
5  patient would assume that you're affiliated
6  with the hospital?
7         MR. JAYMAN:  Objection to the form.
8         MR. BRIER:  Objection.  What's
9  reasonable for a patient to assume?
10        MR. MacKNIGHT:  Okay, why isn't he
11 answering?
12        MR. JAYMAN:  Because I don't know
13 that he can be in the patient's head.
14        MR. MacKNIGHT:  Well, I'm asking
15 him if he introduces himself as Dr. Blecher,
16 is the patient to understand that he works
17 for the hospital?
18        MR. JAYMAN:  Same objection.
19        MR. BRIER:  I'll let him answer.  I
20 mean we're assuming a lot here.  If he
21 introduces himself as a doctor in a hospital
22 setting, can a patient who's in labor assume
23 that he's an employee of the hospital?  Is
24 that the question?

**40**

1         MR. MacKNIGHT:  Yes.
2         MR. BRIER:  I guess it's a
3  possibility.  He can answer it.
4         THE WITNESS:  I don't recall how I
5  answered anything specifically that long ago.
6  BY MR. MacKNIGHT:
7  Q   Okay, I don't know that that's an answer
8  to the question, but Doctor, would there be
9  any reason -- do you know of anything you
10 might have said to a patient to make them
11 believe that you weren't affiliated with the
12 hospital?
13        MR. JAYMAN:  Objection to the form.
14        MR. BRIER:  Same objection.  You
15 can answer.
16        THE WITNESS:  I can't remember how
17 I would specifically introduce myself, but I
18 could understand that I could -- that the
19 doctors probably would say, you know, we're
20 on -- I have no idea how I would answer that,
21 you know, there's just no way to know.
22 BY MR. MacKNIGHT:
23 Q   Okay.  So Doctor, just to make sure, I
24 think I already asked you this, but you have

**41**

1    no independent recollection even after having
2    reviewed the records of Ms. Furjanic, right?
3   A   **I have no recollection.**
4   Q   And you have no recollection, Doctor,
5    even after reviewing the records that you
6    looked at, any recollection about the
7    delivery of her child Bethany Ditzler.
8   A   **I have know recollection.**
9   Q   And I may have asked you this one, if I
10   did I apologize, but in 2001, in August of
11   2001, were you permitted to deliver a baby on
12   your own?
13   A   **No.**
14   Q   And do you know, and I may not have
15   asked you this one, but at Harrisburg
16   Hospital, do you have any recollection of how
17   many deliveries you were involved in during
18   that year?
19   A   **No.**
20   Q   Was it more than 100?
21   A   **I don't know.**
22   Q   And you can't estimate, correct?
23   A   **I think it's probably upward of 100,**
24   **that's probably a safe estimate.**

**42**

1   Q   More than 200?
2   A   **I have no idea.**
3   Q   Okay, all right.
4   A   **Unlikely.**
5   Q   Do you have any recollection of any
6   deliveries that you were involved in at
7   Harrisburg Hospital when you were a fellow
8   there?
9   A   **No.**
10   Q   And unfortunate things happen, but that
11   would include any children that you may have
12   delivered with any sort of deformity or
13   impairment, you have no recollection of
14   those?
15      MR. BRIER: Objection to the form.
16   You can go ahead and answer.
17      THE WITNESS: I have no
18   recollection.
19   BY MR. MacKNIGHT:
20   Q   When you were at the hospital and
21   involved in a delivery or labor, the
22   attending who was there, how many would --
23   would they always be in the same room or did
24   they have -- if there were multiple births or

**43**

1    labors going on, would they have to circulate
2    throughout those rooms?
3   A   **I was not necessarily knowing where the**
4   **attendings, where they were, what they were**
5   **doing. It wasn't my business to know.**
6   Q   Okay. If you were participating -- let
7   me back up. If there were multiple labor and
8   deliveries going on, as a fellow, could you
9   or did you participate in multiple at the
10   same time or were you just involved in one?
11      MR. BRIER: Just in general, right?
12   BY MR. MacKNIGHT:
13   Q   In general, yeah.
14   A   **In general, on a labor and delivery**
15   **floor, you can only be in one room at a time.**
16   Q   No, I understand --
17   A   **There was a team of residents and that's**
18   **why you had more than one person.**
19   Q   No, I understand that there's -- you can
20   only be in one room at a time, I get that
21   part.
22      My question is, for example,
23   there's five women in the hospital in labor
24   and going to deliver babies, right, and you

**44**

1    can only be in one room at a time.
2      As a fellow, would you be involved
3   in only one of those or would you circulate
4   through those rooms like the residents or the
5   attending would?
6   A   **If the patients were part of the clinic,**
7   **the team was responsible for those patients,**
8   **and there were multiple team members, and it**
9   **could be that I only hypothetically circled**
10   **with one or two patients and then the other**
11   **half of the team was with the other.**
12   Q   Okay. And safe to say on August 17,
13   2001, you don't have any recollection of how
14   many patients you were attending to in labor
15   and delivery, right?
16      MR. BRIER: Objection to the form.
17   You can go ahead and answer.
18      THE WITNESS: I have no
19   recollection.
20   BY MR. MacKNIGHT:
21   Q   Okay. Do you know of any
22   documentation -- well, let me back up. When
23   you would be involved in a labor and
24   delivery, was there documentation that you

45

1  had to fill out to indicate you were
2  involved?
3  A    **With the admission, according to the**
4  **paperwork that you have here, this admission**
5  **note is the admission note I would fill out**
6  **when a patient is admitted.**
7  Q    Okay.  And if you fill out the
8  admission, does that indicate that you are
9  going to be involved in that labor and
10 delivery?
11 A    **It only indicates that you were involved**
12 **with the admission.**
13       MR. MacKNIGHT:  Peg, I forgot to do
14 this, I'm going to mark the CV as Blecher
15 One.
16 BY MR. MacKNIGHT:
17 Q    Doctor, I'm going to pull up some
18 documents on the screen so we can see them.
19 You probably have them there too, but let me
20 pull them up.  So Doctor, we're looking at
21 the -- on the screen, can you see it?
22 A    **Yes.**
23 Q    Do you want it bigger?  Is it good the
24 way it is?

46

1  A    **I have a copy in front me also.**
2  Q    Okay.  So it says basic admission data
3  at the top?
4  A    **Correct.**
5  Q    Now the date up top is 8/16/01.  Do you
6  recognize any of the writing on that page?
7  A    **This is my handwriting.**
8  Q    Okay, on the entire page?
9  A    **There is another signature here.**
10 Q    Right down -- I'm pointing on the screen
11 here, down here by MD?
12 A    **That signature, yes.**
13 Q    Okay, other than that signature, the
14 rest of the writing on this page, is that
15 your writing?
16 A    **Yes.**
17 Q    And at what point would you fill this
18 out?  I think I know the answer, but I have
19 to ask you these questions.
20 A    **Immediately after admission.**
21 Q    Okay.  Up here, EDC, what's that mean?
22 A    **That's the due date.**
23 Q    Okay.  And then the age and then what's
24 the G mean?

47

1  A    **How many pregnancies that she has had**
2  **including the present one.**
3  Q    Okay and then the T?
4  A    **I don't know what the T is.  That's not**
5  **a style that I use.**
6  Q    Let me try and -- so the G means how
7  many children, including the one that she was
8  there for that day, right?
9  A    **Number of pregnancies.**
10 Q    Right, number of pregnancies.  Could the
11 T mean to term?
12 A    **It could, but I don't know on this form,**
13 **I can't remember what it meant 20 some odd**
14 **years ago.**
15 Q    How about the L?
16 A    **I suspect that's living.**
17 Q    Okay.  Can you read what's under -- so
18 it says prenatal course no complications.
19 And so the fact that you did the admission,
20 does that indicate to you that Ms. Furjanic
21 was a patient of the clinic?
22 A    **No, it could very well be that this in**
23 **general, a patient could present without**
24 **prenatal care or from out of town or another**

48

1  **clinic that was unassigned, and so it's**
2  **impossible to necessarily say that.**
3  Q    I think you said that -- what patients
4  wouldn't you be involved with?
5  A    **If they were assigned to private**
6  **practitioners in the area.**
7  Q    Would you do admissions for -- would you
8  complete this form for those patients?
9  A    **It would be very rare if ever that that**
10 **occurred.**
11 Q    So is it safe to say you don't have any
12 recollection of providing care to
13 Ms. Furjanic at the Women's -- let me get
14 this right -- Women's Outpatient Health
15 Center?
16 A    **Correct.**
17 Q    And can you read to me what you have
18 next to other?
19 A    **C slash O SROM at 8 p.m. with two large**
20 **gushes of fluid, seen in clinic and scheduled**
21 **for induction for questionable LGA.**
22 Q    Okay, what's that first part mean, CO
23 SROM?
24 A    **Complaining of spontaneous rupture of**

DITZLER vs PINNACLE HEALTH

**Page 49**

```
 1    membranes.
 2    Q    Okay.  And then what's the questionable
 3    CGA stand for, or the questionable CGA?
 4    A    It's question mark LGA, question mark
 5    large for gestational age.
 6    Q    When you write that in there, does that
 7    carry any significance?
 8    A    I don't remember.
 9    Q    Okay.  Does it raise any concerns for a
10    natural birth possibility?
11    A    Not necessarily.
12    Q    Okay.  And why would you write in
13    question question mark LGA?
14    A    I have -- I don't know why I would write
15    that.  It could have been someone gave me
16    that history over the phone or I really don't
17    know.
18    Q    And it says seen in clinic.  You read
19    that, right?
20    A    Correct.
21    Q    So does that indicate that she was a
22    patient at the clinic?
23    A    I can't remember what I would be feeling
24    back 20 years ago.  It could be another
```

**Page 50**

```
 1    clinic.
 2    Q    Okay.
 3    A    In general, it's a generic term that
 4    many people use as the outpatient office.
 5    Q    Okay.  Under interval history, you
 6    checked off no significant problems, right?
 7    A    Correct.
 8    Q    Under current medications, you checked
 9    off prenatal vitamins slash iron, correct?
10    A    Correct.
11    Q    And then you notate some laboratory
12    tests.  What is other G -- is that GBS?
13    A    Correct.
14    Q    What's that?
15    A    Group B strep.
16    Q    What's that?  What's the significance of
17    that?
18    A    GBS is typically a test done in the late
19    part of someone's pregnancy, it's routine and
20    done on almost everybody.  It's a culture
21    done and if positive, they get put on
22    antibiotics and if it's negative, they don't.
23    Q    So where would you get the results of
24    that testing from?
```

**Page 51**

```
 1    A    There are multiple places you could find
 2    that if you had access to it.
 3    Q    I guess my question is, that's not a
 4    test that you did during admission, right?
 5    A    Correct.
 6    Q    Okay.  So when you say there's multiple
 7    places, tell me what those multiple places
 8    would have been.
 9    A    Could be in the prenatal chart if they
10    had it, it could be in the hospital lab
11    computer.
12    Q    When you say prenatal chart, is that
13    something that a patient would have?
14    A    It's possible, if they were coming from
15    out of town.
16    Q    Okay.  Was there a way to look at
17    records from the Women's Outpatient Health
18    Center when you're at the hospital, was there
19    records kept there?
20    A    I don't remember.
21    Q    Would that outpatient health center,
22    would they provide the patient -- let me back
23    up.  Would you be -- when you were involved
24    with patients at the center, would you
```

**Page 52**

```
 1    provide them with a file with their testing?
 2    A    I don't recall.
 3    Q    The blood type and the RH designation,
 4    is that something that you would have had
 5    blood testing when you were admitting her, or
 6    is that something that would also come out of
 7    that chart?
 8    A    That could be done from the outpatient
 9    chart.  If they had no prenatal care, that
10    would be done in the emergency room .  I think
11    they would usually check that.
12    Q    How about the Rubella and RPR and the
13    Hepatitis B?
14    A    Those all look like standard prenatal
15    labs.
16    Q    Okay.  And then fetal assessment tests,
17    what does NST -- you checked off NST,
18    correct?
19    A    Correct.
20    Q    What's that stand for?
21    A    Non-stress test.
22    Q    And what's that?
23    A    In this specific case I don't know what
24    it could be, but a non-stress test is when
```

53

1  the patient is put on the monitor, the baby's
2  heart rate is assessed and there's -- if it
3  was reactive or met the criteria for a
4  reactive strip, it was -- or not, a
5  non-stress test is just a test where you put
6  them on the monitor, there's no indication
7  whether there's a positive or negative or
8  whatever.
9     Q.   Okay.  Does that involve putting those
10  around the mother's stomach?
11    A.   **There's different ways.  I don't know
12  how they would do it in this situation.  I
13  can speak to how it's done in my area, it's
14  just an external monitor.**
15    Q.   Would you be involved in placing the
16  monitor?
17    A.   **No.**
18    Q.   Okay.  But you documented that it was
19  done, right?
20    A.   **That's a check mark.**
21    Q.   Okay.  Well, what's the check mark
22  significant for, what's it mean?
23    A.   **That it was done probably.**
24    Q.   Okay.  Well, let me back up, I want to

54

1  make sure we're clear here.  Does your
2  checking this off on the Patient Admission
3  Data Sheet, mean that it was being done or
4  something that you wanted to have done?
5    A.   **I don't know, but it's not something I
6  would want done, that is not an order, that
7  is something that has been done.**
8    Q.   Okay.  At the time that the patient is
9  physically there in the hospital?
10    A.   **I don't know that from that.**
11    Q.   Okay.  What's the word underneath fetal
12  assessment written on that line?
13    A.   **That is reactive.**
14    Q.   What's that mean?
15    A.   **So it's hard to know from this note
16  whether that is related to an NST that was
17  done prior to the admission or if that is in
18  relationship to her present strip, a patient
19  in general, if that is the baby monitor that
20  you're reading at the time.**
21    Q.   Okay.  So it's possible that she could
22  have had an NST done at the clinic or outside
23  the hospital and it was just part of her
24  chart?

55

1    A.   **I don't remember the -- this form and
2  what it implied when you're admitting, if
3  that is a historical point or a present vital
4  sign.**
5    Q.   Okay.  Then you document her height,
6  weight, blood pressure.  What's FHR?
7    A.   **Fetal heart rate.**
8    Q.   Okay.  And it says 140 slash MIN.  Is
9  that 140 a minute?
10    A.   **Correct.**
11    Q.   What is normal range for a fetal heart
12  rate?
13    A.   **Gosh, it's been a long time.  Maybe 110
14  to 150.**
15    Q.   Okay.  So then you go through some
16  systems and these are the systems of the
17  mother, correct?
18    A.   **Correct.**
19    Q.   Okay.  Can you tell me what you have
20  written in there please?
21    A.   **Normal, HEENT normal, breasts normal,
22  heart and lungs CTA, clear to auscultation
23  bilaterally, abdomen is non-tender gravida,
24  extremities trace edema.**

56

1    Q.   Okay, let's talk about those real quick.
2  What's non-tender gravida for the abdomen?
3    A.   **A pregnant belly that doesn't have
4  tenderness.**
5    Q.   Okay.  And then over to the right here
6  you have some things written.  Can you tell
7  me what they mean, next to -- let me back up
8  for a second.
9         Where they're written, do they have
10  any significance to those body parts over to
11  the left, or is this just additional things
12  that you wrote in?
13    A.   **They're additional things I write in.**
14    Q.   Okay, so tell me what they mean.
15    A.   **The C in the triangle is the cervical
16  exam and the S in the triangle is a speculum
17  exam.**
18    Q.   So cervical exam, what do those numbers
19  mean next to that?
20    A.   **She was three centimeters dilated, her
21  cervix was 50 percent effaced and the baby's
22  head was minus two station.**
23    Q.   Tell me what that means.  What does
24  three centimeters mean?

DITZLER vs PINNACLE HEALTH

---

57

A    **Three centimeters is the diameter like of the cervical opening, how much it's dilated.  50 percent is the length of the cervix, if it's -- how thin it is.**

**And minus two is the relationship to the biparietal diameter related to the ischial spines.**

Q    Okay, so let's talk about the three centimeters.  What is the -- what is the -- what does it expand to or what does the opening get to, to be able to deliver the baby?

That's not an artful question, but if you don't understand it I'll try to rephrase it.

A    **Ten centimeters is the max.**

Q    Okay, so any significance to the fact that she was three centimeters and her water, for lack of a better phrase, had already broken and she was at the hospital, any significance?

A    **I mean a three centimeter dilated cervix is early labor and the fact that she ruptured is she ruptured.**

---

58

Q    Okay.  What's the 50, what does that --

A    **So if you take that the cervical length is approximately four centimeters long and it feels two centimeters, you say 50 percent.**

Q    Okay.  And minus two, what does that signify?  It has something to do with the baby's head, is that what you're telling me?

A    **The baby's head is higher up in the pelvis.  It's related to the bony part of the woman's pelvis, called the ischial spines.**

Q    And is the head -- this is a digital examination that you do.

A    **Yes.**

Q    Okay.  And does that mean --

A    **Digital meaning your fingers?**

Q    Your fingers, yeah.

A    **Yes.**

Q    Okay.  And so that means however you can place your fingers in before you feel the baby's head?

A    **No, you feel the ischial spines and then you feel the baby's head and you subjectively feel how high up or inside the abdomen is it in relation to that.**

---

59

Q    Okay.  And then the second part of that, you said it was S, stood for what?

A    **Speculum.**

Q    And were you using an instrument to do that?

A    **Correct.**

Q    And what do you actually do there to get the information you put down?

A    **So the complaint was that she had a large gush of fluid.  You want to confirm that it's amniotic fluid so -- and if she's really ruptured, so you look and if there's a pool of fluid, then you put positive pool.**

Q    Okay, so that indicates that she did rupture, right?

A    **More likely than not.**

Q    Okay.  What's next to that?

A    **Ferning.**

Q    What's that mean?

A    **That's something you would look under the microscope, and amniotic fluid when it dries, it looks like ferns.**

Q    And does that say plus fern?

A    **Probably.**

---

60

Q    Okay.  And then what's next to that?

A    **Plus minus NTZ.**

Q    What's that stand for?

A    **It's an equivocal of Nitrazine. Nitrazine is PH paper and amniotic fluid will turn PH paper blue.**

**It's really -- it's really probably an unnecessary test.  I was -- this admission on 8/16, I was less than a month into my training or just a month, so it's something probably an experienced -- more experienced person would not need.  If you have positive pooling and positive ferning, you can stop.**

Q    Okay, but you were just covering all the bases, that's okay.  So right above it there's a box.  Do you see the box I have, that you have there?  Is that a drawing in there that you did or do you know what that is?

A    **No idea what that is.**

Q    Okay.  And labor status, it says prodromal labor.  What's that mean?

A    **That is early labor, not active labor, but having some contractions.**

---

**61**

```
1    Q    Okay.  And if there was no active labor,
2    then you could have checked off not active
3    labor, correct?
```
4    A    **Correct.**
```
5    Q    And based on the information that we've
6    gone through so far, do you remember if you
7    believed that at some point she was going to
8    deliver the baby in the near future?
```
9    A    **I can't tell you anything other than**
10   **what's written in my impression.**
```
11   Q    Okay.  Membrane status, you checked off
12   ruptured, correct?
```
13   A    **Correct.**
```
14   Q    And you checked off amniotic fluid is
15   clear, correct?
```
16   A    **Correct.**
```
17   Q    All right.  And is that based on a
18   visual?
```
19   A    **That's based on a visual at the speculum**
20   **exam at one point in time.**
```
21   Q    Okay.  When you check the rupture,
22   that's based on the exam and any statements
23   about the gush of fluid?
```
24   A    **That's correct.**

**62**

```
1    Q    Okay.  Cervical exam, again, the same
2    numbers that we have up top, correct?
```
3    A    **Correct.**
```
4    Q    All right.  And then presentation, it
5    says you have an X, vertex?
```
6    A    **Correct.**
```
7    Q    And what's that mean?
```
8    A    **Head down.  That's what you want.**
```
9    Q    Okay.  And what's it say underneath of
10   that?  There's some writing.
```
11   A    **Confirmed by ultrasound.**
```
12   Q    Okay, so who would have ordered the
13   ultrasound?
```
14   A    **That would have been a bedside**
15   **ultrasound on labor and delivery, that the**
16   **team pulled in.  Pretty standard to do that.**
17   **I think an experienced physician**
18   **probably would have been able to tell from**
19   **the exam, and being new, I was making sure I**
20   **was right.**
```
21   Q    Okay.  So would you have asked for the
22   ultrasound or is that something that they
23   would typically do as a matter of course if
24   somebody came in looking like they were going
```

**63**

```
1    to deliver a baby?
```
2    A    **I can only --**
```
3         MR. BRIER:  Objection to form, but
4    go ahead.
5         THE WITNESS:  I can only speak to
6    this specific admission note.  On admission,
7    I or one of my team, pulled that ultrasound
8    into the room and in fact, maybe even a nurse
9    pulled it in the room and we looked very
10   briefly.
11   BY MR. MacKNIGHT:
12   Q    Okay.  Again though, you don't have any
13   specific recollection of what happened that
14   day, correct?
```
15   A    **No.**
```
16   Q    Before I go through the rest, after the
17   additional comments, this Basic Admission
18   Data Form that we're going through there that
19   has your writing on it, is that something
20   Dr. Beverly could fill out as well?
```
21   A    **I can't speak to what she would do.**
22   **This is a form that I used, that the hospital**
23   **provided me, to do an admission note.**
```
24   Q    Where would you -- and before we get to
```

**64**

```
1    the rest of the form, where would you get
2    this piece of paper from, where would you get
3    it from, would it be on the floor, in a book?
```
4    A    **I don't recall specifically in this case**
5    **or back then what I would do, but most of the**
6    **time when things are on paper charts, a chart**
7    **was in the chart there.**
```
8    Q    Okay, so there was like a pre -- a chart
9    with paperwork in it that you would just grab
10   the blank chart and start filling stuff out?
```
11   A    **I can't imagine I would grab anything**
12   **without a name on it, so this was likely not**
13   **a generic form.**
```
14   Q    Under additional comments, can you tell
15   me what it says there?
```
16   A    **TOCO Q5, FHT reactive.  So the tocometer**
17   **is how many contractions every five minutes**
18   **and fetal heart time reactive is the baby's**
19   **heart tone.**
```
20   Q    Okay, so the contractions, you said
21   every five minutes, that's what you
22   documented?
```
23   A    **Correct.**
```
24   Q    And when is it -- at what point or at
```

65

```
 1    what interval do the contractions have to be
 2    for the starting of the delivery, the
 3    pushing?
 4    A    It has nothing to do with the pushing.
 5    Q    Okay.
 6    A    The tocometer is an external monitor
 7    that only tells you timing, it doesn't tell
 8    you strength, and it doesn't have any ability
 9    to tell you if they're painful or not, it's
10    just a contraction monitor.
11    Q    And what's the purpose of using that, if
12    it doesn't tell you anything about when to
13    push, what's the purpose of using it?
14    A    It has nothing to do with when to push.
15    Q    I understand that.  My question was,
16    what's the purpose?
17    A    You use the tocometer to see how often a
18    woman is contracting and then in a generic
19    patient, the way it's used is if you are
20    contracting on a regular basis and the cervix
21    is changing, then you are contracting with
22    enough time and interval to progress the
23    labor.  If there's no contractions on the
24    monitor, she's not in labor.
```

66

```
 1    Q    Okay, but there were contractions on
 2    this monitor, right?
 3    A    Every five minutes.
 4    Q    So she was in labor, correct?
 5    A    Well, labor has multiple parts, so she
 6    was in prodromal labor based on this
 7    admission note.
 8    Q    All right, so can you read to me what's
 9    under the impression?
10    A    33 year old G2 P1 001 at 40 and 3,
11    presents in latent labor with spontaneous
12    rupture of membrane since 8 p.m. tonight.
13    Q    Tell me what that -- those abbreviations
14    you just told me, what -- read it out.  I
15    know you're doing perfect, Doctor, because
16    most doctors I ask to read, will read me what
17    those abbreviations mean, so can now you read
18    it to me and tell me what the abbreviations
19    mean?
20    A    Gravida two, para 1.  001 is she's had
21    one prior full term living child.  At 40
22    weeks and three days gestation.  She is in
23    latent labor.  She's had spontaneous rupture
24    of membranes since 8 p.m. tonight.
```

67

```
 1    Q    Okay and what's it say in treatment?
 2    A    Expected management for now.  If cervix
 3    doesn't -- sorry, that's probably
 4    contractions.  If contractions don't
 5    increase, will start Pitocin.
 6         Follow for signs and symptoms of
 7    chorio and start Ampicillin if ruptured
 8    membranes greater than twelve hours.
 9    Breastfeeding.  Depo.
10    Q    Okay, so let's go through that.  If
11    contractions don't increase.  What was --
12    looking at this record here, what would be
13    the expectation for the contractions, to
14    increase to what timing?
15    A    So I can't speak to this specific case,
16    but in general, the cervix has to -- the
17    contractions have to happen with enough time
18    to change the cervix, so if you can contract
19    every five minutes and your cervix dilates,
20    you're fine, if the cervix contracts every
21    five minutes and you don't dilate, then you
22    have to figure out is it a timing issue or a
23    strength issue.
24    Q    Okay, let me -- just so I understand
```

68

```
 1    this and I think I do, Doctor, so the
 2    contraction has to do -- there's a
 3    relationship between the contraction and the
 4    dilating of the cervix.
 5    A    Yes.
 6    Q    Okay.  And so let's jump back for a
 7    second.  It says expected management for now.
 8    What did you mean by that when you wrote that
 9    in there?
10    A    I don't know what I meant in that
11    specific case, but expected management
12    typically means just observe the patient and
13    let things happen.
14    Q    Okay.  And then if cervix -- if
15    contractions don't increase, will start
16    Pitocin.  What is Pitocin?
17    A    Pitocin is a medicine to augment labor
18    or start labor, it increases contractions of
19    the uterus.
20    Q    Okay, so the Pitocin, how -- was that a
21    shot or something in an IV?
22    A    I don't remember how they did it back
23    then, but it's usually an IV infusion that's
24    set to a specific amount per minute or hour,
```

69

1  I don't recall.

2  Q    And is it meant to increase or decrease

3  the time between contractions?

4  A    **Not necessarily. In this case I have no**

5  **idea what it would be meant for. This is**

6  **only an admission note, so I can't speak to**

7  **for this patient what you would do, but in**

8  **general terms, if you have a patient who is**

9  **not contracting enough or strongly enough to**

10 **change her cervix, you would give that**

11 **person, depending on a lot of situations,**

12 **Pitocin.**

13         **There are some patients you may not**

14 **be able to give Pitocin to, so it's not a --**

15 **I can't speak to a specific case, it depends**

16 **on the case, the patient, the timing, the**

17 **doctor, whether she's had a C-section before**

18 **or not, all sorts of things.**

19 Q    All right, so Doctor, this is

20 prospective, if this doesn't happen, then

21 let's consider this, based on what you're

22 writing there?

23 A    **That's correct.**

24 Q    Do you know one way or another whether

70

1  she was given Pitocin at any point?

2  A    **I have no idea. This is only an**

3  **admission note, and so after this, I don't**

4  **even know if I even saw this patient again.**

5  Q    Okay. It says follow for signs and

6  symptoms of chomico (phonetic) I think you

7  said. What's that mean?

8  A    **Chorioam -- chorioamnionitis is an**

9  **infection of the lining of the uterus. The**

10 **longer you're ruptured, the higher your risk.**

11 Q    Okay. And then you would -- Ampicillin,

12 that would be the drug that would be provided

13 if she went longer than twelve hours with her

14 membrane being ruptured, right?

15 A    **I can only speak to that point in time,**

16 **that Ampicillin would have been used on this**

17 **patient. 22 years ago that's maybe how they**

18 **treated chorioamnionitis in a non penicillin**

19 **allergic patient. I don't know what they do**

20 **now, so --**

21 Q    And what does Depo mean?

22 A    **That's probably her preferred method of**

23 **birth control after delivery, Depo-Provera.**

24 Q    Okay. Doctor, the fact that you filled

71

1  out the -- I know you just said you don't

2  know if you saw her after this, but the fact

3  that you were the one involved in doing the

4  admission data and writing all this down and

5  doing the physical examination and making

6  suggestions for treatment, does that in any

7  way indicate that you would continue to

8  follow her while she was in the hospital?

9  A    **There's no way to know that.**

10 Q    So you don't know one way or another

11 whether or not you were with her after taking

12 all this basic admission data.

13 A    **According to my review of the medical**

14 **chart, I was only present at the delivery. I**

15 **mean at the admission.**

16 Q    Okay. Well, let me back up. Where

17 would you have done this examination, would

18 this be on the labor and delivery floor or

19 would this be in the emergency room, where

20 would you have done this evaluation and

21 written down this data?

22 A    **I don't recall how Pinnacle Hospital**

23 **admits their laboring patients, if there's a**

24 **triage place or if they come to labor and**

72

1  **delivery. I don't know if I was on the labor**

2  **and delivery room or in triage or where that**

3  **was.**

4  Q    Doctor, I think you just said that based

5  on the documents that you saw, you were only

6  involved with the admission, right?

7  A    **Correct.**

8  Q    Okay. You misspoke and you said

9  delivery and then corrected yourself, so is

10 there a document that you saw in the records

11 that you had a chance to review, those 36

12 pages, was there any record in there that

13 would tell us who was actually present for

14 the delivery?

15 A    **Not as far as I can tell.**

16 Q    Okay, all right. But there are some

17 documents that tell us who was called for

18 consultation after the delivery, right?

19 A    **Can you clarify your question?**

20 Q    Well, Doctor, through your review of

21 records, you're aware that there was some

22 issue with the right arm of the baby once it

23 was born, right?

24 A    **I see that.**

73

```
 1   Q    Let me scroll down here.  And this is --
 2   so let me go back for one second, Doctor, I
 3   just want to make sure I have this in the
 4   record right.
 5          So the page we just went through
 6   was the Basic Admission Data and I have it on
 7   my records as Harrisburg Hospital page eight.
 8   Now I'm going to scroll down to this next
 9   page.  There is a consultation note.  Do you
10   see that?
11   A    I do.
12   Q    Okay.  And you didn't complete this
13   consultation note, correct?
14   A    Correct.
15   Q    Okay.  There is a requesting physician
16   listed on there?
17   A    I see that.  I don't know who that is.
18   Q    You don't know who Dr. Klein is?
19   A    No.
20   Q    The fact that the baby, Ms. Ditzler, it
21   indicates she had right arm dash Erb's Palsy,
22   does that help you recollect this delivery?
23   A    No.
24   Q    Let me go back for a second, hold on.
```

74

```
 1   I'm going to go to page eleven now and this
 2   is a neonatal consultation?
 3   A    Correct.
 4   Q    And it's for -- what's meconium stained
 5   amniotic fluid, what's that?
 6   A    So the amniotic fluid had a level of
 7   meconium in it.
 8   Q    Okay.  And up here, the requesting
 9   physician is Dr. Beverly, it says Hall dash
10   Ndlovu and then parentheses service, okay.
11   When you -- let me ask you, could you ask for
12   a consult as a fellow?
13          MR. BRIER:  In general again,
14   Bruce?
15   BY MR. MacKNIGHT:
16   Q    Generally, yeah.
17   A    In general, anybody can ask for a
18   consult.
19   Q    So let me ask, if you were requesting a
20   consult, would you put your name on the
21   requesting physician line?
22   A    I have no idea who determines the
23   requesting physician.
24   Q    And the doctor I believe that's on here
```

75

```
 1   is Dr. Lorh.  Do you know Dr. Lorh, L-O-R-H,
 2   I think it is?
 3   A    I do not.
 4   Q    Give me one second, I'm going to scroll
 5   down.  This is page twelve and this is labor
 6   and delivery infant data, so is this a page
 7   that would be completed after the actual
 8   delivery?
 9   A    I don't know.  I would imagine that
10   would be the case, given that it is about the
11   baby.
12   Q    Okay, so let me ask it this way, any of
13   this writing on here yours?
14   A    No.
15   Q    All right, how about up here, it says
16   per Dr. Blecher dash, I'm going to try and
17   read it, RPR and it looks like two Ts to me,
18   BSAG then a minus sign or a dash in a
19   circle.  Do you know what that means?
20   A    RPR is the syphilis test.  And HBsAg is
21   Hepatitis B surface antigen negative.  And
22   those are things you obtain from the prenatal
23   chart.
24   Q    Okay.  So when it says per Dr. Blecher,
```

76

```
 1   is that information that they would have
 2   obtained from you?
 3   A    I have no idea where they would have
 4   obtained it, but the admission note has it.
 5   Q    Okay.  So are you saying they could have
 6   either gotten it from you verbally or they
 7   could have gotten it from the admission note?
 8   A    I have no idea where they got it.
 9   Q    Do you ever remember being involved in a
10   delivery where the baby had shoulder
11   dystocia?
12   A    No.
13   Q    Do you know what that is?
14   A    I know it based on what a textbook would
15   tell me.
16   Q    Okay, do you recall ever being involved
17   in a delivery where the baby suffered from
18   Erb's Palsy?
19   A    No.
20   Q    Do you ever remember being involved in a
21   delivery where the child suffered from
22   brachial plexus injuries?
23   A    I don't know.
24   Q    Do you know what a brachial plexus
```

77

1   injury is?

2   A   **I do.**

3   Q   Okay, what is that?

4   A   **The generic term, the brachial plexus**
5   **are the nerves that are coming through the**
6   **axilla and I generally see adults.**

7   Q   Do you remember ever being involved in

8   an injury where you hold on a baby's head in

9   an attempt to remove or deliver the baby?

10  A   **No.**

11  Q   And you don't have any independent --

12  safe to say you don't have any independent

13  recollection of being involved in any

14  deliveries with Dr. Beverly, correct?

15  A   **Correct.**

16  Q   What's an episiotomy, Doctor?

17  A   **What is an episiotomy?**

18  Q   Yes.

19  A   **An episiotomy is a tear of the vagina,**
20  **either by the nature of delivering a baby or**
21  **performed by the provider who's delivering**
22  **the baby.**

23  Q   As a fellow at Harrisburg Hospital, did

24  you ever perform episiotomies?

78

1   A   **I don't remember.**

2   Q   If you were involved in a delivery at

3   Harrisburg Hospital, would there be

4   instruments in the delivery room that

5   would -- that you could access to perform an

6   episiotomy?  If you remember.

7   A   **I don't remember.**

8   Q   What type of instrument would one use to

9   perform an episiotomy?

10  A   **I don't know anymore.**

11  Q   And do you have any recollection of

12  being involved with the care of Ms. Furjanic

13  or Bethany Ditzler after the delivery of the

14  child?

15  A   **I have no recollection.**

16  Q   And other than those 36 pages that you

17  had a chance to review, Doctor, did you

18  review any other documents?

19  A   **No.**

20  Q   And it's safe to say -- well, let me ask

21  it this way, did you ever take -- when you

22  were a fellow, would you ever keep any sort

23  of diary or notes on deliveries that you were

24  involved in?

79

1   A   **No.**

2   Q   Would you carry any sort of notebook

3   with you when you were a fellow that you

4   could take notes in?

5   A   **No.**

6   Q   And we looked at some records and

7   they're all handwritten records.  Do you

8   remember back in 2001, was everything

9   handwritten at Harrisburg Hospital?

10  A   **I don't remember.**

11  Q   Okay.  Do you recall ever using any sort

12  of electronic medical records at Harrisburg

13  Hospital in 2001?

14  A   **I don't recall.**

15  Q   How about at the Women's -- I'm going to

16  forget the name of it.  I think you probably

17  remember because you're smarter than me.

18  Women's Outpatient Health Care Center, did

19  they have electronic records?

20  A   **I don't remember.**

21  Q   And then once your fellowship ended in

22  2022, have you ever been back to Harrisburg

23  Hospital -- I'm sorry, 2002, once your

24  fellowship ended in 2002, did you ever go

80

1   back to Harrisburg Hospital?

2   A   **No.**

3   Q   And did you go back -- is that when you

4   went back to Virginia?

5   A   **Correct.  I got my job, I don't know,**
6   **November or December of '21 and started the**
7   **day after Labor Day 2020 -- 2002.**

8   Q   2002, okay, all right.  Thank you,

9   Doctor.  That's all the questions I have.  I

10  appreciate your time.

11          MR. FABEN:  I have a couple of

12  questions real quick unless anybody else

13  does.

14          MR. MONGIELLO:  I don't.

15  BY MR. FABEN:

16  Q   Good morning, Dr. Blecher.  My name is

17  Peter Faben, I'm an attorney who represents a

18  number of the health care entities who've

19  been named as defendants in this matter, and

20  I want to go back quickly to a statement that

21  you made earlier about receiving your W-2

22  from Pinnacle Health.  Do you recall that

23  testimony?

24  A   **I do.**

81

1    Q    Okay.  So my question to you is whether
2    you are aware at all, that there are multiple
3    entities that have the name Pinnacle Health
4    in it.  Are you familiar with that?
5    A    **I'm not familiar with that.**
6    Q    Okay.  The complaint that was filed in
7    this matter that I believe you told us you
8    reviewed a while back, just by way of
9    example, has the following entities named as
10   defendants, Pinnacle Health Obstetrics and
11   Gynecology Specialists, UPMC Pinnacle
12   Harrisburg, Harrisburg Hospital, Pinnacle
13   Health Medical Services, Pinnacle Health,
14   Pinnacle Health Hospitals, Inc., and Pinnacle
15   Health Harrisburg Hospital.
16        The W-2 that you talked about
17   earlier, sitting here today, do you have any
18   way of testifying as to which Pinnacle Health
19   entity was issuing the W-2, or do you not
20   recall?
21   A    **I don't recall.**
22   Q    Okay, so you couldn't --
23   A    **I can only say that at the time, UPM --**
24   **it was not UPMC.**

82

1    Q    Okay, all right.  So then the W-2, you
2    wouldn't be able to say whether it was just
3    Pinnacle Health on the W-2 or Pinnacle Health
4    with some additional name after it.
5    A    **I have no idea, and I might have been**
6    **colloquial in my W-2.  I was an employed**
7    **physician of the hospital.**
8        **I actually don't know the**
9    **administrative entity of who that actually**
10   **was.  As I recall only in my brain, I**
11   **perceived that I was an employee of the**
12   **hospital at the time.**
13   Q    Okay, all right.  Thank you for that
14   clarification.  I have no further questions.
15        MR. BRIER:  Anyone else?
16   BY MR. MacKNIGHT:
17   Q    Real quick.  Doctor, when you were there
18   for your fellowship, did you go anywhere to
19   work other than the outpatient clinic or the
20   hospital?
21   A    **No.**
22   Q    Okay, thanks.
23                - - -
24        (Deposition concluded at 10:29

83

1    a.m.)
2                - - -
3        (Curriculum Vitae marked for
4    identification as Exhibit Blecher-1.)
5                - - -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

84

1    STATE OF PENNSYLVANIA    )
2                               ) SS
3    COUNTY OF CHESTER         )
4        I, Margaret Robinson, Shorthand
5    Reporter and Notary Public duly and qualified
6    in and for the State of Pennsylvania, do
7    hereby certify there came before me the
8    deponent herein, namely LEE BLECHER, D.O.,
9    who was by me duly sworn to testify to the
10   truth and nothing but the truth concerning
11   the matters in this cause.
12        I further certify that the foregoing
13   transcript is a true and correct transcript
14   of my original stenographic notes.
15        I further certify that I am neither
16   attorney or counsel for, nor related to or
17   employed by any of the parties to the action
18   in which this deposition is taken; and
19   furthermore, that I am not a relative or
20   employee of any attorney or counsel employed
21   by the parties hereto or financially
22   interested in the action.
23        *Margaret Robinson*
24        Margaret Robinson
         Notary Public

**BY MR. FABEN: [1]**
80/15
**BY MR.**
**MacKNIGHT: [17]**
4/12 21/9 21/18 24/15
25/6 27/15 34/14 36/4
40/6 40/22 42/19
43/12 44/20 45/16
63/11 74/15 82/16
**MR. BRIER: [14]**
24/9 27/12 34/13 36/1
39/8 39/19 40/2 40/14
42/15 43/11 44/16
63/3 74/13 82/15
**MR. FABEN: [1]**
80/11
**MR. JAYMAN: [4]**
39/7 39/12 39/18
40/13
**MR. MacKNIGHT:**
**[7]** 21/6 21/16 24/19
39/10 39/14 40/1
45/13
**MR. MONGIELLO:**
**[4]** 21/4 21/8 24/13
80/14
**THE REPORTER: [1]**
24/22
**THE WITNESS: [6]**
25/5 40/4 40/16 42/17
44/18 63/5

**'**

**'21 [1]** 80/6

**0**

**001 [2]** 66/10 66/20
**01 [1]** 46/5

**1**

**100 [2]** 41/20 41/23
**10:29 [1]** 82/24
**110 [2]** 55/13
**140 [2]** 55/8 55/9
**150 [1]** 55/14
**16 [1]** 60/9
**16th [6]** 19/9 19/11
19/23 20/1 20/9 30/12
**17 [5]** 10/21 11/1
11/7 30/7 44/12
**1723 [1]** 1/23
**1852 [1]** 1/10
**19063 [1]** 2/3
**19380-9998 [1]**
1/23
**1998 [1]** 14/4
**1:21-CV-1852 [1]**
1/10
**1st [1]** 14/17

**2**

**20 [3]** 15/17 47/13

**49/24**
**200 [1]** 42/1
**2001 [12]** 10/22
11/1 11/7 14/4 14/15
19/5 30/7 41/10 41/11
44/13 79/8 79/13
**2002 [4]** 79/23 79/24
80/7 80/8
**2006 [1]** 28/19
**2020 [1]** 80/7
**2022 [1]** 79/22
**2023 [1]** 1/13
**21 [1]** 1/13
**22 [2]** 37/24 70/17
**24 [2]** 34/4 34/9
**2s [1]** 38/6

**3**

**30 [1]** 15/18
**308 [1]** 2/3
**33 [1]** 66/10
**36 [4]** 10/7 11/5
72/11 78/16

**4**

**40 [2]** 66/10 66/21

**5**

**50 [4]** 56/21 57/3
58/1 58/4
**5150 [1]** 1/24

**6**

**610 [1]** 1/24

**7**

**761-5150 [1]** 1/24

**8**

**8 p.m [3]** 48/19
66/12 66/24
**8/16 [1]** 60/9
**8/16/01 [1]** 46/5
**80 [1]** 3/4
**82 [1]** 3/5
**83 [1]** 3/13

**9**

**9998 [1]** 1/23
**9:01 [1]** 1/18

**A**

**a.m [2]** 1/18 83/1
**abbreviations [3]**
66/13 66/17 66/18
**abdomen [3]** 55/23
56/2 58/23
**ability [3]** 8/24 9/6
65/8
**able [5]** 36/8 57/11
62/18 69/14 82/2
**abnormal [3]** 18/13
31/3 32/1
**about [34]** 10/21

**11/6 11/10 11/22**
15/14 21/20 22/15
24/7 25/3 26/9 27/21
27/22 28/13 30/10
30/13 31/22 32/24
35/22 36/3 36/15
36/17 37/11 41/6
47/15 52/12 56/1 57/8
61/23 65/12 75/10
75/15 79/15 80/21
81/16
**above [2]** 1/17 60/15
**academics [3]** 16/2
16/16 16/17
**access [2]** 51/2 78/5
**according [3]** 4/9
45/3 71/13
**accurate [4]** 9/7
11/19 12/1 23/4
**accurately [2]** 5/17
6/16
**action [2]** 84/16
84/21
**active [9]** 15/18
28/16 29/2 29/4 29/12
29/18 60/23 61/1 61/2
**actual [1]** 75/7
**actually [7]** 19/10
20/6 28/16 59/7 72/13
82/8 82/9
**added [1]** 15/20
**additional [5]** 56/11
56/13 63/17 64/14
82/4
**address [3]** 6/11
9/23 11/20
**administrative [1]**
82/9
**admission [28]**
19/22 20/2 45/3 45/4
45/5 45/8 45/12 46/2
46/20 47/19 51/4 54/2
54/17 60/8 63/6 63/6
63/17 63/23 66/7 69/6
70/3 71/4 71/12 71/15
72/6 73/6 76/4 76/7
**admissions [1]** 48/7
**admits [1]** 71/23
**admitted [1]** 45/6
**admitting [2]** 52/5
55/2
**adults [1]** 77/6
**affiliated [3]** 12/7
39/5 40/11
**after [17]** 11/3 12/3
19/8 33/13 41/1 41/5
46/20 63/16 70/3
70/23 71/2 71/11
72/18 75/7 78/13 80/7
82/4
**again [6]** 22/7 27/14
62/1 63/12 70/4 74/13
**age [2]** 46/23 49/5

**ago [7]** 16/19 33/9
37/24 40/5 47/14
49/24 70/17
**agree [1]** 21/20
**ahead [4]** 19/16
42/16 44/17 63/4
**all [30]** 4/4 6/17 9/24
10/12 11/9 19/4 19/15
27/4 34/3 34/11 34/15
34/22 42/3 52/14
60/14 61/17 62/4 66/8
69/18 69/19 71/4
71/12 72/16 75/15
79/7 80/8 80/9 81/2
82/1 82/13
**allergic [1]** 70/19
**allow [2]** 12/23 14/7
**allows [1]** 12/14
**almost [1]** 50/20
**alone [1]** 27/18
**already [3]** 9/23
40/24 57/19
**also [5]** 16/9 27/3
29/12 46/1 52/6
**always [5]** 32/3
32/19 32/20 33/4
42/23
**am [3]** 39/2 84/14
84/18
**amniotic [6]** 59/11
59/21 60/5 61/14 74/5
74/6
**amount [2]** 18/2
68/24
**Ampicillin [3]** 67/7
70/11 70/16
**another [8]** 7/15
32/3 36/17 46/9 47/24
49/24 69/24 71/10
**answer [20]** 5/1
5/14 5/20 5/22 5/24
6/4 6/6 7/2 7/8 8/7
24/11 24/16 39/19
40/3 40/7 40/15 40/20
42/16 44/17 46/18
**answered [1]** 40/5
**answering [1]** 39/11
**answers [4]** 5/3 6/17
9/7 10/12
**antibiotics [1]** 50/22
**anticipate [1]** 7/17
**antigen [1]** 75/21
**any [69]** 6/5 7/20
7/21 8/22 8/23 9/4
10/2 10/24 11/6 16/19
20/5 20/11 20/15
20/18 22/20 22/22
23/11 23/12 23/14
24/5 24/6 25/1 25/2
28/1 29/22 30/2 31/11
31/21 31/21 32/11
32/15 35/20 35/20
36/5 36/16 40/9 41/6

**41/16 42/5 42/5 42/11**
42/12 44/13 44/21
46/6 48/11 49/7 49/9
56/10 57/17 57/20
61/22 62/12 65/8 70/1
71/6 72/12 75/12
77/11 77/12 77/13
78/11 78/18 78/22
79/2 79/11 81/17
84/16 84/19
**anybody [4]** 9/14
22/2 74/17 80/12
**anybody's [1]** 9/13
**anymore [2]** 29/18
78/10
**anyone [2]** 23/15
82/15
**anything [11]** 8/6
9/14 10/13 10/23
20/15 36/22 40/5 40/9
61/9 64/11 65/12
**anyway [1]** 16/11
**anywhere [3]** 14/1
15/17 82/18
**apologize [1]** 41/10
**APPEARANCES [1]**
1/24
**applied [1]** 15/6
**appreciate [1]** 80/10
**approximately [1]**
58/3
**are [27]** 9/15 9/18
9/20 15/19 15/22 16/3
16/5 16/5 18/12 27/20
33/10 36/2 45/8 51/1
55/16 64/6 65/19
65/21 69/13 72/16
75/22 76/5 77/5 77/5
81/2 81/2 81/4
**area [2]** 48/6 53/13
**areas [1]** 15/24
**arm [2]** 72/22 73/21
**around [2]** 34/7
53/10
**artful [1]** 57/13
**as [52]** 4/4 4/10 6/16
7/9 7/9 7/21 7/21
12/22 13/2 13/2 13/6
13/21 15/20 16/6
16/11 18/17 18/17
19/9 20/6 21/22 21/22
22/18 22/24 27/3 27/5
30/1 31/15 31/15 33/2
33/3 34/19 34/23
35/18 39/1 39/15
39/21 43/8 44/2 45/14
50/4 62/23 63/20
72/15 72/15 73/7
74/12 77/23 80/19
81/9 81/18 82/10 83/4
**ask [25]** 4/21 5/2
5/12 5/20 5/24 6/3
6/17 7/5 7/7 7/16 9/1

# A

**ask... [14]** 9/24
10/20 11/9 26/15
31/19 36/1 46/19
66/16 74/11 74/11
74/17 74/19 75/12
78/20
**asked [5]** 7/10 40/24
41/9 41/15 62/21
**asking [8]** 5/11 5/13
5/21 6/3 8/1 10/1
31/18 39/14
**assess [1]** 31/2
**assessed [1]** 53/2
**assessment [2]**
52/16 54/12
**assigned [3]** 26/1
26/16 48/5
**assisting [1]** 35/10
**assume [3]** 39/5
39/9 39/22
**assuming [1]** 39/20
**attempt [1]** 77/9
**attending [14]** 24/2
28/1 32/19 32/20 33/4
33/6 33/8 33/11 33/14
36/7 36/15 42/22 44/5
44/14
**attending's [1]**
25/18
**attendings [6]** 21/14
21/15 22/11 23/22
35/21 43/4
**attorney [5]** 10/14
11/21 80/17 84/15
84/19
**augment [1]** 68/17
**August [11]** 10/21
11/1 11/6 19/13 19/17
19/20 19/23 20/1 30/7
41/10 44/12
**August 16th [2]**
19/23 20/1
**auscultation [1]**
55/22
**aware [2]** 72/21 81/2
**away [3]** 9/10 18/18
18/19
**awfully [1]** 24/11
**axilla [1]** 77/6

# B

**babies [2]** 16/8
43/24
**baby [17]** 17/14
25/15 26/8 28/18
41/11 54/19 57/12
61/8 63/1 72/22 73/20
75/11 76/10 76/17
77/9 77/20 77/22
**baby's [8]** 53/1
56/21 58/7 58/8 58/20

58/22 64/18 77/8
**back [26]** 9/16 17/16
23/2 24/21 24/23
26/12 28/7 43/7 44/22
49/24 51/22 53/24
56/7 64/5 68/6 68/22
71/16 73/2 73/24 79/8
79/22 80/1 80/3 80/4
80/20 81/8
**bad [1]** 7/10
**badge [1]** 36/21
**BALDINO [1]** 2/2
**BARLEY [1]** 2/9
**based [8]** 61/5 61/17
61/19 61/22 66/6
69/21 72/4 76/14
**bases [1]** 60/15
**basic [6]** 30/24 31/23
46/2 63/17 71/12 73/6
**basis [1]** 65/20
**be [64]** 4/3 4/5 6/17
7/1 15/17 17/1 17/1
17/17 22/3 22/23
25/19 25/20 26/15
27/8 27/17 27/24 28/8
28/11 30/8 30/21
31/10 31/18 33/4
33/10 33/13 33/20
34/19 36/8 39/13 40/8
42/23 43/15 43/20
44/1 44/2 44/9 44/23
45/9 47/22 48/4 48/9
49/23 49/24 51/9
51/10 51/23 52/8
52/10 52/24 53/15
57/11 64/3 65/1 67/12
69/5 69/14 70/12
70/12 71/18 71/19
75/7 75/10 78/3 82/2
**be able [1]** 36/8
**became [1]** 35/11
**because [7]** 6/12
6/19 7/17 31/17 39/12
66/15 79/17
**become [2]** 13/11
26/15
**bedside [1]** 62/14
**been [15]** 13/23 26/8
30/9 34/7 36/19 49/15
51/8 54/7 55/13 62/14
62/18 70/16 79/22
80/19 82/5
**before [17]** 1/18
4/21 4/22 5/22 5/24
6/4 10/1 10/2 10/8
10/23 14/18 30/10
58/19 63/16 63/24
69/17 84/6
**beginning [2]** 1/17
29/19
**being [12]** 10/10
26/9 28/16 54/3 62/19
70/14 76/9 76/16

76/20 77/7 77/13
78/12
**believe [7]** 18/9
26/18 35/15 38/6
40/11 74/24 81/7
**believed [1]** 61/7
**bell [1]** 19/1
**belly [1]** 56/3
**BETHANY [3]** 1/3
41/7 78/13
**better [1]** 57/19
**between [8]** 4/1
14/1 17/10 23/5 28/15
33/7 68/3 69/3
**BEVERLY [15]** 1/8
20/24 20/24 20/24
21/10 21/13 21/19
22/5 23/13 25/9 25/13
29/23 63/20 74/9
77/14
**bigger [1]** 45/23
**bilaterally [1]** 55/23
**binder [1]** 20/19
**biparietal [1]** 57/6
**birth [3]** 10/21 49/10
70/23
**births [3]** 16/19
16/23 42/24
**bit [1]** 22/4
**blank [1]** 64/10
**BLECHER [17]** 1/9
1/15 2/6 3/3 3/13 4/8
4/13 38/10 39/2 39/4
39/15 45/14 75/16
75/24 80/16 83/4 84/7
**Blecher-1 [2]** 3/13
83/4
**block [1]** 18/18
**blocks [1]** 18/19
**blood [3]** 52/3 52/5
55/6
**blue [2]** 1/22 60/6
**board [1]** 13/14
**boarded [1]** 16/6
**body [1]** 56/10
**bony [1]** 58/9
**book [1]** 64/3
**booklet [2]** 5/7
20/19
**born [1]** 72/23
**both [1]** 5/16
**box [4]** 1/23 13/5
60/16 60/16
**brachial [3]** 76/22
76/24 77/4
**brain [1]** 82/10
**break [4]** 7/20 7/23
8/2 8/3
**Breastfeeding [1]**
67/9
**breasts [1]** 55/21
**briefly [1]** 63/10
**BRIER [2]** 2/5 2/5

**bright [1]** 24/20
**broad [1]** 24/12
**broken [1]** 57/20
**BRUCE [6]** 2/2 4/15
24/9 27/12 36/2 74/14
**BSAG [1]** 75/18
**business [1]** 43/5
**busy [1]** 33/10
**BY:AARON [1]** 2/7

# C

**C-section [1]** 69/17
**call [3]** 21/19 22/5
27/6
**called [4]** 11/12
11/13 58/10 72/17
**came [4]** 26/14 27/9
62/24 84/6
**Cami [1]** 30/18
**can [49]** 4/19 5/7
6/18 7/8 7/9 9/12
11/21 12/12 12/18
15/13 20/12 21/19
24/6 24/16 25/2 27/13
29/3 30/13 30/14
31/15 39/13 39/22
40/3 40/15 42/16
43/15 43/19 44/1
44/17 45/18 45/21
47/17 48/17 53/13
55/19 56/6 58/18
60/13 63/2 63/5 64/14
66/8 66/17 67/18
70/15 72/15 72/19
74/17 81/23
**can't [16]** 5/15 6/14
17/4 17/16 30/17 33/2
40/16 41/22 47/13
49/23 61/9 63/21
64/11 67/15 69/6
69/15
**care [16]** 15/21
22/19 26/22 30/24
30/24 31/4 31/23
31/23 31/24 38/19
47/24 48/12 52/9
78/12 79/18 80/18
**carry [2]** 49/7 79/2
**case [12]** 1/9 10/17
28/10 35/3 52/23 64/4
67/15 68/11 69/4
69/15 69/16 75/10
**cases [1]** 23/14
**cause [2]** 5/18 84/10
**center [12]** 22/19
23/1 23/9 30/22 30/23
33/21 38/20 48/15
51/18 51/21 51/24
79/18
**Centers [1]** 18/24
**centimeter [2]** 29/10
57/22
**centimeters [8]**

**56/20** 56/24 57/1 57/9
57/16 57/18 58/3 58/4
**certainly [1]** 28/9
**certificate [1]** 15/20
**certification [1]** 4/3
**certified [1]** 13/14
**certify [3]** 84/6
84/11 84/14
**cervical [6]** 29/5
56/15 56/18 57/2 58/2
62/1
**cervix [12]** 56/21
57/4 57/22 65/20 67/2
67/16 67/18 67/19
67/20 68/4 68/14
69/10
**cetera [1]** 16/12
**CGA [2]** 49/3 49/3
**chance [3]** 10/16
72/11 78/17
**change [3]** 29/5
67/18 69/10
**changed [1]** 11/20
**changing [1]** 65/21
**chart [11]** 51/9
51/12 52/7 52/9 54/24
64/6 64/7 64/8 64/10
71/14 75/23
**charts [1]** 64/6
**check [4]** 52/11
53/20 53/21 61/21
**checked [7]** 13/5
50/6 50/8 52/17 61/2
61/11 61/14
**checking [1]** 54/2
**Chester [2]** 1/23
84/2
**child [5]** 17/14 41/7
66/21 76/21 78/14
**children [2]** 42/11
47/7
**chomico [1]** 70/6
**choose [1]** 12/16
**chorio [1]** 67/7
**Chorioam [1]** 70/8
**chorioamnionitis [2]**
70/8 70/18
**circle [1]** 75/19
**circled [1]** 44/9
**circulate [2]** 43/1
44/3
**clarification [2]** 36/2
82/14
**clarify [2]** 25/11
72/19
**clear [3]** 54/1 55/22
61/15
**clinic [31]** 18/9
18/14 18/22 22/14
25/22 26/8 26/14
26/23 27/10 27/18
29/24 31/12 31/15
31/19 31/22 32/12

**C**

clinic... [15] 33/24
34/8 34/20 36/20 37/1
37/6 44/6 47/21 48/1
48/20 49/18 49/22
50/1 54/22 82/19
CO [1] 48/22
coat [2] 36/24 37/14
College [1] 11/12
colloquial [1] 82/6
colposcopy [2]
18/11 31/1
come [4] 38/9 38/14
52/6 71/24
coming [2] 51/14
77/5
comments [2] 63/17
64/14
Commonwealth [1]
11/14
Complaining [1]
48/24
complaint [4] 10/16
11/4 59/9 81/6
complete [2] 48/8
73/12
completed [1] 75/7
complicated [2]
28/5 28/10
complications [1]
47/18
computer [3] 9/10
9/13 51/11
concentration [3]
12/12 12/19 13/1
concentrations [2]
12/22 14/7
concerning [1] 84/9
concerns [3] 36/6
36/16 49/9
concluded [1] 82/24
conferencing [1]
1/16
confirm [1] 59/10
Confirmed [1] 62/11
consider [1] 69/21
considered [3] 29/5
29/18 38/4
consult [3] 74/12
74/18 74/20
consultation [4]
72/18 73/9 73/13 74/2
consults [1] 23/6
consumed [2] 8/24
9/5
contact [1] 32/23
continue [1] 71/7
contract [1] 67/18
contracting [4]
65/18 65/20 65/21
69/9
contraction [3]

65/10 68/2 68/5
contractions [14]
60/24 64/17 64/20
65/1 65/23 66/1 67/4
67/4 67/11 67/13
67/17 68/15 68/18
69/3
contracts [1] 67/20
control [1] 70/23
copy [3] 10/4 11/16
46/1
correct [47] 12/6
12/10 13/10 14/13
14/24 15/1 17/5 18/6
25/10 34/10 41/22
46/4 48/16 49/20 50/7
50/9 50/10 50/13 51/5
52/18 52/19 55/10
55/17 55/18 59/6 61/3
61/4 61/12 61/13
61/15 61/16 61/24
62/2 62/3 62/6 63/14
64/23 66/4 69/23 72/7
73/13 73/14 74/3
77/14 77/15 80/5
84/12
corrected [1] 72/9
could [36] 15/17
24/18 25/15 25/23
29/20 31/10 32/23
33/7 33/10 33/13
33/14 36/9 36/14
40/18 40/18 43/8 44/9
47/10 47/12 47/22
47/23 49/15 49/24
51/1 51/9 51/10 52/8
52/24 54/21 61/2
63/20 74/11 76/5 76/7
78/5 79/4
couldn't [1] 81/22
counsel [8] 2/4 2/6
2/8 2/10 2/12 4/2
84/15 84/19
country [1] 15/18
COUNTY [1] 84/2
couple [4] 5/14
11/10 18/18 80/11
course [2] 47/18
62/23
courses [2] 13/19
13/21
court [7] 1/1 1/18
5/4 5/15 9/9 9/11
24/20
covering [1] 60/14
crazy [1] 34/12
credits [1] 13/20
criteria [1] 53/3
CTA [1] 55/22
culture [1] 50/20
current [1] 50/8
currently [1] 9/18
Curriculum [2] 3/13

83/3
CV [6] 1/10 9/24
11/17 11/18 12/20
45/14

---

**D**

D.O [1] 84/7
Dan [4] 35/5 35/7
35/9 35/13
dash [4] 73/21 74/9
75/16 75/18
data [8] 46/2 54/3
63/18 71/4 71/12
71/21 73/6 75/6
date [6] 1/17 11/19
19/10 20/8 46/5 46/22
dated [1] 19/23
day [9] 19/11 33/10
33/22 34/4 35/2 47/8
63/14 80/7 80/7
days [3] 29/3 34/16
66/22
dealing [2] 24/7
25/3
December [1] 80/6
decisions [2] 32/21
33/1
decrease [1] 69/2
Defendant [4] 2/6
2/8 2/10 2/12
defendants [3] 1/10
80/19 81/10
definitely [1] 17/23
definitions [1] 29/7
deformity [1] 42/12
deliver [10] 16/8
17/14 25/15 27/11
41/11 43/24 57/11
61/8 63/1 77/9
delivered [2] 28/18
42/12
deliveries [9] 23/13
23/19 25/9 30/15
41/17 42/6 43/8 77/14
78/23
delivering [3] 26/7
77/20 77/21
delivery [39] 12/15
23/6 24/5 25/1 25/21
25/24 26/10 27/21
28/16 29/19 30/7
30/11 37/18 38/24
41/7 42/21 43/14
44/15 44/24 45/10
46/5 62/3 70/23
71/14 71/18 72/1 72/2
72/9 72/14 72/18
73/22 75/6 75/8 76/10
76/17 76/21 78/2 78/4
78/13
DENNEHEY [1] 2/11
department [1] 18/3
depending [3] 13/24

35/16 69/11
depends [2] 28/5
69/15
Depo [3] 67/9 70/21
70/23
Depo-Provera [1]
70/23
deponent [1] 84/7
deposed [1] 10/10
deposition [9] 1/15
4/16 4/22 4/24 10/3
22/1 22/18 82/24
84/17
depositions [1] 8/16
depths [1] 8/9
describe [2] 15/13
17/19
DESCRIPTION [1]
3/12
deserves [1] 21/23
designation [2] 13/3
52/3
designed [1] 15/22
detail [1] 31/21
determines [1]
74/22
diagnosis [1] 18/12
diagnostic [1] 31/2
diameter [2] 57/1
57/6
diary [1] 78/23
did [44] 6/12 10/1
10/9 10/15 11/5 11/11
13/23 15/5 15/11
15/15 17/13 20/11
22/13 23/18 31/14
31/18 31/20 31/22
33/21 34/11 34/15
36/20 36/21 36/24
37/2 37/11 37/14
37/24 41/10 42/23
43/9 47/19 51/4 59/14
60/18 68/8 68/22
77/23 78/17 78/21
79/18 79/24 80/3
82/18
didn't [1] 73/12
different [3] 12/21
29/16 53/11
differentiated [1]
31/21
difficult [1] 7/1
digital [2] 58/11
58/15
dilate [1] 67/21
dilated [3] 56/20
57/3 57/22
dilates [1] 67/19
dilating [1] 68/4
dilation [1] 29/10
diploma [4] 13/3
19/9 19/11 20/8
director [3] 35/5

35/19 36/13
disagree [1] 22/2
discuss [2] 36/9
38/14
discussed [1] 10/14
discussions [1]
38/20
dispute [1] 22/20
DISTRICT [2] 1/1
1/2
DITZLER [4] 1/3
41/7 73/20 78/13
divided [1] 23/5
dividing [3] 28/13
28/15 28/17
do [87]
docs [1] 16/10
doctor [43] 8/22
10/8 11/9 11/16 12/3
13/12 17/13 20/3
21/19 22/3 22/6 24/17
24/20 27/17 28/2
28/14 30/6 31/16
34/12 34/15 38/2 38/8
38/13 39/2 39/21 40/8
40/23 41/4 45/17
45/20 66/15 68/1
69/17 69/19 70/24
72/4 72/20 73/2 74/24
77/16 78/17 80/9
82/17
doctor I [1] 74/24
doctors [3] 22/9
40/19 66/16
document [3] 10/17
55/5 72/10
documentation [2]
44/22 44/24
documented [2]
53/18 64/22
documents [8] 10/2
10/5 11/3 11/4 45/18
72/5 72/17 78/18
does [22] 12/20
18/24 38/16 45/8
47/20 49/6 49/9 49/21
52/17 53/9 54/1 56/23
57/10 57/10 58/1 58/5
58/14 59/23 70/21
71/6 73/22 80/13
doesn't [6] 56/3 65/7
65/8 65/12 67/3 69/20
doing [12] 17/20
18/7 26/4 30/21 31/1
31/7 32/2 38/3 43/5
66/15 71/3 71/5
don't [102]
done [21] 5/12 5/21
6/4 6/5 37/9 50/18
50/20 50/21 52/8
52/10 53/13 53/19
53/23 54/3 54/4 54/6
54/7 54/17 54/22

## D

**done... [2]** 71/17
71/20
**double [1]** 16/5
**down [16]** 5/5 5/9
6/13 6/15 6/18 7/2
9/12 46/10 46/11 59/8
62/8 71/4 71/21 73/1
73/8 75/5
**Dr [6]** 2/6 2/12 3/3
75/1 75/1 80/16
**Dr. [18]** 4/13 20/24
21/19 22/5 23/13 25/9
25/13 29/23 38/10
39/2 39/4 39/15 63/20
73/18 74/9 75/16
75/24 77/14
**Dr. Beverly [10]**
20/24 21/19 22/5
23/13 25/9 25/13
29/23 63/20 74/9
77/14
**Dr. Blecher [7]** 4/13
38/10 39/2 39/4 39/15
75/16 75/24
**Dr. Klein [1]** 73/18
**drawing [1]** 60/17
**dries [1]** 59/22
**drug [1]** 70/12
**due [1]** 46/22
**duly [3]** 4/8 84/4
84/8
**during [7]** 17/13
18/3 32/22 32/16
38/24 41/17 51/4
**dystocia [1]** 76/11

## E

**each [3]** 5/11 35/2
35/3
**earlier [2]** 80/21
81/17
**early [2]** 57/23 60/23
**easier [1]** 21/4
**East [1]** 2/3
**EDC [1]** 46/21
**edema [1]** 55/24
**education [2]** 11/10
16/15
**effaced [1]** 56/21
**eight [3]** 14/2 33/23
73/7
**either [6]** 11/4 15/23
23/8 29/23 76/6 77/20
**elective [1]** 13/23
**electives [3]** 12/24
14/2 14/8
**electronic [2]** 79/12
79/19
**eleven [1]** 74/1
**else [5]** 11/24 13/22
23/15 80/12 82/15

**emergency [3]** 23/6
52/10 71/19
**employed [6]** 38/18
38/18 38/19 82/6
84/16 84/19
**employee [4]** 38/4
39/23 82/11 84/19
**employment [1]**
38/15
**end [2]** 14/17 17/12
**ended [2]** 79/21
79/24
**enough [6]** 15/2
15/6 65/22 67/17 69/9
69/9
**entire [3]** 27/20
33/15 46/8
**entities [3]** 80/18
81/3 81/9
**entity [2]** 81/19 82/9
**episiotomies [1]**
77/24
**episiotomy [5]**
77/16 77/17 77/19
78/6 78/9
**equivocal [1]** 60/4
**Erb's [2]** 73/21 76/18
**ESQ [5]** 2/2 2/5 2/7
2/9 2/11
**essentially [1]** 29/1
**estimate [7]** 8/4
16/23 17/4 17/11
30/14 41/22 41/24
**et [1]** 16/12
**evaluation [1]** 71/20
**even [7]** 13/3 13/4
41/1 41/5 63/8 70/4
70/4
**ever [21]** 4/22 17/14
20/23 22/13 27/5 27/7
27/17 27/23 32/11
36/15 48/9 76/9 76/16
76/20 77/7 77/24
78/21 78/22 79/11
79/22 79/24
**every [5]** 64/17
64/21 66/3 67/19
67/20
**everybody [2]** 14/23
50/20
**everything [7]** 5/5
5/6 5/9 6/13 9/12
11/24 79/8
**exact [2]** 23/3 33/6
**exam [7]** 56/16
56/17 56/18 61/20
61/22 62/1 62/19
**examination [3]**
58/12 71/5 71/17
**examined [1]** 4/9
**example [2]** 43/22
81/9
**except [1]** 4/4

## F

**FABEN [3]** 2/9 3/4
80/17
**fact [7]** 47/19 57/17
57/23 63/8 70/24 71/2
73/20
**familiar [2]** 81/4
81/5
**family [9]** 12/8 13/9
13/11 13/15 15/11
16/1 16/10 17/20 18/2
**far [10]** 9/10 13/2
17/16 18/17 23/2
26/11 28/7 31/15 61/6
72/15
**fashion [1]** 29/1
**feel [4]** 58/19 58/21
58/22 58/23
**feeling [1]** 49/23
**feels [2]** 21/23 58/4
**fellow [13]** 15/11
27/6 30/1 34/23 35/11
38/10 42/7 43/8 44/2
74/12 77/23 78/22
79/3
**fellows [2]** 26/2 27/3
**fellowship [20]**
14/21 14/24 15/3 15/7
15/13 15/14 16/18
17/19 17/19 19/4
22/23 26/4 30/12
32/17 33/19 38/4 39/1
79/21 79/24 82/18
**fellowships [5]**
15/16 15/18 15/22
16/4 16/5
**fern [1]** 59/23
**ferning [2]** 59/18
60/13
**ferns [1]** 59/22
**fetal [5]** 52/16 54/11
55/7 55/11 64/18
**FHR [1]** 55/6
**FHT [1]** 64/16
**field [1]** 14/8
**fifty [2]** 17/8 17/10
**figure [1]** 67/22
**file [1]** 52/1

**med [2]** 10/17 81/6
**filing [1]** 4/3
**fill [6]** 13/19 45/1
45/5 45/7 46/17 63/20
**filled [1]** 70/24
**filling [1]** 64/10
**financially [1]** 84/20
**find [1]** 51/1
**fine [8]** 8/5 8/7 8/13
8/20 17/4 18/21 21/22
67/20
**fingers [3]** 58/15
58/16 58/19
**finish [1]** 6/6
**finished [1]** 14/14
**firm [1]** 9/21
**first [7]** 27/13 27/14
27/22 30/14 35/10
37/8 48/22
**five [8]** 6/19 33/23
43/23 64/17 64/21
66/3 67/19 67/21
**floor [3]** 43/15 64/3
71/18
**fluid [10]** 48/20
59/10 59/11 59/13
59/21 60/5 61/14
61/23 74/5 74/6
**focus [1]** 12/24
**follow [3]** 67/6 70/5
71/8
**following [2]** 24/22
81/9
**follows [1]** 4/10
**fondly [1]** 30/4
**foregoing [1]** 84/11
**forget [2]** 6/24 79/16
**forgetting [1]** 29/17
**forgive [1]** 28/14
**forgot [1]** 45/13
**form [16]** 4/4 7/7
24/10 34/13 39/7
40/13 42/15 44/16
47/12 48/8 55/1 63/3
63/18 63/22 64/1
64/13
**formal [5]** 12/17
12/19 13/2 20/13 26/1
**four [1]** 58/3
**FRANK [1]** 2/5
**freezes [1]** 9/14
**front [1]** 46/1
**frustrated [2]** 8/17
8/18
**full [2]** 7/16 66/21
**fully [1]** 6/4
**Furjanic [5]** 30/18
41/2 47/20 48/13
78/12
**further [3]** 82/14
84/11 84/14
**furthermore [1]**
84/18

**future [1]** 61/8

## G

**G2 [1]** 66/10
**gain [1]** 15/19
**gave [1]** 49/15
**GBS [2]** 50/12 50/18
**general [15]** 14/5
14/16 33/3 35/2 35/4
43/11 43/13 43/14
47/23 50/3 54/19
67/16 69/8 74/13
74/17
**generally [3]** 16/5
74/16 77/6
**generic [5]** 19/2
50/3 64/13 65/18 77/4
**generically [1]**
33/11
**geriatrics [2]** 12/23
15/21
**gestation [1]** 66/22
**gestational [1]** 49/5
**get [23]** 4/19 5/15
6/14 6/18 7/1 7/11
8/16 8/18 9/12 11/23
15/2 15/9 21/3 31/16
43/20 48/13 50/21
50/23 57/11 59/7
63/24 64/1 64/2
**gets [2]** 9/16 21/23
**getting [3]** 16/17
25/14 27/10
**give [10]** 4/20 5/24
7/8 9/6 10/13 15/24
23/3 69/10 69/14 75/4
**given [5]** 4/22 20/18
22/22 70/1 75/10
**giving [3]** 5/13 5/22
6/14
**go [26]** 4/18 11/11
11/21 16/14 16/15
19/16 23/24 26/9
33/12 35/22 36/9
36/14 36/15 42/16
44/17 55/15 63/4
63/16 67/10 73/2
73/24 74/1 79/24 80/3
80/20 82/18
**goal [2]** 16/13 16/14
**goes [1]** 14/23
**going [39]** 4/18 4/20
5/2 5/2 5/6 5/12 5/17
5/20 5/23 6/11 6/16
6/20 7/18 9/1 11/22
11/23 20/23 22/22 22/4
24/9 24/20 28/10
31/17 31/19 36/1 43/1
43/8 43/24 45/9 45/14
45/17 61/7 62/24
63/18 73/8 74/1 75/4
75/16 79/15
**gone [1]** 61/6
**good [6]** 4/13 4/14

**G**

**good... [4]**  28/22 30/4 45/23 80/16
**GORDON [1]**  2/7
**Gosh [1]**  55/13
**got [5]**  6/2 15/7 38/6 76/8 80/5
**gotten [2]**  76/6 76/7
**grab [2]**  64/9 64/11
**gravida [3]**  55/23 56/2 66/20
**greater [1]**  67/8
**group [3]**  32/7 32/9 50/15
**guess [8]**  8/6 13/17 17/3 18/19 25/11 34/2 40/2 51/3
**guessing [1]**  17/2
**gush [2]**  59/10 61/23
**gushes [1]**  48/20
**GYN [2]**  26/19 35/15
**gynecologic [5]**  16/11 16/12 18/10 30/24 31/24
**gynecological [1]**  18/7
**gynecology [4]**  1/6 15/12 26/5 81/11
**GYNs [1]**  18/1

**H**

**had [26]**  13/5 13/19 16/18 18/9 20/14 26/8 35/20 36/5 43/18 45/1 47/1 51/2 51/10 52/4 52/9 54/22 57/19 59/9 66/20 66/23 69/17 72/11 73/21 74/6 76/10 78/17
**half [2]**  29/9 44/11
**HALL [5]**  1/8 20/24 21/10 21/13 74/9
**handle [3]**  16/9 16/10 36/14
**handwriting [1]**  46/7
**handwritten [2]**  79/7 79/9
**hang [1]**  9/15
**happen [4]**  42/10 67/17 68/13 69/20
**happened [2]**  36/10 63/13
**happy [1]**  15/9
**hard [10]**  4/17 10/4 17/1 18/19 23/2 23/3 26/11 28/6 28/24 54/15
**Harrisburg [21]**  14/20 15/3 15/8 19/12 19/17 19/19 20/7 20/10 30/9 41/15 42/7 73/7 77/23 78/3 79/9 79/10 79/22 80/1 81/12 81/12 81/15
**has [13]**  19/22 31/3 47/1 54/7 58/6 63/19 65/4 65/14 66/5 67/16 68/2 76/4 81/9
**have [121]**
**haven't [2]**  28/18 34/6
**having [3]**  20/3 41/1 60/24
**HBsAg [1]**  75/20
**he [8]**  24/16 35/15 39/10 39/13 39/15 39/16 39/20 40/3
**he's [1]**  39/23
**head [13]**  6/8 6/14 6/21 6/22 39/13 56/22 58/7 58/8 58/11 58/20 58/22 62/8 77/8
**health [24]**  2/8 14/20 18/24 22/19 23/1 30/22 30/23 33/20 38/7 48/14 51/17 51/21 79/18 80/18 80/22 81/3 81/10 81/13 81/13 81/14 81/15 81/18 82/3 82/3
**hear [1]**  33/11
**heart [6]**  53/2 55/7 55/11 55/22 64/18 64/19
**HEENT [1]**  55/21
**height [1]**  55/5
**help [3]**  7/2 22/4 73/22
**Hepatitis [2]**  52/13 75/21
**her [29]**  21/19 21/21 21/24 22/1 22/5 22/7 22/9 22/12 22/13 22/18 23/15 24/5 25/1 30/4 30/5 30/11 41/7 52/5 54/18 54/23 55/5 56/20 57/18 69/10 70/13 70/22 71/2 71/8 71/11
**here [20]**  4/15 8/8 9/15 10/20 22/2 39/20 45/4 46/9 46/11 46/11 46/21 54/1 56/5 67/12 73/1 74/8 74/24 75/13 75/15 81/17
**hereby [1]**  84/6
**herein [1]**  84/7
**hereto [1]**  84/20
**Hershey [1]**  26/19
**hi [1]**  38/9
**high [1]**  58/23
**higher [2]**  58/8 70/10

**highly [1]**  17/1
**him [4]**  24/11 35/18 39/15 39/19
**himself [2]**  39/15 39/21
**His [1]**  35/17
**historical [1]**  55/3
**history [2]**  49/16 50/5
**hold [2]**  73/24 77/8
**home [1]**  11/20
**hopefully [1]**  7/7
**hospital [59]**  14/20 15/3 15/8 18/15 18/18 19/12 19/19 20/7 20/11 22/10 22/24 23/5 23/8 26/21 29/24 30/9 31/20 32/16 33/9 34/3 34/3 34/5 34/19 35/18 37/11 37/12 37/15 37/18 38/5 38/19 39/6 39/17 39/21 39/23 40/12 41/16 42/7 42/20 43/23 51/10 51/18 54/9 54/23 57/20 63/22 71/8 71/22 73/7 77/23 78/3 79/9 79/13 79/23 80/1 81/12 81/15 82/7 82/12 82/20
**HOSPITALS [2]**  1/8 81/14
**hour [2]**  29/10 68/24
**hours [9]**  29/21 33/22 34/1 34/4 34/9 34/12 34/15 67/8 70/13
**how [39]**  9/10 10/6 16/23 20/13 22/23 23/18 26/2 26/3 26/9 28/5 28/13 30/15 33/10 37/9 37/11 37/18 40/4 40/16 40/20 41/16 42/22 44/13 47/1 47/6 47/15 52/12 53/12 53/13 57/2 57/4 58/23 64/17 65/17 68/20 68/22 70/17 71/22 75/15 79/15
**however [1]**  58/18
**huhs [1]**  6/15
**hundred [2]**  17/6 17/11
**hypothetically [1]**  44/9

**I**

**I'd [1]**  21/3
**I'll [11]**  6/6 6/24 7/7 7/12 22/5 24/11 24/13 27/16 33/3 39/19

**I'm [45]**  4/15 4/19 5/2 5/11 5/12 5/12 5/20 5/21 5/23 6/16 6/19 6/20 6/24 8/8 9/1 9/21 11/22 11/23 20/22 21/20 24/9 24/19 24/20 27/12 29/16 31/16 31/17 34/8 36/1 38/10 38/17 38/18 38/19 39/14 45/14 45/17 46/10 73/8 74/1 75/4 75/16 79/15 79/23 80/17 81/5
**I've [1]**  7/10
**idea [9]**  40/20 42/2 60/20 69/5 70/2 74/22 76/3 76/8 82/5
**identification [1]**  83/4
**identified [2]**  22/17 36/22
**identify [1]**  37/19
**ignorance [1]**  28/14
**imagine [2]**  64/11 75/9
**immediately [2]**  19/7 46/20
**impair [2]**  8/24 9/6
**impairment [1]**  42/13
**implied [1]**  55/2
**impossible [2]**  33/18 48/2
**impression [2]**  61/10 66/9
**INC [2]**  1/22 81/14
**include [1]**  42/11
**including [2]**  47/2 47/7
**increase [5]**  67/5 67/11 67/14 68/15 69/2
**increases [1]**  68/18
**independent [7]**  10/24 15/24 20/6 23/11 41/1 77/11 77/12
**indicate [5]**  45/1 45/8 47/20 49/21 71/7
**indicates [3]**  45/11 59/14 73/21
**indication [1]**  53/6
**individuals [1]**  15/23
**induction [1]**  48/21
**infant [1]**  75/6
**infection [1]**  70/9
**information [3]**  59/8 61/5 76/1
**infusion [1]**  68/23
**injuries [1]**  76/22
**injury [2]**  77/1 77/8

**inside [1]**  58/23
**instruction's [1]**  6/11
**instructions [1]**  4/20
**instrument [2]**  59/4 78/8
**instruments [1]**  78/4
**interactions [1]**  29/23 30/3
**interest [2]**  13/12 13/18
**interested [6]**  12/14 12/24 14/8 15/6 16/2 84/21
**intern [1]**  26/18
**interval [3]**  50/5 65/1 65/22
**introduce [2]**  37/22 40/17
**introduced [2]**  37/20 39/1
**introduces [2]**  39/15 39/21
**involve [1]**  53/9
**involved [27]**  25/9 25/20 25/20 30/16 35/9 41/17 42/6 42/21 43/10 44/2 44/23 45/2 45/9 45/11 48/4 51/23 53/15 71/3 72/6 76/9 76/16 76/20 77/7 77/13 78/2 78/12 78/24
**iron [1]**  50/9
**is [147]**
**ischial [3]**  57/7 58/10 58/21
**isn't [1]**  39/10
**issue [6]**  9/5 9/13 23/24 67/22 67/23 72/22
**issues [4]**  35/20 36/3 36/14 36/16
**issuing [1]**  81/19
**it [166]**
**it's [47]**  5/1 8/12 11/13 11/17 18/19 21/4 22/4 23/2 23/3 24/11 26/11 28/6 28/24 29/9 29/17 33/16 33/17 34/5 40/2 41/23 48/1 49/4 50/3 50/19 50/20 50/22 51/14 53/13 53/13 54/5 54/15 54/21 55/13 57/2 57/4 58/9 59/11 60/4 60/7 60/7 60/10 65/9 65/19 68/23 69/14 74/4 78/20
**IV [2]**  68/21 68/23

## J

**job [2]** 36/7 80/5
**join [1]** 24/13
**JR [1]** 2/2
**July [6]** 14/17 19/6
19/9 19/11 20/9 30/12
**July 16th [3]** 19/11
20/9 30/12
**jump [1]** 68/6
**just [40]** 6/12 6/16
7/1 7/12 7/22 8/2
8/11 8/18 9/9 10/15
12/14 16/6 22/14
27/13 27/24 31/16
32/12 36/1 37/22
40/21 40/23 43/10
43/11 53/5 53/14
54/23 56/11 60/10
60/14 64/9 65/10
66/14 67/24 68/12
71/1 72/4 73/3 73/5
81/8 82/2

## K

**keep [5]** 7/12 8/19
9/11 21/21 78/22
**KELLY [1]** 2/5
**kept [1]** 51/19
**kind [1]** 32/7
**kinds [2]** 34/11
34/15
**Klein [1]** 73/18
**knew [1]** 21/3
**know [74]** 4/16 6/20
7/22 8/1 8/2 8/6 8/16
9/10 10/13 10/15
10/15 16/24 18/19
18/20 19/10 19/18
21/7 28/6 28/22 29/6
29/17 32/10 32/10
33/9 33/16 34/6 35/13
35/17 37/16 37/24
39/12 40/7 40/9 40/19
40/21 40/21 41/8
41/14 41/21 43/5
44/21 46/18 47/4
47/12 49/14 49/17
52/23 53/11 54/5
54/10 54/15 60/18
66/15 68/10 69/24
70/4 70/19 71/1 71/2
71/9 71/10 72/1 73/17
73/18 75/1 75/9 75/19
76/13 76/14 76/23
76/24 78/10 80/5 82/8
**knowing [1]** 43/3
**knowledge [1]** 20/6

## L

**L-O-R-H [1]** 75/1
**lab [1]** 51/10
**labor [58]** 12/15
23/5 23/12 23/20 24/5

24/8 25/1 25/4 25/8
25/14 26/10 27/10
27/19 27/20 27/22
28/1 28/16 29/1 29/2
29/2 29/4 29/12 29/18
30/7 30/11 30/15
37/17 38/24 39/22
42/21 43/7 43/14
43/23 44/14 44/23
45/9 57/23 60/21
60/22 60/23 60/23
61/1 61/3 62/15 65/23
65/24 66/4 66/5 66/6
66/11 66/23 68/17
68/18 71/18 71/24
72/1 75/5 80/7
**laboratory [1]** 50/11
**laboring [1]** 71/23
**labors [1]** 43/1
**labs [1]** 52/15
**lack [1]** 57/19
**large [3]** 48/19 49/5
59/10
**last [2]** 29/3 37/20
**lasted [1]** 14/11
**late [1]** 50/18
**latent [4]** 29/1 29/2
66/11 66/23
**later [3]** 5/7 5/18 7/2
**law [2]** 4/9 9/21
**lawsuit [1]** 10/18
**learner [1]** 33/5
**learners [1]** 27/4
**least [2]** 22/5 34/7
**LEE [4]** 1/9 1/15 4/8
84/7
**LEEPs [1]** 18/12
**left [1]** 56/11
**length [2]** 57/3 58/2
**less [1]** 60/9
**let [29]** 6/6 7/22
7/23 8/2 8/2 9/24
10/20 11/9 13/7 24/11
39/19 43/6 44/22
45/19 47/6 48/13
51/22 53/24 56/7
67/24 68/13 71/16
73/1 73/2 73/24 74/11
74/19 75/12 78/20
**let's [7]** 27/22 36/5
56/1 57/8 67/10 68/6
69/21
**level [2]** 26/18 74/6
**LGA [3]** 48/21 49/4
49/13
**like [23]** 11/16 12/3
14/4 14/10 15/11
23/18 27/20 29/9
29/11 31/5 31/8 31/17
32/7 33/22 37/8 38/11
44/4 52/14 57/1 59/22
62/24 64/8 75/17
**likely [2]** 59/16

64/12
**line [5]** 28/14 28/15
28/17 54/12 74/21
**lining [1]** 70/9
**listed [1]** 73/16
**little [1]** 22/4
**live [1]** 9/19
**living [2]** 47/16
66/21
**LLP [1]** 2/5
**located [2]** 9/18
18/15
**location [1]** 18/17
**long [10]** 4/18 7/21
10/19 11/17 21/22
33/3 34/17 40/5 55/13
58/3
**longer [2]** 70/10
70/13
**look [4]** 51/16 52/14
59/12 59/20
**looked [3]** 41/6 63/9
79/6
**looking [3]** 45/20
62/24 67/12
**looks [5]** 12/3 14/10
15/11 59/22 75/17
**Lorh [2]** 75/1 75/1
**lot [4]** 8/18 21/24
39/20 69/11
**low [1]** 17/12
**lucky [2]** 15/2 15/4
**lungs [1]** 55/22

## M

**M.D [2]** 1/15 4/8
**MacKNIGHT [4]** 2/2
3/4 3/5 4/15
**made [1]** 80/21
**majority [1]** 17/24
**make [5]** 33/1 40/10
40/23 54/1 73/3
**making [4]** 31/5
32/21 62/19 71/5
**management [5]**
18/12 32/1 67/2 68/7
68/11
**mandatory [1]** 37/16
**many [17]** 7/9 10/6
14/6 16/23 21/15
22/11 25/23 26/2 26/3
30/15 41/17 42/22
44/14 47/1 47/7 50/4
64/17
**March [1]** 1/13
**Margaret [3]** 1/18
84/3 84/23
**Margaret's [2]** 12/6
14/11
**mark [6]** 45/14 49/4
49/4 49/13 53/20
53/21
**marked [1]** 83/3

**MARSHALL [1]** 2/4
**Maryland [1]** 9/22
**matter [4]** 23/16
62/23 80/19 81/7
**matters [1]** 84/10
**max [1]** 57/16
**may [9]** 8/23 9/5
13/23 24/7 25/3 41/9
41/14 42/11 69/13
**maybe [5]** 15/5 28/3
55/13 63/8 70/17
**MD [1]** 46/11
**me [67]** 5/3 6/4 7/2
7/6 7/9 7/22 8/2 8/11
8/19 9/24 10/13 10/20
11/9 11/18 12/12
12/18 13/7 14/6 15/14
17/19 21/22 22/4 23/3
26/11 28/24 30/14
32/21 43/7 44/22
45/19 46/1 47/6 48/13
48/17 49/15 51/7
51/22 53/24 55/19
56/7 56/7 56/14 56/23
58/7 63/23 64/15 66/8
66/13 66/14 66/16
66/18 66/18 67/24
71/16 73/1 73/2 73/24
74/11 74/19 75/4
75/12 75/17 76/15
78/20 79/17 84/6 84/8
**mean [33]** 12/20
14/16 15/5 21/7 23/23
26/13 27/3 31/9 37/7
38/16 39/20 46/21
46/24 47/11 48/22
53/22 54/3 54/14 56/7
56/14 56/19 56/24
57/22 58/14 59/19
60/22 62/7 66/17
66/19 68/8 70/7 70/21
71/15
**mean did [1]** 15/5
**meaning [1]** 58/15
**means [6]** 12/13
47/6 56/23 58/18
68/12 75/19
**meant [4]** 47/13
68/10 69/2 69/5
**meconium [2]** 74/4
74/7
**Media [1]** 2/3
**medical [8]** 1/7
11/11 11/12 12/4 36/3
71/13 79/12 81/13
**medications [1]**
50/8
**medicine [8]** 11/15
12/22 15/12 15/21
16/1 17/20 18/3 68/17
**meet [1]** 32/8
**meeting [2]** 20/22
21/10

**members [1]** 44/8
**membrane [3]** 61/11
66/12 70/14
**membranes [3]** 49/1
66/24 67/8
**memory [2]** 7/2 8/9
**mental [1]** 9/4
**mentally [1]** 8/23
**mess [1]** 20/23
**messing [1]** 21/21
**met [2]** 22/9 53/3
**method [1]** 70/22
**MICHAEL [1]** 2/11
**microscope [1]**
59/21
**MIDDLE [1]** 1/2
**might [4]** 36/16
36/17 40/10 82/5
**MIN [1]** 55/8
**minor [1]** 16/11
**minus [5]** 56/22 57/5
58/5 60/2 75/18
**minute [2]** 55/9
68/24
**minutes [5]** 64/17
64/21 66/3 67/19
67/21
**missed [1]** 27/13
**misspoke [1]** 72/8
**mix [1]** 18/10
**MONGIELLO [1]**
2/11
**monitor [9]** 53/1
53/6 53/14 53/16
54/19 65/6 65/10
65/24 66/2
**month [7]** 14/15
19/5 30/10 30/13
30/14 60/9 60/10
**months [1]** 6/19
**more [16]** 12/15
13/20 17/6 17/8 17/21
18/4 24/1 28/8 28/11
28/11 31/21 41/20
42/1 43/18 59/16
60/11
**morning [4]** 4/13
4/14 4/16 80/16
**most [3]** 23/4 64/5
66/16
**mostly [1]** 16/9
**mother [3]** 29/13
29/15 55/17
**mother's [1]** 53/10
**Mr [3]** 3/4 3/4 3/5
**Ms [1]** 41/2
**Ms. [4]** 47/20 48/13
73/20 78/12
**Ms. Ditzler [1]** 73/20
**Ms. Furjanic [3]**
47/20 48/13 78/12
**much [1]** 57/2
**multiple [9]** 42/24

## M

**multiple... [8]** 43/7
43/9 44/8 51/1 51/6
51/7 66/5 81/2
**my [40]** 4/15 5/21
6/1 7/2 7/16 7/16
10/1 14/3 17/24 19/9
19/11 19/21 19/22
20/8 27/16 28/14
30/12 34/2 36/19
37/20 38/2 38/6 38/9
43/5 43/22 46/7 51/3
53/13 60/9 61/10 63/7
65/15 71/13 73/7 80/5
80/16 81/1 82/6 82/10
84/13
**MYERS [1]** 2/5
**myself [2]** 37/20
40/17

## N

**N-D-L-O-V-U [1]**
21/17
**name [17]** 18/22
20/23 21/21 22/7
30/18 36/21 37/12
37/21 37/23 38/2 38/9
64/12 74/20 79/16
80/16 81/3 82/4
**name's [1]** 4/15
**named [2]** 80/19
81/9
**namely [1]** 84/7
**natural [1]** 49/10
**nature [1]** 77/20
**NDLOVU [9]** 1/8
2/12 21/1 21/2 21/3
21/8 21/11 21/13
74/10
**near [1]** 61/8
**necessarily [8]** 13/4
14/5 25/19 36/18 43/3
48/2 49/11 69/4
**need [7]** 5/8 7/10
7/20 8/1 8/4 22/6
60/12
**negative [3]** 50/22
53/7 75/21
**neither [1]** 84/14
**neonatal [1]** 74/2
**nerves [1]** 77/5
**never [1]** 36/10
**new [2]** 29/6 62/19
**next [8]** 6/1 6/11
48/18 56/7 56/19
59/17 60/1 73/8
**night [1]** 34/18
**nights [1]** 34/16
**nine [1]** 33/22
**Nitrazine [2]** 60/4
60/5
**no [66]** 1/9 3/12

4/23 6/18 9/3 9/8
9/20 11/2 11/8 17/7
19/3 19/9 22/21 25/5
25/24 29/14 31/10
32/10 32/14 32/18
38/22 40/20 40/21
41/1 41/3 41/4 41/13
41/19 42/2 42/9 42/13
42/17 43/16 43/19
44/18 47/18 47/22
50/6 52/9 53/6 53/17
58/21 60/20 61/1
63/15 65/23 69/4 70/2
71/9 73/19 73/23
74/22 75/14 76/3 76/8
76/12 76/19 77/10
78/15 78/19 79/1 79/5
80/2 82/5 82/14 82/21
**nod [2]** 6/14 6/21
**nods [1]** 6/8
**non [6]** 52/21 52/24
53/5 55/23 56/2 70/18
**non-stress [3]** 52/21
52/24 53/5
**non-tender [2]**
55/23 56/2
**normal [4]** 55/11
55/21 55/21 55/21
**not [51]** 4/18 6/5
6/20 6/24 7/22 8/8
11/22 11/23 14/5
14/23 15/19 15/19
16/5 23/8 24/19 25/19
25/20 28/23 29/18
30/19 31/14 32/22
36/18 41/14 43/3 47/4
49/11 51/3 53/4 54/5
54/6 57/13 59/16
60/12 60/23 61/2
64/12 65/9 65/24 69/4
69/9 69/13 69/14
69/18 71/11 72/15
75/3 81/5 81/19 81/24
84/18
**Notary [3]** 1/19 84/4
84/24
**notate [1]** 50/11
**note [14]** 19/22 20/4
45/5 45/5 54/15 63/6
63/23 66/7 69/6 70/3
73/9 73/13 76/4 76/7
**notebook [1]** 79/2
**notes [3]** 78/23 79/4
84/13
**nothing [4]** 13/2
65/4 65/14 84/9
**notice [1]** 1/17
**November [1]** 80/6
**now [11]** 6/19 9/20
15/19 38/1 46/5 66/17
67/2 68/7 70/20 73/8
74/1
**NST [4]** 52/17 52/17

54/16 54/22
**NTZ [1]** 60/2
**number [3]** 47/9
47/10 80/18
**numbers [2]** 56/18
62/2
**nurse [1]** 63/8

## O

**OB [3]** 18/1 26/19
35/15
**OB-GYN [2]** 26/19
35/15
**OB-GYNs [1]** 18/1
**objection [10]** 24/10
34/13 39/7 39/8 39/18
40/13 40/14 42/15
44/16 63/3
**objections [1]** 4/4
**observe [1]** 68/12
**observing [1]** 33/1
**obstetrical [2]** 16/7
18/10
**obstetrics [11]** 1/6
12/11 13/18 13/21
13/24 15/12 17/21
17/24 18/5 26/5 81/10
**obtain [1]** 75/22
**obtained [2]** 76/2
76/4
**occurred [2]** 10/21
48/10
**odd [1]** 47/13
**off [8]** 23/8 50/6
50/9 52/17 54/2 61/2
61/11 61/14
**offended [1]** 7/12
**offense [1]** 6/5
**office [1]** 50/4
**officially [1]** 14/18
**often [2]** 22/23
65/17
**okay [181]**
**old [1]** 66/10
**once [4]** 29/14 72/22
79/21 79/23
**one [32]** 17/22 21/14
21/14 23/21 25/24
28/8 29/9 29/9 31/9
33/12 33/18 41/9
41/15 43/10 43/15
43/18 43/20 44/1 44/7
44/10 45/15 47/2 47/7
61/20 63/7 66/21
69/24 71/3 71/10 73/2
75/4 78/8
**only [18]** 27/8 31/17
43/15 43/20 44/1 44/3
44/9 45/11 63/2 63/5
65/7 69/6 70/2 70/15
71/14 72/5 81/23
82/10
**open [3]** 34/1 34/3

34/9
**opening [2]** 57/2
57/11
**opportunity [2]** 13/6
20/4
**opposed [3]** 13/21
22/24 34/19
**Oral [1]** 1/15
**order [1]** 54/6
**ordered [1]** 62/12
**orientation [2]**
20/12 37/8
**original [1]** 84/13
**other [17]** 5/11
11/24 12/7 17/22 20/3
22/9 28/1 35/21 44/10
44/11 46/13 48/18
50/12 61/9 78/16
78/18 82/19
**our [1]** 23/4
**out [16]** 8/10 9/15
21/7 31/13 45/1 45/5
45/7 46/18 47/24
51/15 52/6 63/20
64/10 66/14 67/22
71/1
**outpatient [21]**
16/10 18/9 18/14
18/22 18/24 22/14
22/19 22/24 30/22
30/23 31/4 33/20
33/24 34/8 48/14 50/4
51/17 51/21 52/8
79/18 82/19
**outpatients [1]** 23/9
**outside [1]** 54/22
**over [6]** 5/11 16/21
29/5 49/16 56/5 56/10
**overnight [1]** 34/18
**oversight [1]** 28/11
**own [2]** 17/15 41/12

## P

**p.m [3]** 48/19 66/12
66/24
**P.O [1]** 1/23
**P1 [1]** 66/10
**PA [2]** 1/23 2/3
**page [11]** 3/2 3/12
46/6 46/8 46/14 73/5
73/7 73/9 74/1 75/5
75/6
**pages [6]** 10/6 10/7
11/5 11/17 72/12
78/16
**painful [1]** 65/9
**palliative [1]** 15/21
**Palsy [2]** 73/21
76/18
**Pap [3]** 18/13 31/3
32/1
**paper [4]** 60/5 60/6
64/2 64/6

**paperwork [2]** 45/4
64/9
**para [1]** 66/20
**parentheses [1]**
74/10
**part [17]** 16/6 16/7
16/8 25/18 26/9 26/15
26/24 27/13 27/14
31/24 43/21 44/6
48/22 50/19 54/23
58/9 59/1
**participant [1]**
16/24
**participate [4]** 25/8
25/16 25/24 43/9
**participated [1]**
16/19
**participating [3]**
23/12 37/17 43/6
**particularly [1]** 26/1
**parties [2]** 84/16
84/20
**parts [3]** 34/7 56/10
66/5
**patient [40]** 25/14
25/22 26/8 27/9 27/18
27/24 28/6 30/10 31/5
32/9 33/8 33/12 33/14
37/19 38/15 38/21
38/24 39/5 39/9 39/16
39/22 40/10 45/6
47/21 47/23 49/22
51/13 51/22 53/1 54/2
54/8 54/18 65/19
68/12 69/7 69/8 69/16
70/4 70/17 70/19
**patient's [1]** 39/13
**patients [17]** 18/10
18/11 23/7 25/17
25/17 26/23 32/12
32/15 44/6 44/7 44/10
44/14 48/3 48/8 51/24
69/13 71/23
**Peg [3]** 21/16 24/19
45/13
**pelvis [2]** 58/9 58/10
**pending [1]** 7/22
**penicillin [1]** 70/18
**PENNSYLVANIA [3]**
1/2 84/1 84/5
**people [5]** 8/16 9/14
16/3 26/3 50/4
**per [4]** 29/18 68/24
75/16 75/24
**perceived [1]** 82/11
**percent [3]** 56/21
57/3 58/4
**perfect [1]** 66/15
**perfectly [3]** 8/7
8/13 8/20
**perform [3]** 77/24
78/5 78/9
**performed [1]** 77/21

**P**

**performing [2]**
33/19 36/7
**period [1]** 29/6
**permissible [1]**
27/23
**permitted [3]** 25/7
27/8 41/11
**person [6]** 9/16 30/4
36/13 43/18 60/12
69/11
**personal [1]** 36/14
**PETER [2]** 2/9 80/17
**PH [2]** 60/5 60/6
**phone [1]** 49/16
**phonetic [1]** 70/6
**phrase [1]** 57/19
**physical [2]** 9/4 71/5
**physically [3]** 8/22
32/23 54/9
**physician [12]** 27/8
28/9 28/12 32/4 32/6
33/4 62/17 73/15 74/9
74/21 74/23 82/7
**physicians [1]** 26/17
**piece [1]** 64/2
**PINNACLE [20]** 1/7
1/8 2/8 14/19 19/19
26/20 38/6 38/18
71/22 80/22 81/3
81/10 81/11 81/12
81/13 81/14 81/14
81/18 82/3 82/3
**PINNACLEHEALTH
[2]** 1/6 1/7
**Pitocin [8]** 67/5
68/16 68/16 68/17
68/20 69/12 69/14
70/1
**Pittsburgh [1]** 12/5
**place [5]** 16/23
33/12 36/19 58/19
71/24
**places [3]** 51/1 51/7
51/7
**placing [1]** 53/15
**Plaintiff [2]** 1/4 2/4
**please [1]** 55/20
**plexus [3]** 76/22
76/24 77/4
**plus [2]** 59/23 60/2
**point [9]** 7/20 16/13
46/17 55/3 61/7 61/20
64/24 70/1 70/15
**pointing [1]** 46/10
**policies [2]** 20/16
20/19
**pool [2]** 59/13 59/13
**pooling [1]** 60/13
**position [2]** 15/9
35/14
**positive [5]** 50/21

53/7 59/13 60/12
60/13
**possibility [2]** 40/3
49/10
**possible [2]** 51/14
54/21
**Possibly [1]** 17/9
**potentially [1]** 33/14
**practice [9]** 12/8
13/9 13/12 13/15
15/24 16/7 16/8 16/14
25/19
**practitioners [2]**
16/1 48/6
**pre [1]** 64/8
**preferred [1]** 70/22
**pregnancies [3]**
47/1 47/9 47/10
**pregnancy [1]** 50/19
**pregnant [1]** 56/3
**prenatal [10]** 30/24
31/23 47/18 47/24
50/9 51/9 51/12 52/9
52/14 75/22
**present [6]** 47/2
47/23 54/18 55/3
71/14 72/13
**presentation [1]**
62/4
**presently [1]** 11/13
**presents [1]** 66/11
**pressure [1]** 55/6
**pretty [3]** 12/16 19/2
62/16
**primary [1]** 13/8
**prior [3]** 16/17 54/17
66/21
**private [4]** 16/14
25/17 25/18 48/5
**privileges [1]** 16/1
**probably [16]** 14/17
18/1 35/24 37/20
40/19 41/23 41/24
45/19 53/23 59/24
60/7 60/11 62/18 67/3
70/22 79/16
**problem [1]** 5/18
**problems [1]** 50/6
**procedures [2]**
16/12 20/20
**process [1]** 5/1
**prodromal [3]** 29/2
60/22 66/6
**program [5]** 14/1
26/20 35/5 35/18
36/12
**programs [4]** 12/7
12/21 14/6 14/16
**progress [1]** 65/22
**progressing [1]** 31/7
**prospective [1]**
69/20
**Provera [1]** 70/23

**provide [3]** 5/3
51/22 52/1
**provided [3]** 11/18
63/23 70/12
**provider [1]** 77/21
**providing [2]** 35/9
48/12
**proximity [1]** 18/17
**Public [3]** 1/19 84/4
84/24
**pull [3]** 8/10 45/17
45/20
**pulled [3]** 62/16 63/7
63/9
**purpose [4]** 9/9
65/11 65/13 65/16
**pursuant [1]** 1/16
**push [4]** 29/15 29/20
65/13 65/14
**pushing [3]** 29/13
65/3 65/4
**put [8]** 5/6 24/9
50/21 53/1 53/5 59/8
59/13 74/20
**putting [1]** 53/9

**Q**

**Q5 [1]** 64/16
**qualification [1]**
15/20
**qualified [1]** 84/4
**question [34]** 4/5
5/1 5/11 5/13 5/19
5/21 6/1 6/3 7/5 7/10
7/16 7/16 7/18 7/22
9/4 24/10 24/18 24/23
25/12 27/16 34/2
34/24 39/24 40/8
43/22 49/4 49/9 49/13
49/13 51/3 57/13
65/15 72/19 81/1
**questionable [3]**
48/21 49/2 49/3
**questions [9]** 5/2
9/1 10/1 11/10 31/18
46/19 80/9 80/12
82/14
**quick [3]** 56/1 80/12
82/17
**quickly [2]** 4/19
80/20

**R**

**raise [1]** 49/9
**range [1]** 55/11
**rare [1]** 48/9
**rate [3]** 53/2 55/7
55/12
**re [1]** 7/7
**re-ask [1]** 7/7
**reach [1]** 8/9
**reactive [5]** 53/3
53/4 54/13 64/16

64/18
**read [13]** 5/7 5/19
24/21 24/23 47/17
48/17 49/18 66/8
66/14 66/16 66/16
66/17 75/17
**reading [3]** 4/2 6/20
54/20
**ready [3]** 25/15
27/11 29/15
**real [3]** 56/1 80/12
82/17
**really [7]** 8/10 12/17
30/5 49/16 59/12 60/7
60/7
**reason [5]** 7/15 7/21
8/22 22/20 40/9
**reasonable [3]**
17/11 39/4 39/9
**reasonably [1]**
17/12
**reasons [1]** 5/14
**recall [23]** 8/7 14/3
20/12 23/17 28/24
30/18 30/21 34/1 37/4
37/13 38/12 40/4 52/2
64/4 69/1 71/22 76/16
79/11 79/14 80/22
81/20 81/21 82/10
**receive [1]** 20/11
**receiving [1]** 80/21
**recently [2]** 10/19
34/7
**recognize [1]** 46/6
**recollect [1]** 73/22
**recollection [19]**
10/24 11/6 23/12 41/1
41/3 41/4 41/6 41/8
41/16 42/5 42/13
42/18 44/13 44/19
48/12 63/13 77/13
78/11 78/15
**record [4]** 11/24
67/12 72/12 73/4
**records [12]** 19/21
41/2 41/5 51/17 51/19
72/10 72/21 73/7 79/6
79/7 79/12 79/19
**REES [1]** 2/7
**refresh [1]** 11/6
**regard [4]** 5/4 5/23
23/19 30/6
**regarding [1]** 20/15
**regular [2]** 33/22
65/20
**related [4]** 54/16
57/6 58/9 84/15
**relation [1]** 58/24
**relationship [3]**
54/18 57/5 68/3
**relative [1]** 84/18
**remember [60]** 8/11
8/12 8/12 8/13 8/17

8/19 13/4 14/14 17/16
18/16 18/21 19/5
20/13 20/14 20/17
20/18 20/21 20/22
21/10 22/8 22/12 23/2
23/14 24/5 24/6 25/1
25/2 26/11 26/16
29/22 30/2 30/3 31/1
31/15 32/11 32/15
33/23 34/16 35/8
36/12 36/23 37/10
40/16 47/13 49/8
49/23 51/20 55/1 61/6
68/22 76/9 76/20 77/7
78/1 78/6 78/7 79/8
79/10 79/17 79/20
**remind [1]** 6/24
**remove [1]** 77/9
**repeat [2]** 24/18
27/14
**rephrase [2]** 27/16
57/15
**rephrasing [1]** 7/12
**report [2]** 35/1 35/7
**reporter [7]** 1/19 5/5
5/15 9/12 24/21 24/23
84/4
**reporter's [1]** 9/9
**REPORTING [1]**
1/22
**represents [2]** 20/24
80/17
**request [1]** 25/15
**requesting [5]** 73/15
74/8 74/19 74/21
74/23
**required [1]** 37/3
**reserved [1]** 4/5
**residency [15]** 12/4
12/9 12/21 13/8 13/9
13/24 14/3 14/6 14/10
14/16 16/18 16/22
17/14 19/7 26/20
**resident [5]** 12/14
12/23 27/7 36/6 36/17
**residents [8]** 25/23
26/19 26/22 27/2 32/5
35/21 43/17 44/4
**resist [1]** 5/10
**respect [2]** 21/23
21/24
**respected [1]** 30/5
**respectful [1]** 22/3
**responsible [2]**
25/13 44/7
**rest [3]** 46/14 63/16
64/1
**results [1]** 50/23
**review [8]** 10/2
10/16 19/21 71/13
72/11 72/20 78/17
78/18
**reviewed [6]** 10/4

**R**

reviewed... [5]  10/8
10/23 11/3 41/2 81/8
reviewing [1]  41/5
RH [1]  52/3
Richmond [1]  11/15
right [49]  9/20 11/9
13/15 15/8 17/4 18/5
18/15 19/4 19/15 20/7
31/6 34/9 34/22 38/21
39/2 41/2 42/3 43/11
43/24 44/15 46/10
47/8 47/10 48/14
49/19 50/6 51/4 53/19
56/5 59/15 60/15
61/17 62/4 62/20 66/2
66/8 69/19 70/14 72/6
72/16 72/18 72/22
72/23 73/4 73/21
75/15 80/8 82/1 82/13
ring [1]  19/1
risk [1]  70/10
Robinson [3]  1/18
84/3 84/23
ROCK [1]  1/22
Rockville [1]  9/21
role [1]  36/19
room [15]  23/6 27/9
27/17 33/6 38/1 42/23
43/15 43/20 44/1
52/10 63/8 63/9 71/19
72/2 78/4
rooms [2]  43/2 44/4
rotated [1]  26/20
routine [1]  50/19
RPR [3]  52/12 75/17
75/20
Rubella [1]  52/12
rupture [5]  48/24
59/15 61/21 66/12
66/23
ruptured [7]  57/23
57/24 59/12 61/12
67/7 70/10 70/14

**S**

SACCHETTA [1]  2/2
safe [8]  30/8 38/8
38/13 41/24 44/12
48/11 77/12 78/20
said [15]  11/5 11/16
18/14 22/8 24/4 24/16
24/24 40/10 48/3 59/2
64/20 70/7 71/1 72/4
72/8
Saint [2]  12/6 14/11
same [9]  5/16 5/23
9/4 33/6 39/18 40/14
42/23 43/10 62/1
saw [7]  23/9 30/23
35/18 70/4 71/2 72/5
72/10

say [34]  5/5 5/6 5/10
8/13 12/18 13/17 19/3
21/4 27/2 27/9 29/18
30/8 31/4 32/22 33/18
38/8 38/9 38/10 38/13
38/17 40/19 44/12
48/2 48/11 51/6 51/12
58/4 59/23 62/9 67/1
77/12 78/20 81/23
82/2
saying [1]  34/8 39/2
76/5
says [17]  12/11
12/19 19/9 19/11 20/8
46/2 47/18 49/18 55/8
60/21 62/5 64/15 68/7
70/5 74/9 75/15 75/24
schedule [1]  23/3
scheduled [1]  48/20
school [3]  11/11
11/14 12/4
screen [3]  45/18
45/21 46/10
scroll [3]  73/1 73/8
75/4
sealing [1]  4/2
second [7]  2/3 56/8
59/1 68/7 73/2 73/24
75/4
section [1]  69/17
see [15]  13/7 14/19
20/4 20/4 33/12 33/14
38/23 45/18 45/21
60/16 65/17 72/24
73/10 73/17 77/6
seeing [4]  23/7 31/5
32/11 32/15
seemingly [1]  8/17
seen [2]  48/20 49/18
send [1]  31/12
senior [1]  28/12
sense [1]  31/16
sent [1]  10/5
service [1]  74/10
SERVICES [2]  1/7
81/13
session [1]  5/1
set [1]  68/24
setting [2]  16/10
39/22
severity [1]  33/7
shake [1]  6/22
she [35]  6/13 6/18
9/12 21/14 21/22
21/23 21/23 22/17
23/17 23/18 23/18
23/21 24/7 25/3 30/4
47/1 47/7 49/21 54/21
56/20 57/18 57/20
57/23 57/24 59/9
59/14 61/7 63/21 66/4
66/5 66/22 70/1 70/13
71/8 73/21

she's [8]  5/6 5/9
6/12 59/11 65/24
66/20 66/23 69/17
Sheet [1]  54/3
Shorthand [1]  84/3
shot [1]  68/21
shoulder [1]  76/10
shoulders [1]  6/15
show [1]  23/18
showed [1]  21/24
shrug [1]  6/14
sign [1]  13/4 55/4
75/18
signature [5]  19/22
20/5 46/9 46/12 46/13
significance [5]  49/7
50/16 56/10 57/17
57/21
significant [2]  50/6
53/22
signify [1]  58/6
signing [1]  4/2
signs [2]  67/6 70/5
simple [1]  4/24
since [4]  5/9 28/18
66/12 66/24
Sir [1]  9/18
sitting [2]  9/21
81/17
situation [3]  29/16
36/10 53/12
situations [3]  28/8
33/17 69/11
six [3]  6/19 14/1
33/23
slash [4]  15/12 48/19
50/9 55/8
small [1]  18/2
smarter [1]  79/17
smear [2]  31/3 32/1
smears [1]  18/13
SNYDER [1]  2/9
so [128]
some [22]  4/20 5/3
8/16 11/3 12/21 22/9
25/8 29/20 36/2 45/17
47/13 50/11 55/15
56/6 60/24 61/7 62/10
69/13 72/16 72/21
79/6 82/4
somebody [6]  23/24
24/1 35/22 36/8 38/2
62/24
someone [5]  24/8
25/4 26/7 28/15 49/15
someone's [1]  50/19
something [18]  8/5
8/10 13/21 28/10
29/10 38/11 51/13
52/4 52/6 54/4 54/5
54/7 58/6 59/20 60/10
62/22 63/19 68/21
somewhere [1]

soon [1]  33/13
sorry [3]  27/12 67/3
79/23
sort [5]  20/11 42/12
78/22 79/2 79/11
sorts [1]  69/18
sounds [1]  19/2
speak [9]  33/2 33/3
53/13 63/5 63/21
67/15 69/6 69/15
70/15
speaking [1]  5/10
SPECIALISTS [2]
1/6 81/11
specific [11]  14/5
23/14 29/22 30/2
52/23 63/6 63/13
67/15 68/11 68/24
69/15
specifically [10]
12/6 23/15 27/21 28/7
33/2 35/2 35/8 40/5
40/17 64/4
specifics [2]  24/6
25/2
speculum [3]  56/16
59/3 61/19
spelled [1]  21/17
spend [1]  24/1
spent [1]  18/1
spines [3]  57/7
58/10 58/21
spontaneous [3]
48/24 66/11 66/23
sports [2]  12/22
15/21
SROM [2]  48/19
48/23
SS [1]  84/1
stained [1]  74/4
stand [3]  49/3 52/20
60/3
standard [2]  52/14
62/16
start [13]  5/13 5/22
6/3 10/1 10/17 14/17
19/9 20/8 64/10 67/5
67/7 68/15 68/18
started [6]  19/5 19/7
19/10 20/7 30/12 80/6
starting [1]  65/2
STATE [2]  83/6 84/5
statement [1]  80/20
statements [1]
61/22
STATES [1]  1/1
station [1]  56/22
status [3]  38/15
60/21 61/11
stenographic [1]
84/13
still [1]  9/15

stipulated [1]  4/1
stomach [1]  53/10
stood [1]  59/2
stop [2]  4/17 60/13
story [1]  33/12
Street [1]  2/3
strength [2]  65/8
67/23
strep [1]  50/15
stress [3]  52/21
52/24 53/5
strip [2]  53/4 54/18
strongly [1]  69/9
structure [1]  14/4
stuff [4]  17/20 17/21
18/7 64/10
style [2]  33/8 47/5
styles [1]  33/17
subjectively [1]
58/22
substance [2]  8/23
9/5
such [3]  12/22 15/20
16/11
suffered [2]  76/17
76/21
suggestions [1]  71/6
supervising [3]
23/21 24/2 32/6
supervision [1]  33/5
supervisor [1]  34/22
supervisory [1]
36/18
sure [5]  31/5 40/23
54/1 62/19 73/3
surface [1]  75/21
suspect [1]  47/16
sworn [2]  4/8 84/8
symptoms [2]  67/6
70/6
syphilis [1]  75/20
systems [2]  55/16
55/16

**T**

tag [1]  37/12
take [10]  4/16 6/5
7/20 7/23 8/3 13/19
26/22 58/2 78/21 79/4
taken [2]  1/16 84/17
taking [4]  5/5 5/9
6/13 71/11
talk [5]  27/22 32/24
35/22 56/1 57/8
talked [2]  22/14
81/16
talking [4]  5/16
11/20 27/21 36/3
tapes [1]  20/15
taught [2]  24/7 25/3
teacher [1]  23/18
team [11]  26/17
26/21 26/24 32/5

**T**

**team... [7]** 33/15 43/17 44/7 44/8 44/11 62/16 63/7
**tear [1]** 77/19
**tell [26]** 6/4 7/6 7/9 8/11 12/12 12/18 30/14 37/9 38/1 51/7 55/19 56/6 56/14 56/23 61/9 62/18 64/14 65/7 65/9 65/12 66/13 66/18 72/13 72/15 72/17 76/15
**telling [2]** 8/19 58/7
**tells [1]** 65/7
**Ten [1]** 57/16
**tender [2]** 55/23 56/2
**tenderness [1]** 56/4
**term [5]** 29/17 47/11 50/3 66/21 77/4
**terms [2]** 33/3 69/8
**test [9]** 31/2 50/18 51/4 52/21 52/24 53/5 53/5 60/8 75/20
**testified [1]** 4/10
**testify [1]** 84/8
**testifying [1]** 81/18
**testimony [1]** 80/23
**testing [3]** 50/24 52/1 52/5
**tests [2]** 50/12 52/16
**textbook [1]** 76/14
**than [18]** 11/24 17/6 17/8 20/3 21/5 28/8 41/20 42/1 43/18 46/13 59/16 60/9 61/9 67/8 70/13 78/16 79/17 82/19
**Thank [2]** 80/8 82/13
**thanks [1]** 82/22
**that [332]**
**that fellow [1]** 15/11
**that's [36]** 7/15 8/5 8/19 10/17 15/1 17/4 18/21 21/16 21/20 21/22 28/22 29/14 31/9 40/7 41/24 43/17 46/22 47/4 47/16 51/3 53/20 57/13 59/20 60/15 61/19 61/22 61/24 62/8 64/21 67/3 68/23 69/23 70/17 70/22 74/24 80/9
**their [4]** 12/24 36/7 52/1 71/23
**them [11]** 6/18 20/20 31/12 32/24 32/24 40/10 45/18 45/19 45/20 52/1 53/6
**themselves [1]** 33/13
**then [34]** 14/19 17/18 23/7 23/8 31/19 44/10 46/23 46/23 47/3 49/2 50/11 52/16 55/5 55/15 56/5 58/21 59/1 59/13 60/1 61/2 62/4 64/5 65/18 65/21 67/21 68/14 68/23 69/20 70/11 72/9 74/10 75/18 79/21 82/1
**there [83]** 6/12 8/22 11/5 12/1 14/12 15/17 16/21 16/22 20/2 20/5 21/7 22/6 22/11 25/14 25/23 26/3 26/4 26/6 26/17 26/19 26/21 27/3 27/24 28/8 28/11 28/17 29/5 30/1 30/11 32/5 32/6 32/13 32/19 32/20 33/4 33/18 36/8 36/8 36/21 37/5 37/9 40/8 42/8 42/22 42/24 43/7 43/17 44/8 44/24 45/19 46/9 47/8 49/6 51/1 51/16 51/18 51/19 54/9 55/20 59/7 60/17 60/18 61/1 63/18 64/7 64/8 64/15 66/1 68/9 69/13 69/22 72/10 72/12 72/12 72/16 72/21 73/9 73/15 73/16 78/3 81/2 82/17 84/6
**there's [23]** 7/21 9/13 12/7 13/2 19/21 28/7 29/1 33/16 40/21 43/19 43/23 51/6 53/2 53/6 53/7 53/11 59/12 60/16 62/10 65/23 68/2 71/9 71/23
**these [8]** 15/16 15/22 16/4 16/4 25/17 34/7 46/19 55/16
**they [48]** 8/17 12/16 12/23 13/5 14/1 14/7 14/17 15/19 15/19 26/13 27/4 27/19 31/6 31/11 31/12 31/14 33/1 33/22 34/1 42/23 42/24 43/1 43/4 43/4 48/5 50/21 50/22 51/9 51/14 51/22 52/9 52/11 53/12 56/7 56/9 56/14 62/22 62/24 68/22 70/17 70/19 71/24 76/1 76/3 76/5 76/6 76/8 79/19
**they're [8]** 12/24 15/18 27/10 31/6 56/9 56/13 65/9 79/7
**thin [1]** 57/4
**thing [2]** 28/22 32/8
**things [18]** 8/18 23/19 24/6 25/3 30/20 31/7 32/3 33/10 35/6 37/9 42/10 56/6 56/11 56/13 64/6 68/13 69/18 75/22
**think [16]** 17/12 21/24 22/1 24/4 24/24 40/24 41/23 46/18 48/3 52/10 62/17 68/1 70/6 72/4 75/2 79/16
**thinking [1]** 30/3
**this [77]** 4/16 4/19 10/16 10/20 15/3 15/7 20/1 22/14 30/6 30/10 31/17 36/5 40/24 41/9 41/15 45/4 45/14 46/7 46/14 46/17 47/12 47/22 48/8 48/14 52/23 53/12 54/2 54/15 55/1 56/11 58/11 60/8 63/6 63/17 63/22 64/2 64/4 64/12 66/2 66/6 67/12 67/15 68/1 69/4 69/5 69/7 69/19 69/20 69/21 70/2 70/3 70/4 70/16 71/2 71/4 71/12 71/17 71/18 71/19 71/20 71/21 73/1 73/3 73/8 75/5 75/6 75/12 75/13 78/21 80/19 81/7 84/10 84/17
**those [21]** 16/2 16/3 32/2 38/20 42/14 43/2 44/3 44/4 44/7 48/8 51/7 52/14 53/9 56/1 56/10 56/18 66/13 66/17 72/11 75/22 78/16
**though [1]** 63/12
**three [11]** 11/17 14/12 16/22 29/20 56/20 56/24 57/1 57/8 57/18 57/22 66/22
**through [12]** 4/19 11/22 14/23 44/4 55/15 61/6 63/16 63/18 67/10 72/20 73/5 77/5
**throughout [1]** 43/2
**time [36]** 4/5 4/17 5/16 7/21 10/19 11/13 13/6 17/24 18/2 20/1 23/4 24/1 26/21 27/20 28/5 29/6 31/17 33/7 33/9 43/10 43/15 43/20 44/1 54/8 54/20 55/13 61/20 64/6 64/18 65/22 67/17 69/3 70/15 80/10 81/23 82/12
**times [3]** 7/9 33/24 34/17
**timing [4]** 65/7 67/14 67/22 69/16
**title [1]** 35/17
**TOCO [1]** 64/16
**tocometer [3]** 64/16 65/6 65/17
**today [4]** 8/6 9/2 10/13 81/17
**today's [1]** 10/2
**told [2]** 66/14 81/7
**tone [1]** 64/19
**tonight [2]** 66/12 66/24
**too [2]** 18/8 45/19
**took [5]** 13/20 16/23 22/1 22/18 31/23
**top [3]** 46/3 46/5 62/2
**towards [3]** 17/22 17/23 18/4
**town [2]** 47/24 51/15
**trace [1]** 55/24
**track [1]** 12/11
**traditionally [1]** 29/4
**trained [1]** 18/11
**training [6]** 16/9 31/1 35/10 37/5 37/7 60/10
**transcript [6]** 5/17 6/13 6/18 6/20 84/12 84/12
**treated [1]** 70/18
**treatment [2]** 67/1 71/6
**triage [2]** 71/24 72/2
**trial [2]** 4/6 5/8
**triangle [2]** 56/15 56/16
**true [1]** 84/12
**truth [2]** 84/9 84/9
**try [9]** 5/10 8/8 8/9 22/3 27/16 36/5 47/6 57/14 75/16
**trying [5]** 5/18 7/1 31/16
**Ts [1]** 75/17
**turn [1]** 60/6
**twelve [3]** 67/8 70/13 75/5
**two [11]** 16/3 26/6 29/10 44/10 48/19 56/22 57/5 58/4 58/5 66/20 75/17
**type [2]** 52/3 78/8
**types [1]** 16/3 30/20 32/2 35/6
**typically [6]** 23/5 29/14 36/13 50/18 62/23 68/12

**U**

**uh [3]** 6/15 6/15 6/15
**uh-huhs [1]** 6/15
**uh-uh [1]** 6/15
**ultrasound [5]** 62/11 62/13 62/15 62/22 63/7
**ultrasounds [4]** 31/7 31/10 31/11 31/14
**UMPC [1]** 1/8
**unassigned [1]** 48/1
**under [6]** 47/17 50/5 50/8 59/20 64/14 66/9
**underneath [2]** 54/11 62/9
**understand [19]** 5/19 7/6 7/6 7/8 7/11 7/13 9/1 10/9 13/7 15/4 24/17 34/24 39/16 40/18 43/16 43/19 57/14 65/15 67/24
**Understood [2]** 7/4 8/15
**unfortunate [1]** 42/10
**UNITED [1]** 1/1
**University [1]** 11/14
**unless [1]** 80/12
**unlikely [2]** 17/17 42/4
**unnecessary [1]** 60/8
**until [6]** 4/5 5/12 5/21 7/12 7/16 9/16
**up [21]** 9/11 11/19 13/4 20/23 21/21 26/18 43/7 44/22 45/17 45/20 46/5 46/21 51/23 53/24 56/7 58/8 58/23 62/2 71/16 74/8 75/15
**UPM [1]** 81/23
**UPMC [7]** 1/7 2/10 12/5 12/7 14/11 81/11 81/24
**upstairs [1]** 23/7
**upward [1]** 41/23
**us [5]** 5/15 26/6 72/13 72/17 87/3
**use [7]** 5/8 14/7 22/6 47/5 50/4 65/17 78/8
**used [3]** 63/22 65/19 70/16
**using [4]** 59/4 65/11 65/13 79/11
**usually [4]** 16/4 32/5 52/11 68/23
**uterus [2]** 68/19 70/9

**V**

**vagina [1]** 77/19

**V**

**various [4]** 28/7 33/16 33/17 33/21
**vary [1]** 33/7
**verbal [1]** 6/17
**verbally [1]** 76/6
**vertex [1]** 62/5
**very [7]** 17/1 17/17 18/2 30/3 47/22 48/9 63/9
**via [1]** 1/16
**video [1]** 1/16
**Virginia [4]** 11/13 11/14 11/15 80/4
**visual [2]** 61/18 61/19
**Vitae [2]** 3/13 83/3
**vital [1]** 55/3
**vitamins [2]** 31/6 50/9
**voice [1]** 9/11
**vs [1]** 1/5

**W**

**W-2 [6]** 80/21 81/16 81/19 82/1 82/3 82/6
**W-2s [1]** 38/6
**wait [5]** 5/12 5/21 5/24 7/15 9/15
**waived [1]** 4/3
**walk [2]** 38/1 38/17
**walked [1]** 38/23
**want [19]** 4/21 5/10 7/1 7/15 7/17 8/5 10/13 10/15 15/23 17/3 21/6 27/6 45/23 53/24 54/6 59/10 62/8 73/3 80/20
**wanted [3]** 13/11 35/22 54/4
**was [137]**
**wasn't [5]** 10/19 12/16 12/19 34/9 43/5
**watch [1]** 20/15
**water [1]** 57/18
**way [19]** 16/21 16/22 26/1 31/21 33/18 36/5 36/6 40/21 45/24 51/16 65/19 69/24 71/7 71/9 71/10 75/12 78/21 81/8 81/18
**ways [1]** 53/11
**we [22]** 4/19 5/4 5/5 5/6 5/7 5/7 5/8 5/10 5/10 10/17 21/20 23/7 23/8 23/9 31/23 37/2 45/18 62/2 63/9 63/24 73/5 79/6
**we'll [2]** 7/23 8/2
**we're [8]** 4/18 5/18 10/20 39/20 40/19

45/20 54/1 63/18
**we've [1]** 61/5
**wear [2]** 36/24 37/14
**Weber [1]** 35/5
**Weber's [1]** 35/13
**week [2]** 14/18 22/22
**weeks [2]** 14/2 66/22
**weight [1]** 55/6
**weighted [3]** 17/21 17/23 18/4
**well [19]** 15/5 26/2 26/13 27/3 29/20 34/2 34/6 34/6 38/17 39/14 44/22 47/22 53/21 53/24 63/20 66/5 71/16 72/20 78/20
**went [13]** 12/4 13/8 14/19 17/18 19/6 19/16 20/10 22/9 37/5 37/8 70/13 73/5 80/4
**were [80]** 10/9 10/10 14/11 15/2 15/6 16/24 17/20 18/7 19/12 19/18 20/18 22/11 23/7 23/8 25/7 25/17 25/18 25/23 26/3 26/3 26/4 26/6 26/19 26/21 26/24 27/4 27/7 27/19 27/23 29/24 30/15 32/2 32/3 32/13 32/24 33/19 33/21 34/1 36/22 37/3 37/9 37/12 37/15 37/17 37/19 38/3 38/4 41/11 41/17 42/6 42/7 42/20 42/24 43/4 43/4 43/6 43/7 43/10 44/6 44/8 44/14 45/1 45/11 48/5 51/14 51/23 52/5 59/4 60/14 62/24 66/11 71/3 71/11 72/5 74/19 78/2 78/22 78/23 79/3 82/17
**weren't [1]** 40/11
**West [1]** 1/23
**what [91]**
**what's [38]** 23/23 28/13 28/15 39/8 46/21 46/23 47/17 48/22 49/2 50/14 50/16 50/16 52/20 52/22 53/21 53/22 54/11 54/14 55/6 56/2 58/1 59/17 59/19 60/1 60/3 60/22 61/10 62/7 62/9 65/11 65/13 65/16 66/8 67/1 70/7 74/4 74/5 77/16
**whatever [4]** 13/18 23/10 27/6 53/8
**when [56]** 5/18 8/17

12/18 13/8 13/17
14/14 15/10 15/10
17/18 19/15 20/6
20/10 20/10 21/22 22/9
22/17 26/4 27/2 29/5
29/12 31/4 32/2 32/22
33/19 35/10 36/20
37/5 37/8 37/12 37/14
38/3 42/7 42/20 44/22
45/6 49/6 51/6 51/12
51/18 51/23 52/5
52/24 55/2 59/21
61/21 64/6 64/24
65/12 65/14 68/8
74/11 75/24 78/21
79/3 80/3 82/17
**where [24]** 7/17 9/18 9/19 9/20 11/11 18/16 28/8 43/3 43/4 50/23 53/5 56/9 63/24 64/1 64/2 71/16 71/19 72/2 76/3 76/8 76/10 76/17 76/21 77/8
**whether [8]** 33/5 53/7 54/16 69/17 69/24 71/11 81/1 82/2
**which [5]** 5/17 18/12 31/2 81/18 84/17
**while [7]** 27/10 27/18 27/24 29/24 32/12 71/8 81/8
**white [2]** 36/24 37/14
**who [21]** 15/23 16/4 20/23 21/13 21/20 34/22 35/1 35/21 36/22 37/19 42/22 62/12 69/8 72/13 72/17 73/17 73/18 74/22 80/17 82/9 84/8
**who's [2]** 39/22 77/21
**who've [1]** 80/18
**whole [1]** 26/17
**why [7]** 8/1 10/9 31/2 39/10 43/18 49/12 49/14
**will [6]** 9/15 33/4 60/5 66/16 67/5 68/15
**without [3]** 28/1 47/23 64/12
**WITNESS [2]** 3/2 6/8
**woman [3]** 29/14 31/3 65/18
**woman's [1]** 58/10
**women [2]** 29/20 43/23
**Women's [13]** 18/24 22/18 22/24 23/9 30/21 30/23 33/20 38/19 48/13 48/14 51/17 79/15 79/18
**won't [2]** 6/5 7/11

**word [2]** 15/6 54/11
**work [6]** 22/10 22/13 34/11 34/15 37/5 82/19
**worked [3]** 21/15 34/18 36/20
**working [2]** 19/18 34/16
**works [1]** 39/16
**worry [1]** 11/22
**would [115]**
**wouldn't [7]** 36/19 38/9 38/14 38/17 38/20 48/4 82/2
**write [4]** 49/6 49/12 49/14 56/13
**writing [8]** 46/6 46/14 46/15 62/10 63/19 69/22 71/4 75/13
**written [6]** 54/12 55/20 56/6 56/9 61/10 71/21
**wrong [2]** 15/5 21/3
**wrote [2]** 56/12 68/8

**Y**

**yeah [6]** 24/13 31/9 37/3 43/13 58/16 74/16
**year [6]** 15/17 16/22 18/3 32/13 41/18 66/10
**years [5]** 14/12 37/24 47/14 49/24 70/17
**yes [33]** 6/9 6/10 6/16 6/23 7/14 7/19 10/11 12/2 13/13 13/16 14/22 15/9 16/20 19/14 21/12 22/12 22/16 24/3 27/1 31/9 34/17 34/21 35/12 36/14 39/3 40/1 45/22 46/12 46/16 58/13 58/17 68/5 77/18
**yesterday [1]** 11/18
**you [476]**
**you'd [1]** 23/24
**you're [18]** 5/2 6/4 6/5 8/1 13/14 14/8 33/9 39/5 51/18 54/20 55/2 58/7 66/15 67/20 69/21 70/10 72/21 79/17
**your [57]** 4/16 5/24 6/4 6/6 6/17 8/9 8/24 9/6 9/11 9/23 9/24 10/12 10/14 11/6 11/10 11/17 12/4 12/20 13/3 13/8 13/8 13/12 13/19 14/7 16/6

16/9 16/13 16/14
16/18 17/13 17/15
20/4 22/22 26/2 32/16
34/22 35/10 38/3
38/15 38/24 41/12
46/15 54/1 58/15
58/16 58/19 63/19
67/19 70/10 72/19
72/20 74/20 79/21
79/23 80/10 80/21
82/18
**yours [1]** 75/13
**yourself [6]** 17/15 32/12 32/16 37/22 39/1 72/9

**Z**

**Zoom [1]** 1/16