# EXHIBIT "B"

# Lawrence S. Borow, M.D., P.C.

Obstetrics, Gynecology, Colposcopy

146 Montgomery Avenue, Suite 200
Bala Cynwyd, PA 19004
(610) 668-1170
Fax: (610) 668-7922
Email: Larryborow@comcast.net

December 29th, 2023

Thomas F. Sacchetta, Esq.
Sacchetta and Baldino Trial Lawyers
308 E. 2nd St.
Media PA 19063

Re-Bethany Ditzler, DOB ███████████

Dear Mr. Sacchetta:

I am a Board-Certified Obstetrician and Gynecologist in continuous active practice for over 45 years in the Commonwealth of Pennsylvania. I have trained over 200 residents in obstetrics and gynecology as well as numerous family practice physicians in the labor and delivery suite of my primary hospital. I am familiar with the standard of care required in the labor and delivery in 2001 and to the present by an attending physician supervising physicians in training.

I have recently reviewed at your request records concerning the birth of Bethany Ditzler on ███████████, at the Harrisburg Hospital, a Pinnacle Health Hospital by Dr. Beverly A. Hall-Ndlovu, an attending obstetrician gynecologist and Dr. Lee Blecher, a family practice fellow. These records include the following:

- Deposition transcripts: Lon Ditzler, Lee Blecher, Joy Watkins, Cami Furjanic, Beverley Hall-Ndlovu, Jill Lehman, Bethany Ditzler
- Pinnacle Health Radiology CD 3.12.2009
- Pinnacle Health Radiology CD 11.27.2008
- Shriners Hospital for Children
- Augusta Health Records
- Case Management Unit Records

000034

- Children's Hospital of Richmond at VCU
- Harrisburg Hospital Records
- Hershey Medical Center
- Kids Peace
- Orthopedic Institute of PA
- Penn State Health Milton S. Hershey Medical Center
- PSH Milton S. Hershey Medical Center
- Team Care Behavioral Health Records
- UPMC Harrisburg
- Valley Pediatric Group
- Buffalo Gap High School
- Central Dauphin County School District
- Discovery: Pltf roggs directed to Ndlovu MD, pltf roggs directed to UPMC Blecher (2 sets), pltf RFPD directed to Ndlovu MD, pltf RFPD directed to UPMC, plfs answers to defendants
- Discovery: Defts social media rogs, deft Lee Blecker responses, deft Ndlovu responses
- Baby book
- Pediatric Pages Ehlers Danlos Syndrome
- The Complaint
- Expert Report from Dr. Scott Kozin, pediatric orthopedist, December 17, 2023.

Based upon my review of these records, it is my opinion, to a reasonable degree of medical certainty, that this delivery was at high risk for a shoulder dystocia event. It is my opinion that based upon the risk factors present at the time of this labor that a shoulder dystocia event did in fact occur, that any attempts to relieve the shoulder dystocia were traumatic and resulted in a permanent right sided brachial plexus injury to baby Bethany. It is further my opinion that, more likely than not, excessive rotation on the fetal head or excessive traction was applied in an off-axial manner by Dr. Blecher and/or Dr. Hall Ndlovu resulting in stretching and partial tearing of the nerves of the right brachial plexus of baby Bethany Ditzler. At this time she suffers from incomplete regeneration of the C5 and C6 nerve roots.

On August 16, 2001 Cami Furjanic was a 33-year-old G2P1 woman with an estimated date of confinement of August 13, 2001 who presented to the Harrisburg Hospital to deliver her second child. Her first delivery in 1989 was a male child at term weighing 6 pounds 15 ounces or 3150 grams. She received her prenatal care from the Dauphin CAO and the Women's Outpatient Center at 2645 N. 3rd St. in Harrisburg, PA. The obstetrician overseeing the clinic patients labor and delivery coverage on August 16 to August 17 2001 was Dr. Beverly Hall-Ndlovu. The trainee identified that evening who was involved with Ms. Furjanic's

clinic visit on August 15,2001 and labor and delivery care was Dr. Lee Blecher, a family practice fellow in his first month of his fellowship training.  At the time of admission Ms. Furjanic weighed 240 pounds, was 5 feet tall 10 inches tall and had a body mass index of 35, consistent with an obese body habitus. The medical record does not show her pre-pregnancy weight nor the amount of weight that she gained but her narrative describes that the patient and the clinic caregivers were concerned about her excessive weight gain and had referred her for a dietary consultation.  She was last seen in the prenatal clinic on August 15, 2001, by Dr. Blecher who suggested that the baby had an estimated fetal weight of about 8 pounds. An ultrasound examination for estimated fetal weight was not be performed that day for staffing reasons. She was scheduled for an elective induction of labor on August 20, 2001, because of a suspected large for gestational age fetus. On Ms. Furjanic went into labor and spontaneously ruptured her membranes at 20:00 on August 16, 2001, at home. She then proceeded directly to the hospital.

The admission history and physical was performed by Dr. Blecher and countersigned by the attending obstetrician Dr. Hall-Ndlovu. Ms. Furjanic's initial cervical examination was 3 cm dilated and she was found to be in early labor. During labor she received an epidural for pain management and was completely dilated at 04:20 on August 17, 2001. Ms. Furjanic pushed for 2 hours during the second stage of labor. After what was described by Joy Watkins, Ms. Furjanic's sister who attended the delivery, in her deposition as a "turtle sign" with the fetal head moving in and out with pushing, Ms. Fujanic was able to deliver only the fetal head spontaneously. This was a shoulder dystocia emergency Ms. Fujanic and her sister Joy Watkins both described in their depositions that Dr Lee Blecher forcibly pulled on the fetal head more than once while putting his foot on the lower bed to brace himself. It is unclear from the medical record at what precise time Dr. Hall-Ndlovu took over the delivery of this fetus from Dr. Blecher. She proceeded to perform an episiotomy which enabled delivery of the rest of the fetal body.

 No maneuvers were documented in the medical record to relieve this obstetrical emergency such as stopping pushing, employing the McRobert's maneuver or suprapubic pressure. It was the duty and obligation of the attending obstetrician to be present and to supervise any trainee at all deliveries yet Ms. Furjanic, Ms. Watkins and Lon Ditzler have testified in their depositions that Dr. Blecher initially

attempted this delivery without Dr. Ndlovu present until she was summoned by the nurses to help

Baby Bethany was born with Apgar scores of seven at one minute and nine at five minutes. She had bruises on her face and cheek, a right sided complete brachial plexus injury involving cervical nerves C5 through thoracic nerve T-1. She had a birth weight of 9 lbs. 8 oz. or 4310 g which was both macrosomic and large for gestational age. Her head circumference was 35 cm, but the chest circumference was even larger at 36 cm. This finding of a larger chest circumference than the head circumference is very common in excessively large babies especially at risk for a shoulder dystocia event. On the day of delivery an orthopedic consultation was obtained from Dr. Lippe who noted that the baby had "apparently large shoulders", decreased movement of the right upper extremity, findings consistent with an Erb's brachial plexus palsy and would require close orthopedic follow-up after discharge. A neonatal consultation was obtained at the time of the delivery because of the meconium-stained amniotic fluid. The request for the consultation was from Dr. Hall-Ndlovu supporting the fact that she was indeed present at least for the shoulder dystocia emergency and assistance with the delivery of baby Bethany.

Extensive follow-up records on baby Bethany include both physical therapy and outpatient orthopedic progress notes and an Expert Report from Dr. Scott Kozin of the Shriners Hospital for Children in Philadelphia. Bethany has significant shoulder and elbow motion limitations which persist to the present. She also reports right upper extremity pain, numbness and tingling in her shoulder and has a 10% shorter length in her right arm than her normal left arm. He noted that her injuries are permanent and no further treatment is available.

It is clear from my review of the Harrisburg Hospital medical records for mother and newborn plus the five deposition testimonies supplied, to a reasonable degree of medical certainty, that this delivery was at increased risk for shoulder dystocia to occur based upon the maternal morbid obesity, excessive weight gain and known planned induction of labor on August 20, 2001 for "suspected large for gestational age fetus". Based upon the known risk factors present, this delivery required the presence of a fully qualified and trained obstetrician prepared to immediately initiate a series of maneuvers to safely relieve the shoulder dystocia should it occur. Neither a senior OB/GYN resident in training nor a family practice

fellow in training should have been given the primary responsibility to attempt this delivery without the full-time presence of their supervising obstetrician. If Dr. Hall-Ndlovu, the supervising obstetrician of the residents and family practice fellows in the morning of August 17, 2001, permitted either of these physicians in training to attempt delivery of Ms. Furjanic's fetus without her direct supervision it would be a breach of the standard of care putting both mother and baby at increased risk of harm. If instead Dr. Hall-Ndlovu was present for the entire time of this delivery, she then breached the standard of care by permitting her trainees or by her own direct care by applying excessive downward traction on the fetal head, applying off axial forces to relieve the shoulder dystocia, performing excessive rotation of the fetal head or any combination of the above maneuvers causing a permanent brachial plexus injury to baby Bethany Ditzler.

It is my opinion that Lee Blecher, who was a resident also breached the standard of care. He regularly attended to Baby Bethany. His attempt to deliver the Baby was a breach. The pulling of the baby and bracing his feet on the bed are a breach of the standard of care. Furthermore, his attempt to deliver given the circumstances without attending physician present was a breach of the standard of care.

The Defendant hospitals breached the standard of care by failing to oversee the defendant Doctors patient care and they breached the standard of care by failing to formulate, adopt and enforce rules and policies to ensure quality care to patient Baby Bethany as set forth herein.

Baby Bethany Ditzler weighed 4310 gm or 9 pounds 8 ounces, 35% heavier than her brother born in 1989. If an OB ultrasound had been performed on August 15,2001 as was suggested by Dr. Lee Blecher, all ob caregivers would have known this fetus was both macrosomic and large for gestational age well  above the 90th%ile  with significant risk for a shoulder dystocia emergency and a primary cesarean section should have been discussed with Ms.Furjanic for maternal and fetal benefit.

It is known that any fetus who weighs over 4000 g is at increased risk for shoulder dystocia emergency. Only 10% of all newborns weigh 4000 g or more but 50% of all shoulder dystocia events occur within this 10% of large babies. More than 90% of permanent brachial plexus injuries are associated with a shoulder dystocia

event at the time of the delivery.  Transient brachial plexus injuries are expected resolved within the first six months of life.

All of my opinions are held to a reasonable degree of medical certainty. All breaches that I have set forth herein were a direct cause of harm and increased risk of harm to Bethany Ditzler.

I reserve the right to amend this report if additional medical records and/or deposition testimony are obtained and if my opinions at that time were markedly altered.

Lawrence S Borow, MD