# EXHIBIT "D"

# CURRICULUM VITAE
# OF
# LAWRENCE STEPHEN BOROW, M.D.

**Personal Data**

| | |
|---|---|
| Office Address | 146 Montgomery Avenue<br>Bala Cynwyd, PA 19004<br>610-668-1170 Fax 610 668 7922 |
| Born | ▮▮▮▮▮▮▮▮ in Philadelphia, PA |
| Marital Status | Married, One Child |
| Tax I.D. | 23 2258355 |
| Military Status | Captain, U.S. Army Reserve Medical Corps (Honorably Discharged) |

**Education:**

| | |
|---|---|
| September 1966 to June 1970 | Degree: M.D.<br>Temple University School Of Medicine<br>Philadelphia, PA |
| September 1962 to June 1966 | Degree: Bachelor of Arts in Biology (Minor in Anthropology)<br>Franklin & Marshall College<br>Lancaster, PA |

**Graduate Hospital Clinical Experience**

| | |
|---|---|
| July 1971 to June 1974 | Resident: Obstetrics & Gynecology<br>Pennsylvania Hospital<br>Philadelphia, PA |

2

| | |
|---|---|
| July 1970 to June 1971 | Pennsylvania Hospital<br>Philadelphia, PA |

Certification

    American Board of Obstetricians & Gynecologists – 1976
    National Board of Medical Examiners – 1971

Electronic Fetal Monitoring (EFM) V4.0; Provider GE Healthcare Accredited by the California Board of Registered Nursing – four year certification 2019 through 2023

Honors

    Dean's Lists, Franklin & Marshall College, 1963-1964
    1964-1965, 1965-1966

| | |
|---|---|
| Summer, 1967 | Student Research Fellow<br>"Induction of Ovulation in the Immature Cebus Monkey"<br>Dr. Hector Castellanos<br>Dept. of Obstetrics & Gynecology<br>Temple University School of Medicine |
| Summer, 1968 | Student Research Fellow |

|  |  |
|---|---|
|  | "Antigenity of the Guinea Pig Fetal Membranes"<br>Dr. Hector Castellanos<br>Dept. of Obstetrics & Gynecology<br>Temple University School of Medicine<br>NIH Training Grant |
| Summer, 1970 | "Species Variation in Drug Metabolism"<br>Dr. R. R. Wiliams, Dept. of Biochemistry<br>  St. Mary's Hospital Medical School<br>University of London |
| Subspecialty Interest | Early diagnosis & treatment of abnormal cervical cytology.<br><br>Care and treatment of women and their daughter's exposed to diethylstilbestrol during pregnancy.<br><br>Physicians Advisor – Shoulder Dystocia Skills Competency Team MainLine Health Ssytem |
| Academic Appointments |  |
| Clinical Instructor | Department of Obstetrics & Gynecology<br>University of Pennsylvania School of Medicine<br>July 1973 to June 1974 |
| Clinical Assistant | Division of Obstetrics & Gynecology<br>Lankenau Medical Center<br>Wynnewood, PA |

4

|  |  |
|---|---|
|  | July 1974 to October 1976 |
| Clinical Associate | November 1976 to present |

Faculty Appointments

| | |
|---|---|
| Co-Director & Faculty Member | 23rd Basic Colposcopic Course Of the American Society of Colposcopy & Colpomicroscopy Philadelphia, PA October 1975 |
| Faculty Member | 24th Basic Colposcopy Course of The American Society of Colposcopy & Colpomicroscopy Key Biscayne, Florida October 1976 |
| Faculty Member | 2nd, 3rd, 4th & 5th Annual Colposcopy & Cervical Neoplasia Symposium of Hahnemann Medical College and Philadelphia Colposcopy Society Philadelphia, PA 1977, 1978, 1979, 1980 |
| Faculty Member | Cervical Neoplasia Symposium of Philadelphia Colposcopy Society Philadelphia, PA 1983, 1984, 1985 |

Professional Societies

- Fellow – American Fertility Society – 1976
- Fellow – American Society of Colposcopy & Cervical Pathology 1973
- Founding Member – Philadelphia Colposcopy Society – 1976
- Fellow – The College of Physicians of Philadelphia – 1981
- Fellow – Obstetrical Society of Philadelphia – 1990
- Member – Society of Laparoendoscopic Surgeons – 1999
- Member – Philadelphia Medical Society / Pennsylvania Medical Society

        Member – American Medical Association

Medical Staff Appointments
Active Staff        The Lankenau Medical Center, Wynnewood, PA

        Bryn Mawr Hospital, Bryn Mawr, PA
        Riddle Hospital, Media PA
        Paoli Hospital, Paoli PA

        Main Line Health System

Licensures
    Pennsylvania State Board of Medical Education & Licensures – 1970
Federal Drug Enforcement Administration – 1970

Special Recognition

  Who's Who in the East, 17th Edition, 1979 – 80

  Certificate of Appreciation – Main Line Health for 45 years of dedicated service 2019


Continuing Medical Education
    Award of Excellence
    Pennsylvania Medical Society July 1999- July 2002
    Pennsylvania Medical Society August 2002- July 2005
    Pennsylvania Medical Society – recertified to December 2022



Committee Appointments & Officerships


American Society of Colposcopy

& Cervical Pathology        Membership Committee

Philadelphia Colposcopy Society        Treasurer – 1977 – 1978
        President – 1978 – 1980
        Board of directors – 1980 – 1985

6

| | |
|---|---|
| Lankenau Medical Center<br>Wynnewood, PA | Quality Assurance Committee<br><br>Tumor Registry<br><br>Performance Improvement Subcommittee<br><br>OB/GYN Medical Quality Review<br><br>Transfusion Committee |
| Mercy-Community Hospital<br>Havertown, PA | Secretary/Treasurer of the<br>Medical Staff 1979 – 1980<br>President – Elect of the<br>Medical Staff 1980 – 1981<br>President of the Medical Staff<br>1980 – 1982<br>Executive Committee<br>Tumor Registry<br>Emergency Room Committee<br>Utilization Review Committee<br>Product Standardization Committee<br>Long – Range Planning Committee<br>Continuing Education &<br>Accreditation Committee |

Presentations

"Colposcopy: An Aid to Early Diagnosis & Management of Patients with Abnormal Pap Smears" and "The DES – Exposed Female", Lankenau Hospital, Pennsylvania  Hospital, Jefferson Medical College, Haverford Community Hospital, Delaware County Memorial Hospital, and Abington Hospital.

"Oral Changes in Pregnancy", Temple University School of Dentistry.

000055

7

"Pregnancy Outcome in 98 Females Exposed to DES in Utero, Their Mothers and Non-Exposed Siblings" Clinical Meeting of the American Society of Colposcopy and Cervical Pathology, San Diego, California, February 1980.

"Reproductive Problems of the Female Athlete", Haverford Community Hospital.

"Update on DES – related Medical Problems", Lankenau Hospital

"Colposcopy of the Vulva & Vagina", Haverford Community Hospital, Lankenau Hospital, Pennsylvania Hospital.

"Premenstrual Syndrome – Fact or Fancy", Haverford Community Hospital.

"Exercise and the Pregnant Patient", Lankenau Hospital

"Shoulder Dystocia Prediction, Recognition and Treatment with the Shoulder Dystocia Drill" Main Line Health System Perinatal Mini Conference October 2003

Grand Rounds: Lankenau Medical Center-Department of Obstetrics & Gynecology-Main

Line Health
1. Asymptomatic Viral Shedding, Suppression of Genital Herpes, and Reduction of the Transmission of Genital Herpes - July 2004
2. Intraoperative Bladder Injury during Gynecologic Surgery – Prevention, Recognition and Treatment – November 2008

Residents Lecture Series Lankenau Medical Center 2006
1. Prediction Recognition and treatment of shoulder dystocia-update 2006.
2. Contemporary use of the Pessary in clinical practice
3. Management of Elevated CA-125.
4. Update and review of Genital Herpes
   Residents Lecture Series Lankenau
   Medical Center 2007
5. Elective pregnancy termination

Residents Lecture Series Lankenau Hospital 2008
1. Medical and Surgical Techniques of Pregnancy Termination

Peer Reviewer

8

Obstetrics and Gynecology- Official publication of the American College of Obstetricians and Gynecologist – 2004 – 2022

American College of Physicians – PIER Module – Peer Reviewer

Publications

Semm, Kurt.  Atlas & Gynecologic Laparoscopy and Hysteroscopy Editor, Lawrence S. Borow, M.D. Philadelphia: W.B. Saunders 1977

Borow, Lawrence, M.D.
"Oral Changes During Pregnancy"
Periodontics, A Lecture Series. Editor, A. Schlossberg. Philadelphia: Temple University Press, 19782   pp. 88–92.

Borow, L., Corson, S., Reed, T. "Endoscopy- Recent Developments in Obstetrics and Gynecology." Philadelphia Medicine 35:167, Editor, F. Hutchins, Jr., 1979.

Borow, L. "Electronconization of the Cervix," Collected Letters of the International Correspondence Society of Obstetricians and Gynecologists 20:139, 1979.

Mangan, C., Borow, L., Rubin, M., Mikula, J. "Pregnancy Outcome in 98 Females Exposed to DES in Utero, Their Mothers and Non-Exposed Sibling." Obstetrics and Gynecology 50:315-319, 1982

Bowers, E.J., Fried-Cassorla, Borow, L., M.J. Scholl, T. O., Strassman, H.D., Bowers, E. J., "Growth of Women Exposed to Diethylstilbestrol in Utero", Abstracts of the IV International Congress of Auxology Annals of Human Biology 1985; 12 (Supplement 1) : 48.

Fried-Cassolra, M., Borow, L., School, T. O., Strassman, H.D. Bowers, E. J., "Depression and Diethylstilbestrol Exposure in Women", The Journal of Reproductive Medicine Vol 32 No. 11, November, 1987.

Recent CME Programs:

Fetal Assessment and Monitoring sponsored by Advanced Practice Strategies – September 2014

Advanced Fetal Monitoring: a Multidisciplinary Approach to Applying Principles of Patient Safety Sponsored by USC University of Southern California - 2014

"Birth Injuries and the Law"; Contemporary Forums, Las Vegas, NV. November 2014.

Women's Health Annual Conference– Omnia Education – 2016

Women's Health Symposium – Infectious Diseases in Women – 2017

Child Abuse and Recognition and Reporting Pennsylvania – 2017

Risk Management: Office Risks – 2017

Risk Management Rounds: OB/GYN – 2017

Caring for the Obstetric Patient in the Trauma Setting – Jefferson – 2017

The Perplexing Problem of Persistent Vaginitis – 2017

Child Abuse and Recognition and Reporting Pennsylvania – 2018

The use of opioids to treat chronic pain Pennsylvania – 2018, 2020, 2022

Electronic Fetal Monitoring (EFM) V4.0; Provider GE Healthcare Accredited by the California Board of Registered Nursing – four year certification 2019 through 2023

Advanced Hysteroscopy Training Seminar – San Diego, CA by Medtronics January 2020

Uterine Fibroids: a new paradigm in medical and surgical management – August 2020

Child Abuse and Recognition and Reporting Pennsylvania – 2018, 2020, 2022

Risk Management Rounds: Surgery, Second Edition – "Accreditation with Commendation" September 13, 2020

Abnormal Uterine Bleeding: From Basic to Advanced Diagnosis and Management Medtronics - September 2020

Cooper Surgical: Complex MIGS Procedures From Hysterectomy to Sacrocolpopexy - November 2020

Surgical count policy review and attestation – August 2021

Pregnancy and Heart Disease at the Heart of the Matter – Dec 2021

Amniotic Fluid Embolism – February 2022

OR Fire Risk Assessment - February 2022

Informed Consent - February 2022

Intraoperative Handoff Policy - February 2022

Surgical Services Policies Curriculum - February 2022

Surgical Counts Policy - February 2022

January, 2023