# EXHIBIT "E"



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Faculty Physicians, Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

Appointments: 410-448-6400 or 1-877-771-4567
Website:  www.umortho.org

**Total Joint Replacement**
Farshad Adib, MD
Aaron Johnson, MD
Sumon Nandi, MD, MBA

**Spine Care**
Kendall Buraimoh, MD
Daniel Cavanaugh, MD
Daniel Gelb, MD
Eugene Koh, MD, PhD
Steven Ludwig, MD

**Acupuncture**
Marcos Hsu, ND, LAc
Brian Jackson, MS, LAc

**Hand**
Joshua Abzug, MD
Ngozi Akabudike, MD
W. Andrew Eglseder, MD
Christopher Langhammer, MD, PhD
Raymond Pensy, MD

**Shoulder & Elbow**
Mohit Gilotra, MD
S. Ashfaq Hasan, MD
M. Gerard Slobogean, MD

**Pediatric Orthopaedics**
Joshua Abzug, MD
Daniel Gelb, MD (spine)

**Program in Sports Medicine**
Farshad Adib, MD
Idris Amin, MD, CAQSM, FAAPMR
Brian Corwell, MD
Valerie Cothran, MD
Claudia Dal Molin, DO, RMSK
S. Ashfaq Hasan, MD
R. Frank Henn, III, MD
Natalie Leong, MD
Meagan Lewis, MD
Sean Meredith, MD
Jonathan Packer, MD
Jaron Santelli, MD
Kyle Yost, DO

**Lower Extremity & Foot/Ankle**
Natalie Danna, MD

**Surgical Podiatry**
Hummira Abawi, DPM
Emily Durrance, DPM, CWS
Jacob Wynes, DPM, MS, FACFAS

**Musculoskeletal Oncology**
Vincent Ng, MD

**Orthopaedic Trauma**
Brent Bauer, MD
Robert Beer, MD
W. Andrew Eglseder, MD
Todd Jaeblon, DO
Aaron Johnson, MD
Christopher Langhammer, MD, PhD
Christopher LeBrun, MD
Jason Nascone, MD
Robert O'Toole, MD
Raymond Pensy, MD
Andrew Pollak, MD (Chairman)
Marcus Sciadini, MD
M. Gerard Slobogean, MD, MPH

**Physical/Occupational Therapy**
Peter Bowman, PT, DPT, FAAOMPT
Nicole Bickhart, OT, CHT, COMT-UL
Ritu Goel, MS, OTR/L, DHSc
Alisa Pravdo, PT, DPT, FAAOMPT
Wes Robinson, ATC, PT
Robert Rowland, PT, DPT, OCS, CSCS
Michael Zarro, PT, DPT, SCS, CSCS

January 2, 2024

RE:   Bethany Ditzler
DOB ▇▇▇▇▇▇▇▇

Thomas Sacchetta
Sacchetta & Baldino
308 East Second St.
Media, PA  19063
Ph: 610-891-9212
Fax: 610-891-7190

Dear Mr. Sacchetta:

The following is a report and expert opinion following my review of records and independent medical examination pertaining to Bethany Ditzler.  The records and imaging reviewed include:

1.   Records from Augusta Health
2.   Records from Buffalo Gap High School
3.   Records from Case Management Unit
4.   Records from Central Dauphin County School District
5.   Records from Children's Hospital of Richmond
6.   Records from August Pediatrics
7.   Records from Harrisburg Hospital
8.   Records from Hershey Medical Center
9.   Records from Kids Peace
10.  Records from Orthopedic Institute of Pennsylvania
11.  Records from Pennsylvania Psychiatric Institute
12.  Records from Shriners Hospital for Children – Philadelphia
13.  Records from Team Care Behavioral Health
14.  Records from UPMC Harrisburg
15.  Records from Valley Pediatric Group
16.  Social Media Posts
17.  Baby Book of Bethany Ditzler
18.  Defendant Interrogatories and responses
19.  Complaint
20.  Plaintiff Interrogatories and responses
21.  Deposition transcript of Beverley Hall-Ndlovu



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

January 2, 2024
Page 2 of 9

22. Deposition transcript of Cami Furjanic
23. Deposition transcript of Joy Watkins
24. Deposition transcript of Lee Blecher
25. Deposition transcript of Lon Ditzler
26. Expert report of Mike Ferder
27. Expert report of Scott Kozin, MD

Summary of Records:

Bethany Ditzler was born to her mother, Cami Furjanic, on ▮▮▮▮▮▮▮▮▮▮▮▮, at Harrisburg Hospital, weighing 9 lbs. and 8 oz. (4310 grams).  The APGAR scores were 7 at 1 minute and 9 at 5 minutes, with a score of 1 for tone at 1 minute and 2 for tone at 5 minutes.  The labor and delivery infant data noted "complications of delivery" and list "meconium fluid."  It appears that shoulder dystocia was started to be written, but the word "should" was crossed out and "error" was written.  No delivery note is present in the records.

The records from the pediatrician in Harrisburg hospital document the newborn exam of the extremities as "no motion R arm – hand pronated."  The "impression at birth" was "normal newborn; Erb's palsy R."  The initial newborn exam also notes "moving R fingers and elbow (slightly), bruising on R face."  An orthopedic consultation was performed on August 17, 2001, at 0930, which documented "no active shoulder abduction or elbow flexion of RUE."  The assessment was "Erb's palsy."  Stretching exercises were instructed to Bethany's mother and they were advised to follow-up in 4 weeks.

A CT scan obtained on June 29, 2004, had an impression of "irregular and flattened surface of the right glenoid with increased angle of the right glenoid with respect to the horizontal plane."

Bethany was seen an evaluated by Scott Kozin, MD, at Shriners Hospital for Children in Philadelphia on September 1, 2004.  The history notes that "mom had some trouble delivering her; she did have shoulder dystocia.  She was told immediately that Bethany had a brachial plexus injury.  Mom noticed that she had the classic waiter's tip when she was born.  At two weeks, she noticed that Bethany started to wiggle her fingers and should return biceps at about 3 to 4 months.  She started receiving occupational therapy at 3 months old and early intervention therapy."



DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

January 2, 2024
Page 3 of 9

Bethany was seen by Dr. Kozin on January 18, 2006.  It is noted that Bethany's mother feels Bethany "has plateaued in her range of motion."  She was again seen and evaluated by Dr. Kozin on June 11, 2008.

On June 6, 2010, Bethany was again seen and evaluated by Dr. Kozin.  The examination notes that "passive range of motion of the right shoulder with the scapula stabilized is 30 degrees."  The assessment was "right residual brachial plexus palsy affecting C5 and C6 with some impairment in external rotation, overhead motion and increased scapulothoracic motion."

On August 1, 2012, Bethany was seen and evaluated by Dr. Kozin.  It is noted that she has had "some pain and transient numbness."  The plan notes that "the pain is most likely due to her recent growth spurt."

Bethany was again seen by Dr. Kozin on July 27, 2015.  The history notes that "Bethany is having some increasing pain about her right upper extremity during her last growth spurt.  She is also having some numbness or tingling about the shoulder girdle."

On August 25, 2016, Bethany underwent at Sociocultural evaluation at August County Schools.  The summary notes that Bethany's "symptoms were first noted in the 6th and 7th grades when she began being bullied by peers and stress from her parents' strained relationship was also noted."

On October 26, 2016, Bethany was again seen and evaluated by Dr. Kozin.  It is noted that "Bethany continues to complain of numbness about the shoulder girdle.  She occasionally drops objects."  Dr. Kozin went on to note that he spent "a lot of time discussing whether her main complaint is paresthesias versus pain.  In the end, we decided it was paresthesias."  The plan notes that "unfortunately, there is little to do for the paresthesias."

Bethany was last seen by Dr. Kozin on August 14, 2019.  It is noted that "Bethany complains of persistent shoulder pain with paresthesia around the shoulder girdle, paresthesia occasionally in the hand."  The physical examination noted "passive range of motion about the glenohumeral joint at 30 degrees…Regarding her shoulder pain, Bethany is more tender around the glenohumeral joint and deltoid than she is at the subscapular area.  Previously, she had subscapular pain, and it now appears to have migrated in a more lateral direction."  The assessment was "right brachial plexus palsy with some lingering pain."  The plan notes that Dr. Kozin "again discussed there is no method to remedy this pain."



# DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center R Adams Cowley Shock Trauma Center 22 South Greene Street Baltimore, Maryland 21201 | University of Maryland Orthopaedics at Camden Yards 351 West Camden Street, Suite 501 Baltimore, MD 21201 | University of Maryland Medical Center Midtown Campus 872 Linden Avenue Baltimore, MD 21201 |
| University of Maryland Orthopaedics and Rehabilitation Institute 2200 Kernan Drive Baltimore, Maryland 21207 | University of Maryland Faculty Physicians, Inc. at Waterloo Crossing 5900 Waterloo Road Columbia, MD 21045 | University of Maryland Orthopaedics & Sports Medicine at College Park 4321 Hartwick Road, Suite 101 College Park, MD 20740 |
| University of Maryland Orthopaedics at Timonium One Texas Station Court, #300 Timonium, Maryland 21093 | University of Maryland Orthopaedics at Columbia 5500 Knoll North Drive, #100 Columbia, Maryland 21045 | University of Maryland Faculty Physicians, Inc. at Upper Chesapeake Physicians Pavilion II 500 Upper Chesapeake Drive Bel Air, MD 21041 |

January 2, 2024
Page 4 of 9

Medical Evaluation:

Bethany Ditzler was seen for an examination on December 18, 2023, at my Hunt Valley, MD, office location. She was not accompanied by anyone. My physician assistant, Haley Jacobs, acted as a chaperone during portions of the examination when Bethany's shirt was removed to obtain measurements. Approximately 35 minutes was spent examining Bethany and querying her regarding her current condition.

Bethany is a pleasant, 22 year old left hand dominant female. She does not participate in any formalized activities. Bethany noted difficulty washing her hair but is able to get dressed/undressed and perform bathing independently. Regarding dressing, Bethany has difficulty hooking her bra and therefore has to hook it prior to putting it on. She also noted that she has difficulty doing her hair. Bethany is able to tie her shoes and prepare/cut her food independently. She is independent in toileting but has to utilize her left upper extremity for wiping. Bethany has difficulty with driving as she stated she has difficulty reaching the steering wheel and turning the steering wheel. She also noted that she has difficulty lifting objects, such as heavy pots and pans, and that she will drop things she is trying to hold in her right hand. For fun, Bethany enjoys playing with her dog.

Medications: Provigil, Adderall, Duloxetine, Abilify.

Allergies: Fentanyl.

Pain: Bethany noted that she has constant pain about her right posterior shoulder, that she rated a 4-5/10. The pain level increases to a 6-7/10 with increased use of the right upper extremity. Bethany noted that the pain radiates into her right neck and back. She also noted that she experiences paresthesias in her right upper extremity on a daily basis. The paresthesias are intermittent in nature and are present in the ulnar aspect of her arm/forearm. They will cause Bethany to drop items intermittently. To address her pain and paresthesias, Bethany utilizes 800 mg of Advil and/or stops the activity she is performing. At times she will also lay down and rest to alleviate the symptoms. Bethany noted that she utilizes the Advil approximately every other day.

Past medical history: ADHD, Hypersomnia, Bipolar disorder.

Past surgical history: Breast reduction, tonsillectomy, and wisdom teeth extraction.



**DEPARTMENT OF ORTHOPAEDICS**

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics & Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians, Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

January 2, 2024
Page 5 of 9

Social History: Bethany lives in Fairfax, VA, where she is currently a senior at George Mason University studying Community Health.  She lives off campus in a 3 story townhouse.  She has her own bedroom, in the basement, and lives with three roommates, all of which are college students, and her dog, a black mouth cur.

Therapy: Bethany does not currently attend physical or occupational therapy. She was last in a formal therapy program approximately 6 years ago.  She is not currently utilizing any orthoses.

Physician follow-up: Bethany was last seen by Dr. Kozin approximately 3 years ago and was advised to follow-up on an as needed basis.

Examination of Bethany showed her to be somewhat overweight, at 262 pounds, for a 22 year old female for her height of 5'8".  She was cooperative throughout the examination, performing multiple activities including walking, running, manipulating an i-phone, attempting to do a push-up, donning and doffing her shirt, gripping a dynamometer and pinching a pinch meter.  When walking, Bethany's right upper extremity postured with the elbow flexed and there was a decrease in right upper extremity arm swing.  When Bethany donned her shirt, she put her right upper extremity through the sleeve, then the left, and then pulled the shirt over her head.  When she doffed her shirt, she had to slide the right upper extremity out of the sleeve.

Bethany's right upper extremity had decreased swing with walking and running and the right elbow was maintained in a flexed posture.   She had full neck range of motion including flexion to 2 fingerbreadths from her chest.  No signs of Horner's syndrome were present.

Bethany's left upper extremity and both lower extremities were normal. Her spine was straight without signs of scoliosis. She was able to jog up and down the hallway but the right upper extremity had a decrease in arm swing compared to the left.

Bethany's right upper extremity was examined in great detail, utilizing a tape measure and goniometer when appropriate. Her arm lengths demonstrated differences, with the right side measuring 28 cm from the tip of the acromion to the elbow flexion crease and the left measuring 31 cm.  There was also a difference in forearm length, with the right side measuring 22 cm from the elbow flexion crease to the volar wrist flexion crease and the left side measuring 23.5 cm. Her arm circumference was symmetric at 36 cm, measured at 10 cm proximal to the elbow flexion crease.  Her forearm



## DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center R Adams Cowley Shock Trauma Center 22 South Greene Street Baltimore, Maryland  21201 | University of Maryland Orthopaedics at Camden Yards 351 West Camden Street, Suite 501 Baltimore, MD 21201 | University of Maryland Medical Center Midtown Campus 872 Linden Avenue Baltimore, MD 21201 |
| University of Maryland Orthopaedics and Rehabilitation Institute 2200 Kernan Drive Baltimore, Maryland  21207 | University of Maryland Faculty Physicians, Inc. at Waterloo Crossing 5900 Waterloo Road Columbia, MD 21045 | University of Maryland Orthopaedics & Sports Medicine at College Park 4321 Hartwick Road, Suite 101 College Park, MD  20740 |
| University of Maryland Orthopaedics at Timonium One Texas Station Court, #300 Timonium, Maryland  21093 | University of Maryland Orthopaedics at Columbia 5500 Knoll North Drive, #100 Columbia, Maryland  21045 | University of Maryland Faculty Physicians, Inc. at Upper Chesapeake Physicians Pavilion II 500 Upper Chesapeake Drive Bel Air, MD  21041 |

January 2, 2024
Page 6 of 9

circumference showed differences, with the right measuring 25 cm and the left measuring 27 cm, measured at 10 cm distal the elbow flexion crease.

Bethany's upper extremities were examined via active motion, passive motion and Mallet parameters. She had 150 degrees of active forward flexion on the right and 170 degrees of active forward flexion on the left.  Passively, the right shoulder could be forward flexed to 170 degrees.  Active external rotation was 20 degrees on the right and 65 degrees on the left.  Passively, the right shoulder could be externally rotated to 35 degrees.  Active abduction was to 150 degrees on the right and 170 degrees on the left.  Passively, the left shoulder could be abducted to 150 degrees.  Active internal rotation was to L5 on the right and to T6 on the left.  Her modified Mallet showed global abduction grade IV (150 degrees); global external rotation grade III (20 degrees); hand to neck was grade III; hand to spine was grade III; hand to mouth was grade III; and internal rotation was grade IV (can touch belly without wrist flexion). There was no substantial scapular thoracic compensatory winging with hand to mouth movement. A 15 degree scapula-humeral abduction contracture was present. Passive shoulder external rotation with the scapula stabilized measured 30 degrees on the right.  Bethany had difficulty and less shoulder external rotation (cocking phase) when attempting throwing with the right compared to the left.

Bethany had active elbow flexion to 120 degrees on the right and 140 degrees on the left.  Passively, the right elbow could be flexed to 130 degrees.  The right elbow had active extension to 25 degrees and the left elbow had active extension to 0 degrees. Passively, the right elbow could be extended to 10 degrees.  Active forearm supination was to 40 degrees on the right and 75 degrees on the left.  Passively, the right forearm could be supinated to 70 degrees.  Active forearm pronation was to 75 degrees on the right and 80 degrees on the left.  The right elbow had a carrying angle of 10 degrees of cubitus varus whereas the left elbow had a carrying angle of 20 degrees of cubitus valgus.  Active wrist extension was to 60 degrees bilaterally and active wrist flexion was to 80 degrees bilaterally.

Bethany was able to open and close her hand completely bilaterally.  She had symmetric hand function.  Finger extension was full at the metacarpophalangeal and interphalangeal joints.  There was strong independent flexor digitorum superficialis and flexor digitorum profundus function in all digits.  Both hands had full intrinsic function including the abductor pollicis brevis and abductor digiti quinti.  Bethany was able to easily cross her fingers on both hands. Opposition was full bilaterally as she was easily able to rotate her thumb to the small finger bilaterally with adequate movement and rotation.  There was good capillary refill in all digits. No signs of dystrophy were present.



# DEPARTMENT OF ORTHOPAEDICS

| University of Maryland Medical Center<br>R Adams Cowley Shock Trauma Center<br>22 South Greene Street<br>Baltimore, Maryland  21201 | University of Maryland Orthopaedics at<br>Camden Yards<br>351 West Camden Street, Suite 501<br>Baltimore, MD 21201 | University of Maryland Medical Center<br>Midtown Campus<br>872 Linden Avenue<br>Baltimore, MD 21201 |
| --- | --- | --- |
| University of Maryland Orthopaedics and<br>Rehabilitation Institute<br>2200 Kernan Drive<br>Baltimore, Maryland  21207 | University of Maryland Faculty<br>Physicians, Inc. at Waterloo Crossing<br>5900 Waterloo Road<br>Columbia, MD 21045 | University of Maryland Orthopaedics &<br>Sports Medicine at College Park<br>4321 Hartwick Road, Suite 101<br>College Park, MD 20740 |
| University of Maryland Orthopaedics at<br>Timonium<br>One Texas Station Court, #300<br>Timonium, Maryland  21093 | University of Maryland Orthopaedics at<br>Columbia<br>5500 Knoll North Drive, #100<br>Columbia, Maryland  21045 | University of Maryland Faculty Physicians,<br>Inc. at Upper Chesapeake<br>Physicians Pavilion II<br>500 Upper Chesapeake Drive<br>Bel Air, MD 21041 |

January 2, 2024
Page 7 of 9

She had intact two-point discrimination at 8mm in the median and ulnar nerve distributions bilaterally.  DTRs at the biceps and triceps were 0 bilaterally.

| Side | Grip I | Grip II | Grip III | Grip IV | Grip V | Pinch | Upside down Pinch |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Right | 38 lbs. | 46 lbs. | 55 lbs. | 53 lbs. | 43 lbs. | 16 lbs. | 15 lbs. |
| Left | 74 lbs. | 70 lbs. | 78 lbs. | 66 lbs. | 60 lbs. | 20 lbs. | 19 lbs. |

Expert Opinion:

Bethany sustained a right brachial plexus injury during the birthing process.  The medical records are contradictory, but they do indicate in sum, that a shoulder dystocia was present during the birth, as documented in the initial evaluation on September 1, 2004, at Shriners Hospital for Children in Philadelphia.   The APGAR scores were 7 at 1 minute and 9 at 5 minutes, with scores of 1 for tone at 1 minute and 2 for tone at 5 minutes.  No signs of metabolic acidosis were present.   The deposition of Cami Furjanic notes (pg. 25, lines 12-13) that during labor Bethany's "shoulder was hung up and being dislocated by my (Ms. Furjanic's) pelvic bones."   The deposition goes on to note (pg. 194, lines 9-19) that "when the baby was hung up in the birth canal," Dr. Belcher was "involved in trying to deliver the baby at that point."  Ms. Furjanic noted that Dr. Belcher "was pulling on her to try and – and exacerbate the delivery…definitely at one point and possibly more, I could feel the – the frame of the bed that he was bracing himself to pull her."  Ms. Furjanic was subsequently asked, "did you actually see him pull?" to which she responded, "yes."  When asked about additional details regarding the pulling of Bethany during her delivery, Ms. Furjanic noted that she "couldn't see his (Dr. Belcher's) hands or my baby's head, but I could see his (Dr. Belcher) body bowed backwards and I could feel it in the frame of the bed."

The deposition of Joy Watkins, Bethany's aunt who was present for the delivery, notes that Bethany "stopped coming out.  It seemed like maybe she'd come out a little bit but then go right back."  (pg. 32, lines 11-13) This testimony is also consistent with the presence of a shoulder dystocia and associated turtle sign.  Ms. Watkins' testimony goes on to state that she "saw them pulling on her (Bethany)."  (pg. 35, lines 12-13)  Ms. Watkins went on to state that "they were pulling on her (Bethany's) head.  They (the doctors) put their foot on the table almost to brace themselves and pulled at the same time."  (pg. 36, lines 12-15)

It should be noted that Dr. Hall-Ndlovu stated in her deposition (pg. 35, lines 3-6) that she has no "independent recollection of anything that happened in August of 2001."



## DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

January 2, 2024
Page 8 of 9

Dr. Hall-Ndlovu also indicated in her deposition on pg. 64, lines 14-21, that "any provider who is in labor and delivery can deliver a baby on their own without the physician, provided that they are on the unit, and if the patient needs assistance in delivering, any physician, whether it's a resident or any other practitioner, can provide delivery for that patient."  This statement appears to indicate that from Dr. Hall-Ndlovu's perspective, an attending does not need to be present for a delivery, but rather a resident can perform a delivery independently without the presence of the supervising attending physician.

Dr. Lee Blecher noted in his deposition that he also had no "independent recollection of August 17, 2001."  (Pgs. 10-11, lines 23-8)  It should also be noted, contradictory to the aforementioned testimony of Dr. Hall-Ndlovu, Dr. Belcher noted that in August of 2001, he was not permitted to deliver a baby on his own. (pg. 41, lines 9-13)

Based on the medical records and deposition testimony, as well as my experience, education and training, it is my opinion within a reasonable degree of medical certainty, Bethany's permanent right brachial plexus palsy occurred at the time of her birth during her shoulder dystocia when her head was being "pulled" on while the provider was "bracing their foot against the bedframe."  Pulling on the head, with associated lateral deviation, is a well recognized cause of brachial plexus birth palsy injuries.

Bethany has residual brachial plexus impairment involving the C5 and C6 nerve roots as a result of partial tearing of the nerve roots. The permanent impairment primarily affects the function of her right shoulder, elbow, and forearm. This diagnosis and assessment is in agreement with the report of Scott Kozin, MD, her treating provider. As a result of this diagnosis, Bethany's deficit will have an effect on activities of daily living, recreational activities and employability, as Bethany will have difficulty lifting heavy objects over-head, performing tasks that require substantial strength in both upper extremities, and performing tasks that require forearm rotation of her right upper extremity.  Bethany should return to formal occupational therapy to assist her in performance of activities of daily living and permit the therapists to teach her to utilize assistive devices.  Bethany should also having a driving evaluation to ensure her safety, as well as the safety of others, and may need assistive devices for driving a motor vehicle, such as a turning knob which is more likely than not to be necessary.  Bethany would benefit from home modifications to enable her to be independent in activities, such as kitchen modifications to allow heavy objects to be placed below shoulder height.  It is my opinion within a reasonable degree of medical certainty that her disability is permanent.



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

January 2, 2024
Page 9 of 9

Bethany would benefit from treatments such as Botox to her elbow flexors followed by elbow extension splinting to decrease her elbow flexion contracture.  She would also benefit from an external rotation humeral osteotomy to increase her workable reach space.  As Bethany ages, she will more likely than not, require visits to an orthopaedic surgeon due to pain and/or overuse of her upper extremities.  Radiographs will likely be obtained and physical/occupational therapy and anti-inflammatory medication will likely be prescribed.  Bethany would also benefit from psychological counseling due to her limb difference during major life transition periods.  The costs associated with the aforementioned treatments will be at least approximately $100,000.

Lastly, it should be noted that the FCE performed on December 19, 2023, by Michael Ferder, had a conclusion that Bethany was "demonstrating full effort as it represents their safe capability level."

All of the above opinions provided were based upon a reasonable degree of medical certainty.
Sincerely yours,

Joshua M. Abzug, M.D.
Director, University of Maryland Brachial Plexus Clinic
Director, Pediatric Orthopaedics
Deputy Surgeon-in-Chief, University of Maryland Children's Hospital
Professor
Department of Orthopaedics
University of Maryland School of Medicine