# EXHIBIT "F"



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Faculty Physicians, Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

Appointments:  410-448-6400 or 1-877-771-4567
Website:  www.umortho.org

**Total Joint Replacement**
Farshad Adib, MD
Aaron Johnson, MD
Sumon Nandi, MD, MBA

**Spine Care**
Kendall Buraimoh, MD
Daniel Cavanaugh, MD
Daniel Gelb, MD
Eugene Koh, MD, PhD
Steven Ludwig, MD

**Acupuncture**
Marcos Hsu, ND, LAc
Brian Jackson, MS, LAc

**Hand**
Joshua Abzug, MD
Ngozi Akabudike, MD
W. Andrew Eglseder, MD
Christopher Langhammer, MD, PhD
Raymond Pensy, MD

**Shoulder & Elbow**
Mohit Gilotra, MD
S. Ashfaq Hasan, MD
M. Gerard Slobogean, MD

**Pediatric Orthopaedics**
Joshua Abzug, MD
Daniel Gelb, MD (spine)

**Program in Sports Medicine**
Farshad Adib, MD
Idris Amin, MD, CAQSM, FAAPMR
Brian Corwell, MD
Valerie Cothran, MD
Claudia Dal Molin, DO, RMSK
S. Ashfaq Hasan, MD
R. Frank Henn, III, MD
Natalie Leong, MD
Meagan Lewis, MD
Sean Meredith, MD
Jonathan Packer, MD
Jaron Santelli, MD
Kyle Yost, DO

**Lower Extremity & Foot/Ankle**
Natalie Danna, MD

**Surgical Podiatry**
Hummira Abawi, DPM
Emily Durrance, DPM, CWS
Jacob Wynes, DPM, MS, FACFAS

**Musculoskeletal Oncology**
Vincent Ng, MD

**Orthopaedic Trauma**
Brent Bauer, MD
Robert Beer, MD
W. Andrew Eglseder, MD
Todd Jaeblon, DO
Aaron Johnson, MD
Christopher Langhammer, MD, PhD
Christopher LeBrun, MD
Jason Nascone, MD
Robert O'Toole, MD
Raymond Pensy, MD
Andrew Pollak, MD (Chairman)
Marcus Sciadini, MD
M. Gerard Slobogean, MD, MPH

**Physical/Occupational Therapy**
Peter Bowman, PT, DPT, FAAOMPT
Nicole Bickhart, OT, CHT, COMT-UL
Ritu Goel, MS, OTR/L, DHSc
Alisa Pravdo, PT, DPT, FAAOMPT
Wes Robinson, ATC, PT
Robert Rowland, PT, DPT, OCS, CSCS
Michael Zarro, PT, DPT, SCS, CSCS

March 5, 2024

RE:   Bethany Ditzler

████████████

Thomas Sacchetta
Sacchetta & Baldino
308 East Second St.
Media, PA  19063
Ph: 610-891-9212
Fax: 610-891-7190

Dear Mr. Sacchetta:

The following is an addendum report and expert opinion to my report dated January 2, 2024, following my review of additional records pertaining to Bethany Ditzler.  These additional records reviewed include:

1.     Expert report of Robert Gherman, MD
2.     Expert report of Howard Silverstone
3.     Expert report of Jay Goldberg, MD
4.     Expert report of Jennifer Canter, MD
5.     Expert report of Joseph Ouzounian, MD
6.     Expert report of Robert Dein, MD
7.     Expert report of Walter Molofsky, MD
8.     Supplemental report of Lawrence Borrow, MD

Summary of Medical Records:

Bethany Ditzler was born to her mother, Cami Furjanic, on ████████████, at Harrisburg Hospital, weighing 9 lbs. and 8 oz. (4310 grams).  The APGAR scores were 7 at 1 minute and 9 at 5 minutes, with a score of 1 for tone at 1 minute and 2 for tone at 5 minutes.  Cami Furjanic was 5'0" tall and was 240 pounds on admission with a BMI of 47.  The labor and delivery infant data noted "complications of delivery" and list "meconium fluid."  It appears that shoulder dystocia was started to be written, but the word "should" was crossed out and "error" was written.  No delivery note is present in the records.

000069



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

March 5, 2024
Page 2 of 8

The records from the pediatrician in Harrisburg hospital document the newborn exam of the extremities as "no motion R arm – hand pronated."  The "impression at birth" was "normal newborn; Erb's palsy R."  The initial newborn exam also notes "moving R fingers and elbow (slightly), bruising on R face."  An orthopedic consultation was performed on August 17, 2001, at 0930, which documented "no active shoulder abduction or elbow flexion of RUE."  The assessment was "Erb's palsy."  Stretching exercises were instructed to Bethany's mother and they were advised to follow-up in 4 weeks.

A CT scan obtained on June 29, 2004, had an impression of "irregular and flattened surface of the right glenoid with increased angle of the right glenoid with respect to the horizontal plane."

Bethany was seen an evaluated by Scott Kozin, MD, at Shriners Hospital for Children in Philadelphia on September 1, 2004.  The history notes that "mom had some trouble delivering her; she did have shoulder dystocia.  She was told immediately that Bethany had a brachial plexus injury.  Mom noticed that she had the classic waiter's tip when she was born.  At two weeks, she noticed that Bethany started to wiggle her fingers and should return biceps at about 3 to 4 months.  She started receiving occupational therapy at 3 months old and early intervention therapy."

Bethany was seen by Dr. Kozin on January 18, 2006.  It is noted that Bethany's mother feels Bethany "has plateaued in her range of motion."  She was again seen and evaluated by Dr. Kozin on June 11, 2008.

On June 6, 2010, Bethany was again seen and evaluated by Dr. Kozin.  The examination notes that "passive range of motion of the right shoulder with the scapula stabilized is 30 degrees."  The assessment was "right residual brachial plexus palsy affecting C5 and C6 with some impairment in external rotation, overhead motion and increased scapulothoracic motion."

On August 1, 2012, Bethany was seen and evaluated by Dr. Kozin.  It is noted that she has had "some pain and transient numbness."  The plan notes that "the pain is most likely due to her recent growth spurt."

Bethany was again seen by Dr. Kozin on July 27, 2015.  The history notes that "Bethany is having some increasing pain about her right upper extremity during her last growth spurt.  She is also having some numbness or tingling about the shoulder girdle."



# DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center R Adams Cowley Shock Trauma Center 22 South Greene Street Baltimore, Maryland 21201 | University of Maryland Orthopaedics at Camden Yards 351 West Camden Street, Suite 501 Baltimore, MD 21201 | University of Maryland Medical Center Midtown Campus 872 Linden Avenue Baltimore, MD 21201 |
| University of Maryland Orthopaedics and Rehabilitation Institute 2200 Kernan Drive Baltimore, Maryland 21207 | University of Maryland Faculty Physicians, Inc. at Waterloo Crossing 5900 Waterloo Road Columbia, MD 21045 | University of Maryland Orthopaedics & Sports Medicine at College Park 4321 Hartwick Road, Suite 101 College Park, MD 20740 |
| University of Maryland Orthopaedics at Timonium One Texas Station Court, #300 Timonium, Maryland 21093 | University of Maryland Orthopaedics at Columbia 5500 Knoll North Drive, #100 Columbia, Maryland 21045 | University of Maryland Faculty Physicians, Inc. at Upper Chesapeake Physicians Pavilion II 500 Upper Chesapeake Drive Bel Air, MD 21041 |

March 5, 2024
Page 3 of 8

On August 25, 2016, Bethany underwent at Sociocultural evaluation at August County Schools.  The summary notes that Bethany's "symptoms were first noted in the 6th and 7th grades when she began being bullied by peers and stress from her parents' strained relationship was also noted."

On October 26, 2016, Bethany was again seen and evaluated by Dr. Kozin.  It is noted that "Bethany continues to complain of numbness about the shoulder girdle.  She occasionally drops objects."  Dr. Kozin went on to note that he spent "a lot of time discussing whether her main complaint is paresthesias versus pain.  In the end, we decided it was paresthesias."  The plan notes that "unfortunately, there is little to do for the paresthesias."

Bethany was last seen by Dr. Kozin on August 14, 2019.  It is noted that "Bethany complains of persistent shoulder pain with paresthesia around the shoulder girdle, paresthesia occasionally in the hand."  The physical examination noted "passive range of motion about the glenohumeral joint at 30 degrees…Regarding her shoulder pain, Bethany is more tender around the glenohumeral joint and deltoid than she is at the subscapular area.  Previously, she had subscapular pain, and it now appears to have migrated in a more lateral direction."  The assessment was "right brachial plexus palsy with some lingering pain."  The plan notes that Dr. Kozin "again discussed there is no method to remedy this pain."

Expert Opinion:

Bethany sustained a right brachial plexus injury during the birthing process.  The medical records do indicate in sum, that a shoulder dystocia was present during the birth, as documented in the initial evaluation on September 1, 2004, at Shriners Hospital for Children in Philadelphia.   The APGAR scores were 7 at 1 minute and 9 at 5 minutes, with scores of 1 for tone at 1 minute and 2 for tone at 5 minutes.  No signs of metabolic acidosis were present.   The deposition of Cami Furjanic notes (pg. 25, lines 12-13) that during labor Bethany's "shoulder was hung up and being dislocated by my (Ms. Furjanic's) pelvic bones."  The deposition goes on to note (pg. 194, lines 9-19) that "when the baby was hung up in the birth canal," Dr. Belcher was "involved in trying to deliver the baby at that point."  Ms. Furjanic noted that Dr. Belcher "was pulling on her to try and – and exacerbate the delivery…definitely at one point and possibly more, I could feel the – the frame of the bed that he was bracing himself to pull her."  Ms. Furjanic was subsequently asked, "did you actually see him pull?" to which she responded, "yes."   When asked about additional details regarding the pulling of



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

March 5, 2024
Page 4 of 8

Bethany during her delivery, Ms. Furjanic noted that she "couldn't see his (Dr. Belcher's) hands or my baby's head, but I could see his (Dr. Belcher) body bowed backwards and I could feel it in the frame of the bed."  Furthermore, the labor and delivery infant data noted "complications of delivery" and list "meconium fluid."  It appears that shoulder dystocia was started to be written, but the word "should" was crossed out and "error" was written.  No delivery note is present in the records.  Despite the aforementioned documentation and testimony of an eyewitness, Ms. Fujanic, Dr. Gherman notes that "it is not clear that this supports a diagnosis of shoulder dystocia as Ms. Furjanic describes shoulder dystocia as a "dislocation type of injury."  Dr. Gherman goes on to state "This is clearly not medically correct."  However, Ms. Furjanic is not a medical professional.  One would not expect a lay person to provide medical terminology and one cannot discount an eyewitness who recalls the events but doesn't utilize "proper" medical terminology.  Rather, one must take into account the testimony and trust that it is accurate.  It should further be noted that the eyewitness testimonies of Ms. Furjanic and Ms. Watkins are the only eyewitness accounts of the birth, as the other healthcare professionals did not recall the specifics of the birth and the delivery note is missing from the medical records.

The deposition of Joy Watkins, Bethany's aunt who was present for the delivery, notes that Bethany "stopped coming out.  It seemed like maybe she'd come out a little bit but then go right back."  (pg. 32, lines 11-13) This testimony is also consistent with the presence of a shoulder dystocia and associated turtle sign.  Ms. Watkins' testimony goes on to state that she "saw them pulling on her (Bethany)."  (pg. 35, lines 12-13)  Ms. Watkins went on to state that "they were pulling on her (Bethany's) head.  They (the doctors) put their foot on the table almost to brace themselves and pulled at the same time." (pg. 36, lines 12-15)    Again, Dr. Gherman appears to discount this eyewitness testimony, calling it "speculative."  However, Ms. Watkins was present at the delivery, thus an eyewitness, and recalls the events.  Dr. Gherman notes that "the forces underlying injurious lateral traction may be endogenous, or related to strong maternal and uterine expulsion forces and an impacted shoulder, or they may be exogenous, or related to the process of delivering the head, or likely commonly by both endogenous and exogenous forces."  The descriptions noted above by Ms. Watkins certainly describe exogenous forces being applied to Bethany's head that are consistent with a cause of her right brachial plexus birth palsy.

It should also be noted that Dr. Hall-Ndlovu stated in her deposition (pg. 35, lines 3-6) that she has no "independent recollection of anything that happened in August of 2001."  Dr. Hall-Ndlovu also indicated in her deposition on pg. 64, lines 14-21, that "any provider who is in labor and delivery can deliver a baby on their own without the



# DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center<br>R Adams Cowley Shock Trauma Center<br>22 South Greene Street<br>Baltimore, Maryland  21201 | University of Maryland Orthopaedics at<br>Camden Yards<br>351 West Camden Street, Suite 501<br>Baltimore, MD  21201 | University of Maryland Medical Center<br>Midtown Campus<br>872 Linden Avenue<br>Baltimore, MD  21201 |
| University of Maryland Orthopaedics and<br>Rehabilitation Institute<br>2200 Kernan Drive<br>Baltimore, Maryland  21207 | University of Maryland Faculty<br>Physicians, Inc. at Waterloo Crossing<br>5900 Waterloo Road<br>Columbia, MD  21045 | University of Maryland Orthopaedics &<br>Sports Medicine at College Park<br>4321 Hartwick Road, Suite 101<br>College Park, MD  20740 |
| University of Maryland Orthopaedics at<br>Timonium<br>One Texas Station Court, #300<br>Timonium, Maryland  21093 | University of Maryland Orthopaedics at<br>Columbia<br>5500 Knoll North Drive, #100<br>Columbia, Maryland  21045 | University of Maryland Faculty Physicians,<br>Inc. at Upper Chesapeake<br>Physicians Pavilion II<br>500 Upper Chesapeake Drive<br>Bel Air, MD  21041 |

March 5, 2024
Page 5 of 8

physician, provided that they are on the unit, and if the patient needs assistance in delivering, any physician, whether it's a resident or any other practitioner, can provide delivery for that patient."   This statement appears to indicate that from Dr. Hall-Ndlovu's perspective, an attending does not need to be present for a delivery, but rather a resident can perform a delivery independently without the presence of the supervising attending physician.

Dr. Lee Blecher noted in his deposition that he also had no "independent recollection of August 17, 2001." (Pgs. 10-11, lines 23-8)  It should also be noted, contradictory to the aforementioned testimony of Dr. Hall-Ndlovu, Dr. Belcher noted that in August of 2001, he was not permitted to deliver a baby on his own. (pg. 41, lines 9-13)

Based on the medical records and deposition testimony, as well as my experience, education and training, it is my opinion within a reasonable degree of medical certainty, Bethany's permanent right brachial plexus palsy occurred at the time of her birth during her shoulder dystocia when her head was being "pulled" on while the provider was "bracing their foot against the bedframe."  Pulling on the head, with associated lateral deviation, is a well recognized cause of brachial plexus birth palsy injuries.  Dr. Gherman concluded that "the purported deviations from the standard of care by Dr. Belcher and Dr. Hall-Ndlovu should not be construed by deposition testimony, rather than medical records."  However, the delivery note is missing from the medical records and the delivering providers do not recall the delivery.  Should we therefore completely discount the eyewitness testimony of Ms. Furjanic and Ms. Watkins who clearly remember the event and did not have the ability to document in the medical record?  Absolutely not.  Rather we should take all of the evidence available including the medical records and eyewitness testimony (i.e. depositions) and come to the most likely conclusion which is clearly that Bethany sustained a shoulder dystocia with an associated turtle sign during her delivery and that Ms. Watkins describes exogenous forces being applied to Bethany's head at this time which resulted in her brachial plexus birth palsy.  Dr. Gherman stated "a review of Joy Watkin's deposition clearly shows that she has essentially no recall of the delivery itself."  This is completely opposite of what Ms. Watkins testified to in her deposition on page 35, lines 12-16, where she stated "well, I was there for the birth, so I saw them pulling on her, and I saw how she looked right after she was born, so my assumption is it was caused by the delivery.  But I'm not a doctor, so I don't know specifically."  Additionally, on page 36, lines 12-17, Ms. Watkins notes that "they were pulling on her head.  They put their foot on the table almost to brace themselves and pulled at the same time.  I remember that so specifically, because it was kind of traumatizing to watch.  That's the only reason I can think that sticks in my head."  When asked "And where were you located during the



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

March 5, 2024
Page 6 of 8

delivery of Bethany?" Ms. Watkins replies "Specifically, then I was at the bottom of the bed behind the doctors, maybe off to the side a little, like behind and off to the side a little bit." (pg. 36, lines 18-22). Clearly, Ms. Watkins recalls her presence at the delivery, as well as, what happened, in contrast to Dr. Gherman's report.

Walter Molofsky, MD, also produced an expert report.  He notes that Bethany's shoulder, elbow and forearm limitations are "permanent" in nature.  He goes on to note that he would not recommend surgery for Bethany.  However, Dr. Molofsky is not a surgeon.  Therefore, he would not be the one to recommend or not recommend a surgical procedure, and certainly not the one to perform a surgical procedure. Performance of a surgical procedure requires understanding of the indications, contraindications, potential complications, etc. with performance of such a procedure in order to have an informed consent conversation with the patient.  Clearly, Bethany Ditzler has indications to proceed with treatments such as Botox to her elbow flexors and an external rotation humeral osteotomy to increase her workable reach space.  It should also be noted that Dr. Wolfonsky states that I provided an opinion that "Bethany's condition was caused by excess traction or inappropriate lateral maneuvers."  At no point in my previous report or this report provide a standard of care opinion as Dr. Wolfonsky states I did.  Rather my opinions discussed that Bethany's right brachial plexus palsy occurred while there was "pulling" on her head during her shoulder dystocia at the time of her delivery.  Dr. Wolfonsky also stated that "there is no documentation or testimony of specific maneuvers being utilized in delivering the infant and the baby was delivered as Ms. Furjanic contracted, pushing the baby through the pelvis."  However, there is no delivery note in the medical record.  Therefore, how is it possible that Dr. Wolfonsky knows that "the baby was delivered as Ms. Furjanic contracted, pushing the baby through the pelvis?"  He too, appears to discount the eyewitness testimony of Ms. Furjanic and Ms. Watkins and rather just comes to a conclusion without a delivery note being in the medical record and without accounting for the eyewitness testimony of those who recall the events.  While Ms. Furjanic and Ms. Watkins are laypersons and not healthcare professionals, the healthcare professionals have no recollection of the delivery and have no documentation of the events.

Joseph Ouzounian, MD, also produced an expert report and states that I am "an unqualified pediatric orthopedic surgeon" who opined in my previous report "that an injury occurred because there was excess downward lateral traction."  He went on to state that I assumed "that the presence of the injury in and of itself proves that excess upwards traction must have been applied."  Clearly, Dr. Ouzounian did not carefully read my report.  At no point in my previous report or this report provide a standard of



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

March 5, 2024
Page 7 of 8

care opinion as Dr. Ouzounian states I did.  Rather my opinions discussed that Bethany's right brachial plexus palsy occurred while there was "pulling" on her head during her shoulder dystocia at the time of her delivery.  No mention of "excess downward lateral traction" or "excess upwards traction" was present in my report.  As such, it is improper for an expert physician to state that I made statements that I did not make.  Careful review of the medical record, deposition transcripts, and expert reports is imperative to one's ability to draw conclusions and provide an appropriate opinion regarding a medicolegal matter.  Clearly, Dr. Ouzounian failed to provide a careful review in this matter, particularly regarding my previous report.

Jay Goldberg, MD, also notes that "non-obstetrical witness testimony regarding the degree of traction for purposes of assessing standard of care is inherently unreliable from an obstetrical perspective."  He too fails to consider the eyewitness testimony of individuals that actually recall this delivery.  Rather, he states there is "no evidence" of traction with associated lateral deviation.  It is true that there is no evidence of this from the healthcare providers as there is no delivery note in the medical record and they do not recall the delivery.  As such, one must recognize the evidence regarding what happened during the delivery from the eyewitnesses who are not healthcare providers and have a memory of the events.

Bethany has residual brachial plexus impairment involving the C5 and C6 nerve roots as a result of partial tearing of the nerve roots. The permanent impairment primarily affects the function of her right shoulder, elbow, and forearm. This diagnosis and assessment is in agreement with the report of Scott Kozin, MD, her treating provider. As a result of this diagnosis, Bethany's deficit will have an effect on activities of daily living, recreational activities and employability, as Bethany will have difficulty lifting heavy objects over-head, performing tasks that require substantial strength in both upper extremities, and performing tasks that require forearm rotation of her right upper extremity.  Bethany should return to formal occupational therapy to assist her in performance of activities of daily living and permit the therapists to teach her to utilize assistive devices.  Bethany should also having a driving evaluation to ensure her safety, as well as the safety of others, and may need assistive devices for driving a motor vehicle, such as a turning knob which is more likely than not to be necessary.  Bethany would benefit from home modifications to enable her to be independent in activities, such as kitchen modifications to allow heavy objects to be placed below shoulder height.  It is my opinion within a reasonable degree of medical certainty that her disability is permanent.



# DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

March 5, 2024
Page 8 of 8

Bethany would benefit from treatments such as Botox to her elbow flexors followed by elbow extension splinting to decrease her elbow flexion contracture.  She would also benefit from an external rotation humeral osteotomy to increase her workable reach space.  As Bethany ages, she will more likely than not, require visits to an orthopaedic surgeon due to pain and/or overuse of her upper extremities.  Radiographs will likely be obtained and physical/occupational therapy and anti-inflammatory medication will likely be prescribed.  Bethany would also benefit from psychological counseling due to her limb difference during major life transition periods.  The costs associated with the aforementioned treatments will be at least approximately $100,000.  The report of Jennifer Canter does not include all of the aforementioned recommendations and therefore I disagree with it.

Lastly, it should be noted that the FCE performed on December 19, 2023, by Michael Ferder, had a conclusion that Bethany was "demonstrating full effort as it represents their safe capability level."

All of the above opinions provided were based upon a reasonable degree of medical certainty.

Sincerely yours,

Joshua M. Abzug, M.D.
Director, University of Maryland Brachial Plexus Clinic
Director, Pediatric Orthopaedics
Deputy Surgeon-in-Chief, University of Maryland Children's Hospital
Professor
Department of Orthopaedics
University of Maryland School of Medicine