# EXHIBIT "H"

Page 1

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2                          - - -
3      BETHANY DITZLER,            :
                                   :
4          Plaintiff,             :
                                   :
5          vs.                     :   Civil Action No.
                                   :   1:21-CV-01852-CCC
6      PINNACLEHEALTH              :
       OBSTETRICS AND              :   The Honorable Christopher
7      GYNECOLOGY SPECIALISTS,    :   C. Conner
       PINNACLEHEALTH MEDICAL      :
8      SERVICES, UPMC PINNACLE    :   JURY TRIAL DEMANDED
       HOSPITALS, UPMC             :
9      PINNACLE, BEVERLY A.        :
       HALL NDLOVU and LEE         :
10     BLECHER,                    :
                                   :
11         Defendants.            :
12                         - - -
                  Wednesday, August 30, 2023
13                         - - -
14              Videotape deposition of CAMI FURJANIC held
15     at Marshall, Dennehey, Warner, Coleman & Goggin, 100
16     Corporate Center Drive, Camp Hill, Pennsylvania
17     17011, commencing at 10:07 a.m., on the above date,
18     before Lisa L. Rivera, RPR, Court Reporter and Notary
19     Public in the Commonwealth of Pennsylvania.
20                         - - -
21
22
                    Veritext Legal Solutions
23                   5100 Tilghman Street
                         Suite 205
24                   Allentown, PA 18104

Page 2

```
 1        A P P E A R A N C E S:
 2   SACCHETTA & BALDINO
     BY:  BRUCE H. MACKNIGHT, ESQUIRE
 3   308 East Second Street
     Media, PA 19063
 4   (610) 891-9212
     bruce@sbattorney.com
 5   Representing Plaintiff
 6   BARLEY SNYDER
     BY:  PETER J. FABEN, ESQUIRE
 7   126 East King Street
     Lancaster, PA 17602
 8   (717) 208-8844
     pfaben@barley.com
 9   Representing Defendants PinnacleHealth Obstetrics and
     Gynecology Specialists, PinnacleHealth Medical
10   Services, and UPMC Pinnacle
11   GORDON REES SCULLY MANSUKHANI, LLP
     BY:  AARON S. JAYMAN, ESQUIRE
12   BY:  ABBY HAHN, ESQUIRE
     111 North Front Street
13   Suite 100
     Harrisburg, PA 17101
14   (717) 775-3307
     ajayman@gordonrees.com
15   Representing Defendant UPMC Pinnacle Hospitals
     (Abby Hahn, Esquire via videoconference)
16
     MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
17   BY:  MICHAEL C. MONGIELLO, ESQUIRE
     100 Corporate Center Drive
18   Suite 201
     Camp Hill, PA 17011
19   (717) 651-3704
     mcmongiello@mdwcg.com
20   Representing Defendant Beverly A. Hall Ndlovu
21
22
23
24
```

Page 3

```
 1        A P P E A R A N C E S: (Continued)
 2   MYERS, BRIER & KELLY, LLP
     BY:  FRANK J. BRIER, ESQUIRE
 3   425 Spruce Street, Suite 200
     Scranton, PA 18503
 4   (570) 342-6100
     fbrier@mbklaw.com
 5   Representing Defendant Lee Blecher, M.D.
     (via videoconference)
 6
     ALSO PRESENT:
 7   ROBERT IRVIN, VIDEOGRAPHER
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              I N D E X
 2              - - -
 3   WITNESS:
 4   CAMI FURJANIC
 5   EXAMINATION                  PAGE
 6   By Mr. Mongiello           6, 200
     By Mr. Jayman               170
 7   By Mr. Brier               178
     By Mr. Faben               199
 8
 9
10
11            E X H I B I T S
12              - - -
13   NUMBER       DESCRIPTION       PAGE
14              NONE MARKED
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1              - - -
 2         P R O C E E D I N G S
 3              - - -
 4         (It is hereby stipulated by and between
 5   counsel for the respective parties that sealing,
 6   certification and filing are waived, and all
 7   objections, except as to the form of the question,
 8   are reserved until the time of trial.)
 9              - - -
10         MR. MONGIELLO:  Usual stipulations?
11         MR. MACKNIGHT:  That's fine.  And she'll
12   read and sign, too.
13         THE VIDEOGRAPHER:  Good morning.  We are on
14   the record at 10:07 a.m. on August 30th, 2023.  This
15   is media unit one in the video recorded deposition of
16   Cami Furjanic taken by counsel for defendant in the
17   matter of Bethany Ditzler versus PinnacleHealth
18   Obstetrics and Gynecology Specialists filed in the --
19   filed in the United States District Court for the
20   Middle District of Pennsylvania, case number
21   1:21-CV-01852-CCC.
22         The location of this deposition is 100
23   Corporate Center Drive, Camp Hill, Pennsylvania.
24   This deposition is being conducted remotely using
```

2 (Pages 2 - 5)

Page 6

1  virtual technology.  My name is Robert Irvin,
2  representing Veritext Legal Solutions, and I am the
3  videographer.  The court reporter is Lisa Rivera from
4  the firm of Veritext Legal Solutions.
5        Counsel and all present, including
6  remotely, will now state their appearances and
7  affiliations for the record, beginning with the
8  noticing attorney.
9        MR. MONGIELLO:  I think we're just going to
10  have those reflected on the transcript, if that's
11  okay.  Thank you.
12        THE VIDEOGRAPHER:  All counsel will be
13  reflected on -- on the transcript.
14              - - -
15        CAMI FURJANIC, having been first duly
16  sworn, was examined and testified under oath as
17  follows:
18              - - -
19              EXAMINATION
20              - - -
21  BY MR. MONGIELLO:
22    Q.  Good morning, again, Ms. Furjanic.
23    A.  Good morning.
24    Q.  As I introduced myself, my name is Mike

Page 7

1  Mongiello.  I'm one of the defense attorneys in the
2  lawsuit brought by your daughter, Bethany Ditzler,
3  and we're here today to take your deposition.  Do you
4  understand that?
5    A.  I do.
6    Q.  Okay.  I am sure that your -- Bruce, who is
7  representing you here today for purposes of the
8  deposition, to my understanding has explained the
9  process to you; however, I would like to go over some
10  ground rules so that everything goes smoothly here
11  today.  Is that fair?
12    A.  That's fair.
13    Q.  Okay.  A deposition is a question and
14  answer session.  So I have questions about what you
15  know and don't know, and hopefully you'll have
16  answers for those questions for me.  Is that fair?
17    A.  Yes.
18    Q.  Okay.  Have you ever given a deposition
19  before?
20    A.  No.
21    Q.  Okay.  Probably the most important
22  instruction I'll give you is that if you don't
23  understand one of my questions, which more than
24  likely is going to happen, please tell me that.  If

Page 8

1  you answer my question, I'm going to assume that you
2  did understand it and that you're giving me your best
3  possible answer to that question.  Okay?
4    A.  (Witness nods head.)
5    Q.  There's a court reporter here.  As you can
6  see, she's taking down everything I say and you say,
7  and for that reason, when need to avoid talking over
8  one another.  As we do in normal conversation, you
9  may anticipate where I'm going with a question, I may
10  anticipate where you're going with an answer, but we
11  need to be very regimented.  Let me finish the
12  question, I'll let you finish the answer, that way we
13  have a clean transcript.  Do you understand?
14    A.  Yes.
15    Q.  If you don't recall something, please tell
16  us that.  We're going to be dealing mostly with
17  obstetrical care that occurred over 22 years ago.  So
18  if you don't recall something or don't remember,
19  please just tell us that.  I don't think anyone in
20  this room wants you to guess or speculate here today.
21  Okay?
22    A.  Okay.
23    Q.  We need to avoid nonverbal responses.  So
24  head nods or uh-huh, uh-uh, while we understand those

Page 9

1  when we're talking, it doesn't make for a clear
2  transcript and it makes the court reporter's job more
3  difficult.  Do you understand?
4    A.  Yes.
5    Q.  Okay.  Everyone breaks the rules during
6  these depositions.  So if I remind you, I'm not
7  trying to be obstinate.  I'm just trying to remind
8  you so that the transcript stays clean.  Is that
9  fair?
10    A.  Yes.
11    Q.  Although this is in a less formal setting,
12  you are under oath to testify truthfully and
13  accurately, just as you would be in a court of law.
14  Do you understand that?
15    A.  I do.
16    Q.  And do you understand that a booklet will
17  be made of your testimony following this deposition,
18  and that that booklet can be used at trial if we get
19  that far in this case?
20    A.  Yes.
21    Q.  In other words, if you would say something
22  different at trial than you did here today at the
23  deposition, I could challenge you what the difference
24  is.  Do you understand that?

Page 10

1    A.  I do.
2    Q.  Okay.  Do you have any medical condition
3  that would prevent you from testifying truthfully and
4  accurately here today?
5    A.  I do not.
6    Q.  Okay.  Same question with regard to
7  medications or any other substance, have you taken a
8  medication or any other substance that would inhibit
9  your ability to testify truthfully and accurately in
10  any way?
11    A.  No.
12    Q.  Okay.  If you need a break, ma'am, please
13  tell me that.  This is certainly not an endurance
14  contest.  We have a lot of ground to cover.  So we're
15  going to be here for at least a few hours.  If you
16  need a comfort break, whatever it is, please let us
17  know and we'll take a break.
18    A.  Okay.
19    Q.  Finally, this matter, again, involves your
20  obstetrical history, and to the extent that I'm
21  probing into that, I apologize, I know that's a
22  sensitive area, but I'm here just today to do -- to
23  do my job.  Do you understand?
24    A.  I do.

Page 11

1    Q.  Okay.  Can I have your full name for the
2  record, please, ma'am?
3    A.  Cami Ann Furjanic.
4    Q.  And is Furjanic your married name or your
5  birth name?
6    A.  It's my married name.
7    Q.  Okay.  What was your maiden name, ma'am?
8    A.  Smith.
9    Q.  Your date of birth is ███████████?
10    A.  Yes.
11    Q.  Okay.  That makes you 56 years old today?
12    A.  Yes.
13    Q.  Okay.  What's the address of your current
14  residence?
15    A.  ████████████████, and that's in
16  ████████████.
17    Q.  Okay.
18    A.  Do you need the Zip code?
19    Q.  No, that's okay.
20    A.  Okay.
21    Q.  Thank you.  And it's my understanding that
22  you and Bethany moved from Pennsylvania to Virginia
23  in or about 2016; is that accurate?
24    A.  In 2016, yes.

Page 12

1    Q.  Okay.  And -- and both of you have remained
2  there as residents of Virginia since that time?
3    A.  Yes.
4    Q.  Okay.  With whom do you currently reside?
5    A.  No one.  I live alone.
6    Q.  Okay.  And are you currently married or
7  single?
8    A.  I'm single.
9    Q.  Okay.  Bethany does not reside with you;
10  correct?  She's currently away at college?
11    A.  Yes.
12    Q.  Okay.  And when Bethany is not at college,
13  does she reside with you?
14    A.  Bethany has her own townhouse --
15    Q.  Okay.
16    A.  -- at -- where she goes to college, but she
17  does come home.
18    Q.  When you say come home, she comes to your
19  residence in Virginia to -- to visit you?
20    A.  Yes.
21    Q.  Okay.  When is the last time Bethany did
22  reside with you?
23    A.  Summer of 2020.
24    Q.  And was that at the ████████████████

Page 13

1  Road address?
2    A.  Yes.
3    Q.  Okay.  Why was she residing with you in
4  summer of 2020?
5    A.  She just graduated from high school.
6    Q.  Okay.
7    MR. JAYMAN:  Can we go off the record a
8  second?
9    THE VIDEOGRAPHER:  Going off the video
10  record.  The time is 10:15.
11    (Discussion held off record.)
12    THE VIDEOGRAPHER:  We're back on the video
13  record.  The time is 10:29.
14  BY MR. MONGIELLO:
15    Q.  Okay.  Sorry about that, Ms. Furjanic.  I
16  think we left off with you telling us that the last
17  time Bethany resided with you was in the summer of
18  2020 when she graduated high school and before she
19  went off to college; is that correct?
20    A.  That's correct.
21    Q.  Okay.  And since then, Bethany essentially
22  comes to visit you, but otherwise she's residing at
23  school?
24    A.  That's correct.

4 (Pages 10 - 13)

Page 14

1     Q.  At George Mason University?
2     A.  Yes.
3     Q.  Okay.  I saw somewhere that you were
4  engaged to a Mike Lifton?
5     A.  Clifton with a C.  That -- I broke that
6  off --
7     Q.  Okay.
8     A.  -- so...
9     Q.  Okay.  So you're single and you're residing
10  alone at ████████████Road?
11     A.  Yes.
12     Q.  Okay.  Do you have any current plans to
13  move from that location?
14     A.  No.
15     Q.  Okay.  Did you review anything in
16  preparation for your deposition today?
17     A.  No, just speaking with -- with Bethany's
18  attorneys on the phone.
19     Q.  Okay.  And I don't want to know anything
20  you talked about with counsel, but beyond that, did
21  you review any medical records?
22     A.  No.
23     Q.  Did you review any deposition transcripts?
24     A.  No, I don't have any deposition

Page 15

1  transcripts.
2     Q.  Have you seen any summaries of medical
3  records or deposition testimony that was given at any
4  point?
5     A.  No.
6     Q.  Okay.  Have you viewed any video recordings
7  of depositions, just like we're doing here today?
8     A.  No.
9     Q.  Okay.  Any other documents whatsoever that
10  you looked at before we came into this room today?
11     A.  Some paper correspondence from the lawyers.
12     Q.  Okay.
13     A.  But it wasn't concerning medical records.
14     Q.  About scheduling the deposition and being
15  here today?
16     A.  Yeah.  The address and what to expect --
17     Q.  Okay.
18     A.  -- and what to wear and so forth.
19     Q.  Did you speak with Bethany in advance of
20  the deposition here today?
21     A.  Yeah, I speak with Bethany several times a
22  week, so, yes.
23     Q.  And did you talk about coming here to give
24  a deposition?

Page 16

1     A.  Yes.
2     Q.  Okay.  And what did you talk about with
3  Bethany?
4     A.  Just that neither of us knew what to expect
5  because neither of us know what -- you know, been to
6  a deposition before, so just letting her know that I
7  was going to be here.
8     Q.  Was there any discussion with Bethany about
9  your pregnancy with her, labor and delivery, her
10  medical history, did you get into any substance with
11  Bethany?
12     A.  Not recently.
13     Q.  Okay.  Who is Bethany's birth father?
14     A.  Lon Ditzler.
15     Q.  Lon, can you spell that?
16     A.  L-O-N, and Ditzler the same as Bethany.
17     Q.  Okay.  And it's my understanding you've
18  been separated from Lon Ditzler -- Ditzler, excuse
19  me, for some time?
20     A.  Since 2015.
21     Q.  Okay.  Does Bethany continue to maintain
22  any type of relationship with her father?
23     A.  Yes.
24     Q.  Okay.  Are you familiar with the medical

Page 17

1  term Erb's palsy?
2     A.  Yes.
3     Q.  And what is your understanding of that
4  term?
5     A.  It's synonymous with brachial plexus injury
6  and it's damage to a spinal nerve that innervates
7  some part of the body, generally an arm.
8     Q.  That's a very good definition actually.  Do
9  you have any medical education?
10        MR. MACKNIGHT:  Here you go.
11        THE WITNESS:  Actually I do.
12        MR. MONGIELLO:  You knew that was coming.
13        MR. MACKNIGHT:  I was wondering why that
14  question wasn't first, but that's okay.
15  BY MR. MONGIELLO:
16     Q.  Do you have any medical education, training
17  or experience in your background?
18     A.  I do.
19     Q.  Okay.  And can you tell us about that?
20     A.  Yes, I've -- I've gone to nursing school,
21  but for an injury that sidelined me pretty
22  effectively I would have graduated and been an RN.  I
23  worked in a med-surg unit for quite a few years, as a
24  matter of fact PinnacleHealth, and I now work in a

5 (Pages 14 - 17)

Page 18

1 hospital in Virginia.
2    Q.   Where did you go to nursing school?
3    A.   HACC, Harrisburg Area Community College.
4    Q.   And how many years of nursing school did
5 you complete?
6    A.   All but one semester.
7    Q.   And what happened that you couldn't
8 complete that last semester?
9    A.   I tore the connective tissue out of my left
10 knee and had to have cadaver grafts to replace it.
11 Thus the school wouldn't take me back for a year and
12 by the time that year was up we were in the middle of
13 a recession and I had to go back to work full time
14 and the family couldn't afford me going back to
15 school full time.
16    Q.   And what years did you go to HACC, ma'am?
17    A.   I know that I had to leave in 2009.  That's
18 when I injured my knee.
19    Q.   Okay.
20    A.   I'm not certain what year I started
21 exactly.  It's been a lot of years.
22    Q.   I understand.  Thank you.  How many years
23 was the program?
24    A.   Ostensibly two, but it never works out to

Page 19

1 be two.
2    Q.   So that was for an associate's degree in
3 nursing?
4    A.   Yes, associate's RN.
5    Q.   You said you worked in the med-surg unit at
6 PinnacleHealth.  What years were you there?
7    A.   Again, I don't recall exactly what years I
8 was there.  It was after Bethany was born and I was
9 there for six years.  And, again, the year when I
10 injured my knee, that's because they said the cadaver
11 graft would take a year to heal.  I couldn't get FMLA
12 to keep my job.  So I was dismissed without
13 prejudice.
14    Q.   What was your position in the med-surg unit
15 at PinnacleHealth?
16    A.   I was hired as a clinical assistant and my
17 final position, my -- my final title was nursing
18 student.
19    Q.   Okay.  Beyond your pursuit of an
20 associate's degree in nursing through HACC, do you
21 have any other higher education in your background?
22    A.   Yes.  I had actually attended HACC back in
23 1990 -- 1990s.
24    Q.   And what for?

Page 20

1    A.   I was pursuing nursing then, too.
2    Q.   So would I understand correctly that you --
3 you began pursuing credits towards an associate's
4 degree in nursing at HACC in the 1990s?
5    A.   Yes.
6    Q.   Okay.  Then you took a hiatus and then
7 ultimately came back later?
8    A.   My husband passed away, so I took some time
9 off and --
10    Q.   Okay.  You're now currently working in a
11 hospital in Virginia?
12    A.   Yes.
13    Q.   What hospital is that?
14    A.   It's -- it's called CCCA, which is a
15 Commonwealth Center for Children and Adolescents.
16    Q.   And what is your position there, ma'am?
17    A.   I am a psychiatric tech.
18    Q.   And have you undergone any additional
19 training in the psychiatric area?
20    A.   Just through the hospital.  They have their
21 own training program.
22    Q.   I believe I saw somewhere in the file that
23 you were a cosmetologist?
24    A.   Oh, yeah, I -- but that wasn't -- -- that

Page 21

1 was in high school.  I went to a vocational school.
2 So that wasn't like further education.
3    Q.   Okay.  So current -- currently you're not a
4 licensed cosmetologist?
5    A.   Well, I -- I let me license lapse because
6 it's a Pennsylvania license and I'm not in
7 Pennsylvania.
8    Q.   And when did that license lapse?
9    A.   Hmm, it was before I moved to Virginia, but
10 I had had surgery on my right arm, so I was unable to
11 really be a cosmetologist.  I couldn't lift my arm as
12 well as I really needed to for that job.
13    Q.   And how long have you been employed at
14 CCCA?
15    A.   Since April, April 20th of this year.
16    Q.   Where did you work before CCCA, ma'am?
17    A.   I had a part-time job, which I still have,
18 working for an Airbnb company, hospitality company.
19    Q.   And what is your position with that
20 hospitality company?
21    A.   I essentially set up Airbnb's for guests.
22    Q.   Okay.  Any other employment since you moved
23 to Virginia?
24    A.   Well, when I moved to Virginia, I had been

6 (Pages 18 - 21)

Page 22

1  employed by the Home Depot and I transferred to a
2  Home Depot down there.
3      Q.  And what did you do with Home Depot?
4      A.  Multiple things actually.  My final job
5  that I was doing when I left was kitchen designer.
6  Prior to that, I had sold appliances, I had worked in
7  the flooring department, I worked in the garden
8  department.
9      Q.  And how long were you with Home Depot?
10     A.  Nine years.
11     Q.  And did I hear you correctly that you
12 worked with Home Depot in Pennsylvania and then when
13 you moved to Virginia you transferred with them to
14 Virginia?
15     A.  Yes.
16     Q.  Okay.  So sorry for the -- the employment
17 sidetracking there.
18     A.  That's fine.
19     Q.  You defined Erb's palsy, you said it's
20 similar to a brachial plexus injury, and you gave me
21 your definition of that.  Where do you get that
22 understanding from with regard to Erb's palsy?
23     A.  When Bethany was born, they told me
24 instantly that she had Erb's palsy.  So my mother had

Page 23

1  printed some information out for me and had brought
2  it to the hospital.  It was the first I'd heard of
3  it, but I made it a point to educate myself.
4      Q.  Okay.  And you said your mother did some
5  research and brought it to the hospital.  What's
6  your mother's name?
7      A.  Jill Lehman.
8      Q.  Can you spell the last name, please?
9      A.  L-E-H-M-A-N.
10     Q.  Okay.  And is -- is your mother still with
11 us?
12     A.  Yes.
13     Q.  Was your -- was your mother present at the
14 hospital during your labor and delivery of Bethany?
15     A.  No.
16     Q.  Okay.  Was anyone present at the hospital,
17 friends or fam -- family, during your labor and
18 delivery of Bethany?
19     A.  Yes.
20     Q.  Who?
21     A.  Her father, Lon Ditzler, and my sister, Joy
22 Watkins.
23     Q.  W-A-T-K-I-N-S?
24     A.  Yes.

Page 24

1      Q.  Okay.  Anyone else present at Harrisburg
2  Hospital during your labor and delivery with Bethany
3  in August of 2001 besides Lon Ditzler and Joy
4  Watkins?
5      A.  Other than medical personnel, no.
6      Q.  Thank you.  And we'll -- we'll get into
7  more detail on that.  Do you have -- strike that.
8          Are you familiar with the term shoulder
9  dystocia?
10     A.  Yes.
11     Q.  What is your familiarity and understanding
12 with regard to that term?
13     A.  Not as well versed with that, but that's
14 more of like a dislocation type of injury.
15     Q.  And when -- what do you base that
16 understanding and familiarity on?
17     A.  Probably my education.
18     Q.  Okay.  You said your mother had -- well,
19 strike that.
20          Let me take a step back.  You said that
21 when Bethany was born, you were immediately told that
22 she had an Erb's palsy, your mother had done some
23 research and brought it to the hospital; right?
24     A.  I asked my mother to do some research

Page 25

1  online.  In 2001, everybody wasn't on Wi-Fi.  So I
2  asked my mother to please print me up some
3  information from some trusted sites online and bring
4  it in so I could educate myself and know what -- what
5  had happened.
6      Q.  And that was with regard to Erb's palsy in
7  particular; correct?
8      A.  Yes.
9      Q.  Okay.  Did you ask your mother to do any
10 research at that time regarding shoulder dystocia?
11     A.  No, because they explained to me pretty
12 much while I was in labor that her shoulder was hung
13 up and being dislocated by my pelvic bones.  So that
14 I was kind of aware of what that was and it didn't
15 seem like there was a lot of information to find out
16 about that.
17     Q.  Okay.  So that -- would it be fair to say
18 that was the first time you heard the term shoulder
19 dystocia was during your labor with Bethany at
20 Harrisburg Hospital in 2001?
21     A.  Probably.
22     Q.  Okay.  Okay.  We'll come back to that
23 discussion.  Was Lon Ditzler present the entire time
24 through your labor and delivery of Bethany?

7 (Pages 22 - 25)

Page 26

1    A.   Yes.
2    Q.   Okay.  How about your sister, Joy Watkins?
3    A.   Yes.
4    Q.   Okay.  So they were both in the room with
5  you the whole time during labor and delivery until
6  Bethany was born?
7    A.   Yes.
8    Q.   Okay.  Can you tell me generally about Lon
9  Ditzler's educational background?
10   A.   He has a high school diploma.  He's been
11  self-employed most of his life, so he didn't pursue
12  any higher education.
13   Q.   Okay.  And what -- what is he self-employed
14  doing?
15   A.   He has a business, an automotive used car
16  repair business.
17   Q.   So used car sales and repair?
18   A.   Yes, but he also has a job now in addition
19  to that.
20   Q.   And what is his additional job at this
21  point?
22   A.   I believe he's still working for Ingram
23  Micro Logistics in Lickdale, Pennsylvania.
24   Q.   And what does he do with Ingram Micro if

Page 27

1  you know?
2    A.   I know that he used to work in a loading
3  dock, but I'm not aware of what he does now.
4    Q.   Thank you.  You have two children, ma'am,
5  Bethany and Nick?
6    A.   Yes.
7    Q.   Okay.  Nick Furjanic is Bethany's half
8  brother?
9    A.   Yes.
10   Q.   What was Nick's date of birth?
11   A.   Nick was born ███████████.
12   Q.   So how old is he currently?
13   A.   Thirty-four.
14   Q.   And where does Nick reside?
15   A.   He lives here in Pennsylvania.
16   Q.   Okay.
17   A.   Lemoyne.
18   Q.   Do you have a current address for Nick,
19  ma'am?
20   A.   It's ███████████ --
21   Q.   Okay.
22   A.   -- Lemoyne, Pennsylvania.  I couldn't tell
23  you the Zip code if you need that.
24        MR. BRIER:  Mike, can I interrupt just for

Page 28

1  a second.  It's Frank Brier.  Can you move the mic
2  closer to the witness, please?  A lot of her answers
3  are trailing off.  I don't know if it's muffled or if
4  it's just not close enough.
5        THE VIDEOGRAPHER:  I think it's best if you
6  just speak a little louder.
7        MR. MONGIELLO:  Keep your voice up --
8        THE WITNESS:  Okay.
9        MR. MONGIELLO:  -- for us.  So it can -- so
10  those who are attending remotely --
11        THE WITNESS:  You may have to remind me
12  again.  I'm not a loud speaker, generally, so...
13        MR. MONGIELLO:  We will.
14        MR. BRIER:  Thanks, Bob.
15        THE VIDEOGRAPHER:  You're welcome.
16        MR. FABEN:  Is -- is this the mic?  Is that
17  where's it's coming through?
18        MR. MONGIELLO:  Yeah, that white device is
19  the --
20        MR. FABEN:  Can we move it closer?
21        MR. MONGIELLO:  Maybe let's go off camera
22  for one second.
23        THE VIDEOGRAPHER:  We're going off the
24  video record.  The time is 10:48.

Page 29

1        (Recess.)
2        THE VIDEOGRAPHER:  We're back on the video
3  record.  The time is 10:50.
4  BY MR. MONGIELLO:
5    Q.   Ms. Furjanic, can you tell me generally
6  about Nick Furjanic's educational background, please?
7    A.   Nick has a high school diploma and no
8  college degree, but several years of college.
9    Q.   And what does Nick do for a living?
10   A.   He runs equipment in a warehouse that
11  serves Whole Food groceries.
12   Q.   Okay.  And does Bethany have a continuing
13  relationship with Nick?
14   A.   On and off again.
15   Q.   Okay.  Like any sister and brother?
16   A.   They fight and then they can make up, yeah.
17   Q.   When would you say the last time is that
18  Bethany saw Nick to your knowledge?
19   A.   To my knowledge, I believe last year around
20  the holidays.  Thanksgiving perhaps.
21   Q.   Okay.  And who is Nick's birth father?
22   A.   Gary Furjanic, deceased.
23   Q.   I'm sorry.
24   A.   Thank you.

8 (Pages 26 - 29)

Page 30

1    Q.   Have you had any other pregnancies, ma'am,
2  other than leading to the births of Nick and Bethany?
3    A.   Actually, yes, I did have a pregnancy prior
4  to Nick that ended in miscarriage.
5    Q.   And how far along were you when the
6  miscarriage occurred?
7    A.   About 90 days.
8    Q.   Okay.
9    A.   Roughly three months.
10   Q.   I'd like to talk about your pregnancy with
11 Nick and -- and the prenatal care that you received
12 when you were -- when you were pregnant with Nick.
13 In general, were there any concerns with regard to
14 your pregnancy involving Nick?
15   A.   No.
16   Q.   Okay.  Were there any complications
17 associated with his birth?
18   A.   With his birth, yes.
19   Q.   Okay.  What -- what complications happened
20 with Nick's birth?
21   A.   It's known as a nuchal cord, the -- the
22 umbilical cord was wrapped around his neck.
23   Q.   Okay.  Can you tell us whether it was a
24 single, double or more nuchal cord?

Page 31

1    A.   Three times.
2    Q.   Okay.  And did -- did this triple nuchal
3  cord result any -- in any untoward outcome when Nick
4  was born?
5    A.   He spent 24 hours in the NICU, and needed
6  resuscitated at birth.
7    Q.   Okay.  After 24 hours in the NICU, did he
8  progress appropriately after that point?
9    A.   Yes.
10   Q.   Okay.  Were there any other complications
11 with Nick's birth besides the triple nuchal cord?
12   A.   Well, it was probably related to the nuchal
13 cord, but, yeah, he had swallowed some meconium
14 during birth, which is why they kept him in the NICU
15 for 24 hours.
16   Q.   Okay.  So meconium aspiration led him to
17 the NICU for 24 hours.  He did well there and was
18 released?
19   A.   Correct.  He also developed mild jaundice,
20 but that didn't result in any medical intervention.
21 They just sent him home with it.
22   Q.   Do you have any information as to the cause
23 of Nick's mild jaundice that he experienced?  Was
24 that ever discussed with you?

Page 32

1    A.   Yeah, I was told a percentage of babies as
2  they're starting to process their own red blood cells
3  will present with jaundice and just put them in some
4  sunlight and they'll be fine, and which is what
5  happened.
6    Q.   And I saw in the medical records that
7  Bethany also had some mild jaundice after she was
8  born?
9    A.   Mild, very mild, yeah.
10   Q.   And -- and was there an explanation given
11 to you as to why Bethany experienced mild jaundice as
12 well?
13   A.   Not that I recall.
14   Q.   Your prenatal care with Nick, was there any
15 referral made to maternal-fetal medicine or was all
16 that care provided through an obstetrician?
17   A.   It was through an obstetrician.
18   Q.   Who was the treating obstetrician when you
19 were pregnant with Nick?
20   A.   Fairbrother Byrne Associates.
21   Q.   Can you spell that for us, please?
22   A.   F-A-I-R-B-R-O-T-H-E-R and Byrne, B-Y-R-N-E
23 I believe.
24   Q.   And where is that practice located?

Page 33

1    A.   I don't know that that -- I think they've
2  both retired.  They were located on Third Street in
3  Harrisburg, but I -- I believe they're both retired
4  now.  I know for a fact that Dr. Fairbrother is
5  retired.
6    Q.   And did you receive all of your prenatal
7  obstetrical care when you were pregnant with Nick
8  through Fairbrother Byrne?
9    A.   Yes.
10   Q.   Okay.  And was there one particular
11 obstetrical provider who you treated with there in
12 that group or did it depend?
13   A.   Their policy was you were to see all the
14 providers because you didn't know who would be on
15 call when you went into labor.  Am I speaking loudly
16 enough?
17        MR. MACKNIGHT:  Yeah, you're doing fine.
18        THE WITNESS:  Okay.
19        MR. MONGIELLO:  Is that better, Frank?
20        MR. MACKNIGHT:  He's asleep.  Keep going.
21        MR. BRIER:  Yes, sir.
22 BY MR. MONGIELLO:
23   Q.   Nick was a full-term pregnancy; correct?
24   A.   Yes.

9 (Pages 30 - 33)

Page 34

1    Q.   He was born vaginally?
2    A.   Yes.
3    Q.   Do you remember how long you were in labor
4    with Nick?
5    A.   Hmm, about seven, eight hours.
6    Q.   And this is getting a little nitpicky, but
7    do you remember how long you labored before you were
8    fully dilated with Nick?
9    A.   No, I'm sorry, I'm not certain.
10   Q.   Where was Nick delivered?
11   A.   At a hospital that no longer exists,
12   Polyclinic Hospital in Harrisburg.
13   Q.   And who was the delivering provider for
14   Nick?
15   A.   Dr. Fairbrother.
16   Q.   Do you recall Nick's birth weight?
17   A.   Yes.  Nick's was six pounds, 15 and a half
18   ounces.
19   Q.   And do you recall Nick's birth length?
20   A.   I'd have to look in his baby book.  I'm not
21   certain.  He was -- he was normal sized.
22   Q.   Okay.  Did you have any type of pain
23   management during your labor and delivery of Nick;
24   whether it was oral medication, epidural, IV?

Page 35

1    A.   I did have an epidural and I did have some
2    IV pain medication.
3    Q.   Okay.  Does Nick have any medical
4    conditions currently that you're aware of?
5    A.   No.
6    Q.   Okay.  I believe I saw somewhere in the
7    records that he has ADHD or some learning disability;
8    is that true?
9    A.   Oh, we -- I wasn't aware you were
10   discussing behavioral health.
11   Q.   That's fine.
12   A.   Yes, he does have ADHD.
13   Q.   Other than ADHD, does he have -- well,
14   strike that.
15        Does Nick have any physical impairments?
16   A.   No.
17   Q.   Okay.  Does he have any neurological
18   impairments?
19   A.   No.
20   Q.   Okay.  Does Nick have any connective tissue
21   diseases --
22   A.   No.
23   Q.   -- that you're aware of?  Is that a no?
24   A.   That's a no.

Page 36

1    Q.   Are there any other family members that
2    have any type of nerve palsy other than Bethany?
3    A.   No.
4    Q.   Does Bethany maintain a relationship with
5    her birth father, and I'm sorry if I asked you this
6    already, but --
7    A.   Yes, she does.
8    Q.   Okay.  In the last few years to your
9    knowledge, how often has she seen her dad, Lon
10   Ditzler?
11   A.   Probably four or five times a year on
12   average for the last few years.
13   Q.   And it's my understanding Lon Ditzler
14   resides in Pennsylvania?
15   A.   He does.
16   Q.   Okay.  So Bethany comes up from Virginia to
17   visit him four to five times per year?
18   A.   Or he goes down to visit her at college.
19   Q.   Okay.  To your current awareness, does Lon
20   Ditzler have any medical conditions?
21   A.   I believe that he was diagnosed after we
22   broke up with a depression type of -- I'm not sure
23   exactly what sort of behavioral health, but I know
24   depression was part of it.

Page 37

1    Q.   Any other type of medical or behavioral
2    health issues that you're aware of that Lon Ditzler
3    experiences?
4    A.   Not that I'm aware of.
5    Q.   Does Lon Ditzler have any physical
6    impairments?
7    A.   No.
8    Q.   How about neurological impairments?
9    A.   Not to my knowledge.
10   Q.   Okay.  And I assume he has no type of nerve
11   palsy that you're aware of?
12   A.   No.  If he does, it would be a new onset
13   thing, but -- since we broke up.
14   Q.   Have you ever been convicted of or pled
15   guilty to a crime involving a false statement or
16   dishonesty?
17   A.   No.
18   Q.   How often do you see Bethany currently?
19   A.   Some of her care providers are still in the
20   county where I live.  So she comes home frequently
21   to -- when she has a doctor's appointment.  Anywhere
22   between probably six and ten times a year.
23   Q.   And when is the last time you saw Bethany?
24   A.   The end of July.

10 (Pages 34 - 37)

Page 38

1    Q.   Do you visit Bethany at school?
2    A.   Yes.
3    Q.   How often do you do that on a school-year
4    basis?
5    A.   Probably three or four times a year.
6    Q.   Okay.  And do you stay over there when you
7    visit her there?
8    A.   Sometimes, yeah.  Usually.
9    Q.   Usually stay over, sometimes a day trip?
10   A.   Yeah.
11   Q.   Okay.
12   A.   Yeah, it's a two-hour drive from my home,
13   so it's not -- you know, it's not odd for me to turn
14   around and go back home, but --
15   Q.   How about talking on the telephone and
16   texting, how often do you do those things with
17   Bethany on a regular basis?
18   A.   Probably five or six times a week.
19   Q.   Okay.  With regard to text messaging, does
20   Bethany send you photographs of activities that she's
21   engaging in?
22   A.   Yes.
23   Q.   Okay.  And has she done so over the last
24   five years?

Page 39

1    A.   Yes.
2    Q.   Okay.  And do you maintain those
3    photographs that Bethany sends to you of her engaging
4    in whatever activities?
5    A.   Yes.
6    Q.   Okay.  With regard to your prenatal care
7    when you were pregnant with Bethany, what practice
8    did you treat with?
9    A.   It was Harrisburg -- Harris -- what was the
10   name of the practice?  It was the Dr. Ndlovu
11   practice.  Harrisburg Neonatology I believe they
12   might been called.
13        MR. MACKNIGHT:  Whatever you remember.
14   It's not a memory test.  If that's what you remember,
15   that's what you remember.
16   BY MR. MONGIELLO:
17   Q.   That's right.  I believe you mentioned a
18   doctor's name somewhere in that answer.  I -- I don't
19   think I heard you, could you repeat that?
20   A.   Well, what happened when I got pregnant
21   with Bethany was I had no insurance.  My job did not
22   offer it.  So I called -- there was a 800 number that
23   Pennsylvania was putting out there in the media and I
24   had called that number and that's who I was referred

Page 40

1    to.  It was Beverly and -- her husband, I'm not
2    sure of his name, Ndlovu was -- it was their
3    practice.
4    Q.   And, again, to your -- to the best of your
5    recollection as we sit here today, you believe that
6    practice was Harrisburg Neonatology?
7    A.   Yeah, that doesn't quite sound right, but
8    it was -- it was -- it was in -- on Third Street in a
9    building that used to be part of Polyclinic and it
10   was basically where the medical assistance cases
11   went.
12   Q.   That last part you said basically where the
13   medical assistance cases went?
14   A.   Uh-huh.
15   Q.   What do you mean by that?
16   A.   People who didn't have insurance would
17   qualify as a pregnant person in Pennsylvania for
18   medical assistance to cover the -- you know, the
19   pregnancy and the delivery.
20   Q.   I understand now.  Thank you.
21   A.   Uh-huh.
22   Q.   Other than Beverly Ndlovu and her husband,
23   were there any other providers that you recall being
24   associated with that practice located on Third Street

Page 41

1    in a building that was part of the Polyclinic
2    Hospital?
3    A.   I remember the resident's name that -- that
4    attempted to deliver Bethany, that was Lee Blecher,
5    but mostly what I saw was nurse practitioners, and
6    I'm sorry, names escape me at this point.
7    Q.   Do you remember, as we sit here today,
8    going to your prenatal obstetric visits with this
9    practice we've been discussing?
10   A.   Yes.  I remember a good deal of it, yes.
11   Q.   Was the prenatal obstetrical care that you
12   received always at this location on Third Street in
13   the building that was part of Polyclinic?
14   A.   Yes.
15   Q.   Okay.  Do you remember how frequent your
16   prenatal appointments were when you were pregnant
17   with Bethany?
18   A.   It changed.  In the beginning I believe it
19   was every six weeks, and then it went to at some
20   point monthly, and then toward the end I was going in
21   biweekly, and then weekly.
22   Q.   Can you tell us how many overall prenatal
23   visits you had with obstetrics when you were pregnant
24   with Bethany?  And if you can't, that's fine, but if

11 (Pages 38 - 41)

Page 42

1  you can reasonably estimate, that's fair.
2      A.  I would estimate it was probably more than
3  eight, but I can't give you a number.
4      Q.  Typically did anyone attend the prenatal
5  visits with you when you were pregnant with Bethany?
6  Did Lon come along with you to -- some or all of
7  those?
8      A.  Not generally.
9      Q.  Okay.  Do you know if Lon attended any of
10 those prenatal visits with you?
11     A.  He attended the one where they did the
12 ultrasound to find the sex.  He may have gone to some
13 of the early ones, but he did not attend after that
14 point.  I took myself to my appointments.
15     Q.  Do you recall when the ultrasound was
16 performed to determine the sex of the child?
17     A.  Hmm.
18     Q.  When --
19     A.  It would --
20     Q.  -- within the pregnancy?
21     A.  -- had to have been at least 26 weeks
22 because they generally can't -- at least back then,
23 they couldn't figure out the sex before then.
24     Q.  I know your sister you said she was present

Page 43

1  during the labor and delivery with Bethany.  Did your
2  sister attend any of the prenatal visits with you to
3  the -- to the building on Third Street?
4      A.  No.
5      Q.  Okay.  So most often you presented to these
6  prenatal visits alone?
7      A.  Yes.
8      Q.  From a general perspective, what -- what do
9  you recall about your -- your prenatal course with
10 Bethany, did you have any concerns, what do you
11 remember?
12     A.  It was a rather uneventful pregnancy.
13 There was one issue.  I recall it was in April of --
14 of that -- of 2001 where they -- they told me that
15 there was a partial placenta previa and they wanted
16 me to take it easy.  So I was on bedrest in May.
17 They told me it resolved itself, so that I could just
18 resume normal activity.
19     Q.  Okay.  And I did see that in the records,
20 ma'am.  Placenta previa resolved at 28 weeks.  Does
21 that sound about right to you?
22     A.  That sounds about right, yeah.  Some time
23 in May I know that.
24     Q.  Okay.  Did you receive any other treatments

Page 44

1  for that condition, in particular, the partial
2  placenta previa, other than some bedrest?
3      A.  No.  There was really nothing to be done.
4  They said it would probably resolve itself and it
5  did.
6      Q.  And would I be correct that -- in
7  understanding that the partial placenta previa didn't
8  result in any labor and delivery complication moving
9  forward --
10     A.  No.
11     Q.  -- is that your understanding?
12     A.  No.
13         MR. MACKNIGHT:  Well, he asked if that was
14 your understanding.
15         THE WITNESS:  Yeah.
16         MR. MACKNIGHT:  That was your
17 understanding?
18         THE WITNESS:  That is my understanding.
19 Thank you for qualifying that.
20         MR. MACKNIGHT:  We knew what the answer
21 was, but just to make sure it's clear.
22         MR. MONGIELLO:  Thank you.
23         MR. MACKNIGHT:  Plus we always have the
24 video.  It's a little easier than reading a

Page 45

1  transcript.
2  BY MR. MONGIELLO:
3      Q.  At this practice on Third Street at which
4  you sought prenatal care when you were pregnant with
5  Bethany, did you see the same obstetrical provider
6  throughout that course or was it different providers?
7      A.  It was different providers.  I saw at least
8  two different nurse practitioners and several
9  residents.
10     Q.  During your prenatal course at the practice
11 on Third Street, did -- did you see a physician at
12 any time, an obstetrician?
13     A.  No.
14     Q.  There was some information developed in
15 this case, ma'am, about prenatal care being sought at
16 Women's Outpatient Health Clinic?
17     A.  That may very well be the name of it to
18 tell you the truth.
19     Q.  Okay.  Does that -- and that was my
20 question, does that name ring a bell to you?
21     A.  Yes.  Now that you've mentioned it, it does
22 indeed.
23     Q.  I believe you told us that you had no
24 insurance, so you called a 1-800 number that was

12 (Pages 42 - 45)

1 advertised in the media, and that led you to a
2 practice on Third Street that was comprised of
3 Beverly Ndlovu and her husband.  Did I hear that all
4 correctly?
5     A.  Yes.
6     Q.  Okay.  Do I also understand correctly that
7 you never saw Beverly Ndlovu or Hank Ndlovu, who are
8 obstetrical physicians, during your prenatal course,
9 it was always a nurse practitioner or a resident?
10    A.  I never saw them as a provider.
11    Q.  Okay.
12    A.  I may have seen them in passing, but I
13 never saw them as a provider.
14    Q.  So other than hearing the names Beverly
15 Ndlovu and her husband, who you can't identify,
16 through this 1-800 call that you made after a media
17 search, would I be correct that you had no
18 familiarity with those during -- those individuals
19 during your prenatal course?
20    A.  I did not.
21    Q.  Okay.  Did you ever see any nurse midwives
22 during your prenatal care at the practice on Third
23 Street when you were pregnant with Bethany that you
24 recall?

1     A.  The nurse practitioners, at least one of
2 them may have been a midwife, but I don't think it
3 was ever really clarified for me.
4     Q.  How about any physician assistants, did you
5 treat with any physician assistants during that
6 prenatal course with Bethany?
7     A.  I'm sorry, I'm not certain.  I don't know.
8     Q.  You don't need to apologize.  You testified
9 that you treated with some residents at that
10 practice.  Do you recall treating with any provider
11 who identified himself or herself as a fellow rather
12 than a resident?
13    A.  Perhaps, but I couldn't be certain.
14    Q.  Are you able to identify any of the
15 obstetrical providers who you treated with at this
16 practice on Third Street by name as we sit here
17 today?
18    A.  Just Lee Blecher.  Other than that, no,
19 I -- I wouldn't be able to give you any names.  It's
20 been 22 years.
21    Q.  And is it your testimony that Lee Blecher
22 provided prenatal care to you at this practice on
23 Third Street?
24    A.  Well, I remember him distinctly because he

1 is the one that attempted and nearly delivered
2 Bethany, but I also saw him at my last appointment
3 before I went into labor.  He was the -- the provider
4 that I -- that was at my appointment.
5     Q.  Your recollection of seeing Lee Blecher at
6 your last appointment before you went into labor,
7 would that be the appointment that you had on August
8 16 of 2001, immediately -- that same day that you
9 presented to -- presented to Harrisburg Hospital?
10    A.  August 15th I believe it was, but, yes.
11    Q.  Okay.  So -- and the records reflect that
12 you presented to Harrisburg Hospital on August 16 of
13 2001 at approximately eight o'clock p.m.  Does that
14 sound right?
15    A.  I would have left my house a little after 8
16 p.m.  So I was probably 30 minutes from Harrisburg
17 Hospital.  I'd say probably closer to 8:30, but I --
18 I -- I couldn't give you an exact time that I arrived
19 at the hospital.
20    Q.  Okay.  And if the records reflect that you
21 presented there at eight o'clock, you would have no
22 reason to dispute that, is that fair, or you would
23 based on the time of travel?
24    A.  I -- I don't think that I dispute it, but

1 in my mind, it's -- it's probably more like 8:30.
2     Q.  Okay.  That's fair.  Did you present to the
3 practice at Third Street at all on August 16 of 2001
4 before you went to Harrisburg Hospital that night at
5 8 p.m. or 8:30?
6     A.  No.
7     Q.  So your last prenatal visit when you were
8 pregnant with Bethany prior to going to Harrisburg
9 Hospital would have been on August 15 of 2001; is
10 that your recollection?
11    A.  Yes.
12    Q.  And that's the appointment that you
13 remember seeing Lee Blecher?
14    A.  Yes.
15    Q.  Okay.  What do you remember about that
16 appointment in particular on August 15 of 2001 when
17 you presented to the practice on Third Street and saw
18 Lee Blecher?  What -- what do you recall?
19    A.  Several things.  The appointment was very
20 close to lunchtime.  It may have been 11:30, but
21 it -- I -- I might be off on that, and he told me
22 that he would order an ultrasound to see the size of
23 the baby because she was already past due, she was
24 due the 13th, but there was nobody in the office at

Page 50

1  that point to do it because they had all gone to
2  lunch.
3       I also recall him saying that he was going
4  to try and start the labor by doing a procedure
5  called stripping the cervix, and he had some trouble
6  because he was complaining about his fingers being
7  too short. And the third thing was that he did a
8  hand motion on my abdomen and said I'm getting very
9  good at getting an estimate this way. I believe your
10 baby is about eight pounds, a little less. If I
11 thought that your baby was any more than that, I
12 would send you over to the hospital today for a
13 C-section.
14      Q. Okay. Sorry. Taking notes. We're going
15 to go back --
16      A. That's fine.
17      Q. -- and dissect some of that.
18      A. That's fine.
19      Q. We -- we need to not talk over one another.
20 There's my -- there's my reminder. Thank you.
21      Did you, in fact, undergo an ultrasound on
22 or about August 15 of 2001 consistent with what you
23 just told us, that -- that Dr. Blecher was going to
24 order one?

Page 51

1       A. I did not.
2       Q. Okay. It's my understanding based on the
3  records that you did have an ultrasound at Harrisburg
4  Hospital after you presented there the following day;
5  is that right?
6       A. No.
7       Q. Okay. So -- so that I'm clear, you do not
8  recall having an ultrasound performed either on
9  August 15 of 2001 or August 16 of 2001 when you
10 presented to the hospital?
11      A. That's correct.
12      Q. Do you recall following up with Dr. Blecher
13 or any other provider about having an ultrasound
14 performed?
15      A. No, because at that time, he scheduled an
16 induction, so we thought this was moot.
17      MR. MACKNIGHT: What is going on? Okay.
18      MR. MONGIELLO: All right. It's the light
19 music break.
20      MR. MACKNIGHT: Just a little soothing
21 music. If I wasn't already asleep from -- no, I'm
22 kidding.
23 BY MR. MONGIELLO:
24      Q. I believe you said that Dr. Blecher planned

Page 52

1  to do an ultrasound to determine the size of the baby
2  because you were already past due?
3       A. I don't know that he planned to. What he
4  stated to me was I would do an ultrasound today if I
5  had someone to do it, but there was no one in the
6  office available to do it because it was -- everyone
7  had left for lunch.
8       Q. Did you -- well, strike that.
9       On August 15 of 2001, you saw Dr. Blecher.
10 Did you see any other provider at the practice on
11 that day?
12      A. No.
13      Q. Okay.
14      A. Not that I'm aware of.
15      Q. Do you recall nurses being involved in that
16 visit in any way?
17      A. Well, I would imagine probably a nurse took
18 my weight.
19      MR. MACKNIGHT: Hold up, she's asking --
20 he's asking if you remember.
21      THE WITNESS: No, I do not.
22      MR. MACKNIGHT: Don't imagine, not what you
23 imagine, what you remember.
24 BY MR. MONGIELLO:

Page 53

1       Q. Going back to your comment about you being
2  past due, my understanding from the records is that
3  the due date for Bethany was August 17 of 2001, which
4  was the 40-week mark, and that you were full term
5  with her. Am I wrong about that?
6       A. You are.
7       Q. Okay. What was your understanding as to
8  Bethany's due date?
9       A. My -- my due date was given to me as August
10 13th.
11      Q. Okay. So the -- to the extent the medical
12 records reflect that the due date was August 17, you
13 do dispute that as we sit here today?
14      A. Yes. That was the date she actually was
15 born.
16      Q. Correct. And so your understanding was as
17 of the time Bethany was born on ▮▮▮▮▮▮▮, she
18 was four days past her due date?
19      A. Correct.
20      Q. Okay. Do you have any documentation
21 anywhere that has the -- Bethany's due date on it?
22      A. Hmm. Not to my knowledge, but I can look.
23      Q. And a -- and a more broad question, do you
24 have any prenatal obstetrical or labor and delivery

14 (Pages 50 - 53)

1  records in your possession regarding Bethany?
2      A.  I do have some.
3      Q.  Okay.  And I would ask that you conduct a
4  very careful and thorough search for any type of
5  record like that and provide them to Bethany's
6  counsel.  I think everyone sitting here today would
7  greatly appreciate that.
8      A.  I've already done so.
9      Q.  Okay.  So whatever records you have in your
10  possession have already been given to counsel; is
11  that fair?
12      A.  Yes.
13      Q.  Okay.  Prior to August 15 of 2001, do you
14  remember when it was the last time you presented to
15  the practice on Third Street in Harrisburg for a
16  prenatal appointment?
17      A.  I do not know any previous dates.  It would
18  have been the week before, but I don't know what
19  date.
20      Q.  Was August 15 of 2001 the first time that
21  you saw Dr. Blecher to your recollection?
22      A.  Yes.  As a provider.
23      Q.  And when you say as a provider, had you
24  seen --

1      A.  I may have seen --
2      Q.  -- him some other way?
3      A.  -- him in the halls.
4      MR. MACKNIGHT:  Yeah, let -- let him
5  finish.
6      THE WITNESS:  I'm sorry.
7      MR. MACKNIGHT:  Let him finish.  Go ahead.
8  We'll let him finish his question, then you can give
9  the same answer again.  So go ahead.
10  BY MR. MONGIELLO:
11      Q.  So you may have seen him in the halls, but
12  that's the only occasion that you recall on which he
13  actually provided prenatal obstetrical care to you?
14      A.  Yes.
15      Q.  Okay.  You testified that Dr. Blecher was
16  going to try to start labor by stripping the -- the
17  cervix, but then he was having some trouble because
18  his finger -- fingers were too short.  What -- can
19  you explain that to us?
20      A.  That's just what he told me, I'm having
21  some trouble because my fingers are so short.
22      Q.  Okay.  So was this a procedure that he
23  undertook in the office on August 15 of 2001?
24      A.  Yes.

1      Q.  Okay.  And describe that procedure to us.
2      A.  To the best of my knowledge, they take a
3  gauze sponge and rub it on your cervix and it can
4  cause labor to begin spontaneously.
5      MR. MACKNIGHT:  So he's -- not what your
6  knowledge is.  He's asking you what do you remember
7  happening that day.  I think that's his question.
8  BY MR. MONGIELLO:
9      Q.  What do you --
10      A.  I -- I was in stirrups.  He was --
11      MR. MACKNIGHT:  Yeah, I know it's not --
12  it's not comfortable to talk about, but -- we're all
13  adults here, so --
14      MR. MONGIELLO:  And I apologize in advance.
15      MR. MACKNIGHT:  We're not trying to put you
16  in an awkward position.  It is a bit of a, you
17  know -- but just what you remember.  Okay?
18      THE WITNESS:  I was in stirrups and he said
19  I'm going to try to strip your cervix and it may
20  start your labor.
21  BY MR. MONGIELLO:
22      Q.  Okay.  Anything else as we sit here today
23  that you recall about that procedure?
24      A.  No.

1      Q.  After Dr. Blecher performed that procedure,
2  did he make any statement to you about whether he
3  thought it had been successful or was going to, in
4  fact, induce labor?
5      A.  No.
6      Q.  Do you recall asking any questions of Dr.
7  Blecher on that -- on that visit?
8      A.  Related to the stripping of the cervix you
9  mean?
10      Q.  Related to anything.  I mean, when you
11  presented on August 15, 2001 and were seen by Dr.
12  Blecher, do you recall any questions that you asked
13  of him?
14      A.  He mentioned that they would -- they were
15  going to be scheduling an induction and -- and I did
16  ask, you know, when is this the soonest we can
17  induce.
18      Q.  Do you recall any other discussion with Dr.
19  Blecher that occurred on August 15 of 2001?
20      A.  No, not particularly.
21      Q.  You also described a type of palpation
22  that -- that Dr. Blecher performed on your abdomen to
23  estimate the baby's size.  Can -- can you describe
24  for us in more detail what he did to the best of your

Page 58

1  recollection?
2      A.  It seemed to me that he was framing the
3  baby within my abdomen with his hands and his comment
4  was I'm getting pretty good at this, I think your
5  baby is going to be right around eight pounds or a
6  little less.
7      Q.  Was anyone else present with you at this
8  visit with Dr. Blecher on August 15 of 2001; your
9  husband, your sister or anyone else?
10     A.  No.
11     Q.  Was any -- was there any other provider in
12 the room when these discussions occurred with Dr.
13 Blecher?
14     A.  No.
15     Q.  Before you left the appointment with Dr.
16 Blecher on August 15 of 2001, had the induction been
17 scheduled for the following day?
18     A.  Yeah -- not for the following day, for the
19 following Monday.
20     Q.  Okay.  And then it's my understanding that
21 your membranes ruptured the following day, August 16
22 of 2001, and then that led you to Harrisburg
23 Hospital?
24     A.  Correct.

Page 59

1      Q.  Okay.  Did Dr. Blecher introduce himself to
2  you at that visit that you recall?
3      A.  I don't recall if he did or not.  I would
4  imagine he probably did, but I -- I have no memory of
5  it.
6      Q.  Okay.  And how is it that as we sit here
7  today you recall that -- that name, Lee Blecher --
8      A.  Because he's --
9      Q.  -- and that he was the provider who saw you
10 on August 15 of 2001?
11     A.  Because he was the same one that was at the
12 hospital when I showed up in -- in active labor.
13     Q.  Okay.  We talked about the partial placenta
14 previa.  Other than that, did you have any concerns
15 with regard to your pregnancy with Bethany during the
16 prenatal course, you yourself?
17     A.  No.
18     Q.  Do you recall undergoing prenatal
19 ultrasounds at this practice on Third Street in
20 Harrisburg over the course of your prenatal
21 obstetrical care?
22     A.  I don't recall having any ultrasounds at
23 the practice.  I did have two ultrasounds.  I believe
24 they were both at Harrisburg Hospital.

Page 60

1      Q.  Okay.  And do you recall when those
2  ultrasounds were performed over the course of your
3  pregnancy with Bethany?
4      A.  The first one would have been around eight
5  weeks I guess to determine, you know, how the --
6  the -- you know, how advanced the pregnancy was.  And
7  the second one was the one where they determined the
8  sex at 26 or so weeks.
9      Q.  Okay.  And is it your testimony that you
10 don't recall other prenatal ultrasounds being
11 performed or is it your testimony that no other
12 prenatal ultrasounds were performed?
13     A.  I don't recall any other.
14     Q.  Do you -- do you recall any specifics about
15 the ultrasounds that you do recall being performed
16 about -- in terms of the results of those?
17     A.  Nothing seemed untoward.  The baby looked
18 fine in the beginning and they were able to determine
19 the sex at the second one.
20     Q.  Do you recall any ultrasounds being
21 performed prenatally to specifically estimate your
22 baby's size and weight?
23     A.  I do not.
24     Q.  Okay.  Do you recall any obstetrical

Page 61

1  provider advising you prenatally -- other than what
2  we've talked about with Dr. Blecher, advising you
3  about what the anticipated size and weight of your
4  baby was going to be?
5      A.  No.
6      Q.  Did any obstetrical provider who treated
7  you prenatally ever advise you that predicting weight
8  prior to actual delivery of a baby is a difficult
9  task or something similar?
10     A.  I don't recall it ever being discussed.
11     Q.  The two ultrasounds that you do recall
12 being performed at Harrisburg Hospital, do you
13 remember any family members or friends attending
14 those with you or were you alone?
15     A.  Lon Ditzler would have been with me for at
16 least the second one.  He may have been there at the
17 first one.
18     Q.  For where did -- where do you recall going
19 at Harrisburg Hospital to get those studies done?
20     A.  That's a good question.  I don't know.
21     Q.  Okay.  Do you recall undergoing lab testing
22 during the course of your prenatal care when you were
23 pregnant with Bethany?
24     A.  Yes.

16 (Pages 58 - 61)

1     Q.  Do you recall at what intervals that was
2  done or what studies were done?
3     A.  I do not.
4     Q.  Okay.  Do any of the results of the lab
5  testing that was done on you stand out to you as we
6  sit here today?
7     A.  I don't recall any abnormal lab test
8  values, at least that were brought to my attention.
9     Q.  Have you ever been diagnosed with diabetes
10  mellitus?
11     A.  No.
12     Q.  Did you have any issue with gestational
13  diabetes when you were pregnant with either Nick or
14  Bethany?
15     A.  No.
16     Q.  Do you recall undergoing glucose testing
17  during your pregnancy with Bethany?
18     A.  I do.
19     Q.  And do you recall the results of that
20  testing?
21     A.  Normal.
22     Q.  Okay.  Other than the prenatal obstetrical
23  care you sought at the -- at the practice on Third
24  Street, did you treat with any other obstetrical or

1  maternal-fetal medicine provider when you were
2  pregnant with Bethany?
3     A.  No.
4     Q.  Do you recall any discussions with any of
5  the obstetrical providers prenatally regarding a
6  vaginal versus a C-section delivery?
7     A.  I don't recall the gist of the
8  conversation, but I -- I know that it was brought up.
9     Q.  Okay.  Who was it brought up by?
10     A.  It would have been one of the providers at
11  the clinic.
12     Q.  Can you identify that provider?
13     A.  No, I'm sorry.
14     Q.  Can you tell us when that topic was brought
15  up with you in the prenatal course of your care?
16     A.  It would have just been brought up as if
17  there's an issue, you know, this might -- you know,
18  it might go vaginally, it might be a C-section, but
19  it was never brought up to the best of my knowledge
20  that -- that they suspected I would have needed a
21  C-section or anything.  It was just brought up as an
22  academic information, you know, this could happen.
23         Although, as I said, Lee Blecher did say on
24  the 15th if I thought the baby was bigger than eight

1  pounds, I'd send you over to the hospital for a
2  C-section today.
3     Q.  Okay.  And do you recall Dr. Blecher saying
4  why that was the case?
5     A.  I don't believe he did say it, but I -- I
6  assumed, rightly or wrongly, that it would have been
7  because the baby was very large and could be
8  dangerous to try to deliver vaginally.
9     Q.  Okay.  And did you have an understanding at
10  that time -- strike that.
11         What was your understanding at that time
12  with regard to it potentially being dangerous to
13  deliver a baby vaginally that was over eight pounds?
14     A.  I don't know that necessarily shoulder
15  dystocia was a -- was an idea in my head, but I -- I
16  knew that, you know, the logistics of it, a large
17  baby and a, you know, not so large body cavity, it
18  could -- there could be issues there.
19     Q.  Do you recall any obstetrical provider
20  mentioning the potential for shoulder dystocia to you
21  during the prenatal course of care?
22     A.  No.
23     Q.  Was it ever recommended to you that you
24  undergo a C-section delivery at any time?

1     A.  No.
2     Q.  Did you ever request a C-section delivery
3  by any provider?
4     A.  No.
5     Q.  Okay.  Other than what you've already
6  testified to, do you recall any discussion with any
7  obstetrical provider pre -- prenatally about a
8  C-section delivery being an alternative to vaginal
9  delivery?
10     A.  No.
11     Q.  During the prenatal course of care when you
12  were pregnant with Bethany, do you recall discussions
13  about who would be delivering the baby or who would
14  be involved with delivering the baby?
15     A.  I don't recall any discussions about that
16  per se, but I was made aware that whoever was on duty
17  at that point would be the one that would be
18  delivering the baby.
19     Q.  Was there any discussion that you recall
20  with Dr. Blecher on August 15 of 2001 about who the
21  delivering provider or providers would be at the
22  hospital?
23     A.  In an academic sense do you mean or do you
24  mean once the induction was scheduled?

Page 66

1    Q.  Just did -- did Dr. Blecher make any
2   comment about who would be delivering the baby in
3   general?
4    A.  No.
5    Q.  Other than this discussion that you recall
6   with Dr. Blecher on August 15 of 2001, do you recall
7   any other discussions with obstetrical providers that
8   occurred during the prenatal course as we sit here
9   today?
10    A.  Yeah.  Yeah.
11    Q.  What -- what do you recall?
12    A.  Well, I recall, you know, wanting to know
13   the information when they had done lab work, when
14   they had done whatever studies they were doing.
15   Everyone was telling me everything was normal.
16        I do recall when the partial placenta
17   previa happened, they were a little curt with me
18   because they said you need to be off your feet.  I
19   said I have a job where I'm on my feet.  They said do
20   you want a healthy baby.  I said yes.  They said then
21   you're not going to your job, and I said that's fine.
22        We discussed nutrition.  I refused a triple
23   screen test, which is evidently a test that they do
24   regularly in pregnancy, but I did not want it because

Page 67

1   I'd known of instances where it had shown abnormal
2   findings and they weren't abnormal.  And I did not
3   want to suspect there was something wrong with my
4   baby and there wasn't.  But that was the only test
5   that I ever refused.
6    Q.  Any other discussions that you recall with
7   the obstetrical providers in the prenatal course?
8    A.  Do you mean directly related to the
9   pregnancy and how it was progressing or just, you
10   know, hi, how you doing, did you read that book, did
11   you see this on TV type of thing?
12    Q.  Directly relating to the pregnancy with
13   Bethany.
14    A.  No.
15    Q.  Do you recall any details with regard to
16   your maternal weight gain when you were pregnant with
17   Bethany?
18    A.  Yes.  I had -- that's -- that was when they
19   sent me for -- to speak with the person about, you
20   know, nutrition.  We went over, you know, an average
21   day's meals and what I -- what I ate, what I drank.
22    Q.  Who did you speak with regarding nutrition?
23   Was this one of the providers at the Third Street
24   practice?

Page 68

1    A.  Yes.
2    Q.  Okay.  And was it an actual nutritionist?
3    A.  I don't believe.  I think it was a nurse
4   practitioner.
5    Q.  Okay.
6    A.  I may be wrong, but --
7    Q.  And do you recall when in the course of
8   your pregnancy with Bethany that discussion was had
9   regarding maternal weight gain and -- and nutrition?
10    A.  I couldn't tell you exactly.  It was
11   someway about midpoint through the pregnancy.
12    Q.  And was there more than one appointment
13   and/or discussion about that topic or was it just
14   that one appointment that you recall?
15    A.  It was just that one appointment that I
16   recall.
17    Q.  I assume you don't remember the identity of
18   the nurse practitioner who you spoke to?
19    A.  I do not.  It was a female, but I do not
20   know.
21    Q.  Do you recall any concerns being relayed to
22   you about the degree of your maternal weight gain,
23   what that could mean for the pregnancy?
24    A.  We discussed things that, you know, might

Page 69

1   cause excessive weight -- weight gain throughout
2   pregnancy and on the whole, she told me that my diet
3   was very good, but we determined that I was probably
4   drinking too much fruit juice with sugar in it, which
5   I then cut out.
6    Q.  Do you recall how much weight you had
7   gained as of the time that you were speaking to the
8   nutritionist?
9    A.  I do not.
10    Q.  Okay.  Once you stopped drinking fruit
11   juice, which you suspected to be an issue, did -- did
12   your maternal weight gain then level off?
13    A.  To the best of my knowledge, yes.
14    Q.  Okay.  Was there any point that you recall
15   where your maternal weight gain was accelerated in
16   some fashion beyond the normal curve so to speak?
17    A.  You mean beyond this appointment where I
18   spoke with the -- no, not that I'm aware of.
19    Q.  Do you recall being advised why it was
20   important to regulate maternal weight gain relative
21   to your pregnancy with Bethany?
22    A.  I don't believe it was explained to me, but
23   I -- I was aware of, you know, diabetes within
24   pregnancy and -- and issues with maternal weight gain

18 (Pages 66 - 69)

Page 70

1  causing, you know, problems, complications.
2      Q.  You mentioned a conversation at the
3  practice on Third Street where one of the providers
4  was you said curt with you about staying off your
5  feet to make sure you have a healthy baby.  Do you
6  remember who that discussion was with, whether by
7  name or, you know, provider credentials, nurse
8  practitioner, resident?
9      A.  I do not.  I do not.
10     Q.  Now, you testified, ma'am, that whatever
11  record -- records you have regarding prenatal care
12  received when you were pregnant with Bethany have
13  been provided to counsel.
14     A.  Yes.
15     Q.  Do you know of any other person who would
16  have records regarding the prenatal care that was
17  provided to you when you were pregnant with Bethany?
18  For example, your -- your husband at the time, Lon
19  Ditzler, would he have any of those records?
20     A.  No.
21     Q.  So do you know of anyone else that might
22  have any prenatal records regarding your obstetrical
23  care when you were pregnant with Bethany?
24     A.  No.

Page 71

1      Q.  Have you ever seen the prenatal records --
2  strike that.
3          Have you ever seen the records of the
4  prenatal care that you received when you were
5  pregnant with Bethany other than what you had and
6  provided to counsel?
7      A.  No.
8      Q.  Did you ever -- do you recall requesting
9  copies of the medical records for your prenatal care
10  from this practice on Third Street at any point?
11     A.  After she was born, I did request some
12  records, but I'm not certain if I requested from --
13  from this provider or if it was just hospital records
14  I had requested.
15     Q.  Okay.  And that was a personal request you
16  made for records?
17     A.  Uh-huh.
18     Q.  Is that a yes?
19     A.  Yes.  I'm sorry.
20     Q.  Why was that request made after Bethany was
21  born?
22     A.  Because there was complications and I just
23  felt like I wanted to have the records in my own
24  hands.

Page 72

1      Q.  And did you actually obtain and possess the
2  records pursuant to that request?
3      A.  Not that I -- what I found when I went back
4  through and looked and then provided to counsel was
5  not complete records.  So -- but I had never looked
6  through it when they were provided to me.  I just
7  picked them up from the medical records office and
8  put them in a file.
9      Q.  Okay.  So you obtained an incomplete set of
10  medical records?
11     A.  That's correct.
12     Q.  And you're not sure where from?  It was --
13  it could have been prenatal care or the hospital or
14  both?
15     A.  It could have been because I think that I
16  assumed that the medical records department held all
17  the records.
18     Q.  Do -- do you recall making separate
19  requests to the practice on Third Street and the
20  hospital for records?
21     A.  I do not recall that, no.
22     Q.  Do you recall about how many pages of
23  records you obtained?
24     A.  I do not.

Page 73

1      Q.  Where is this file that you put these
2  records into?
3      A.  In my home.
4      Q.  Okay.  And -- and am I correct that
5  whatever records are in that file have been provided
6  to Bethany's counsel?
7      A.  Yes.
8      Q.  Okay.  Do you recall obtaining records from
9  more than one provider location?
10     A.  Yes, but they were after the fact.  I
11  requested from Pinnacle the prenatal and birth
12  records and I requested physical therapy records and
13  so forth for Bethany after she was born.
14     Q.  Okay.  And did you ever obtain those?
15     A.  Yes.
16     Q.  And where are those records currently?
17     A.  They were provided to counsel and they
18  returned the originals to me after they made copies.
19     Q.  And it's your specific recollection that
20  those records would include physical therapy records
21  following Bethany's birth?
22     A.  Physical therapy records, the orthopedic
23  doctor that she saw, the doctor that she saw at
24  Shriners Children's Hospital in Philadelphia.

19 (Pages 70 - 73)

Page 74

1    Q.   Do you currently have any billing --
2  medical billing records at home regarding either the
3  course of prenatal care when you were pregnant with
4  Bethany or the hospitalization during which you
5  labored and delivered Bethany?
6    A.   Billing records, no.
7    Q.   Okay.  Did you -- have you ever had billing
8  records for those periods of time in your possession?
9    A.   Not from the hospital, just what had been
10 sent to me saying, you know, medical assistance paid
11 for this to this provider.
12   Q.   And so I'm understanding this correctly,
13 your -- the course of your prenatal care was paid for
14 through medical assistance?
15   A.   Yes.
16   Q.   Okay.  And did you ever receive some type
17 of summary or ledger from medical -- medical
18 assistance or Medicaid regarding, you know, what was
19 billed and what was paid for your prenatal care?
20   A.   No, it was at each time, you know.  When
21 they would pay something I would get and say this is
22 not a bill and it would tell me what they paid for.
23   Q.   Did you ever authorize anyone else other
24 than yourself to obtain prenatal records from the

Page 75

1  Third Street practice or labor and delivery records
2  from Harrisburg Hospital?
3    A.   Until Bethany's counsel, no.
4    Q.   And so I'm clear, whatever records you did
5  obtain and provide to counsel, you did not review
6  yourself or am I wrong about that?
7    A.   I did not review them, no.  I just put them
8  in a folder and put them away.
9        MR. MONGIELLO:  All right.  We can go off
10 camera.
11       THE VIDEOGRAPHER:  We're going off the
12 video record.  The time is 11:54.
13       (Recess.)
14       THE VIDEOGRAPHER:  Back on the video
15 record.  The time is 12:03.
16 BY MR. MONGIELLO:
17   Q.   Ms. Furjanic, you testified that you did
18 not review the records that you did obtain.  You put
19 them in a file.  And my next question is did you ever
20 show those records to anyone else other than sending
21 them to Bethany's counsel ultimately?
22   A.   No.
23   Q.   Did you yourself ever consider instituting
24 legal action arising out of Bethany's birth?

Page 76

1    A.   No.
2    Q.   So would I be correct that you never
3  consulted with any legal professional regarding the
4  filing of a potential lawsuit?
5    A.   I did not.
6    Q.   Do you recall when it was that you provided
7  the records that you had to Bethany's counsel?
8    A.   Within the last several months, but I do
9  not know exactly when now.
10   Q.   And that's the first occasion on which you
11 provided the records to any other person outside of
12 your possession; is that fair?
13   A.   Yes.
14   Q.   How is it that you came to Harrisburg
15 Hospital on August 16 of 2001?
16   A.   I'm sorry, can you restate the question --
17   Q.   Sure.
18   A.   -- because I'm not sure exactly what you're
19 asking.
20   Q.   Were you directed by some obstetrical
21 provider to go to Harrisburg Hospital, did you choose
22 to go there on your own?  How did it come about that
23 you came in around 8:00 or 8:30 that evening?
24   A.   A little after eight o'clock, my water

Page 77

1  broke and I called my obstetric provider and they
2  told me to come into Harrisburg Hospital and that
3  they would meet me there.
4    Q.   Who did you speak to when you say I called
5  my obstetric provider and they told me to -- to go to
6  the hospital?
7    A.   I would imagine the answering service
8  because it was after hours.
9    Q.   And you said I would imagine.  Is it fair
10 to say as we sit here today, you don't remember who
11 you actually spoke to that night?
12   A.   It is fair to say that, yes.
13   Q.   Okay.  Had you spoken to or seen any
14 obstetrical provider between the time you saw Dr.
15 Blecher on August 15 and when you presented to
16 Harrisburg Hospital on the 16th at 8:00 or 8:30?
17   A.   No.
18   Q.   Did you drive yourself into the hospital?
19   A.   No.
20   Q.   Who drove you?
21   A.   Lon.
22   Q.   Did anyone else ride in the car with you
23 over to the hospital?
24   A.   No.

20 (Pages 74 - 77)

Page 78

1    Q.    When did your sister -- is it Julia?
2    A.    Joy.
3    Q.    Joy, I'm sorry.  When did Joy get to the
4  hospital?
5    A.    Shortly after we did.  She arrived very
6  soon after we did.
7    Q.    And Joy drove separately?
8    A.    Yes.
9    Q.    I assume you presented to the main entrance
10  at Harrisburg Hospital to check in?
11    A.    Yes.  Yes.
12    Q.    Does anything stand out to you regarding
13  the -- the check-in process when you walked into the
14  hospital?
15    A.    No, they immediately sent me up to labor
16  and delivery.
17    Q.    Per the medical records, you were 33 years
18  old as of that date, August 17 of 2001, is that --
19    A.    I believe I was 34.
20    Q.    Okay.  Well, we can do -- we can do the
21  math there.
22    A.    Yeah.
23    Q.    There's some documentation in the medical
24  records, ma'am, about an ultrasound being performed

Page 79

1  to confirm that the fetus's head was first into the
2  birth canal, but, again, you don't recall undergoing
3  an ultrasound at Harrisburg Hospital before you went
4  into labor with Bethany; is that accurate?
5    A.    Would this be when I arrived in labor are
6  you saying?
7    Q.    After the rupture of your membranes and you
8  arrived at Harrisburg Hospital.
9    A.    I -- I don't recall that.
10    Q.    You said you were immediately sent up to
11  the labor and delivery floor; correct?
12    A.    Uh-huh.
13    Q.    What --
14    A.    Yes.
15    Q.    -- what is the first thing you remember
16  about getting up to the labor and delivery floor?
17    A.    Being taken to a birthing room and being
18  offered a jacuzzi.
19    Q.    Okay.  Do -- do you recall what floor of
20  the hospital you went to?
21    A.    No, I'm not certain.  I -- I want to say
22  the sixth floor, but I could very well be wrong.
23    Q.    Do you happen to recall your room number?
24    A.    No, I don't, I'm sorry.

Page 80

1    Q.    How long did it take for you to get up to
2  the labor and delivery floor and get into your room
3  from when you first presented at the main entrance to
4  register?
5    A.    Not long.  Maybe -- no, I'm not even going
6  to guess --
7    Q.    Okay.
8    A.    -- but it wasn't very long.
9    Q.    I mean, under 30 minutes?
10    A.    Under 30 minutes.
11    Q.    Under 15 minutes?
12    A.    If I have to guess, I would say it was
13  probably around 15 minutes.
14    Q.    We don't want you to guess, but you can say
15  with some reasonable certainty that it was under 30
16  minutes?
17    A.    Yes.
18    Q.    Okay.  Did you utilize the jacuzzi in the
19  labor and delivery room?
20    A.    I attempted to, but found it very
21  unpleasant.
22    Q.    Why did you find it to be unpleasant?
23    A.    I don't know, but as soon as they got it
24  warmed and filled and I got in, I said get me out,

Page 81

1  this is not what I thought it would be.
2    Q.    Do you recall undergoing an informed
3  consent discussion with any of the obstetrical
4  providers once -- once you got to the floor and to
5  your room?
6    A.    I don't recall.
7    Q.    Meaning, you don't recall one way or
8  another?
9    A.    I don't recall one way or another.
10    Q.    Okay.  Do you recall signing any documents
11  consenting to procedures that were going to take
12  place during the labor and delivery of Bethany?
13    A.    I don't believe that I did.  I believe Lon
14  may have been the one to sign the papers.
15    Q.    How long after you got to your labor and
16  delivery room did your sister, Joy, arrive?
17    A.    Not long.  I -- she may have been at the
18  hospital and gone up with us.  I believe she -- she
19  went to the -- the -- the labor and delivery floor
20  with us.
21    Q.    Do you recall undergoing an initial
22  admitting examination by one of the obstetrical
23  providers once you got to your room?
24    A.    Yes.

21 (Pages 78 - 81)

Page 82

1    Q.  Okay.  Do you remember when?  You know, how
2  long after you got to the room until that occurred?
3    A.  I don't recall.
4    Q.  Okay.  Do you remember who did that
5  examination?
6    A.  No, I'm sorry, I don't.
7    Q.  What do you recall about performance of the
8  examination, what do you remember it involving?
9    A.  I remember there was some question whether
10  my membranes had ruptured.
11    Q.  Okay.  Anything else that you recall?
12    A.  No, that's -- that's about all I really do
13  recall from that.
14    Q.  And do you recall undergoing a physical
15  examination at that point?
16    A.  I don't recall that I did, but I would
17  imagine so.  I -- that's probably something they
18  automatically do.
19    Q.  Other than generally recalling some
20  question about whether the membranes had ruptured,
21  can you tell us any more specifics about that?
22    A.  They just were doubting that -- that my
23  membranes had ruptured and I assured them that they
24  had because there was quite a bit of fluid in my

Page 83

1  living room carpet.
2    Q.  Okay.  So other than that general
3  recollection of your initial exam and that
4  conversation, do you recall anything else about that
5  initial obstetrical examination at the hospital?
6    A.  No.
7    Q.  Okay.  Who is the first obstetrical
8  provider that you can identify as we sit here today
9  being involved in your labor and delivery of Bethany?
10    A.  Lee Blecher.
11    Q.  And what is your recollection about when
12  Dr. Blecher first became involved in -- in the labor
13  and delivery of Bethany, which occurred basically
14  overnight from August 16 into the early morning of
15  August 17 of 2001?
16    A.  I recall him coming in, I don't know what
17  time, to check and see how far along my cervix had
18  dilated.  I recall him coming in sometime after I had
19  gotten the epidural.
20    Q.  On a separate occasion?
21    A.  On a separate occasion.
22    Q.  Okay.  So during the laboring process, am I
23  correct that you recall Dr. Blecher coming to check
24  on you on two occasions or was there more that you

Page 84

1  might not recall?
2    A.  There may have been more that I don't
3  recall, but I do recall two occasions.
4    Q.  And you don't recall what time Dr. Blecher
5  first came in to check your cervical dilation?
6    A.  I don't.
7    Q.  Can you tell us whether it was closer in
8  time to when you got to your room versus closer in
9  time to when delivery?
10    A.  Closer to the time of delivery than the
11  time that I arrived in the room.
12    Q.  Do you think it was hours before the
13  delivery or minutes?
14    A.  Hours before the delivery because I had the
15  epidural hours before the delivery.
16    Q.  Okay.  That was actually my next question,
17  do you remember when the epidural was placed?
18    A.  I do not know what time the epidural was
19  placed, but I had been laboring for a couple of hours
20  at least.
21    Q.  Okay.  Do you recall receiving any other
22  type of pain management beyond the epidural?
23    A.  No.
24    Q.  And is it your testimony that you did not

Page 85

1  receive any other pain management beyond the
2  epidural?
3    A.  Not to my knowledge.
4    Q.  Okay.  As we sit here today, can you
5  identify any other obstetrical providers aside from
6  nursing staff that were involved in the labor and
7  delivery of Bethany at Harrisburg Hospital during
8  those overnight hours from August 16 to 17 of 2001?
9    A.  You mean before the doctor came in in the
10  morning?  You mean throughout -- throughout my labor?
11    Q.  Throughout your labor and delivery right
12  before Bethany was born.
13    A.  Other than nursing staff, I do not recall
14  anyone else.
15    Q.  Understanding that you can't identify any
16  other obstetrical providers that were involved in the
17  labor and delivery process, can you tell us
18  whether -- whether there were multiple providers
19  involved or was it just one particular provider?
20    A.  I think it was just one particular
21  provider.  I do recall several nurses and a shift
22  change with different nurses coming in and out.  But
23  as far as other than nurses and medical providers,
24  no, I can't recall anyone else involved.

22 (Pages 82 - 85)

Page 86

1    Q.   And the one particular provider you recall
2  being involved, is that Dr. Blecher?
3    A.   Yes.
4    Q.   Okay.  Can -- can you identify or describe
5  physically any of the nursing staff that was involved
6  in the labor and delivery?
7    A.   No.  No, I'm sorry, it's been too long.  I
8  don't recall any.  I know there was a woman by the
9  name of M'Liss who was a nurse.  I thought it was odd
10  because it's not Melissa, it's M'Liss.
11    Q.   I was just going to ask you to make sure I
12  heard that correctly, so M'Liss?
13    A.   Yes.
14    Q.   Do you have a spelling for that?
15    A.   In the baby book, and I had asked some of
16  the staff their names to write in the baby book, I
17  have it written as M apostrophe L-I-S-S.
18    Q.   Okay.  And this baby book that you're
19  referring to, is that something that you still have?
20    A.   Uh-huh.  I do.
21    Q.   Is that something that you could provide to
22  counsel for copying purposes and use in this lawsuit?
23    A.   I could.  It's -- it's mostly family
24  personal things.  It's not really much about medical

Page 87

1  care, but I could, yes.
2    Q.   Well, and I -- and I understand that, and
3  what we would be looking for in particular of course
4  is anything with regard to the labor and delivery of
5  Bethany and -- and her course growing up basically.
6  I certainly don't want to intrude on other aspects of
7  your private family life.
8       MR. MACKNIGHT:  Yeah, just give it to us
9  and we'll -- we'll do what we need to do.
10       THE WITNESS:  Okay.
11  BY MR. MONGIELLO:
12    Q.   But certainly to the extent there's
13  providers mentioned in there or any other
14  circumstances regarding the labor and delivery,
15  that's very crucial to this case.
16    A.   Okay.
17    Q.   Other than a nurse who you believe was
18  named M'Liss, you cannot as we sit here today
19  identify by name or physical description any of the
20  other nursing staff members involved; is that fair?
21    A.   That's fair to say, yes.
22    Q.   Do you remember whether the involved
23  nursing staff members were all female, all male or a
24  mix of both, can you tell us that?

Page 88

1    A.   I believe they were all female.  If there
2  was a male nurse, I -- I don't recall.
3    Q.   So I'd like to generally ask you first
4  what -- what do you recall about laboring with
5  Bethany.  We talked about a few things that you do
6  recall.  What else do you recall?  And before -- this
7  is before you're fully dilated and your delivering
8  Bethany, what do you recall about the labor?
9    A.   As I said, I -- I found the -- the jacuzzi
10  to be very unpleasant.  Once I was out of the
11  jacuzzi, I recall asking to walk around, but there
12  was an anesthesiologist I guess en route to come up
13  and do the -- to do the --
14    Q.   Epidural?
15    A.   -- epidural.  Thank you.  And they told me
16  that once I have the epidural, I wouldn't be able to
17  walk around.
18    Q.   Okay.  So you never did get to walk around?
19    A.   No.
20    Q.   Okay.  What -- what else do you recall
21  about laboring with Bethany?
22    A.   It seemed to progress, you know, relatively
23  fast for a labor.  Although I do recall that when I
24  was fully dilated and they were telling me to push, I

Page 89

1  could not push Bethany out.
2    Q.   Do you recall when the epidural was placed
3  in relation to when you became fully dilated?
4    A.   No, I'm sorry, I do not.
5    Q.   And it may seem like I'm nitpicking, but
6  I'm just trying to jog your memory about things.
7    A.   No, that's fine.
8    Q.   Were you having a lot of pain at -- well,
9  strike that.
10       Did you request an epidural?
11    A.   I did.
12    Q.   Okay.  And I assume that's because you were
13  having a lot of pain?
14    A.   Oh, yes.
15    Q.   Okay.  And was the epidural effective in
16  relieving your pain?
17    A.   Yes.
18    Q.   Okay.  Was the epidural placed certainly
19  before you gan -- began pushing?
20    A.   Yes.
21    Q.   Okay.  You just testified that the labor
22  progressed relatively fast, I think was your term.
23  Do you remember how long you labored before you got
24  to a point where you were fully dilated and the

23 (Pages 86 - 89)

Page 90

1   providers were telling you to start pushing? And
2   again, don't guess, but if you can give us a
3   reasonable estimation, then that's acceptable.
4       A. I can reasonably say it was probably about
5   five hours.
6       Q. And I can tell you based on what records we
7   do have, as discussed, they show you presented to the
8   hospital at approximately 8 p.m., you think it was
9   closer to 8:30. It's documented that you were fully
10  dilated at 4:20 a.m. Does that sound accurate to
11  you?
12      A. Yes, that does sound accurate. That might
13  be a little late because my recollection is that I
14  was pushing for two and a half hours and she was born
15  at 6:21.
16      Q. And that was my next time point, 6:21 is
17  documented as the birth time. So we agree there?
18      A. We do.
19      Q. Okay. Was there a window in the labor and
20  delivery room?
21      A. Yes.
22      Q. And was the shade up?
23      A. Yes.
24      Q. Do you remember all of this occurring while

Page 91

1   it was dark out?
2       A. It began to get light and when she was born
3   at 6:21, one of the nurses said mom, you have a dawn
4   baby.
5       Q. Okay. And your recollection aside from
6   these time points we just discussed is that you
7   pushed for approximately two and a half hours?
8       A. That is my recollection, yes.
9       Q. Okay. And what do you base that
10  recollection on 22-plus years later? And I'm not --
11  I'm not being argumentative. I'm just curious.
12      A. No. I base that on the fact that I felt I
13  was gaining no ground while I was pushing. I -- I
14  could not feel her moving down. I could not feel
15  that I was successful.
16      Q. And was that a similar or different
17  experience from when you labored with Nick
18  previously?
19      A. It was different with Nick because I could
20  feel him moving down, but they did have to use
21  forceps with Nick because of the nuchal cord.
22      Q. Was any other assistive device used with
23  Nick other than the forceps; for example, a vacuum?
24      A. No.

Page 92

1       Q. Do you recall any assistive device being
2   used with Bethany when she was delivered, like
3   forceps or a vacuum or some other type of device?
4       A. They had what a -- what I believe might
5   have been a pulse oximeter that had been inserted and
6   in her head to monitor her -- her oxygen.
7       Q. Scalp electrode?
8       A. Probably.
9       Q. Okay. Do you recall when that was placed?
10  Was that during -- during when you were pushing and
11  delivering or was that just during the laboring?
12      A. I -- I would say that was placed about the
13  time I was fully dilated, although I may be wrong,
14  but I -- that's my recollection.
15      Q. Was there any discussion about why the
16  scalp electrode was being placed?
17      A. I was led to believe that it was their --
18  their policy, that was how they did things.
19      Q. Do you have any information about what
20  results that scalp electrode generated?
21      A. I do not.
22      Q. Do you know what a fetal heart tracing is
23  or a fetal monitor strip?
24      A. Uh-huh.

Page 93

1       Q. A piece of paper that comes out --
2           MR. MACKNIGHT: Is that a yes?
3           THE WITNESS: Yes.
4   BY MR. MONGIELLO:
5       Q. -- of a machine?
6           MR. MACKNIGHT: Is that yes?
7           THE WITNESS: Yes.
8   BY MR. MONGIELLO:
9       Q. Do you remember seeing that strip being
10  generated in the room when you were laboring with
11  Bethany?
12      A. Yes.
13      Q. Have you ever seen that strip other than
14  that day in -- in the room?
15      A. Yes. With my son, they also used --
16          MR. MACKNIGHT: He -- I guess he means the
17  strip for Bethany, have you ever seen it other than
18  in the room when it was being generated.
19          THE WITNESS: Oh, I'm so sorry. I didn't
20  understand the question. No, I did not.
21          MR. MONGIELLO: Okay. And that was a bad
22  question, so that's --
23          MR. MACKNIGHT: That helps him out.
24          MR. MONGIELLO: -- that's my fault.

1     MR. MACKNIGHT:  I get points for that.
2  BY MR. MONGIELLO:
3     Q.  Did you ever -- well, strike that.
4         When you obtained records from your
5  obstetrical providers and likely the hospital after
6  the fact, was the fetal heart tracing included with
7  what you obtained?
8     A.  I don't believe it was because I would have
9  provided it to counsel if it was because I kept
10  everything together and I -- I don't recall that it
11  was in there.
12     Q.  Do you recall any of the providers at the
13  time discussing the fetal heart tracing and whether
14  it may have shown any type of findings?
15     A.  No.
16     Q.  Would it be fair to say that you have no
17  information that there was any type of fetal distress
18  during the labor and delivery of Bethany?
19     A.  I have no information that there would have
20  been and I don't believe that there was.
21     Q.  Okay.  We talked about your recollection of
22  Dr. Blecher examining, checking in on you twice
23  during labor.  Do you remember any other obstetrical
24  providers being involved; whether nurse practitioner,

1  midwife?
2     A.  No, I do not.
3     Q.  Okay.  You testified, ma'am, about a shift
4  change at some point overnight.  Do you recall when
5  or about when that occurred?
6     A.  I don't.  Logic dictates it was probably
7  around 11:00 because they generally run on the 11:00
8  to, you know, whenever shift changes.  I just know
9  that the nurse that prepared me for the jacuzzi and
10  helped me into it went off shift long before I was
11  dilated.
12     Q.  Do you have any information as to whether
13  there was any shift change for non-nursing staff,
14  which could include physicians, CRNPs, midwives?
15     A.  Probably, but I don't recall seeing any
16  providers before I saw Dr. Blecher.
17     Q.  And, again, you -- you don't recall when it
18  was over the course of the night that you first saw
19  Dr. Blecher?
20     A.  I'm sorry, I do not.
21     Q.  Was there a nurse always in the room with
22  you over the course of the night or were they in and
23  out?
24     A.  They were in and out.

1     Q.  Can you say with any certainty how many
2  times any obstetrical provider checked on you
3  overnight during the course of labor?  And, again,
4  not nursing staff, but the actual providers.
5     A.  I don't know.
6     Q.  Do you recall there being any physical
7  examination of you in the hospital in terms of what
8  the expected size of your baby was going to be at the
9  time of delivery?
10     A.  No.
11     Q.  No, you don't recall that happening --
12     A.  I don't recall that happening.
13     Q.  -- or no, you don't --
14     A.  I'm sorry.  Yeah.
15     Q.  Was there ever any discussion during your
16  laboring with Bethany regarding an alternative for
17  C-section delivery versus vaginal delivery?
18     A.  Not up until the point where the -- the,
19  excuse me, shoulder dystocia occurred.
20     Q.  So I think you said you labored about five
21  hours, you recall pushing about two and a half hours.
22  You don't recall making a lot of progress; correct?
23     A.  Correct.
24     Q.  Obviously you did make progress because

1  Bethany was ultimately born; correct?
2     A.  Yes.
3     Q.  Tell us in as much detail as you can what
4  you recall during the two and a half hours of pushing
5  and then the delivery of -- of Bethany.  It sounds to
6  me like you have some pretty vivid recollection, so
7  I'll just let you tell us what they are.
8     A.  At that point, I do have some very vivid
9  recollections.
10     Q.  Okay.
11     A.  As I was pushing, sometimes I needed to be
12  told, you know, you're having a contraction because I
13  had -- had had the -- you know, the anesthesia.  And
14  I recall giving myself a headache because I had
15  pushed that hard and -- and it could have been from
16  the anesthesia, but I -- I did not feel any movement
17  in the birth canal.  Although I was told by my
18  sister, you know, the head's out, push really, really
19  hard, and -- and I made no headway.
20     Q.  Okay.  What do you remember next?
21     A.  I do know that at some point that they had
22  placed a mirror that I could see the birth and it was
23  removed when I was pushing.  So I could no longer see
24  what was going on except, you know, what the

1   providers were doing. I remember seeing the look on
2   Lon's face and my sister, Joy's, face. Evidently at
3   that point, Bethany was turning blue and so forth,
4   but alls I saw was the look on their faces. So I
5   knew something was wrong.
6       MR. MACKNIGHT: Go ahead. He's a quick
7   writer. You can keep going.
8       MR. MONGIELLO: Just hope I can read this
9   all later.
10      MR. MACKNIGHT: You won't be able to, we
11  both know that.
12      THE WITNESS: I do know that I burst some
13  capillaries in my face pushing. The next day my --
14  my -- around my eyes I had some hemorrhaging and
15  stuff. And that's about it. I just -- at one point,
16  I remember screaming get this baby out of me right
17  now.
18  BY MR. MONGIELLO:
19      Q. Okay. So as we did before, now we're going
20  to go back and try to dissect some of this. This
21  all -- this line of questioning was spawned by you
22  saying that you had not heard of an alternative for
23  C-section until the shoulder dystocia occurred.
24      Was there some mention of -- of the

1   possibility of doing a C-section at that time and by
2   whom?
3       A. Not to me. I overheard staff saying
4   something oh -- you know, oh, it's too late for a
5   C-section or something along those lines.
6       Q. And I assume you don't recall who said
7   that?
8       A. No.
9       Q. Do you recall when that was said in terms
10  of you pushing, the head is delivered, and then the
11  body is delivered, if we could use those three time
12  points.
13      A. It was after the head was delivered, but I
14  couldn't give you a time frame.
15      Q. Okay.
16      MR. MACKNIGHT: Can we have a quick break
17  to use the bathroom, please?
18      MR. MONGIELLO: Yes, of course.
19      THE VIDEOGRAPHER: We're going off the
20  video record. The time is 12:40.
21      (Recess.)
22      THE VIDEOGRAPHER: We're back on the video
23  record. The time is 12:43.
24  BY MR. MONGIELLO:

1       Q. Ms. Furjanic, I'm sorry if I already asked
2   you this, but did you have an epidural with Nick when
3   he was born?
4       A. I did.
5       Q. Okay. Over the course of this two and a
6   half hours that you were pushing, was there always an
7   obstetrical provider present during that period or
8   was it obstetrical provider is present at some point
9   and nursing staff present at other points?
10      A. The latter, nursing pretty much continuous
11  and it was the obstetrical provider in and out.
12      Q. Okay. And who was or who were the
13  obstetric providers that you recall being involved
14  during that delivery period?
15      A. Up until she was actually delivered, it
16  was -- the only one I recall is Lee Blecher.
17      Q. And when you say delivered, you mean
18  Bethany's full body was delivered?
19      A. Yes, but Dr. Ndlovu was there for that
20  part.
21      Q. Okay. And -- and you're anticipating my
22  questioning.
23      A. Sorry.
24      Q. When --

1       MR. MACKNIGHT: It's pretty sequential.
2   BY MR. MONGIELLO:
3       Q. -- when did -- when do you first recall Dr.
4   Beverly Ndlovu being involved?
5       A. Just after 6 a.m.
6       Q. And how is it that you can time that just
7   after 6 a.m. as we sit here today?
8       A. Because the -- the sequence at that point
9   went pretty quick. She came in, asked for scissors,
10  became angry, evidently the scissors weren't sharp
11  enough, threw them, asked for a sharp pair, and
12  Bethany's entire body was delivered within moments.
13      Q. Okay. When you say just after 6 a.m., you
14  can't actually time that to a clock or --
15      A. No.
16      Q. Okay. It's just -- I mean, are you
17  guessing at that time when you say just after 6 a.m.
18  or are you saying that based on we know the delivery
19  time was 6:21 a.m.?
20      A. I'm basing it on we know the delivery time
21  was 6:21 and there was some light in the sky when she
22  arrived, so...
23      Q. And your testimony is that doctor -- well,
24  can you describe Dr. Beverly Ndlovu to me? What does

26 (Pages 98 - 101)

1  she look like to your recollection?
2      A.  Well, she was wearing a cap, you know,
3  scrubs and gloves.  She's African-American, willowy.
4  I don't know how tall she is.  I was laying down.
5      MR. MACKNIGHT:  He's going to ask you to
6  describe willowy or at least I will.
7  BY MR. MONGIELLO:
8      Q.  Yeah.
9      A.  On the slender side.
10     Q.  Did she have glasses on?
11     A.  I don't recall.
12     Q.  Face mask?  And when I say face mask, like
13  the kind of masks we wore during COVID, a medical
14  mask covering her nose and mouth?
15     A.  I don't recall, but I don't believe so.
16     Q.  How about a face shield?
17     A.  I can't say for certain.
18     Q.  Was she in a gown, medical gown?
19     A.  Perhaps.  I recall scrubs, but --
20     Q.  To your recollection, was Dr. Ndlovu called
21  into the room by someone?
22     A.  I recall one of the nurses saying she's
23  coming.  So I would assume so, but I would have no
24  way of knowing.  I wouldn't have heard it or

1  anything.
2      Q.  Did -- who -- who you believed to be Dr.
3  Ndlovu, did she introduce herself to you in any way?
4      A.  No.  No.
5      Q.  Okay.  Did she have some type of name tag
6  or embroidery on her medical garb that identified
7  her?
8      A.  Not that I recall seeing.
9      Q.  How is it that you know that it was Beverly
10  Ndlovu?
11     A.  Just from having seen her at the clinic,
12  and by seeing her, I mean in passing, not that --
13  that she was a provider for me during the -- the
14  pregnancy or anything.
15     Q.  So you saw who you believed to be Beverly
16  Ndlovu in passing at this practice on Third Street?
17     A.  Yes.
18     Q.  And then you connected the dots so to speak
19  when she came in the room to assist in the delivery?
20     A.  Yes.
21     Q.  Did you have any discussion with Dr. Ndlovu
22  when she was in the room?
23     A.  No.
24     Q.  You said she asked for a pair of scissors

1  and there weren't any?  Did I hear that correctly?
2  Can you repeat that?
3      A.  No, she requested a pair of scissors and
4  what I'm assuming may have been a nurse provided her
5  with a pair and she complained loudly that they were
6  dull, threw them, and asked for a sharp pair.
7      Q.  Did Dr. Ndlovu attempt to use these
8  scissors?
9      A.  Yes, that's what she used to make the
10  episiotomy.
11     Q.  And how was it that you knew she was using
12  them to make an episiotomy?
13     A.  Because I could feel it somewhat.
14     Q.  Okay.  That's despite the epidural?
15     A.  Despite the epidural.
16     Q.  Okay.
17     A.  It wasn't a pain per se, but I could feel
18  that there was things going on and I -- I could see
19  enough that I knew what she was doing.
20     Q.  And did Dr. Ndlovu make a statement that
21  she was performing an episiotomy?
22     A.  No.
23     Q.  Or did you understand that based on your
24  medical education and training?

1      A.  I understood that based on what I was
2  feeling and based on my, you know, experience and --
3  and medical education.
4      Q.  How soon after Dr. Ndlovu uses the first
5  pair of scissors until she gets another pair of
6  scissors and I think you said Bethany was out very
7  quickly?  How much -- how long of a period of time
8  passed between those --
9      A.  Very little.
10     Q.  -- two events?
11     A.  Very little.  It was -- it was an emergent
12  situation at that point, which is why I assume she
13  did not introduce herself to me.  She kind of came in
14  the room and said give me scissors and the second
15  pair was provided within moments.
16     Q.  Seconds?
17     A.  I'm not going to swear to seconds, but not
18  very long.  Not -- not more than a minute or two.
19     Q.  Okay.  Do you recall any discussion with
20  any of the providers when you were pushing as to why
21  you didn't feel as though the delivery was
22  progressing?  You said you didn't feel Bethany moving
23  through the birth canal.  Was there discussion about
24  why?

27 (Pages 102 - 105)

1   A.   No.
2   Q.   Who was -- before Dr. Beverly -- Dr.
3   Ndlovu, excuse me, came into the room, who was
4   delivering Bethany?
5   A.   Dr. Blecher.
6   Q.   And was it Dr. Blecher and any other
7   obstetrical provider?
8   A.   To the best of my knowledge, it was just
9   nurses.
10   Q.   Do you remember how many nurses were
11   present when Dr. Blecher was involved in the
12   delivery?
13   A.   More than two, but probably less than four
14   because they had also called down a pediatrician as
15   well to have a pediatrician standing by when she was
16   delivered.
17   Q.   Was Dr. Blecher sitting or standing when he
18   was participating in that delivery?
19   A.   I believe in the beginning he was sitting
20   and at the end he was standing.  Once the mirror was
21   removed, it was kind of hard to see what was going on
22   below the level of my own abdomen.
23   Q.   Okay.  What position or positions were you
24   in during the -- the laboring before we get to the

1   delivery?  Was there more than one position first of
2   all?
3   A.   No, I was in a supine position.
4   Q.   Okay.  So during labor, you were supine?
5   A.   Uh-huh.
6   Q.   And were your -- your legs up in stirrups?
7   A.   Yes.
8   Q.   And did your position change at all during
9   laboring or was it always that?
10   A.   I don't believe it changed at all.  I don't
11   believe it did.
12   Q.   Do you recall ever being asked to roll from
13   one side to the other?
14   A.   I don't recall with Bethany, no, because I
15   was asked with Nick to roll from one side to another.
16   Q.   Did your position change from what you
17   described during the laboring at the time of
18   delivery?
19   A.   I'm sorry, can you repeat the question?
20   Q.   Yeah.  You described basically maintaining
21   a single supine position during labor with your feet
22   up in stirrups.  And once you started to deliver
23   Bethany, did they change -- did any provider change
24   your position or did your position change?

1   A.   They may have shortened the stirrups, but
2   I -- I don't believe I -- I changed from a supine
3   position at all.
4   Q.   Where were your husband and Joy during the
5   delivery of Bethany?
6   A.   They were at the foot of the bed along the
7   wall.
8   Q.   And would -- were they -- the foot of the
9   bed along the wall, looking up --
10   A.   Looking --
11   Q.   -- towards the delivery field?
12   A.   -- directly toward my perineal area.
13   Q.   Okay.  And was your husband, Lon, and Joy
14   present in that room the whole time for the labor and
15   delivery?
16   A.   Yes.
17   Q.   Okay.  And in particular, the -- the
18   delivery?
19   A.   Yes.
20   Q.   The last two and a half hours?
21   A.   Yes.
22   Q.   Do you recall any conversations that you
23   may have had with Lon or Joy in the room?
24   A.   Do you mean during -- at all during the

1   labor?
2   Q.   At all.
3   A.   We had casual conversations up until the
4   point things became emergent.
5   Q.   And then do you recall any conversations
6   specifically as when you describe things became
7   emergent?
8   A.   They -- they -- no, no.  They were stunned
9   and I -- I -- my sister told me later that because
10   Bethany's head was blue and, you know, she felt that
11   she was already dead.  She -- she felt that the baby
12   had died.  So they didn't want to talk to me about
13   anything and clue me in that things were as serious
14   as they were.
15   Q.   Now, did Bethany require any type of
16   resuscitation?
17   A.   Yes.
18   Q.   She did?
19   A.   Uh-huh.
20   Q.   And what did that involve to your
21   recollection?
22   A.   It's hard to say because there was a large
23   crowd of medical professionals around the bassinet
24   that she was in.  I do know the pediatrician was

Page 110

1  involved. I do know there was oxygen involved.
2      Q.   Anything else you recall regarding the
3  resuscitation?
4      A.   As I said, they were all around the
5  bassinet. At that point, I began bleeding heavily
6  and the nurse came over and she grabbed my hand and
7  she put it on my own abdomen and said press and rub
8  right here. And then immediately turned back to the
9  activity at the bassinet.
10     Q.   Okay. Do you know what Apgar scores are?
11     A.   Yes.
12     Q.   Do you recall what Bethany's Apgar scores
13 were when she was born?
14     A.   Unfortunately, I do not. I know the first
15 one was lower. I want to say that the second one was
16 eight or nine and the first one was lower than that.
17     Q.   So I'll represent to you that the records
18 show that Apgars were seven at one minute and nine at
19 five minutes. Does that refresh --
20     A.   That sounds right.
21     Q.   -- your recollection?
22     A.   That sounds right.
23     Q.   Okay. To your recollection, did Dr. Ndlovu
24 have any other involvement in the delivery of Bethany

Page 111

1  other than to basically switch out a pair of
2  scissors, perform an episiotomy, and then the baby
3  was delivered?
4      A.   I recall her -- I recall seeing the person
5  I believe to be Dr. Beverly involved at the bassinet,
6  but as I said, there was quite a few medical
7  professionals. So it's kind of hard to see. And
8  then she stitched up my episiotomy.
9      Q.   Okay. Do you have any other recollection
10 in terms of her involvement?
11     A.   No.
12     Q.   Do you recall specifically what instrument
13 Dr. Ndlovu used to make the episiotomy, was it a pair
14 of scissors, a scalpel, you don't remember?
15     A.   I'm assuming it was a pair of scissors. I
16 never saw what she actually used, but considering the
17 fact that she was yelling for sharper scissors,
18 I'm -- I'm assuming that's what was used.
19     Q.   When -- when Dr. Ndlovu asked for sharper
20 scissors, was there any response from any of the
21 other providers that you recall?
22     A.   Verbal response?
23     Q.   Yes.
24     A.   No, not that I recall.

Page 112

1      Q.   And the physical response was you believe
2  one -- a nurse got sharper scissors and handed them
3  to her?
4      A.   I do.
5      Q.   And did that occur quickly?
6      A.   Very quickly.
7      Q.   Okay. Is that the first time you met Dr.
8  Ndlovu so to speak when she came in the room to
9  perform the episiotomy --
10     A.   Yeah --
11     Q.   -- other than in passing?
12     A.   -- if you want -- other than in passing,
13 yes, and -- and -- and it's a loose term saying that
14 I met her when she came in the room because, as I
15 said, it was emergent. She never introduced herself.
16 We never spoke. She did what she did, delivered the
17 baby, and stitched me up and left.
18     Q.   Your sister, Joy, what -- do you know her
19 current address?
20     A.   I have it in my address book, but I
21 couldn't tell you offhand. She lives in Harrisburg,
22 in the Harrisburg area, but --
23     Q.   Okay. If you could provide her address to
24 Bethany's counsel, we would appreciate that.

Page 113

1      A.   Sure.
2      Q.   Do you know what Pitocin is?
3      A.   Yes.
4      Q.   There's some reference in the -- in the
5  admitting obstetrical records about initial expected
6  management to see how the labor would progress and
7  that Pitocin would be considered if necessary.
8          Do you remember if you were administered
9  Pitocin at some point?
10     A.   I don't believe I was.
11     Q.   Do you recall -- well, yeah. Do you recall
12 any other providers holding your legs up higher as
13 the delivery progressed? Lifting them out of the
14 stirrups and pushing -- pushing them up higher.
15     A.   The nursing staff, yes.
16     Q.   Okay. When did that occur to your
17 recollection?
18     A.   During the two and a half or so hours that
19 I was pushing, but I couldn't tell you when. I know
20 at one point the nurse had asked Lon to come over and
21 help lift my legs.
22     Q.   And that was my next question, was your
23 husband at the time and/or your sister involved at
24 all with holding your legs?

29 (Pages 110 - 113)

Page 114

1    A.  They were.

2    Q.  Okay.  Was that intermittently, consistent

3    for a period of time, what --

4    A.  Intermittently.

5    Q.  And it was both Lon and Joy?

6    A.  Yeah.

7    Q.  Would it have been Lon and Joy at the same

8    time one on each leg or would it have been just Lon

9    and Joy were involved in holding your legs up at

10   different points in time?

11   A.  I could not tell you.

12   Q.  Okay.  Do you recall there being a sterile

13   drape in place at the time Bethany was actually being

14   delivered between -- basically between you and the

15   delivery field?

16   A.  I don't recall one, no.

17   Q.  Okay.  Do you recall there being some type

18   of lighting device that was used when Bethany was

19   being delivered?

20   A.  No, I do not other than the room lights.

21   Q.  Do you recall whether Dr. Ndlovu was

22   sitting or standing when she performed what you

23   believe to be an episiotomy?

24   A.  I believe she was standing.

Page 115

1    Q.  Okay.  Did you ever see her sit down?

2    A.  No, I did not.

3    Q.  And I apologize if I asked you this, but

4    once the epidural was placed, did you achieve at

5    least some degree of pain relief?

6    A.  Oh, yeah.  Yes.

7    Q.  A significant degree of pain relief?

8    A.  Significant degree.

9    Q.  Okay.  When -- when your legs were removed

10   from the stirrups and -- and pushed up higher, was

11   it -- was it with your knees bent and basically the

12   providers and your husband and sister were flexing

13   your legs up higher towards you, towards your head?

14   A.  I just recall their arms underneath my

15   thighs.  I don't recall whether they flexed my legs

16   toward my head or not.

17   Q.  Okay.  Do you have any information as to

18   what time Bethany's head was delivered versus the

19   rest of her body?

20   A.  I do not.

21   Q.  Were you able to -- were you able to see

22   the -- the delivering providers's hands when they

23   were delivering Bethany?  I know you said the mirror

24   was taken away after labor.  Were you -- were you

Page 116

1    able to see their hands and what they were doing?

2    A.  No.

3    Q.  Okay.  Do you remember during the delivery

4    of Bethany if -- if any of the providers put their

5    hands over your pubic bone and providing downward

6    pressure?

7    A.  During the delivery of Bethany?

8    Q.  Yes.

9    A.  I don't recall.

10   MR. BRIER:  I'm sorry, Mike, what was the

11   answer to that question?

12   MR. MACKNIGHT:  I don't recall.

13   MR. BRIER:  I don't recall.  Okay.  Thank

14   you.

15   THE WITNESS:  I'm talking softly again,

16   aren't I?

17   MR. MACKNIGHT:  That's okay.  You can

18   just --

19   THE WITNESS:  Okay.

20   BY MR. MONGIELLO:

21   Q.  At some point during the delivery of

22   Bethany, did some provider actually use the term

23   shoulder dystocia?

24   A.  No.

Page 117

1    Q.  Okay.  Did any of the providers describe

2    without using the term shoulder dystocia what was

3    occurring that you perceived to be an emergent

4    situation towards the end of the delivery?

5    A.  No, I think the first that I really

6    realized that it was an emergent situation was when I

7    looked down and saw the look on Joy and Lon's faces.

8    Q.  So as we sit here today, did -- did you

9    have any information at the time you were delivering

10   Bethany that a shoulder dystocia had actually

11   occurred?

12   A.  No.

13   Q.  Okay.  At any point, did the -- the

14   delivering providers and nursing staff tell you to

15   stop pushing when you were delivering Bethany?

16   A.  Not that I can recall.

17   Q.  Do you recall the delivering providers

18   seeking assistance at any point during the delivery

19   from other providers; in other words, bringing other

20   people in beyond what you've already testified to in

21   terms of Dr. Ndlovu getting involved?

22   A.  Not -- not other than what I've already

23   testified to.

24   Q.  Before Dr. Ndlovu came in the room -- well,

30 (Pages 114 - 117)

Page 118

1    strike that.
2          At some point, were you aware that
3    Bethany's head had been delivered?
4          A.  At some point, I believe my sister saying
5    that -- that the head was out.
6          Q.  And, again, you can't time that?
7          A.  No.
8          Q.  What do you -- what else, if anything, do
9    you recall occurring from the time you appreciated --
10   or your sister said the baby's head was delivered
11   until -- until Bethany was fully delivered?
12         A.  My focus was on pushing.
13         Q.  Okay.
14         A.  So that's what I recall is just straining.
15         Q.  Okay.  Do you have any information as to
16   the position of Bethany's head at birth?
17         A.  Well, I know it was in a breech
18   presentation.  I would assume she's face up, but I
19   don't have any information.  I never saw her head
20   having been delivered.
21         Q.  Okay.  Can you say with any reasonable
22   certainty how long it was after your sister commented
23   that the head was delivered until Bethany was fully
24   delivered?  And, again --

Page 119

1          A.  Well --
2          Q.  -- please don't guess.
3          A.  -- well over an hour and a half.
4          Q.  And what do you base that timing on?
5          A.  Because the head was delivered.  That was
6    an easier part of -- of the pushing process.  I guess
7    I'm just basing it on, you know, how I felt at the
8    time.  You know, oh, I've been pushing for this long
9    and Joy said the head's out and -- but at that point,
10   there must not have been, you know, any sign that
11   there was an issue at least that my sister was aware
12   of because I didn't see any fear on her face or
13   anything at that point.
14         Q.  Do you recall any pillows or other type of
15   supportive devices being placed under you during the
16   delivery at any time?
17         A.  I don't recall, but I -- I would imagine
18   there were pillows behind me, but I don't recall
19   anyone placing anything.
20         Q.  Do you recall hearing any type of snap or
21   popping sound when Bethany was being delivered?
22         A.  No.
23         Q.  Do you recall what Bethany's birth weight
24   was?

Page 120

1          A.  Nine pounds, eight ounces.
2          Q.  Do you recall what her length was?
3          A.  No, I'm sorry, I don't.
4          Q.  Do you recall anyone advising you what
5    percentile Bethany was when she was born in terms of
6    weight and length?
7          A.  I know it was given to me, but I don't
8    recall.
9          Q.  Immediately after Bethany is born, were you
10   able to -- to see her?
11         A.  Not immediately, no, because they were --
12   as I said, the health care professionals were
13   surrounding the bassinet and doing whatever they were
14   doing, but it was shortly thereafter that they did
15   place her on my chest.
16         Q.  Okay.  And that was my next question, do
17   you remember how -- about how much time passed until
18   she was taken away, cared for by the professionals,
19   and then returned to your chest?
20         A.  I don't recall, but it was at least ten
21   minutes.
22         Q.  Okay.  Did you hear Bethany cry right away
23   when she was born?
24         A.  She did not cry right away.

Page 121

1          Q.  When -- when did you first hear her cry?
2          A.  At some point when she was surrounded in
3    the bassinet.
4          Q.  Do you recall anything about the appearance
5    of Bethany's right arm when she's born and returned
6    to you and placed onto your chest?  Did anything
7    stand out to you?
8          A.  The nurse told me as they were placing her
9    on my chest to be careful with her arm.  And she
10   placed it in such a way that it was laying kind of
11   across Bethany's chest.
12         Q.  And were any other details offered at that
13   point?
14         A.  No.
15         Q.  Was Bethany moving both of her arms to your
16   observation?
17         A.  No, she was not moving her right arm at
18   all.
19         Q.  Okay.  Was she moving the left arm?
20         A.  Yes.
21         Q.  And do you recall any discussion with any
22   of the providers immediately after she was born and
23   returned to you as to why she was not moving her
24   right arm?

31 (Pages 118 - 121)

Page 122

1    A.  No, there was nothing explained to me, just
2  that they were going to take her up for more
3  observation.  So they were going to remove her from
4  my presence.
5    Q.  Was she taken to the NICU?
6    A.  No, she was taken up to the regular
7  nursery, to the best of my knowledge.  If she went up
8  to the NICU, I was never told.
9    Q.  How long did Bethany get to stay with you
10  on your chest before she was taken away to the
11  nursery?
12    A.  Oh, let's see, she breastfed.  It wasn't a
13  significant period of time.  Fifteen minutes maybe.
14    Q.  At what point after Bethany was born did
15  any provider tell you that she had sustain --
16  sustained a brachial plexus injury or resulting in an
17  Erb's palsy?
18    A.  The first I recall is the following day.
19    Q.  And do you remember who it was that told
20  you that?
21    A.  No.  It was a man in a suit.
22    Q.  Do you have any idea what the man in the
23  suit's position was?
24    A.  I'm sorry, I don't.

Page 123

1    Q.  What do you recall being told specifically?
2    A.  He told me that she had an injury and that
3  this is the kind of injury that -- that babies will
4  often recover from, but that she'll need to probably
5  have some physical therapy.
6    Q.  Anything else you recall about that
7  conversation?
8    A.  That's all I recall from the conversation.
9    Q.  Was there any discussion with that
10  individual about what caused this brachial plexus
11  injury?
12    A.  No.
13    Q.  After Bethany is taken to the nursery, when
14  is the next time you saw her?
15    A.  I couldn't tell you.  Approximately an
16  hour.
17    Q.  Okay.  And there's some notes in the -- in
18  the newborn chart that she was moving her right
19  fingers and elbow slightly.  Is -- is that consistent
20  with your recollection once she got to the nursery?
21    A.  She could move her fingers.  I don't recall
22  seeing her moving her elbow at that point at all,
23  but, yes, she could move her fingers.  She had the
24  classic -- they call it the waiter's tip position

Page 124

1  where the one arm is tucked behind her back and her
2  wrist is curled, but, you know, she could grasp a
3  finger with -- with -- with her hand.
4    Q.  Do you recall there being a neonatology
5  consult that was made after Bethany was delivered due
6  to meconium-stained amniotic fluid?
7    A.  No.
8    Q.  Do you remember there being meconium --
9    A.  No.
10    Q.  -- at issue?
11    A.  No.
12    Q.  Okay.  Do you remember there being a
13  neonatal consultation at all?
14    A.  Well, I thought there was a pediatrician
15  involved and that may have been a neonatologist.
16    Q.  Do you know why the -- the pediatrician or
17  neonatologist was involved?
18    A.  It was never explained to me.  No, I don't
19  know for sure.
20    Q.  Do you have any information as to whether a
21  pediatrician or a neonatologist was involved
22  specifically with regard to Bethany's right arm in
23  the hospital?
24    A.  You mean at the time of her birth or while

Page 125

1  she was --
2    Q.  After she was --
3    A.  -- still in the hospital?
4    Q.  -- born and still in the hospital.
5    A.  Yes, it was explained to me that -- that
6  they were, you know -- this -- the -- the 17th I
7  guess, the day she was born, later in the day, I
8  believe that's when the guy in the suit came down.
9    COURT REPORTER:  I believe that's what?
10    THE WITNESS:  That's when the guy in the
11  suit was talking to me and explaining it.  Because it
12  was shortly after that that I called my mom and said
13  oh, this is what's wrong with the baby, can you
14  please, you know, get some stuff off the web and
15  bring it to me so I can learn a little bit about it.
16  BY MR. MONGIELLO:
17    Q.  The -- do you remember there being an
18  orthopedic consultation regarding Bethany's right arm
19  in the hospital after she was born?
20    A.  No.
21    Q.  And the reason I ask that, the records
22  reflect that Ronald Lippe of OIP, who is an
23  orthopedic surgeon, was consulted and evaluated her,
24  and I was wondering if that would refresh your

32 (Pages 122 - 125)

Page 126

1  recollection as to who the man in the suit may have
2  been that discussed the Erb's palsy with you.
3      A.  It may have been, but I was more under the
4  impression that he was an executive rather than a
5  physician.
6      Q.  Okay.  Before you were discharged, you
7  developed a fever at some point, which delayed the
8  discharge process; is that true?
9      A.  That's true.
10     Q.  Do you know why it was you developed a
11  fever?  Was that ever explained to you?
12     A.  The nursing staff said these stupid doctors
13  need to know that when women's milk come in sometimes
14  they have fevers.  Because they hit me with a lot of
15  antibiotics and the nursing staff obviously from what
16  I could tell was not happy about that.
17     Q.  Okay.  So nursing staff's assessment was
18  that it was due to you beginning to produce milk?
19     A.  Yes.
20     Q.  But you were treated with antibiotics
21  nonetheless to cover an infection?
22     A.  Including IV antibiotics.
23     Q.  Okay.  The records show you were discharged
24  from Harrisburg Hospital on August 22?

Page 127

1      A.  I'll take your word for that because I'm
2  not aware --
3      Q.  Do you disagree with that?
4      A.  No, that -- that seems right -- about
5  right.
6      Q.  And you had been instructed to follow up
7  with Dr. Lippe at OIP regarding Bethany's right arm
8  in the short term.  Do you remember doing that?
9      A.  After I was discharged, I switched all of
10  Bethany's medical care and my family's medical care
11  to Hershey.  So I followed up with a -- with an
12  orthopedic doctor at Hershey.
13     Q.  Okay.  Why -- why did you transfer care at
14  that point?
15     A.  Because I felt that she was injured because
16  of people at Pinnacle and I said she's going to
17  Hershey instead.
18     Q.  Okay.  Do you recall how soon it was after
19  discharge that you first took Bethany into either a
20  pediatrician or an orthopedic physician or a
21  neurologist regarding her right arm?
22     A.  I don't recall, but it would have been
23  immediately because I already had a pediatrician
24  lined up for her before she was born.  So she already

Page 128

1  would have had appointments, you know, regular
2  pediatric scheduled appointments, especially with
3  the -- with the injury.
4      Q.  Who was the provider that you had
5  scheduled -- I guess established in advance for
6  Bethany in terms of pediatric care?
7      A.  Dr. Mark Baker.
8      Q.  And what practice was he associated with at
9  the time?
10     A.  Nyes Road practice.  Hershey Pediatrics.
11     Q.  Did I hear you correctly that relationship
12  was established with Dr. Mark Baker before Bethany
13  was even born?
14     A.  Yes.
15     Q.  Okay.  And that was at Hershey Pediatrics?
16     A.  Yes.  It was a recommendation from a
17  friend --
18     Q.  Okay.
19     A.  -- because Nick's pediatrician had left to
20  go work for an insurance company.  So I needed a
21  pediatrician anyway and a friend of mine used
22  Sullivan Baker.
23     Q.  Have you ever seen or spoken to Dr. Ndlovu
24  after her involvement in the delivery of Bethany?

Page 129

1      A.  Not as a patient or as Bethany's mother.
2      Q.  Have you spoken to her on some other level?
3      A.  When I was a nursing student.
4      Q.  Okay.  And that was -- would have been
5  before or after?
6      A.  After Bethany's birth.
7      Q.  After Bethany's birth.  And what do you
8  remember about interactions with Dr. Ndlovu in
9  nursing school after Bethany's birth?
10     A.  When I was in nursing school, I actually
11  did my pediatric -- my labor and delivery rotation
12  the same unit where I gave birth to Bethany and I was
13  doing a night rotation and there was a patient who
14  was -- her labor was progressing very fast and I said
15  let's call the practice and they said no, don't
16  bother, they won't come in before 6 a.m., they'll
17  send a resident.
18     Q.  And who -- who was that discussion with?
19     A.  A nurse on the unit.  The nurse who was
20  precepting me as a student.
21     Q.  And how was Dr. Ndlovu involved in that?
22     A.  She was the doctor on record for that
23  patient.
24     Q.  Okay.  And was -- was any doctor called in

33 (Pages 126 - 129)

Page 130

1  with regard to that patient at some point?
2      A.  They -- the resident was already -- the one
3  that was on call was already in the hospital.
4      Q.  Okay.  So did you ever speak to Dr. Ndlovu
5  in that role or have any interactions with her beyond
6  this or was it just a conversation about her?
7      A.  With that specific patient, no, but with
8  other -- you know, I did a semester rotation through,
9  you know, labor and delivery and pediatrics.  So I
10  did come into contact with them -- with their
11  practice a couple of times.
12      Q.  Once you got Bethany home to the house
13  after being discharged, what do you remember about
14  her right arm and its movement, did it improve over
15  time?
16      A.  No.  But it was explained to me later that
17  nerve damage takes longer to heal if it's going to
18  than most tissue, so not to expect a whole lot in the
19  beginning.  That if it was going to regenerate, it
20  would take some time.  I was told basically an inch a
21  month as far as recovery.
22      Q.  Who -- who told you that?
23      A.  I believe it was the orthopedic doctor that
24  she saw at Hershey.

Page 131

1      Q.  Okay.  Do you remember the name of that
2  orthopedic doctor at Hershey?
3      A.  Oh, it was on the tip of my tongue and now
4  I've forgotten.  I -- we -- we can revisit this
5  question because I will probably remember it.
6      Q.  Okay.  At what age did Bethany first start
7  physical or occupational therapy for her right arm
8  condition?
9      A.  I can't tell you exactly, but I'd say
10  right -- right around a month old.
11      Q.  Okay.  And do you remember what practice
12  that physical or occupational therapy was pursued
13  through?
14      A.  It was actually in the Children's Hospital
15  at Hershey.
16      Q.  At any point, did you begin home therapy
17  exercises for Bethany and her right arm?
18      A.  Yes, we were evaluated for -- for early
19  intervention and they determined that she qualified.
20  So we then had a physical therapist coming into our
21  home.
22      Q.  And do you remember at what age that began?
23      A.  I can't recall.  Probably around three
24  months.

Page 132

1      Q.  Were you instructed before you left the
2  hospital with regard to performing any self exercises
3  or stretches in Bethany at home before she would get
4  in to see another provider?
5      A.  The only thing I can recall is that I was
6  told to make sure I support her arm when I lift her,
7  not just her head like you would in -- on any other
8  newborn, but to also support her right arm and make
9  sure it doesn't get pinched or twisted.
10      Q.  And do you remember, in fact, performing
11  any type of stretching or other exercises with
12  Bethany's right arm as -- as she was a newborn at
13  home?
14      A.  Not before physical therapist --
15      Q.  Okay.
16      A.  -- covered anything with me, no.
17      Q.  How often was -- was Bethany doing physical
18  therapy once -- once it started?
19      A.  Once they were coming in my home?
20      Q.  Yes.
21      A.  Once a week.
22      Q.  Once a week.  Was physical therapy also
23  pursued outside of the home in a -- in an office
24  setting or was it all performed at home?

Page 133

1      A.  Initially it was -- it was pursued through
2  the Children's Hospital, but like I said, when early
3  intervention got involved, they -- they sent the
4  physical therapist to our home.
5      Q.  And how frequent was physical therapy done
6  at the Children's Hospital at Hershey before the
7  in-home services?
8      A.  Once a week.
9      Q.  Once a week.  Did Bethany meet all of her
10  developmental milestones in term -- in terms of
11  crawling, walking, talking?
12      A.  No.
13      Q.  Which ones did she not meet?
14      A.  She never crawled, which they told me was
15  not surprising.  Children with Erb's palsy seldom do
16  well with crawling.  She I believe walked pretty much
17  on time developmentally.  Talking, she did not speak
18  until she was two and a half.
19      Q.  And were there any interventions pursued in
20  terms of speech therapy for --
21      A.  Yes.
22      Q.  -- for that?  Okay.  Was there ever any
23  determination made as to the cause for the delayed
24  speech development?

34 (Pages 130 - 133)

Page 134

1    A.  No.  They just said some babies are slower
2  to develop.
3    Q.  It's noted in the records that at nine
4  months Bethany was able to inchworm across the floor?
5    A.  Yeah, she could wiggle her body and roll a
6  little bit.  She could roll from -- on her left side,
7  but she never actually crawled.
8    Q.  When was she first able to wiggle and roll
9  across the floor?
10   A.  If it says nine months, that's probably
11 about right because it would have been before she was
12 a year old, but it wasn't real early.
13   Q.  In addition to physical therapy, was
14 occupational therapy separately undertaken for
15 Bethany?
16   A.  I don't think separately, but, yes,
17 occupational therapy was also involved.
18   Q.  Okay.  Is Dr. Lee Segal the physician at
19 Hershey who you were referring to in terms of her
20 early --
21   A.  No, it's a male.  Lee -- I'm sorry, I'm
22 terrible with names.
23   Q.  Okay.  That's fine.
24   A.  Again, we can revisit it.  It may come to

Page 135

1  me.  Segal.
2       MR. MACKNIGHT:  That's what he just said.
3       MR. MONGIELLO:  Yeah.
4       MR. MACKNIGHT:  He said Lee Segal --
5       MR. MONGIELLO:  I said Segal.
6       MR. MACKNIGHT:  -- but it's the same.
7       THE WITNESS:  Oh, I thought he said Lisa.
8       MR. MACKNIGHT:  You probably thought he
9  said Lisa.
10      THE WITNESS:  Yeah.  Okay.
11      MR. MONGIELLO:  Okay.  Let's take a break
12 because the video is going to run out.  Everyone can
13 get a breath.
14      THE VIDEOGRAPHER:  We're going off the
15 video record.  The time is 1:36.
16      (Recess.)
17      THE VIDEOGRAPHER:  We're back on the video
18 record.  The time is 1:46.
19 BY MR. MONGIELLO:
20   Q.  So I think we were talking about Lee Segal.
21   A.  Yes, and I apologize, I thought you said
22 Lisa Gall.
23   Q.  So he -- Bethany first treated with Lee
24 Segal at Hershey?

Page 136

1    A.  Yes.
2    Q.  And what type of physician is Dr. Segal?
3    A.  Pediatric orthopedist.
4    Q.  Pediatric orthopedist.  And then at some
5  point, she transferred her care to Dr. Scott Kozin in
6  Philadelphia?
7    A.  At some point Lee Segal said I'm sorry,
8  I -- I'm not a brachial plexus specialist.  I've done
9  all I can for her.  I suggest you see somebody who
10 actually does this regularly, and we were given an
11 option of three doctors.  One was in Texas, one was
12 in Boston and Dr. Kozin at -- at Shriners.
13   Q.  Okay.  And do -- do you remember any
14 discussions that you had with Dr. Segal as we sit
15 here today in terms of his assessment of Bethany --
16 Bethany's right arm, the prognosis?
17   A.  He said that she was getting some back, she
18 was -- that some nerve regeneration, but that he
19 wasn't going to say, you know, how much she was going
20 to get all told.
21   Q.  How did you get to Dr. Segal?
22   A.  I believe her pediatrician referred us.
23   Q.  Was Dr. Segal the one that was initially
24 quarterbacking the physical and occupational

Page 137

1  therapies or was that --
2    A.  Yes.
3    Q.  -- the pediatrician?
4    A.  No, that was -- that was Dr. Segal.
5    Q.  All right.  Per the records, Bethany
6  treated with Dr. Kozin from 2004 through 2019.  Does
7  that sound accurate to you?
8    A.  That sounds accurate, yes.
9    Q.  Until she was essentially 18 I guess
10 and then --
11   A.  Yes.
12   Q.  -- she aged out?
13   A.  Yes.
14   Q.  Did you attend all of the appointments with
15 Dr. Kozin --
16   A.  Yes.
17   Q.  -- and Bethany?
18   A.  Yes.
19   Q.  Okay.
20   A.  All but one, I'm sorry, one I did not go
21 to, but she was I believe 18 at that point or 17.  It
22 wasn't the last one, but it was --
23   Q.  Do you have any recall in particular of
24 what the discussion was at the first appointment with

1 Dr. Kozin in -- back in 2004?  What his assessment of
2 Bethany was and what his thoughts were in terms of
3 treatment and prognosis.
4    A.  His assessment was a 10 to 15 degree
5 contracture in her right elbow and he felt that she
6 had some recovery, but that he -- he did not feel
7 that she was going to recover 100 percent.
8    Q.  Now, doctor -- well, strike that.
9       Bethany has never had any type of surgery
10 on her right arm to address her Erb's palsy; correct?
11    A.  Correct.
12    Q.  And that was never recommended by Dr. Segal
13 or Dr. Kozin?
14    A.  No, it was not.
15    Q.  And did Bethany treat with any other
16 pediatric orthopedic or pediatric neurology provider
17 with regard to her right arm condition?
18    A.  Not for the Erb's palsy.
19    Q.  Okay.  She did have multiple fractures over
20 the years in that extremity?
21    A.  Yes.
22    Q.  But in terms of the Erb's palsy, it was
23 initially Dr. Segal and then Dr. Kozin?
24    A.  Correct.

1    Q.  Okay.  Do you recall any discussions
2 with -- with Dr. Segal or Dr. Kozin about why surgery
3 was not going to be pursued in her?
4    A.  Dr. Kozin explained that he didn't feel
5 surgery was warranted because he didn't feel that
6 there would be any benefit from it and it would just
7 be extra pain and recovery for her.
8    Q.  Okay.  What -- what -- what types of
9 treatments, if any, did Dr. Segal and Kozin undertake
10 for Bethany's right arm?
11    A.  You mean other than referring the physical
12 and occupational therapies?
13    Q.  Right.
14    A.  Working with her at home with the
15 stretching exercises and bands.  Dr. Kozin was big on
16 the exercise bands.  Her home therapist, Liz Kelly,
17 through early intervention had set up a pulley system
18 where she could try to reach up and use this pulley
19 system to stretch both of her arms and --
20    Q.  When was Liz Kelly involved in her physical
21 therapy?  This is early on when she was an infant
22 basically?
23    A.  She was the original early intervention
24 therapist, physical and occupational, and she was

1 involved until Bethany was three.
2    Q.  And then can you identify any other
3 providers who have been involved with providing
4 physical or occupational therapy for Bethany from
5 three years through current?
6    A.  Well, Emily Player was her -- was her
7 speech therapist.  She dealt with the physical
8 therapy department at Shriners Hospital in
9 Philadelphia, but it was more of a showing the family
10 how to do things and teaching Bethany to do it on her
11 own rather than -- I mean, we weren't going to drive
12 to Philadelphia every day or, you know, once a week.
13    Q.  Sure.  So would it be fair to say Bethany
14 had formal physical and occupational therapies up to
15 three years and then after that it's been home
16 exercises and therapies?
17    A.  Pretty much, yes, other than the -- the
18 therapists that worked with her at -- you know, down
19 in Philadelphia.
20    Q.  Do -- do you know whether Bethany is
21 currently treating with any orthopedic or
22 neurological provider for her right arm?
23    A.  She is not.
24    Q.  Okay.  Do you know when the last time she

1 treated with one of those specialty providers was,
2 was it the last time she saw Dr. Kozin?
3    A.  Yes.
4    Q.  Okay.
5    A.  Now, he did make us aware that he would be
6 available even though she's aged out if we needed him
7 in the future.
8    Q.  You attended the last appointment that
9 Bethany went to with Dr. Kozin?
10    A.  I did.
11    Q.  And what do you remember about the
12 discussion at that last appointment?
13    A.  He told us that some of the pain that she
14 was having was due to the fact that her arm is --
15 I -- I mention the contracture, but it's also 10
16 percent shorter, which he said when she's a baby
17 that's not a huge deal because their arms are short
18 to begin with, but as she grows, the 10 percent is
19 going to seem, you know, more significant and some of
20 the pain that he -- he felt she was having some of
21 the pain because, you know, the -- the musculature
22 wasn't developed properly because of the arm being
23 shorter and the contracture.
24    Q.  I also saw in the records of Dr. Kozin that

1  he considered at least some degree of her pain to be
2  associated with growth spurts and growing.  Do you
3  remember that discussion?
4       A.  Yeah.  When -- when she was going through
5  puberty.  Yes, he felt that -- that -- I think
6  she had a lot of pain around the age of 14 or so and
7  he felt that that was, you know, the growth spurt for
8  puberty.
9       Q.  Has Bethany had a lot of pain in the right
10 arm due to this Erb's palsy?  I mean, does she
11 complain of it, does she take medications?
12      A.  It depends on what she needs to do.  She
13 doesn't have a natural arm swing, so it's tough for
14 her to run.  She can't support herself with both arms
15 or reach with both arms.  She's never been able to do
16 pushups.
17          I've always tried to discuss things with
18 her gym teachers at school, you know, she does have
19 limitations, if she says she can't do it, it's not
20 because she doesn't want to, it's because she cannot.
21 And we've had some issues where she's, you know, been
22 in serious pain because a gym teacher told her yes,
23 you can play crab soccer or you can do this, and she
24 really couldn't.

1       Q.  So Dr. Kozin has discharged her from care
2  as of 2019?
3       A.  Yes.
4       Q.  And did he recommend any future care at the
5  time of discharge?
6       A.  No.  He just said if she has any issues to
7  please contact him and he'll continue to be available
8  for her.
9       Q.  Did Dr. Segal or Kozin ever offer an
10 opinion about the cause of the Erb's palsy to you?
11      A.  Dr. Kozin has straight up said because of
12 her birth injury, related to her birth injury.
13      Q.  And did he explain that in any way to you?
14      A.  I think at that point I was pretty well
15 versed in the causes for brachial plexus injury.  So,
16 you know, we discussed it, but I don't -- he didn't
17 have to educate me in any way.
18      Q.  Bethany has fractured her right arm seven
19 or eight times over the years, is that consistent
20 with your --
21      A.  I want to say nine, but it might be eight,
22 but I'm thinking it's nine.
23      Q.  Okay.  What can you tell us about those
24 fractures?  I mean, that's a lot of fractures, but --

1       A.  It is.
2       Q.  -- what do you remember about them?
3       A.  The first one happened on the playground.
4  She was trying to chase some kids on the monkey bars
5  and of course when she tried to grab with her right
6  arm she fell.  And what Dr. Kozin has explained to us
7  because I was very concerned why does her arm keep
8  breaking, what's going on, and he said that the Erb's
9  palsy doesn't cause the fractures, but because the
10 arm is contracted and shorter, when she comes down,
11 she comes down heavier on that side and it -- and
12 just her weight, you know, even when she was a small
13 child, was causing the fractures.
14      Q.  There's references in the records to a
15 hospitalization at Hershey in 2012.  Do you remember
16 what that was for?
17      A.  That may have been when she had the -- the
18 bowel blockage.  She had a -- an issue where they had
19 to decompress her bowel.  I think that was in 2012.
20      Q.  Has any health care provider offered any
21 opinion about whether all of these nine fractures
22 over the years has resulted in any lasting impairment
23 in Bethany's right arm?
24      A.  They did not think so because none of them

1  were through the growth plate.  That was one thing
2  that we always made sure we looked at.  She did see
3  Dr. Ingraham down at Hershey.  He was an orthopedic
4  doctor.  He treated a lot of her fractured arms.  And
5  that was one thing he always would look very
6  carefully at the x-rays and say okay, good, it's not
7  through the growth plate, so it shouldn't affect the
8  growth of her arm any further.
9       Q.  With regard to discussions with Dr. Kozin
10 about a birth injury causing Erb's palsy, did -- did
11 Dr. Kozin ever get into the dynamics of how shoulder
12 dystocia occurs with you?
13      A.  Not really.  He -- he asked me for, you
14 know, my take on what happened and -- and I think
15 that at that point he realized that I, you know, had
16 done some homework and had learned about it.  So like
17 I said, there was no teaching really at that point
18 going on.
19          The teaching with Dr. Kozin was where do we
20 go from here and, you know, how -- how do we work
21 with her therapeutically to try and get the maximum
22 benefits.
23      Q.  Okay.  There's -- there's reference in the
24 medical records, ma'am, to 2015 emergency department

Page 146

1  visit when Bethany had an Ace bandage on her right
2  wrist from an altercation with her mother.  What can
3  you tell us about that?
4      A.  That I have no recollection from
5  whatsoever.
6      Q.  Okay.  It's my understanding that Bethany
7  also has some familial connective tissue disease?
8      A.  She had genetic testing done to see if she
9  had some sort of, you know, genetic connective tissue
10  issue, and Ehlers-Danlos syndrome has -- there's --
11  there's several different types.  Some are genetic
12  and some they diagnose just through, you know,
13  symptomatology.  She did not test positive for the
14  genetic component.  So UVA Hospital system determined
15  that they feel she has Ehlers-Danlos, but not the
16  genetic type.
17      Q.  And does the Ehlers-Danlos syndrome involve
18  hypermobility of her joints?
19      A.  Yes.
20      Q.  Would that include her shoulders?
21      A.  Not in the contracted areas of her arms,
22  but, yes, they could.
23      Q.  And are there any other family members that
24  have this type of issue?

Page 147

1      A.  Not in my family.  I heard tell that
2  there's a cousin on her father's side that may have
3  been diagnosed with it, but I don't -- I can't say
4  for sure that that's a fact.
5      Q.  Did you attend any appointments with
6  Bethany when she was evaluated for Ehlers-Danlos or
7  other type of connective tissue disease?
8      A.  I did not.
9      Q.  I thought that I saw in the records that
10  you have joint hypermobility issues.  Is that true or
11  not?
12      A.  I don't.
13      Q.  Okay.  How about Nick Furjanic, her
14  brother -- her half brother?
15      A.  No.
16      Q.  Okay.  Has Bethany ever had any right
17  shoulder dislocations due to that Ehlers-Danlos joint
18  hypermobility?
19      A.  No.  Not that I'm aware of.
20      Q.  Or has she ever had a right shoulder
21  dislocation to your recollection?
22      A.  Not to my knowledge, no.
23      Q.  Has any health care provider to your
24  knowledge made any type of connection between

Page 148

1  Ehlers-Danlos syndrome and the overall condition of
2  her right arm, whether it be in terms of pain or
3  impairment?
4      A.  No, nobody has ever to my knowledge at
5  least or that Bethany has told me made any kind of
6  connection there.
7      Q.  Does Bethany use -- well, strike that.
8          Has Bethany ever utilized any type of like
9  splints on her right arm to alleviate pain or
10  symptoms?
11      A.  You mean when there was not a fracture?
12      Q.  Other than in the setting of a fracture.
13  So, in other words, with regard to the Erb's palsy,
14  has she ever worn any type of splint to address that?
15      A.  Not that I'm aware of.
16      Q.  And, again, I'm sorry if I asked this
17  question, but is Bethany currently engaging in any
18  type of home exercise program for her right arm?
19      A.  If she is, she's using the bands, which,
20  you know, she -- she gets new ones every once in a
21  while when they start getting stretched out.  So I
22  would assume she's using them.
23      Q.  When is the last time you saw her doing
24  home exercises for her right arm, actually observed

Page 149

1  her doing it?
2      A.  She would have been living with me still.
3  So probably 2019 or 2020.
4      Q.  And does she ever talk to you about, you
5  know, hey, mom, I'm doing this or that exercise or --
6  I mean, what information do you have actually about
7  whether she's doing it or not is my question.
8      A.  She did say recently that she had some pain
9  from working out, but I don't know if it was working
10  out at a gym or if it was working out, you know, at
11  home with the -- the bands.
12      Q.  Now, without getting into a lot of detail,
13  I guess Bethany has had some mental health issues
14  over the years?
15      A.  Yes.
16      Q.  Has she been diagnosed as autistic?
17      A.  No.
18      Q.  ADHD?
19      A.  Yes.
20      Q.  Okay.  There's been some self-harm episodes
21  where she's punched doors and walls, do you remember
22  that?
23      A.  I do not.  I do know that -- that she's,
24  you know, thrown things, but I've never -- when I was

1   told of that, I -- I believe that must have been in a
2   facility and it would have been, you know, part of,
3   you know, something between her and her therapist and
4   it was never shared with me.
5       Q.   Okay.  I was -- my next question was do you
6   have any awareness as to whether Bethany injured her
7   right arm in any way from doing that type of thing?
8       A.   No.
9       Q.   Okay.  I guess beyond ADHD, there's
10  anxiety, depression, bipolar issues?
11      A.   She's had several admissions to different
12  hospitals and it -- it appears to me that each
13  hospital has their own diagnoses for her.  There's a
14  lot, but I think most of them are probably based on
15  misinformation or lack of information.
16      Q.   With regard to Bethany's current condition,
17  is she able to fully straighten her right arm?
18      A.   No.
19      Q.   And that's where you're describing this I
20  think you said 10 to 15 degree contracture?  And I
21  don't want to put words in your mouth, that's what I
22  recall you saying.
23      A.   Yeah, you're correct.
24      Q.   Okay.

1       A.   That's what Dr. Kozin said, it was a 10 to
2   15 degree contracture.
3       Q.   Can she fully turn her arm to have her palm
4   face upwards?
5       A.   No.
6       Q.   And, again, what -- what is her limitation
7   there to your observation?
8       A.   She can probably go three-quarters of the
9   way over (indicating), but she's never been able
10  to -- to fully, you know, have her palm up.
11      Q.   Is she able to raise her right arm above
12  her head fully?
13      A.   Yes, but not straighten it.
14      Q.   Okay.  Understood.  How about reach her
15  right arm behind her back?
16      A.   No.
17      Q.   Not at all or just with some limitation?
18      A.   I would imagine if she can, it's probably
19  very low, like, you know, lower back.
20      Q.   Growing up, was Bethany able to do things
21  that other kids were doing, like catch a ball, ride a
22  bike, recreational-type act -- activities that
23  children do?
24      A.   Yes and no.

1       Q.   Can you tell us about that?
2       A.   We enrolled her in some sports.  She took a
3   liking to gymnastics, but once we got beyond
4   tumbling, I felt it would be too challenging for her
5   to try and use the bars and I didn't want her to
6   injure herself.  So we withdrew her from that.  She
7   played soccer from the time she was very young,
8   but --
9       Q.   She was a goalie in soccer?
10      A.   She was a goalie because she had no -- she
11  has no arm swing on her right side, so she can't
12  really run.  She tends to fall when she tries to run.
13      Q.   Was her position in soccer always goalie?
14      A.   Yeah.
15      Q.   Did she play soccer competitively?
16      A.   No.  No, it was just, you know, the local
17  league.
18      Q.   So anyway, we got talking about sports, but
19  was she able to ride a bicycle as a child?
20      A.   She was able to ride a bicycle as a child,
21  but she had to have one with handlebars that came out
22  toward her body.  She couldn't -- you know, if they
23  were further up, she -- she wouldn't be able to reach
24  it with her right arm without contorting herself.

1       Q.   How about playing catch with a ball, would
2   she be able to utilize her right arm to -- to do
3   that?
4       A.   I think she would more hug the ball to her
5   body rather than catching it with her right arm or
6   even just her left.
7       Q.   How about throwing with the right arm?
8       A.   She's never been able to throw with her
9   right arm.
10      Q.   Okay.  If -- if someone other than all of
11  us sitting here in this room knowing she has an Erb's
12  palsy saw Bethany, is it apparent?  Can you notice
13  something different in her right arm versus her left
14  arm to your observation?
15      A.   Not unless she's doing something that would
16  bring it to the fore, like trying to lift her arms
17  over her head or trying to do a pushup or pull-up or
18  something like that.
19      Q.   Okay.
20      A.   Just to see her standing, walking, no, it's
21  not evident.
22      Q.   And Bethany is right-handed; correct?
23      A.   No, she's left-handed.
24      Q.   She's left-handed.  Okay.  Sorry.  And was

Page 154

1  she born left-handed or did she develop left-handed
2  necessary --
3      A.  Yeah.
4      Q.  -- due to the limitations in her right arm?
5      A.  There's a great deal of left-handedness in
6  my family.
7      Q.  Okay.
8      A.  My mother is left-handed, my son is
9  left-handed.
10     Q.  So I would assume she has no difficulty
11 writing with a pen or pencil because she's
12 left-handed?
13     A.  Other than the fact that her writing is
14 atrocious, no.
15     Q.  Did you see this?
16     MR. MACKNIGHT:  I was going to say what
17 kid's used to a pencil anymore.
18 BY MR. MONGIELLO:
19     Q.  Can she text?
20     A.  Oh, yeah.
21     Q.  Using her right arm?
22     A.  Well, she texts with both thumbs, so I
23 guess, yeah.
24     Q.  Okay.  And Bethany's left arm has no

Page 155

1  physical impairments or neurological impairments;
2  correct?
3      A.  No, it does not.
4      Q.  I saw somewhere that she suffers from
5  chronic back playing from -- back pain from playing
6  soccer?
7      A.  She developed at a very young age and had
8  very large breasts, and it was determined that a lot
9  of her back pain was probably coming from her large
10 breasts.  So she had a breast reduction at age 17 --
11 16 or 17.
12     Q.  And did that resolve her back pain?
13     A.  To an extent, but as I said, she was
14 complaining the other day about some pain and she was
15 saying she feels like it's under her shoulder blade
16 and I suggested she talk to Dr. Kozin because he said
17 that he would be available for her in the future,
18 so...
19     Q.  Under her right shoulder blade?
20     A.  Under her right shoulder blade.
21     Q.  When -- when did -- when did you have that
22 discussion with Bethany?
23     A.  Less than a week ago.
24     Q.  Is Bethany able to engage in activities of

Page 156

1  daily living without issue, like, you know, tie her
2  shoes with both hands, brush her teeth, comb her
3  hair, all that stuff?  Is there any issue with any of
4  that due to the right arm?
5      A.  No.  Wash her back maybe.
6      Q.  That might be a limitation?
7      A.  That would be a limitation, she wouldn't be
8  able to reach it, but with her left arm she could.
9      Q.  So eating, zippers, buttons, all that stuff
10 is okay?
11     A.  All good.
12     Q.  Does Bethany have any balance issues?
13     A.  When she's moving at a high rate of speed,
14 yes.  When she's running, yes.
15     Q.  Okay.  And has any health care provider
16 ever explained to you why that would be?
17     A.  Dr. Kozin explained because she doesn't
18 have the arm swing on the right arm, so it throws her
19 whole posture off when she's running.
20     Q.  The movement in Bethany's hand and fingers
21 is okay?
22     A.  Uh-huh.
23     Q.  She can grasp things appropriately?
24     A.  Yes.

Page 157

1      Q.  Have you ever seen Bethany climb something,
2  a tree, a playground, a ladder?  Is she able to do
3  that type of thing?
4      A.  Not really because that's one of those
5  where you alternate hand over hand and she's unable
6  to do that successfully, you know, bring all of her
7  weight to bear on her right arm.  So I don't think
8  she makes the attempt to do anything like that.
9      Q.  Do you have any awareness as to whether
10 Bethany takes any kind of pain medication, either
11 prescription or over the counter, related in
12 particular to her right arm?
13     A.  I don't think that she does take much of
14 anything because she -- definitely nothing
15 prescription.
16     Q.  Bethany is a senior at George Mason
17 University this year?
18     A.  Yes.
19     Q.  And she's expected to graduate?
20     A.  I hope so.
21     Q.  Okay.  What -- what are her career
22 aspirations?
23     A.  Public health and psychology.  She's trying
24 to tie into a public health career with respect to

40 (Pages 154 - 157)

Page 158

1  the psychology of -- of populations rather than
2  individuals.
3      Q.  How is she doing in school?  How are her
4  grades if you know?
5      A.  They've been up and down and up and down.
6  I think they're pretty good at the moment.
7  Unfortunately, her college career began at the same
8  time COVID restrictions.  So there was a lot of
9  issues with that.
10     Q.  Bethany has an issue with hypersomnolence
11 where she's excessively sleepy at times; are you
12 aware of that?
13     A.  Yes.
14     Q.  Is that inhibiting her ability to function
15 in daily life?
16     A.  Probably.
17     Q.  Has --
18     A.  Yeah.  Yes, it has actually.  Yes.
19     Q.  Do you have any information as to the
20 suspected or diagnosed cause of that condition?
21     A.  At this point, they're saying it's
22 idiopathic.  So, no, nobody knows at this point.
23     Q.  Okay.  Would I be correct that Bethany
24 actually had to withdraw from college for a period of

Page 159

1  time due to that condition?
2      A.  Yes.
3      Q.  There was some information provided to us
4  in discovery that included identification of some
5  health care providers that have cared for Bethany.
6  We talked about Dr. Lee Segal.  Mark Baker was her
7  pediatrician; correct?
8      A.  Yes.
9      Q.  Liz Kelly was?
10     A.  Physical and occupational therapy through
11 early intervention.
12     Q.  John Ingraham, M.D. in Hershey?
13     A.  That's the orthopedic doctor that's treated
14 a good portion of her broken arms.
15     Q.  Okay.  And then Jessica Sallwasser in
16 Fishersville, Virginia?
17     A.  That was a psychologist that she had seen
18 or a therapist.  I'm not sure if she was actually a
19 psychologist.  Somebody that she had seen for therapy
20 at some point some time ago.  Oh, no, wait.  I'm so
21 sorry.  Strike that.  Dr. Sallwasser was her
22 pediatrician briefly because she aged out shortly
23 after that.
24     Q.  I understand.  So she was still in the

Page 160

1  pediatric treatment range when she moved to Virginia?
2      A.  Yes.
3      Q.  Okay.
4      A.  But not for long.
5      Q.  Okay.  Dr. Beverly Ndlovu, whose husband
6  whose name is -- is known as Hank Ndlovu, he was
7  originally sued in this lawsuit.  And do you have any
8  information as to why he was included?
9      A.  I don't.
10     Q.  Okay.
11     A.  Is his name Hanford?
12     Q.  It is, but he goes by Hank.
13     A.  Okay.
14     Q.  Does that change your answer?
15     A.  No, I've never met him.
16     Q.  Okay.
17     A.  I -- I don't know anything about him really
18 other than his name.
19     Q.  I guess Bethany was considered special
20 education growing up due to emotional disturbances;
21 is that accurate?
22     A.  When she was in tenth grade, she had an IEP
23 put in place.
24     Q.  Okay.  And that was due to emotional

Page 161

1  behavioral type concerns?
2      A.  Yes.
3      Q.  Okay.  I assume the IEP had nothing to do
4  with the condition of her right arm; is that
5  accurate?
6      A.  Nothing to do with it, no.
7      Q.  Bethany is able to type appropriately on a
8  keyboard with both hands?
9      A.  If it's a low keyboard.  She wouldn't be
10 able to type if she had to extend her right arm, but,
11 yeah, I would imagine when she keyboards, she brings
12 the keyboard in closer to her.
13     Q.  Bethany has been a swim instructor at Big
14 Blue Swim School in Virginia?
15     A.  Uh-huh.
16         MR. MACKNIGHT:  Yes?  You have to say yes.
17         THE WITNESS:  Yes.
18 BY MR. MONGIELLO:
19     Q.  Is that a yes?
20     A.  Yes, it was.
21     Q.  And have you observed her swimming over the
22 years?
23     A.  Yes, I have.
24     Q.  And is she able to do swim strokes with

41 (Pages 158 - 161)

1 both the left and right arm equally?
2    A. No. She can't do any overhand strokes with
3 her right arm. Although she can do the underwater, I
4 don't know, the crawl whatever underwater swimming
5 somewhat with her right arm, but she doesn't have the
6 ability to bring her right arm up and over her
7 shoulder and rotate it to -- to do any kind above the
8 water type.
9    Q. Has she been able to successfully
10 accommodate and swim? Obviously she's a swim
11 instructor.
12    A. She's teaching infants, small children. So
13 it was basically singing songs and dunking babies in
14 the water.
15    Q. Okay. She also worked as a shift manager
16 at Jolly Yolly Kids, which is an indoor play park?
17    A. Uh-huh.
18    Q. What do you know about her position there?
19    A. She was in charge of parties. So people
20 would schedule a birthday party there, she was in
21 charge of getting the room ready and make sure the
22 cake came out on time, making sure, you know, those
23 type of things.
24    Q. Were there any physical aspects to that

1 employment to your understanding?
2    A. Not to my knowledge. I've never been in
3 the workplace. That's -- that's where she's at
4 college, but, no, I don't believe there's any
5 physical demands.
6    Q. Currently Bethany is working as a
7 restaurant server at Outback Steakhouse?
8    A. No, she just quit.
9    Q. Okay. So is she employed at all at this
10 time?
11    A. She just had a couple of interviews, so I'm
12 not sure. She just told me yesterday that she quit,
13 so...
14    Q. Okay. Did she say why she quit Outback?
15    A. I think it was a personnel issue.
16    Q. Okay. Bethany has played basketball as a
17 child?
18    A. No.
19    Q. Okay. She was a drummer or a percussionist
20 in a drum corps somewhere?
21    A. She was. She played a bass drum in -- in
22 her high school.
23    Q. Okay. Did she also do that at George Mason
24 University in the marching band?

1    A. No.
2    Q. Okay. How many years did she play the bass
3 drum in high school?
4    A. One.
5    Q. One. And would she use two arms to play
6 the bass drum? I assume it's one of these marching
7 band items that are held over the shoulders to use
8 two arms to play?
9    A. Yes, and that's why she had to quit because
10 it was too much pain on her shoulders.
11    Q. Okay.
12    A. Oh, and the -- the -- woman that was in
13 charge of the band I guess made a comment that
14 Bethany was hitting twice with her left arm for every
15 once that she hit with her right arm, and although
16 she was keeping the beat, that wasn't acceptable,
17 so...
18    Q. It wasn't the proper form?
19    A. It wasn't proper form evidently.
20    Q. Gym -- you mentioned gymnastics. How many
21 years did she participate in gymnastics?
22    A. Oh, that was preschool.
23    Q. Okay.
24    A. After age three or four, we -- like I said,

1 we didn't enroll her any further because there was
2 bars and rings involved.
3    Q. I saw somewhere that Bethany has
4 participated in track and field, and that her
5 favorite event was shot put?
6    A. Yeah, and that was again one -- one track
7 and field season and she wasn't able to do it very
8 well. It was -- but she could only throw it with
9 her -- with her left arm.
10    Q. That was my next question.
11    A. Yeah.
12    Q. What -- what year was that in the course of
13 her school years?
14    A. That was I want to say eleventh grade, it
15 might have been tenth, but it wasn't her senior year.
16    Q. Has Bethany participated in any sport
17 competitively?
18    A. No.
19    Q. Okay. Has she been awarded in any sport
20 that she has participated in, including soccer?
21    A. Participation awards.
22    Q. Bethany participated in the youth symphony
23 orchestra?
24    A. Yes.

42 (Pages 162 - 165)

Page 166

1    Q.  What -- what instrument did she play?
2    A.  The viola.
3    Q.  And was she able to play the viola without
4  any issue?
5    A.  No, because to keep her neck turned and to
6  hold it with her chin on her right side was difficult
7  for her.  She was getting pains in her neck, so she
8  stopped.
9    Q.  How -- what year or years did Bethany
10  participate in the orchestra?
11    A.  I believe she started in fifth grade.
12    Q.  And how long did that last?
13    A.  And participated through ninth, but once we
14  moved to Virginia, there was no orchestra.  Plus, I
15  don't think she wanted to follow it any further.
16  Like I said, it was causing her some pain.
17    Q.  Do you have any information as to why this
18  lawsuit was not filed until August of 2021
19  considering that Bethany was born in August of 2001?
20    A.  I did not want to file a lawsuit myself.  I
21  figured it's her arm, it's her choice.
22    Q.  Okay.
23    A.  And I was aware that she had two years
24  after she turned 18 to file it herself.  So, you

Page 167

1  know, I -- made her aware of that, if you want to,
2  this is an option for you.  I chose not to and so I
3  let it up to her.
4    Q.  How did you learn of the two-year period
5  for her to file a lawsuit after she turned 18?
6  Where -- where did you get that information?
7    A.  It was either through her physical
8  therapist, Liz Kelly, or Liz Kelly had introduced me
9  to another woman in my neighborhood with a child that
10  had Erb's palsy.  She said, you know, her child is a
11  little younger than yours.  If you guys get together,
12  maybe it will help her, you know, maybe she'll use
13  that Bethany can -- can do some things, maybe that
14  will help her, and I actually think that she's the
15  one that told me that.
16    Q.  Okay.  And that -- it was your neighbor?
17    A.  Yeah.
18    Q.  And had that neighbor filed a lawsuit over
19  an Erb's palsy?
20    A.  I don't believe because I believe her
21  daughter recovered completely.
22    Q.  Do you -- can you tell us when Bethany
23  first considered filing a lawsuit?
24    A.  I don't know.  I just let her know, you

Page 168

1  know, close to her eighteenth birthday that it was an
2  option if she wanted to do so.  And I know that she
3  was, you know, well, I'm the one that's had to
4  suffer, so, yeah.
5    Q.  Has Bethany received any federal or state
6  benefit over the years due to the condition of her
7  right arm?
8    A.  Yeah, she received medical assistance.
9  That's it.  We've never filed for disability for her
10  or anything like that.  So, yeah, just the medical
11  assistance to take care of the medical issues.
12    Q.  Are you aware of any photographs or
13  videotapes that would relate in any way to what we're
14  here talking about today in terms of this lawsuit,
15  whether it was Bethany's labor and delivery, and I
16  know that's a strange question, but I've actually had
17  that come up before, her -- her abilities growing up?
18  Is there anything that you can think of that you have
19  in your possession that would be helpful to us
20  evaluating this -- this lawsuit?
21    A.  I do have baby pictures of her that, you
22  know, where her arm is obviously in the waiter's tip
23  position or I can think of one offhand where she's
24  waving her left arm in the air and her right arm is

Page 169

1  down by her side.  There was no photography allowed
2  in labor and delivery, which I wouldn't have allowed
3  it anyway.  So --
4    Q.  We're on the same page there.
5    A.  It's just not right.  Other than that, I --
6  anything Bethany might have taken of her own, I don't
7  know.
8    Q.  And, yeah, to the extent you have
9  photographs depicting her left and right arm in
10  comparison and you could provide them to counsel,
11  that would be helpful.
12    A.  Okay.
13    Q.  How about like calendars, logs, diaries,
14  journals?  Some people, you know, write everything
15  down in a diary or book or on a calendar.  Anything
16  that you would have written way back in 2001 that you
17  would still have?
18    A.  Not that I would still have.  I'm not that
19  organized, but what I would have had I would have
20  thrown away by now.
21    Q.  Is Bethany -- Bethany currently in a
22  relationship?
23    A.  Yes.
24    Q.  She has a boyfriend?

43 (Pages 166 - 169)

1    A.  Yes.
2    Q.  What's his name?
3    A.  Benjamin.
4    Q.  Benjamin?
5    A.  Uh-huh.
6    Q.  Do they reside together?
7    A.  No.
8    Q.  How long have they been
9  boyfriend/girlfriend?
10    A.  Two years.
11    Q.  Okay.
12    A.  And if not quite two years, close to two
13  years.
14        MR. MONGIELLO:  Okay.  At this point, I'm
15  going to pass you on to these other attorneys.  They
16  probably have questions.  I want to look over my
17  notes and then I can ask you any stragglers when
18  they're done.
19        THE WITNESS:  Okay.
20        MR. MONGIELLO:  But thank you.
21            - - -
22        EXAMINATION
23            - - -
24  BY MR. JAYMAN:

1    Q.  Since I'm sitting next to Mike, I guess
2  I'll go next.  My name is Aaron Jayman.  I represent
3  UPMC Pinnacle Hospitals in the case, and Mike was
4  very thorough and I'm not going to duplicate --
5  duplicate some of his questions I hope.
6        But in answers to interrogatories that
7  Bethany provided to us in August of 2022, she went
8  through her work history with us.  She mentioned that
9  she worked at Dairy Queen for approximately two
10  years.  Do you know what two years that was?
11    A.  That would have been, oh, let's see, 2017
12  and 2018 probably.
13    Q.  And for those two years when she was
14  working at Dairy Queen in 2017 and 2018, what was --
15  what was she doing at Dairy Queen, what was her job?
16    A.  In the beginning, she was primarily
17  drive-through with the headset and then she was
18  promoted to assistant shift manager.
19    Q.  Okay.
20    A.  So she was basically overseeing that the
21  other staff were doing what they were supposed to be
22  doing.
23    Q.  So during her -- her two years that she was
24  there, was she actually making the desserts, you

1  know, pouring the ice cream, doing those types of
2  things as well?
3    A.  Yeah.  If it was going through the
4  drive-through, probably.
5    Q.  Bethany also indicated that she worked
6  Clocktower for a -- at Clocktower for approximately
7  three months.  What's that?
8    A.  It's a restaurant where they serve mostly
9  sandwiches.
10    Q.  Where is that located at?
11    A.  Staunton, Virginia.
12    Q.  And she was a food server?
13    A.  Uh-huh.
14    Q.  Yes?
15    A.  Yes.
16    Q.  Do you agree that's a pretty physically
17  demanding job?
18    A.  Well, she worked there over the lunch
19  shift --
20    Q.  Okay.
21    A.  -- because her school had a -- a program
22  where you could leave and go to your job and so she
23  did that because she had completed most, if not all,
24  of her credits to graduate.  So she was doing the

1  lunch shift and I think she just worked the counter
2  mostly.
3    Q.  Okay.  She -- Mike touched on this a little
4  bit with you.  She worked at Outback Steakhouse up
5  until recently as a food server?
6    A.  Yes.
7    Q.  So was she actually -- when I think of a
8  food server, she's taking out the food on a -- on a
9  serving table and providing; is that what she did
10  there?
11    A.  The reason that she chose Outback to work
12  at as a food server is because they have food server
13  assistants that carry the food out to the tables.
14    Q.  Okay.  Do you know what period of time she
15  worked at Outback?
16    A.  The last three or four months.
17    Q.  Okay.  What work did she do for George
18  Mason University for approximately six months, do you
19  know?
20    A.  I don't recall her doing any work for
21  George Mason University.
22    Q.  Okay.  How about what did she do when she
23  was employed for UP -- at UPS?
24    A.  She was picking orders.

44 (Pages 170 - 173)

1    Q.  What do you mean picking orders?
2    A.  It was in a UPS warehouse and she would
3  get, you know, a computer printout of, you know, this
4  is what we need for this order and she would go
5  around in the warehouse and get things off of shelves
6  and get orders together.
7    Q.  Did any physician or do you know if Bethany
8  ever had any weight restrictions advise -- advising
9  her what she should and should not lift?
10    A.  I know she did have a weight restriction,
11  but I could not tell you what it is.
12    Q.  And was that a number of years ago as
13  opposed to more current?
14    A.  That would have been her first semester at
15  college, so it would have been I'm -- I'm going to
16  say fall of 2020.
17    Q.  And do you know what physician would have
18  told her what the weight restriction was?
19    A.  No, I'm sorry, I don't.
20    Q.  Okay.  Do you know if Bethany has ever
21  undergone any vocational evaluations?
22    A.  I'm sorry, can you clarify that?
23    Q.  Do you know what a vocational evaluation
24  is?

1    A.  Not really.
2    Q.  An evaluation where you'll -- you sit down
3  with someone, he goes over your physical, cognitive,
4  all -- all types of questions, issues, work history
5  to see what -- what jobs you may be suited for in the
6  future given whatever limitations you may or may not
7  have --
8    A.  Oh, so --
9    Q.  -- anything like that?
10    A.  -- so exactly like it sounds.  No, I don't
11  believe she's ever had anything like that.  If she
12  did, she didn't mention it to me.
13    Q.  Do you know if she's ever undergone any
14  neuropsychological evaluations?
15    A.  Not to the best of my knowledge.
16    Q.  Bethany belong to a sorority at George
17  Mason?
18    A.  Yes.
19    Q.  What's the name of the sorority?
20    A.  Kappa Delta.
21    Q.  Is that -- what type of sorority, is it an
22  honor type of sorority or a sisterhood type sorority?
23    A.  It's a sisterhood sorority.
24    Q.  Is Benjamin's last name Reeves?

1    A.  Yes.
2    Q.  Does he go to college with Bethany?
3    A.  Yes.
4    Q.  Does Bethany still work as a nanny or do
5  you know has she ever worked as a nanny?
6    A.  She applied for a nanny position, but for
7  whatever reason either didn't get it or didn't take
8  it.  So, no, she's never actually worked as a nanny.
9    Q.  Okay.  It looks like you were interested in
10  having Bethany try out or audition for the Frozen
11  Broadway musical when she was 12.  Do you remember
12  that?
13    A.  It wouldn't have been Broadway.  It would
14  have been probably, excuse me, through the school --
15    Q.  Okay.
16    A.  -- or -- or community.
17    Q.  Okay.  Did she audition for -- for Frozen
18  in any capacity over the years -- strike that -- when
19  she was younger, around 12 or so?
20    A.  No, I don't think she had any interest in
21  it.  I think that was more something I was
22  encouraging her to do.
23    Q.  Okay.  I saw in the record that Bethany may
24  use marijuana.  Does she use recreational or medical

1  marijuana, do you know?
2    A.  She doesn't have a medical card, so I -- I
3  guess you would consider that recreational.
4    Q.  Do you know how often she uses it a week?
5    A.  No, I don't.
6    Q.  Do you know if she uses it for pain?
7    A.  Hmm, I don't know.
8    Q.  Okay.
9    A.  She generally doesn't discuss it with me.
10    Q.  You wouldn't know what pharmacy or
11  pharmacies Bethany uses currently for her
12  medications?
13    A.  Up until very recently, it was CVS in
14  Churchville, but she's been getting her own -- I --
15  because I was paying for her prescriptions and
16  getting them to her, but she's recently switched it
17  to something in northern Virginia where she goes to
18  school, so I don't know.
19    Q.  Did you participate in any brachial plexus
20  group chats or online groups that discuss these types
21  of injuries and how they occur?
22    A.  No.
23    Q.  No?
24    MR. JAYMAN:  Thank you, ma'am.  That's all

45 (Pages 174 - 177)

Page 178

1  the questions I have.
2      MR. FABEN:  Actually I'm going to pass it
3  off to counsel on the phone to see if he has any
4  questions.  I don't have anything for you right now.
5      THE WITNESS:  Okay.
6      MR. JAYMAN:  Frank, you're up.
7      MR. BRIER:  All right.  Thanks, guys.  Can
8  you hear me all right?
9      THE WITNESS:  I can.
10         - - -
11         EXAMINATION
12         - - -
13  BY MR. BRIER:
14     Q.  Ms. Furjanic, my name is Frank Brier and I
15  represent Dr. Blecher and I have another few
16  questions for you.  I'm going to try not to be
17  repetitive.  In spite of my best efforts, I probably
18  am going to be a little bit repetitive.
19         The instructions that you got at the
20  beginning of the deposition continue.  You understand
21  that; correct?
22     A.  I do.
23     Q.  I can't hear you.  Are you -- do you have
24  your mic on?

Page 179

1      A.  I'm sorry.  I said that I do understand.
2      Q.  Okay.  And do you want to take a break or
3  are you -- are you ready?  Do you just want to keep
4  going?
5      A.  Let's keep going.
6      Q.  All right.  I hear you.  So I -- I'm
7  actually located in Scranton, that's why I'm on the
8  Zoom or I'd be there with you.
9         Earlier in your deposition when you were
10  asked some questions, I was taking some notes.  So
11  I'm going to go back through those and just try to
12  fill in the gaps.  Okay?  So if you bear with me.
13     A.  Okay.
14     Q.  You said early in your deposition that
15  Bethany's grandmother did some research online in
16  2001 on Erb's palsy.  What's Bethany's grandmother's
17  name who did the research?
18     A.  Jill Lehman.
19     Q.  G-I-L?
20     A.  J-I-L-L.
21     Q.  Oh, Jill.  Okay.  And is -- is Jill Lehman
22  still alive and is she a resident of the central
23  Pennsylvania?
24     A.  Yes and yes.

Page 180

1      Q.  Okay.  Good.  You said that -- and I'm
2  sorry if this question evokes some emotion, but Gary
3  Furjanic is deceased.  That's the father of Nick
4  Furjanic; right?
5      A.  That's correct.
6      Q.  In what year did he pass away?
7      A.  1997.
8      Q.  And what was his cause of death?
9      A.  Suicide.
10     Q.  When you were talking about receiving your
11  prenatal care at the clinic on Third Street I
12  believe, you said that you were seen by some
13  residents.  Do you remember that?
14     A.  I recall saying it, but I don't recall any
15  of the residents' names.
16     Q.  All right.  Well, you -- you anticipated
17  where I was going next.  I was going to ask you if
18  you recalled any of those names from 2001.
19     A.  Yes.
20     Q.  All right.  On August 15th, you went to an
21  outpatient visit on Third Street and you recalled
22  seeing Dr. Blecher.  Do you recall saying that today?
23     A.  Yes.
24     Q.  What is it you recall about Dr. Blecher at

Page 181

1  that time?  You told us that he wanted to do an
2  ultrasound, but that the folks who did the ultrasound
3  were at lunch and then he did some motion over your
4  belly and estimated the size of the baby.  Do you
5  recall that?
6      A.  I do.
7      Q.  Did you at any point ask for the
8  ultrasound?
9      A.  Dr. Blecher stated that there was no one in
10  the building to do so and told me that he felt that
11  the baby was no more than eight pounds, so he was not
12  concerned with the size of the baby and I trusted his
13  judgment.
14     Q.  And you trusted his judgment based on his
15  putting his hands on your belly?
16     A.  Yes.  He said he was getting very good at
17  doing so.
18     Q.  All right.  Did you ask to stay until
19  lunchtime was over so you could get the ultrasound?
20     A.  I did not.
21     Q.  Did you ask for a C-section?
22     A.  I did not.
23     Q.  Was there anything else that you recall
24  about that discussion with Dr. Blecher or is that the

46 (Pages 178 - 181)

1 full extent of it?
2     A.  At that time, that's pretty much the full
3 extent of it.
4     Q.  Was anyone else in the room for this
5 discussion?
6     A.  No.
7     Q.  It was just the two of you?
8     A.  It was just the two of us.
9     Q.  Was there anyone supervising Dr. Blecher to
10 your knowledge?
11     A.  I would assume so, but not -- I -- I would
12 have no knowledge of who or whom.
13     Q.  How did you know it was Dr. Blecher?
14     A.  I learned who he was after Bethany's birth
15 and of course it was the same person, so I knew it
16 was him.
17     Q.  So if you bear with me a second, I'm just
18 going to parse that out a little bit.  When did you
19 learn who Dr. Blecher was?
20     MR. MACKNIGHT:  Blecher.
21 BY MR. BRIER:
22     Q.  You said it was after Bethany's birth,
23 when?
24     A.  I couldn't tell you exactly when.  It would

1 have been within that day or with that 24-hour time
2 frame after her birth.
3     Q.  Did he tell you who he was or did someone
4 else identify him?
5     A.  Someone else identified him or I saw his
6 name on something.  He did not identify himself to
7 me.
8     Q.  Did you get his name from medical records?
9     A.  No.
10     Q.  If you say someone else identified him, do
11 you recall who that person was who identified him?
12     A.  I don't.
13     Q.  Do you recall anything about him, whether
14 he was wearing an ID with his name on it?
15     A.  He may very well have been, but I -- I did
16 not notice it and do not recollect it.
17     Q.  Do you recall what he was wearing on that
18 August 15th visit in the clinic?
19     A.  No, I'm sorry, I don't.  I would imagine he
20 was wearing a lab coat.
21     Q.  Okay.  But neither Bruce nor I want you to
22 guess.
23     A.  Okay.
24     Q.  So if you -- if you recall what he was

1 wearing, just tell us that, if you don't, tell us
2 that.  Okay?
3     A.  I do not.
4     Q.  Now, what can you tell us about him, do
5 you -- do you remember his age?
6     A.  I know he was young.
7     Q.  Can you be more specific than that?
8     A.  I was guessing since he was a resident,
9 probably just graduated with that July 1st medical
10 class, but that's --
11     Q.  Did he tell you he was -- I'm sorry, I
12 interrupted you.  Go ahead.
13     A.  I was just going to say that's speculation
14 on my part because I don't know.  Nobody actually
15 told me that.  That's just something I -- I surmised.
16     Q.  All right.  And do you base that surmising
17 on your memory of him from that day?
18     A.  I base it on the fact that he was a
19 resident and he appeared to be a very young man.
20     Q.  Did he tell you he was a resident?
21     A.  Either he did or the nurse did.  I -- I
22 don't recall who told me, but I was aware that he was
23 a resident.
24     Q.  Did he tell you what year of his residency

1 he was in?
2     A.  He did not.
3     Q.  Did he tell you what type of residency he
4 was in?
5     A.  He did not.
6     Q.  Do you recall if he had glasses?
7     A.  I believe he did have glasses.
8     Q.  Did he have any facial hair?
9     A.  No.
10     Q.  Was he heavyset or was he thin?
11     A.  He was short and a little heavyset, but not
12 excessively so.
13     Q.  When you said -- when you say he was short,
14 what do you base that on?  Is that based on your
15 memory or this comment he made about having short
16 fingers?
17     A.  Both, but I'm -- I'm a tall woman and I
18 know that when I stood near him that he was
19 significantly shorter than me.
20     Q.  Have -- have you ever seen him since
21 Bethany was delivered?
22     A.  I saw him when he came and -- and -- to my
23 room like two days after she was born.  He was doing
24 his rotation through --

47 (Pages 182 - 185)

Page 186

1    Q.  Okay.
2    A.  -- that morning rotation.
3    Q.  Okay.  And we'll get to that for a
4    second -- or in a second.  With the exception of the
5    time that you saw him in the clinic, at the time that
6    you saw him when you recall he was at the delivery,
7    and when you recall two days later when he came in on
8    a rotation, have you ever seen him again?
9    A.  No.
10   Q.  Are you aware of where he works now?
11   A.  Bethany said she thinks he works in a --
12       MR. MACKNIGHT:  He asked if you knew.
13       THE WITNESS:  Oh.  No, I do not.
14   BY MR. BRIER:
15   Q.  All right.  What did Bethany say he works
16   where?
17       MR. MACKNIGHT:  I knew that was coming
18   next, but go ahead.
19       THE WITNESS:  I believe she told me she saw
20   that he works as a primary care doctor in northern
21   Virginia.
22   BY MR. BRIER:
23   Q.  Have you ever looked him up on social
24   media?

Page 187

1    A.  I have not, no.
2    Q.  And do you know if Bethany ever looked him
3    up on social media?
4    A.  I do not know if she has or not.
5    Q.  You said your understanding was that your
6    due date was August 13.  Do you know if that was
7    based on your last menstrual -- menstrual period or
8    on ultrasound measurements?
9    A.  I believe both, but it --
10   Q.  And --
11   A.  I'm sorry, go ahead.
12   Q.  That's all right.  It's going to keep
13   happening because we're at -- this remote --
14   A.  Yeah.
15   Q.  -- is a little bit -- is a little bit
16   clumsy, but when you say you believed it was based on
17   both, is that from your recollection or because you
18   saw records of prenatal care?
19   A.  That's based on my recollections.
20   Q.  You testified earlier today in your
21   deposition that the plan was after the 15th that you
22   would be induced on the following Monday; right?
23   A.  That's correct.
24   Q.  But you had rupture of membranes in between

Page 188

1    and you ended up presenting to the hospital on August
2    16th; right?
3    A.  That's correct as well.
4    Q.  Now, when you were planning an induction,
5    who was going to deliver that baby with the planned
6    induction?
7    A.  I don't know.  I was never told.  I would
8    imagine some -- someone from that practice.
9    Q.  So there was never any specific discussion
10   to your recollection about when the induction's
11   planned who would do the delivery?
12   A.  No.
13   Q.  And when you showed up in active labor
14   after the rupture of membranes, did you present to
15   the hospital and tell them who your OB/GYN was or did
16   you just tell them the name of the practice?
17   A.  I told them the name of the practice.
18   Q.  Did you ask for any specific doctor when
19   you presented to the hospital?
20   A.  I did not.
21   Q.  When you delivered Bethany in 2001, who was
22   your primary care physician?
23   A.  My primary care physician?
24   Q.  Yes.

Page 189

1    A.  Dr. Fredrick.
2    Q.  What's Dr. Fredrick's first name?
3    A.  Norman Benjamin Fredrick at Fishburn Road
4    practice at Hershey.
5    Q.  Just looking at my notes.  I'm skipping
6    ahead, so try to save some time here.
7    A.  Okay.
8    Q.  You said you had a discussion regarding
9    maternal weight gain and your nutrition during your
10   prenatal treatment and that was you believe with a
11   certified nurse practitioner?
12   A.  I believe so.
13   Q.  Do you recall that certified nurse
14   practitioner's name?
15   A.  I do not.
16   Q.  Is it a male or female?
17   A.  Female.
18   Q.  And that person never explained to you any
19   of the issues regarding gestational diabetes or
20   possible -- possible complications of maternal weight
21   gain?
22   A.  We did discuss that, but at that point, my
23   glucose test was fine, so gestational diabetes was
24   not an issue, and we attributed the weight gain to

48 (Pages 186 - 189)

1  probably my drinking an excessive amount of fruit
2  juices.
3      Q.  Is Bethany's birth father, Lon Ditzler,
4  aware of this lawsuit?
5      A.  Yes, I believe.
6      Q.  And he's still in the Hershey/Harrisburg
7  area?
8      A.  He lives in Lebanon County.
9      Q.  When you were talking about -- and I
10 believe Michael asked you a question about picking up
11 medical records at Harrisburg Hospital, you said I
12 just picked them up from the medical records office
13 and put them in the -- a file.
14         What medical records office or offices did
15 you go to?
16     A.  It would have been in Harrisburg Hospital
17 building.  Honestly I don't recall.
18     Q.  Did you go to more than one location to
19 pick up records?
20     A.  I did not.
21     Q.  You said you turned those records over to
22 Bethany Ditzler's counsel.  I'm assuming you mean her
23 current counsel; correct?
24     A.  Correct.

1      Q.  Have you ever given them to anyone else?
2      A.  No.
3      Q.  Did you ever give them to her birth father
4  or your sister, Joy?
5      A.  No.
6      Q.  Did you ever give a copy to Bethany?
7      A.  I never gave a copy to Bethany.  I might
8  have discussed them with her or -- or maybe shown her
9  something, but I never gave her anything, no.
10     Q.  As you sit here today, do you have any
11 recollection whether the records you picked up
12 included labor and delivery records?
13     A.  I do not have any recollection.
14     Q.  Did you go through them when you got them
15 to see what was there?
16     A.  I did not.
17     Q.  You mentioned you had a baby book.  You
18 still have the baby book?
19     A.  I do.
20     Q.  Is it spiral bound or is it -- how is it
21 bound or is it a binder -- how do you describe the
22 baby book?
23     A.  It's an actual published book with a --
24     Q.  Is it like a scrapbook?

1      A.  No.  It's -- it's an actual book that has
2  pages that you can write in.
3      Q.  Are the pages numbered?
4      A.  I would assume so.
5      Q.  We don't want you to assume.  If you recall
6  if the pages are numbered, just tell us that.
7      A.  I don't recall if they're numbered or not.
8      Q.  And this baby book would include your
9  handwriting regarding events that you recall from the
10 delivery of Bethany; right?
11     A.  Yes.
12     Q.  And you documented in there some names of
13 the folks who were present; right?
14     A.  Yes.
15     Q.  Do you recall if there's any documentation
16 in there regarding Dr. Lee Blecher?
17     A.  Yes, his name would be in there.
18     Q.  Have you ever given a copy of it to anyone
19 or do you just have the original?
20     A.  I just have the original.
21     Q.  You said you had an epidural.  Do you
22 recall the anesthesiologist's name?
23     A.  I -- I'm not certain.  I believe his name
24 was something like Sandy, Sanford --

1      Q.  A male named Sandy?
2      A.  It was -- it was a male, yes.
3      Q.  Do you know if it was a doctor or a
4  certified nurse anesthetist?
5      A.  I believe it was a doctor.
6      Q.  Do you remember a last name?
7      A.  I do not.
8      Q.  And this next question is just because I
9  didn't hear your answer correctly or I didn't hear it
10 completely.  You said when the baby would -- when
11 Bethany was born at 0621 hours, the nurse said you
12 have a blank baby.  I missed the word before baby.
13     A.  Dawn, D-A-W-N.
14     Q.  A dawn baby.  Oh, all right.  That makes
15 sense.  Okay.  I was trying to fill that word in and
16 I -- I was following my own advice of not guessing.
17     A.  Well, that's probably good advice then.
18     Q.  You mentioned a scalp electrode.  You said
19 it was placed per hospital policy.  Do you recall who
20 said that?
21     A.  No, and I don't know for certain that it is
22 hospital policy.  I just was operating under that
23 assumption at that point.  I had some concerns about
24 the scalp electrode because of baby's fontanel.  I

1  was just very concerned and they assured me that it
2  would not go into her brain or anything through the
3  fontanel.
4      Q.  So during this period, if I understand
5  correctly, Bethany is hung up, the head is delivered,
6  but the baby is hung up in the birth canal; is that
7  fair?
8      A.  Yes.
9      Q.  And when the baby was hung up in the birth
10  canal, was Dr. Blecher involved in trying to deliver
11  the baby at that point?
12      A.  Yes.  He -- he actually was pulling on her
13  to try and -- and exacerbate the delivery I would
14  assume and at one point I could actually --
15  definitely at one point and possibly more, I could
16  feel the -- the frame of the bed that he was bracing
17  himself to pull her.
18      Q.  Did you actually see him pull?
19      A.  Yes.
20      Q.  And -- and was this -- at what point?  They
21  had taken the mirror away and you said your stomach
22  obscured your view of him at one point.  So how was
23  it that you saw Dr. Blecher pulling or did you just
24  feel him pulling?

1      A.  I couldn't see his hands or my baby's head,
2  but I could see his body bowed backwards and I could
3  feel it in the frame of the bed.
4      Q.  Did he use any instruments, like a vacuum
5  or a forceps?
6      A.  No.
7      Q.  Did you see the complaint before it was
8  filed?
9      A.  I'm sorry, can you -- can you repeat that
10  or -- or qualify that?
11      Q.  Sure.  Sure.  No, fair enough.  This
12  lawsuit was started with what's called a complaint
13  and I was just asking if you had seen a copy of it
14  before it was filed.
15      A.  No.  I'm not even certain when it was
16  filed.
17      Q.  You didn't review it or edit it before it
18  was filed?
19      A.  Anything from the -- from Bethany's counsel
20  you mean?
21      Q.  Yes.
22      A.  No.
23      Q.  So the information that's contained in the
24  complaint, that didn't come from you directly?

1      A.  It may have over, you know,
2  attorney-client --
3          MR. MACKNIGHT:  Wait, wait, wait.  You got
4  to listen to his question.  He said did any of the
5  information in the complaint come from you directly.
6  Did you tell us anything that we put in the
7  complaint, that's what he's asking you.
8          THE WITNESS:  I've never seen the
9  complaint, so perhaps.
10  BY MR. BRIER:
11      Q.  All right.  That -- that answers it.  You
12  said that Dr. Beverly Ndlovu -- Ndlovu came in and
13  said that Dr. Beverly Ndlovu -- Ndlovu came in and
14      A.  Correct.
15      Q.  And it was when she used the scissors that
16  Bethany was delivered; right?
17      A.  That's correct.
18      Q.  Where was Dr. Blecher when Dr. Beverly used
19  the scissors?
20      A.  I honestly couldn't tell you.
21      Q.  Was there a point at which they switched
22  positions?
23      A.  I would assume so since she's the one that
24  actually physically delivered Bethany.

1      Q.  Do you recall -- strike that.
2          Do you know if Dr. Blecher was in the room
3  when Bethany was delivered?
4      A.  No, I do not.
5      Q.  Was it your impression that when Bethany
6  delivered it was emergent?
7      A.  Most definitely.
8      Q.  When you talked to Dr. Blecher when he came
9  by on rounds, I'm assuming if the baby was delivered
10  on the 17th, it was the 19th he came around on
11  rounds; does that sound about right to you?  You said
12  two days after delivery.
13      A.  I believe it was the 19th.  I -- I'm not
14  going to say for certain, but I believe it was the
15  19th.
16      Q.  What was the nature of -- I understand
17  we're kind of guessing at the 19th, but a day or two
18  after the delivery, Dr. Blecher came around on rounds
19  and you two had a conversation; right?
20      A.  He noticed the -- I -- I had some printed
21  material on Erb's palsy on my bedside table and he
22  pointed to that and he said you know she'll be all
23  right, right, and I -- I said I hope so.
24      Q.  Did you ask him any questions about the

1  Erb's palsy?
2      A.  I did not.
3      Q.  Did you ask anyone before you left the
4  hospital what is the cause of Erb's palsy?
5      A.  I don't recall asking anybody, no.
6      Q.  Did you ask Dr. Blecher any specific
7  questions about the delivery?
8      A.  No, I did not.
9      Q.  When you say that he looked at the printed
10  material on Erb's palsy and he said you know she'll
11  be all right, is there anything else that he said
12  during that conversation or is that the full extent
13  of your recall?
14      A.  I had some Hershey bars printed up with
15  Bethany's information on, her birth weight and all
16  that sort of thing, and I gave him one.  But that's I
17  think at that point was the extent of our -- of our
18  discussion.
19      Q.  Did he ever talk to you about how Bethany
20  had been hung up in the birth canal?
21      A.  No, he did not.
22      Q.  Did he ever talk to you about trying to
23  deliver Bethany and having any issues?
24      A.  No.

1      Q.  I'm jumping ahead now to Bethany is now a
2  17 year old.  So I skipped a few years.  You said she
3  underwent breast reduction surgery at 17.  Where was
4  that done?
5      A.  In -- in Charlottesville, Virginia at
6  University --
7      Q.  UVA?
8      A.  Yes.
9      MR. BRIER:  All right, Ms. Furjanic.
10  That's all I have.  Thank you, appreciate your
11  patience.
12      THE WITNESS:  Thank you.
13      MR. MONGIELLO:  Ms. Furjanic, I just have
14  a -- oh, sorry.  I'll let Peter go.
15      MR. FABEN:  Sorry.  I have one quick
16  question for you.
17      THE WITNESS:  Sure.
18          - - -
19          EXAMINATION
20          - - -
21  BY MR. FABEN:
22      Q.  In 2001, was your height about five feet,
23  ten inches; does that sound about right?
24      A.  Five nine and a half, but I think I

1  exaggerated it a little up.
2      Q.  Okay.  Five nine and a half, five ten,
3  somewhere in there?
4      A.  Yes.
5      MR. FABEN:  Okay.  That's all I have.
6  Thanks.
7          - - -
8          REEXAMINATION
9          - - -
10  BY MR. MONGIELLO:
11      Q.  Ms. Furjanic, I just have a few follow-up
12  questions.  Has any type of treatment or therapy been
13  offered to Bethany to your understanding for the
14  decrease in her arm swinging in particular?
15      A.  No.
16      Q.  And is it your understanding that that
17  condition is not treatable and/or permanent?
18      A.  I've been led to believe that it is
19  permanent and untreatable.
20      Q.  And has there been a particular discussion
21  with Dr. Kozin about that issue?
22      A.  He kind of gave me a well, duh, yeah, when
23  I -- when we discussed it.  Yeah, of course she's
24  going to have limited arm swing and, yeah, that's to

1  be expected basically was his attitude.
2      Q.  There's a reference in the records that
3  Bethany participated in a scapulothoracic kinematic
4  study through Dr. Kozin?
5      A.  She did.
6      Q.  What -- what is that?
7      A.  I believe he had some sort of grant, but
8  I -- I don't know anything about it because I've
9  never been given any results from it, and that was
10  the one visit I did not go to Shriners with them.
11      Q.  Okay.  Would her father, Lon Ditzler, have
12  gone with her on that --
13      A.  Her father would have gone with her on that
14  one.  Yes, just the two of them went.
15      Q.  Do you know what the study involved, what
16  the goal was?
17      A.  I'm sorry, I don't.  She just explained to
18  me that she would -- Dr. Kozin was doing a study and
19  asked if she'd participate and she said yes.
20      Q.  Do you know whether Bethany -- well, strike
21  that.
22      Do you know whether there was any
23  improvement in Bethany's condition from whatever she
24  did within that study?

51 (Pages 198 - 201)

1    A.  No.

2    Q.  No, there was no improvement?

3    A.  There was no improvement.  I think it was

4  just a compilation of data type of study rather than

5  a treatment and -- and seeing results study.

6    Q.  I read somewhere that application of

7  Ben-Gay to Bethany's right arm was helpful to her, do

8  you know anything about that?

9    A.  Ben-Gay?  I've never used Ben-Gay on her.

10    Q.  Do you know whether she uses it on herself?

11    A.  She may, but I have no -- I have no idea if

12  she does or not.

13    Q.  Bethany's pastimes or hobbies include art,

14  poetry, camping and going to the beach.  Is that a

15  good description of her?

16    A.  Yeah, it sounds about right.

17    Q.  What does she do in terms of her art;

18  paint, draw?

19    A.  Drawing mostly.  When she was in -- dealing

20  with a lot of her behavioral health issues, she went

21  through a period where she did some sculpting, but

22  I -- I haven't seen her sculpt anything in years.

23  I -- I think it's mostly drawing, sketching.

24    Q.  Is she a good artist in your perception?

1    A.  This is on the record.

2    Q.  It's on the video.

3    A.  She's -- she's okay.

4    Q.  How often does she go camping?

5    A.  I don't think she's been camping in some

6  years.  That was something we did together as a

7  family a lot of times.  She likes more the hotel with

8  the room service and turn-down service.

9    Q.  What -- what years of her life did the

10  family go camping, what age range?

11    A.  Oh, from the time she was a toddler,

12  probably two or three, up until 2015 when her

13  father and I -- well, probably before that because I

14  don't think we did a whole lot of vacationing

15  together in the last couple of years we were before

16  we broke up.

17    Q.  Where would you go, where would the family

18  go camping; different locations?

19    A.  Different locations, lakes, at the ocean

20  sometimes in Delaware.

21    Q.  Was Bethany able to swim in the lake, in

22  the ocean when you would go on the camping trips?

23    A.  She's more of the boogie board or noodle

24  type, but she would go in the water, yeah.

1    Q.  So she would be able to boogie board on the

2  waves on the ocean?

3    A.  On her belly, yes.

4    Q.  Bethany also has asthma?

5    A.  Yes.

6    Q.  IBS or irritable bowel syndrome?

7    A.  Yes.

8    Q.  Migraine headaches?

9    A.  She has a history of migraines.  I don't

10  know that she has them anymore.  She had them quite a

11  bit when she was a teen, but I think a lot of it

12  stemmed from a bullying situation she was in.

13    Q.  Okay.  What is the extent of your parents'

14  education, so Bethany's grandparents on the maternal

15  side?

16    A.  My mother is a high school graduate.

17  That's it.  She got pregnant with me when -- right

18  before she was getting ready to start college, so...

19    Q.  What did she do generally for her career or

20  was she --

21    A.  She was a stay-at-home mom --

22    Q.  Okay.

23    A.  -- most of -- most of my childhood.  And

24  then she worked for the Department of Revenue,

1  Commonwealth of Pennsylvania.

2    Q.  What did she do with the Department of

3  Revenue?

4    A.  She was a purchasing agent.

5    Q.  How about your father, what was the extent

6  of his education?

7    A.  He has a degree from Penn State.

8    Q.  In what?

9    A.  I'm not sure.  My father and I don't have a

10  relationship.

11    Q.  Okay.  Do you know what your father does

12  for his career --

13    A.  I don't.

14    Q.  -- or did?

15    A.  I haven't seen my father in many years.

16    Q.  Okay.  Was there any type of treatment

17  recommended by Dr. Kozin that was not followed

18  through with?  In other words, Dr. Kozin said I think

19  you should do X, Y, Z, and then that wasn't carried

20  out by you and/or Bethany.  Anything you can think

21  of?

22    A.  Anything Dr. Kozin said I -- I pretty much

23  took to heart and -- because he is a -- you know, an

24  Erb's palsy specialist and I really felt that he was

52 (Pages 202 - 205)

Page 206

1  her best bet to -- to get the most to recovery and --
2  and range of motion.
3      Q.  When Dr. Ndlovu came into the room towards
4  the tail end of Bethany's delivery, did you know at
5  that time who she was?  Did you know that this is Dr.
6  Beverly Ndlovu or was it at some later point that you
7  made the connection?
8      A.  Well, like I said, I had seen her in
9  passing, you know, when I had gone to appointments.
10  So I probably assumed it was her given the fact that,
11  you know, she was a slender African-American woman
12  who had a take-charge attitude when she came in the
13  room.  It seemed to me that she was -- that's who it
14  was, but I didn't know for certain.
15      Q.  Can you time how many minutes Dr. Beverly
16  Ndlovu was in the room from the minute she walked in
17  the door, asked for scissors, threw them down because
18  they weren't sharp, got another pair, and then
19  accomplished an episiotomy and the baby was
20  delivered?  I mean, how many minutes are we talking
21  for that whole scenario?
22      A.  Up until the delivery of Bethany not
23  including when she stitched my episiotomy?
24      Q.  Yeah, right.  Just in response to the --

Page 207

1  what you've described as an emergent delivery at that
2  point.
3      A.  I would guess 21 minutes because I'm going
4  to say she was there right around six o'clock.  I
5  can't say that for certain because I wasn't looking
6  at the clock or anything, but it was around six
7  o'clock when she came in and Bethany was born at
8  6:21.  So I would say 20, 20, 21 minutes.
9      MR. MONGIELLO:  Okay.  I don't have
10  anything else.
11      MR. FABEN:  Nothing from me.  Thanks.
12      THE VIDEOGRAPHER:  This concludes the
13  deposition of Cami Furjanic.  The time is 3:14.
14      (Discussion held off record.)
15      MR. BRIER:  Lisa, I'll take a copy, please.
16      COURT REPORTER:  Okay.
17      (The deposition concluded at 3:14 p.m.)
18
19
20
21
22
23
24

Page 208

1      C E R T I F I C A T E
2
3
     I do hereby certify that I am a Notary
4  Public in good standing, that the aforesaid testimony
   was taken before me, pursuant to notice, at the time
   and place indicated; that said deponent was by me
   duly sworn to tell the truth, the whole truth, and
   nothing but the truth; that the testimony of said
   deponent was correctly recorded in machine shorthand
7  by me and thereafter transcribed under my supervision
   with computer-aided transcription; that the
8  deposition is a true and correct record of the
   testimony given by the witness; and that I am neither
9  of counsel nor kin to any party in said action, nor
   interested in the outcome thereof.
10
     WITNESS my hand and official seal this 11th
11  day of September, 2023.
12
13
14      _____
             Notary Public
15
16
17
18
19
20
21
22
23
24

Page 209

1  Bruce MacKnight, Esquire
2  bruce@sbattorney.com
3      September 13, 2023
4  RE:  Ditzler, Bethany v. Pinnacle Health Et Al.
5  8/30/2023, Cami Furjanic (#5987930)
6      The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-midatlantic@veritext.com.
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19  If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22      Yours,
23      Veritext Legal Solutions
24
25

53 (Pages 206 - 209)

Page 210

1  Ditzler, Bethany v. Pinnacle Health Et Al.

2  Cami Furjanic (#5987930)

3          E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____  _____

24 Cami Furjanic                 Date

25

Page 211

1  Ditzler, Bethany v. Pinnacle Health Et Al.

2  Cami Furjanic (#5987930)

3          ACKNOWLEDGEMENT OF DEPONENT

4     I, Cami Furjanic, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11 _____  _____

12 Cami Furjanic                 Date

13 *If notary is required

14          SUBSCRIBED AND SWORN TO BEFORE ME THIS

15          _____ DAY OF _____, 20___.

16

17

18          _____

19          NOTARY PUBLIC

20

21

22

23

24

25

54 (Pages 210 - 211)

**&**

**&** 1:15 2:2,16
3:2

**0**

**01852** 1:5 5:21
**0621** 193:11

**1**

**1-800** 45:24
46:16
**10** 138:4
141:15,18
150:20 151:1
**100** 1:15 2:13
2:17 5:22
138:7
**109** 27:20
**10:07** 1:17 5:14
**10:15** 13:10
**10:29** 13:13
**10:48** 28:24
**10:50** 29:3
**111** 2:12
**11:30** 49:20
**11:54** 75:12
**11th** 208:10
**12** 176:11,19
**126** 2:7
**12:03** 75:15
**12:40** 99:20
**12:43** 99:23
**13** 187:6 209:3
**1329** 11:15
12:24 14:10

**13th** 49:24
53:10
**14** 142:6
**15** 34:17 49:9
49:16 50:22
51:9 52:9
54:13,20 55:23
57:11,19 58:8
58:16 59:10
65:20 66:6
77:15 80:11,13
138:4 150:20
151:2
**15th** 48:10
63:24 180:20
183:18 187:21
**16** 11:9 48:8,12
49:3 51:9
58:21 76:15
83:14 85:8
155:11
**1631** 208:13
**16th** 77:16
188:2
**17** 53:3,12,17
78:18 83:15
85:8 137:21
155:10,11
199:2,3
**170** 4:6
**17011** 1:17
2:18
**17101** 2:13
**17602** 2:7

**178** 4:7
**17th** 125:6
197:10
**18** 137:9,21
166:24 167:5
**18104** 1:24
**18503** 3:3
**19063** 2:3
**1967** 11:9
**1989** 27:11
**199** 4:7
**1990** 19:23
**1990s** 19:23
20:4
**1997** 180:7
**19th** 197:10,13
197:15,17
**1:21** 1:5 5:21
**1:36** 135:15
**1:46** 135:18
**1st** 184:9

**2**

**20** 207:8,8
211:15
**200** 3:3 4:6
**2001** 24:3 25:1
25:20 43:14
48:8,13 49:3,9
49:16 50:22
51:9,9 52:9
53:3,17 54:13
54:20 55:23
57:11,19 58:8
58:16,22 59:10
65:20 66:6

**76:15 78:18
83:15 85:8
166:19 169:16
179:16 180:18
188:21 199:22
**2004** 137:6
138:1
**2009** 18:17
**201** 2:18
**2012** 144:15,19
**2015** 16:20
145:24 203:12
**2016** 11:23,24
**2017** 171:11,14
**2018** 171:12,14
**2019** 137:6
143:2 149:3
**2020** 12:23
13:4,18 149:3
174:16
**2021** 166:18
**2022** 171:7
**2023** 1:12 5:14
208:11 209:3
**205** 1:23
**208-8844** 2:8
**20th** 21:15
**21** 207:3,8
**22** 8:17 47:20
91:10 126:24
**24** 31:5,7,15,17
183:1
**25th** 27:11
**26** 42:21 60:8

**28**  43:20

**3**

**30**  1:12 48:16
  80:9,10,15
  209:17
**308**  2:3
**30th**  5:14
**33**  78:17
**34**  78:19
**342-6100**  3:4
**3:14**  207:13,17

**4**

**40**  53:4
**425**  3:3
**4:20**  90:10

**5**

**5100**  1:23
**56**  11:11
**570**  3:4
**5987930**  209:5
  210:2 211:2

**6**

**6**  4:6 101:5,7
  101:13,17
  129:16
**610**  2:4
**651-3704**  2:19
**6:21**  90:15,16
  91:3 101:19,21
  207:8

**7**

**717**  2:8,14,19

**775-3307**  2:14

**8**

**8**  48:15 49:5
  90:8
**8/30/2023**
  209:5
**800**  39:22
**891-9212**  2:4
**8:00**  76:23
  77:16
**8:30**  48:17 49:1
  49:5 76:23
  77:16 90:9

**9**

**90**  30:7

**a**

**a.m.**  1:17 5:14
  90:10 101:5,7
  101:13,17,19
  129:16
**aaron**  2:11
  171:2
**abby**  2:12,15
**abdomen**  50:8
  57:22 58:3
  106:22 110:7
**abilities**  168:17
**ability**  10:9
  158:14 162:6
**able**  47:14,19
  60:18 88:16
  98:10 115:21
  115:21 116:1
  120:10 134:4,8

142:15 150:17
151:9,11,20
152:19,20,23
153:2,8 155:24
156:8 157:2
161:7,10,24
162:9 165:7
166:3 203:21
204:1
**abnormal**  62:7
  67:1,2
**above**  1:17
  151:11 162:7
  209:6 211:7
**academic**  63:22
  65:23
**accelerated**
  69:15
**acceptable**  90:3
  164:16
**accommodate**
  162:10
**accomplished**
  206:19
**accuracy**  209:9
**accurate**  11:23
  79:4 90:10,12
  137:7,8 160:21
  161:5
**accurately**  9:13
  10:4,9
**ace**  146:1
**achieve**  115:4
**acknowledge...**
  211:3

**acknowledg...**
  209:12
**act**  151:22
**action**  1:5
  75:24 208:9
**active**  59:12
  188:13
**activities**  38:20
  39:4 151:22
  155:24
**activity**  43:18
  110:9
**actual**  61:8
  68:2 96:4
  191:23 192:1
**actually**  17:8
  17:11 19:22
  22:4 30:3
  53:14 55:13
  72:1 77:11
  84:16 100:15
  101:14 111:16
  114:13 116:22
  117:10 129:10
  131:14 134:7
  136:10 148:24
  149:6 158:18
  158:24 159:18
  167:14 168:16
  171:24 173:7
  176:8 178:2
  179:7 184:14
  194:12,14,18
  196:24

**addition**   26:18
  134:13
**additional**
  20:18 26:20
**additions**   211:6
**address**   11:13
  13:1 15:16
  27:18 112:19
  112:20,23
  138:10 148:14
**adhd**   35:7,12
  35:13 149:18
  150:9
**administered**
  113:8
**admissions**
  150:11
**admitting**
  81:22 113:5
**adolescents**
  20:15
**adults**   56:13
**advance**   15:19
  56:14 128:5
**advanced**   60:6
**advertised**   46:1
**advice**   193:16
  193:17
**advise**   61:7
  174:8
**advised**   69:19
**advising**   61:1,2
  120:4 174:8
**affect**   145:7

**affiliations**   6:7
**afford**   18:14
**aforesaid**   208:4
**african**   102:3
  206:11
**age**   131:6,22
  142:6 155:7,10
  164:24 184:5
  203:10
**aged**   137:12
  141:6 159:22
**agent**   205:4
**ago**   8:17
  155:23 159:20
  174:12
**agree**   90:17
  172:16
**ahead**   55:7,9
  98:6 184:12
  186:18 187:11
  189:6 199:1
**aided**   208:7
**air**   168:24
**airbnb**   21:18
**airbnb's**   21:21
**ajayman**   2:14
**al**   209:4 210:1
  211:1
**alive**   179:22
**allentown**   1:24
**alleviate**   148:9
**allotted**   209:20
**allowed**   169:1
  169:2

**alls**   98:4
**altercation**
  146:2
**alternate**   157:5
**alternative**
  65:8 96:16
  98:22
**american**   102:3
  206:11
**amniotic**   124:6
**amount**   190:1
**anesthesia**
  97:13,16
**anesthesiolog...**
  88:12
**anesthesiolog...**
  192:22
**anesthetist**
  193:4
**angry**   101:10
**ann**   11:3
**answer**   7:14
  8:1,3,10,12
  39:18 44:20
  55:9 116:11
  160:14 193:9
**answering**   77:7
**answers**   7:16
  28:2 171:6
  196:11
**antibiotics**
  126:15,20,22
**anticipate**   8:9
  8:10

**anticipated**
  61:3 180:16
**anticipating**
  100:21
**anxiety**   150:10
**anybody**   198:5
**anymore**
  154:17 204:10
**anyway**   128:21
  152:18 169:3
**apgar**   110:10
  110:12
**apgars**   110:18
**apologize**   10:21
  47:8 56:14
  115:3 135:21
**apostrophe**
  86:17
**apparent**
  153:12
**appearance**
  121:4
**appearances**
  6:6
**appeared**
  184:19
**appears**   150:12
**appended**
  211:7
**appliances**   22:6
**applicable**
  209:8
**application**
  202:6

**applied**   176:6
**appointment**
  37:21 48:2,4,6
  48:7 49:12,16
  49:19 54:16
  58:15 68:12,14
  68:15 69:17
  137:24 141:8
  141:12
**appointments**
  41:16 42:14
  128:1,2 137:14
  147:5 206:9
**appreciate**   54:7
  112:24 199:10
**appreciated**
  118:9
**appropriately**
  31:8 156:23
  161:7
**approximately**
  48:13 90:8
  91:7 123:15
  171:9 172:6
  173:18
**april**   11:9
  21:15,15 43:13
**area**   10:22 18:3
  20:19 108:12
  112:22 190:7
**areas**   146:21
**argumentative**
  91:11
**arising**   75:24

**arm**   17:7 21:10
  21:11 121:5,9
  121:17,19,24
  124:1,22
  125:18 127:7
  127:21 130:14
  131:7,17 132:6
  132:8,12
  136:16 138:10
  138:17 139:10
  140:22 141:14
  141:22 142:10
  142:13 143:18
  144:6,7,10,23
  145:8 148:2,9
  148:18,24
  150:7,17 151:3
  151:11,15
  152:11,24
  153:2,5,7,9,13
  153:14 154:4
  154:21,24
  156:4,8,18,18
  157:7,12 161:4
  161:10 162:1,3
  162:5,6 164:14
  164:15 165:9
  166:21 168:7
  168:22,24,24
  169:9 200:14
  200:24 202:7
**arms**   115:14
  121:15 139:19
  141:17 142:14
  142:15 145:4

  146:21 153:16
  159:14 164:5,8
**arrive**   81:16
**arrived**   48:18
  78:5 79:5,8
  84:11 101:22
**art**   202:13,17
**artist**   202:24
**aside**   85:5 91:5
**asked**   24:24
  25:2 36:5
  44:13 57:12
  86:15 100:1
  101:9,11
  103:24 104:6
  107:12,15
  111:19 113:20
  115:3 145:13
  148:16 179:10
  186:12 190:10
  201:19 206:17
**asking**   52:19,20
  56:6 57:6
  76:19 88:11
  195:13 196:7
  198:5
**asleep**   33:20
  51:21
**aspects**   87:6
  162:24
**aspiration**
  31:16
**aspirations**
  157:22

**assessment**
  126:17 136:15
  138:1,4
**assist**   103:19
**assistance**
  40:10,13,18
  74:10,14,18
  117:18 168:8
  168:11
**assistant**   19:16
  171:18
**assistants**   47:4
  47:5 173:13
**assistive**   91:22
  92:1
**associate's**   19:2
  19:4,20 20:3
**associated**
  30:17 40:24
  128:8 142:2
**associates**
  32:20
**assume**   8:1
  37:10 68:17
  78:9 89:12
  99:6 102:23
  105:12 118:18
  148:22 154:10
  161:3 164:6
  182:11 192:4,5
  194:14 196:23
**assumed**   64:6
  72:16 206:10
**assuming**   104:4
  111:15,18

190:22 197:9
**assumption**
193:23
**assured**  82:23
194:1
**asthma**  204:4
**ate**  67:21
**atrocious**
154:14
**attached**
209:11
**attempt**  104:7
157:8
**attempted**  41:4
48:1 80:20
**attend**  42:4,13
43:2 137:14
147:5
**attended**  19:22
42:9,11 141:8
**attending**
28:10 61:13
**attention**  62:8
**attitude**  201:1
206:12
**attorney**  6:8
196:2 209:13
**attorneys**  7:1
14:18 170:15
**attributed**
189:24
**audition**
176:10,17
**august**  1:12
5:14 24:3 48:7

48:10,12 49:3
49:9,16 50:22
51:9,9 52:9
53:3,9,12,17
54:13,20 55:23
57:11,19 58:8
58:16,21 59:10
65:20 66:6
76:15 77:15
78:18 83:14,15
85:8 126:24
166:18,19
171:7 180:20
183:18 187:6
188:1
**authorize**
74:23
**autistic**  149:16
**automatically**
82:18
**automotive**
26:15
**available**  52:6
141:6 143:7
155:17 209:6
**avenue**  27:20
**average**  36:12
67:20
**avoid**  8:7,23
**awarded**
165:19
**awards**  165:21
**aware**  25:14
27:3 35:4,9,23
37:2,4,11

52:14 65:16
69:18,23 118:2
119:11 127:2
141:5 147:19
148:15 158:12
166:23 167:1
168:12 184:22
186:10 190:4
**awareness**
36:19 150:6
157:9
**awkward**  56:16

**b**

**b**  4:10 32:22,22
**babies**  32:1
123:3 134:1
162:13
**baby**  34:20
49:23 50:10,11
52:1 58:3,5
60:17 61:4,8
63:24 64:7,13
64:17 65:13,14
65:18 66:2,20
67:4 70:5
86:15,16,18
91:4 96:8
98:16 109:11
111:2 112:17
125:13 141:16
168:21 181:4
181:11,12
188:5 191:17
191:18,22
192:8 193:10

193:12,12,14
194:6,9,11
197:9 206:19
**baby's**  57:23
60:22 118:10
193:24 195:1
**back**  13:12
18:11,13,14
19:22 20:7
24:20 25:22
29:2 38:14
42:22 50:15
53:1 72:3
75:14 98:20
99:22 110:8
124:1 135:17
136:17 138:1
151:15,19
155:5,5,9,12
156:5 169:16
179:11
**background**
17:17 19:21
26:9 29:6
**backwards**
195:2
**bad**  93:21
**baker**  128:7,12
128:22 159:6
**balance**  156:12
**baldino**  2:2
**ball**  151:21
153:1,4
**band**  163:24
164:7,13

**bandage**  146:1
**bands**  139:15
  139:16 148:19
  149:11
**barley**  2:6
**barley.com**  2:8
**bars**  144:4
  152:5 165:2
  198:14
**base**  24:15 91:9
  91:12 119:4
  184:16,18
  185:14
**based**  48:23
  51:2 90:6
  101:18 104:23
  105:1,2 150:14
  181:14 185:14
  187:7,16,19
**basically**  40:10
  40:12 83:13
  87:5 107:20
  111:1 114:14
  115:11 130:20
  139:22 162:13
  171:20 201:1
**basing**  101:20
  119:7
**basis**  38:4,17
**basketball**
  163:16
**bass**  163:21
  164:2,6
**bassinet**  109:23
  110:5,9 111:5

120:13 121:3
**bathroom**
  99:17
**beach**  202:14
**bear**  157:7
  179:12 182:17
**beat**  164:16
**bed**  108:6,9
  194:16 195:3
**bedrest**  43:16
  44:2
**bedside**  197:21
**began**  20:3
  89:19 91:2
  110:5 131:22
  158:7
**beginning**  6:7
  41:18 60:18
  106:19 126:18
  130:19 171:16
  178:20
**behavioral**
  35:10 36:23
  37:1 161:1
  202:20
**believe**  20:22
  26:22 29:19
  32:23 33:3
  35:6 36:21
  39:11,17 40:5
  41:18 45:23
  48:10 50:9
  51:24 59:23
  64:5 68:3
  69:22 78:19

81:13,13,18
  87:17 88:1
  92:4,17 94:8
  94:20 102:15
  106:19 107:10
  107:11 108:2
  111:5 112:1
  113:10 114:23
  114:24 118:4
  125:8,9 130:23
  133:16 136:22
  137:21 150:1
  163:4 166:11
  167:20,20
  175:11 180:12
  185:7 186:19
  187:9 189:10
  189:12 190:5
  190:10 192:23
  193:5 197:13
  197:14 200:18
  201:7
**believed**  103:2
  103:15 187:16
**bell**  45:20
**belly**  181:4,15
  204:3
**belong**  175:16
**ben**  202:7,9,9
**benefit**  139:6
  168:6
**benefits**  145:22
**benjamin**
  170:3,4 189:3

**benjamin's**
  175:24
**bent**  115:11
**best**  8:2 28:5
  40:4 56:2
  57:24 63:19
  69:13 106:8
  122:7 175:15
  178:17 206:1
**bet**  206:1
**bethany**  1:3
  5:17 7:2 11:22
  12:9,12,14,21
  13:17,21 15:19
  15:21 16:3,8
  16:11,16,21
  19:8 22:23
  23:14,18 24:2
  24:21 25:19,24
  26:6 27:5
  29:12,18 30:2
  32:7,11 36:2,4
  36:16 37:18,23
  38:1,17,20
  39:3,7,21 41:4
  41:17,24 42:5
  43:1,10 45:5
  46:23 47:6
  48:2 49:8 53:3
  53:17 54:1
  59:15 60:3
  61:23 62:14,17
  63:2 65:12
  67:13,17 68:8
  69:21 70:12,17

70:23 71:5,20
73:13 74:4,5
79:4 81:12
83:9,13 85:7
85:12 87:5
88:5,8,21 89:1
92:2 93:11,17
94:18 96:16
97:1,5 98:3
105:6,22 106:4
107:14,23
108:5 109:15
110:24 114:13
114:18 115:23
116:4,7,22
117:10,15
118:11,23
119:21 120:5,9
120:22 121:15
122:9,14
123:13 124:5
127:19 128:6
128:12,24
129:12 130:12
131:6,17 132:3
132:17 133:9
134:4,15
135:23 136:15
137:5,17 138:2
138:9,15 140:1
140:4,10,13,20
141:9 142:9
143:18 146:1,6
147:6,16 148:5
148:7,8,17

149:13 150:6
151:20 153:12
153:22 155:22
155:24 156:12
157:1,10,16
158:10,23
159:5 160:19
161:7,13 163:6
163:16 164:14
165:3,16,22
166:9,19
167:13,22
168:5 169:6,21
169:21 171:7
172:5 174:7,20
175:16 176:2,4
176:10,23
177:11 185:21
186:11,15
187:2 188:21
190:22 191:6,7
192:10 193:11
194:5 196:16
196:24 197:3,5
198:19,23
199:1 200:13
201:3,20
203:21 204:4
205:20 206:22
207:7 209:4
210:1 211:1
**bethany's**
14:17 16:13
27:7 53:8,21
54:5 73:6,21

75:3,21,24
76:7 100:18
101:12 109:10
110:12 112:24
115:18 118:3
118:16 119:23
121:5,11
124:22 125:18
127:7,10 129:1
129:6,7,9
132:12 136:16
139:10 144:23
150:16 154:24
156:20 168:15
179:15,16
182:14,22
190:3 195:19
198:15 201:23
202:7,13
204:14 206:4
**better** 33:19
**beverly** 1:9
2:20 40:1,22
46:3,7,14
101:4,24 103:9
103:15 106:2
111:5 160:5
196:12,18
206:6,15
**beyond** 14:20
19:19 69:16,17
84:22 85:1
117:20 130:5
150:9 152:3

**bicycle** 152:19
152:20
**big** 139:15
161:13
**bigger** 63:24
**bike** 151:22
**bill** 74:22
**billed** 74:19
**billing** 74:1,2,6
74:7
**binder** 191:21
**bipolar** 150:10
**birth** 11:5,9
16:13 27:10
29:21 30:17,18
30:20 31:6,11
31:14 34:16,19
36:5 73:11,21
75:24 79:2
90:17 97:17,22
105:23 118:16
119:23 124:24
129:6,7,9,12
143:12,12
145:10 182:14
182:22 183:2
190:3 191:3
194:6,9 198:15
198:20
**birthday**
162:20 168:1
**birthing** 79:17
**births** 30:2
**bit** 56:16 82:24
125:15 134:6

173:4 178:18
182:18 187:15
187:15 204:11
**biweekly** 41:21
**blade** 155:15
155:19,20
**blank** 193:12
**blecher** 1:10
3:5 41:4 47:18
47:21 48:5
49:13,18 50:23
51:12,24 52:9
54:21 55:15
57:1,7,12,19,22
58:8,13,16
59:1,7 61:2
63:23 64:3
65:20 66:1,6
77:15 83:10,12
83:23 84:4
86:2 94:22
95:16,19
100:16 106:5,6
106:11,17
178:15 180:22
180:24 181:9
181:24 182:9
182:13,19,20
192:16 194:10
194:23 196:18
197:2,8,18
198:6
**bleeding** 110:5
**blockage**
144:18

**blood** 32:2
**blue** 98:3
109:10 161:14
**board** 203:23
204:1
**bob** 28:14
**body** 17:7
64:17 99:11
100:18 101:12
115:19 134:5
152:22 153:5
195:2
**bone** 116:5
**bones** 25:13
**boogie** 203:23
204:1
**book** 34:20
67:10 86:15,16
86:18 112:20
169:15 191:17
191:18,22,23
192:1,8
**booklet** 9:16,18
**born** 19:8
22:23 24:21
26:6 27:11
31:4 32:8 34:1
53:15,17 71:11
71:21 73:13
85:12 90:14
91:2 97:1
100:3 110:13
120:5,9,23
121:5,22
122:14 125:4,7

125:19 127:24
128:13 154:1
166:19 185:23
193:11 207:7
**boston** 136:12
**bother** 129:16
**bound** 191:20
191:21
**bowed** 195:2
**bowel** 144:18
144:19 204:6
**boyfriend**
169:24 170:9
**brachial** 17:5
22:20 122:16
123:10 136:8
143:15 177:19
**bracing** 194:16
**brain** 194:2
**break** 10:12,16
10:17 51:19
99:16 135:11
179:2
**breaking** 144:8
**breaks** 9:5
**breast** 155:10
199:3
**breastfed**
122:12
**breasts** 155:8
155:10
**breath** 135:13
**breech** 118:17
**briefly** 159:22

**brier** 3:2,2 4:7
27:24 28:1,14
33:21 116:10
116:13 178:7
178:13,14
182:21 186:14
186:22 196:10
199:9 207:15
**bring** 25:3
125:15 153:16
157:6 162:6
**bringing**
117:19
**brings** 161:11
**broad** 53:23
**broadway**
176:11,13
**broke** 14:5
36:22 37:13
77:1 203:16
**broken** 159:14
**brother** 27:8
29:15 147:14
147:14
**brought** 7:2
23:1,5 24:23
62:8 63:8,9,14
63:16,19,21
**bruce** 2:2,4 7:6
183:21 209:1,2
**brush** 156:2
**building** 40:9
41:1,13 43:3
181:10 190:17

**bullying** 204:12
**burst** 98:12
**business** 26:15
26:16
**buttons** 156:9
**byrne** 32:20,22
33:8

**c**

**c** 1:7 2:1,17 3:1
5:2 14:5 50:13
63:6,18,21
64:2,24 65:2,8
96:17 98:23
99:1,5 181:21
208:1,1
**cadaver** 18:10
19:10
**cake** 162:22
**calendar**
169:15
**calendars**
169:13
**call** 33:15
46:16 123:24
129:15 130:3
**called** 20:14
39:12,22,24
45:24 50:5
77:1,4 102:20
106:14 125:12
129:24 195:12
**camera** 28:21
75:10
**cami** 1:14 4:4
5:16 6:15 11:3

207:13 209:5
210:2,24 211:2
211:4,12
**camp** 1:16 2:18
5:23
**camping**
202:14 203:4,5
203:10,18,22
**canal** 79:2
97:17 105:23
194:6,10
198:20
**cap** 102:2
**capacity**
176:18
**capillaries**
98:13
**car** 26:15,17
77:22
**card** 177:2
**care** 8:17 30:11
32:14,16 33:7
37:19 39:6
41:11 45:4,15
46:22 47:22
55:13 59:21
61:22 62:23
63:15 64:21
65:11 70:11,16
70:23 71:4,9
72:13 74:3,13
74:19 87:1
120:12 127:10
127:10,13
128:6 136:5

143:1,4 144:20
147:23 156:15
159:5 168:11
180:11 186:20
187:18 188:22
188:23
**cared** 120:18
159:5
**career** 157:21
157:24 158:7
204:19 205:12
**careful** 54:4
121:9
**carefully** 145:6
**carpet** 83:1
**carried** 205:19
**carry** 173:13
**case** 5:20 9:19
45:15 64:4
87:15 171:3
**cases** 40:10,13
**casual** 109:3
**catch** 151:21
153:1
**catching** 153:5
**cause** 31:22
56:4 69:1
133:23 143:10
144:9 158:20
180:8 198:4
**caused** 123:10
**causes** 143:15
**causing** 70:1
144:13 145:10
166:16

**cavity** 64:17
**ccc** 1:5 5:21
**ccca** 20:14
21:14,16
**cells** 32:2
**center** 1:16
2:17 5:23
20:15
**central** 179:22
**certain** 18:20
34:9,21 47:7
47:13 71:12
79:21 102:17
192:23 193:21
195:15 197:14
206:14 207:5
**certainly** 10:13
87:6,12 89:18
**certainty** 80:15
96:1 118:22
**certification**
5:6
**certified**
189:11,13
193:4
**certify** 208:3
**cervical** 84:5
**cervix** 50:5
55:17 56:3,19
57:8 83:17
**challenge** 9:23
**challenging**
152:4
**change** 85:22
95:4,13 107:8

107:16,23,23
107:24 160:14
210:4,7,10,13
210:16,19
**changed**  41:18
107:10 108:2
**changes**  95:8
209:10 211:6
**chapel**  11:15
12:24 14:10
**charge**  162:19
162:21 164:13
206:12
**charlottesville**
199:5
**chart**  123:18
**chase**  144:4
**chats**  177:20
**check**  78:10,13
83:17,23 84:5
**checked**  96:2
**checking**  94:22
**chest**  120:15,19
121:6,9,11
122:10
**child**  42:16
144:13 152:19
152:20 163:17
167:9,10
**childhood**
204:23
**children**  20:15
27:4 133:15
151:23 162:12

**children's**
73:24 131:14
133:2,6
**chin**  166:6
**choice**  166:21
**choose**  76:21
**chose**  167:2
173:11
**christopher**  1:6
**chronic**  155:5
**churchville**
11:16 177:14
**circumstances**
87:14
**civil**  1:5
**clarified**  47:3
**clarify**  174:22
**class**  184:10
**classic**  123:24
**clean**  8:13 9:8
**clear**  9:1 44:21
51:7 75:4
**client**  196:2
**clifton**  14:5
**climb**  157:1
**clinic**  45:16
63:11 103:11
180:11 183:18
186:5
**clinical**  19:16
**clock**  101:14
207:6
**clocktower**
172:6,6

**close**  28:4
49:20 168:1
170:12
**closer**  28:2,20
48:17 84:7,8
84:10 90:9
161:12
**clue**  109:13
**clumsy**  187:16
**coat**  183:20
**code**  11:18
27:23
**cognitive**  175:3
**coleman**  1:15
2:16
**college**  12:10
12:12,16 13:19
18:3 29:8,8
36:18 158:7,24
163:4 174:15
176:2 204:18
**comb**  156:2
**come**  12:17,18
25:22 42:6
76:22 77:2
88:12 113:20
126:13 129:16
130:10 134:24
168:17 195:24
196:5
**comes**  12:18
13:22 36:16
37:20 93:1
144:10,11

**comfort**  10:16
**comfortable**
56:12
**coming**  15:23
17:12 28:17
83:16,18,23
85:22 102:23
131:20 132:19
155:9 186:17
**commencing**
1:17
**comment**  53:1
58:3 66:2
164:13 185:15
**commented**
118:22
**commonwealth**
1:19 20:15
205:1
**community**
18:3 176:16
**company**  21:18
21:18,20
128:20
**comparison**
169:10
**competitively**
152:15 165:17
**compilation**
202:4
**complain**
142:11
**complained**
104:5

**complaining**
50:6 155:14
**complaint**
195:7,12,24
196:5,7,9
**complete**  18:5
18:8 72:5
211:8
**completed**
172:23 209:17
**completely**
167:21 193:10
**complication**
44:8
**complications**
30:16,19 31:10
70:1 71:22
189:20
**component**
146:14
**comprised**  46:2
**computer**
174:3 208:7
**concerned**
144:7 181:12
194:1
**concerning**
15:13
**concerns**  30:13
43:10 59:14
68:21 161:1
193:23
**concluded**
207:17

**concludes**
207:12
**condition**  10:2
44:1 131:8
138:17 148:1
150:16 158:20
159:1 161:4
168:6 200:17
201:23
**conditions**  35:4
36:20
**conduct**  54:3
**conducted**  5:24
**confirm**  79:1
**connected**
103:18
**connection**
147:24 148:6
206:7
**connective**  18:9
35:20 146:7,9
147:7
**conner**  1:7
**consent**  81:3
**consenting**
81:11
**consider**  75:23
177:3
**considered**
113:7 142:1
160:19 167:23
**considering**
111:16 166:19
**consistent**
50:22 114:2

123:19 143:19
**consult**  124:5
**consultation**
124:13 125:18
**consulted**  76:3
125:23
**contact**  130:10
143:7
**contained**
195:23
**contest**  10:14
**continue**  16:21
143:7 178:20
**continued**  3:1
**continuing**
29:12
**continuous**
100:10
**contorting**
152:24
**contracted**
144:10 146:21
**contraction**
97:12
**contracture**
138:5 141:15
141:23 150:20
151:2
**conversation**
8:8 63:8 70:2
83:4 123:7,8
130:6 197:19
198:12
**conversations**
108:22 109:3,5

**convicted**
37:14
**copies**  71:9
73:18 209:14
**copy**  191:6,7
192:18 195:13
207:15
**copying**  86:22
**cord**  30:21,22
30:24 31:3,11
31:13 91:21
**corporate**  1:16
2:17 5:23
**corps**  163:20
**correct**  12:10
13:19,20,24
25:7 31:19
33:23 44:6
46:17 51:11
53:16,19 58:24
72:11 73:4
76:2 79:11
83:23 96:22,23
97:1 138:10,11
138:24 150:23
153:22 155:2
158:23 159:7
178:21 180:5
187:23 188:3
190:23,24
196:14,17
208:8 211:8
**corrections**
211:6

**correctly** 20:2 22:11 46:4,6 74:12 86:12 104:1 128:11 193:9 194:5 208:6

**corresponden...** 15:11

**cosmetologist** 20:23 21:4,11

**counsel** 5:5,16 6:5,12 14:20 54:6,10 70:13 71:6 72:4 73:6 73:17 75:3,5 75:21 76:7 86:22 94:9 112:24 169:10 178:3 190:22 190:23 195:19 208:9 209:14

**counter** 157:11 173:1

**county** 37:20 190:8

**couple** 84:19 130:11 163:11 203:15

**course** 43:9 45:6,10 46:8 46:19 47:6 59:16,20 60:2 61:22 63:15 64:21 65:11 66:8 67:7 68:7

74:3,13 87:3,5 95:18,22 96:3 99:18 100:5 144:5 165:12 182:15 200:23

**court** 1:1,18 5:19 6:3 8:5 9:2,13 125:9 207:16

**cousin** 147:2

**cover** 10:14 40:18 126:21

**covered** 132:16

**covering** 102:14

**covid** 102:13 158:8

**crab** 142:23

**crawl** 162:4

**crawled** 133:14 134:7

**crawling** 133:11,16

**cream** 172:1

**credentials** 70:7

**credits** 20:3 172:24

**crime** 37:15

**crnps** 95:14

**crowd** 109:23

**crucial** 87:15

**cry** 120:22,24 121:1

**cs** 209:15

**curious** 91:11

**curled** 124:2

**current** 11:13 14:12 21:3 27:18 36:19 112:19 140:5 150:16 174:13 190:23

**currently** 12:4 12:6,10 20:10 21:3 27:12 35:4 37:18 73:16 74:1 140:21 148:17 163:6 169:21 177:11

**curt** 66:17 70:4

**curve** 69:16

**cut** 69:5

**cv** 1:5 5:21

**cvs** 177:13

**d**

**d** 4:1 5:2 193:13

**dad** 36:9

**daily** 156:1 158:15

**dairy** 171:9,14 171:15

**damage** 17:6 130:17

**dangerous** 64:8 64:12

**danlos** 146:10 146:15,17 147:6,17 148:1

**dark** 91:1

**data** 202:4

**date** 1:17 11:9 27:10 53:3,8,9 53:12,14,18,21 54:19 78:18 187:6 210:24 211:12

**dates** 54:17

**daughter** 7:2 167:21

**dawn** 91:3 193:13,14

**day** 38:9 48:8 51:4 52:11 56:7 58:17,18 58:21 93:14 98:13 122:18 125:7,7 140:12 155:14 183:1 184:17 197:17 208:11 211:15

**day's** 67:21

**days** 30:7 53:18 185:23 186:7 197:12 209:17

**dead** 109:11

**deal** 41:10 141:17 154:5

**dealing** 8:16 202:19

**dealt** 140:7
**death** 180:8
**deceased** 29:22
  180:3
**declare** 211:4
**decompress**
  144:19
**decrease**
  200:14
**deemed** 211:6
**defendant** 2:15
  2:20 3:5 5:16
**defendants**
  1:11 2:9
**defense** 7:1
**defined** 22:19
**definitely**
  157:14 194:15
  197:7
**definition** 17:8
  22:21
**degree** 19:2,20
  20:4 29:8
  68:22 115:5,7
  115:8 138:4
  142:1 150:20
  151:2 205:7
**delaware**
  203:20
**delayed** 126:7
  133:23
**deliver** 41:4
  64:8,13 107:22
  188:5 194:10
  198:23

**delivered** 34:10
  48:1 74:5 92:2
  99:10,11,13
  100:15,17,18
  101:12 106:16
  111:3 112:16
  114:14,19
  115:18 118:3
  118:10,11,20
  118:23,24
  119:5,21 124:5
  185:21 188:21
  194:5 196:16
  196:24 197:3,6
  197:9 206:20
**delivering**
  34:13 65:13,14
  65:18,21 66:2
  88:7 92:11
  106:4 115:22
  115:23 117:9
  117:14,15,17
**delivery** 16:9
  23:14,18 24:2
  25:24 26:5
  34:23 40:19
  43:1 44:8
  53:24 61:8
  63:6 64:24
  65:2,8,9 75:1
  78:16 79:11,16
  80:2,19 81:12
  81:16,19 83:9
  83:13 84:9,10
  84:13,14,15

  85:7,11,17
  86:6 87:4,14
  90:20 94:18
  96:9,17,17
  97:5 100:14
  101:18,20
  103:19 105:21
  106:12,18
  107:1,18 108:5
  108:11,15,18
  110:24 113:13
  114:15 116:3,7
  116:21 117:4
  117:18 119:16
  128:24 129:11
  130:9 168:15
  169:2 186:6
  188:11 191:12
  192:10 194:13
  197:12,18
  198:7 206:4,22
  207:1
**delta** 175:20
**demanded** 1:8
**demanding**
  172:17
**demands** 163:5
**dennehey** 1:15
  2:16
**department**
  22:7,8 72:16
  140:8 145:24
  204:24 205:2
**depend** 33:12

**depends** 142:12
**depicting** 169:9
**deponent** 208:5
  208:6 209:13
  211:3
**deposing**
  209:13
**deposition** 1:14
  5:15,22,24 7:3
  7:8,13,18 9:17
  9:23 14:16,23
  14:24 15:3,14
  15:20,24 16:6
  178:20 179:9
  179:14 187:21
  207:13,17
  208:8
**depositions** 9:6
  15:7
**depot** 22:1,2,3
  22:9,12
**depression**
  36:22,24
  150:10
**describe** 56:1
  57:23 86:4
  101:24 102:6
  109:6 117:1
  191:21
**described**
  57:21 107:17
  107:20 207:1
**describing**
  150:19

**description**
4:12 87:19
202:15
**designer** 22:5
**despite** 104:14
104:15
**desserts** 171:24
**detail** 24:7
57:24 97:3
149:12
**details** 67:15
121:12
**determination**
133:23
**determine**
42:16 52:1
60:5,18
**determined**
60:7 69:3
131:19 146:14
155:8
**develop** 134:2
154:1
**developed**
31:19 45:14
126:7,10
141:22 155:7
**development**
133:24
**developmental**
133:10
**development...**
133:17
**device** 28:18
91:22 92:1,3

114:18
**devices** 119:15
**diabetes** 62:9
62:13 69:23
189:19,23
**diagnose**
146:12
**diagnosed**
36:21 62:9
147:3 149:16
158:20
**diagnoses**
150:13
**diaries** 169:13
**diary** 169:15
**dictates** 95:6
**died** 109:12
**diet** 69:2
**difference** 9:23
**different** 9:22
45:6,7,8 85:22
91:16,19
114:10 146:11
150:11 153:13
203:18,19
**difficult** 9:3
61:8 166:6
**difficulty**
154:10
**dilated** 34:8
83:18 88:7,24
89:3,24 90:10
92:13 95:11
**dilation** 84:5

**diploma** 26:10
29:7
**directed** 76:20
**directly** 67:8,12
108:12 195:24
196:5
**disability** 35:7
168:9
**disagree** 127:3
**discharge**
126:8 127:19
143:5
**discharged**
126:6,23 127:9
130:13 143:1
**discovery**
159:4
**discuss** 142:17
177:9,20
189:22
**discussed** 31:24
61:10 66:22
68:24 90:7
91:6 126:2
143:16 191:8
200:23
**discussing**
35:10 41:9
94:13
**discussion**
13:11 16:8
25:23 57:18
65:6,19 66:5
68:8,13 70:6
81:3 92:15

96:15 103:21
105:19,23
121:21 123:9
129:18 137:24
141:12 142:3
155:22 181:24
182:5 188:9
189:8 198:18
200:20 207:14
**discussions**
58:12 63:4
65:12,15 66:7
67:6 136:14
139:1 145:9
**disease** 146:7
147:7
**diseases** 35:21
**dishonesty**
37:16
**dislocated**
25:13
**dislocation**
24:14 147:21
**dislocations**
147:17
**dismissed**
19:12
**dispute** 48:22
48:24 53:13
**dissect** 50:17
98:20
**distinctly** 47:24
**distress** 94:17
**district** 1:1,1
5:19,20

**disturbances**
160:20
**ditzler**  1:3 5:17
7:2 16:14,16
16:18,18 23:21
24:3 25:23
36:10,13,20
37:2,5 61:15
70:19 190:3
201:11 209:4
210:1 211:1
**ditzler's**  26:9
190:22
**dock**  27:3
**doctor**  73:23,23
85:9 101:23
127:12 129:22
129:24 130:23
131:2 138:8
145:4 159:13
186:20 188:18
193:3,5
**doctor's**  37:21
39:18
**doctors**  126:12
136:11
**documentation**
53:20 78:23
192:15
**documented**
90:9,17 192:12
**documents**
15:9 81:10
**doing**  15:7 22:5
26:14 33:17

50:4 66:14
67:10 98:1
99:1 104:19
116:1 120:13
120:14 127:8
129:13 132:17
148:23 149:1,5
149:7 150:7
151:21 153:15
158:3 171:15
171:21,22
172:1,24
173:20 181:17
185:23 201:18
**door**  206:17
**doors**  149:21
**dots**  103:18
**double**  30:24
**doubting**  82:22
**downward**
116:5
**dr**  33:4 34:15
39:10 50:23
51:12,24 52:9
54:21 55:15
57:1,6,11,18,22
58:8,12,15
59:1 61:2 64:3
65:20 66:1,6
77:14 83:12,23
84:4 86:2
94:22 95:16,19
100:19 101:3
101:24 102:20
103:2,21 104:7

104:20 105:4
106:2,2,5,6,11
106:17 110:23
111:5,13,19
112:7 114:21
117:21,24
127:7 128:7,12
128:23 129:8
129:21 130:4
134:18 136:2,5
136:12,14,21
136:23 137:4,6
137:15 138:1
138:12,13,23
138:23 139:2,2
139:4,9,15
141:2,9,24
143:1,9,11
144:6 145:3,9
145:11,19
151:1 155:16
156:17 159:6
159:21 160:5
178:15 180:22
180:24 181:9
181:24 182:9
182:13,19
189:1,2 192:16
194:10,23
196:12,18,18
197:2,8,18
198:6 200:21
201:4,18
205:17,18,22
206:3,5,15

**drank**  67:21
**drape**  114:13
**draw**  202:18
**drawing**
202:19,23
**drinking**  69:4
69:10 190:1
**drive**  1:16 2:17
5:23 38:12
77:18 140:11
171:17 172:4
**drove**  77:20
78:7
**drum**  163:20
163:21 164:3,6
**drummer**
163:19
**due**  49:23,24
52:2 53:2,3,8,9
53:12,18,21
124:5 126:18
141:14 142:10
147:17 154:4
156:4 159:1
160:20,24
168:6 187:6
**duh**  200:22
**dull**  104:6
**duly**  6:15 208:5
**dunking**
162:13
**duplicate**  171:4
171:5
**duty**  65:16

**dynamics**
145:11
**dystocia** 24:9
25:10,19 64:15
64:20 96:19
98:23 116:23
117:2,10
145:12

**e**

**e** 2:1,1 3:1,1 4:1
4:10 5:2,2 23:9
32:22,22 208:1
208:1 210:3,3
210:3
**earlier** 179:9
187:20
**early** 42:13
83:14 131:18
133:2 134:12
134:20 139:17
139:21,23
159:11 179:14
**easier** 44:24
119:6
**east** 2:3,7
**easy** 43:16
**eating** 156:9
**edit** 195:17
**educate** 23:3
25:4 143:17
**education** 17:9
17:16 19:21
21:2 24:17
26:12 104:24
105:3 160:20

204:14 205:6
**educational**
26:9 29:6
**effective** 89:15
**effectively**
17:22
**efforts** 178:17
**ehlers** 146:10
146:15,17
147:6,17 148:1
**eight** 34:5 42:3
48:13,21 50:10
58:5 60:4
63:24 64:13
76:24 110:16
120:1 143:19
143:21 181:11
**eighteenth**
168:1
**either** 51:8
62:13 74:2
127:19 157:10
167:7 176:7
184:21
**elbow** 123:19
123:22 138:5
**electrode** 92:7
92:16,20
193:18,24
**eleventh**
165:14
**embroidery**
103:6
**emergency**
145:24

**emergent**
105:11 109:4,7
112:15 117:3,6
197:6 207:1
**emily** 140:6
**emotion** 180:2
**emotional**
160:20,24
**employed**
21:13 22:1
26:11,13 163:9
173:23
**employment**
21:22 22:16
163:1
**en** 88:12
**encouraging**
176:22
**ended** 30:4
188:1
**endurance**
10:13
**engage** 155:24
**engaged** 14:4
**engaging** 38:21
39:3 148:17
**enroll** 165:1
**enrolled** 152:2
**entire** 25:23
101:12
**entrance** 78:9
80:3
**epidural** 34:24
35:1 83:19
84:15,17,18,22

85:2 88:14,15
88:16 89:2,10
89:15,18 100:2
104:14,15
115:4 192:21
**episiotomy**
104:10,12,21
111:2,8,13
112:9 114:23
206:19,23
**episodes**
149:20
**equally** 162:1
**equipment**
29:10
**erb's** 17:1
22:19,22,24
24:22 25:6
122:17 126:2
133:15 138:10
138:18,22
142:10 143:10
144:8 145:10
148:13 153:11
167:10,19
179:16 197:21
198:1,4,10
205:24
**errata** 209:11
209:13,17
**escape** 41:6
**especially**
128:2
**esquire** 2:2,6
2:11,12,15,17

3:2 209:1
**essentially**
13:21 21:21
137:9
**established**
128:5,12
**estimate** 42:1,2
50:9 57:23
60:21
**estimated**
181:4
**estimation** 90:3
**et** 209:4 210:1
211:1
**evaluated**
125:23 131:18
147:6
**evaluating**
168:20
**evaluation**
174:23 175:2
**evaluations**
174:21 175:14
**evening** 76:23
**event** 165:5
**events** 105:10
192:9
**everybody** 25:1
**evident** 153:21
**evidently** 66:23
98:2 101:10
164:19
**evokes** 180:2
**exacerbate**
194:13

**exact** 48:18
**exactly** 18:21
19:7 36:23
68:10 76:9,18
131:9 175:10
182:24
**exaggerated**
200:1
**exam** 83:3
**examination**
4:5 6:19 81:22
82:5,8,15 83:5
96:7 170:22
178:11 199:19
**examined** 6:16
**examining**
94:22
**example** 70:18
91:23
**except** 5:7
97:24
**exception**
186:4
**excessive** 69:1
190:1
**excessively**
158:11 185:12
**excuse** 16:18
96:19 106:3
176:14
**executive** 126:4
**exercise** 139:16
148:18 149:5
**exercises**
131:17 132:2

132:11 139:15
140:16 148:24
**exists** 34:11
**expect** 15:16
16:4 130:18
**expected** 96:8
113:5 157:19
201:1
**experience**
17:17 91:17
105:2
**experienced**
31:23 32:11
**experiences**
37:3
**explain** 55:19
143:13
**explained** 7:8
25:11 69:22
122:1 124:18
125:5 126:11
130:16 139:4
144:6 156:16
156:17 189:18
201:17
**explaining**
125:11
**explanation**
32:10
**extend** 161:10
**extent** 10:20
53:11 87:12
155:13 169:8
182:1,3 198:12
198:17 204:13

205:5
**extra** 139:7
**extremity**
138:20
**eyes** 98:14

**f**

**f** 32:22 208:1
**faben** 2:6 4:7
28:16,20 178:2
199:15,21
200:5 207:11
**face** 98:2,2,13
102:12,12,16
118:18 119:12
151:4
**faces** 98:4
117:7
**facial** 185:8
**facility** 150:2
**fact** 17:24 33:4
50:21 57:4
73:10 91:12
94:6 111:17
132:10 141:14
147:4 154:13
184:18 206:10
**fails** 209:19
**fair** 7:11,12,16
9:9 25:17 42:1
48:22 49:2
54:11 76:12
77:9,12 87:20
87:21 94:16
140:13 194:7
195:11

**fairbrother**
32:20 33:4,8
34:15
**fall** 152:12
174:16
**false** 37:15
**fam** 23:17
**familial** 146:7
**familiar** 16:24
24:8
**familiarity**
24:11,16 46:18
**family** 18:14
23:17 36:1
61:13 86:23
87:7 140:9
146:23 147:1
154:6 203:7,10
203:17
**family's** 127:10
**far** 9:19 30:5
83:17 85:23
130:21
**fashion** 69:16
**fast** 88:23
89:22 129:14
**father** 16:13,22
23:21 29:21
36:5 180:3
190:3 191:3
201:11,13
203:13 205:5,9
205:11,15
**father's** 147:2

**fault** 93:24
**favorite** 165:5
**fbrier** 3:4
**fear** 119:12
**federal** 168:5
**feel** 91:14,14,20
97:16 104:13
104:17 105:21
105:22 138:6
139:4,5 146:15
194:16,24
195:3
**feeling** 105:2
**feels** 155:15
**feet** 66:18,19
70:5 107:21
199:22
**fell** 144:6
**fellow** 47:11
**felt** 71:23 91:12
109:10,11
119:7 127:15
138:5 141:20
142:5,7 152:4
181:10 205:24
**female** 68:19
87:23 88:1
189:16,17
**fetal** 32:15 63:1
92:22,23 94:6
94:13,17
**fetus's** 79:1
**fever** 126:7,11
**fevers** 126:14

**fi** 25:1
**field** 108:11
114:15 165:4,7
**fifteen** 122:13
**fifth** 166:11
**fight** 29:16
**figure** 42:23
**figured** 166:21
**file** 20:22 72:8
73:1,5 75:19
166:20,24
167:5 190:13
**filed** 5:18,19
166:18 167:18
168:9 195:8,14
195:16,18
**filing** 5:6 76:4
167:23
**fill** 179:12
193:15
**filled** 80:24
**final** 19:17,17
22:4
**finally** 10:19
**find** 25:15
42:12 80:22
**findings** 67:2
94:14
**fine** 5:11 22:18
32:4 33:17
35:11 41:24
50:16,18 60:18
66:21 89:7
134:23 189:23

**finger** 55:18
124:3
**fingers** 50:6
55:18,21
123:19,21,23
156:20 185:16
**finish** 8:11,12
55:5,7,8
**firm** 6:4
**first** 6:15 17:14
23:2 25:18
54:20 60:4
61:17 76:10
79:1,15 80:3
83:7,12 84:5
88:3 95:18
101:3 105:4
107:1 110:14
110:16 112:7
117:5 121:1
122:18 127:19
131:6 134:8
135:23 137:24
144:3 167:23
174:14 189:2
**fishburn** 189:3
**fishersville**
159:16
**five** 36:11,17
38:18,24 90:5
96:20 110:19
199:22,24
200:2,2
**flexed** 115:15

**flexing** 115:12
**floor** 79:11,16
  79:19,22 80:2
  81:4,19 134:4
  134:9
**flooring** 22:7
**fluid** 82:24
  124:6
**fmla** 19:11
**focus** 118:12
**folder** 75:8
**folks** 181:2
  192:13
**follow** 127:6
  166:15 200:11
**followed**
  127:11 205:17
**following** 9:17
  51:4,12 58:17
  58:18,19,21
  73:21 122:18
  187:22 193:16
**follows** 6:17
**fontanel** 193:24
  194:3
**food** 29:11
  172:12 173:5,8
  173:8,12,12,13
**foot** 108:6,8
**forceps** 91:21
  91:23 92:3
  195:5
**fore** 153:16
**foregoing**
  211:5

**forgotten** 131:4
**form** 5:7
  164:18,19
**formal** 9:11
  140:14
**forth** 15:18
  73:13 98:3
**forward** 44:9
**found** 72:3
  80:20 88:9
**four** 27:13
  36:11,17 38:5
  53:18 106:13
  164:24 173:16
**fracture** 148:11
  148:12
**fractured**
  143:18 145:4
**fractures**
  138:19 143:24
  143:24 144:9
  144:13,21
**frame** 99:14
  183:2 194:16
  195:3
**framing** 58:2
**frank** 3:2 28:1
  33:19 178:6,14
**fredrick** 189:1
  189:3
**fredrick's**
  189:2
**frequent** 41:15
  133:5

**frequently**
  37:20
**friend** 128:17
  128:21
**friends** 23:17
  61:13
**front** 2:12
**frozen** 176:10
  176:17
**fruit** 69:4,10
  190:1
**full** 11:1 18:13
  18:15 33:23
  53:4 100:18
  182:1,2 198:12
**fully** 34:8 88:7
  88:24 89:3,24
  90:9 92:13
  118:11,23
  150:17 151:3
  151:10,12
**function**
  158:14
**furjanic** 1:14
  4:4 5:16 6:15
  6:22 11:3,4
  13:15 27:7
  29:5,22 75:17
  100:1 147:13
  178:14 180:3,4
  199:9,13
  200:11 207:13
  209:5 210:2,24
  211:2,4,12

**furjanic's** 29:6
**further** 21:2
  145:8 152:23
  165:1 166:15
**future** 141:7
  143:4 155:17
  175:6

**g**

**g** 5:2 179:19
**gain** 67:16 68:9
  68:22 69:1,12
  69:15,20,24
  189:9,21,24
**gained** 69:7
**gaining** 91:13
**gall** 135:22
**gan** 89:19
**gaps** 179:12
**garb** 103:6
**garden** 22:7
**gary** 29:22
  180:2
**gauze** 56:3
**gay** 202:7,9,9
**general** 30:13
  43:8 66:3 83:2
**generally** 17:7
  26:8 28:12
  29:5 42:8,22
  82:19 88:3
  95:7 177:9
  204:19
**generated**
  92:20 93:10,18

**genetic** 146:8,9
146:11,14,16
**george** 14:1
157:16 163:23
173:17,21
175:16
**gestational**
62:12 189:19
189:23
**getting** 34:6
50:8,9 58:4
79:16 117:21
136:17 148:21
149:12 162:21
166:7 177:14
177:16 181:16
204:18
**girlfriend**
170:9
**gist** 63:7
**give** 7:22 15:23
42:3 47:19
48:18 55:8
87:8 90:2
99:14 105:14
191:3,6
**given** 7:18 15:3
32:10 53:9
54:10 120:7
136:10 175:6
191:1 192:18
201:9 206:10
208:8 211:9
**giving** 8:2
97:14

**glasses** 102:10
185:6,7
**gloves** 102:3
**glucose** 62:16
189:23
**go** 7:9 13:7
17:10 18:2,13
18:16 28:21
38:14 50:15
55:7,9 63:18
75:9 76:21,22
77:5 98:6,20
128:20 137:20
145:20 151:8
171:2 172:22
174:4 176:2
179:11 184:12
186:18 187:11
190:15,18
191:14 194:2
199:14 201:10
203:4,10,17,18
203:22,24
**goal** 201:16
**goalie** 152:9,10
152:13
**goes** 7:10 12:16
36:18 160:12
175:3 177:17
**goggin** 1:15
2:16
**going** 6:9 7:24
8:1,9,10,16
10:15 13:9
16:7 18:14

28:23 33:20
41:8,20 49:8
50:3,14,23
51:17 53:1
55:16 56:19
57:3,15 58:5
61:4,18 66:21
75:11 80:5
81:11 86:11
96:8 97:24
98:7,19 99:19
102:5 104:18
105:17 106:21
122:2,3 127:16
130:17,19
135:12,14
136:19,19
138:7 139:3
140:11 141:19
142:4 144:8
145:18 154:16
170:15 171:4
172:3 174:15
178:2,16,18
179:4,5,11
180:17,17
182:18 184:13
187:12 188:5
197:14 200:24
202:14 207:3
**good** 5:13 6:22
6:23 17:8
41:10 50:9
58:4 61:20
69:3 145:6

156:11 158:6
159:14 180:1
181:16 193:17
202:15,24
208:4
**gordon** 2:11
**gordonrees.c...**
2:14
**gotten** 83:19
**gown** 102:18
102:18
**grab** 144:5
**grabbed** 110:6
**grade** 160:22
165:14 166:11
**grades** 158:4
**graduate**
157:19 172:24
204:16
**graduated** 13:5
13:18 17:22
184:9
**graft** 19:11
**grafts** 18:10
**grandmother**
179:15
**grandmother's**
179:16
**grandparents**
204:14
**grant** 201:7
**grasp** 124:2
156:23
**great** 154:5

**greatly** 54:7
**groceries** 29:11
**ground** 7:10
   10:14 91:13
**group** 33:12
   177:20
**groups** 177:20
**growing** 87:5
   142:2 151:20
   160:20 168:17
**grows** 141:18
**growth** 142:2,7
   145:1,7,8
**guess** 8:20 60:5
   80:6,12,14
   88:12 90:2
   93:16 119:2,6
   125:7 128:5
   137:9 149:13
   150:9 154:23
   160:19 164:13
   171:1 177:3
   183:22 207:3
**guessing**
   101:17 184:8
   193:16 197:17
**guests** 21:21
**guilty** 37:15
**guy** 125:8,10
**guys** 167:11
   178:7
**gym** 142:18,22
   149:10 164:20
**gymnastics**
   152:3 164:20

   164:21
**gyn** 188:15
**gynecology** 1:7
   2:9 5:18

### h

**h** 2:2 4:10 23:9
   32:22 210:3
**hacc** 18:3,16
   19:20,22 20:4
**hahn** 2:12,15
**hair** 156:3
   185:8
**half** 27:7 34:17
   90:14 91:7
   96:21 97:4
   100:6 108:20
   113:18 119:3
   133:18 147:14
   199:24 200:2
**hall** 1:9 2:20
**halls** 55:3,11
**hand** 50:8
   110:6 124:3
   156:20 157:5,5
   208:10
**handed** 112:2
   153:22,23,24
   154:1,1,8,9,12
**handedness**
   154:5
**handlebars**
   152:21
**hands** 58:3
   71:24 115:22
   116:1,5 156:2

   161:8 181:15
   195:1
**handwriting**
   192:9
**hanford** 160:11
**hank** 46:7
   160:6,12
**happen** 7:24
   63:22 79:23
**happened** 18:7
   25:5 30:19
   32:5 39:20
   66:17 144:3
   145:14
**happening** 56:7
   96:11,12
   187:13
**happy** 126:16
**hard** 97:15,19
   106:21 109:22
   111:7
**harm** 149:20
**harris** 39:9
**harrisburg**
   2:13 18:3 24:1
   25:20 33:3
   34:12 39:9,11
   40:6 48:9,12
   48:16 49:4,8
   51:3 54:15
   58:22 59:20,24
   61:12,19 75:2
   76:14,21 77:2
   77:16 78:10
   79:3,8 85:7

   112:21,22
   126:24 190:6
   190:11,16
**he'll** 143:7
**head** 8:4,24
   64:15 79:1
   92:6 99:10,13
   109:10 115:13
   115:16,18
   118:3,5,10,16
   118:19,23
   119:5 132:7
   151:12 153:17
   194:5 195:1
**head's** 97:18
   119:9
**headache** 97:14
**headaches**
   204:8
**headset** 171:17
**headway** 97:19
**heal** 19:11
   130:17
**health** 35:10
   36:23 37:2
   45:16 120:12
   144:20 147:23
   149:13 156:15
   157:23,24
   159:5 202:20
   209:4 210:1
   211:1
**healthy** 66:20
   70:5

**hear**   22:11 46:3
  104:1 120:22
  121:1 128:11
  178:8,23 179:6
  193:9,9
**heard**   23:2
  25:18 39:19
  86:12 98:22
  102:24 147:1
**hearing**   46:14
  119:20
**heart**   92:22
  94:6,13 205:23
**heavier**   144:11
**heavily**   110:5
**heavyset**
  185:10,11
**height**   199:22
**held**   1:14 13:11
  72:16 164:7
  207:14
**help**   113:21
  167:12,14
**helped**   95:10
**helpful**   168:19
  169:11 202:7
**helps**   93:23
**hemorrhaging**
  98:14
**hereto**   211:7
**herman**   27:20
**hershey**   127:11
  127:12,17
  128:10,15
  130:24 131:2

131:15 133:6
  134:19 135:24
  144:15 145:3
  159:12 189:4
  190:6 198:14
**hey**   149:5
**hi**   67:10
**hiatus**   20:6
**high**   13:5,18
  21:1 26:10
  29:7 156:13
  163:22 164:3
  204:16
**higher**   19:21
  26:12 113:12
  113:14 115:10
  115:13
**hill**   1:16 2:18
  5:23
**hired**   19:16
**history**   10:20
  16:10 171:8
  175:4 204:9
**hit**   126:14
  164:15
**hitting**   164:14
**hmm**   21:9 34:5
  42:17 53:22
  177:7
**hobbies**   202:13
**hold**   52:19
  166:6
**holding**   113:12
  113:24 114:9

**holidays**   29:20
**home**   12:17,18
  22:1,2,3,9,12
  31:21 37:20
  38:12,14 73:3
  74:2 130:12
  131:16,21
  132:3,13,19,23
  132:24 133:4,7
  139:14,16
  140:15 148:18
  148:24 149:11
  204:21
**homework**
  145:16
**honestly**
  190:17 196:20
**honor**   175:22
**honorable**   1:6
**hope**   98:8
  157:20 171:5
  197:23
**hopefully**   7:15
**hospital**   18:1
  20:11,13,20
  23:2,5,14,16
  24:2,23 25:20
  34:11,12 41:2
  48:9,12,17,19
  49:4,9 50:12
  51:4,10 58:23
  59:12,24 61:12
  61:19 64:1
  65:22 71:13
  72:13,20 73:24

74:9 75:2
  76:15,21 77:2
  77:6,16,18,23
  78:4,10,14
  79:3,8,20
  81:18 83:5
  85:7 90:8 94:5
  96:7 124:23
  125:3,4,19
  126:24 130:3
  131:14 132:2
  133:2,6 140:8
  146:14 150:13
  188:1,15,19
  190:11,16
  193:19,22
  198:4
**hospitality**
  21:18,20
**hospitalization**
  74:4 144:15
**hospitals**   1:8
  2:15 150:12
  171:3
**hotel**   203:7
**hour**   38:12
  119:3 123:16
  183:1
**hours**   10:15
  31:5,7,15,17
  34:5 77:8
  84:12,14,15,19
  85:8 90:5,14
  91:7 96:21,21
  97:4 100:6

108:20 113:18
193:11
**house** 48:15
130:12
**hug** 153:4
**huge** 141:17
**huh** 8:24 40:14
40:21 71:17
79:12 86:20
92:24 107:5
109:19 156:22
161:15 162:17
170:5 172:13
**hung** 25:12
194:5,6,9
198:20
**husband** 20:8
40:1,22 46:3
46:15 58:9
70:18 108:4,13
113:23 115:12
160:5
**hypermobility**
146:18 147:10
147:18
**hypersomnol...**
158:10

**i**

**ibs** 204:6
**ice** 172:1
**idea** 64:15
122:22 202:11
**identification**
159:4

**identified**
47:11 103:6
183:5,10,11
**identify** 46:15
47:14 63:12
83:8 85:5,15
86:4 87:19
140:2 183:4,6
**identity** 68:17
**idiopathic**
158:22
**iep** 160:22
161:3
**imagine** 52:17
52:22,23 59:4
77:7,9 82:17
119:17 151:18
161:11 183:19
188:8
**immediately**
24:21 48:8
78:15 79:10
110:8 120:9,11
121:22 127:23
**impairment**
144:22 148:3
**impairments**
35:15,18 37:6
37:8 155:1,1
**important** 7:21
69:20
**impression**
126:4 197:5
**improve**
130:14

**improvement**
201:23 202:2,3
**inch** 130:20
**inches** 199:23
**inchworm**
134:4
**include** 73:20
95:14 146:20
192:8 202:13
**included** 94:6
159:4 160:8
191:12
**including** 6:5
126:22 165:20
206:23
**incomplete**
72:9
**indicated** 172:5
208:5
**indicating**
151:9
**individual**
123:10
**individuals**
46:18 158:2
**indoor** 162:16
**induce** 57:4,17
**induced** 187:22
**induction**
51:16 57:15
58:16 65:24
188:4,6
**induction's**
188:10

**infant** 139:21
**infants** 162:12
**infection**
126:21
**information**
23:1 25:3,15
31:22 45:14
63:22 66:13
92:19 94:17,19
95:12 115:17
117:9 118:15
118:19 124:20
149:6 150:15
158:19 159:3
160:8 166:17
167:6 195:23
196:5 198:15
**informed** 81:2
**ingraham**
145:3 159:12
**ingram** 26:22
26:24
**inhibit** 10:8
**inhibiting**
158:14
**initial** 81:21
83:3,5 113:5
**initially** 133:1
136:23 138:23
**injure** 152:6
**injured** 18:18
19:10 127:15
150:6
**injuries** 177:21

**injury** 17:5,21
　22:20 24:14
　122:16 123:2,3
　123:11 128:3
　143:12,12,15
　145:10
**innervates** 17:6
**inserted** 92:5
**instances** 67:1
**instantly** 22:24
**instituting**
　75:23
**instructed**
　127:6 132:1
**instruction**
　7:22
**instructions**
　178:19
**instructor**
　161:13 162:11
**instrument**
　111:12 166:1
**instruments**
　195:4
**insurance**
　39:21 40:16
　45:24 128:20
**interactions**
　129:8 130:5
**interest** 176:20
**interested**
　176:9 208:9
**intermittently**
　114:2,4

**interrogatories**
　171:6
**interrupt** 27:24
**interrupted**
　184:12
**intervals** 62:1
**intervention**
　31:20 131:19
　133:3 139:17
　139:23 159:11
**interventions**
　133:19
**interviews**
　163:11
**introduce** 59:1
　103:3 105:13
**introduced**
　6:24 112:15
　167:8
**intrude** 87:6
**involve** 109:20
　146:17
**involved** 52:15
　65:14 83:9,12
　85:6,16,19,24
　86:2,5 87:20
　87:22 94:24
　100:13 101:4
　106:11 110:1,1
　111:5 113:23
　114:9 117:21
　124:15,17,21
　129:21 133:3
　134:17 139:20
　140:1,3 165:2

　194:10 201:15
**involvement**
　110:24 111:10
　128:24
**involves** 10:19
**involving** 30:14
　37:15 82:8
**irritable** 204:6
**irvin** 3:7 6:1
**issue** 43:13
　62:12 63:17
　69:11 119:11
　124:10 144:18
　146:10,24
　156:1,3 158:10
　163:15 166:4
　189:24 200:21
**issues** 37:2
　64:18 69:24
　142:21 143:6
　147:10 149:13
　150:10 156:12
　158:9 168:11
　175:4 189:19
　198:23 202:20
**items** 164:7
**iv** 34:24 35:2
　126:22

### j

**j** 2:6 3:2 179:20
**jacuzzi** 79:18
　80:18 88:9,11
　95:9
**jaundice** 31:19
　31:23 32:3,7

　32:11
**jayman** 2:11
　4:6 13:7
　170:24 171:2
　177:24 178:6
**jerusalem**
　11:15 12:24
　14:10
**jessica** 159:15
**jill** 23:7 179:18
　179:21,21
**job** 9:2 10:23
　19:12 21:12,17
　22:4 26:18,20
　39:21 66:19,21
　171:15 172:17
　172:22
**jobs** 175:5
**jog** 89:6
**john** 159:12
**joint** 147:10,17
**joints** 146:18
**jolly** 162:16
**journals**
　169:14
**joy** 23:21 24:3
　26:2 78:2,3,3,7
　81:16 108:4,13
　108:23 112:18
　114:5,7,9
　117:7 119:9
　191:4
**joy's** 98:2
**judgment**
　181:13,14

**juice** 69:4,11
**juices** 190:2
**julia** 78:1
**july** 27:11
　37:24 184:9
**jumping** 199:1
**jury** 1:8

**k**

**k** 23:23
**kappa** 175:20
**keep** 19:12 28:7
　33:20 98:7
　144:7 166:5
　179:3,5 187:12
**keeping** 164:16
**kelly** 3:2
　139:16,20
　159:9 167:8,8
**kept** 31:14 94:9
**keyboard**
　161:8,9,12
**keyboards**
　161:11
**kid's** 154:17
**kidding** 51:22
**kids** 144:4
　151:21 162:16
**kin** 208:9
**kind** 25:14
　102:13 105:13
　106:21 111:7
　121:10 123:3
　148:5 157:10
　162:7 197:17
　200:22

**kinematic**
　201:3
**king** 2:7
**kitchen** 22:5
**knee** 18:10,18
　19:10
**knees** 115:11
**knew** 16:4
　17:12 44:20
　64:16 98:5
　104:11,19
　182:15 186:12
　186:17
**know** 7:15,15
　10:17,21 14:19
　16:5,5,6 18:17
　25:4 27:1,2
　28:3 33:1,4,14
　36:23 38:13
　40:18 42:9,24
　43:23 47:7
　52:3 54:17,18
　56:11,17 57:16
　60:5,6 61:20
　63:8,17,17,22
　64:14,16,17
　66:12,12 67:10
　67:20,20 68:20
　68:24 69:23
　70:1,7,15,21
　74:10,18,20
　76:9 80:23
　82:1 83:16
　84:18 86:8
　88:22 92:22

95:8,8 96:5
97:12,13,18,21
97:24 98:11,12
99:4 101:18,20
102:2,4 103:9
105:2 109:10
109:24 110:1
110:10,14
112:18 113:2
113:19 115:23
118:17 119:7,8
119:10 120:7
124:2,16,19
125:6,14
126:10,13
128:1 130:8,9
136:19 140:12
140:18,20,24
141:19,21
142:7,18,21
143:16 144:12
145:14,15,20
146:9,12
148:20 149:5,9
149:10,23,24
150:2,3 151:10
151:19 152:16
152:22 156:1
157:6 158:4
160:17 162:4
162:18,22
167:1,10,12,24
167:24 168:1,2
168:3,16,22
169:7,14

171:10 172:1
173:14,19
174:3,3,7,10,17
174:20,23
175:13 176:5
177:1,4,6,7,10
177:18 182:13
184:6,14
185:18 187:2,4
187:6 188:7
193:3,21 196:1
197:2,22
198:10 201:8
201:15,20,22
202:8,10
204:10 205:11
205:23 206:4,5
206:9,11,14
**knowing**
　102:24 153:11
**knowledge**
　29:18,19 36:9
　37:9 53:22
　56:2,6 63:19
　69:13 85:3
　106:8 122:7
　147:22,24
　148:4 163:2
　175:15 182:10
　182:12
**known** 30:21
　67:1 160:6
**knows** 158:22
**kozin** 136:5,12
　137:6,15 138:1

138:13,23
139:2,4,9,15
141:2,9,24
143:1,9,11
144:6 145:9,11
145:19 151:1
155:16 156:17
200:21 201:4
201:18 205:17
205:18,22

**l**

**l** 1:18 16:16
23:9 86:17
179:19,20,20
**lab** 61:21 62:4
62:7 66:13
183:20
**labor** 16:9
23:14,17 24:2
25:12,19,24
26:5 33:15
34:3,23 43:1
44:8 48:3,6
50:4 53:24
55:16 56:4,20
57:4 59:12
75:1 78:15
79:4,5,11,16
80:2,19 81:12
81:15,19 83:9
83:12 85:6,10
85:11,17 86:6
87:4,14 88:8
88:23 89:21
90:19 94:18,23

96:3 107:4,21
108:14 109:1
113:6 115:24
129:11,14
130:9 168:15
169:2 188:13
191:12
**labored** 34:7
74:5 89:23
91:17 96:20
**laboring** 83:22
84:19 88:4,21
92:11 93:10
96:16 106:24
107:9,17
**lack** 150:15
**ladder** 157:2
**lake** 203:21
**lakes** 203:19
**lancaster** 2:7
**lapse** 21:5,8
**large** 64:7,16
64:17 109:22
155:8,9
**lasting** 144:22
**late** 90:13 99:4
**law** 9:13
**lawsuit** 7:2
76:4 86:22
160:7 166:18
166:20 167:5
167:18,23
168:14,20
190:4 195:12

**lawyers** 15:11
**laying** 102:4
121:10
**leading** 30:2
**league** 152:17
**learn** 125:15
167:4 182:19
**learned** 145:16
182:14
**learning** 35:7
**leave** 18:17
172:22
**lebanon** 190:8
**led** 31:16 46:1
58:22 92:17
200:18
**ledger** 74:17
**lee** 1:9 3:5 41:4
47:18,21 48:5
49:13,18 59:7
63:23 83:10
100:16 134:18
134:21 135:4
135:20,23
136:7 159:6
192:16
**left** 13:16 18:9
22:5 48:15
52:7 58:15
112:17 121:19
128:19 132:1
134:6 153:6,13
153:23,24
154:1,1,5,8,9
154:12,24

156:8 162:1
164:14 165:9
168:24 169:9
198:3
**leg** 114:8
**legal** 1:22 6:2,4
75:24 76:3
209:23
**legs** 107:6
113:12,21,24
114:9 115:9,13
115:15
**lehman** 23:7
179:18,21
**lemoyne** 27:17
27:22
**length** 34:19
120:2,6
**letting** 16:6
**level** 69:12
106:22 129:2
**license** 21:5,6,8
**licensed** 21:4
**lickdale** 26:23
**life** 26:11 87:7
158:15 203:9
**lift** 21:11
113:21 132:6
153:16 174:9
**lifting** 113:13
**lifton** 14:4
**light** 51:18 91:2
101:21
**lighting** 114:18

**lights** 114:20
**likely** 7:24 94:5
**likes** 203:7
**liking** 152:3
**limitation** 151:6,17 156:6 156:7
**limitations** 142:19 154:4 175:6
**limited** 200:24
**line** 98:21 210:4,7,10,13 210:16,19
**lined** 127:24
**lines** 99:5
**lippe** 125:22 127:7
**lisa** 1:18 6:3 135:7,9,22 207:15
**listen** 196:4
**little** 28:6 34:6 44:24 48:15 50:10 51:20 58:6 66:17 76:24 90:13 105:9,11 125:15 134:6 167:11 173:3 178:18 182:18 185:11 187:15 187:15 200:1
**live** 12:5 37:20

**lives** 27:15 112:21 190:8
**living** 29:9 83:1 149:2 156:1
**liz** 139:16,20 159:9 167:8,8
**llp** 2:11 3:2
**loading** 27:2
**local** 152:16
**located** 32:24 33:2 40:24 172:10 179:7
**location** 5:22 14:13 41:12 73:9 190:18
**locations** 203:18,19
**logic** 95:6
**logistics** 26:23 64:16
**logs** 169:13
**lon** 16:14,15,18 23:21 24:3 25:23 26:8 36:9,13,19 37:2,5 42:6,9 61:15 70:18 77:21 81:13 108:13,23 113:20 114:5,7 114:8 190:3 201:11
**lon's** 98:2 117:7

**long** 21:13 22:9 34:3,7 80:1,5,8 81:15,17 82:2 86:7 89:23 95:10 105:7,18 118:22 119:8 122:9 160:4 166:12 170:8
**longer** 34:11 97:23 130:17
**look** 34:20 53:22 98:1,4 102:1 117:7 145:5 170:16
**looked** 15:10 60:17 72:4,5 117:7 145:2 186:23 187:2 198:9
**looking** 87:3 108:9,10 189:5 207:5
**looks** 176:9
**loose** 112:13
**lot** 10:14 18:21 25:15 28:2 89:8,13 96:22 126:14 130:18 142:6,9 143:24 145:4 149:12 150:14 155:8 158:8 202:20 203:7,14 204:11

**loud** 28:12
**louder** 28:6
**loudly** 33:15 104:5
**low** 151:19 161:9
**lower** 110:15 110:16 151:19
**lunch** 50:2 52:7 172:18 173:1 181:3
**lunchtime** 49:20 181:19

### m

**m** 23:9 86:17
**m'liss** 86:9,10 86:12 87:18
**m.d.** 3:5 159:12
**ma'am** 10:12 11:2,7 18:16 20:16 21:16 27:4,19 30:1 43:20 45:15 70:10 78:24 95:3 145:24 177:24
**machine** 93:5 208:6
**macknight** 2:2 5:11 17:10,13 33:17,20 39:13 44:13,16,20,23 51:17,20 52:19 52:22 55:4,7 56:5,11,15

87:8 93:2,6,16
93:23 94:1
98:6,10 99:16
101:1 102:5
116:12,17
135:2,4,6,8
154:16 161:16
182:20 186:12
186:17 196:3
209:1
**made** 9:17 23:3
32:15 46:16
65:16 71:16,20
73:18 97:19
124:5 133:23
145:2 147:24
148:5 164:13
167:1 185:15
206:7 211:5
**maiden** 11:7
**main** 78:9 80:3
**maintain** 16:21
36:4 39:2
**maintaining**
107:20
**make** 9:1 29:16
44:21 57:2
66:1 70:5
86:11 96:24
104:9,12,20
111:13 132:6,8
141:5 162:21
**makes** 9:2
11:11 157:8
193:14

**making** 72:18
96:22 162:22
171:24
**male** 87:23
88:2 134:21
189:16 193:1,2
**man** 122:21,22
126:1 184:19
**management**
34:23 84:22
85:1 113:6
**manager**
162:15 171:18
**mansukhani**
2:11
**marching**
163:24 164:6
**marijuana**
176:24 177:1
**mark** 53:4
128:7,12 159:6
**marked** 4:13
**married** 11:4,6
12:6
**marshall** 1:15
2:16
**mask** 102:12,12
102:14
**masks** 102:13
**mason** 14:1
157:16 163:23
173:18,21
175:17
**material**
197:21 198:10

**maternal** 32:15
63:1 67:16
68:9,22 69:12
69:15,20,24
189:9,20
204:14
**math** 78:21
**matter** 5:17
10:19 17:24
**maximum**
145:21
**mbklaw.com**
3:4
**mcmongiello**
2:19
**mdwcg.com**
2:19
**meals** 67:21
**mean** 40:15
57:9,10 65:23
65:24 67:8
68:23 69:17
80:9 85:9,10
100:17 101:16
103:12 108:24
124:24 139:11
140:11 142:10
143:24 148:11
149:6 174:1
190:22 195:20
206:20
**meaning** 81:7
**means** 93:16
**measurements**
187:8

**meconium**
31:13,16 124:6
124:8
**med** 17:23 19:5
19:14
**media** 2:3 5:15
39:23 46:1,16
186:24 187:3
**medicaid** 74:18
**medical** 1:7 2:9
10:2 14:21
15:2,13 16:10
16:24 17:9,16
24:5 31:20
32:6 35:3
36:20 37:1
40:10,13,18
53:11 71:9
72:7,10,16
74:2,10,14,17
74:17 78:17,23
85:23 86:24
102:13,18
103:6 104:24
105:3 109:23
111:6 127:10
127:10 145:24
168:8,10,11
176:24 177:2
183:8 184:9
190:11,12,14
**medication**
10:8 34:24
35:2 157:10

**medications**
10:7 142:11
177:12
**medicine** 32:15
63:1
**meet** 77:3
133:9,13
**melissa** 86:10
**mellitus** 62:10
**members** 36:1
61:13 87:20,23
146:23
**membranes**
58:21 79:7
82:10,20,23
187:24 188:14
**memory** 39:14
59:4 89:6
184:17 185:15
**menstrual**
187:7,7
**mental** 149:13
**mention** 98:24
141:15 175:12
**mentioned**
39:17 45:21
57:14 70:2
87:13 164:20
171:8 191:17
193:18
**mentioning**
64:20
**messaging**
38:19

**met** 112:7,14
160:15
**mic** 28:1,16
178:24
**michael** 2:17
190:10
**micro** 26:23,24
**midatlantic**
209:15
**middle** 1:1 5:20
18:12
**midpoint** 68:11
**midwife** 47:2
95:1
**midwives** 46:21
95:14
**migraine** 204:8
**migraines**
204:9
**mike** 6:24 14:4
27:24 116:10
171:1,3 173:3
**mild** 31:19,23
32:7,9,9,11
**milestones**
133:10
**milk** 126:13,18
**mind** 49:1
**mine** 128:21
**minute** 105:18
110:18 206:16
**minutes** 48:16
80:9,10,11,13
80:16 84:13
110:19 120:21

122:13 206:15
206:20 207:3,8
**mirror** 97:22
106:20 115:23
194:21
**miscarriage**
30:4,6
**misinformation**
150:15
**missed** 193:12
**mix** 87:24
**mom** 91:3
125:12 149:5
204:21
**moment** 158:6
**moments**
101:12 105:15
**monday** 58:19
187:22
**mongiello** 2:17
4:6 5:10 6:9,21
7:1 13:14
17:12,15 28:7
28:9,13,18,21
29:4 33:19,22
39:16 44:22
45:2 51:18,23
52:24 55:10
56:8,14,21
75:9,16 87:11
93:4,8,21,24
94:2 98:8,18
99:18,24 101:2
102:7 116:20
125:16 135:3,5

135:11,19
154:18 161:18
170:14,20
199:13 200:10
207:9
**monitor** 92:6
92:23
**monkey** 144:4
**month** 130:21
131:10
**monthly** 41:20
**months** 30:9
76:8 131:24
134:4,10 172:7
173:16,18
**moot** 51:16
**morning** 5:13
6:22,23 83:14
85:10 186:2
**mother** 22:24
23:4,10,13
24:18,22,24
25:2,9 129:1
146:2 154:8
204:16
**mother's** 23:6
**motion** 50:8
181:3 206:2
**mouth** 102:14
150:21
**move** 14:13
28:1,20 123:21
123:23
**moved** 11:22
21:9,22,24

22:13 160:1
166:14
**movement**
97:16 130:14
156:20
**moving** 44:8
91:14,20
105:22 121:15
121:17,19,23
123:18,22
156:13
**muffled** 28:3
**multiple** 22:4
85:18 138:19
**musculature**
141:21
**music** 51:19,21
**musical** 176:11
**myers** 3:2

**n**

**n** 2:1 3:1 4:1
5:2 16:16 23:9
23:23 32:22
193:13
**name** 6:1,24
11:1,4,5,6,7
23:6,8 39:10
39:18 40:2
41:3 45:17,20
47:16 59:7
70:7 86:9
87:19 103:5
131:1 160:6,11
160:18 170:2
171:2 175:19

175:24 178:14
179:17 183:6,8
183:14 188:16
188:17 189:2
189:14 192:17
192:22,23
193:6
**named** 87:18
193:1
**names** 41:6
46:14 47:19
86:16 134:22
180:15,18
192:12
**nanny** 176:4,5
176:6,8
**natural** 142:13
**nature** 197:16
**ndlovu** 1:9 2:20
39:10 40:2,22
46:3,7,7,15
100:19 101:4
101:24 102:20
103:3,10,16,21
104:7,20 105:4
106:3 110:23
111:13,19
112:8 114:21
117:21,24
128:23 129:8
129:21 130:4
160:5,6 196:12
196:12 206:3,6
206:16

**near** 185:18
**nearly** 48:1
**necessarily**
64:14
**necessary**
113:7 154:2
211:6
**neck** 30:22
166:5,7
**need** 8:7,11,23
10:12,16 11:18
27:23 47:8
50:19 66:18
87:9 123:4
126:13 174:4
**needed** 21:12
31:5 63:20
97:11 128:20
141:6
**needs** 142:12
**neighbor**
167:16,18
**neighborhood**
167:9
**neither** 16:4,5
183:21 208:8
**neonatal**
124:13
**neonatologist**
124:15,17,21
**neonatology**
39:11 40:6
124:4
**nerve** 17:6 36:2
37:10 130:17

136:18
**neurological**
35:17 37:8
140:22 155:1
**neurologist**
127:21
**neurology**
138:16
**neuropsychol...**
175:14
**never** 18:24
46:7,10,13
63:19 72:5
76:2 88:18
111:16 112:15
112:16 118:19
122:8 124:18
133:14 134:7
138:9,12
142:15 149:24
150:4 151:9
153:8 160:15
163:2 168:9
176:8 188:7,9
189:18 191:7,9
196:8 201:9
202:9
**new** 37:12
148:20
**newborn**
123:18 132:8
132:12
**nick** 27:5,7,11
27:14,18 29:6
29:7,9,13,18

30:2,4,11,12,14
31:3 32:14,19
33:7,23 34:4,8
34:10,14,23
35:3,15,20
62:13 91:17,19
91:21,23 100:2
107:15 147:13
180:3
**nick's** 27:10
29:21 30:20
31:11,23 34:16
34:17,19
128:19
**nicu** 31:5,7,14
31:17 122:5,8
**night** 49:4
77:11 95:18,22
129:13
**nine** 22:10
110:16,18
120:1 134:3,10
143:21,22
144:21 199:24
200:2
**ninth** 166:13
**nitpicking** 89:5
**nitpicky** 34:6
**nods** 8:4,24
**non** 95:13
**nonverbal** 8:23
**noodle** 203:23
**normal** 8:8
34:21 43:18
62:21 66:15

69:16
**norman** 189:3
**north** 2:12
**northern**
177:17 186:20
**nose** 102:14
**notary** 1:18
208:3,14
211:13,19
**note** 209:10
**noted** 134:3
211:7
**notes** 50:14
123:17 170:17
179:10 189:5
**notice** 153:12
183:16 208:4
**noticed** 197:20
**noticing** 6:8
**nuchal** 30:21
30:24 31:2,11
31:12 91:21
**number** 4:12
5:20 39:22,24
42:3 45:24
79:23 174:12
**numbered**
192:3,6,7
**nurse** 41:5 45:8
46:9,21 47:1
52:17 68:3,18
70:7 86:9
87:17 88:2
94:24 95:9,21
104:4 110:6

112:2 113:20
121:8 129:19
129:19 184:21
189:11,13
193:4,11
**nursery** 122:7
122:11 123:13
123:20
**nurses** 52:15
85:21,22,23
91:3 102:22
106:9,10
**nursing** 17:20
18:2,4 19:3,17
19:20 20:1,4
85:6,13 86:5
87:20,23 95:13
96:4 100:9,10
113:15 117:14
126:12,15,17
129:3,9,10
**nutrition** 66:22
67:20,22 68:9
189:9
**nutritionist**
68:2 69:8
**nyes** 128:10

**o**

**o** 5:2 16:16
32:22
**o'clock** 48:13
48:21 76:24
207:4,7
**oath** 6:16 9:12

**ob** 188:15
**objections** 5:7
**obscured**
194:22
**observation**
121:16 122:3
151:7 153:14
**observed**
148:24 161:21
**obstetric** 41:8
77:1,5 100:13
**obstetrical** 8:17
10:20 33:7,11
41:11 45:5
46:8 47:15
53:24 55:13
59:21 60:24
61:6 62:22,24
63:5 64:19
65:7 66:7 67:7
70:22 76:20
77:14 81:3,22
83:5,7 85:5,16
94:5,23 96:2
100:7,8,11
106:7 113:5
**obstetrician**
32:16,17,18
45:12
**obstetrics** 1:6
2:9 5:18 41:23
**obstinate** 9:7
**obtain** 72:1
73:14 74:24
75:5,18

| | | | |
|---|---|---|---|
| **obtained** 72:9 | 200:13 | 18:19 19:19 | 72:9 73:4,8,14 |
| 72:23 94:4,7 | **offhand** 112:21 | 20:6,10 21:3 | 74:7,16 77:13 |
| **obtaining** 73:8 | 168:23 | 21:22 22:16 | 78:20 79:19 |
| **obviously** | **office** 49:24 | 23:4,10,16 | 80:7,18 81:10 |
| 96:24 126:15 | 52:6 55:23 | 24:1,18 25:9 | 82:1,4,11 83:2 |
| 162:10 168:22 | 72:7 132:23 | 25:17,22,22 | 83:7,22 84:16 |
| **occasion** 55:12 | 190:12,14 | 26:2,4,8,13 | 84:21 85:4 |
| 76:10 83:20,21 | **offices** 190:14 | 27:7,16,21 | 86:4,18 87:10 |
| **occasions** 83:24 | **official** 208:10 | 28:8 29:12,15 | 87:16 88:18,20 |
| 84:3 | **oh** 20:24 35:9 | 29:21 30:8,16 | 89:12,15,18,21 |
| **occupational** | 89:14 93:19 | 30:19,23 31:2 | 90:19 91:5,9 |
| 131:7,12 | 99:4,4 115:6 | 31:7,10,16 | 92:9 93:21 |
| 134:14,17 | 119:8 122:12 | 33:10,18 34:22 | 94:21 95:3 |
| 136:24 139:12 | 125:13 131:3 | 35:3,6,17,20 | 97:10,20 98:19 |
| 139:24 140:4 | 135:7 154:20 | 36:8,16,19 | 99:15 100:5,12 |
| 140:14 159:10 | 159:20 164:12 | 37:10 38:6,11 | 100:21 101:13 |
| **occur** 112:5 | 164:22 171:11 | 38:19,23 39:2 | 101:16 103:5 |
| 113:16 177:21 | 175:8 179:21 | 39:6 41:15 | 104:14,16 |
| **occurred** 8:17 | 186:13 193:14 | 42:9 43:5,19 | 105:19 106:23 |
| 30:6 57:19 | 199:14 203:11 | 43:24 45:19 | 107:4 108:13 |
| 58:12 66:8 | **oip** 125:22 | 46:6,11,21 | 108:17 110:10 |
| 82:2 83:13 | 127:7 | 48:11,20 49:2 | 110:23 111:9 |
| 95:5 96:19 | **okay** 6:11 7:6 | 49:15 50:14 | 112:7,23 |
| 98:23 117:11 | 7:13,18,21 8:3 | 51:2,7,17 | 113:16 114:2,5 |
| **occurring** | 8:21,22 9:5 | 52:13 53:7,11 | 114:12,17 |
| 90:24 117:3 | 10:2,6,12,18 | 53:20 54:3,9 | 115:1,9,17 |
| 118:9 | 11:1,7,11,13,17 | 54:13 55:15,22 | 116:3,13,17,19 |
| **occurs** 145:12 | 11:19,20 12:1 | 56:1,17,22 | 117:1,13 |
| **ocean** 203:19 | 12:4,6,9,12,15 | 58:20 59:1,6 | 118:13,15,21 |
| 203:22 204:2 | 12:21 13:3,6 | 59:13 60:1,9 | 120:16,22 |
| **odd** 38:13 86:9 | 13:15,21 14:3 | 60:24 61:21 | 121:19 123:17 |
| **offer** 39:22 | 14:7,9,12,15,19 | 62:4,22 63:9 | 124:12 126:6 |
| 143:9 | 15:6,9,12,17 | 64:3,9 65:5 | 126:17,23 |
| **offered** 79:18 | 16:2,13,17,21 | 68:2,5 69:10 | 127:13,18 |
| 121:12 144:20 | 16:24 17:14,19 | 69:14 71:15 | 128:15,18 |

129:4,24 130:4
131:1,6,11
132:15 133:22
134:18,23
135:10,11
136:13 137:19
138:19 139:1,8
140:24 141:4
143:23 145:6
145:23 146:6
147:13,16
149:20 150:5,9
150:24 151:14
153:10,19,24
154:7,24
156:10,15,21
157:21 158:23
159:15 160:3,5
160:10,13,16
160:24 161:3
162:15 163:9
163:14,16,19
163:23 164:2
164:11,23
165:19 166:22
167:16 169:12
170:11,14,19
171:19 172:20
173:3,14,17,22
174:20 176:9
176:15,17,23
177:8 178:5
179:2,12,13,21
180:1 183:21
183:23 184:2

186:1,3 189:7
193:15 200:2,5
201:11 203:3
204:13,22
205:11,16
207:9,16
**old**  11:11 27:12
78:18 131:10
134:12 199:2
**once**  65:24
69:10 81:4,4
81:23 88:10,16
106:20 107:22
115:4 123:20
130:12 132:18
132:18,19,21
132:22 133:8,9
140:12 148:20
152:3 164:15
166:13
**ones**  42:13
133:13 148:20
**online**  25:1,3
177:20 179:15
**onset**  37:12
**operating**
193:22
**opinion**  143:10
144:21
**opposed**  174:13
**option**  136:11
167:2 168:2
**oral**  34:24
**orchestra**
165:23 166:10

166:14
**order**  49:22
50:24 174:4
**orders**  173:24
174:1,6
**organized**
169:19
**original**  139:23
192:19,20
**originally**
160:7
**originals**  73:18
**orthopedic**
73:22 125:18
125:23 127:12
127:20 130:23
131:2 138:16
140:21 145:3
159:13
**orthopedist**
136:3,4
**ostensibly**
18:24
**ounces**  34:18
120:1
**outback**  163:7
163:14 173:4
173:11,15
**outcome**  31:3
208:9
**outpatient**
45:16 180:21
**outside**  76:11
132:23

**overall**  41:22
148:1
**overhand**
162:2
**overheard**  99:3
**overnight**
83:14 85:8
95:4 96:3
**overseeing**
171:20
**own**  12:14
20:21 32:2
71:23 76:22
106:22 110:7
140:11 150:13
169:6 177:14
193:16
**oximeter**  92:5
**oxygen**  92:6
110:1

**p**

**p**  2:1,1 3:1,1
5:2
**p.m.**  48:13,16
49:5 90:8
207:17
**pa**  1:24 2:3,7
2:13,18 3:3
**page**  4:5,12
169:4 210:4,7
210:10,13,16
210:19
**pages**  72:22
192:2,3,6

**paid** 74:10,13
74:19,22
**pain** 34:22 35:2
84:22 85:1
89:8,13,16
104:17 115:5,7
139:7 141:13
141:20,21
142:1,6,9,22
148:2,9 149:8
155:5,9,12,14
157:10 164:10
166:16 177:6
**pains** 166:7
**paint** 202:18
**pair** 101:11
103:24 104:3,5
104:6 105:5,5
105:15 111:1
111:13,15
206:18
**palm** 151:3,10
**palpation**
57:21
**palsy** 17:1
22:19,22,24
24:22 25:6
36:2 37:11
122:17 126:2
133:15 138:10
138:18,22
142:10 143:10
144:9 145:10
148:13 153:12
167:10,19

179:16 197:21
198:1,4,10
205:24
**paper** 15:11
93:1
**papers** 81:14
**parents** 204:13
**park** 162:16
**parse** 182:18
**part** 17:7 21:17
36:24 40:9,12
41:1,13 100:20
119:6 150:2
184:14
**partial** 43:15
44:1,7 59:13
66:16
**participate**
164:21 166:10
177:19 201:19
**participated**
165:4,16,20,22
166:13 201:3
**participating**
106:18
**participation**
165:21
**particular** 25:7
33:10 44:1
49:16 85:19,20
86:1 87:3
108:17 137:23
157:12 200:14
200:20

**particularly**
57:20
**parties** 5:5
162:19
**party** 162:20
208:9
**pass** 170:15
178:2 180:6
**passed** 20:8
105:8 120:17
**passing** 46:12
103:12,16
112:11,12
206:9
**past** 49:23 52:2
53:2,18
**pastimes**
202:13
**patience**
199:11
**patient** 129:1
129:13,23
130:1,7
**pay** 74:21
**paying** 177:15
**pediatric** 128:2
128:6 129:11
136:3,4 138:16
138:16 160:1
**pediatrician**
106:14,15
109:24 124:14
124:16,21
127:20,23
128:19,21

136:22 137:3
159:7,22
**pediatrics**
128:10,15
130:9
**pelvic** 25:13
**pen** 154:11
**pencil** 154:11
154:17
**penn** 205:7
**pennsylvania**
1:1,16,19 5:20
5:23 11:22
21:6,7 22:12
26:23 27:15,22
36:14 39:23
40:17 179:23
205:1
**people** 40:16
117:20 127:16
162:19 169:14
**perceived**
117:3
**percent** 138:7
141:16,18
**percentage**
32:1
**percentile**
120:5
**perception**
202:24
**percussionist**
163:19
**perform** 111:2
112:9

**performance**
  82:7
**performed**
  42:16 51:8,14
  57:1,22 60:2
  60:11,12,15,21
  61:12 78:24
  114:22 132:24
**performing**
  104:21 132:2
  132:10
**perineal** 108:12
**period** 100:7,14
  105:7 114:3
  122:13 158:24
  167:4 173:14
  187:7 194:4
  202:21
**periods** 74:8
**permanent**
  200:17,19
**person** 40:17
  67:19 70:15
  76:11 111:4
  182:15 183:11
  189:18
**personal** 71:15
  86:24
**personnel** 24:5
  163:15
**perspective**
  43:8
**peter** 2:6
  199:14

**pfaben** 2:8
**pharmacies**
  177:11
**pharmacy**
  177:10
**philadelphia**
  73:24 136:6
  140:9,12,19
**phone** 14:18
  178:3
**photographs**
  38:20 39:3
  168:12 169:9
**photography**
  169:1
**physical** 35:15
  37:5 73:12,20
  73:22 82:14
  87:19 96:6
  112:1 123:5
  131:7,12,20
  132:14,17,22
  133:4,5 134:13
  136:24 139:11
  139:20,24
  140:4,7,14
  155:1 159:10
  162:24 163:5
  167:7 175:3
**physically** 86:5
  172:16 196:24
**physician**
  45:11 47:4,5
  126:5 127:20
  134:18 136:2

174:7,17
  188:22,23
**physicians** 46:8
  95:14
**pick** 190:19
**picked** 72:7
  190:12 191:11
**picking** 173:24
  174:1 190:10
**pictures** 168:21
**piece** 93:1
**pillows** 119:14
  119:18
**pinched** 132:9
**pinnacle** 1:8,9
  2:10,15 73:11
  127:16 171:3
  209:4 210:1
  211:1
**pinnaclehealth**
  1:6,7 2:9,9
  5:17 17:24
  19:6,15
**pitocin** 113:2,7
  113:9
**place** 81:12
  114:13 120:15
  160:23 208:5
**placed** 84:17,19
  89:2,18 92:9
  92:12,16 97:22
  115:4 119:15
  121:6,10
  193:19

**placenta** 43:15
  43:20 44:2,7
  59:13 66:16
**placing** 119:19
  121:8
**plaintiff** 1:4 2:5
**plan** 187:21
**planned** 51:24
  52:3 188:5,11
**planning** 188:4
**plans** 14:12
**plate** 145:1,7
**play** 142:23
  152:15 162:16
  164:2,5,8
  166:1,3
**played** 152:7
  163:16,21
**player** 140:6
**playground**
  144:3 157:2
**playing** 153:1
  155:5,5
**please** 7:24
  8:15,19 10:12
  10:16 11:2
  23:8 25:2 28:2
  29:6 32:21
  99:17 119:2
  125:14 143:7
  207:15
**pled** 37:14
**plexus** 17:5
  22:20 122:16
  123:10 136:8

143:15 177:19
**plus** 44:23
  91:10 166:14
**poetry** 202:14
**point** 15:4 23:3
  26:21 31:8
  41:6,20 42:14
  50:1 65:17
  69:14 71:10
  82:15 89:24
  90:16 95:4
  96:18 97:8,21
  98:3,15 100:8
  101:8 105:12
  109:4 110:5
  113:9,20
  116:21 117:13
  117:18 118:2,4
  119:9,13 121:2
  121:13 122:14
  123:22 126:7
  127:14 130:1
  131:16 136:5,7
  137:21 143:14
  145:15,17
  158:21,22
  159:20 170:14
  181:7 189:22
  193:23 194:11
  194:14,15,20
  194:22 196:21
  198:17 206:6
  207:2
**pointed** 197:22

**points** 91:6
  94:1 99:12
  100:9 114:10
**policy** 33:13
  92:18 193:19
  193:22
**polyclinic**
  34:12 40:9
  41:1,13
**popping** 119:21
**populations**
  158:1
**portion** 159:14
**position** 19:14
  19:17 20:16
  21:19 56:16
  106:23 107:1,3
  107:8,16,21,24
  107:24 108:3
  118:16 122:23
  123:24 152:13
  162:18 168:23
  176:6
**positions**
  106:23 196:22
**positive** 146:13
**possess** 72:1
**possession** 54:1
  54:10 74:8
  76:12 168:19
**possibility** 99:1
**possible** 8:3
  189:20,20
**possibly** 194:15

**posture** 156:19
**potential** 64:20
  76:4
**potentially**
  64:12
**pounds** 34:17
  50:10 58:5
  64:1,13 120:1
  181:11
**pouring** 172:1
**practice** 32:24
  39:7,10,11
  40:3,6,24 41:9
  45:3,10 46:2
  46:22 47:10,16
  47:22 49:3,17
  52:10 54:15
  59:19,23 62:23
  67:24 70:3
  71:10 72:19
  75:1 103:16
  128:8,10
  129:15 130:11
  131:11 188:8
  188:16,17
  189:4
**practitioner**
  46:9 68:4,18
  70:8 94:24
  189:11
**practitioner's**
  189:14
**practitioners**
  41:5 45:8 47:1

**pre** 65:7
**precepting**
  129:20
**predicting** 61:7
**pregnancies**
  30:1
**pregnancy** 16:9
  30:3,10,14
  33:23 40:19
  42:20 43:12
  59:15 60:3,6
  62:17 66:24
  67:9,12 68:8
  68:11,23 69:2
  69:21,24
  103:14
**pregnant** 30:12
  32:19 33:7
  39:7,20 40:17
  41:16,23 42:5
  45:4 46:23
  49:8 61:23
  62:13 63:2
  65:12 67:16
  70:12,17,23
  71:5 74:3
  204:17
**prejudice**
  19:13
**prenatal** 30:11
  32:14 33:6
  39:6 41:8,11
  41:16,22 42:4
  42:10 43:2,6,9
  45:4,10,15

46:8,19,22
47:6,22 49:7
53:24 54:16
55:13 59:16,18
59:20 60:10,12
61:22 62:22
63:15 64:21
65:11 66:8
67:7 70:11,16
70:22 71:1,4,9
72:13 73:11
74:3,13,19,24
180:11 187:18
189:10
**prenatally**
60:21 61:1,7
63:5 65:7
**preparation**
14:16
**prepared**  95:9
**preschool**
164:22
**prescription**
157:11,15
**prescriptions**
177:15
**presence**  122:4
**present**  3:6 6:5
23:13,16 24:1
25:23 32:3
42:24 49:2
58:7 100:7,8,9
106:11 108:14
188:14 192:13

**presentation**
118:18
**presented**  43:5
48:9,12,21
49:17 51:4,10
54:14 57:11
77:15 78:9
80:3 90:7
188:19
**presenting**
188:1
**press**  110:7
**pressure**  116:6
**pretty**  17:21
25:11 58:4
97:6 100:10
101:1,9 133:16
140:17 143:14
158:6 172:16
182:2 205:22
**prevent**  10:3
**prevented**  48:9
**previa**  43:15,20
44:2,7 59:14
66:17
**previous**  54:17
**previously**
91:18
**primarily**
171:16
**primary**
186:20 188:22
188:23
**print**  25:2

**printed**  23:1
197:20 198:9
198:14
**printout**  174:3
**prior**  22:6 30:3
49:8 54:13
61:8
**private**  87:7
**probably**  7:21
24:17 25:21
31:12 36:11
37:22 38:5,18
42:2 44:4
48:16,17 49:1
52:17 59:4
69:3 80:13
82:17 90:4
92:8 95:6,15
106:13 123:4
131:5,23
134:10 135:8
149:3 150:14
151:8,18 155:9
158:16 170:16
171:12 172:4
176:14 178:17
184:9 190:1
193:17 203:12
203:13 206:10
**probing**  10:21
**problems**  70:1
**procedure**  50:4
55:22 56:1,23
57:1

**procedures**
81:11
**process**  7:9
32:2 78:13
83:22 85:17
119:6 126:8
**produce**  126:18
**professional**
76:3
**professionals**
109:23 111:7
120:12,18
**prognosis**
136:16 138:3
**program**  18:23
20:21 148:18
172:21
**progress**  31:8
88:22 96:22,24
113:6
**progressed**
89:22 113:13
**progressing**
67:9 105:22
129:14
**promoted**
171:18
**proper**  164:18
164:19
**properly**
141:22
**provide**  54:5
75:5 86:21
112:23 169:10

**provided** 32:16
47:22 55:13
70:13,17 71:6
72:4,6 73:5,17
76:6,11 94:9
104:4 105:15
159:3 171:7
**provider** 33:11
34:13 45:5
46:10,13 47:10
48:3 51:13
52:10 54:22,23
58:11 59:9
61:1,6 63:1,12
64:19 65:3,7
65:21 70:7
71:13 73:9
74:11 76:21
77:1,5,14 83:8
85:19,21 86:1
96:2 100:7,8
100:11 103:13
106:7 107:23
116:22 122:15
128:4 132:4
138:16 140:22
144:20 147:23
156:15
**providers**
33:14 37:19
40:23 45:6,7
47:15 63:5,10
65:21 66:7
67:7,23 70:3
81:4,23 85:5

85:16,18,23
87:13 90:1
94:5,12,24
95:16 96:4
98:1 100:13
105:20 111:21
113:12 115:12
116:4 117:1,14
117:17,19
121:22 140:3
141:1 159:5
**providers's**
115:22
**providing**
116:5 140:3
173:9
**psychiatric**
20:17,19
**psychologist**
159:17,19
**psychology**
157:23 158:1
**puberty** 142:5
142:8
**pubic** 116:5
**public** 1:19
157:23,24
208:4,14
211:19
**published**
191:23
**pull** 153:17
194:17,18
**pulley** 139:17
139:18

**pulling** 194:12
194:23,24
**pulse** 92:5
**punched**
149:21
**purchasing**
205:4
**purposes** 7:7
86:22
**pursuant** 72:2
208:4
**pursue** 26:11
**pursued** 131:12
132:23 133:1
133:19 139:3
**pursuing** 20:1
20:3
**pursuit** 19:19
**push** 88:24
89:1 97:18
**pushed** 91:7
97:15 115:10
**pushing** 89:19
90:1,14 91:13
92:10 96:21
97:4,11,23
98:13 99:10
100:6 105:20
113:14,14,19
117:15 118:12
119:6,8
**pushup** 153:17
**pushups**
142:16

**put** 32:3 56:15
72:8 73:1 75:7
75:8,18 110:7
116:4 150:21
160:23 165:5
190:13 196:6
**putting** 39:23
181:15

**q**

**qualified**
131:19
**qualify** 40:17
195:10
**qualifying**
44:19
**quarterbacking**
136:24
**quarters** 151:8
**queen** 171:9,14
171:15
**question** 5:7
7:13 8:1,3,9,12
10:6 17:14
45:20 53:23
55:8 56:7
61:20 75:19
76:16 82:9,20
84:16 93:20,22
107:19 113:22
116:11 120:16
131:5 148:17
149:7 150:5
165:10 168:16
180:2 190:10
193:8 196:4

199:16
**questioning**
98:21 100:22
**questions** 7:14
7:16,23 57:6
57:12 170:16
171:5 175:4
178:1,4,16
179:10 197:24
198:7 200:12
**quick** 98:6
99:16 101:9
199:15
**quickly** 105:7
112:5,6
**quit** 163:8,12
163:14 164:9
**quite** 17:23
40:7 82:24
111:6 170:12
204:10

**r**

**r** 2:1 3:1 5:2
32:22,22,22,22
208:1 210:3,3
**raise** 151:11
**range** 160:1
203:10 206:2
**rate** 156:13
**rather** 43:12
47:11 126:4
140:11 153:5
158:1 202:4
**rays** 145:6

**reach** 139:18
142:15 151:14
152:23 156:8
**read** 5:12 67:10
98:8 202:6
209:9 211:5
**reading** 44:24
**ready** 162:21
179:3 204:18
**real** 134:12
**realized** 117:6
145:15
**really** 21:11,12
44:3 47:3
82:12 86:24
97:18,18 117:5
142:24 145:13
145:17 152:12
157:4 160:17
175:1 205:24
**reason** 8:7
48:22 125:21
173:11 176:7
209:11 210:6,9
210:12,15,18
210:21
**reasonable**
80:15 90:3
118:21
**reasonably**
42:1 90:4
**recall** 8:15,18
19:7 32:13
34:16,19 40:23
42:15 43:9,13

46:24 47:10
49:18 50:3
51:8,12 52:15
55:12 56:23
57:6,12,18
59:2,3,7,18,22
60:1,10,13,14
60:15,20,24
61:10,11,18,21
62:1,7,16,19
63:4,7 64:3,19
65:6,12,15,19
66:5,6,11,12,16
67:6,15 68:7
68:14,16,21
69:6,14,19
71:8 72:18,21
72:22 73:8
76:6 79:2,9,19
79:23 81:2,6,7
81:9,10,21
82:3,7,11,13,14
82:16 83:4,16
83:18,23 84:1
84:3,3,4,21
85:13,21,24
86:1,8 88:2,4,6
88:6,8,11,20,23
89:2 92:1,9
94:10,12 95:4
95:15,17 96:6
96:11,12,21,22
97:4,14 99:6,9
100:13,16
101:3 102:11

102:15,19,22
103:8 105:19
107:12,14
108:22 109:5
110:2,12 111:4
111:4,12,21,24
113:11,11
114:12,16,17
114:21 115:14
115:15 116:9
116:12,13
117:16,17
118:9,14
119:14,17,18
119:20,23
120:2,4,8,20
121:4,21
122:18 123:1,6
123:8,21 124:4
127:18,22
131:23 132:5
137:23 139:1
150:22 173:20
180:14,14,22
180:24 181:5
181:23 183:11
183:13,17,24
184:22 185:6
186:6,7 189:13
190:17 192:5,7
192:9,15,22
193:19 197:1
198:5,13
**recalled** 180:18
180:21

**[recalling - regarding]**

**recalling**  82:19
**receipt**  209:18
**receive**  33:6
  43:24 74:16
  85:1
**received**  30:11
  41:12 70:12
  71:4 168:5,8
**receiving**  84:21
  180:10
**recently**  16:12
  149:8 173:5
  177:13,16
**recess**  29:1
  75:13 99:21
  135:16
**recession**  18:13
**recollect**
  183:16
**recollection**
  40:5 48:5
  49:10 54:21
  58:1 73:19
  83:3,11 90:13
  91:5,8,10
  92:14 94:21
  97:6 102:1,20
  109:21 110:21
  110:23 111:9
  113:17 123:20
  126:1 146:4
  147:21 187:17
  188:10 191:11
  191:13

**recollections**
  97:9 187:19
**recommend**
  143:4
**recommendat...**
  128:16
**recommended**
  64:23 138:12
  205:17
**record**  5:14 6:7
  11:2 13:7,10
  13:11,13 28:24
  29:3 54:5
  70:11 75:12,15
  99:20,23
  129:22 135:15
  135:18 176:23
  203:1 207:14
  208:8
**recorded**  5:15
  208:6
**recordings**
  15:6
**records**  14:21
  15:3,13 32:6
  35:7 43:19
  48:11,20 51:3
  53:2,12 54:1,9
  70:11,16,19,22
  71:1,3,9,12,13
  71:16,23 72:2
  72:5,7,10,16,17
  72:20,23 73:2
  73:5,8,12,12,16
  73:20,20,22

  74:2,6,8,24
  75:1,4,18,20
  76:7,11 78:17
  78:24 90:6
  94:4 110:17
  113:5 125:21
  126:23 134:3
  137:5 141:24
  144:14 145:24
  147:9 183:8
  187:18 190:11
  190:12,14,19
  190:21 191:11
  191:12 201:2
**recover**  123:4
  138:7
**recovered**
  167:21
**recovery**
  130:21 138:6
  139:7 206:1
**recreational**
  151:22 176:24
  177:3
**red**  32:2
**reduction**
  155:10 199:3
**rees**  2:11
**reeves**  175:24
**reexamination**
  200:8
**reference**  113:4
  145:23 201:2
**referenced**
  209:6

**references**
  144:14
**referral**  32:15
**referred**  39:24
  136:22
**referring**  86:19
  134:19 139:11
**reflect**  48:11,20
  53:12 125:22
**reflected**  6:10
  6:13
**refresh**  110:19
  125:24
**refused**  66:22
  67:5
**regard**  10:6
  22:22 24:12
  25:6 30:13
  38:19 39:6
  59:15 64:12
  67:15 87:4
  124:22 130:1
  132:2 138:17
  145:9 148:13
  150:16
**regarding**
  25:10 54:1
  63:5 67:22
  68:9 70:11,16
  70:22 74:2,18
  76:3 78:12
  87:14 96:16
  110:2 125:18
  127:7,21 189:8
  189:19 192:9

192:16
**regenerate**
  130:19
**regeneration**
  136:18
**regimented**
  8:11
**register** 80:4
**regular** 38:17
  122:6 128:1
**regularly** 66:24
  136:10
**regulate** 69:20
**relate** 168:13
**related** 31:12
  57:8,10 67:8
  143:12 157:11
**relating** 67:12
**relation** 89:3
**relationship**
  16:22 29:13
  36:4 128:11
  169:22 205:10
**relative** 69:20
**relatively** 88:22
  89:22
**relayed** 68:21
**released** 31:18
**relief** 115:5,7
**relieving** 89:16
**remained** 12:1
**remember** 8:18
  34:3,7 39:13
  39:14,15 41:3
  41:7,10,15

43:11 47:24
49:13,15 52:20
52:23 54:14
56:6,17 61:13
68:17 70:6
77:10 79:15
82:1,4,8,9
84:17 87:22
89:23 90:24
93:9 94:23
97:20 98:1,16
106:10 111:14
113:8 116:3
120:17 122:19
124:8,12
125:17 127:8
129:8 130:13
131:1,5,11,22
132:10 136:13
141:11 142:3
144:2,15
149:21 176:11
180:13 184:5
193:6
**remind** 9:6,7
  28:11
**reminder** 50:20
**remote** 187:13
**remotely** 5:24
  6:6 28:10
**remove** 122:3
**removed** 97:23
  106:21 115:9
**repair** 26:16,17

**repeat** 39:19
  104:2 107:19
  195:9
**repetitive**
  178:17,18
**replace** 18:10
**reporter** 1:18
  6:3 8:5 125:9
  207:16
**reporter's** 9:2
**represent**
  110:17 171:2
  178:15
**representing**
  2:5,9,15,20 3:5
  6:2 7:7
**request** 65:2
  71:11,15,20
  72:2 89:10
**requested**
  71:12,14 73:11
  73:12 104:3
**requesting** 71:8
**requests** 72:19
**require** 109:15
**required**
  211:13
**research** 23:5
  24:23,24 25:10
  179:15,17
**reserved** 5:8
**reside** 12:4,9
  12:13,22 27:14
  170:6

**resided** 13:17
**residence** 11:14
  12:19
**residency**
  184:24 185:3
**resident** 46:9
  47:12 70:8
  129:17 130:2
  179:22 184:8
  184:19,20,23
**resident's** 41:3
**residents** 12:2
  45:9 47:9
  180:13,15
**resides** 36:14
**residing** 13:3
  13:22 14:9
**resolve** 44:4
  155:12
**resolved** 43:17
  43:20
**respect** 157:24
**respective** 5:5
**response**
  111:20,22
  112:1 206:24
**responses** 8:23
**rest** 115:19
**restate** 76:16
**restaurant**
  163:7 172:8
**restriction**
  174:10,18
**restrictions**
  158:8 174:8

**result** 31:3,20
44:8
**resulted** 144:22
**resulting**
122:16
**results** 60:16
62:4,19 92:20
201:9 202:5
**resume** 43:18
**resuscitated**
31:6
**resuscitation**
109:16 110:3
**retired** 33:2,3,5
**return** 209:13
209:17
**returned** 73:18
120:19 121:5
121:23
**revenue** 204:24
205:3
**review** 14:15
14:21,23 75:5
75:7,18 195:17
209:7
**revisit** 131:4
134:24
**ride** 77:22
151:21 152:19
152:20
**right** 21:10
24:23 39:17
40:7 43:21,22
48:14 51:5,18
58:5 75:9

85:11 98:16
110:8,20,22
120:22,24
121:5,17,24
123:18 124:22
125:18 127:4,5
127:7,21
130:14 131:7
131:10,10,17
132:8,12
134:11 136:16
137:5 138:5,10
138:17 139:10
139:13 140:22
142:9 143:18
144:5,23 146:1
147:16,20
148:2,9,18,24
150:7,17
151:11,15
152:11,24
153:2,5,7,9,13
153:22 154:4
154:21 155:19
155:20 156:4
156:18 157:7
157:12 161:4
161:10 162:1,3
162:5,6 164:15
166:6 168:7,24
169:5,9 178:4
178:7,8 179:6
180:4,16,20
181:18 184:16
186:15 187:12

187:22 188:2
192:10,13
193:14 196:11
196:13,16
197:11,19,23
197:23 198:11
199:9,23 202:7
202:16 204:17
206:24 207:4
**rightly** 64:6
**ring** 45:20
**rings** 165:2
**rivera** 1:18 6:3
**rn** 17:22 19:4
**road** 11:15
13:1 14:10
128:10 189:3
**robert** 3:7 6:1
**role** 130:5
**roll** 107:12,15
134:5,6,8
**ronald** 125:22
**room** 8:20
15:10 26:4
58:12 79:17,23
80:2,19 81:5
81:16,23 82:2
83:1 84:8,11
90:20 93:10,14
93:18 95:21
102:21 103:19
103:22 105:14
106:3 108:14
108:23 112:8
112:14 114:20

117:24 153:11
162:21 182:4
185:23 197:2
203:8 206:3,13
206:16
**rotate** 162:7
**rotation** 129:11
129:13 130:8
185:24 186:2,8
**roughly** 30:9
**rounds** 197:9
197:11,18
**route** 88:12
**rpr** 1:18
**rub** 56:3 110:7
**rules** 7:10 9:5
**run** 95:7
135:12 142:14
152:12,12
**running** 156:14
156:19
**runs** 29:10
**rupture** 79:7
187:24 188:14
**ruptured** 58:21
82:10,20,23

---

**s**

**s** 2:1,11 3:1
4:10 5:2 23:23
86:17,17 210:3
**sacchetta** 2:2
**sales** 26:17
**sallwasser**
159:15,21

**sandwiches**
    172:9
**sandy**   192:24
    193:1
**sanford**   192:24
**save**   189:6
**saw**   14:3 20:22
    29:18 32:6
    35:6 37:23
    41:5 45:7 46:7
    46:10,13 48:2
    49:17 52:9
    54:21 59:9
    73:23,23 77:14
    95:16,18 98:4
    103:15 111:16
    117:7 118:19
    123:14 130:24
    141:2,24 147:9
    148:23 153:12
    155:4 165:3
    176:23 183:5
    185:22 186:5,6
    186:19 187:18
    194:23
**saying**   50:3
    64:3 74:10
    79:6 98:22
    99:3 101:18
    102:22 112:13
    118:4 150:22
    155:15 158:21
    180:14,22
**says**   134:10
    142:19

**sbattorney.com**
    2:4 209:2
**scalp**   92:7,16
    92:20 193:18
    193:24
**scalpel**   111:14
**scapulothora...**
    201:3
**scenario**
    206:21
**schedule**
    162:20
**scheduled**
    51:15 58:17
    65:24 128:2,5
**scheduling**
    15:14 57:15
**school**   13:5,18
    13:23 17:20
    18:2,4,11,15
    21:1,1 26:10
    29:7 38:1,3
    129:9,10
    142:18 158:3
    161:14 163:22
    164:3 165:13
    172:21 176:14
    177:18 204:16
**scissors**   101:9
    101:10 103:24
    104:3,8 105:5
    105:6,14 111:2
    111:14,15,17
    111:20 112:2
    196:13,15,19

    206:17
**scores**   110:10
    110:12
**scott**   136:5
**scranton**   3:3
    179:7
**scrapbook**
    191:24
**screaming**
    98:16
**screen**   66:23
**scrubs**   102:3,19
**scully**   2:11
**sculpt**   202:22
**sculpting**
    202:21
**se**   65:16 104:17
**seal**   208:10
**sealing**   5:5
**search**   46:17
    54:4
**season**   165:7
**second**   2:3 13:8
    28:1,22 60:7
    60:19 61:16
    105:14 110:15
    182:17 186:4,4
**seconds**   105:16
    105:17
**section**   50:13
    63:6,18,21
    64:2,24 65:2,8
    96:17 98:23
    99:1,5 181:21

**see**   8:6 33:13
    37:18 43:19
    45:5,11 46:21
    49:22 52:10
    67:11 83:17
    97:22,23
    104:18 106:21
    111:7 113:6
    115:1,21 116:1
    119:12 120:10
    122:12 132:4
    136:9 145:2
    146:8 153:20
    154:15 167:12
    171:11 175:5
    178:3 191:15
    194:18 195:1,2
    195:7
**seeing**   48:5
    49:13 93:9
    95:15 98:1
    103:8,12 111:4
    123:22 180:22
    202:5
**seeking**   117:18
**seem**   25:15
    89:5 141:19
**seemed**   58:2
    60:17 88:22
    206:13
**seems**   127:4
**seen**   15:2 36:9
    46:12 54:24
    55:1,11 57:11
    71:1,3 77:13

| | | | |
|---|---|---|---|
| 93:13,17<br>103:11 128:23<br>157:1 159:17<br>159:19 180:12<br>185:20 186:8<br>195:13 196:8<br>202:22 205:15<br>206:8<br>**segal** 134:18<br>135:1,4,5,20,24<br>136:2,7,14,21<br>136:23 137:4<br>138:12,23<br>139:2,9 143:9<br>159:6<br>**seldom** 133:15<br>**self** 26:11,13<br>132:2 149:20<br>**semester** 18:6,8<br>130:8 174:14<br>**send** 38:20<br>50:12 64:1<br>129:17<br>**sending** 75:20<br>**sends** 39:3<br>**senior** 157:16<br>165:15<br>**sense** 65:23<br>193:15<br>**sensitive** 10:22<br>**sent** 31:21<br>67:19 74:10<br>78:15 79:10<br>133:3 209:14 | **separate** 72:18<br>83:20,21<br>**separated**<br>16:18<br>**separately** 78:7<br>134:14,16<br>**september**<br>208:11 209:3<br>**sequence** 101:8<br>**sequential**<br>101:1<br>**serious** 109:13<br>142:22<br>**serve** 172:8<br>**server** 163:7<br>172:12 173:5,8<br>173:12,12<br>**serves** 29:11<br>**service** 77:7<br>203:8,8<br>**services** 1:8<br>2:10 133:7<br>**serving** 173:9<br>**session** 7:14<br>**set** 21:21 72:9<br>139:17<br>**setting** 9:11<br>132:24 148:12<br>**seven** 34:5<br>110:18 143:18<br>**several** 15:21<br>29:8 45:8<br>49:19 76:8<br>85:21 146:11<br>150:11 | **sex** 42:12,16,23<br>60:8,19<br>**shade** 90:22<br>**shared** 150:4<br>**sharp** 101:10<br>101:11 104:6<br>206:18<br>**sharper** 111:17<br>111:19 112:2<br>**she'd** 201:19<br>**she'll** 5:11<br>123:4 167:12<br>197:22 198:10<br>**sheet** 209:11<br>**shelves** 174:5<br>**shield** 102:16<br>**shift** 85:21 95:3<br>95:8,10,13<br>162:15 171:18<br>172:19 173:1<br>**shoes** 156:2<br>**short** 50:7<br>55:18,21 127:8<br>141:17 185:11<br>185:13,15<br>**shortened**<br>108:1<br>**shorter** 141:16<br>141:23 144:10<br>185:19<br>**shorthand**<br>208:6<br>**shortly** 78:5<br>120:14 125:12<br>159:22 | **shot** 165:5<br>**shoulder** 24:8<br>25:10,12,18<br>64:14,20 96:19<br>98:23 116:23<br>117:2,10<br>145:11 147:17<br>147:20 155:15<br>155:19,20<br>162:7<br>**shoulders**<br>146:20 164:7<br>164:10<br>**show** 75:20<br>90:7 110:18<br>126:23<br>**showed** 59:12<br>188:13<br>**showing** 140:9<br>**shown** 67:1<br>94:14 191:8<br>**shriners** 73:24<br>136:12 140:8<br>201:10<br>**side** 102:9<br>107:13,15<br>134:6 144:11<br>147:2 152:11<br>166:6 169:1<br>204:15<br>**sidelined** 17:21<br>**sidetracking**<br>22:17<br>**sign** 5:12 81:14<br>119:10 209:12 |

signature
  208:13
signed 209:20
significant
  115:7,8 122:13
  141:19
significantly
  185:19
signing 81:10
similar 22:20
  61:9 91:16
singing 162:13
single 12:7,8
  14:9 30:24
  107:21
sir 33:21
sister 23:21
  26:2 29:15
  42:24 43:2
  58:9 78:1
  81:16 97:18
  98:2 109:9
  112:18 113:23
  115:12 118:4
  118:10,22
  119:11 191:4
sisterhood
  175:22,23
sit 40:5 41:7
  47:16 53:13
  56:22 59:6
  62:6 66:8
  77:10 83:8
  85:4 87:18
  101:7 115:1

117:8 136:14
  175:2 191:10
sites 25:3
sitting 54:6
  106:17,19
  114:22 153:11
  171:1
situation
  105:12 117:4,6
  204:12
six 19:9 34:17
  37:22 38:18
  41:19 173:18
  207:4,6
sixth 79:22
size 49:22 52:1
  57:23 60:22
  61:3 96:8
  181:4,12
sized 34:21
sketching
  202:23
skipped 199:2
skipping 189:5
sky 101:21
sleepy 158:11
slender 102:9
  206:11
slightly 123:19
slower 134:1
small 144:12
  162:12
smith 11:8
smoothly 7:10

snap 119:20
snyder 2:6
soccer 142:23
  152:7,9,13,15
  155:6 165:20
social 186:23
  187:3
softly 116:15
sold 22:6
solutions 1:22
  6:2,4 209:23
somebody
  136:9 159:19
someway 68:11
somewhat
  104:13 162:5
son 93:15 154:8
songs 162:13
soon 78:6 80:23
  105:4 127:18
soonest 57:16
soothing 51:20
sorority 175:16
  175:19,21,22
  175:22,23
sorry 13:15
  22:16 29:23
  34:9 36:5 41:6
  47:7 50:14
  55:6 63:13
  71:19 76:16
  78:3 79:24
  82:6 86:7 89:4
  93:19 95:20
  96:14 100:1,23

107:19 116:10
  120:3 122:24
  134:21 136:7
  137:20 148:16
  153:24 159:21
  174:19,22
  179:1 180:2
  183:19 184:11
  187:11 195:9
  199:14,15
  201:17
sort 36:23
  146:9 198:16
  201:7
sought 45:4,15
  62:23
sound 40:7
  43:21 48:14
  90:10,12
  119:21 137:7
  197:11 199:23
sounds 43:22
  97:5 110:20,22
  137:8 175:10
  202:16
spawned 98:21
speak 15:19,21
  28:6 67:19,22
  69:16 77:4
  103:18 112:8
  130:4 133:17
speaker 28:12
speaking 14:17
  33:15 69:7

**special** 160:19
**specialist** 136:8
205:24
**specialists** 1:7
2:9 5:18
**specialty** 141:1
**specific** 73:19
130:7 184:7
188:9,18 198:6
**specifically**
60:21 109:6
111:12 123:1
124:22
**specifics** 60:14
82:21
**speculate** 8:20
**speculation**
184:13
**speech** 133:20
133:24 140:7
**speed** 156:13
**spell** 16:15 23:8
32:21
**spelling** 86:14
**spent** 31:5
**spinal** 17:6
**spiral** 191:20
**spite** 178:17
**splint** 148:14
**splints** 148:9
**spoke** 68:18
69:18 77:11
112:16
**spoken** 77:13
128:23 129:2

**sponge** 56:3
**spontaneously**
56:4
**sport** 165:16,19
**sports** 152:2,18
**spruce** 3:3
**spurt** 142:7
**spurts** 142:2
**staff** 85:6,13
86:5,16 87:20
87:23 95:13
96:4 99:3
100:9 113:15
117:14 126:12
126:15 171:21
**staff's** 126:17
**stained** 124:6
**stand** 62:5
78:12 121:7
**standing**
106:15,17,20
114:22,24
153:20 208:4
**start** 50:4
55:16 56:20
90:1 131:6
148:21 204:18
**started** 18:20
107:22 132:18
166:11 195:12
**starting** 32:2
**state** 6:6 168:5
205:7
**stated** 52:4
181:9

**statement**
37:15 57:2
104:20
**states** 1:1 5:19
**staunton**
172:11
**stay** 38:6,9
122:9 181:18
204:21
**staying** 70:4
**stays** 9:8
**steakhouse**
163:7 173:4
**stemmed**
204:12
**step** 24:20
**sterile** 114:12
**stipulated** 5:4
**stipulations**
5:10
**stirrups** 56:10
56:18 107:6,22
108:1 113:14
115:10
**stitched** 111:8
112:17 206:23
**stomach**
194:21
**stood** 185:18
**stop** 117:15
**stopped** 69:10
166:8
**stragglers**
170:17

**straight** 143:11
**straighten**
150:17 151:13
**straining**
118:14
**strange** 168:16
**street** 1:23 2:3
2:7,12 3:3 33:2
40:8,24 41:12
43:3 45:3,11
46:2,23 47:16
47:23 49:3,17
54:15 59:19
62:24 67:23
70:3 71:10
72:19 75:1
103:16 180:11
180:21
**stretch** 139:19
**stretched**
148:21
**stretches** 132:3
**stretching**
132:11 139:15
**strike** 24:7,19
35:14 52:8
64:10 71:2
89:9 94:3
118:1 138:8
148:7 159:21
176:18 197:1
201:20
**strip** 56:19
92:23 93:9,13
93:17

stripping 50:5
55:16 57:8
strokes 161:24
162:2
student 19:18
129:3,20
studies 61:19
62:2 66:14
study 201:4,15
201:18,24
202:4,5
stuff 98:15
125:14 156:3,9
stunned 109:8
stupid 126:12
subscribed
211:14
substance 10:7
10:8 16:10
successful 57:3
91:15
successfully
157:6 162:9
sued 160:7
suffer 168:4
suffers 155:4
sugar 69:4
suggest 136:9
suggested
155:16
suicide 180:9
suit 122:21
125:8,11 126:1
suit's 122:23

suite 1:23 2:13
2:18 3:3
suited 175:5
sullivan 128:22
summaries
15:2
summary 74:17
summer 12:23
13:4,17
sunlight 32:4
supervising
182:9
supervision
208:7
supine 107:3,4
107:21 108:2
support 132:6
132:8 142:14
supportive
119:15
supposed
171:21
sure 7:6 36:22
40:2 44:21
70:5 72:12
76:17,18 86:11
113:1 124:19
132:6,9 140:13
145:2 147:4
159:18 162:21
162:22 163:12
195:11,11
199:17 205:9
surg 17:23 19:5
19:14

surgeon 125:23
surgery 21:10
138:9 139:2,5
199:3
surmised
184:15
surmising
184:16
surprising
133:15
surrounded
121:2
surrounding
120:13
suspect 67:3
suspected
63:20 69:11
158:20
sustain 122:15
sustained
122:16
swallowed
31:13
swear 105:17
swim 161:13,14
161:24 162:10
162:10 203:21
swimming
161:21 162:4
swing 142:13
152:11 156:18
200:24
swinging
200:14

switch 111:1
switched 127:9
177:16 196:21
sworn 6:16
208:5 211:14
symphony
165:22
symptomatol...
146:13
symptoms
148:10
syndrome
146:10,17
148:1 204:6
synonymous
17:5
system 139:17
139:19 146:14

**t**

t 4:10 23:23
32:22 208:1,1
210:3,3
table 173:9
197:21
tables 173:13
tag 103:5
tail 206:4
take 7:3 10:17
18:11 19:11
24:20 43:16
56:2 80:1
81:11 122:2
127:1 130:20
135:11 142:11
145:14 157:13

Case 1:21-cv-01852-CCC-JFS   Document 84-9   Filed 03/20/24   Page 102 of 112

168:11 176:7
179:2 206:12
207:15
**taken** 5:16 10:7
79:17 115:24
120:18 122:5,6
122:10 123:13
169:6 194:21
208:4
**takes** 130:17
157:10
**talk** 15:23 16:2
30:10 50:19
56:12 109:12
149:4 155:16
198:19,22
**talked** 14:20
59:13 61:2
88:5 94:21
159:6 197:8
**talking** 8:7 9:1
38:15 116:15
125:11 133:11
133:17 135:20
152:18 168:14
180:10 190:9
206:20
**tall** 102:4
185:17
**task** 61:9
**teacher** 142:22
**teachers**
142:18
**teaching**
140:10 145:17

145:19 162:12
**tech** 20:17
**technology** 6:1
**teen** 204:11
**teeth** 156:2
**telephone**
38:15
**tell** 7:24 8:15
8:19 10:13
17:19 26:8
27:22 29:5
30:23 41:22
45:18 63:14
68:10 74:22
82:21 84:7
85:17 87:24
90:6 97:3,7
112:21 113:19
114:11 117:14
122:15 123:15
126:16 131:9
143:23 146:3
147:1 152:1
167:22 174:11
182:24 183:3
184:1,1,4,11,20
184:24 185:3
188:15,16
192:6 196:6,20
208:5
**telling** 13:16
66:15 88:24
90:1
**ten** 37:22
120:20 199:23

200:2
**tends** 152:12
**tenth** 160:22
165:15
**term** 17:1,4
24:8,12 25:18
33:23 53:4
89:22 112:13
116:22 117:2
127:8 133:10
**terms** 60:16
96:7 99:9
111:10 117:21
120:5 128:6
133:10,20
134:19 136:15
138:2,22 148:2
168:14 202:17
**terrible** 134:22
**test** 39:14 62:7
66:23,23 67:4
146:13 189:23
**testified** 6:16
47:8 55:15
65:6 70:10
75:17 89:21
95:3 117:20,23
187:20
**testify** 9:12
10:9
**testifying** 10:3
**testimony** 9:17
15:3 47:21
60:9,11 84:24
101:23 208:4,6

208:8 209:9,18
211:8
**testing** 61:21
62:5,16,20
146:8
**texas** 136:11
**text** 38:19
154:19
**texting** 38:16
**texts** 154:22
**thank** 6:11
11:21 18:22
24:6 27:4
29:24 40:20
44:19,22 50:20
88:15 116:13
170:20 177:24
199:10,12
**thanks** 28:14
178:7 200:6
207:11
**thanksgiving**
29:20
**therapeutically**
145:21
**therapies** 137:1
139:12 140:14
140:16
**therapist**
131:20 132:14
133:4 139:16
139:24 140:7
150:3 159:18
167:8

[therapists - time]                                                                    Page 49

**therapists**
140:18
**therapy** 73:12
73:20,22 123:5
131:7,12,16
132:18,22
133:5,20
134:13,14,17
139:21 140:4,8
159:10,19
200:12
**thereof** 208:9
**thighs** 115:15
**thin** 185:10
**thing** 37:13
50:7 67:11
79:15 132:5
145:1,5 150:7
157:3 198:16
**things** 22:4
38:16 49:19
68:24 86:24
88:5 89:6
92:18 104:18
109:4,6,13
140:10 142:17
149:24 151:20
156:23 162:23
167:13 172:2
174:5
**think** 6:9 8:19
13:16 28:5
33:1 39:19
47:2 48:24
54:6 56:7 58:4

68:3 72:15
84:12 85:20
89:22 90:8
96:20 105:6
117:5 134:16
135:20 142:5
143:14 144:19
144:24 145:14
150:14,20
153:4 157:7,13
158:6 163:15
166:15 167:14
168:18,23
173:1,7 176:20
176:21 198:17
199:24 202:3
202:23 203:5
203:14 204:11
205:18,20
**thinking**
143:22
**thinks** 186:11
**third** 33:2 40:8
40:24 41:12
43:3 45:3,11
46:2,22 47:16
47:23 49:3,17
50:7 54:15
59:19 62:23
67:23 70:3
71:10 72:19
75:1 103:16
180:11,21
**thirty** 27:13

**thorough** 54:4
171:4
**thought** 50:11
51:16 57:3
63:24 81:1
86:9 124:14
135:7,8,21
147:9
**thoughts** 138:2
**three** 30:9 31:1
38:5 99:11
131:23 136:11
140:1,5,15
151:8 164:24
172:7 173:16
203:12
**threw** 101:11
104:6 206:17
**throw** 153:8
165:8
**throwing** 153:7
**thrown** 149:24
169:20
**throws** 156:18
**thumbs** 154:22
**tie** 156:1
157:24
**tilghman** 1:23
**time** 5:8 12:2
12:21 13:10,13
13:17 16:19
18:12,13,15
20:8 21:17
25:10,18,23
26:5 28:24

29:3,17 37:23
43:22 45:12
48:18,23 51:15
53:17 54:14,20
64:10,11,24
69:7 70:18
74:8,20 75:12
75:15 77:14
83:17 84:4,8,9
84:10,11,18
90:16,17 91:6
92:13 94:13
96:9 99:1,11
99:14,20,23
101:6,14,17,19
101:20 105:7
107:17 108:14
112:7 113:23
114:3,8,10,13
115:18 117:9
118:6,9 119:8
119:16 120:17
122:13 123:14
124:24 128:9
130:15,20
133:17 135:15
135:18 140:24
141:2 143:5
148:23 152:7
158:8 159:1,20
162:22 163:10
173:14 181:1
182:2 183:1
186:5,5 189:6
203:11 206:5

206:15 207:13
208:4 209:19
**timeframe**
209:8
**times** 15:21
31:1 36:11,17
37:22 38:5,18
96:2 130:11
143:19 158:11
203:7
**timing** 119:4
**tip** 123:24
131:3 168:22
**tissue** 18:9
35:20 130:18
146:7,9 147:7
**title** 19:17
**today** 7:3,7,11
8:20 9:22 10:4
10:22 11:11
14:16 15:7,10
15:15,20 40:5
41:7 47:17
50:12 52:4
53:13 54:6
56:22 59:7
62:6 64:2 66:9
77:10 83:8
85:4 87:18
101:7 117:8
136:15 168:14
180:22 187:20
191:10
**toddler** 203:11

**together** 94:10
167:11 170:6
174:6 203:6,15
**told** 22:23
24:21 32:1
43:14,17 45:23
49:21 50:23
55:20 69:2
77:2,5 88:15
97:12,17 109:9
121:8 122:8,19
123:1,2 130:20
130:22 132:6
133:14 136:20
141:13 142:22
148:5 150:1
163:12 167:15
174:18 181:1
181:10 184:15
184:22 186:19
188:7,17
**tongue** 131:3
**took** 20:6,8
42:14 52:17
127:19 152:2
205:23
**topic** 63:14
68:13
**tore** 18:9
**touched** 173:3
**tough** 142:13
**toward** 41:20
108:12 115:16
152:22

**towards** 20:3
108:11 115:13
115:13 117:4
206:3
**townhouse**
12:14
**tracing** 92:22
94:6,13
**track** 165:4,6
**trailing** 28:3
**training** 17:16
20:19,21
104:24
**transcribed**
208:7
**transcript** 6:10
6:13 8:13 9:2,8
45:1 209:6,20
211:5,8
**transcription**
208:7
**transcripts**
14:23 15:1
**transfer** 127:13
**transferred**
22:1,13 136:5
**travel** 48:23
**treat** 39:8 47:5
62:24 138:15
**treatable**
200:17
**treated** 33:11
47:9,15 61:6
126:20 135:23
137:6 141:1

145:4 159:13
**treating** 32:18
47:10 140:21
**treatment**
138:3 160:1
189:10 200:12
202:5 205:16
**treatments**
43:24 139:9
**tree** 157:2
**trial** 1:8 5:8
9:18,22
**tried** 142:17
144:5
**tries** 152:12
**trip** 38:9
**triple** 31:2,11
66:22
**trips** 203:22
**trouble** 50:5
55:17,21
**true** 35:8 126:8
126:9 147:10
208:8 211:8
**trusted** 25:3
181:12,14
**truth** 45:18
208:5,5,6
**truthfully** 9:12
10:3,9
**try** 50:4 55:16
56:19 64:8
98:20 139:18
145:21 152:5
176:10 178:16

179:11 189:6
194:13
**trying**  9:7,7
56:15 89:6
144:4 153:16
153:17 157:23
193:15 194:10
198:22
**tucked**  124:1
**tumbling**  152:4
**turn**  38:13
151:3 203:8
**turned**  110:8
166:5,24 167:5
190:21
**turning**  98:3
**tv**  67:11
**twice**  94:22
164:14
**twisted**  132:9
**two**  18:24 19:1
27:4 38:12
45:8 59:23
61:11 83:24
84:3 90:14
91:7 96:21
97:4 100:5
105:10,18
106:13 108:20
113:18 133:18
164:5,8 166:23
167:4 170:10
170:12,12
171:9,10,13,23
182:7,8 185:23

186:7 197:12
197:17,19
201:14 203:12
**type**  16:22
24:14 34:22
36:2,22 37:1
37:10 54:4
57:21 67:11
74:16 84:22
92:3 94:14,17
103:5 109:15
114:17 119:14
119:20 132:11
136:2 138:9
146:16,24
147:7,24 148:8
148:14,18
150:7 151:22
157:3 161:1,7
161:10 162:8
162:23 175:21
175:22,22
185:3 200:12
202:4 203:24
205:16
**types**  139:8
146:11 172:1
175:4 177:20
**typically**  42:4

**u**

**uh**  8:24,24,24
40:14,21 71:17
79:12 86:20
92:24 107:5
109:19 156:22

161:15 162:17
170:5 172:13
**ultimately**  20:7
75:21 97:1
**ultrasound**
42:12,15 49:22
50:21 51:3,8
51:13 52:1,4
78:24 79:3
181:2,2,8,19
187:8
**ultrasounds**
59:19,22,23
60:2,10,12,15
60:20 61:11
**umbilical**  30:22
**unable**  21:10
157:5
**under**  6:16
9:12 80:9,10
80:11,15
119:15 126:3
155:15,19,20
193:22 208:7
**undergo**  50:21
64:24
**undergoing**
59:18 61:21
62:16 79:2
81:2,21 82:14
**undergone**
20:18 174:21
175:13
**underneath**
115:14

**understand**  7:4
7:23 8:2,13,24
9:3,14,16,24
10:23 18:22
20:2 40:20
46:6 87:2
93:20 104:23
159:24 178:20
179:1 194:4
197:16
**understanding**
7:8 11:21
16:17 17:3
22:22 24:11,16
36:13 44:7,11
44:14,17,18
51:2 53:2,7,16
58:20 64:9,11
74:12 85:15
146:6 163:1
187:5 200:13
200:16
**understood**
105:1 151:14
**undertake**
139:9
**undertaken**
134:14
**undertook**
55:23
**underwater**
162:3,4
**underwent**
199:3

**uneventful**
43:12
**unfortunately**
110:14 158:7
**unit**  5:15 17:23
19:5,14 129:12
129:19
**united**  1:1 5:19
**university**  14:1
157:17 163:24
173:18,21
199:6
**unpleasant**
80:21,22 88:10
**untoward**  31:3
60:17
**untreatable**
200:19
**upmc**  1:8,8
2:10,15 171:3
**ups**  173:23
174:2
**upwards**  151:4
**use**  86:22 91:20
99:11,17 104:7
116:22 139:18
148:7 152:5
164:5,7 176:24
176:24 195:4
**used**  9:18 26:15
26:17 27:2
40:9 91:22
92:2 93:15
104:9 111:13
111:16,18

114:18 128:21
154:17 196:15
196:18 202:9
209:20
**uses**  105:4
177:4,6,11
196:13 202:10
**using**  5:24
104:11 117:2
148:19,22
154:21
**usual**  5:10
**usually**  38:8,9
**utilize**  80:18
153:2
**utilized**  148:8
**uva**  146:14
199:7

**v**

**v**  209:4 210:1
211:1
**vacationing**
203:14
**vacuum**  91:23
92:3 195:4
**vaginal**  63:6
65:8 96:17
**vaginally**  34:1
63:18 64:8,13
**values**  62:8
**verbal**  111:22
**verify**  209:9
**veritext**  1:22
6:2,4 209:14
209:23

**veritext.com.**
209:15
**versed**  24:13
143:15
**versus**  5:17
63:6 84:8
96:17 115:18
153:13
**video**  5:15 13:9
13:12 15:6
28:24 29:2
44:24 75:12,14
99:20,22
135:12,15,17
203:2
**videoconfere...**
2:15 3:5
**videographer**
3:7 5:13 6:3,12
13:9,12 28:5
28:15,23 29:2
75:11,14 99:19
99:22 135:14
135:17 207:12
**videotape**  1:14
**videotapes**
168:13
**view**  194:22
**viewed**  15:6
**viola**  166:2,3
**virginia**  11:16
11:22 12:2,19
18:1 20:11
21:9,23,24
22:13,14 36:16

159:16 160:1
161:14 166:14
172:11 177:17
186:21 199:5
**virtual**  6:1
**visit**  12:19
13:22 36:17,18
38:1,7 49:7
52:16 57:7
58:8 59:2
146:1 180:21
183:18 201:10
**visits**  41:8,23
42:5,10 43:2,6
**vivid**  97:6,8
**vocational**  21:1
174:21,23
**voice**  28:7
**vs**  1:5

**w**

**w**  23:23 193:13
**wait**  159:20
196:3,3,3
**waiter's**  123:24
168:22
**waived**  5:6
**walk**  88:11,17
88:18
**walked**  78:13
133:16 206:16
**walking**  133:11
153:20
**wall**  108:7,9
**walls**  149:21

**want**   14:19
66:20,24 67:3
79:21 80:14
87:6 109:12
110:15 112:12
142:20 143:21
150:21 152:5
165:14 166:20
167:1 170:16
179:2,3 183:21
192:5
**wanted**   43:15
71:23 166:15
168:2 181:1
**wanting**   66:12
**wants**   8:20
**warehouse**
29:10 174:2,5
**warmed**   80:24
**warner**   1:15
2:16
**warranted**
139:5
**wash**   156:5
**water**   76:24
162:8,14
203:24
**watkins**   23:22
24:4 26:2
**waves**   204:2
**waving**   168:24
**way**   8:12 10:10
50:9 52:16
55:2 81:7,9
102:24 103:3

121:10 143:13
143:17 150:7
151:9 168:13
169:16
**we've**   41:9 61:2
142:21 168:9
**wear**   15:18
**wearing**   102:2
183:14,17,20
184:1
**web**   125:14
**wednesday**
1:12
**week**   15:22
38:18 53:4
54:18 132:21
132:22 133:8,9
140:12 155:23
177:4
**weekly**   41:21
**weeks**   41:19
42:21 43:20
60:5,8
**weight**   34:16
52:18 60:22
61:3,7 67:16
68:9,22 69:1,1
69:6,12,15,20
69:24 119:23
120:6 144:12
157:7 174:8,10
174:18 189:9
189:20,24
198:15

**welcome**   28:15
**went**   13:19
21:1 33:15
40:11,13 41:19
48:3,6 49:4
67:20 72:3
79:3,20 81:19
95:10 101:9
122:7 141:9
171:7 180:20
201:14 202:20
**whatsoever**
15:9 146:5
**white**   28:18
**wi**   25:1
**wiggle**   134:5,8
**willowy**   102:3
102:6
**window**   90:19
**withdraw**
158:24
**withdrew**
152:6
**witness**   4:3 8:4
17:11 28:2,8
28:11 33:18
44:15,18 52:21
55:6 56:18
87:10 93:3,7
93:19 98:12
116:15,19
125:10 135:7
135:10 161:17
170:19 178:5,9
186:13,19

196:8 199:12
199:17 208:8
208:10 209:8
209:10,12,19
**woman**   86:8
164:12 167:9
185:17 206:11
**women's**   45:16
126:13
**wondering**
17:13 125:24
**word**   127:1
193:12,15
**words**   9:21
117:19 148:13
150:21 205:18
**wore**   102:13
**work**   17:24
18:13 21:16
27:2 66:13
128:20 145:20
171:8 173:11
173:17,20
175:4 176:4
**worked**   17:23
19:5 22:6,7,12
140:18 162:15
171:9 172:5,18
173:1,4,15
176:5,8 204:24
**working**   20:10
21:18 26:22
139:14 149:9,9
149:10 163:6
171:14

**workplace**
  163:3
**works**  18:24
  186:10,11,15
  186:20
**worn**  148:14
**wrapped**  30:22
**wrist**  124:2
  146:2
**write**  86:16
  169:14 192:2
**writer**  98:7
**writing**  154:11
  154:13
**written**  86:17
  169:16
**wrong**  53:5
  67:3 68:6 75:6
  79:22 92:13
  98:5 125:13
**wrongly**  64:6

**x**

**x**  4:1,10 145:6
  205:19

**y**

**y**  32:22 205:19
**yeah**  15:16,21
  20:24 28:18
  29:16 31:13
  32:1,9 33:17
  38:8,10,12
  40:7 43:22
  44:15 55:4
  56:11 58:18

66:10,10 78:22
87:8 96:14
102:8 107:20
112:10 113:11
114:6 115:6
134:5 135:3,10
142:4 150:23
152:14 154:3
154:20,23
158:18 161:11
165:6,11
167:17 168:4,8
168:10 169:8
172:3 187:14
200:22,23,24
202:16 203:24
206:24
**year**  18:11,12
18:20 19:9,11
21:15 29:19
36:11,17 37:22
38:3,5 134:12
157:17 165:12
165:15 166:9
167:4 180:6
184:24 199:2
**years**  8:17
11:11 17:23
18:4,16,21,22
19:6,7,9 22:10
29:8 36:8,12
38:24 47:20
78:17 91:10
138:20 140:5
140:15 143:19

144:22 149:14
161:22 164:2
164:21 165:13
166:9,23 168:6
170:10,12,13
171:10,10,13
171:23 174:12
176:18 199:2
202:22 203:6,9
203:15 205:15
**yelling**  111:17
**yesterday**
  163:12
**yolly**  162:16
**young**  152:7
  155:7 184:6,19
**younger**  167:11
  176:19
**youth**  165:22

**z**

**z**  205:19
**zip**  11:18 27:23
**zippers**  156:9
**zoom**  179:8

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

000266

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.