# EXHIBIT "I"

# BASIC ADMISSION DATA

Date 8-16-01

Present Pregnancy: LMP 11/5/00  EDC 8/12/01  Age 33  G 2  T 1  P 0  A 0  L 1
Prenatal Course: ☑ No Complications  Gestational Age 40³ wks
Other: c/o SROM @ 8pm c̄ 2 large gushes of fluid. Seen in clinic + scheduled for induction for ?LGA

Interval History (36 weeks to hospital admission)  ☑ No Significant Problems
Complications: ☐ UTI  ☐ URI  ☐ Bleeding  ☐ Exposure to infection  ☐ Fever
☐ Nausea/Vomiting  ☐ Other  Details _____

Current Medications: ☐ None  ☑ Prenatal Vitamins/Iron
Other: _____

Laboratory Tests:  Blood Type O  Rh +  Antibody Screen _____
Rubella  ☑ Immune  ☐ Not Immune  RPR ☑ Non Reactive  ☐ Reactive
MSAFP ___  1 Hr. Glucola ___  Hepatitis B-surface antigen: ☑ Non Reactive  ☐ Reactive
Other: GBS

Fetal Assessment Tests:  ☐ None  ☑ NST  ☐ Biophysical Profile Score ___ /8  ☐ OCT
☐ Amniocentesis  ☐ Other  Details _____
Reactive

Admission Physical Examination:  Ht 5'10  Wt 240  BP 134/70  T 99¹  P 80  R 16  FHR 140 /min

System    Findings
HEENT    NL
Breasts   NL
Heart & Lungs  CTA Ⓢ  △ 3/50/-2
Abdomen  FT gravida  △ ⊕ Pool ⊕ Fern +/- NTZ
Extremities  Tr Ede

Labor Status:  ☐ Active Labor  ☑ Prodromal Labor  ☐ Not Active Labor
Membrane Status:  ☐ Intact  ☑ Ruptured  Amniotic Fluid:  ☑ Clear  ☐ Meconium  ☐ Bloody
Cervical Exam:  ☐ Anterior  ☐ Posterior  ☑ Mid Position
Dilatation 3 cm  Station -2  Effacement 50 %
Presentation:  ☑ Vertex  ☐ Face/Brow  ☐ Breech (type ___)  ☐ Transverse  ☐ Compound
confirmed by u/s

Additional Comments: TOCO Q5  FHT Reactive

Impression: 33 y/o G₂ P₁₀₀₁ @ 40³ presents in latent labor c̄ SROM since 8pm tonight.

Treatment: Expectant management for now. If ctx don't ↑, will start pitocin. Follow for s/sx of chorio, and start Ampicillin if ROM > 12°
- Breast feeding
- Depo.

Physician Signature _____ M.D.

**PinnacleHealth Hospitals**
HARRISBURG HOSPITAL
111 S. Front Street
Harrisburg, PA 17101-2099

Patient Identification: CAMI FURJANIC

## OBSTETRIC ADMITTING RECORD

Form 5070-17 (Rev 7/96) MR   White-Medical Record Mother   White-Medical Record Infant   White-Physician's   000268