# EXHIBIT "J"

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

BETHANY DITZLER :Case Number
:1:21-CV-1852
Plaintiff :
:
vs. :
:
PINNACLEHEALTH OBSTETRICS :Judge Christopher
AND GYNECOLOGY SPECIALISTS, :C. Conner
PINNACLEHEALTH MEDICAL :
SERVICES, UPMC PINNACLE :
HOSPITALS, UPMC PINNACLE, :
BEVERLY A. HALL NDLOVU and :
LEE BLECHER :
:
Defendants :

- - -

October 27, 2022

- - -

Virtual deposition of BEVERLEY A. HALL-NDLOVU, M.D., taken pursuant to notice, on the above date, beginning at 10:05 a.m., before Margaret Robinson, Court Reporter and Notary Public.

- - -

BLUE ROCK REPORTING, INC.
P.O. Box 1723
West Chester, PA 19380-9998
(610) 761-5150

2

APPEARANCES:

SACCHETTA & BALDINO
BY: BRUCE H. MacKNIGHT, JR., ESQ.
308 East Second Street
Media, PA 19063
Counsel for Plaintiff

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
BY: MICHAEL C. MONGIELLO, ESQ.
mcmongiello@mdwcg.com
Counsel for Defendant Hall-Ndlovu

MYERS, BRIER & KELLY, LLP
BY: BRIAN J. LEVY, ESQ.
blevy@mbklaw.com
Counsel for Defendant Blecher

GORDON, REES, SCULLY, MANSUKHANI, LLP
BY: THOMAS M. CHAIRS, ESQ.
tchairs@grsm.com
Counsel for Defendant Pinnacle

BARLEY SNYDER, LLP
BY: PETER J. FABEN, ESQ.
pfaben@barley.com
Counsel for Defendant UPMC

- - -

3

I N D E X


| WITNESS | PAGE |
|---|---|
| BEVERLEY HALL-NDLOVU, M.D. | |
| By Mr. MacKnight........... | 4 |


- - -

E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Hall-Ndlovu-1 | Curriculum Vitae.......... | 81 |
| Hall-Ndlovu-2 | Hospital Records.......... | 81 |


- - -

4

(It was stipulated by and between counsel that signing, sealing, certification and filing be waived; and that all objections, except as to the form of the question, be reserved until the time of trial.)

- - -

MR. MONGIELLO: I assume usual stipulations?

MR. MacKNIGHT: That's fine.

MR. MONGIELLO: Okay, Dr. Ndlovu would like to read and sign please. Thank you.

- - -

BEVERLEY HALL-NDLOVU, M.D., duly sworn according to the law, was examined and testified as follows:

- - -

BY MR. MacKNIGHT:

Q Good morning, Doctor. How are you?

A **I'm well, thank you, yourself?**

Q I'm hanging in there. My name's Bruce MacKnight, we spoke a little bit before we went on the record here.

5

I'm here today to take your deposition. Before we start, I'm going to give some instructions, but before I do that, I just want to ask you, have you ever given a deposition before?
A **Yes.**
Q Can you estimate how many times before you've given a deposition?
A **Twice when I was called to give a summary regarding my involvement with a patient, but I was never sued.**
Q Okay, I wasn't even going to ask that, but so you were like a witness or --
A **Provider, medical provider.**
Q And that was on two occasions before in that capacity?
A **Yes.**
Q Okay, how long ago was that?
A **When I was a resident and I can't recall what year.**
Q Okay.
A **And a couple weeks ago.**
Q Okay. The one a couple weeks ago, they may have given you some instructions, but I'm

6

going to give you some instructions so we can get through this smoothly today, okay?
A **Yes, thank you.**
Q And the one a couple weeks ago, you were a witness as well?
A **I was just deposed, I was not named.**
Q Okay, all right. Was that regarding the care of a patient?
A **Yes, it was.**
Q Okay. So it's a deposition, it's a question and answer session. I'm going to ask some questions, you'll give me the best answer you can.

A couple instructions for the most important person here, the court reporter. We need her to be able to get everything down accurately on the transcript, so that we have a clean transcript, because we're going to read it later or use it later, and if it's not clear, I'm going to be left guessing what the answer was or what the question was if we talk over each other, so I want you to try to resist answering a question that you think you might know where I'm going with the

7

question, that you may know the answer to, try to resist answering that question before I'm done with the question so that you have the whole question before you, okay?
A **Yes, thank you.**
Q If you do start to answer beforehand, I may say something, the court reporter may say something, we're not trying to be difficult, we just want to get a clean record, okay?
A **All right, thank you.**
Q The other thing with regard to the court reporter, it's important that all of your answers are verbal, yes, no or some other verbal answer.

If you give me an uh-huh or an uh-uh or a shrug of the shoulders or a nod of the head, I'm going to prompt you for a verbal answer, so again, it gets down on the transcript, because many of times I read a transcript that somebody else took and it's uh-huh or uh-uh and I'm trying to figure out if it was yes or no, right?
A **Yes.**
Q And I'm not bright enough to remember

8

months from now, maybe a year from now what you said, so if I do prompt you to give me a verbal answer, again, I'm not trying to be difficult or rude, I just need to get a verbal answer down on the record, okay?
A **Okay.**
Q If you don't understand a question I ask you, and it's certainly possible I'm going to ask you a bad question from time to time, I've never met any of these nice gentlemen here today, but if they knew me, they'd know I ask bad questions from time to time.

If I ask a bad question and you don't understand it, tell me it's a bad question and you don't understand it.

I won't get offended. I'll rephrase it until I get it in a form that you understand and you can give an accurate answer to, okay?
A **Okay.**
Q Same reason I gave you before. I want you to let me know if there's a question you don't understand. We're going to assume that if you answer the question, you understood

9

it, okay, so it's very important that you understand it, okay?
A **Okay.**
Q If you need to take a break, it's fine to let me know you need to take a break. I'm not sure how long this deposition is going to go.
I know this is a very very long time ago that this happened, so it could be quick, it could be a little bit longer, but if for any reason you need to take a break, let me know that, okay?
A **I will, thank you.**
Q Now typically I would say if you need to take a break to talk to your attorney, but this is a federal case, so that's not permitted in a federal case, but if you need to take a break for any other reason, that's fine, okay?
A **Okay.**
Q Is there any reason physically or mentally or any substance you may have consumed in the last 24 hours, that would impair your ability to understand the

10

questions I ask you today?
A **No.**
Q Same question, any reason physically, mentally or any substance you may have consumed, that would impair your ability to give accurate answers to my questions?
A **No.**
Q Last instruction, I don't want you to guess at anything, okay? If you don't know something, it's perfectly fine to say you don't know.
Again, I know this took place a long time ago and memories fade. I'm not asking you to guess at anything or speculate on anything. If you don't know the answer, it's perfectly fine to say you don't know, okay?
A **Okay, thank you.**
Q Now your counsel has told me that you have a copy of the chart that was produced in discovery here.
I do have a copy of it on my computer and I may pull up some pages to go through with you, but other than that, if you

11

need to look at something, that's perfectly fine to look at it.
If you do look at something to give an answer, if you could let me know what you're looking at, that would be great, okay?
A **I will do that.**
Q Okay. Last thing, Zoom, so we've all been on Zoom and we've all been on Zoom when we lost our connection or we've dropped or something like that happens, or somebody freezes.
If that happens, just sit tight, we'll get back into the Zoom meeting and we'll continue from there.
If you're having any issues on your end hearing me or understanding the question I said because of any connection issues, let me know that and we'll try to remedy that, okay?
A **Okay.**
Q I just want to start, can you give me your full name, ma'am, or Doctor?
A **Beverley Anna-Kay Hall-Ndlovu.**
Q And Doctor, I do have a copy of your CV

12

here. Do you have a copy of it with you?
A **Yes. Yes, I do.**
Q And it's one page; is that right?
A **I think -- I just realized, I think the page following my graduation or completion of residency is not on here.**
Q Okay, so there would be a second page?
A **Yes, regarding my employment, my hospital employment.**
Q Okay. Well, I'm going to go through that because I don't have that page, but let me ask this first, you're currently at UPMC Obstetrics and Gynecology Specialists; is that right?
A **That is correct.**
Q And that's at 100 South Second Street, Suite 4, Harrisburg, PA, 17104.
A **Yes, that's correct.**
Q How long have you been practicing out of that building?
A **We moved to that building I think in 2012 or '13.**
Q Okay. Let me ask you a couple questions about your educational background and then

we'll get back to your employment, okay?
MR. MacKNIGHT: Mike, I don't know if you have a copy of that page two. Is it possible to fling it over to me through the e-mail, that's fine, if not I'll just go through it with the Doctor.
MR. MONGIELLO: Yeah, you have what I have, Bruce. I'm sorry about that. I was provided one page.
MR. MacKNIGHT: I'm not going to flip out, don't worry about that, we'll just go through it with the Doctor.
MR. MONGIELLO: We'll get it to you.
BY MR. MacKNIGHT:
Q Doctor, let's talk about your medical -- your education. So you went to Iona College for undergraduate; is that right?
A **Yes, I did.**
Q And I'm guessing it's there you decided you wanted to be a doctor or was it before that?
A **No, it was while at Iona.**
Q Okay. And after that when you graduated



there, you graduated in 1987; is that right?
A **Yes.**
Q And you applied for medical schools while you were in your senior year?
A **No, I took a year off for financial reasons and worked to save for medical school.**
Q Very familiar with that. Very familiar with taking time off for financial reasons. But then you went to medical school and you went to Penn State?
A **Yes, Hershey Medical Center, Penn State.**
Q Okay. And when you went to medical school, did you have any idea of what area you wanted to practice in?
A **Yes, I did, in my second year of residency.**
Q Okay.
A **Of medical school, excuse me.**
Q No problem. And then you graduated medical school in '92?
A **Yes.**
Q Where did you do your residency?
A **My residency was also at Hershey Medical**



**Center, Penn State.**
Q And when did you finish your residency?
A **In 1996.**
Q Okay. And when did you take your test for board certification?
A **The written certification you take the end of your senior year, which I did, and a year after you graduate, you take your oral boards and I did that.**
Q So would that be '96 and '97?
A **No, it would be the following year. You have to collect your cases the year after you graduate.**
Q And your board certification is in what, Doctor?
A **OB-GYN.**
Q And did you have to take those tests more than one time or was it a first time pass?
A **I passed it the first time.**
Q Is there any -- I know some specialties -- is there any recertification process?
A **Yes, ACOG requires as a fellow that we**



**recertify each year and that it's current.**
Q When was the last time you recertified, Doctor?
A **December 2021 and I'm going through the recertification process. It's a continuation.**
Q Yeah, there's a whole process to it, right?
A **Yes.**
Q You thought when you were done you'd never have to take a test again, right? God forbid, right? And you're in the process of doing that, no issues with that?
A **No, none at all.**
Q When you -- where did you -- and I don't have your employment so let's talk about that a little bit. When you became board certified, where did you first go work?
A **I stayed on faculty at the Hershey Medical Center for a year.**
Q Okay and then after that year where did you end up going?
A **I joined Weber OB-GYN Associates in Harrisburg.**

Q And what was your position with them?
A **OB-GYN, practicing OB-GYN.**
Q And how long did you stay with Weber?
A **Well, it transitioned into the current practice it is today, so I've been there 25 years.**
Q Okay, talk to me about that transition. Weber transitioned into what?
A **We joined UPMC -- well, it would be Pinnacle I think in 2012 or 2013, and then subsequently became UPMC I think in 2017.**
Q The Weber, do you have any -- are you a partner there, do you have any financial interest in the practice?
A **No, I did not.**
Q And was -- and did you practice anywhere else or work for anybody else since you've been working for Weber that year after you were board certified?
A **No, I have not.**
Q All right, so you said they transitioned to Pinnacle in 2012?
A **We joined Pinnacle, we sold our practice to Pinnacle in 2012 or '13.**



Q Okay. And then Pinnacle transitioned into what, UPMC, is that what happened?
A **Correct.**
Q And you have gone along for the ride through all those changes.
A **Yes, I have. Still here.**
Q Okay, was -- in 2001 was it still Weber?
A **Yes, it was. We were still Weber OB-GYN.**
Q And how many doctors back in 2001 were at Weber?
A **Three.**
Q And who were those three doctors?
A **Dr. Weber and Dr. Ndlovu.**
Q Does Dr. Weber have a first name?
A **Daniel Weber, excuse me.**
Q Okay. That was a stupid question. You should have said of course he has a first name, dummy, of course he does, Daniel Weber. And does Dr. Weber, is he the one that owned the practice back then?
A **Yes.**
Q And then was it his decision I guess to then sell to Pinnacle and then sell to UPMC?



A **No, he retired prior to that.**
Q Okay, so was he with the practice in 2001?
A **Yes, I guess he was.**
Q Do you know when he left?
A **I think it was shortly before we joined Pinnacle.**
Q Okay. And again, this is you know, not a memory test, shortly is fine. So when you say shortly, a couple years or a year before?
A **Yes, a couple.**
Q Do you know how that worked out, how Weber became part of Pinnacle, did they approach Dr. Weber, did they approach you or somebody else?
A **No, my partner, Dr. Hanford Ndlovu and I made the decision.**
Q And Dr. Ndlovu, Hanford, is that your husband?
A **That is correct.**
Q So you're partners in practice and you're partners in life.
A **That's it.**
Q Okay. All right, so when Dr. Weber



leaves the practice, did the two of you take over the practice?
A **Yes, we did.**
Q So did you own the practice at that time?
A **Yes.**
Q And in 2001, Dr. Weber still owned the practice, still was the managing partner or the owner of the practice?
A **That is correct, and my husband.**
Q And your husband. So did your husband own part of the practice with Dr. Weber?
A **Yes, he did.**
Q Okay. And when did that happen, when did he become owner?
A **I cannot tell you when that occurred.**
Q When you joined the practice were you married to Dr. Ndlovu or was that sometime later?
A **No, we'd been married, still are.**
Q And is he the same type of doctor you are, OB-GYN?
A **Yes, he is.**
Q And when did he get out of school and --

was it kind of the same track as yours or was he before you or after you?
A The same track.
Q Okay. Did you guys go to the same school?
A Yes, we did.
Q Okay, I'm getting the picture of it now, following along. All right, so and again if I ask some of the same questions I'm just trying to get a track here of how all this occurred.
So you get out, you go to work for Dr. Weber and that's where you -- or you get out, you worked one place for a year right, Hershey, and then you go to work with Dr. Weber. Does your husband go at the same time that you do?
A He joined Dr. Weber right after our residency.
Q So he was already there when you came on board?
A That is correct.
Q All right. And then at some point before Pinnacle takes over in 2013, Dr. Weber



retires.
A That's correct.
Q Okay, so who was managing the practice in 2001?
A My partner. No, in 2001, excuse me, it was Dr. Weber.
Q Okay, okay. And then after Pinnacle took over, your husband, Dr. Ndlovu was managing the practice?
A After he retired, Dr. Ndlovu was managing the practice.
Q Did the owner -- so now once it's under the Pinnacle umbrella, Pinnacle owns the practice?
A We're part of -- we were part of Pinnacle and now UPMC, yes, we're owned by UPMC.
Q And do you have a contract with Pinnacle and UPMC?
A Yes, we did and still.
Q In 2001, did you have a contract to work with Dr. Weber?
A Yes.
Q And was that with -- do you know who



that contract -- it was obviously you were part of the contract. Do you know who the business end of the contract was with?
A In 2001, I was an employee with Weber OB-GYN and my contract was with Weber OB-GYN.
Q And where was Weber's physical address at in 2001?
A We were in the medical -- in Brady Medical or Brady Hall, Brady Hall on campus.
Q Is there an address?
A I don't know it offhand. I don't recall it offhand.
Q You said Brady Hall on campus of what?
A Harrisburg Hospital.
Q Okay, all right. So the office that you practice out of, was that your primary office?
A Yes.
Q It was on the campus of the hospital.
A Yes.
Q All right. And the office you're in now, is that in a different place?
A It's still on campus of the hospital.
Q But it's in a different building?



A Correct.
Q Okay. So from time that you went to work for Weber, up until present day, your office has always been on the campus of what used to be Harrisburg Hospital?
A Yes.
Q Okay. When Pinnacle purchased your practice, did they purchase the hospital? If you know.
A I'm not sure I understand the question.
Q So your practice was part of Harrisburg Hospital when you worked for Dr. Weber, right?
A No.
MR. MONGIELLO: Objection to form.
BY MR. MacKNIGHT:
Q Okay. Do you know why your office was on the campus of Harrisburg Hospital?
A He leased space from Harrisburg. It was a leased office that we paid rent for.
Q And that just happened to be where the space was that he was leasing.
A Yes, just like other physician groups that leased office space from the hospital.

Q Okay. And when Pinnacle took over, were you still in the same office?
A **In the physical building, yes.**
Q Okay. Was it the same --
A **I'm sorry, when Pinnacle took over?**
Q Yes. So 2001, you're on the campus of Harrisburg Hospital, Dr. Weber is leasing space there and that's where you're primarily practicing out of. Did I get that right?
A **Yes.**
Q Dr. Weber retires a couple years before Pinnacle essentially buys Harrisburg Hospital, right?
MR. MONGIELLO: Objection to the form.
BY MR. MacKNIGHT:
Q Go ahead, explain it to me.
A **Dr. Weber retired shortly before we sold our practice to Harrisburg Hospital. We had moved to the new location previous to his retirement.**
Q Okay. So after Dr. Weber retired, did he -- at the time that Dr. Weber retired, did he still own the practice?



A **Yes.**
Q Okay.
A **And my partner, Dr. Ndlovu.**
Q And did he sell his part of the practice when he retired?
A **The financial arrangements between Dr. Ndlovu and Dr. Weber, I'm not privy to the details. They were more intricate than that.**
Q Okay, but at any time you've never owned any part of the practice. Do I have that right?
A **That is correct.**
Q Okay. Then you just said that the practice was sold to Harrisburg Hospital.
MR. MONGIELLO: Objection to form.
MR. LEVY: Join.
MR. FALEN: I'll join that as well.
BY MR. MacKNIGHT:
Q When Pinnacle took over, did they take over the practice?
A **We sold our practice to Pinnacle. We were still leasing space from them in that building.**



Q Okay. And did you stay in that leased space after the purchase by Pinnacle?
A **Yes.**
Q When did that -- when did you move offices?
A **We're still in that current leased space. We've only moved twice.**
Q Okay. And so --
A **Once, we've only moved once.**
Q When did UPMC come into the picture?
A **When -- 2017, when they joined UPMC.**
Q When Pinnacle joined UPMC?
A **When the two entities decided to collaborate and become one system, yes.**
Q When that happened in 2017, did you stay in the same office space?
A **Yes.**
Q And have you moved since that time?
A **No.**
Q So that's the 100 South Second Street, Suite 4?
A **Suite 4-A, yes.**
Q Okay, all right. So in 2001, and I may have asked you this already, I'm getting a



little confused myself. In 2001, you were still on the campus, but not at that address.
A **That's correct, we were in the Brady building.**
Q Do you remember the physical address of that office?
A **No, I don't.**
Q All right. Did the practice in 2001, were they involved with providing care to individuals who sought medical assistance through the Dauphin County Medical Assistance Program?
A **I'm not familiar with the Dauphin County Medical Assistance Program. I'm not sure what you're referencing.**
Q All right, if you don't know what I'm asking, that's fine. Are you familiar with what's called Women's Care?
A **Well, that's a broad term, so it doesn't tell me which group you're referencing.**
Q Let me ask it this way, have you ever been to an office located at 2645 North Third Street in Harrisburg?
A **When I was a medical student and**

resident, yes. And I also worked there previous to my employment with Dr. Weber.

Q Okay. Do you know what entity was located at that location back in 2001?

A The Women's Outpatient Health Center.

Q With regard to that Women's Outpatient Health Center, when you would go there, what types of things would you do?

A OB and GYN care. We saw both, OB patients and GYN patients.

Q Okay. And you said your time that you had gone to that location was before 2001?

A Yes.

Q Do you know who -- what entity oversaw the obstetrics, the OB-GYN there in 2001?

A No, because I had no involvement with that practice, that group.

Q Is that -- when you say that practice, do you know who ran that practice?

A No, I don't.

Q When you went there, were you volunteering, were you an employee, what was your status?

A We went there as medical students and



residents and we, the three of us, Doctors Weber and Ndlovu and I, briefly worked there prior to my employment with Weber.

Q Do you remember when that was?

A No, I can't recall.

Q And you don't know who owned that women's center.

A Let me make a correction. In my early employment with Weber, the three of us provided care for that -- were some of the physicians that provided care for that system.

Q What years was that?

A It was well before 2001.

Q Do you have an estimate as to when that was that you provided care there?

A I can't.

Q When you would go there as a resident before you, what you told me you, the three of you, Dr. Weber, your husband and yourself would go there to provide care, when you were a resident when you went there, were there doctors there providing care?



A The residents from Hershey Medical Center rotated through Harrisburg Hospital and that collaboration was ongoing for many, many years, because I also went there as a medical student and so we were supervised by attending physicians.

Q Okay. Do you know any of the attending physicians that supervised you there? I know it's a long time ago.

A Yes, Dr. Weber was one of my supervising physicians. He's the only one that I can recall right now.

Q Okay. Would you -- would it be accurate to say, and if it's not, tell me, that that women's center was mainly staffed by first year residents and nurse practitioners?

A That is something that I cannot answer. I don't know.

Q Is that women's center still there?

A Yes.

Q Back when you were there, you said when you were providing care there, so I'm talking about after your medical school days and your residency, did I hear you correctly, that for



some period of time you and Dr. Weber and your husband provided care to patients there?

A Yes.

Q But that was before 2001, correct?

A It was well before that, yes.

Q Do you know, the records that you kept on patients that you saw there, were they all hand written records, were there any electronic records back then?

A No, we did not have electronic records, they were all hand written.

Q Do you -- did you ever supervise or -- I'll say supervise. Did you ever supervise any of the residents that may have come through that women's center after you stopped working there or providing care there?

A No, no.

Q So when you say Dr. Weber, yourself and your husband would provide care there at some point in time before 2001, would you spend a day there, spend a couple days a week there or would you just go on special occasions?

A We -- I can't remember the exact nature of how often we were there, but it was not a

full-time position. We still had our practice, so we provided coverage for the hospital at that site.

Q Okay. And I'm guessing, and if this is wrong let me know, I'm guessing that the three of you wouldn't go there on the same day, it would just be like kind of a rotation thing, if they needed coverage, you might get it one time and then it would rotate to the next person and kind of go that way?

A There was a schedule as to who would be in the -- covering any particular day, so that the provider was always present at the office there.

Q And do you have any memory as to when you stopped going to that women's center?

A I don't have any memory, but I know it was well before 2001.

Q Okay. Do you have any recollection as to when Dr. Weber's practice, anybody from Dr. Weber's practice stopped covering for that center?

A We physically did not provide care in that -- at that site well before 2001 and



that was the same for Dr. Weber and Dr. Ndlovu.

Q Do you have any information or knowledge as to who replaced Dr. Weber's practice in going to that women's center?

A It's a separate practice and so we did not participate or have any invested interest in knowing who was the doctors that were providing care there.

Q I did ask you -- I want to jump back for a second. Again, I might jump around a little bit. I'm not trying to confuse you. Again, if it's a bad question let me know.

I didn't ask you this question, you said you testified at two depositions, have you ever testified -- have you ever been engaged as an expert in a case?

A No, I have not.

Q Have you ever been asked to review records to provide an opinion with regard to care of another doctor?

A No, I have not.

Q Okay. And I think I know the answer to this question. I'm going to be asking some



questions about August of 2021. I'm sorry, of 2001, excuse that.

Do you have any independent recollection of anything that happened in August of 2001?

A No, sir. I do not.

Q You had a chance to review some records; is that right?

A Yes.

Q In reviewing those records, did those jog any memories with regard to, and I'm going to say the name wrong, Ms. Furjanic?

A No, I don't.

Q And do you recognize the name Bethany Ditzler?

A No, not before this case was brought.

Q Let me ask about Dr. Lee Blecher?

MR. MacKNIGHT: How do you say that Brian, Blecker, Blecher? I want to say it right.

MR. MONGIELLO: Dr. Blecher.

BY MR. MacKNIGHT:

Q Blecher, do you recognize the name Dr. Lee Blecher?



A Yes, I do.

Q How do you know Dr. Blecher?

A Harrisburg Hospital had a fellowship program for family practitioners wanting to do OB-GYN and he was one of those fellows that I worked with.

Q So this is after you're in practice, did you teach Mr. -- Dr. Blecher?

A In some capacity, yes.

Q Do you know if Dr. Blecher during the time that you knew him, ever provided care at the women's care center that we were just talking about?

A I cannot recall.

Q And I may have asked this, is that women's -- I know that you had some other name for it.

I keep calling it the women's care center, but that location of 2645 North Third Street, is it still at that location?

A I don't know.

Q And what was the name of it again?

A The Women's Outpatient Health Center.

Q Okay. And when you knew Dr. Blecher,

what types of interactions were you having with him?

A In labor and delivery we provided teaching experiences for the fellows and the residents from Hershey Medical Center.

Q So if you were in a delivery room, Dr. Blecher may be one of the individuals that was observing how you did that, how the process worked?

A No.

Q Okay.

A Dr. Blecher was not part of our practice, Weber OB-GYN, and he was in training. If he were interested in approaching me to participate with some of my deliveries, that was available to them.

Q That's what I'm saying, I'm not saying he worked for you, but do you recall him ever being in the room when you were with a patient who was in labor, who was getting ready to deliver a baby?

A I have worked with many fellows and many students and residents, so I can't recall specifically being in any particular moment



with anyone at any given time.

Q Okay, so no specific recollection of ever being in a delivery room with Dr. Blecher.

A That is correct.

Q And do you recall how long Dr. Blecher was in -- that you were working or training him in some respect?

A I did not train Dr. Blecher. I worked with him and I was aware that he was a fellow on the unit, so we had interaction, so we were all familiar with the residents and the fellows that rotated or were physically present at Harrisburg Hospital.

Q So was your interaction with Dr. Blecher actually in the hospital?

A Yes.

Q So it wasn't at your office that we talked about or at the women's care health center, right?

A I cannot recall having any interactions with him at the Women's Outpatient Health Center, because I'm not sure when he started his fellowship there.



Q So that page two that you're going to send me, I guess it's going to be pretty short telling me where you've worked at, because you've only worked at one place, right?

A Yes, I have, 25 years.

Q Maybe that's why we missed that second page. It's okay.

MR. MONGIELLO: We'll send it to you, Bruce.

BY MR. MacKNIGHT:

Q I'm going to jump over to some records now, okay, and if I need to pull something up I will, or if you need me to, I'll do that as well, okay?

A Okay.

Q So this is the -- of course I printed the ones without the numbers on them so let me pull them up on my computer here. Give me one second.

MR. MacKNIGHT: If everyone gives me two minutes, I'm going to print them up so I have the right copy.

MR. MONGIELLO: Sure.



(A recess was taken.)

BY MR. MacKNIGHT:

Q Sorry about that, Doctor. I don't want to waste your time, but I know I'll mess myself up if I don't have the right numbers in front of me.

Let me go back to one area real quick. Whenever you stopped going to the women's care health center, did your husband stop going too?

A Yes.

Q Did Dr. Weber stop going as well?

A Yes, both my partners were no longer physically going to the Women's Outpatient Health Center.

Q Okay. So the first page, we'll look at here. Other than -- so let me ask you this real quick, I know you reviewed the documents, the ones that are numbered down at the bottom, is that correct, 1 through 50, Harrisburg Hospital 1 through 50, did you review those?

A Yes.

Q Did you review any other documents?

MR. MONGIELLO: Bruce, sorry to interrupt, she reviewed 1 through 33.

MR. MacKNIGHT: Yeah, I got you.

MR. MONGIELLO: I omitted the after care stuff.

MR. MacKNIGHT: Yeah, it wasn't relevant, I got you.

BY MR. MacKNIGHT:

Q But let me ask you this, Doctor, other than that packet of records that you had a chance to review, did you review anything else?

A **The discovery notes from my attorney.**

Q You mean the discovery responses?

A **Correct.**

MR. MONGIELLO: That's right.

BY MR. MacKNIGHT:

Q All right, so let's talk about the records real quick. I'm going to share my screen so we have the records up here. Can you see that, Doctor? I'm going to go to --

A **Yes, I can see it.**

Q Okay. And Doctor, in reviewing these records, I just want to make sure I



understand, once the baby is delivered, is there any more involvement that you have with the patient or the baby after the baby is delivered?

MR. MONGIELLO: Objection to form. You can answer.

THE WITNESS: Can you -- are you speaking specifically for this?

BY MR. MacKNIGHT:

Q No, just in general. You're an OB-GYN, you provide care to the pregnant mother, get them through the process, then they go into the hospital or where ever to deliver the baby, the baby's delivered.

At that point does your involvement with the patient and the baby continue or does a pediatrician take over for the baby or how does that work?

A **Partly. My role as an OB-GYN is I take care of my patients when they're delivered by myself and my partner.**

**We're responsible for seeing the patient post delivery and providing hospital care until she's discharged. The baby care**



**is under the auspice of the pediatrician.**

Q Okay. So if -- I think you -- do you understand that in this case that the allegation is that the baby suffered some injury during birth. Would you as the OB-GYN be providing care to a baby with some sort of injury?

A **No, sir.**

Q Okay. So somebody else would take over, so any of those notes, I don't have to get into them, I'm just trying to streamline what I'm going to ask you about, okay?

I have a page up here on the screen and this is page eight of the documents that we provided to you, and up here the date on the document is August 16, 2001, and I'm just going to show you the entire document and ask you a couple questions.

Let me know once you've had a chance to read what's on the screen, then I'll scroll down to get the rest of the document.

I don't want to make it too small, because I want you to be able to read it,



okay?

A **Sure.**

Q You don't have to read it out loud, I just want you to look at it. When you're ready for me to scroll, I'll do that.

A **(Reading.) Okay. (Reading.) Okay.**

Q All right, so let me scroll up here and I'm just going to try and kind of -- this says basic admission data. Do you recall ever seeing this type of form before?

A **Yes, this was the basic admission form that we used at that time for all the groups, private practice practitioners group, as well for our patients that were admitted to labor and delivery.**

Q And is this a document that's provided by the hospital or is this a document that's specific to your practice?

A **It was provided by the hospital.**

Q Okay. And then obviously it's a hand written document, because in 2001, did the hospital have any electronic records if you know?

A **No.**

Q Okay. And then I'm just going to go through some things so I understand what they are. This EDC here, it says 8/17/01, what does EDC stand for? If you know.
A **The estimated date of confinement.**
Q Which means what?
A **Her due date.**
Q Okay, all right. And then over here it has the patient's age and then it says 2, G2. What's G2 mean?
A **G means that she's had two -- this is her second pregnancy.**
Q Okay, T?
A **Term, so she has had one term.**
Q P?
A **Pre-term delivery.**
Q None, right? A?
A **Abortions.**
Q None, right? And then L?
A **Living children.**
Q Okay. And then it says -- let me back up for a second. And who typically fills out this form?
A **The admitting -- the individual that**



**admitted the patient, whether that's a resident or fellow.**
Q Okay. And do you recognize any of the writing on this form?
A **I don't recognize the writing if that's the -- I could not look at the writing and tell you who wrote it.**
Q Okay. Let me just ask it this way, is any writing on this form, and I'll scroll down again, anything on here written by you?
A **My signature's at the bottom of the page.**
Q So down here above M.D., that's your signature, right?
A **Yes, sir.**
Q Okay. Before signing this document, would you review the information contained within the document?
A **I would have reviewed it with the fellow or the resident and discussed the patient.**
Q And would you sign this -- your signature on this document, would it be signed when the mother is being admitted?
A **Yes.**



Q Okay. So it's signed typically before the birth occurs.
A **Yes, I usually when I'm supervising the residents when we were providing care at that time, would have them present the patient and then review the information and then document my involvement.**
Q Dr. Blecher, did he ever work in the practice that you worked for?
A **No, he did not.**
Q And when you say -- well, if it's a resident or a fellow and the patient's in the hospital, they're filling out this form, were you responsible for supervising them?
A **We moonlighted for the hospital, my partners and I, and that role requires us to supervise the residents and fellows.**
Q When you say moonlighted, was that a second job?
A **Yes, the hospital had contracted with physicians from various groups to provide coverage for the Women's Outpatient Health Center on call.**
Q So if you were present prior to



Ms. Furjanic's delivery and consulting with the resident or the fellow, were you being paid by the hospital to do that?
A **Yes, we were contracted with the hospital.**
Q Okay. And when you worked in that capacity, would you wear any identifying name tag or anything like that?
MR. MONGIELLO: Objection to form.
BY MR. MacKNIGHT:
Q Let me ask it this way, did you have a name tag that you had to wear when you would moonlight?
MR. MONGIELLO: What are you asking?
THE WITNESS: I don't understand.
BY MR. MacKNIGHT:
Q In 2001, when you were supervising these residents and these fellows in this what you call the moonlighting position, which was contracted with your practice through the hospital, would you wear any -- a name tag like that said who you are and had any identifying indicator on it?

MR. MONGIELLO: Objection to form. You can answer.

THE WITNESS: The hospital does require us to wear name tags. I can't recall if my name tag in 2001 was what the -- my title and my name would have been on it, but I don't know what my in terms of private practice name would that have been there or whether it was just UPMC. Or Pinnacle, excuse me.

BY MR. MacKNIGHT:

Q In 2001, it was still Harrisburg Hospital, right?

A Right, yes.

Q So you're not sure if it designated on the name tag, Harrisburg Hospital or what have you.

A No, I don't know if it designated Weber OB-GYN or Harrisburg Hospital.

Q Did you wear a coat, a white coat?

A Yes.

Q And were those provided by the hospital or did you provide that?

A I don't recall who provided the coats at that time, but I know we had white coats.



Q Do you know if the white coat had your name and the name of the hospital on it or do you know what designation it had on it?

A My white coat had my name and it had Weber OB-GYN.

Q And you have no independent recollection or recollection of Ms. Furjanic, right?

A No, sir. I don't.

Q So you have no independent recollection of the delivery of this child who's now Bethany Ditzler.

A No, sir. I do not.

Q So let's look up here. Admission examination. Again, this isn't your writing, so this would be done by either the resident or the fellow?

A Yes.

Q All right. Down here, these things here, I don't have any idea, there's a C in a triangle, 3 slash 50 slash minus 2. Can you tell me what that means?

A She's 3 centimeters dilated, 50 percent effaced. That's the cervical exam. Minus two is in reference to the position of the presenting part in the pelvis.



Q Just explain to me what that means.

A So he examined her cervix and found that she was 3 centimeters dilated, the cervical length was 50 percent effaced and the head was at minus two station.

Q And minus two station, is that -- I'm not very technical and I'm not a doctor, so it may sound pretty rudimentary to you, Doctor. Minus two, where the head is, is that near coming out or --

A No, that's above the ischial spine, so no.

Q Okay, all right. And then down here we have an S in a triangle that says plus pool. I can't really read what this says, and then it says plus minus and it looks like NTZ to me, but can you tell me what those indicated? If you know.

A Pooling was present, so when he examined her, there was fluid in the vagina. He looked at it under the microscope and saw the Ferning pattern consistent with ruptured membranes, and then plus or minus, the Nitrazine paper was equivocal.



Q What's the Nitrazine paper for?

A It's a pH paper that, you know, will indicate or suggest amniotic fluid. It is not specific only, so a positive result does not necessarily mean that the patient has ruptured, there are other things that can give you a false positive or a positive color change.

Q So is that a test to test to see if the water -- her water has broken at that point?

A It's one of the things that we utilize, but it's not confirmative nor specific for ruptured membranes.

Q What was the middle one again?

A Fern, ferning pattern.

Q You say he looked under a microscope? What happened there?

A Based on the information here, Ferning is one of the things that we do to evaluate for ruptured membranes and he documented that here.

That sample of the fluid is put on

the slide and allowed to dry and then that's looked at under the microscope.
Q And can I ask you, Doctor, I know you didn't fill out this form, but had you prior to August of 2001, ever filled out one of these forms?
A Yes.
Q Okay.
A This is a form that the hospital required us to use for every patient that was admitted.
Q And all parts of these forms are filled out at the same time?
A I don't understand the question.
Q What I'm saying is when the patient comes in and they're in labor, when you're required to fill out this form, all the information on here is put on there at one time as they're examining the patient?
MR. MONGIELLO: Objection to form. You can answer.
BY MR. MacKNIGHT:
Q If you don't understand, tell me you don't understand, I'll try to rephrase it.



A I honestly don't understand the question.
Q Let me ask it this way, when you would fill out one of these forms when somebody would come in, in labor, ready to deliver, when you would fill out this form, would you fill it out completely or were there parts that you would go back and complete after the delivery?
A Well, it depends on what's going on at that moment. If the patient comes in and she's actively delivering, you're not going to be able to fill that form out in its entirety based upon the situation, but it is the H and P that is required, that we have to complete once we have assessed the patient, then we do the documentation.
Q Okay, so down here it says labor status, prodromal labor. What's that mean?
A She was not in active labor, she was in early labor.
Q It says membrane status ruptured, correct?
A Yes.



Q How would one go about determining whether the membrane is ruptured? I think you told me that this test up here was equivocal. How would one go about determining that it was ruptured?
A Well, a thorough specular examination is done, clear fluid or fluid in the vagina, you can look at it under the microscope for Ferning and the Nitrazine paper is also utilized as a tool to evaluate for ruptured membrane.
Q Okay. Once the membrane's rupture, is there -- is there a time frame in which the baby has to be delivered?
MR. MONGIELLO: Objection to form. You can answer if you understand.
THE WITNESS: Labor and delivery is a dynamic process. The time frame for ruptured membranes to delivery is not set.
BY MR. MacKNIGHT:
Q So there's no -- and we're talking 2001 here, okay, so back in 2001, there was no standard that said once the membrane ruptures, if the baby's not born vaginally



within 24 hours, then you have to move on and maybe perform a C-section or something like that?
MR. MONGIELLO: Objection to form. You can answer if you understand.
MR. FALEN: I'll join the objection.
THE WITNESS: According to the literature and also standard of care at that time, there was no end point in terms of when a patient should be delivered once membranes have ruptured, provided that mom and baby are stable.
BY MR. MacKNIGHT:
Q Okay, all right. It also says membrane status ruptured and it says clear and then next to it, it says meconium and there's another box for bloody. What's that designation, that the fluid that he was seeing was clear?
A That is correct.
Q Okay. What's the significance if it were meconium in the fluid?
A Just to document that it's meconium.

**You usually have the pediatricians present when babies have meconium stained fluid at birth.**

Q I think I remember what meconium is, I have two kids, what is that?

A **The baby had a bowel movement in utero prior to delivery.**

Q Okay. If there's meconium present, could that be a sign of stress on the baby?

A **No, not necessarily.**

Q Okay. And then the cervical exam, I think some of these numbers match what we talked about up here next to the C, right?

A **Yes.**

Q All right. And it says cervical exam, anterior, posterior or mid position. What's mid position mean?

A **Mid position is the position of the cervix in the vagina on a digital examination.**

Q Okay. And what does that mean to be in the mid position?

A **As opposed to posterior or anterior, it is located in the mid portion of the vagina.**



Q Okay. It says presentation, vertex. This looks like confirmed by. I don't know what that means there or what that indicates, but what's vertex, what's that have to do with the presentation?

A **That means that the head is presenting as opposed to breech presentation, where the feet or the buttocks are presenting.**

Q Got it. Do you know what this says down here?

A **It says confirmed by ultrasound.**

Q Okay. Doctor, before I go any further, is there a -- back in 2001, was there any standard or recommendation as to the size of a baby that should not be attempted to be delivered vaginally?

A **In 2001, according to ACOG, up to 5,000 grams, or the estimated fetal weight were 5,000 grams, you should have a conversation with the patient regarding prophylactic Cesarean section.**

Prior to that, ACOG did not endorse nor recommend or it was not standard of care to perform Cesarean section for every patient



with increased fetal weight.

Q What is -- back in 2001, what was the best way to -- well, let me ask it this way, was there a definitive way to estimate the weight of a baby?

A **After the baby's born.**

Q I'm asking before the baby's born, as a OB-GYN, if they're in the office and they look like they've gained a lot of weight, was there a way to estimate that?

MR. MONGIELLO: Objection to form. You can answer if you can.

THE WITNESS: Well, we would do ultrasound as a tool for many reasons, not just for assessing baby's weight, but it's not sensitive or very accurate.

BY MR. MacKNIGHT:

Q Okay. And this is going to test your memory a little bit, you can estimate if you want, I didn't give you that question (sic), but so between August of 2001 and now, I'm sure you've delivered a lot of babies, right?

A **Yes.**

Q Any estimate as to how many over the



last 21 years?

A **Thousands.**

Q Do you keep a list of births that you were involved in?

A **After residency we -- or during residency, we were required to keep a list of all deliveries or all procedures.**

**After residency, we were not required and no, I did not keep a list of my deliveries.**

Q Okay. If you're involved in a delivery at the hospital in that moonlighting position, would you have to bill for that?

MR. MONGIELLO: Objection to form. If you understand.

THE WITNESS: No, I did not bill for the deliveries, that was done through the billing department at the hospital.

BY MR. MacKNIGHT:

Q Okay. How about if -- well, let me ask, back in 2001, if someone came in to deliver at the hospital, would someone like yourself who was working in the hospital for the hospital in that moonlighting position be

involved, or could they have their own outside OB-GYN come in and deliver the baby?

A To work in any hospital you have to have privileges and that's a process, so to my knowledge, no.

Q If an OB-GYN had privileges at a hospital, could they come and deliver a baby?

A Yes.

Q Okay. Under additional comments it looks like TOCO Q5 and something reactive. Do you know what that means?

A The contractions on the Tocodynamometer were every five minutes, fetal heart tones were reactive.

Q Is that the belt or the -- that they put around the mother --

A Yes.

Q -- to monitor that? Okay, all right. And then there's like strips that come out?

A Yes.

Q Back in 2001, did they have that machine where the strips would come out?

A Yes.

Q Okay. There's a couple lines next to



the impression. I don't know if you can read it.

If you can't, I'm not going to ask you to read it, but if you can to any degree, then you let me know what that says, what it means.

A Next to impression he wrote 33 year old gravida parity at 40 weeks two days, who presents in latent labor with spontaneous ruptured membrane since 8 p.m. tonight.

Q Is latent labor just another term for that prodromal labor, is that interchangeable?

A Some practitioners will use it synonymously.

Q Down here at the bottom, before we get to the treatment, down here at the bottom, you already indicated that over the M.D., it has your name, correct?

A Yes.

Q Does that suggest to you that you were involved with this labor and delivery?

A It would indicate that, yes, I was aware of the patient, that I evaluated her with the



resident or the fellow, but whether or not I was physically involved with the delivery, I have no recollection and I have no records to review to indicate that.

Q Then we have Dr. Blecher's signature next to yours; is that right?

A Yes.

Q And at the time, Dr. Blecher would have been either a fellow or a resident?

MR. MONGIELLO: Objection to form.

MR. LEVY: I'll join.

BY MR. MacKNIGHT:

Q Let me ask it this way, do you know if Dr. Blecher was a resident or a fellow at the time?

A He was a fellow.

Q How are you recalling that he was a fellow at the time?

A There were a few fellows that stood out for you and he was one of them.

Q Okay, what stood out about Dr. Blecher that you could remember him being a fellow?

A His personality.

Q In what way?



A He was very charismatic, he was a very good provider, a very good physician, he was very thorough and very kind and compassionate.

Q As a fellow in 2001 at Harrisburg Hospital, was he permitted, if you know, to deliver a baby on his own?

MR. MONGIELLO: I'll object to the form.

MR. LEVY: I'll object to the form as well.

BY MR. MacKNIGHT:

Q You can answer.

A Any provider who is in labor and delivery can deliver a baby on their own without the physician, provided that they are on the unit, and if the patient needs assistance in delivering, any physician, whether it's a resident or any other practitioner, can provide delivery for that patient.

Q If there were problems or complications with the delivery, would Dr. Blecher be able to reach out to you to ask for assistance at

that time?
A **Typically as the current physician or attending, the resident or the fellow would review any issues they have with the patient.**
**If there were any concerns you would be notified by the resident, the fellow or the nurse who's providing care to the patient.**
Q If you signed this document and were present in the hospital that night and there was a complication with this delivery, would you have -- would he have been able to ask you for assistance?
MR. LEVY: I'll object.
MR. MONGIELLO: Yeah, I'll object as well.
MR. FALEN: Objection.
THE WITNESS: It would depend on where I physically -- where I was physically at that time, if I were providing -- rendering care to another provider, I may not have been present. To another patient, excuse me, I may not have been present.



BY MR. MacKNIGHT:
Q Okay. Next to treatment, again there's writing in here, Dr. Blecher, I'm not sure if he wrote it, who wrote it, but can you read that? And if you can't, that's fine.
A **Treatment space expected management for now. If contractions don't increase will start Pitocin.**
**Follow for signs and symptoms of chorioamnionitis, and will start penicillin if membranes have been ruptured for more than I think that's 12 hours.**
Q Okay, so let's back up. The Pitocin, is that the medication that's administered to kind of kick start?
A **Yes, to facilitate contractions.**
Q And then follow for signs and symptoms of, and I don't know what that word was you just said, but can you tell me what that word was and what that means?
A **Infection within the uterine cavity.**
Q And does infection become a concern if the labor is going longer than 12 hours with the ruptured membrane?



A **You're at a higher risk for chorioamnionitis if membranes have been ruptured for greater than 18 hours, according to the American College of OB-GYN at that time.**
Q Do you know Ronald Lippe, L-I-P-P-E?
A **He's a orthopaedic physician that I currently do know and work with, who works at the hospital.**
Q Okay. Do you know Kevin Lorah, L-O-R-A-H?
A **Dr. Lorah, yes, he was a NICU neonatologist.**
Q Is Dr. Lorah still at the hospital?
A **No, sir.**
Q Do you know when Dr. Lorah left the hospital?
A **I have no idea.**
Q So the next page that we'll look at is -- give me one second -- page eleven. So this is for a neonatal consultation. It says requesting physician Hall. That's your last name there, right?
A **Yes.**



Q Okay. Service, correct?
A **Yes.**
Q So does that mean you would have made this request for a consult?
A **No, that consult request could have been placed by the nurse providing care for the patient.**
Q Do you know why they would put your name in or your last name in as the requesting physician?
A **As the attending that was providing supervision to the resident or fellow.**
Q Okay. Can you just take a look at this form and then I may have some questions about it for you. Let me know when I can scroll down and I'll be happy to do that.
A **(Reading.) Yes, I'm ready. (Reading.) I'm ready.**
Q Okay, what kind of doctor is Dr. Lorah? If you know.
A **A neonatologist.**
Q It says reason for consultation, MSAF. Do you know what that means?
A **Meconium stained amniotic fluid.**

Q Okay. And that's what's circled down here, correct?
A **Yes.**
Q So what would be the purpose of the consult?
A **It was the protocol in labor and delivery, that any patient with meconium stained fluid during labor, a neonatologist would attend the delivery.**
Q I think you told me before, that meconium in the amniotic fluid is not necessarily a sign of distress for the baby?
A **That is correct.**
Q Apgar scores, what is that?
A **That's the evaluation of the baby within the first five to ten minutes postnatally, post delivery, as a sign of how the baby is doing, responding to the transition from delivery.**
Q Okay. Do you have any involvement in that or is that like a nurse or somebody else?
A **That's all done by the nursing staff or the pediatrician and attending.**



Q Do you know what the normal Apgar score would be? If not it's fine.
A **It's a range, so I'm not sure what you're asking.**
Q What range is normal?
A **Zero to ten is the range.**
Q Okay, so if it's zero, that's not good, right?
A **That is correct.**
Q Ten is baby's moving, baby's crying, baby's looking pretty good, right?
A **Ten is unusual. Most baby's have Apgar scores that are lower than ten, so it's very unusual to get a ten.**
Q If Dr. Blecher was -- well, let me ask it this way, Dr. Blecher's on that intake. Do you know who was involved in the delivery of this baby?
A **No, sir. I don't.**
Q But from the one form, we know that Dr. Blecher and yourself were in the hospital that night, right?
A **Yes, when she was admitted.**
Q How many residents or fellows would be



in the hospital at any one time? If you know.
A **I know there were usually several residents, I think two at a time. And we had in labor and delivery when you're on call, there's only one resident, senior resident.**
**Back then for Hershey, they may have had two, but it depends on what's going on at that moment in time and then the fellow would have been on call.**
Q And if your employer, someone from your employer, either you, your husband or Dr. Weber, were covering, moonlighting if you will, would there be any other entity that would cover those -- let me back up.
It's a complicated question. If you were there covering, would anybody else from your service be there?
A **Yes, there were instances if my practice was very busy and you were covering the Women's Outpatient Health Center, that we would call my partner to come in.**
Q But you told me at that time you weren't -- there was no involvement with the



Women's Outpatient Health Center in 2001, right?
A **No, what I said was we were in private practice and provided moonlighting coverage for the Women's Outpatient Health Center, so we would take calls certain days of the week to cover their inpatient service.**
Q Okay, now I'm confused. With regard to their inpatient service, when they would go to deliver at the hospital, is that what you're talking about?
A **Yes.**
Q Okay. So if you were called to do that, would there be any other providers there also assisting and delivering babies?
A **There are multiple groups that provide OB-GYN care that deliver at Harrisburg Hospital, so at any given point there would be other physicians from their practice, you know, representing their own practices.**
Q So if Ms. Furjanic was a Women's Outpatient Health Center patient who was going to deliver, you would -- someone from your practice would have been called to cover

it?

MR. MONGIELLO: Objection to form.

MR. FALEN: Join.

THE WITNESS: There are other physicians that also moonlight for the hospital that also could have been present. We were not the only group that moonlighted for the hospital.

BY MR. MacKNIGHT:

Q But we know from the one form with your signature and Dr. Blecher's signature on it, that the two of you were involved in the admission process, right?

A **That is correct.**

Q Now the baby was born with -- well, let me back up. Do you know what Erb's palsy is?

A **Yes.**

Q What is that?

A **That is injury to the nerve root on C-5 through 6, and that can result in weakness in the arm and shoulder and decreased movement of the hand.**

Q Do you know what shoulder dystocia is?

A **Yes.**



Q What is that?

A **Impaction of the shoulders against the pubic rami and sacral promontory after delivery of the baby's head.**

Q So that's -- is that different than Erb's palsy?

A **Yes.**

Q So they're two separate and distinct type of injuries.

A **Shoulder dystocia is not an injury.**

Q What is it?

A **Well, it's after delivery of the baby's head and there's resistance with delivery of the shoulder, certain maneuvers may need to be implemented in order to safely deliver the baby or to deliver the baby.**

Q How about brachial plexus injury, are you familiar with that?

A **Yes.**

Q What is that?

A **Brachial plexus injury involves injury to the nerve roots in the neck.**

Q Is that similar to Erb's palsy?

A **Erb's palsy is one type of brachial plexus injury.**



Q Erb's palsy or a brachial plexus injury, does that occur in the absence of negligence?

MR. MONGIELLO: Objection to form.

MR. FALEN: Join.

MR. LEVY: I join.

THE WITNESS: Can you rephrase that, sir?

BY MR. MacKNIGHT:

Q Can a baby who's being born, suffer Erb's palsy or a brachial plexus injury in the absence of negligence?

MR. MONGIELLO: Objection.

MR. LEVY: Join.

MR. FALEN: Join in the objection.

THE WITNESS: Baby's can suffer brachial plexus injury even without vaginal delivery or uncomplicated Cesarean sections. It has been reported to even occur in utero.

BY MR. MacKNIGHT:

Q Can a baby being delivered suffer an Erb's palsy or a brachial plexus injury if a provider attempts to pull the baby out of the vagina?



MR. MONGIELLO: Objection to form.

MR. LEVY: Objection.

MR. FALEN: Join.

BY MR. MacKNIGHT:

Q You can answer.

A **Well, we have to perform certain maneuvers to deliver the baby. If the shoulders are impacted against mom's pubic bone, then those maneuvers are implemented to shorten the delivery time period.**

Q Did the baby -- you told me what, 5,000 grams was the weight where a discussion would be had I guess regarding C-section?

A **In 2001, yes.**

Q Has it changed since 2001?

A **There have been some changes by the American College of OB-GYN, regarding counting the patients when they're diabetic or non-diabetic, in respect to estimate of fetal weight and recommendations or giving them the option for a prophylactic Cesarean section, but it is not recommended as a rule.**

Q Doctor, I think she arrived at the hospital was it 8 p.m., right, we saw in that

one form? I can go back to it if you want.
A **Yes, it did say.**
Q So to go back, she was in labor until a little -- she delivered a little bit after 6 a.m. the next day, right, did you see that in the forms?
A **Yes. According to the chart, yes.**
Q Is that a long delivery?
MR. MONGIELLO: Objection to form.
MR. FALEN: Join.
THE WITNESS: No, that's not a long delivery. Deliveries can take a while if someone comes in and they're not in labor, by the time you get them in labor, that's not unusual.
BY MR. MacKNIGHT:
Q Doctor, have you in your career, delivered a baby that has had either Erb's palsy or a brachial plexus injury?
A **Yes, I have, because those leave an impression on you and you don't forget, not even the room you were in, you remember every detail.**
Q Do you ever remember delivering a



baby -- well, let me back up. When the baby's being delivered, sometimes there's a procedure called an episiotomy?
A **Yes.**
Q Correct?
A **Yes.**
Q Can you describe for me what that is?
A **Episiotomy is an incision that we make in the perineum at the time of delivery. Back in 2001, it was more of a standard procedure to perform for some deliveries. It's no longer recommended.**
Q We'll talk about that in a second, but what would be the purpose of performing an episiotomy?
A **If for example the patient is pushing and the head is crowning and the heart rate decelerations are noted, that usually can be done in order to facilitate delivery.**
Q When you say crowning, that's just the top of the head?
A **Yes.**
Q Would an episiotomy ever be necessary if the full head was out but the baby wasn't



coming the rest of the way out?
A **Yes. We also use episiotomy to help deliver babies whose shoulders are impacted against the pubic bone, so for shoulder dystocia, that's something that's often done as well.**
Q Do you ever recall having to perform an episiotomy on a patient where the baby's head had been fully out but the rest of the baby wouldn't come out?
A **Well, it is not uncommon to perform episiotomy to help associate shoulders that are impacted, yes.**
Q What I'm asking you is for a specific recollection. Do you ever remember having to do that?
A **It's a common procedure that I do based on the clinical situation, so yes, I have performed them.**
Q I think you just said episiotomies are not favored now or not part of the practice?
A **Well, that's ACOG recommendations , so we do not perform it routinely or as often.**
Q When did that change, do you know,



estimate?
A **I don't.**
Q Okay, but it wasn't part of the standard back in 2001. It wasn't disfavored in 2001, that's what I'm trying to say.
A **That's correct.**
Q Do you ever remember attempting to perform an episiotomy and not having a sharp enough instrument to do that?
A **The delivery table usually has all the equipment that we need to perform what we -- you know, to perform what we -- what's required.**
Q What would you use to do the episiotomy?
A **We have sterile scissors on every delivery table.**
Q Do you ever remember being involved in a delivery where the scissors that were needed to perform the episiotomy were not sharp enough?
A **No.**
Q And just so I'm clear, even though your name is on that admission form, you have no independent recollection of Ms. Furjanic or

the details of the birth of her child.

A **No, sir. I don't.**

Q Okay. All right, thank you, Doctor. That's all I have.

A **Thank you.**

MR. MONGIELLO: Anyone else?

MR. FALEN: No, I have no questions.

MR. LEVY: No questions as well.

MR. CHAIRS: Yeah, no questions.

\- - -

(Deposition concluded at 11:33 a.m.)

\- - -

(Curriculum Vitae marked for identification as Exhibit Hall-Ndlovu-1.)

(Hospital Records marked for identification as Exhibit Hall-Ndlovu-2.)

\- - -



\- - -

INSTRUCTIONS TO WITNESS

\- - -

Read your deposition over carefully. It is your right to read your deposition and make changes in form or substance. You should assign a reason in the appropriate column on the ERRATA SHEET for any change made.

After making any change in form or substance, and which have been noted on the following ERRATA SHEET, along with the reason for change, sign your name on the ERRATA SHEET and date it.

Then sign your deposition at the end of your testimony in the space provided. You are signing it subject to the changes you have made in the ERRATA SHEET, which will be attached to the deposition before filing. You must sign in the space provided. The witness need not be a Notary Public. Any competent adult may witness your signature.

Return the original ERRATA SHEET and the CERTIFICATE OF DEPONENT to THOMAS F. SACCHETTA, ESQUIRE, SACCHETTA & BALDINO, 308 EAST SECOND STREET, MEDIA, PA 19063, and copies of same to all defense counsel. court rules require filing within 30 days after you receive the deposition.



**ERRATA SHEET**

| PAGE | LINE | CORRECTION |
| --- | --- | --- |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |



CERTIFICATE OF DEPONENT

I, Beverley A.Hall-Ndlovu, M.D., have read the foregoing transcript of my testimony taken on October 27, 2022, contained within pages 4 through 81, and it is true, correct and complete to the best of my knowledge, recollection and belief, except for the list of corrections, if any, attached on a separate sheet herewith.

______________________
Date

______________________
Witness

STATE OF PENNSYLVANIA )
) SS
COUNTY OF CHESTER )

I, Margaret Robinson, Shorthand Reporter and Notary Public duly and qualified in and for the State of Pennsylvania, do hereby certify there came before me the deponent herein, namely BEVERLEY A. HALL-NDLOVU, M.D., who was by me duly sworn to testify to the truth and nothing but the truth concerning the matters in this cause.

I further certify that the foregoing transcript is a true and correct transcript of my original stenographic notes.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

Margaret Robinson
Margaret Robinson
Notary Public

**BY MR. MacKNIGHT: [27]** 4/19 13/15 24/16 25/16 26/19 35/22 39/11 40/2 41/8 41/17 42/9 48/10 48/17 49/11 53/22 55/20 56/14 59/17 60/19 63/12 64/12 65/24 73/9 75/9 75/20 76/4 77/16
**MR. CHAIRS: [1]** 81/10
**MR. FALEN: [9]** 26/18 56/6 65/17 73/3 75/5 75/15 76/3 77/10 81/7
**MR. LEVY: [8]** 26/17 63/11 64/10 65/14 75/6 75/14 76/2 81/9
**MR. MacKNIGHT: [7]** 4/10 13/2 13/10 35/18 39/21 41/3 41/6
**MR. MONGIELLO: [31]** 4/8 4/11 13/7 13/13 24/15 25/14 26/16 35/21 39/9 39/24 41/1 41/4 41/16 42/5 48/9 48/14 49/1 53/20 55/15 56/4 59/11 60/14 63/10 64/8 65/15 73/2 75/4 75/13 76/1 77/9 81/6
**THE WITNESS: [12]** 42/7 48/16 49/3 55/17 56/8 59/13 60/16 65/18 73/4 75/7 75/16 77/11

**'**

**'13 [2]** 12/22 17/24
**'92 [1]** 14/21
**'96 [1]** 15/10
**'97 [1]** 15/10

**0**

**01 [1]** 45/3

**1**

**100 [2]** 12/16 27/20
**10:05 [1]** 1/17
**11:33 [1]** 81/12
**12 [2]** 66/12 66/23
**16 [1]** 43/16
**17104 [1]** 12/17
**1723 [1]** 1/23
**18 [1]** 67/3
**1852 [1]** 1/3
**19063 [2]** 2/3 82/17
**19380-9998 [1]** 1/23
**1987 [1]** 14/1
**1996 [1]** 15/3

**2**

**2001 [44]** 18/7 18/10 19/3 20/7 22/4 22/5 22/21 23/4 23/7 25/6 27/23 28/1 28/8 29/4 29/12 29/15 30/15 32/4 32/20 33/18 33/24 35/2 35/5 43/16 44/21 48/18 49/5 49/12 53/5 55/21 55/22 58/13 58/17 59/2 59/21 60/21 61/21 64/5 72/1 76/14 76/15 78/10 80/4 80/4
**2012 [4]** 12/22 17/10 17/22 17/24
**2013 [2]** 17/10 21/24
**2017 [3]** 17/11 27/11 27/15
**2021 [2]** 16/4 35/1
**2022 [2]** 1/13 84/6
**21 [1]** 60/1
**24 [2]** 9/23 56/1
**25 [2]** 17/5 39/6
**2645 [2]** 28/22 36/19
**27 [2]** 1/13 84/6

**3**

**30 [1]** 82/18
**308 [2]** 2/3 82/16
**33 [2]** 41/2 62/7

**4**

**4-A [1]** 27/22
**40 [1]** 62/8

**5**

**5,000 [3]** 58/17 58/19 76/11
**50 [5]** 40/20 40/21 50/21 50/23 51/6
**5150 [1]** 1/24

**6**

**610 [1]** 1/24

**7**

**761-5150 [1]** 1/24

**8**

**8 p.m [2]** 62/10 76/24
**8/17/01 [1]** 45/3
**81 [3]** 3/12 3/12 84/7

**9**

**9998 [1]** 1/23

**:**

**:1:21 [1]** 1/3
**:1:21-CV-1852 [1]** 1/3
**:Case [1]** 1/3
**:Judge [1]** 1/6

**A**

**A.Hall [1]** 84/4
**A.Hall-Ndlovu [1]** 84/4
**a.m [3]** 1/17 77/5 81/13
**ability [2]** 9/24 10/5
**able [5]** 6/16 43/24 54/13 64/23 65/12
**Abortions [1]** 45/18
**about [23]** 12/24 13/8 13/11 13/16 16/16 17/7 31/23 35/1 35/17 36/13 38/19 40/3 41/18 43/12 55/1 55/4 57/13 60/20 63/21 68/14 72/11 74/17 78/13
**about that [1]** 40/3
**above [3]** 1/17 46/13 51/13
**absence [2]** 75/3 75/12
**according [5]** 4/16 56/8 58/17 67/3 77/7
**accurate [4]** 8/18 10/6 31/13 59/16
**accurately [1]** 6/17
**ACOG [4]** 15/24 58/17 58/22 79/22
**action [2]** 85/16 85/21
**active [1]** 54/20
**actively [1]** 54/12
**actually [1]** 38/16
**additional [1]** 61/9
**address [4]** 23/6 23/10 28/2 28/5
**administered [1]** 66/14
**admission [5]** 44/9 44/11 50/14 73/13 80/23
**admitted [5]** 44/14 46/1 46/23 53/11 70/23
**admitting [1]** 45/24
**adult [1]** 82/14
**after [25]** 13/24 15/8 15/12 16/21 17/18 21/2 21/18 22/7 22/10 25/22 27/2 31/23 32/15 36/7 41/4 42/3 54/8 59/6 60/5 60/8 74/3 74/12 77/4 82/8 82/18
**again [13]** 7/18 8/3 10/12 16/11 19/8 21/8 34/11 34/13 36/22 46/10 50/15 52/16 66/2
**against [3]** 74/2 76/8 79/4
**age [1]** 45/9
**ago [7]** 5/18 5/22 5/23 6/4 9/9 10/13 31/9
**ahead [1]** 25/17
**all [39]** 4/3 6/7 7/10 7/12 11/7 11/8 16/14 17/21 18/5 19/24 21/8 21/10 21/23 23/15 23/21 27/23 28/8 28/16 32/7 32/11 38/12 41/18 44/7 44/12 45/8 50/19 51/15 53/12 53/17 56/15 57/15 60/7 60/7 61/18 69/23 80/10 81/3 81/4 82/17
**allegation [1]** 43/4
**allowed [1]** 53/1
**along [3]** 18/4 21/8 82/9
**already [3]** 21/20 27/24 62/18
**also [10]** 14/24 29/1 31/4 55/9 56/9 56/15 72/14 73/5 73/6 79/2
**always [2]** 24/4 33/13
**am [2]** 85/14 85/18
**American [2]** 67/4 76/17
**amniotic [3]** 52/5 68/24 69/11
**Anna [1]** 11/23
**Anna-Kay [1]** 11/23
**another [5]** 34/21 56/18 62/11 65/21 65/22
**answer [23]** 6/11 6/13 6/21 7/1 7/6 7/14 7/18 8/3 8/5 8/19 8/24 10/15 11/4 31/17 34/23 42/6 49/2 53/21 55/16 56/5 59/12 64/13 76/5
**answering [2]** 6/23 7/2
**answers [2]** 7/13 10/6
**anterior [2]** 57/16 57/23
**any [62]** 8/10 9/11 9/18 9/21 9/22 10/3 10/4 11/15 11/17 14/14 15/21 15/22 17/12 17/13 26/10 26/11 31/7 32/8 32/14 33/12 33/15 33/17 33/19 34/3 34/7 35/3 35/11 37/24 38/1 38/21 40/24 42/2 43/10 44/22 46/3 46/9 48/7 48/22 48/23 50/20 58/12 58/13 59/24 61/3 62/4 64/14 64/18 64/19 65/4 65/5 69/7 69/20 71/1 71/14 72/14 72/18 82/7 82/8 82/14 84/10 85/16 85/19
**anybody [3]** 17/17 33/20 71/17
**anyone [2]** 38/1 81/6
**anything [7]** 10/9 10/14 10/15 35/4 41/11 46/10 48/8
**anywhere [1]** 17/16
**Apgar [3]** 69/14 70/1 70/12
**APPEARANCES [1]** 1/24
**applied [1]** 14/3
**approach [2]** 19/14 19/14
**approaching [1]** 37/15
**appropriate [1]** 82/6
**are [28]** 4/20 7/13 17/12 20/20 20/22 28/17 40/19 42/7 45/3 48/14 48/23 52/8 53/12 56/12 58/8 63/17 64/16 70/13 72/16 73/4 74/17 76/8 76/9 78/18 79/3 79/13 79/20 82/12
**area [2]** 14/14 40/7
**arm [1]** 73/21
**around [2]** 34/11 61/16
**arrangements [1]** 26/6
**arrived [1]** 76/23
**as [41]** 4/4 4/17 6/5 15/24 21/1 26/18 29/24 30/16 30/19 31/4 33/11 33/15 33/19 34/4 34/17 39/14 40/12 42/19 43/5 44/13 53/19 55/10 57/23 58/7 58/14 59/7 59/14 59/24 64/5 64/11 65/2 65/16 68/9 68/11 69/17 76/22 79/6 79/23 81/9 81/16 81/18
**ask [30]** 5/4 5/12 6/12 8/7 8/9 8/12 8/13 10/1 12/12 12/23 21/9 28/21 34/10 34/14 35/17 40/17 41/9 43/12 43/17 46/8

**A**

**ask... [10]** 48/11 53/3 54/3 59/3 60/20 62/3 63/13 64/24 65/12 70/15
**asked [3]** 27/24 34/19 36/15
**asking [7]** 10/14 28/17 34/24 48/15 59/7 70/4 79/14
**assessed [1]** 54/16
**assessing [1]** 59/15
**assign [1]** 82/6
**assistance [6]** 28/10 28/11 28/14 64/18 64/24 65/13
**assisting [1]** 72/15
**associate [1]** 79/12
**Associates [1]** 16/23
**assume [2]** 4/8 8/23
**attached [2]** 82/13 84/10
**attempted [1]** 58/15
**attempting [1]** 80/7
**attempts [1]** 75/23
**attend [1]** 69/9
**attending [5]** 31/6 31/7 65/3 68/11 69/24
**attorney [4]** 9/15 41/13 85/15 85/19
**August [5]** 35/1 35/5 43/16 53/5 59/21
**August 16 [1]** 43/16
**auspice [1]** 43/1
**available [1]** 37/16
**aware [2]** 38/10 62/23

**B**

**babies [4]** 57/2 59/22 72/15 79/3
**baby [36]** 37/21 42/1 42/3 42/14 42/16 42/17 42/24 43/4 43/6 55/14 56/12 57/6 57/9 58/15 59/5 61/2 61/7 64/7 64/15 69/12 69/15 69/17 70/18 73/15 74/16 74/16 75/10 75/21 75/23 76/7 76/11 77/18 78/1 78/24 79/9
**baby's [14]** 42/14 55/24 59/6 59/7 59/15 70/10 70/10 70/11 70/12 74/4 74/12 75/16 78/2 79/8
**back [25]** 11/13 13/1 18/10 18/21 29/4 31/21 32/9 34/10 40/7 45/21 54/8 55/22 58/13 59/2 60/21 61/21 66/13 71/7 71/15 73/16 77/1 77/3 78/1 78/10 80/4
**background [1]** 12/24
**bad [5]** 8/9 8/12 8/13 8/14 34/13
**BALDINO [2]** 2/2 82/16
**BARLEY [1]** 2/13
**barley.com [1]** 2/14
**based [3]** 52/20 54/14 79/17
**basic [2]** 44/9 44/11
**be [51]** 4/3 4/5 6/16 6/20 7/8 8/3 9/9 9/10 11/5 12/7 13/21 15/10 15/11 17/9 24/5 24/21 31/13 33/7 33/11 34/24 37/7 39/2 43/6 43/24 46/22 50/16 54/13 55/14 56/11 57/9 57/21 58/15 58/15 60/24 64/23 65/6 68/16 69/4 70/2 70/24 71/14 71/18 72/14 72/19 74/15 76/13 78/14 78/18 78/23 82/12 82/14
**became [3]** 16/17 17/11 19/13
**because [11]** 6/18 7/19 11/17 12/11 29/16 31/4 38/23 39/4 43/24 44/21 77/20
**become [3]** 20/15 27/14 66/22
**been [26]** 11/8 11/8 12/19 17/5 17/18 20/20 24/4 28/22 34/16 34/19 49/6 49/8 63/9 65/12 65/22 65/23 66/11 67/2 68/5 71/10 72/24 73/6 75/19 76/16 79/9 82/8
**before [35]** 1/18 4/23 5/2 5/3 5/5 5/7 5/15 7/2 7/4 8/21 13/21 19/6 19/10 21/2 21/24 25/11 25/18 29/12 30/15 30/20 32/4 32/5 32/20 33/18 33/24 35/16 44/10 46/16 47/1 58/12 59/7 62/16 69/10 82/13 85/6
**beforehand [1]** 7/6
**beginning [1]** 1/17
**being [10]** 37/19 37/24 38/3 46/23 48/2 63/22 75/10 75/21 78/2 80/17
**belief [1]** 84/9
**belt [1]** 61/15
**best [3]** 6/12 59/3 84/8
**BETHANY [3]** 1/3 35/14 50/12
**between [3]** 4/1 26/6 59/21
**BEVERLEY [6]** 1/15 3/3 4/15 11/23 84/4 85/7
**BEVERLY [1]** 1/8
**bill [2]** 60/13 60/16
**billing [1]** 60/18
**birth [4]** 43/5 47/2 57/3 81/1
**births [1]** 60/3
**bit [6]** 4/23 9/10 16/17 34/12 59/19 77/4
**BLECHER [25]** 1/9 2/9 35/17 35/19 35/21 35/23 35/24 36/2 36/8 36/10 36/24 37/7 37/12 38/4 38/6 38/9 38/15 47/8 63/8 63/14 63/21 64/23 66/3 70/15 70/21
**Blecher's [3]** 63/5 70/16 73/11
**Blecker [1]** 35/19
**blevy [1]** 2/9
**bloody [1]** 56/18
**BLUE [1]** 1/22
**board [5]** 15/5 15/14 16/17 17/19 21/21
**boards [1]** 15/9
**bone [2]** 76/9 79/4
**born [5]** 55/24 59/6 59/7 73/15 75/10
**both [2]** 29/9 40/13
**bottom [4]** 40/20 46/11 62/16 62/17
**bowel [1]** 57/6
**box [2]** 1/23 56/18
**brachial [8]** 74/17 74/21 74/24 75/2 75/11 75/17 75/22 77/19
**Brady [5]** 23/8 23/9 23/9 23/13 28/3
**break [5]** 9/4 9/5 9/11 9/15 9/18
**breech [1]** 58/7
**BRIAN [2]** 2/8 35/19
**briefly [1]** 30/2
**BRIER [1]** 2/8
**bright [1]** 7/24
**broad [1]** 28/19
**broken [1]** 52/12
**brought [1]** 35/16
**BRUCE [5]** 2/2 4/22 13/8 39/10 41/1
**building [6]** 12/20 12/21 23/24 25/3 26/24 28/4
**business [1]** 23/3
**busy [1]** 71/20
**buttocks [1]** 58/8
**buys [1]** 25/12

**C**

**C-5 [1]** 73/19
**C-section [2]** 56/2 76/13
**call [5]** 47/23 48/20 71/5 71/10 71/22
**called [5]** 5/9 28/18 72/13 72/24 78/3
**calling [1]** 36/18
**calls [1]** 72/6
**came [3]** 21/20 60/21 85/6
**campus [8]** 23/9 23/13 23/19 23/23 24/4 24/18 25/6 28/2
**can [41]** 5/7 6/1 6/13 8/18 11/21 31/11 41/20 41/22 42/6 42/7 49/2 50/21 51/19 52/8 53/3 53/21 55/8 55/16 56/5 59/12 59/12 59/19 62/1 62/4 64/13 64/15 64/20 66/4 66/19 68/13 68/15 73/20 75/7 75/10 75/16 75/21 76/5 77/1 77/12 78/7 78/18
**can't [9]** 5/19 30/6 30/18 32/23 37/23 49/4 51/17 62/3 66/5
**cannot [4]** 20/16 31/17 36/14 38/21
**capacity [3]** 5/16 36/9 48/7
**care [34]** 6/8 28/9 28/18 29/9 30/11 30/12 30/17 30/22 30/24 31/22 32/2 32/16 32/19 33/23 34/9 34/21 36/11 36/12 36/18 38/19 40/9 41/5 42/11 42/20 42/24 42/24 43/6 47/4 56/9 58/23 65/7 65/21 68/6 72/17
**career [1]** 77/17
**carefully [1]** 82/5
**case [5]** 9/16 9/17 34/17 35/16 43/3
**cases [1]** 15/12
**cause [1]** 85/10
**cavity [1]** 66/21
**center [26]** 14/12 15/1 16/20 29/5 29/7 30/8 31/2 31/15 31/19 32/15 33/16 33/22 34/5 36/12 36/19 36/23 37/5 38/20 38/23 40/9 40/15 47/23 71/21 72/1 72/5 72/22
**centimeters [2]** 50/23 51/5
**certain [3]** 72/6 74/14 76/6
**certainly [1]** 8/8
**CERTIFICATE [2]** 82/16 84/1
**certification [4]** 4/2 15/5 15/6 15/14
**certified [2]** 16/18 17/19
**certify [3]** 85/6 85/11 85/14
**cervical [4]** 50/24 51/5 57/11 57/15
**cervix [2]** 51/4 57/19
**Cesarean [4]** 58/21 58/24 75/18 76/21
**CHAIRS [1]** 2/11
**chance [3]** 35/7 41/11 43/20
**change [5]** 52/10 79/24 82/7 82/8 82/9
**changed [1]** 76/15
**changes [4]** 18/5 76/16 82/5 82/12
**charismatic [1]** 64/1
**chart [2]** 10/20 77/7
**Chester [2]** 1/23 85/2
**child [2]** 50/11 81/1
**children [1]** 45/20
**chorioamnionitis [2]** 66/10 67/2
**Christopher [1]** 1/6
**circled [1]** 69/1
**clean [2]** 6/18 7/9
**clear [5]** 6/20 55/7 56/16 56/20 80/22
**clinical [1]** 79/18
**coat [4]** 49/20 49/20 50/2 50/5
**coats [2]** 49/24 50/1
**COLEMAN [1]** 2/5
**collaborate [1]** 27/14
**collaboration [1]** 31/3
**collect [1]** 15/12
**College [3]** 13/17 67/4 76/17
**color [1]** 52/9
**column [1]** 82/6
**come [9]** 27/10 32/14 54/5 61/2 61/7 61/19 61/22 71/22 79/10
**comes [3]** 53/16

C
comes... [2] 54/11 77/13
coming [2] 51/12 79/1
comments [1] 61/9
common [1] 79/17
compassionate [1] 64/4
competent [1] 82/14
complete [3] 54/8 54/16 84/8
completely [1] 54/7
completion [1] 12/5
complicated [1] 71/16
complication [1] 65/11
complications [1] 64/22
computer [2] 10/23 39/19
concern [1] 66/22
concerning [1] 85/10
concerns [1] 65/5
concluded [1] 81/12
confinement [1] 45/5
confirmative [1] 52/14
confirmed [2] 58/2 58/11
confuse [1] 34/12
confused [2] 28/1 72/8
connection [2] 11/9 11/17
Conner [1] 1/6
consistent [1] 51/24
consult [3] 68/4 68/5 69/5
consultation [2] 67/21 68/22
consulting [1] 48/1
consumed [2] 9/23 10/5
contained [2] 46/17 84/6
continuation [1] 16/6
continue [2] 11/14 42/16
contract [6] 22/18 22/21 23/1 23/2 23/3 23/5
contracted [3] 47/20 48/4 48/21
contractions [3] 61/12 66/7 66/16
conversation [1] 58/19
copies [1] 82/17
copy [6] 10/20 10/22 11/24 12/1 13/3 39/23
correct [26] 12/15 12/18 18/3 19/20 20/10 21/22 22/2 24/1 26/13 28/3 32/4 38/5 40/20 41/15 54/23 56/21 62/19 68/1 69/2 69/13 70/9 73/14 78/5 80/6 84/7 85/12
correction [2] 30/9 83/2
corrections [1] 84/10
correctly [1] 31/24
could [10] 9/9 9/10 11/4 46/6 57/9 61/1 61/7 63/22 68/5 73/6
counsel [10] 2/4 2/7 2/9 2/12 2/14 4/2 10/19 82/17 85/15 85/19
counting [1] 76/18
County [3] 28/11 28/13 85/2
couple [11] 5/22 5/23 6/4 6/14 12/23 19/10 19/11 25/11 32/21 43/18 61/24
course [3] 18/18 18/19 39/17
court [6] 1/1 1/18 6/15 7/7 7/11 82/17
cover [3] 71/15 72/7 72/24
coverage [4] 33/2 33/8 47/22 72/4
covering [5] 33/12 33/21 71/13 71/17 71/20
crowning [2] 78/17 78/20
crying [1] 70/10
current [4] 16/1 17/4 27/6 65/2
currently [2] 12/12 67/8
Curriculum [2] 3/12 81/15
CV [2] 1/3 11/24
D
Daniel [2] 18/16 18/19
data [1] 44/9
date [6] 1/17 43/15 45/5 45/7 82/10 84/15
Dauphin [2] 28/11 28/13
day [5] 24/3 32/21 33/7 33/12 77/5
days [5] 31/23 32/21 62/8 72/6 82/18
decelerations [1] 78/18
December [1] 16/4
December 2021 [1] 16/4
decided [2] 13/20 27/13
decision [2] 18/23 19/17
decreased [1] 73/21
Defendant [4] 2/7 2/9 2/12 2/14
Defendants [1] 1/10
defense [1] 82/17
definitive [1] 59/4
degree [1] 62/4
deliver [15] 37/21 42/13 54/5 60/21 61/2 61/7 64/7 64/15 72/10 72/17 72/23 74/15 74/16 76/7 79/3
delivered [12] 42/1 42/4 42/14 42/20 55/14 56/11 58/16 59/22 75/21 77/4 77/18 78/2
deliveries [6] 37/16 60/7 60/10 60/17 77/12 78/11
delivering [4] 54/12 64/18 72/15 77/24
delivery [37] 37/3 37/6 38/3 42/23 44/15 45/16 48/1 50/11 54/9 55/17 55/19 57/7 60/11 62/22 63/2 64/15 64/20 64/23 65/11 69/7 69/9 69/17 69/19 70/17 71/5 74/4 74/12 74/13 75/18 76/10 77/8 77/12 78/9 78/19 80/10 80/16 80/18
DENNEHEY [1] 2/5
department [1] 60/18
depend [1] 65/18
depends [2] 54/10 71/8
deponent [3] 82/16 84/1 85/7
deposed [1] 6/6
deposition [13] 1/15 5/2 5/5 5/8 6/10 9/6 81/12 82/4 82/5 82/11 82/13 82/18 85/17
depositions [1] 34/15
describe [1] 78/7
DESCRIPTION [1] 3/11
designated [2] 49/15 49/18
designation [2] 50/4 56/19
detail [1] 77/23
details [2] 26/8 81/1
determining [2] 55/1 55/5
diabetic [2] 76/18 76/19
did [72] 13/19 14/14 14/16 14/23 15/2 15/4 15/7 15/9 15/17 16/15 16/18 16/21 17/3 17/15 17/16 19/13 19/14 20/1 20/3 20/4 20/11 20/13 20/14 20/15 20/24 21/4 21/6 22/12 22/20 22/21 24/8 25/9 25/22 25/23 26/4 26/20 27/1 27/4 27/4 27/10 27/15 28/8 31/24 32/10 32/12 32/13 33/23 34/6 34/10 35/10 36/7 37/8 38/9 40/9 40/12 40/21 40/24 41/11 44/21 47/8 47/10 48/11 49/20 49/23 58/22 60/9 60/16 61/21 76/11 77/2 77/5 79/24
didn't [3] 34/14 53/4 59/20
different [3] 23/22 23/24 74/5
difficult [2] 7/8 8/4
digital [1] 57/19
dilated [2] 50/23 51/5
discharged [1] 42/24
discovery [3] 10/21 41/13 41/14
discussed [1] 46/20
discussion [1] 76/12
disfavored [1] 80/4
distinct [1] 74/8
distress [1] 69/12
DISTRICT [2] 1/1 1/2
DITZLER [3] 1/3 35/15 50/12
do [86]
doctor [23] 4/20 11/22 11/24 13/6 13/12 13/16 13/21 15/15 16/3 20/21 34/21 40/3 41/9 41/21 41/23 51/9 51/11 53/3 58/12 68/19 76/23 77/17 81/3
doctors [5] 18/10 18/13 30/2 30/24 34/8
Doctors Weber [1] 30/2
document [12] 43/16 43/17 43/22 44/16 44/17 44/21 46/16 46/18 46/22 47/6 56/24 65/9
documentation [1] 54/17
documented [1] 52/22
documents [3] 40/19 40/24 43/14
does [15] 18/15 18/19 18/20 21/16 42/15 42/17 42/18 45/4 49/3 52/6 57/21 62/21 66/22 68/3 75/3
doesn't [1] 28/19
doing [2] 16/13 69/18
don't [47] 8/7 8/14 8/15 8/23 10/8 10/9 10/11 10/15 10/16 12/11 13/2 13/11 16/15 23/11 23/11 28/7 28/16 29/20 30/7 31/18 33/17 35/13 36/21 40/3 40/5 43/10 43/23 44/3 46/5 48/16 49/7 49/18 49/24 50/9 50/20 53/14 53/23 53/24 54/1 58/2 62/1 66/7 66/18 70/19 77/21 80/2 81/2
done [8] 7/3 16/10 50/16 55/7 60/17 69/23 78/19 79/5
down [15] 6/16 7/18 8/5 40/19 43/21 46/10 46/13 50/19 51/15 54/18 58/9 62/16 62/17 68/16 69/1
Dr [4] 18/14 18/15 26/3 67/14
Dr. [65] 4/11 18/14 18/20 19/14 19/16 19/18 19/24 20/7 20/12 20/18 21/13 21/16 21/18 21/24 22/6 22/8 22/10 22/22 24/12 25/7 25/11 25/18 25/22 25/23 26/7 26/7 29/2 30/21 31/10 32/1 32/18 33/20 33/21 34/1 34/2 34/4 35/17 35/21 35/24 36/2 36/8 36/10 36/24 37/7 37/12 38/4 38/6 38/9 38/15 40/12 47/8 63/5 63/8 63/14 63/21 64/23 66/3 67/12 67/16 68/19 70/15 70/16 70/21

**D**

**Dr.... [2]** 71/13 73/11
**Dr. Blecher [19]** 35/21 36/2 36/8 36/10 36/24 37/7 37/12 38/4 38/6 38/9 38/15 47/8 63/8 63/14 63/21 64/23 66/3 70/15 70/21
**Dr. Blecher's [3]** 63/5 70/16 73/11
**Dr. Hanford [1]** 19/16
**Dr. Lee [1]** 35/24
**Dr. Lee Blecher [1]** 35/17
**Dr. Lorah [3]** 67/12 67/16 68/19
**Dr. Ndlovu [7]** 4/11 19/18 20/18 22/8 22/10 26/7 34/2
**Dr. Weber [27]** 18/14 18/20 19/14 19/24 20/7 20/12 21/13 21/16 21/18 21/24 22/6 22/22 24/12 25/7 25/11 25/18 25/22 25/23 26/7 29/2 30/21 31/10 32/1 32/18 34/1 40/12 71/13
**Dr. Weber's [3]** 33/20 33/21 34/4
**dropped [1]** 11/9
**dry [1]** 53/1
**due [1]** 45/7
**duly [3]** 4/15 85/4 85/8
**dummy [1]** 18/19
**during [4]** 36/10 43/5 60/5 69/8
**dynamic [1]** 55/18
**dystocia [3]** 73/23 74/10 79/5

**E**

**e-mail [1]** 13/5
**each [2]** 6/22 16/1
**early [2]** 30/9 54/21
**East [2]** 2/3 82/17
**EDC [2]** 45/3 45/4
**education [1]** 13/17
**educational [1]** 12/24
**effaced [2]** 50/24 51/6
**eight [1]** 43/14
**either [4]** 50/16 63/9 71/12 77/18
**electronic [3]** 32/9 32/10 44/22
**eleven [1]** 67/20
**else [9]** 7/20 17/17 17/17 19/15 41/12 43/9 69/22 71/17 81/6
**employed [2]** 85/16 85/19
**employee [3]** 23/4 29/22 85/19
**employer [2]** 71/11 71/12
**employment [7]** 12/8 12/9 13/1 16/16 29/2 30/3 30/10
**end [6]** 11/16 15/7 16/22 23/3 56/10 82/11
**endorse [1]** 58/22
**engaged [1]** 34/17
**enough [3]** 7/24 80/9 80/20
**entire [1]** 43/17
**entirety [1]** 54/14
**entities [1]** 27/13
**entity [3]** 29/3 29/14 71/14
**episiotomies [1]** 79/20
**episiotomy [10]** 78/3 78/8 78/15 78/23 79/2 79/8 79/12 80/8 80/14 80/19
**equipment [1]** 80/11
**equivocal [2]** 52/2 55/4
**Erb's [8]** 73/16 74/6 74/23 74/24 75/2 75/11 75/22 77/18
**ERRATA [6]** 82/6 82/9 82/9 82/12 82/15 82/19
**ESQ [5]** 2/2 2/6 2/8 2/11 2/13
**ESQUIRE [1]** 82/16
**essentially [1]** 25/12
**estimate [8]** 5/7 30/16 59/4 59/10 59/19 59/24 76/19 80/1
**estimated [2]** 45/5 58/18
**evaluate [2]** 52/21 55/10
**evaluated [1]** 62/24
**evaluation [1]** 69/15
**even [5]** 5/12 75/17 75/19 77/22 80/22
**ever [20]** 5/4 28/21 32/12 32/13 34/16 34/16 34/19 36/11 37/18 38/3 42/13 44/10 47/8 53/5 77/24 78/23 79/7 79/15 80/7 80/17
**every [5]** 53/10 58/24 61/13 77/22 80/15
**everyone [1]** 39/21
**everything [1]** 6/16
**exact [1]** 32/23
**exam [3]** 50/24 57/11 57/15
**examination [3]** 50/15 55/6 57/20
**examined [3]** 4/16 51/4 51/21
**examining [1]** 53/19
**example [1]** 78/16
**except [2]** 4/4 84/9
**excuse [6]** 14/19 18/16 22/5 35/2 49/10 65/23
**Exhibit [2]** 81/16 81/18
**expected [1]** 66/6
**experiences [1]** 37/4
**expert [1]** 34/17
**explain [2]** 25/17 51/3

**F**

**FABEN [1]** 2/13
**facilitate [2]** 66/16 78/19
**faculty [1]** 16/19
**fade [1]** 10/13
**false [1]** 52/9
**familiar [6]** 14/8 14/8 28/13 28/17 38/12 74/18
**family [1]** 36/4
**favored [1]** 79/21
**federal [2]** 9/16 9/17
**feet [1]** 58/8
**fellow [18]** 15/24 38/10 46/2 46/19 47/12 48/2 50/17 63/1 63/9 63/14 63/16 63/18 63/22 64/5 65/3 65/6 68/12 71/9
**fellows [8]** 36/5 37/4 37/22 38/13 47/17 48/19 63/19 70/24
**fellowship [2]** 36/3 38/24
**Fern [1]** 52/17
**ferning [4]** 51/24 52/17 52/20 55/9
**fetal [4]** 58/18 59/1 61/13 76/20
**few [1]** 63/19
**figure [1]** 7/21
**filing [3]** 4/3 82/13 82/18
**fill [6]** 53/4 53/17 54/4 54/6 54/7 54/13
**filled [2]** 53/5 53/12
**filling [1]** 47/13
**fills [1]** 45/22
**financial [4]** 14/5 14/9 17/13 26/6
**financially [1]** 85/20
**fine [11]** 4/10 9/4 9/19 10/10 10/16 11/2 13/5 19/9 28/17 66/5 70/2
**finish [1]** 15/2
**first [9]** 12/12 15/18 15/20 16/18 18/15 18/18 31/15 40/16 69/16
**five [2]** 61/13 69/16
**fling [1]** 13/4
**flip [1]** 13/11
**fluid [11]** 51/22 52/5 52/24 55/7 55/7 56/19 56/23 57/2 68/24 69/8 69/11
**follow [2]** 66/9 66/17
**following [4]** 12/5 15/11 21/8 82/9
**follows [1]** 4/17
**forbid [1]** 16/12
**foregoing [2]** 84/5 85/11
**forget [1]** 77/21
**form [38]** 4/4 8/17 24/15 25/15 26/16 42/5 44/10 44/11 45/23 46/4 46/9 47/13 48/9 49/1 53/4 53/9 53/17 53/20 54/6 54/13 55/15 56/4 59/11 60/14 63/10 64/9 64/10 68/14 70/20 73/2 73/10 75/4 76/1 77/1 77/9 80/23 82/5 82/8
**forms [4]** 53/6 53/12 54/4 77/6
**found [1]** 51/4
**frame [2]** 55/13 55/18
**freezes [1]** 11/11
**front [1]** 40/6
**full [3]** 11/22 33/1 78/24
**full-time [1]** 33/1
**fully [1]** 79/9
**Furjanic [4]** 35/12 50/8 72/21 80/24
**Furjanic's [1]** 48/1
**further [3]** 58/12 85/11 85/14
**furthermore [1]** 85/18

**G**

**G2 [2]** 45/9 45/10
**gained [1]** 59/9
**gave [1]** 8/21
**general [1]** 42/10
**gentlemen [1]** 8/10
**get [21]** 6/2 6/16 7/9 8/4 8/16 8/17 11/13 13/1 13/13 20/24 21/10 21/12 21/13 25/9 33/8 42/11 43/10 43/21 62/16 70/14 77/14
**gets [1]** 7/18
**getting [3]** 21/7 27/24 37/20
**give [14]** 5/3 5/9 6/1 6/12 7/15 8/2 8/18 10/6 11/3 11/21 39/19 52/9 59/20 67/20
**given [5]** 5/4 5/8 5/24 38/1 72/18
**gives [1]** 39/21
**giving [1]** 76/20
**go [28]** 9/7 10/23 12/10 13/5 13/12 16/18 21/4 21/12 21/15 21/16 25/17 29/7 30/19 30/22 32/22 33/6 33/10 40/7 41/21 42/12 45/1 54/8 55/1 55/4 58/12 72/9 77/1 77/3
**God [1]** 16/11
**GOGGIN [1]** 2/5
**going [40]** 5/2 5/12 6/1 6/11 6/18 6/20 6/24 7/17 8/8 8/23 9/6 12/10 13/10 16/4 16/22 33/16 34/5 34/24 35/12 39/1 39/2 39/12 39/22 40/8 40/10 40/12 40/14 41/19 41/21 43/12 43/17 44/8 45/1 54/10 54/12 59/18 62/3 66/23 71/8 72/23
**gone [2]** 18/4 29/12
**good [5]** 4/20 64/2 64/2 70/7 70/11
**GORDON [1]** 2/10
**got [3]** 41/3 41/7 58/9
**graduate [2]** 15/8 15/13
**graduated [3]** 13/24 14/1 14/20
**graduation [1]** 12/5
**grams [3]** 58/18 58/19 76/12
**gravida [1]** 62/8
**great [1]** 11/5
**greater [1]** 67/3
**group [4]** 28/20 29/17 44/13 73/7
**groups [4]** 24/23 44/12 47/21 72/16

Case 1:21-cv-01852-CCC-JFS Document 84-11 Filed 03/20/24 Page 28 of 35


**G**

**grsm.com [1]** 2/11
**guess [6]** 10/9 10/14 18/23 19/4 39/2 76/13
**guessing [4]** 6/20 13/20 33/4 33/5
**guys [1]** 21/4
**GYN [24]** 15/16 16/23 17/2 17/2 18/9 20/22 23/5 23/5 29/9 29/10 29/15 36/5 37/13 42/10 42/19 43/5 49/19 50/6 59/8 61/2 61/6 67/4 72/17 76/17
**GYNECOLOGY [2]** 1/6 12/13

**H**

**had [28]** 25/19 29/12 29/16 33/1 35/7 36/3 36/16 38/11 41/10 43/19 45/11 45/14 47/20 48/12 48/23 50/1 50/2 50/4 50/5 50/5 53/4 57/6 61/6 71/4 71/8 76/13 77/18 79/9
**HALL [15]** 1/8 1/16 2/7 3/3 3/12 3/12 4/15 11/23 23/9 23/9 23/13 67/22 81/16 81/18 85/8
**HALL-NDLOVU [6]** 1/16 2/7 3/3 4/15 11/23 85/8
**Hall-Ndlovu-1 [2]** 3/12 81/16
**Hall-Ndlovu-2 [2]** 3/12 81/18
**hand [4]** 32/8 32/11 44/20 73/22
**Hanford [2]** 19/16 19/18
**hanging [1]** 4/22
**happen [1]** 20/14
**happened [6]** 9/9 18/2 24/21 27/15 35/4 52/19
**happens [2]** 11/10 11/12
**happy [1]** 68/16
**Harrisburg [21]** 12/17 16/24 23/14 24/5 24/11 24/18 24/19 25/7 25/12 25/19 26/15 28/23 31/2 36/3 38/14 40/21 49/12 49/16 49/19 64/5 72/17
**has [13]** 10/19 18/18 24/4 45/9 45/14 52/7 52/12 55/14 62/19 75/19 76/15 77/18 80/10
**have [115]**
**having [6]** 11/15 37/1 38/21 79/7 79/15 80/8
**he [47]** 18/18 18/19 18/20 19/1 19/2 19/4 19/5 20/13 20/15 20/21 20/23 20/24 21/2 21/18 21/20 22/10 24/19 24/22 25/23 25/24 26/4 26/5 36/5 37/13 37/14 37/18 38/10 38/23 47/8 47/10 51/4 51/21 51/22 52/18 52/22 56/19 62/7 63/16 63/17 63/20 64/1 64/1 64/2 64/6 65/12 66/4 67/12
**He's [2]** 31/11 67/7
**head [10]** 7/17 51/6 51/11 58/6 74/4 74/13 78/17 78/21 78/24 79/8
**health [12]** 29/5 29/7 36/23 38/19 38/22 40/9 40/15 47/22 71/21 72/1 72/5 72/22
**hear [1]** 31/24
**hearing [1]** 11/16
**heart [2]** 61/13 78/17
**help [2]** 79/2 79/12
**her [8]** 6/16 45/7 45/12 51/4 51/22 52/12 62/24 81/1
**here [35]** 4/24 5/1 6/15 8/11 10/21 12/1 12/6 18/6 21/10 39/19 40/17 41/20 43/13 43/15 44/7 45/3 45/8 46/10 46/13 50/14 50/19 50/20 51/15 52/20 52/23 53/18 54/18 55/3 55/22 57/13 58/10 62/16 62/17 66/3 69/2
**hereby [1]** 85/6
**herein [1]** 85/7
**hereto [1]** 85/20
**herewith [1]** 84/11
**Hershey [7]** 14/12 14/24 16/19 21/15 31/1 37/5 71/7
**higher [1]** 67/1
**him [7]** 36/11 37/2 37/18 38/8 38/10 38/22 63/22
**his [6]** 18/23 25/20 26/4 38/24 63/23 64/7
**honestly [1]** 54/1
**hospital [58]** 3/12 12/9 23/14 23/19 23/23 24/5 24/8 24/12 24/18 24/24 25/7 25/13 25/19 26/15 31/2 33/3 36/3 38/14 38/16 40/21 42/13 42/23 44/17 44/19 44/22 47/13 47/15 47/20 48/3 48/5 48/22 49/3 49/13 49/16 49/19 49/22 50/3 53/9 60/12 60/18 60/22 60/23 60/24 61/3 61/7 64/6 65/10 67/9 67/14 67/17 70/21 71/1 72/10 72/18 73/6 73/8 76/24 81/17
**HOSPITALS [1]** 1/8
**hours [5]** 9/23 56/1 66/12 66/23 67/3
**how [25]** 4/20 5/7 5/18 9/6 12/19 17/3 18/10 19/12 19/12 21/10 32/24 35/18 36/2 37/8 37/8 38/6 42/18 55/1 55/4 59/24 60/20 63/17 69/17 70/24 74/17
**huh [2]** 7/15 7/21
**husband [11]** 19/19 20/10 20/11 20/11 21/16 22/8 30/21 32/2 32/19 40/9 71/12

**I**

**I'll [17]** 8/16 13/5 26/18 32/13 39/14 40/4 43/21 44/5 46/9 53/24 56/6 63/11 64/8 64/10 65/14 65/15 68/16
**I'm [64]** 4/21 4/22 5/1 5/2 5/24 6/11 6/20 6/24 7/3 7/17 7/21 7/24 8/3 8/8 9/5 10/13 12/10 13/8 13/10 13/20 16/4 21/7 21/9 24/10 25/5 26/7 27/24 28/13 28/14 28/16 31/22 33/4 33/5 34/12 34/24 35/1 35/11 37/17 37/17 38/23 39/12 39/22 41/19 41/21 43/11 43/12 43/16 44/8 45/1 47/3 51/8 51/9 53/15 59/7 59/21 62/3 66/3 68/17 68/18 70/3 72/8 79/14 80/5 80/22
**I've [2]** 8/10 17/5
**idea [3]** 14/14 50/20 67/18
**identification [2]** 81/16 81/18
**identifying [2]** 48/7 48/24
**impacted [3]** 76/8 79/3 79/13
**Impaction [1]** 74/2
**impair [2]** 9/24 10/5
**implemented [2]** 74/15 76/9
**important [3]** 6/15 7/12 9/1
**impression [3]** 62/1 62/7 77/21
**INC [1]** 1/22
**incision [1]** 78/8
**increase [1]** 66/7
**increased [1]** 59/1
**independent [4]** 35/3 50/7 50/10 80/24
**indicate [3]** 52/5 62/23 63/4
**indicated [2]** 51/19 62/18
**indicates [1]** 58/3
**indicator [1]** 48/24
**individual [1]** 45/24
**individuals [2]** 28/10 37/7
**infection [2]** 66/21 66/22
**information [5]** 34/3 46/17 47/6 52/20 53/18
**injuries [1]** 74/9
**injury [13]** 43/5 43/7 73/19 74/10 74/17 74/21 74/21 75/1 75/2 75/11 75/17 75/22 77/19
**inpatient [2]** 72/7 72/9
**instances [1]** 71/19
**instruction [1]** 10/8
**instructions [5]** 5/3 5/24 6/1 6/14 82/2
**instrument [1]** 80/9
**intake [1]** 70/16
**interaction [2]** 38/11 38/15
**interactions [2]** 37/1 38/21
**interchangeable [1]** 62/13
**interest [2]** 17/14 34/7
**interested [2]** 37/14 85/21
**interrupt [1]** 41/2
**intricate [1]** 26/8
**invested [1]** 34/7
**involved [9]** 28/9 60/4 60/11 61/1 62/22 63/2 70/17 73/12 80/17
**involvement [7]** 5/10 29/16 42/2 42/15 47/7 69/20 71/24
**involves [1]** 74/21
**Iona [2]** 13/17 13/23
**is [129]**
**ischial [1]** 51/13
**isn't [1]** 50/15
**issues [4]** 11/15 11/17 16/13 65/4
**it [150]**
**it's [41]** 6/10 6/10 6/19 7/12 7/20 8/8 8/14 9/1 9/4 10/10 10/16 12/3 13/20 16/1 16/5 22/12 23/23 23/24 31/9 31/14 34/6 34/13 39/2 39/8 44/20 47/1 47/11 52/4 52/13 52/14 56/24 59/15 64/19 70/2 70/3 70/7 70/13 71/16 74/12 78/12 79/17
**its [1]** 54/13

**J**

**job [1]** 47/19
**jog [1]** 35/11
**join [11]** 26/17 26/18 56/6 63/11 73/3 75/5 75/6 75/14 75/15 76/3 77/10
**joined [8]** 16/23 17/9 17/23 19/6 20/17 21/18 27/11 27/12
**JR [1]** 2/2
**jump [3]** 34/10 34/11 39/12
**just [34]** 5/4 6/6 7/9 8/4 11/12 11/21 12/4 13/5 13/11 21/9 24/21 24/23 26/14 32/22 33/7 36/12 41/24 42/10 43/11 43/16 44/4 44/8 45/1 46/8 49/9 51/3 56/24 59/15 62/11 66/19 68/13 78/20 79/20 80/22

**K**

**Kay [1]** 11/23
**keep [4]** 36/18 60/3 60/6 60/9
**KELLY [1]** 2/8
**kept [1]** 32/6
**Kevin [1]** 67/10
**kick [1]** 66/15
**kids [1]** 57/5
**kind [7]** 21/1 33/7



000295

**K**

**kind... [5]** 33/10 44/8 64/3 66/15 68/19
**knew [3]** 8/11 36/11 36/24
**know [81]** 6/24 7/1 8/11 8/22 9/5 9/8 9/12 10/9 10/11 10/12 10/15 10/16 11/4 11/18 13/2 15/21 19/5 19/8 19/12 22/24 23/2 23/11 24/9 24/17 28/16 29/3 29/14 29/19 30/7 31/7 31/8 31/18 32/6 33/5 33/17 34/13 34/23 36/2 36/10 36/16 36/21 40/4 40/18 43/19 44/23 45/4 49/7 49/18 50/1 50/2 50/4 51/20 52/4 53/3 58/2 58/9 61/11 62/1 62/5 63/13 64/6 66/18 67/6 67/8 67/10 67/16 68/8 68/15 68/20 68/23 70/1 70/17 70/20 71/2 71/3 72/20 73/10 73/16 73/23 79/24 80/12
**knowing [1]** 34/8
**knowledge [3]** 34/3 61/5 84/8

**L**

**L-I-P-P-E [1]** 67/6
**labor [22]** 37/3 37/20 44/14 53/16 54/5 54/18 54/19 54/20 54/21 55/17 62/9 62/11 62/12 62/22 64/14 66/23 69/6 69/8 71/5 77/3 77/13 77/14
**last [7]** 9/23 10/8 11/7 16/2 60/1 67/22 68/9
**latent [2]** 62/9 62/11
**later [3]** 6/19 6/19 20/19
**law [1]** 4/16
**leased [5]** 24/19 24/20 24/24 27/1 27/6
**leasing [3]** 24/22 25/7 26/23
**leave [1]** 77/20
**leaves [1]** 20/1
**LEE [3]** 1/9 35/17 35/24
**left [3]** 6/20 19/5 67/16
**length [1]** 51/6
**let [31]** 8/22 9/5 9/12 11/4 11/17 12/11 12/23 28/21 30/9 33/5 34/13 35/17 39/18 40/7 40/17 41/9 43/19 44/7 45/21 46/8 48/11 54/3 59/3 60/20 62/5 63/13 68/15 70/15 71/15 73/15 78/1
**let's [5]** 13/16 16/16 41/18 50/14 66/13
**LEVY [1]** 2/8
**life [1]** 19/22
**like [15]** 4/12 5/13 11/10 24/23 33/7 48/8 48/23 51/18 56/2 58/2 59/9 60/22 61/10 61/19 69/21
**LINE [1]** 83/2
**lines [1]** 61/24
**Lippe [1]** 67/6
**list [4]** 60/3 60/6 60/9 84/9
**literature [1]** 56/9
**little [8]** 4/23 9/10 16/17 28/1 34/12 59/19 77/4 77/4
**Living [1]** 45/20
**LLP [3]** 2/8 2/10 2/13
**located [3]** 28/22 29/4 57/24
**location [5]** 25/20 29/4 29/12 36/19 36/20
**long [10]** 5/18 9/6 9/8 10/13 12/19 17/3 31/9 38/6 77/8 77/11
**longer [4]** 9/10 40/13 66/23 78/12
**look [11]** 11/1 11/2 11/3 40/16 44/4 46/6 50/14 55/8 59/9 67/19 68/13
**looked [3]** 51/23 52/18 53/2
**looking [2]** 11/5 70/11
**looks [3]** 51/18 58/2 61/10
**Lorah [5]** 67/10 67/12 67/14 67/16 68/19
**lost [1]** 11/9
**lot [2]** 59/9 59/22
**loud [1]** 44/3
**lower [1]** 70/13

**M**

**M.D [7]** 1/16 3/3 4/15 46/13 62/18 84/4 85/8
**ma'am [1]** 11/22
**machine [1]** 61/21
**MacKNIGHT [3]** 2/2 3/4 4/23
**made [4]** 19/17 68/3 82/7 82/12
**mail [1]** 13/5
**mainly [1]** 31/15
**make [5]** 30/9 41/24 43/23 78/8 82/5
**making [1]** 82/8
**management [1]** 66/6
**managing [4]** 20/8 22/3 22/9 22/11
**maneuvers [3]** 74/14 76/7 76/9
**MANSUKHANI [1]** 2/10
**many [10]** 5/7 7/19 18/10 31/3 31/4 37/22 37/22 59/14 59/24 70/24
**Margaret [3]** 1/18 85/3 85/23
**marked [2]** 81/15 81/17
**married [2]** 20/18 20/20
**MARSHALL [1]** 2/5
**match [1]** 57/12
**matters [1]** 85/10
**may [18]** 5/24 7/1 7/7 7/7 9/22 10/4 10/23 27/23 32/14 36/15 37/7 51/10 65/21 65/23 68/14 71/7 74/14 82/14
**maybe [3]** 8/1 39/7 56/2
**mbklaw.com [1]** 2/9
**mcmongiello [1]** 2/6
**mdwcg.com [1]** 2/6
**me [72]** 6/12 7/15 8/2 8/11 8/14 8/22 9/5 9/12 10/19 11/4 11/16 11/18 11/21 12/12 12/23 13/4 14/19 17/7 18/16 22/5 25/17 28/20 28/21 30/9 30/20 31/14 33/5 34/13 35/17 37/15 39/2 39/3 39/14 39/19 39/19 39/22 40/6 40/7 40/17 41/9 43/19 44/5 44/7 45/21 46/8 48/11 49/10 50/22 51/3 51/19 51/19 53/23 54/3 55/3 59/3 60/20 62/5 63/13 65/23 66/19 67/20 68/15 69/10 70/15 71/15 71/23 73/16 76/11 78/1 78/7 85/6 85/8
**mean [7]** 41/14 45/10 52/7 54/19 57/17 57/21 68/3
**means [10]** 45/6 45/11 50/22 51/3 58/3 58/6 61/11 62/6 66/20 68/23
**meconium [9]** 56/17 56/23 56/24 57/2 57/4 57/8 68/24 69/7 69/11
**Media [2]** 2/3 82/17
**medical [23]** 1/7 5/14 13/16 14/3 14/6 14/10 14/12 14/13 14/19 14/21 14/24 16/20 23/8 23/9 28/10 28/11 28/14 28/24 29/24 31/1 31/5 31/23 37/5
**medication [1]** 66/14
**meeting [1]** 11/13
**membrane [7]** 54/22 55/2 55/11 55/23 56/15 62/10 66/24
**membrane's [1]** 55/12
**membranes [7]** 52/1 52/15 52/22 55/19 56/11 66/11 67/2
**memories [2]** 10/13 35/11
**memory [4]** 19/9 33/15 33/17 59/19
**mentally [2]** 9/22 10/4
**mess [1]** 40/4
**met [1]** 8/10
**MICHAEL [1]** 2/6
**microscope [4]** 51/23 52/18 53/2 55/8
**mid [5]** 57/16 57/17 57/18 57/22 57/24
**middle [2]** 1/2 52/16
**might [3]** 6/24 33/8 34/11
**Mike [1]** 13/2
**minus [7]** 50/21 50/24 51/7 51/8 51/11 51/18 52/1
**minutes [3]** 39/22 61/13 69/16
**missed [1]** 39/7
**mom [1]** 56/12
**mom's [1]** 76/8
**moment [3]** 37/24 54/11 71/9
**MONGIELLO [1]** 2/6
**monitor [1]** 61/18
**months [1]** 8/1
**moonlight [2]** 48/13 73/5
**moonlighted [3]** 47/15 47/18 73/7
**moonlighting [5]** 48/20 60/12 60/24 71/13 72/4
**more [5]** 15/18 26/8 42/2 66/11 78/10
**morning [1]** 4/20
**most [2]** 6/14 70/12
**mother [3]** 42/11 46/23 61/16
**move [2]** 27/4 56/1
**moved [5]** 12/21 25/20 27/7 27/9 27/18
**movement [2]** 57/6 73/21
**moving [1]** 70/10
**Mr [2]** 3/4 36/8
**Ms [1]** 72/21
**Ms. [4]** 35/12 48/1 50/8 80/24
**Ms. Furjanic [3]** 35/12 50/8 80/24
**Ms. Furjanic's [1]** 48/1
**MSAF [1]** 68/22
**multiple [1]** 72/16
**must [1]** 82/13
**my [42]** 4/22 5/10 10/6 10/22 12/5 12/8 12/8 14/16 14/24 19/16 20/10 22/5 23/5 26/3 29/2 30/3 30/9 31/10 37/15 39/19 40/13 41/13 41/19 42/19 42/20 42/21 46/11 47/7 47/15 49/5 49/5 49/6 49/7 50/5 50/5 60/9 61/4 71/19 71/22 84/5 84/8 85/13
**MYERS [1]** 2/8
**myself [3]** 28/1 40/5 42/21

**N**

**name [25]** 11/22 18/15 18/19 35/12 35/14 35/23 36/17 36/22 48/7 48/12 48/22 49/4 49/5 49/6 49/8 49/16 50/3 50/3 50/5 62/19 67/23 68/8 68/9 80/23 82/9
**name's [1]** 4/22
**named [1]** 6/6
**namely [1]** 85/7
**nature [1]** 32/23
**NDLOVU [23]** 1/8 1/16 2/7 3/3 3/12 3/12 4/11 4/15 11/23 18/14 19/16 19/18 20/18 22/8 22/10 26/3 26/7 30/2 34/2 81/16 81/18 84/4 85/8
**near [1]** 51/12
**necessarily [3]** 52/7

Case 1:21-cv-01852-CCC-JFS Document 84-11 Filed 03/20/24 Page 30 of 35


**N**

**necessarily... [2]** 57/10 69/12
**necessary [1]** 78/23
**neck [1]** 74/22
**need [13]** 6/16 8/4 9/4 9/5 9/11 9/14 9/17 11/1 39/13 39/14 74/14 80/11 82/14
**needed [2]** 33/8 80/18
**needs [1]** 64/17
**negligence [2]** 75/3 75/12
**neither [1]** 85/14
**neonatal [1]** 67/21
**neonatologist [3]** 67/13 68/21 69/8
**nerve [2]** 73/19 74/22
**never [4]** 5/11 8/10 16/11 26/10
**new [1]** 25/20
**next [9]** 33/10 56/17 57/13 61/24 62/7 63/6 66/2 67/19 77/5
**nice [1]** 8/10
**NICU [1]** 67/12
**night [2]** 65/10 70/22
**Nitrazine [3]** 52/2 52/3 55/9
**no [70]** 3/11 7/13 7/22 10/2 10/7 13/23 14/5 14/20 15/11 16/13 16/14 17/15 17/20 19/1 19/16 20/20 22/5 24/14 27/19 28/7 29/16 29/16 29/20 30/6 32/10 32/17 32/17 34/18 34/22 35/6 35/13 35/16 37/10 38/2 40/13 42/10 43/8 44/24 47/10 49/18 50/7 50/9 50/10 50/13 51/13 51/14 55/21 55/22 56/10 57/10 60/9 60/16 61/5 63/3 63/3 67/15 67/18 68/5 70/19 71/24 72/3 77/11 78/12 80/21 80/23 81/2 81/7 81/7 81/9 81/10
**nod [1]** 7/16
**non [1]** 76/19
**non-diabetic [1]** 76/19
**none [3]** 16/14 45/17 45/19
**normal [2]** 70/1 70/5
**North [2]** 28/22
36/19
**not [79]** 6/6 6/20 7/8 7/24 8/3 9/6 9/16 10/13 12/6 13/5 13/10 17/15 17/20 19/8 24/10 26/7 28/2 28/13 28/14 31/14 32/10 32/24 33/23 34/7 34/12 34/18 34/22 35/6 35/16 37/12 37/17 38/9 38/23 46/6 47/10 49/15 50/13 51/9 51/9 52/6 52/7 52/14 54/12 54/20 55/19 55/24 57/10 58/15 58/22 58/23 59/14 59/16 60/8 60/9 60/16 62/3 63/1 65/21 65/23 66/3 69/11 70/2 70/3 70/7 73/7 74/10 76/22 77/11 77/13 77/14 77/21 79/11 79/21 79/21 79/23 80/8 80/19 82/14 85/18
**not I'll [1]** 13/5
**Notary [4]** 1/19 82/14 85/4 85/24
**noted [2]** 78/18 82/8
**notes [3]** 41/13 43/10 85/13
**nothing [1]** 85/9
**notice [1]** 1/16
**notified [1]** 65/6
**now [16]** 8/1 8/1 9/14 10/19 21/7 22/12 22/16 23/22 31/12 39/13 50/11 59/21 66/7 72/8 73/15 79/21
**NTZ [1]** 51/18
**Number [1]** 1/3
**numbered [1]** 40/19
**numbers [3]** 39/18 40/5 57/12
**nurse [4]** 31/16 65/7 68/6 69/21
**nursing [1]** 69/23

**O**

**OB [24]** 15/16 16/23 17/2 17/2 18/9 20/22 23/5 23/5 29/9 29/9 29/15 36/5 37/13 42/10 42/19 43/5 49/19 50/6 59/8 61/2 61/6 67/4 72/17 76/17
**OB-GYN [22]** 15/16 16/23 17/2 17/2 18/9 20/22 23/5 23/5 29/15 36/5 37/13 42/10 42/19 43/5 49/19 50/6 59/8 61/2 61/6 67/4 72/17 76/17
**object [4]** 64/8 64/10 65/14 65/15
**objection [21]** 24/15 25/14 26/16 42/5 48/9 49/1 53/20 55/15 56/4 56/7 59/11 60/14 63/10 65/17 73/2 75/4 75/13 75/15 76/1 76/2 77/9
**objections [1]** 4/4
**observing [1]** 37/8
**obstetrics [3]** 1/6 12/13 29/15
**obviously [2]** 23/1 44/20
**occasions [2]** 5/15 32/22
**occur [2]** 75/3 75/19
**occurred [2]** 20/16 21/11
**occurs [1]** 47/2
**October [2]** 1/13 84/6
**off [2]** 14/5 14/9
**offended [1]** 8/16
**offhand [2]** 23/11 23/12
**office [14]** 23/15 23/17 23/21 24/4 24/17 24/20 24/24 25/2 27/16 28/6 28/22 33/14 38/18 59/8
**offices [1]** 27/5
**often [3]** 32/24 79/5 79/23
**okay [126]**
**old [1]** 62/7
**omitted [1]** 41/4
**once [9]** 22/12 27/9 27/9 42/1 43/19 54/16 55/12 55/23 56/11
**one [33]** 5/23 6/4 12/3 13/9 15/18 18/20 21/14 27/14 31/10 31/11 33/9 36/5 37/7 39/4 39/20 40/7 45/14 52/13 52/16 52/21 53/5 53/18 54/4 55/1 55/4 63/20 67/20 70/20 71/1 71/6 73/10 74/24 77/1
**ones [2]** 39/18 40/19
**ongoing [1]** 31/3
**only [7]** 27/7 27/9 31/11 39/4 52/6 71/6 73/7
**opinion [1]** 34/20
**opposed [2]** 57/23 58/7
**option [1]** 76/21
**oral [1]** 15/8
**order [2]** 74/15 78/19
**original [2]** 82/15 85/13
**orthopaedic [1]** 67/7
**other [16]** 6/22 7/11 7/13 9/18 10/24 24/23 36/17 40/17 40/24 41/9 52/8 64/19 71/14 72/14 72/19 73/4
**our [8]** 11/9 17/23 21/18 25/19 26/22 33/1 37/12 44/14
**out [31]** 7/21 12/19 13/11 19/12 20/24 21/12 21/14 23/16 25/9 44/3 45/22 47/13 51/12 53/4 53/5 53/13 53/17 54/4 54/6 54/7 54/13 61/19 61/22 63/19 63/21 64/24 75/23 78/24 79/1 79/9 79/10
**Outpatient [10]** 29/5 29/6 36/23 38/22 40/14 47/22 71/21 72/1 72/5 72/22
**outside [1]** 61/2
**over [16]** 6/22 13/4 20/2 21/24 22/8 25/1 25/5 26/20 26/21 39/12 42/17 43/9 45/8 59/24 62/18 82/4
**oversaw [1]** 29/14
**own [7]** 20/4 20/12 25/24 61/1 64/7 64/15 72/20
**owned [5]** 18/20 20/7 22/16 26/10 30/7
**owner [3]** 20/9 20/15 22/12
**owns [1]** 22/13

**P**

**p.m [2]** 62/10 76/24
**P.O [1]** 1/23
**PA [4]** 1/23 2/3 12/17 82/17
**packet [1]** 41/10
**page [17]** 3/2 3/11 12/3 12/5 12/7 12/11 13/3 13/9 39/1 39/8 40/16 43/13 43/14 46/12 67/19 67/20 83/2
**pages [2]** 10/23 84/7
**paid [2]** 24/20 48/3
**palsy [8]** 73/16 74/6 74/23 74/24 75/2 75/11 75/22 77/19
**paper [4]** 52/2 52/3 52/4 55/9
**parity [1]** 62/8
**part [12]** 19/13 20/12 22/15 22/15
23/2 24/11 26/4 26/11 37/12 51/2 79/21 80/3
**participate [2]** 34/7 37/15
**particular [2]** 33/12 37/24
**parties [2]** 85/16 85/20
**Partly [1]** 42/19
**partner [7]** 17/13 19/16 20/8 22/5 26/3 42/21 71/22
**partners [4]** 19/21 19/22 40/13 47/16
**parts [2]** 53/12 54/7
**pass [1]** 15/19
**passed [1]** 15/20
**patient [29]** 5/11 6/8 37/20 42/3 42/16 42/23 46/1 46/20 47/5 52/7 53/10 53/15 53/19 54/11 54/16 56/11 58/20 58/24 62/24 64/17 64/21 65/4 65/8 65/22 68/7 69/7 72/22 78/16 79/8
**patient's [2]** 45/9 47/12
**patients [7]** 29/10 29/10 32/2 32/7 42/20 44/14 76/18
**pattern [2]** 51/24 52/17
**pediatrician [3]** 42/17 43/1 69/24
**pediatricians [1]** 57/1
**pelvis [1]** 51/2
**penicillin [1]** 66/10
**Penn [3]** 14/11 14/12 15/1
**PENNSYLVANIA [3]** 1/2 85/1 85/5
**percent [2]** 50/23 51/6
**perfectly [3]** 10/10 10/16 11/1
**perform [11]** 56/2 58/24 76/6 78/11 79/7 79/11 79/23 80/8 80/11 80/12 80/19
**performed [1]** 79/19
**performing [1]** 78/14
**perineum [1]** 78/9
**period [2]** 32/1 76/10
**permitted [2]** 9/17 64/6
**person [2]** 6/15 33/10
**personality [1]** 63/23

**P**

**PETER [1]** 2/13
**pfaben [1]** 2/14
**pH [1]** 52/4
**physical [3]** 23/6 25/3 28/5
**physically [8]** 9/21 10/3 33/23 38/13 40/14 63/2 65/19 65/19
**physician [8]** 24/23 64/2 64/16 64/18 65/2 67/7 67/22 68/10
**physicians [7]** 30/12 31/6 31/8 31/11 47/21 72/19 73/5
**picture [2]** 21/7 27/10
**PINNACLE [26]** 1/7 1/8 2/12 17/10 17/22 17/23 17/24 18/1 18/24 19/7 19/13 21/24 22/7 22/13 22/13 22/16 22/18 24/7 25/1 25/5 25/12 26/20 26/22 27/2 27/12 49/9
**PINNACLEHEALTH [2]** 1/6 1/7
**Pitocin [2]** 66/8 66/13
**place [4]** 10/12 21/14 23/22 39/4
**placed [1]** 68/6
**Plaintiff [2]** 1/4 2/4
**please [1]** 4/12
**plexus [8]** 74/17 74/21 75/1 75/2 75/11 75/17 75/22 77/19
**plus [3]** 51/16 51/18 52/1
**point [6]** 21/23 32/20 42/15 52/12 56/10 72/18
**pool [1]** 51/16
**Pooling [1]** 51/21
**portion [1]** 57/24
**position [11]** 17/1 33/1 48/20 51/1 57/16 57/17 57/18 57/18 57/22 60/13 60/24
**positive [3]** 52/6 52/9 52/9
**possible [2]** 8/8 13/4
**post [2]** 42/23 69/17
**posterior [2]** 57/16 57/23
**postnatally [1]** 69/16
**practice [50]** 14/15 17/5 17/14 17/16 17/23 18/21 19/2 19/21 20/1 20/2 20/4 20/8 20/9 20/12 20/17 22/3 22/9 22/11 22/14 23/16 24/8 24/11 25/19 25/24 26/4 26/11 26/15 26/21 26/22 28/8 29/17 29/18 29/19 33/2 33/20 33/21 34/4 34/6 36/7 37/13 44/13 44/18 47/9 48/21 49/8 71/19 72/4 72/19 72/24 79/21
**practices [1]** 72/20
**practicing [3]** 12/19 17/2 25/9
**practitioner [1]** 64/20
**practitioners [4]** 31/16 36/4 44/13 62/14
**Pre [1]** 45/16
**Pre-term [1]** 45/16
**pregnancy [1]** 45/12
**pregnant [1]** 42/11
**present [12]** 24/3 33/13 38/14 47/5 47/24 51/21 57/1 57/8 65/10 65/22 65/23 73/6
**presentation [3]** 58/1 58/5 58/7
**presenting [3]** 51/2 58/6 58/8
**presents [1]** 62/9
**pretty [3]** 39/2 51/10 70/11
**previous [2]** 25/20 29/2
**primarily [1]** 25/8
**primary [1]** 23/16
**print [1]** 39/22
**printed [1]** 39/17
**prior [6]** 19/1 30/3 47/24 53/4 57/7 58/22
**private [3]** 44/13 49/7 72/3
**privileges [2]** 61/4 61/6
**privy [1]** 26/7
**problem [1]** 14/20
**problems [1]** 64/22
**procedure [3]** 78/3 78/11 79/17
**procedures [1]** 60/7
**process [9]** 15/23 16/5 16/7 16/12 37/9 42/12 55/18 61/4 73/13
**prodromal [2]** 54/19 62/12
**produced [1]** 10/20
**program [3]** 28/12 28/14 36/4
**promontory [1]** 74/3
**prompt [2]** 7/17 8/2
**prophylactic [2]** 58/20 76/21
**protocol [1]** 69/6
**provide [9]** 30/22 32/19 33/23 34/20 42/11 47/21 49/23 64/20 72/16
**provided [18]** 13/9 30/11 30/12 30/17 32/2 33/2 36/11 37/3 43/15 44/16 44/19 49/22 49/24 56/12 64/16 72/4 82/11 82/13
**provider [7]** 5/14 5/14 33/13 64/2 64/14 65/21 75/23
**providers [1]** 72/14
**providing [12]** 28/9 30/24 31/22 32/16 34/9 42/23 43/6 47/4 65/7 65/20 68/6 68/11
**pubic [3]** 74/3 76/8 79/4
**Public [4]** 1/19 82/14 85/4 85/24
**pull [4]** 10/23 39/13 39/19 75/23
**purchase [2]** 24/8 27/2
**purchased [1]** 24/7
**purpose [2]** 69/4 78/14
**pursuant [1]** 1/16
**pushing [1]** 78/16
**put [4]** 52/24 53/18 61/15 68/8

**Q**

**Q5 [1]** 61/10
**qualified [1]** 85/4
**question [25]** 4/5 6/11 6/21 6/23 7/1 7/2 7/3 7/4 8/7 8/9 8/13 8/15 8/22 8/24 10/3 11/16 18/17 24/10 34/13 34/14 34/24 53/14 54/2 59/20 71/16
**questions [12]** 6/12 8/12 10/1 10/6 12/23 21/9 35/1 43/18 68/14 81/8 81/9 81/10
**quick [4]** 9/10 40/8 40/18 41/19

**R**

**rami [1]** 74/3
**ran [1]** 29/19
**range [3]** 70/3 70/5 70/6
**rate [1]** 78/17
**reach [1]** 64/24
**reactive [2]** 61/10 61/14
**read [13]** 4/12 6/19 7/19 43/20 43/24 44/3 51/17 62/1 62/4 66/4 82/4 82/5 84/5
**Reading [4]** 44/6 44/6 68/17 68/17
**ready [5]** 37/21 44/5 54/5 68/17 68/18
**real [3]** 40/7 40/18 41/19
**realized [1]** 12/4
**really [1]** 51/17
**reason [8]** 8/21 9/11 9/18 9/21 10/3 68/22 82/6 82/9
**reasons [3]** 14/6 14/9 59/14
**recall [13]** 5/19 23/11 30/6 31/12 36/14 37/18 37/23 38/6 38/21 44/9 49/4 49/24 79/7
**recalling [1]** 63/17
**receive [1]** 82/18
**recertification [2]** 15/22 16/5
**recertified [1]** 16/2
**recertify [1]** 16/1
**recess [1]** 40/1
**recognize [4]** 35/14 35/23 46/3 46/5
**recollection [10]** 33/19 35/4 38/2 50/7 50/8 50/10 63/3 79/15 80/24 84/9
**recommend [1]** 58/23
**recommendation [1]** 58/14
**recommendations [2]** 76/20 79/22
**recommended [2]** 76/22 78/12
**record [3]** 4/24 7/9 8/5
**records [16]** 3/12 32/6 32/8 32/9 32/10 34/20 35/7 35/10 39/12 41/10 41/19 41/20 41/24 44/22 63/3 81/17
**REES [1]** 2/10
**reference [1]** 51/1
**referencing [2]** 28/15 28/20
**regard [5]** 7/11 29/6 34/20 35/11 72/8
**regarding [6]** 5/10 6/7 12/8 58/20 76/13 76/17
**related [1]** 85/15
**relative [1]** 85/18
**relevant [1]** 41/7
**remedy [1]** 11/18
**remember [11]** 7/24 28/5 30/5 32/23 57/4 63/22 77/22 77/24 79/15 80/7 80/17
**rendering [1]** 65/21
**rent [1]** 24/20
**rephrase [3]** 8/17 53/24 75/7
**replaced [1]** 34/4
**reported [1]** 75/19
**reporter [5]** 1/18 6/15 7/7 7/12 85/4
**REPORTING [1]** 1/22
**representing [1]** 72/20
**request [2]** 68/4 68/5
**requesting [2]** 67/22 68/9
**require [2]** 49/4 82/18
**required [6]** 53/10 53/17 54/15 60/6 60/9 80/13
**requires [2]** 15/24 47/16
**reserved [1]** 4/5
**residency [10]** 12/6 14/17 14/23 14/24 15/2 21/19 31/24 60/5 60/6 60/8
**resident [18]** 5/19 29/1 30/19 30/23 46/2 46/20 47/12 48/2 50/16 63/1 63/9 63/14 64/19 65/3 65/6 68/12 71/6 71/6
**residents [12]** 30/1 31/1 31/16 32/14 37/5 37/23 38/12 47/4 47/17 48/19 70/24 71/4
**resist [2]** 6/23 7/2
**resistance [1]** 74/13
**respect [2]** 38/8 76/19
**responding [1]** 69/18
**responses [1]** 41/14
**responsible [2]** 42/22 47/14
**rest [3]** 43/21 79/1 79/9
**result [2]** 52/6 73/20
**retired [6]** 19/1 22/10 25/18 25/22

**R**

**retired... [2]** 25/23 26/5
**retirement [1]** 25/21
**retires [2]** 22/1 25/11
**Return [1]** 82/15
**review [10]** 34/19 35/7 40/22 40/24 41/11 41/11 46/17 47/6 63/4 65/4
**reviewed [3]** 40/18 41/2 46/19
**reviewing [2]** 35/10 41/23
**ride [1]** 18/4
**right [60]** 6/7 7/10 7/22 12/3 12/14 13/18 14/1 16/8 16/11 16/12 17/21 19/24 21/8 21/14 21/18 21/23 23/15 23/21 24/13 25/9 25/13 26/12 27/23 28/8 28/16 31/12 35/8 35/20 38/20 39/5 39/23 40/5 41/16 41/18 44/7 45/8 45/17 45/19 46/14 49/13 49/14 50/8 50/19 51/15 56/15 57/13 57/15 59/22 61/18 63/6 67/23 70/8 70/11 70/22 72/2 73/13 76/24 77/5 81/3 82/5
**risk [1]** 67/1
**Robinson [3]** 1/18 85/3 85/23
**ROCK [1]** 1/22
**role [2]** 42/19 47/16
**Ronald [1]** 67/6
**room [4]** 37/6 37/19 38/3 77/22
**root [1]** 73/19
**roots [1]** 74/22
**rotate [1]** 33/9
**rotated [2]** 31/2 38/13
**rotation [1]** 33/7
**routinely [1]** 79/23
**rude [1]** 8/4
**rudimentary [1]** 51/10
**rule [1]** 76/22
**rules [1]** 82/18
**rupture [1]** 55/12
**ruptured [15]** 51/24 52/8 52/15 52/22 54/22 55/2 55/5 55/10 55/19 56/12 56/16 62/10 66/11 66/24 67/3
**ruptures [1]** 55/24

**S**

**SACCHETTA [3]** 2/2 82/16 82/16
**sacral [1]** 74/3
**safely [1]** 74/15
**said [14]** 8/2 11/17 17/21 18/18 23/13 26/14 29/11 31/21 34/15 48/23 55/23 66/19 72/3 79/20
**same [15]** 8/21 10/3 20/21 21/1 21/3 21/4 21/9 21/16 25/2 25/4 27/16 33/6 34/1 53/13 82/17
**sample [1]** 52/24
**save [1]** 14/6
**saw [4]** 29/9 32/7 51/23 76/24
**say [19]** 7/7 7/7 9/14 10/10 10/16 19/10 29/18 31/14 32/13 32/18 35/12 35/18 35/19 47/11 47/18 52/18 77/2 78/20 80/5
**saying [3]** 37/17 37/17 53/15
**says [19]** 44/9 45/3 45/9 45/21 51/16 51/17 51/18 54/18 54/22 56/15 56/16 56/17 57/15 58/1 58/9 58/11 62/5 67/21 68/22
**schedule [1]** 33/11
**school [8]** 14/7 14/10 14/14 14/19 14/21 20/24 21/5 31/23
**schools [1]** 14/3
**scissors [2]** 80/15 80/18
**score [1]** 70/1
**scores [2]** 69/14 70/13
**screen [3]** 41/20 43/13 43/20
**scroll [5]** 43/21 44/5 44/7 46/9 68/15
**SCULLY [1]** 2/10
**sealing [1]** 4/2
**second [14]** 2/3 12/7 12/16 14/16 27/20 34/11 39/7 39/20 45/12 45/22 47/19 67/20 78/13 82/17
**section [5]** 56/2 58/21 58/24 76/13 76/22
**sections [1]** 75/18
**see [4]** 41/21 41/22 52/11 77/5
**seeing [3]** 42/22 44/10 56/20
**sell [3]** 18/24 18/24 26/4
**send [2]** 39/2 39/9
**senior [3]** 14/4 15/7 71/6
**sensitive [1]** 59/16
**separate [3]** 34/6 74/8 84/11
**service [4]** 68/1 71/18 72/7 72/9
**SERVICES [1]** 1/7
**session [1]** 6/11
**set [1]** 55/19
**several [1]** 71/3
**share [1]** 41/19
**sharp [2]** 80/8 80/19
**she [9]** 41/2 45/14 51/5 54/20 54/20 70/23 76/23 77/3 77/4
**she's [4]** 42/24 45/11 50/23 54/12
**sheet [7]** 82/6 82/9 82/10 82/12 82/15 83/1 84/11
**short [1]** 39/3
**shorten [1]** 76/10
**Shorthand [1]** 85/3
**shortly [4]** 19/6 19/9 19/10 25/18
**should [5]** 18/18 56/11 58/15 58/19 82/6
**shoulder [5]** 73/21 73/23 74/10 74/14 79/4
**shoulders [5]** 7/16 74/2 76/8 79/3 79/12
**show [1]** 43/17
**shrug [1]** 7/16
**sic [1]** 59/20
**sign [8]** 4/12 46/21 57/9 69/12 69/17 82/9 82/11 82/13
**signature [6]** 46/14 46/22 63/5 73/11 73/11 82/14
**signature's [1]** 46/11
**signed [3]** 46/23 47/1 65/9
**significance [1]** 56/22
**signing [3]** 4/2 46/16 82/12
**signs [2]** 66/9 66/17
**similar [1]** 74/23
**since [4]** 17/17 27/18 62/10 76/15
**sir [9]** 35/6 43/8 46/15 50/9 50/13 67/15 70/19 75/8 81/2
**sit [1]** 11/12
**site [2]** 33/3 33/24
**situation [2]** 54/14 79/18
**size [1]** 58/14
**slash [2]** 50/21 50/21
**slide [1]** 53/1
**small [1]** 43/23
**smoothly [1]** 6/2
**SNYDER [1]** 2/13
**so [103]**
**sold [4]** 17/23 25/18 26/15 26/22
**some [27]** 5/3 5/24 6/1 6/12 7/13 10/23 15/21 21/9 21/23 30/11 32/1 32/19 34/24 35/7 36/9 36/16 37/15 38/8 39/12 43/4 43/6 45/2 57/12 62/14 68/14 76/16 78/11
**somebody [6]** 7/20 11/10 19/15 43/9 54/4 69/21
**someone [5]** 60/21 60/22 71/11 72/23 77/13
**something [11]** 7/7 7/8 10/10 11/1 11/3 11/10 31/17 39/13 56/2 61/10 79/5
**sometime [1]** 20/18
**sometimes [1]** 78/2
**sorry [5]** 13/8 25/5 35/1 40/3 41/1
**sort [1]** 43/6
**sought [1]** 28/10
**sound [1]** 51/10
**South [2]** 12/16 27/20
**space [11]** 24/19 24/22 24/24 25/8 26/23 27/2 27/7 27/16 66/6 82/11 82/13
**speaking [1]** 42/8
**special [1]** 32/22
**Specialists [1]** 12/13
**SPECIALISTS,:C [1]** 1/6
**specialties [1]** 15/22
**specific [5]** 38/2 44/18 52/6 52/14 79/14
**specifically [2]** 37/24 42/8
**specular [1]** 55/6
**speculate [1]** 10/14
**spend [2]** 32/20 32/21
**spine [1]** 51/13
**spoke [1]** 4/23
**spontaneous [1]** 62/9
**SS [1]** 85/1
**stable [1]** 56/13
**staff [1]** 69/23
**staffed [1]** 31/15
**stained [3]** 57/2 68/24 69/8
**stand [1]** 45/4
**standard [6]** 55/23 56/9 58/14 58/23 78/10 80/3
**start [6]** 5/2 7/6 11/21 66/8 66/10 66/15
**started [1]** 38/23
**State [5]** 14/11 14/12 15/1 84/19 85/5
**STATES [1]** 1/1
**station [2]** 51/7 51/8
**status [4]** 29/23 54/18 54/22 56/16
**stay [3]** 17/3 27/1 27/15
**stayed [1]** 16/19
**stenographic [1]** 85/13
**sterile [1]** 80/15
**still [18]** 18/6 18/7 18/8 20/7 20/8 20/20 22/20 23/23 25/2 25/24 26/23 27/6 28/2 31/19 33/1 36/20 49/12 67/14
**stipulated [1]** 4/1
**stipulations [1]** 4/9
**stood [2]** 63/19 63/21
**stop [2]** 40/10 40/12
**stopped [4]** 32/15 33/16 33/21 40/8
**streamline [1]** 43/11
**Street [6]** 2/3 12/16 27/20 28/23 36/20 82/17
**stress [1]** 57/9
**strips [2]** 61/19 61/22
**student [2]** 28/24 31/5
**students [2]** 29/24 37/23
**stuff [1]** 41/5
**stupid [1]** 18/17
**subject [1]** 82/12
**subsequently [1]** 17/11
**substance [4]** 9/22 10/4 82/6 82/8
**sued [1]** 5/11
**suffer [3]** 75/10 75/16 75/21
**suffered [1]** 43/4
**suggest [2]** 52/5

**S**

**suggest... [1]** 62/21
**Suite [3]** 12/17 27/21 27/22
**summary [1]** 5/10
**supervise [4]** 32/12 32/13 32/13 47/17
**supervised [2]** 31/5 31/8
**supervising [4]** 31/10 47/3 47/14 48/18
**supervision [1]** 68/12
**sure [11]** 9/6 24/10 28/14 38/23 39/24 41/24 44/2 49/15 59/22 66/3 70/3
**sworn [2]** 4/16 85/8
**symptoms [2]** 66/9 66/17
**synonymously [1]** 62/15
**system [2]** 27/14 30/13

**T**

**table [2]** 80/10 80/16
**tag [5]** 48/8 48/12 48/22 49/5 49/16
**tags [1]** 49/4
**take [19]** 5/1 9/4 9/5 9/11 9/15 9/18 15/4 15/6 15/8 15/17 16/11 20/1 26/20 42/17 42/19 43/9 68/13 72/6 77/12
**taken [4]** 1/16 40/1 84/6 85/17
**takes [1]** 21/24
**taking [1]** 14/9
**talk [7]** 6/22 9/15 13/16 16/16 17/7 41/18 78/13
**talked [2]** 38/19 57/13
**talking [4]** 31/22 36/13 55/21 72/11
**tchairs [1]** 2/11
**teach [1]** 36/8
**teaching [1]** 37/4
**technical [1]** 51/9
**tell [9]** 8/14 20/16 28/20 31/14 46/7 50/22 51/19 53/23 66/19
**telling [1]** 39/3
**ten [6]** 69/16 70/6 70/10 70/12 70/13 70/14
**term [5]** 28/19 45/14 45/14 45/16 62/11
**terms [2]** 49/7 56/10
**test [7]** 15/4 16/11 19/9 52/11 52/11 55/3 59/18
**testified [3]** 4/17 34/15 34/16
**testify [1]** 85/9
**testimony [2]** 82/11 84/5
**tests [1]** 15/17
**than [10]** 10/24 15/18 26/8 40/17 41/10 66/11 66/23 67/3 70/13 74/5
**thank [9]** 4/12 4/21 6/3 7/5 7/10 9/13 10/18 81/3 81/5
**that [333]**
**that women's [1]** 36/16
**that's [45]** 4/10 9/16 9/18 11/1 12/16 12/18 13/5 19/23 21/13 22/2 25/8 27/20 28/3 28/17 28/19 37/17 39/7 41/16 44/16 44/17 46/1 46/5 46/13 50/24 51/13 53/1 61/4 66/5 66/12 66/14 67/22 69/1 69/15 69/23 70/7 74/5 77/11 77/14 78/20 79/5 79/5 79/22 80/5 80/6 81/4
**their [6]** 61/1 64/15 72/7 72/9 72/19 72/20
**them [14]** 17/1 26/23 37/16 39/18 39/19 39/22 42/12 43/11 47/5 47/14 63/20 76/21 77/14 79/19
**then [43]** 12/24 14/10 14/20 16/21 17/10 18/1 18/21 18/23 18/24 18/24 21/15 21/23 22/7 26/14 32/9 33/9 42/12 43/20 44/20 45/1 45/8 45/9 45/19 45/21 47/6 47/6 51/15 51/17 52/1 53/1 54/17 56/1 56/16 57/11 61/19 62/5 63/5 66/17 68/14 71/7 71/9 76/9 82/11
**there [78]** 4/22 9/21 11/14 12/7 13/20 14/1 15/21 15/22 17/5 17/13 21/20 23/10 25/8 29/1 29/7 29/15 29/21 29/24 30/3 30/17 30/19 30/22 30/23 30/23 30/24 31/4 31/8 31/19 31/21 31/22 32/2 32/7 32/8 32/16 32/16 32/19 32/21 32/21 32/24 33/6 33/11 33/14 34/9 38/24 42/2 49/8 51/22 52/8 52/19 53/18 54/7 55/13 55/13 55/22 56/10 58/3 58/13 58/13 59/4 59/10 63/19 64/22 65/5 65/10 67/23 71/3 71/14 71/17 71/18 71/19 71/24 72/14 72/14 72/16 72/18 73/4 76/16 85/6
**there's [12]** 8/22 16/7 50/20 55/21 56/17 57/8 61/19 61/24 66/2 71/6 74/13 78/2
**these [9]** 8/10 41/23 48/18 48/19 50/19 53/6 53/12 54/4 57/12
**they [25]** 5/23 8/11 17/21 19/13 19/14 24/8 26/8 26/20 27/11 28/9 32/7 32/11 33/8 42/12 45/2 59/8 61/1 61/7 61/15 61/21 64/16 65/4 68/8 71/7 72/9
**they'd [1]** 8/11
**they're [8]** 42/20 47/13 53/16 53/19 59/8 74/8 76/18 77/13
**they've [1]** 59/9
**thing [3]** 7/11 11/7 33/8
**things [6]** 29/8 45/2 50/19 52/8 52/13 52/21
**think [17]** 6/23 12/4 12/4 12/21 17/10 17/11 19/6 34/23 43/2 55/2 57/4 57/12 66/12 69/10 71/4 76/23 79/20
**Third [2]** 28/22 36/19
**this [65]** 6/2 9/6 9/8 9/9 9/16 10/12 12/12 19/8 21/10 27/24 28/21 33/4 34/14 34/24 35/16 36/7 36/15 39/17 40/17 41/9 42/8 43/3 43/14 44/8 44/10 44/11 44/16 44/17 45/3 45/11 45/23 46/4 46/8 46/9 46/16 46/21 46/22 47/13 48/11 48/19 50/11 50/15 50/16 51/17 53/4 53/9 53/17 54/3 54/6 55/3 58/2 58/9 59/3 59/18 62/22 63/13 65/9 65/11 67/21 68/4 68/13 70/16 70/18 85/10 85/17
**THOMAS [2]** 2/11 82/16
**thorough [2]** 55/6 64/3
**those [13]** 15/17 18/5 18/13 35/10 35/10 36/5 40/22 43/10 49/22 51/19 71/15 76/9 77/20
**though [1]** 80/22
**thought [1]** 16/10
**Thousands [1]** 60/2
**three [6]** 18/12 18/13 30/1 30/10 30/20 33/6
**through [20]** 6/2 10/24 12/10 13/4 13/6 13/12 16/4 18/5 28/11 31/2 32/15 40/20 40/21 41/2 42/12 45/2 48/21 60/17 73/20 84/7
**tight [1]** 11/12
**time [48]** 4/5 8/9 8/9 8/12 8/12 9/9 10/13 14/9 15/18 15/18 15/20 16/2 20/5 21/17 24/2 25/23 26/10 27/18 29/11 31/9 32/1 32/20 33/1 33/9 36/11 38/1 40/4 44/12 47/5 50/1 53/13 53/19 55/13 55/18 56/10 63/8 63/15 63/18 65/1 65/20 67/5 71/1 71/4 71/9 71/23 76/10 77/14 78/9
**times [2]** 5/7 7/19
**title [1]** 49/6
**TOCO [1]** 61/10
**Tocodynamometer [1]** 61/12
**today [5]** 5/1 6/2 8/11 10/1 17/5
**told [6]** 10/19 30/20 55/3 69/10 71/23 76/11
**tones [1]** 61/13
**tonight [1]** 62/10
**too [2]** 40/10 43/23
**took [7]** 7/20 10/12 14/5 22/8 25/1 25/5 26/20
**tool [2]** 55/10 59/14
**top [1]** 78/21
**track [3]** 21/1 21/3 21/10
**train [1]** 38/9
**training [2]** 37/14 38/7
**transcript [7]** 6/17 6/18 7/19 7/20 84/5 85/12 85/12
**transition [2]** 17/7 69/18
**transitioned [4]** 17/4 17/8 17/21 18/1
**treatment [3]** 62/17 66/2 66/6
**trial [1]** 4/6
**triangle [2]** 50/21 51/16
**true [2]** 84/7 85/12
**truth [2]** 85/9 85/10
**try [5]** 6/22 7/2 11/18 44/8 53/24
**trying [7]** 7/8 7/21 8/3 21/10 34/12 43/11 80/5
**twice [2]** 5/9 27/7
**two [18]** 5/15 13/3 20/1 27/13 34/15 39/1 39/22 45/11 51/1 51/7 51/8 51/11 57/5 62/8 71/4 71/8 73/12 74/8
**type [4]** 20/21 44/10 74/9 74/24
**types [2]** 29/8 37/1
**typically [4]** 9/14 45/22 47/1 65/2

**U**

**uh [6]** 7/15 7/16 7/16 7/21 7/21 7/21
**uh-huh [2]** 7/15 7/21
**uh-uh [2]** 7/16 7/21
**ultrasound [2]** 58/11 59/14
**umbrella [1]** 22/13
**uncommon [1]** 79/11
**uncomplicated [1]** 75/18
**under [7]** 22/12 43/1 51/23 52/18 53/2 55/8 61/9
**undergraduate [1]** 13/18
**understand [19]** 8/7 8/14 8/15 8/18 8/23 9/2 9/24 24/10 42/1 43/3 45/2 48/16 53/14 53/23 53/24 54/1 55/16 56/5 60/15
**understanding [1]** 11/16
**understood [1]** 8/24
**unit [2]** 38/11 64/17
**UNITED [1]** 1/1
**until [5]** 4/5 8/17

Case 1:21-cv-01852-CCC-JFS Document 84-11 Filed 03/20/24 Page 34 of 35


**U**

**until... [3]** 24/3 42/24 77/3
**unusual [3]** 70/12 70/14 77/15
**up [20]** 10/23 16/22 24/3 39/13 39/19 39/22 40/5 41/20 43/13 43/15 44/7 45/22 50/14 55/3 57/13 58/17 66/13 71/15 73/16 78/1
**UPMC [15]** 1/7 1/8 2/14 12/12 17/9 17/11 18/2 18/24 22/16 22/17 22/19 27/10 27/11 27/12 49/9
**upon [1]** 54/14
**us [5]** 30/1 30/10 47/16 49/4 53/10
**use [5]** 6/19 53/10 62/14 79/2 80/14
**used [2]** 24/5 44/12
**usual [1]** 4/8
**usually [5]** 47/3 57/1 71/3 78/18 80/10
**uterine [1]** 66/21
**utero [2]** 57/6 75/19
**utilize [1]** 52/13
**utilized [1]** 55/10

**V**

**vagina [5]** 51/22 55/7 57/19 57/24 75/24
**vaginal [1]** 75/17
**vaginally [2]** 55/24 58/16
**various [1]** 47/21
**verbal [5]** 7/13 7/14 7/18 8/3 8/5
**vertex [2]** 58/1 58/4
**very [14]** 9/1 9/8 9/8 14/8 14/8 51/9 59/16 64/1 64/1 64/2 64/3 64/3 70/13 71/20
**Virtual [1]** 1/15
**Vitae [2]** 3/12 81/15
**volunteering [1]** 29/22
**vs [1]** 1/5

**W**

**waived [1]** 4/3
**want [15]** 5/4 6/22 7/9 8/21 10/8 11/21 34/10 35/19 40/3 41/24 43/23 43/24 44/4 59/20 77/1
**wanted [2]** 13/21 14/15
**wanting [1]** 36/4
**WARNER [1]** 2/5
**was [150]**
**wasn't [6]** 5/12 38/18 41/6 78/24 80/3 80/4
**waste [1]** 40/4
**water [2]** 52/12 52/12
**way [13]** 28/21 33/10 46/8 48/11 54/3 59/3 59/3 59/4 59/10 63/13 63/24 70/16 79/1
**we [80]** 4/23 4/23 5/2 6/1 6/16 6/17 6/21 7/9 11/9 12/21 15/24 17/9 17/23 17/23 18/8 19/6 20/3 21/6 22/15 22/20 23/8 24/20 25/18 25/19 26/22 26/22 28/3 29/9 29/24 30/1 31/5 32/10 32/23 32/24 33/1 33/2 33/23 34/6 36/12 37/3 38/11 38/11 38/18 39/7 41/20 43/15 44/12 47/4 47/15 48/4 50/1 51/15 52/13 52/21 54/15 54/16 54/17 57/12 59/13 60/5 60/6 60/8 62/16 63/5 70/20 71/4 71/21 72/3 72/6 73/7 73/10 76/6 76/24 78/8 79/2 79/22 80/11 80/11 80/12 80/15
**we'd [1]** 20/20
**we'll [10]** 11/13 11/14 11/18 13/1 13/11 13/13 39/9 40/16 67/19 78/13
**we're [8]** 6/18 7/8 8/23 22/15 22/16 27/6 42/22 55/21
**we've [5]** 11/7 11/8 11/9 27/7 27/9
**weakness [1]** 73/20
**wear [5]** 48/7 48/12 48/22 49/4 49/20
**Weber [48]** 16/23 17/3 17/8 17/12 17/18 18/7 18/8 18/11 18/14 18/15 18/16 18/19 18/20 19/13 19/14 19/24 20/7 20/12 21/13 21/16 21/18 21/24 22/6 22/22 23/4 23/5 24/3 24/12 25/7 25/11 25/18 25/22 25/23 26/7 29/2 30/2 30/4 30/10 30/21 31/10 32/1 32/18 34/1 37/13 40/12 49/18 50/6 71/13
**Weber's [4]** 23/6 33/20 33/21 34/4
**week [2]** 32/21 72/6
**weeks [4]** 5/22 5/23 6/4 62/8
**weight [7]** 58/18 59/1 59/5 59/9 59/15 76/12 76/20
**well [31]** 4/21 6/5 12/10 17/4 17/9 26/18 28/19 30/15 32/5 33/18 33/24 39/15 40/12 44/13 47/11 54/10 55/6 59/3 59/13 60/20 64/11 65/16 70/15 73/15 74/12 76/6 78/1 79/6 79/11 79/22 81/9
**went [10]** 4/24 13/17 14/10 14/11 14/13 24/2 29/21 29/24 30/23 31/4
**were [75]** 5/13 6/4 14/4 16/10 17/19 18/8 18/10 18/13 20/17 22/15 23/1 23/8 25/1 26/8 26/23 28/1 28/3 28/9 29/21 29/22 30/11 30/22 30/23 31/5 31/21 31/22 32/7 32/8 32/11 32/24 34/8 36/12 37/1 37/6 37/14 37/19 38/7 38/12 38/13 40/13 44/14 47/4 47/13 47/24 48/2 48/4 48/18 49/22 54/7 56/23 58/18 60/4 60/6 60/8 61/13 61/14 62/21 63/19 64/22 65/5 65/9 65/20 70/21 71/3 71/13 71/17 71/19 71/20 72/3 72/13 73/7 73/12 77/22 80/18 80/19
**weren't [1]** 71/24
**West [1]** 1/23
**what [82]** 5/20 6/20 6/21 8/1 11/4 13/8 14/14 15/14 17/1 17/8 18/2 18/2 23/13 24/4 28/15 28/16 29/3 29/7 29/14 29/22 30/14 30/20 36/22 37/1 37/17 43/11 45/2 45/3 45/6 48/14 48/19 49/5 49/7 49/16 50/4 50/22 51/3 51/17 51/19 52/16 52/19 53/15 57/4 57/5 57/12 57/21 58/3 58/3 58/9 59/2 59/2 61/11 62/5 62/5 63/21 63/24 66/18 66/19 66/20 68/19 68/23 69/4 69/14 70/1 70/3 70/5 72/3 72/10 73/16 73/18 73/23 74/1 74/11 74/20 76/11 78/7 78/14 79/14 80/5 80/11 80/12 80/14
**what I [1]** 13/8
**what's [14]** 28/18 43/20 45/10 52/3 54/10 54/19 56/18 56/22 57/16 58/4 58/4 69/1 71/8 80/12
**when [78]** 5/9 5/19 11/8 13/24 14/13 15/2 15/4 16/2 16/10 16/15 16/17 19/5 19/9 19/24 20/14 20/14 20/16 20/17 20/24 21/20 24/7 24/12 25/1 25/5 26/5 26/20 27/4 27/4 27/10 27/11 27/11 27/12 27/13 27/15 28/24 29/7 29/18 29/21 30/5 30/16 30/19 30/22 30/23 31/21 31/21 32/18 33/15 33/20 36/24 37/19 38/23 42/20 44/4 46/23 47/3 47/4 47/11 47/18 48/6 48/12 48/18 51/21 53/15 53/16 54/3 54/4 54/6 56/10 57/2 67/16 68/15 70/23 71/5 72/9 76/18 78/1 78/20 79/24
**Whenever [1]** 40/8
**where [19]** 6/24 14/23 16/15 16/18 16/21 21/13 23/6 24/21 25/8 39/3 42/13 51/11 58/7 61/22 65/19 65/19 76/12 79/8 80/18
**whether [5]** 46/1 49/9 55/2 63/1 64/19
**which [8]** 15/7 28/20 45/6 48/20 55/13 82/8 82/12 85/17
**while [3]** 13/23 14/4 77/12
**white [4]** 49/20 50/1 50/2 50/5
**who [25]** 18/13 22/3 22/24 23/2 28/10 29/14 29/19 30/7 33/11 34/4 34/8 37/20 37/20 45/22 46/7 48/23 49/24 60/23 62/8 64/14 66/4 67/8 70/17 72/22 85/8
**who's [3]** 50/11 65/7 75/10
**whole [2]** 7/4 16/7
**whose [1]** 79/3
**why [3]** 24/17 39/7 68/8
**will [9]** 9/13 11/6 39/14 52/4 62/14 66/7 66/10 71/14 82/12
**within [6]** 46/18 56/1 66/21 69/15 82/18 84/6
**without [3]** 39/18 64/16 75/17
**witness [7]** 3/2 5/13 6/5 82/2 82/14 82/14 84/18
**women's [22]** 28/18 29/5 29/6 30/8 31/15 31/19 32/15 33/16 34/5 36/12 36/16 36/18 36/23 38/19 38/22 40/9 40/14 47/22 71/21 72/1 72/5 72/21
**won't [1]** 8/16
**word [2]** 66/18 66/19
**work [10]** 16/18 17/17 21/12 21/15 22/21 24/3 42/18 47/8 61/3 67/8
**worked [15]** 14/6 19/12 21/14 24/12 29/1 30/3 36/6 37/9 37/18 37/22 38/9 39/3 39/4 47/9 48/6
**working [4]** 17/18 32/16 38/7 60/23
**works [1]** 67/8
**worry [1]** 13/11
**would [74]** 4/12 9/14 9/23 10/5 11/5 12/7 15/10 15/11 17/9 29/7 29/8 30/19 30/22 31/13 31/13 32/19 32/20 32/22 33/7 33/9 33/11 43/5 43/9 46/17 46/19 46/21 46/22 47/5 48/7 48/12 48/22 49/6 49/8 50/16 54/3 54/5 54/6 54/6 54/8 55/1 55/4 59/13 60/13 60/22 61/22 62/23 63/8 64/23 65/3 65/6 65/11 65/12 65/18 68/3 68/8 69/4 69/9 70/2 70/24 71/10 71/14 71/15 71/17 71/22 72/6 72/9 72/14 72/18 72/23 72/24 76/12 78/14 78/23 80/14
**wouldn't [2]** 33/6 79/10

**W**

**writing [6]** 46/4 46/5 46/6 46/9 50/15 66/3
**written [5]** 15/6 32/8 32/11 44/21 46/10
**wrong [2]** 33/5 35/12
**wrote [4]** 46/7 62/7 66/4 66/4

**Y**

**Yeah [6]** 13/7 16/7 41/3 41/6 65/15 81/10
**year [17]** 5/20 8/1 14/4 14/5 14/16 15/7 15/8 15/11 15/12 16/1 16/20 16/21 17/18 19/10 21/14 31/16 62/7
**years [7]** 17/6 19/10 25/11 30/14 31/4 39/6 60/1
**yes [103]**
**you [404]**
**you recognize [1]** 35/23
**you'd [1]** 16/10
**you'll [1]** 6/12
**you're [23]** 11/5 11/15 12/12 16/12 19/21 19/22 23/21 25/6 25/8 28/15 28/20 36/7 39/1 42/10 44/4 49/15 53/16 54/12 60/11 67/1 70/4 71/5 72/11
**you've [7]** 5/8 17/17 26/10 39/3 39/4 43/19 59/22
**your [71]** 5/1 7/12 9/15 9/24 10/5 10/19 11/15 11/22 11/24 12/24 13/1 13/16 13/17 14/4 14/23 15/2 15/4 15/7 15/8 15/12 15/14 16/16 17/1 19/18 20/11 20/11 21/16 22/8 23/16 24/3 24/7 24/11 24/17 29/11 29/23 30/21 31/23 31/23 32/2 32/19 38/15 38/18 40/4 40/9 42/15 44/18 46/13 46/21 48/21 50/2 50/15 59/18 62/19 67/22 68/8 68/9 71/11 71/11 71/12 71/18 72/24 73/10 77/17 80/22 82/4 82/5 82/5 82/9 82/11 82/11 82/14
**yours [2]** 21/1 63/6
**yourself [5]** 4/21 30/21 32/18 60/22 70/21

**Z**

**zero [2]** 70/6 70/7
**Zoom [4]** 11/7 11/8 11/8 11/13