# EXHIBIT "K"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BETHANY DITZLER, :
:
Plaintiff, :
: CASE NO.
vs. : 1:21-cv-01852-CCC
:
PINNACLEHEALTH :
OBSTETRICS AND :
GYNECOLOGY SPECIALISTS, :
P;INNACLEHEALTH MEDFICAL :
SERVICDSD, UPMC :
PINNACLE, BEVERLY A. :
HALL NDLOVU AND LEE :
BLECHER :
:
Defendant. :
:

DEPOSITION OF LON DITZLER,

Taken in the offices of Gordon, Rees, Scully, Mansukhani, 11 Front St, Harrisburg, Pennsylvania, on Wednesday, October 25, 2023, commencing at 12:45 p.m., before Ranee I. Casier, Notary Public, Professional Court Reporter, Certified Court Transcriptionist.

APPEARANCES:

BRUCE H. MacKNIGHT, JR., ESQ.
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
Bruce@sbattorney.com
-- For the Plaintiff

* * *

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
5100 Tilghman Street, Suite 205
Allentown, PA 18104
(610) 434-8588

APPEARANCES (CONTINUED):

FRANK J. BRIER, ESQ.
MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Fbrier@mbklaw.com
-- For the Defendant, Dr. Blecher

PETER FABEN, ESQ.
BARLEY SNYDER
126 East King Street
Lancaster, PA 17602
Pfaben@barley.com
-- For Pinnacle Health, Pinnacle Health Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services and UPMC Pinnacle

MICHAEL C. MONGIELLO, ESQ.
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
717-651-3704
Mcmongiello@mdwcg.com
-- For the Defendants, Beverly Ndlovu Hall

AARON JAYMAN, ESQ.
GORDON, REES, SCULLY, MANSUKHANI, LLP
111 North Front Street, Suite 100
Harrisburg, PA 17101
Ajayman@grsm.com
-- For UPMC Hospital

INDEX TO WITNESSES

| WITNESS | PAGE |
|---|---|
| Lon Ditzler | |
| By: Mr. Mongiello | 4 |
| Mr. Jayman | 64 |
| Mr. Brier | 67 |
| Mr. MacKnight | 69 |

INDEX TO EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE MARKED ID | EVD |
|---|---|---|---|

(There were no exhibits tendered.)

(It is hereby stipulated and agreed by and between counsel for the respective parties that reading, signing, sealing, certification and filing are waived and that all objections, except as to the form of the question, be reserved until the time of trial.)

L O N D I T Z L E R, having been duly sworn, testified as follows:

EXAMINATION

BY MR. MONGIELLO:

Q. Good afternoon, Mr. Ditzler. Again, as I introduced myself, my name is Mike Mongiello. I am one of the defense attorneys in a lawsuit that's been commenced by, to my understanding, your daughter Bethany Ditzler.

A. Yes.

Q. We're here today to take your deposition because you've been a person identified as a fact witness, okay?

A. All right.

Q. We have some other attorneys here participating remotely on a computer, so for that reason you need to keep your voice loud so they can hear you, okay?

A. All right.

Q. Also, for the benefit of the court reporter, we

need to avoid talking over one another as we do in normal conversations. We need to be very regimented. Let me ask a question, I'll let you answer, and we'll go bark and forth like that; is that fair?

A. Okay.

Q. A deposition is essentially a question-and-answer session. I have questions to figure out what you know and don't know about the events giving rise to the lawsuit, and I'm hoping that you have answers to my questions; does that make sense?

A. Okay.

Q. If you don't understand a question I ask, which is definitely going to happen somewhere here today, just please tell me that. I'll rephrase it. If you do answer my question, I'll assume that you did understand it and that you're answering it to the best of your ability; is that fair?

A. That's fair.

Q. Also for the benefit of the court reporter, we need to avoid nonverbal responses such as ah-hah, huh-uhs or head nods, head shakes. I might understand what you're saying sitting here, but it's harder for the court reporter to make an accurate transcript under those circumstances.

A. I understand.

Q. Do you understand that although we're sitting in a conference room in Harrisburg at this point that you are under oath to testify truthfully and accurately to the best of your recollection, just the same as would be the case if we were sitting in a court room?
A. Yes, I do.
Q. If you don't recall something or if you just don't know something in response to a question I ask, just tell us that. A lot of what we're going to talk about here today occurred in August of 2001, which was over 22 years ago I guess at this point, so nobody wants you to guess or speculate. Just say, I'm sorry, I don't recall, or, I don't know the answer to that, okay?
A. Okay.
Q. If you need a break at any point for any reason, let us know. We'll accommodate that. My only request would be that if I have a question pending, you answer the question before we take a break, okay?
A. All right.
Q. I think that's all. If I missed something, we'll followup.
Can I have your full name for the record, please?
A. It's Lon, L-O-N, Christopher Ditzler.
Q. Okay. And what is your date of birth and current age?

A. [redacted] 57.
Q. Okay. And what is the address of your current residence, sir?
A. It's [redacted], PA.
Q. And with whom, if anyone, do you currently reside at that address?
A. My mother's there.
Q. Anyone else?
A. No.
Q. Okay. You were previously married to Tammy Furjanic, who is Bethany's birth mother, correct?
A. We were not married.
Q. Okay. My apologies.
You were previously in a relationship with Tammy Furjanic that led to the birth of Bethany?
A. Yes.
Q. Okay. Have you ever been married in your life, sir?
A. No.
Q. Okay. When did you first meet Tammy? History test, I know. I'm sorry.
A. I believe maybe 1999, late 1999.
Q. Okay. And it's my understanding that the two of you separated in September of 2015?
A. Yes, that would be correct.

Q. Okay. And were you together continuously with Tammy from late 1999 through September of 2015, in terms of having a relationship -- an ongoing relationship with her?
A. Yeah. We were together all of that period of time.
Q. When's the last at the same time you spoke to Tammy?
A. Maybe month and a half ago.
Q. And what was the conversation about?
A. She had done her deposition, and I just asked her how it went and we were talking about Bethany, about some college for -- I might have talked to her probably about ten minutes. Bethany was with her at that time.
Q. And prior to that conversation about a month and a half ago about the deposition, when was the last time before that, that you spoke to Tammy?
A. Wow. I can't recall. We don't -- I mean it's -- we talk, it's about Bethany. It could have been six months before that. It could have been eight months. I don't know. I can not give you a --
Q. Okay.
A. Yeah.
Q. That's fine.
A. Not sure.

Q. Was it Tammy that called you to talk about the deposition, or did you call her?
A. No. I didn't really talk -- no. I was -- I do not remember. Bethany called me or I called Bethany, and her mom was with her. They were together at that time, and I just talked to her a little bit, and I said you know, how did it go? I just -- I never did one, so I don't know anything about them. That was my question.
Q. Okay. And I was going to ask you that.
Have you ever given a deposition before?
A. No, I haven't. This is the first.
Q. What did Tammy tell you about the deposition?
A. Just it was a lot of questions. It was pretty much all. Yeah. That was it.
Q. Did you have any discussion with Tammy about what specifically was asked of her in terms of questioning or testimony that she gave in response to questioning?
A. No.
Q. It's my understanding that Bethany and her mother Tammy moved from Pennsylvania to Virginia in 2016, so that would have been --
A. Yeah.
Q. -- a year after your separation?
A. That's probably pretty close.
Q. Okay. Have you actually seen Tammy in person

since you've separated and they moved to Virginia?
A. Yeah. I've gone down. Before Bethany went to college, I picked her up at her house down there where Tammy lived. I've seen her down there. Yeah. I mean off and on. We do not talk on the phone really at all, just, you know, when it concerns Bethany, but, you know, that's about it.
Q. Since Bethany moved to Virginia -- and it's my understanding she's now in college at George Mason University?
A. Yes.
Q. Since she's been in Virginia and at college, how often do you see Bethany on a yearly basis, let's say to start?
A. I think I saw her three or four times this year.
Q. Okay. And would that generally be consistent over the other years since she's been away?
A. Yeah. We always did a vacation, but probably last three years we really haven't because of college.
Q. What is the last vacation that you would have taken with Bethany?
A. I think we did a trip down the shore, if I remember right.
Q. Do you remember when that was?
A. Maybe 2019.

Q. Which shore was it?
A. That be would have been Wildwood.
Q. That would be just you and Bethany on that trip?
A. Yeah. All -- all our vacations were just me and her.
Q. Okay. Do you remember how long you were in Wildwood in 2019? For a week, long weekend?
A. Probably like four days or something like that. Usually they were -- we went down the Outer Banks for like a week, but I don't remember what year that was. We went up to Main. That was -- those were like week, week and a half trips. I would think the last time we went was down to Wildwood.
Q. Okay. And would it be fair to say there's been no vocations with Bethany since that trip to Wildwood in or about 2019?
A. Yeah. I'm pretty positive.
Q. Does Bethany come up to see you for the holidays during the year --
A. Yeah.
Q. -- and things like that?
A. Yes. When we have time.
Q. When is the last time you actually saw Bethany?
A. Probably about two months ago she came up to get her car. I did some repairs to her car, and her

boyfriend brought her up here to get her car.
Q. Her boyfriend's name is Ben?
A. Benjamin, yes.
Q. I guess this is a good point for me to ask.
It's my understanding that you're in the auto repair, automotive sales business?
A. I was years ago.
Q. Okay.
A. I work for CEVA Logistics right now as a maintenance technician.
Q. Okay. And what -- you said CEVA Logistics?
A. Yeah. CEVA, C-E-V-A.
Q. Okay. And where is that located?
A. That is Jonestown, Pennsylvania.
Q. Okay. And what -- what type of business is CEVA Logistics?
A. They are -- it was -- that's a part -- part of that's a warehouse, but there's just trucking and shipping at CEVA.
Q. Okay. How long have you worked there at CEVA?
A. I worked at that place for 14 years, but I only -- they changed hands, so I've been working for CEVA a little over -- just a year now, for one year. And they changed hand. Like a year ago they changed hands.

Q. Okay. Prior to becoming CEVA, was the company Ingram Micro?
A. Yes, yes. Correct.
Q. Okay. What's your highest level of education, sir?
A. I finished high school.
Q. Okay. It sounds like you still do some automotive work on the side?
A. Yeah. I still have my building and everything, the property and all that there. I just have some cars. I'm working on restoration stuff, but I don't do it as a business anymore.
Q. Okay. Did you review any documents in preparation for your deposition today?
A. No.
Q. Okay. And that would include medical records, transcripts of other depositions that were taken, any types of summaries?
A. Nothing, no.
Q. Did you speak with anyone other than Mr. Bruce MacKNIGHT, who I'm assuming is representing you for purposes of this deposition? So did you talk to Bethany, did you talk to Joy Watkins, did you talk to Tammy, anyone at all about the deposition today?
A. No. This is the first time I've talked to Joy

Page 14

for a couple years.
Q. And you're referring to speaking to her in the hallway when you were coming in?
A. Yes, yes. When she came in.
Q. Do you have any medical education, training, or experience in your background?
A. No.
Q. Do you or does anyone in your family, excluding Bethany, have any type of neurological conditions or nerve palsies?
A. No.
MR. MONGIELLO: Can everyone hear us good this time?
MR. MacKNIGHT: Yeah. This computer's much better.
MR. MONGIELLO: All right. Well, we should have done that earlier, but oh well. We made it through. Thanks.
BY MR. MONGIELLO:
Q. Do you have any children, sir, other than Bethany?
A. No, I don't.
Q. And it's my understanding that you were present at Harrisburg Hospital on the night of August 16 to 17, 2001, and witnessed Bethany's labor and delivery; is

Page 15

that accurate?
A. Yes.
Q. Would I be correct that you haven't been present for or observed any other labors and deliveries other than that one with Bethany?
A. That is correct.
Q. Okay. So in terms of comparison to that experience, you don't have any other similar event in your -- in your mind's eye that you could relate to?
A. No.
Q. Is that fair? Okay.
How often do you keep in touch with Bethany outside of in-person visits? In other words, talk to her on the phone, text message, email?
A. It could go two weeks, maybe three sometimes and we don't really talk, throw a text back and forth to each other. It varies.
Q. Does Bethany ever text you photographs or videos of her engaging in recreational activities or sporting events? It's my understanding she's been in the marching band, she played soccer, she's been involved in swimming and track and field.
Has she ever provided you, whether in electronic format or some hardcopy format, photographs or videos of that type of activity?

Page 16

A. Yes. In high school.
Q. Okay. And do you have any of those still in your possession at home?
A. I am not sure.
Q. Okay. Can you take a look for us, and if you do have any photographs or videos like that, provide them to Bethany's attorney, Bruce?
A. Okay. Yes.
Q. Okay. We would appreciate that.
While we're on this topic, are you aware that Bethany played the drums in the marching band?
A. Yes. I went down to Virginia for a football game to see her band play and stuff, yeah.
Q. And she would -- she played the base drum, correct? It's a big drum that you hold over your shoulders, and there's a mallet in each hand that you hit it with?
A. I know it was some kind of drum. I don't --
Q. Okay. Can you confirm that it was something that she held on her shoulders with a -- like a harness?
A. Yes. I'm pretty sure.
Q. Okay. How long was she in the marching band?
A. I almost think one year, but -- a little vague on that, but I think one year. I think it was only one year.

Page 17

Q. Did -- did she enjoy that?
A. I think she had some problems with it.
Q. Okay. Explain that to me?
A. I think with her having that on her shoulder and stuff, she did experience some problems. I think she had a problem -- if I remember right -- of the time they wanted them to practice and her with the -- it on. Yeah, because I know I have pictures of the band and stuff, and I think what -- you say what she had, yeah, I think that's what she used, that type of drum, whatever you call it.
Q. Okay. The bass drum?
A. Bass drum, yes.
Q. So you do have photographs of that, you believe, at home?
A. Yeah. Like I said, I remember she wanted me to come down to one football game while they performed and -- and watch it, so I you know -- but I think I took some pictures there or she sent me something previous before. I'd have to look, though.
Q. Okay. If you please would.
Am I understanding correctly that when there would be a football game at college, the marching band would participate in the -- you know, the pregame or the halftime show, and those are the types of things she

Page 18

would participate in?
A. She does not do anything in college.
Q. Okay.
A. She's not --
Q. So this was in high school?
A. This was like -- yeah. This might have been her junior year in high school, and I think it was only one year that she -- but yeah. She's -- she has no -- no band or nothing in college.
Q. Okay. My mistake. I apologize.
So this was in high school in Virginia after she moved down there?
A. Yes, correct.
Q. Got it. What high school was that, do you know?
A. I think it was Buffalo something.
Q. Buffalo Gap, I think it is?
A. Buffalo Gap, yes.
Q. Did you attend any prenatal visits with Tammy when she was pregnant with Bethany?
A. We went to like those classes for when you're giving birth. I do remember that. The other ones, I can not say for sure so...
Q. Do you know with whom she treated prenatally in terms of obstetrical care?
A. No, I don't.

Page 19

Q. Okay. Do you know whether she treated with physicians, midlevel providers such as physician assistants, nurse practitioners, midwives, a combination of those providers? What can you tell us?
A. I -- I do not know that answer for that. I mean I know it was not midwives or -- but I do not know the answer.
Q. Do you know where she went to obtain obstetrical prenatal treatment when she was pregnant with Bethany, where physically in the area?
A. All I know is Harrisburg area. I just do not know the exact location.
Q. My client is Beverly Hall Ndlovu. Does that name sound familiar to you?
A. No.
Q. Do you have any idea who that is when I say that name?
A. No.
Q. I know the answer to this question, but I have to ask it anyway for the transcript.
Have you ever had any conversations with someone you believed to be Beverly Hall Ndlovu?
A. No.
Q. Do you know whether Tammy underwent ultrasounds at all during the prenatal course when she was pregnant

Page 20

with Bethany, for example to confirm she's pregnant or to determine the sex or to estimate fetal size and weight?
A. Yeah. I'd say she had ultrasounds, if I recall.
Q. Do you remember how much?
A. No. I can not give you an exact number.
Q. Do you remember the reasons for the ultrasounds?
A. No. Just for -- for normal development of the baby, regular checkups.
Q. Do you remember there being any concerns during the prenatal course about Tammy's pregnancy with Bethany?
A. No.
Q. Do you recall having discussions with Tammy about the estimated size of Bethany at or before a time when you presented to the Harrisburg Hospital for delivery?
A. No, I don't.
Q. Have you had any conversations, to your recollection, with any healthcare provider about the anticipated size of Bethany when she would be delivered?
A. No.
Q. Did Tammy ever relay any concerns to you about the quality or extent of prenatal care that she was receiving when she was pregnant with Bethany?
A. No. I do not recall any.

Page 21

Q. Do you recall how often Tammy went in for prenatal appointments during the pregnancy with Bethany or, similarly, the number of times that she had an appointment prenatally?
A. No. I can not give you a number.
Q. I'm sorry if I asked you this, but can you identify by name any of the providers that were involved with Tammy's prenatal care?
A. No, I can't.
Q. Do you recall there being any discussion with Tammy about how she was going to deliver Bethany, whether by vaginal delivery or c-section, before you got to the hospital?
A. No. I just figured it was vaginally.
Q. Do you ever recall there being any discussion with Tammy or any healthcare provider about the possibility of a cesarean section delivery?
A. No.
Q. Do you remember what Bethany's due date was?
A. No, I do not. I just remember I think she came earlier than the due date.
Q. Okay.
A. If my memory recalls correctly.
MR. MacKNIGHT: Hey, guys. Can we take a break for like five minutes?

Page 22

(Recess)

BY MR. MONGIELLO:

Q. I know you just said it's your recollection that Bethany was delivered earlier than her due date, right?

A. I believe.

Q. Do you recall there being any discussion about induction of labor before heading to the hospital that night on August 16?

A. I believe, yes.

Q. What do you remember about that?

A. If she didn't come by a certain date, they were going to induce her.

Q. Okay. At least to your recollection, she came earlier, so that wasn't necessary?

A. Yes.

Q. Do you recall there being any issue with Tammy's weight gain during pregnancy -- maybe I'll rephrase that -- any concern with it where the providers were saying for example --

MR. MacKNIGHT: Hey Lon, did they all leave the room, or are there people there?

(Off the record)

MR. MONGIELLO: I forget what I said.

MR. MacKNIGHT: Sorry about that.

MR. MONGIELLO: No problem.

Page 23

(The record was read back)

MR. MONGIELLO: Okay. I'll -- I didn't like that question, anyway.

BY MR. MONGIELLO:

Q. Do you recall there being any concern with regard to Tammy's prenatal weight gain, either she wasn't gaining enough weight or she was gaining too much weight too soon when she was pregnant with Bethany?

A. I do not recall.

Q. So we covered several topics about -- or within Tammy's prenatal course when she was pregnant with Bethany, and it sounds like you generally don't have much recollection.

More broadly speaking, is there anything that does stand out to you as we sit here today in terms of Tammy's prenatal course with Bethany?

A. Other than she went to her appointments and you know...

Q. Everything seemed on track and normal to your recollection?

A. To my recollection, yes.

Q. Do you know where Tammy had her ultrasounds performed?

A. Other than Harrisburg, I -- not sure.

Q. And when you say Harrisburg, you mean the

Page 24

Harrisburg area?

A. Yeah. I'm thinking more downtown Harrisburg, this area.

Q. Okay. What do you remember attending the classes with Tammy prenatally?

A. It was all new to me, is all I can say. That's -- sat there and listened and whatever. Whatever we did, that's -- I don't, you know, remember a whole lot of that either, but I remember being there and taking it in.

Q. Yeah. Is it fair to say the classes were about what was going to -- like what to expect with labor and delivery?

A. Yes, keeping them comfortable and that.

Q. Do you know whether Tammy ever requested a c-section delivery at any point?

A. I don't recall her -- I do not know, but I do not recall.

Q. Okay. Do you -- differently, do you ever recall a c-section being recommended to Tammy and her refusing?

A. No.

Q. Have you ever seen any of the medical records from either Tammy's prenatal course of treatment or the labor and delivery that occurred at Harrisburg Hospital?

A. No, I haven't.

Page 25

Q. Did you ever request those records?

A. If they were, it would have been her. I -- she handled a lot of that stuff. I didn't.

Q. And you're referring to Tammy?

A. Tammy, yes.

Q. Do you recall any discussions with Tammy about any effort by her to obtain the prenatal or labor and delivery records recording Bethany?

A. No.

Q. Are you aware -- well, strike that.

Do you know whether Tammy in fact did obtain any records again regarding the prenatal course with Bethany or her labor and delivery?

A. Not that I know of.

Q. Did she ever tell you that she had some folder at home in which she had medical records on Bethany?

A. She -- I can't say she did. She had folders of stuff. I -- like I said, she kept track of all that stuff. I was -- I did not have very much involvement in that there.

Q. Did Tammy ever tell you that she obtained records regarding Bethany's prenatal course and/or labor and delivery and that they were apparently incomplete?

A. I was told there were some things missing.

Q. Who told you that?

Page 26

A. Tammy.
Q. When did she tell you that?
A. No. I have to reject that. I think it was Bethany who told me that her mother told her. Yes. I do reject Tammy told me. I believe -- pretty sure it was Bethany who told me.
Q. Okay.
A. I guess she -- as far as I understood, she tried to get some records, and stuff just disappeared. Exact date when that was, I can't tell you that. I'm not sure anymore.
Q. That was my next question. And I appreciate that, Mr. Ditzler. To the extent you say something and then you remember, well, that's not actually true, just please correct it so that we have the true story on the transcript.
So Bethany told you -- was that recently, relatively speaking?
A. No. When some of this with the attorneys started, I think -- the whole hospital or something or -- I don't know, but their stuff is missing. That's what I was told.
Q. Along the same lines, do you remember Tammy obtaining records regarding Bethany's prenatal course and labor and delivery back in or about -- well, back

Page 27

after Bethany was born and having concerns that the records were incomplete at that time?
A. I do not recall anything. I --
Q. Okay.
A. I can't say yes or no.
Q. Did you ever authorize anyone to obtain any of those records?
A. No.
Q. Did you ever consider filing a lawsuit regarding Bethany's birth in any way?
A. It was talked about, but no, I did not follow through.
Q. Who did you talk about that with?
A. Family members.
Q. Which would include?
A. My aunt.
Q. Who is your aunt?
A. Melanie Heitz.
Q. H-E-I-G-H-T-S?
A. H-E-I-T-Z.
Q. Heitz. Got it.
And what did you talk with your aunt Melanie Heitz about?
A. She was concerned about how -- what had happened to her, and she has medical experience and stuff.

Page 28

Q. I was just going to ask that.
What -- what is Melanie Heitz's background?
A. She worked up at Penn State Hershey for I don't know how many -- she's retired now, but I don't know how many years.
Q. And what did she do there? Was she a nurse, a doctor, some other type of medical provider?
A. She worked as a nurse -- yes. She was a type of nurse. I'm not sure anymore.
Q. Was Melanie Heitz present for the labor and delivery of Bethany?
A. No, no.
Q. And you said she was concerned about what happened to her. What -- explain that to me?
A. The injury.
Q. And when you -- I'm sorry. What were you going to say?
A. No. Go ahead.
Q. When you refer to the injury, are you referring to Bethany's Erb's palsy?
A. Yes.
Q. Okay. Have you ever heard the term shoulder dystocia before?
A. No, I've never heard of that.
Q. Specifically, did you hear any provider use that

Page 29

term when you were at -- well, strike that.
It's my understanding you were at Harrisburg Hospital with Tammy August 16 to 17 and present at the hospital the entire time from when she came in through when Bethany was born; is that true?
A. That is true.
Q. Okay. And did you ever hear any provider at Harrisburg Hospital use that term, shoulder dystocia?
A. No. I do not recall.
Q. Okay. Do you recall any provider at Harrisburg Hospital using the term Erb's palsy?
A. I do not remember.
Q. How about the term brachial plexus or brachial palsy?
A. I've heard of that, but I can't say I heard it at the hospital.
Q. Okay. When --
A. I don't recall.
Q. Sorry. When is the first time you heard the term Erb's palsy, to your recollection?
A. I do not remember.
Q. Okay. Did you ever contact any legal professional about potential pursuit of a lawsuit regarding Bethany's Erb's palsy?
A. No.

Page 30

Q. Did you have any discussions with Bethany about her intent to pursue a lawsuit which brings us here today?
A. She just informed me what she was going to do, and I said it's, you know -- that's up to you.
Q. And did you have any input into that decision or discussion with her about it?
A. No. She already had it in her mind, so I just -- like I said, whatever you decide. That's how I felt. It would be her decision one day.
Q. And did you have any understanding as to any deadlines in terms of when Bethany would have to file a lawsuit should she decide to?
A. Yes. I think it was until she was 21. I think that's what Tammy had told me years back.
Q. And do you know where Tammy got that information from?
A. I don't -- like I can't exactly say. Maybe a lawyer, but I don't recall but I believe it was discussed -- we discussed it.
Q. Do you know whether Tammy ever contacted any legal professional about potentially filing a lawsuit regarding Bethany's Erb's palsy?
A. I do not recall, but she could have got the information from them, but I'm not...

Page 31

Q. Do you have any medical records regarding either Bethany or Tammy's prenatal course with Bethany in your possession?
A. No.
Q. Do you know whether anyone ever obtained any records on those topics?
A. No, I do not.
Q. To your recollection, what time did you arrive at Harrisburg Hospital on August 16 of 2001 to begin the -- the labor and delivery of Bethany?
A. Oh, boy. I'm almost thinking maybe we left the house 8:00, 9:00 at night. I'm not sure, though. I remember -- I think I got home. We ate or were going to eat or something. I don't remember. I usually got home late, and so I'm thinking 10:00, my best of I can remember. Could have been earlier maybe.
Q. It's my understanding from talking to some other witnesses that you drove Tammy to the hospital, and then after you arrived there Tammy's sister, Joy Watkins, joined?
A. Yes. She showed up later on.
Q. Okay. Do you remember what time it was that --
A. I do not.
Q. -- Joy arrived?
A. I do not.

Page 32

Q. Was it long after your arrival? Minutes, hours?
A. Could have been maybe hours, but I'm not -- I just -- I can't remember that.
Q. Okay. What -- what do you first remember on arriving at the Hospital?
A. Not really much, just probably I was in a panic, so it's...
Q. Do you remember checking in at the front desk?
A. No, I don't remember. That's all a blur, if it was.
Q. At some point you ended up in a labor and delivery room?
A. Yes.
Q. Do you remember what floor, what room number?
A. Absolutely not.
Q. Do you remember Tammy attempting to sit in a jacuzzi or a bathtub at some point?
A. Yeah. That sort of rings a bell in a way, but exactly everything, no. But that does sort of ring a bell.
Q. Can you identify any obstetrical provider who was involved in Tammy's labor and delivery at Harrisburg Hospital that night into the next morning?
A. By name?
Q. By name.

Page 33

A. No.
Q. Can you describe through physical characteristics any obstetrical provider who was involved in Tammy's labor and delivery of Bethany?
A. No.
Q. Do you know whether there were multiple obstetrical providers involved in her care -- and I'm not asking about nursing staff -- actual obstetricians or midwives or midlevel obstetrical providers?
A. I remember people coming in and out of the room. Who they were at all or anybody, I can't say for sure.
Q. Do you remember seeing nametags on any of them?
A. I'm sure they had nametags.
Q. In addition -- well, do you remember there being doctors involved?
A. Yes.
Q. Okay. And also I assume nurses in and out of the room over the course of the night?
A. Yes.
Q. And would I be correct that you can't identify or describe through physical characteristics any of the nursing staff that was involved?
A. No.
Q. Can you identify by name or through physical characteristics the obstetrical provider or providers

Page 34

who actually delivered Bethany?
So it's happening, she's being born. Can you tell us as we sit here today who was involved in that?
A. No.
Q. Do you -- can you tell us -- well, strike that.
The records indicate that Bethany was born at 6:21 in the morning; does that sound accurate to you?
A. Yeah. It was in the morning some time. It was a very long night, but yeah. It was -- it was -- yep. Yes, that's correct.
Q. You said it was a very long night.
What generally do you remember overnight while she was laboring? And we'll talk about the deliver when she actually started pushing, but what else if anything do you remember happening overnight?
A. Just the long process. I mean nothing unusual, out of the ordinary.
Q. Was there any indication of fetal distress overnight and prior to when Tammy started pushing with Bethany?
A. No, I don't recall.
Q. Do you recall at what time Tammy started pushing?
A. No.
Q. Do you recall how long Tammy pushed for until Bethany was born?

Page 35

A. Seemed like a long time, but I can't give you a positive timeframe.
Q. Can you give us a reasonable estimation? One hour, two hours, three hours? And if you can't, please don't guess. I'm just asking.
A. Yeah. I'd sooner say I can't.
Q. Okay. Do you recall at what time Tammy became fully dilated?
A. No, I don't.
Q. Do you recall Tammy undergoing an ultrasound at Harrisburg Hospital after you arrived there?
A. No, I do not.
Q. Meaning, no, you don't --
A. I don't remember if it was or was not.
Q. Okay. Thank you for that clarification.
Do you recall there being any discussion with any of the healthcare providers at Harrisburg Hospital while you were there about the anticipated size of Bethany when she would be born?
A. No, I don't.
Q. Can you say as we sit here today whether the providers involved in the actual delivery of Bethany were male, female, or both?
A. I think it was both.
Q. Okay. And I'm speaking in terms of, you know,

Page 36

again, the actual doctors or some other obstetrical provider, not the nurses.
So it's your recollection that there was both male and female providers involved?
A. Yes.
Q. Okay. Were these male and female obstetrical providers involved together, at separate times?
A. I believe it's separate times.
Q. And can you define that in any way in terms of who was involved when?
A. I think the female doctor came in later, more towards the end.
Q. Can you describe this female doctor that came in more towards the end in any way?
A. No, not really.
Q. Can you tell us what the female doctor did when she got involved towards the end?
A. If I remember right -- correctly, she's the one that cut to make it so that she could perform the birth. She did the cutting so she could -- the birth canal or whatever you want to call it, I don't know, for -- make more room.
Q. Tammy testified that she recalls -- she similarly recalls a female physician entering the room at or after 6:00 A.M. and making an incision and that Bethany was

Page 37

born, I think she said within moments or a minute or two later; is that consistent with your recollection?
A. Yes.
Q. Okay. Do you remember the female physician having any issue making the incision with the available equipment?
A. No. It was kind of -- I want -- I don't -- sort of chaotic, it seemed to me, for a while. That's all I can recall, just things didn't seem totally right.
Q. Okay.
A. But I don't -- you know just...
Q. But in terms of there being an issue with available equipment to make an incision, you don't have any specific recollection about that in particular?
A. I have no recollection of that.
Q. Okay. Do you recall any conversations with any of the obstetrical providers when Tammy was pushing to deliver Bethany?
A. No, I do not remember.
Q. Do you recall overhearing conversations amongst the obstetrical providers and/or the nursing staff?
A. No.
Q. Okay. Were you in the room the entire time from when you arrived at the labor and delivery suite through the time Bethany was born at 6:21 in the morning, or

would you have left the room at points in time?
A. I sort of recall me and Joy stepping out once or twice. That's -- I believe.
Q. Do you remember sleeping at all that night?
A. I could have dozed off. I do not remember.
Q. Can you tell us how many times Tammy was examined by an obstetrical provider over the course of the night?
A. I could not give you a definite answer.
Q. Was there multiple examinations?
A. I'm not -- do not recall.
Q. Do you recall there being a period of time when Bethany's head was delivered but the rest of her body had not yet been delivered?
A. Yeah. I was -- no. I can't say.
Q. Was there a window in the room, do you remember?
A. No, I do not remember that. I can't say -- I can't say yes or no. If there was a window, I do not recall.
Q. That's fine. Do you remember it being -- starting to get light out when Tammy started to push?
A. No, I don't recall.
Q. What else if anything do you recall about Tammy's final push, so to speak, when she was delivering Bethany?
A. I was more trying to keep her calm. I remember

staying with her, but that was pretty much it. I don't really recall. I can't remember.
Q. Now, we talked to Joy Watkins this morning here. She was present in the room as well, and I believe she told us she was down at the foot of the bed and that you were up at Tammy's head comforting her; is that consistent with what you recall?
A. Yeah, yes. Otherwise, I would have passed out probably. That's how I felt that -- so...
Q. So would it be fair to say when Tammy was actually pushing and birthing Bethany after being fully dilated, that you were always up at her head?
A. Yeah. I was -- if Joy was down there and she told you that, then yes. I -- you know, I just remember myself being up there at her head. Yes.
Q. Were you able to see what was going on down there?
A. I'm not sure. I would have to say I'm -- I can't answer that correctly, yes or no.
Q. Do you recall there being any type of sterile drape in place between you at the head of the bed and the providers delivering Bethany at the foot of the bed?
A. What was the question again?
Q. Do you recall there being any type of sterile drape, like a curtain in place?

A. No, I don't think so.
Q. Okay. Tammy told us that there had been a mirror down there so she could see earlier on, but that it was removed at the time of delivery.
Do you remember anything about a mirror being present at any point in time?
A. I do not remember.
Q. Were you able to see the delivery provider's hands and what they were doing with Bethany specifically when you were up with Tammy at the head of the bed?
A. I believe I could have saw. I'm not saying I was looking.
Q. Could have seen if you'd looked?
A. Yeah. I just -- that's -- she had to coach me into being involved in this, let's just say. You know, I was wanting to sit out in the waiting room and get the good news you know, so...
Q. Okay. That's fair.
A. Little squeamish to that stuff.
Q. And I'm not -- I'm sorry to bring up squeamish memories. I just need to see what you know.
A. Yeah. It's very vague, a lot of things to me.
Q. Okay. So you were always at the head of the bed.
Where was Joy, to your recollection?
A. She was in the room, but I just you know -- like

I said, I don't -- I know where I was. Like I just don't know where she exactly was.
Q. Okay. Sorry if I asked you this, but do you remember how long Tammy pushed for until Bethany was born?
A. I do not. I mean could have been ten minutes or it -- to me it's an eternity, so I honestly can not give you a correct answer.
Q. Okay. Do you as we sit here today recall the race of either or both of the -- of the two obstetrical providers you being -- you recall being involved in the delivery, the male and the female? Were they white, African American, or some other to your perception?
A. The male was white, and if I recall the lady -- doctor lady came in, I believe she was Afro-American.
Q. Do you recall any discussions with the African American doctor who arrived late in the delivery and made the incision?
A. No. I don't remember having any conversation, but I can not honestly say yes or no.
Q. What do you remember, if anything, about Bethany's condition when she was first born? Does anything stand out to you?
A. No. I mean I just -- I can't say anything stands out.

Page 42

Q. Do you recall hearing her cry immediately when she was born?
A. I do not remember.
Q. Do you recall oxygen being applied to Bethany which she was born?
A. You do not remember.
Q. Do you recall there being any effort to resuscitate Bethany after she was born?
A. I do not recall that.
Q. Do you recall anything about Bethany's skin color when she was born?
A. I sort of remember she was kind of purple-ish red, maybe, I want to say.
Q. And how soon after she was actually born do you remember that being the case?
A. That was like probably seconds, whatever.
Q. Do you recall an epidural being placed in Tammy to alleviate pain?
A. I remember it was talked about. I want to say it happened, but I'm not going to say I'm positive.
Q. I'm trying to streamline these questions.
Do you recall anything about Tammy's position in the bed during the labor and delivery and whether it stayed the same or changed?
A. I would say it stayed the same.

Page 43

Q. And what do you recall her positioning be -- or the position being? Excuse me.
A. Her sort of propped up.
Q. On her back?
A. Yeah. If I recall correctly.
Q. And do you recall her legs being in stirrups or people holding them?
A. I don't remember.
Q. Were you involved in holding Tammy's legs during the delivery?
A. Not that I recall.
Q. Do you recall Tammy being rolled side to side at any point?
A. I do not remember.
Q. Do you recall any provider applying downward pressure on Tammy's pelvis?
A. I do not remembered.
Q. Do you recall any provider telling Tammy to stop pushing at some point?
A. Do not remember.
Q. Do you recall what medical garb the delivery providers were wearing, which may or may not have included a face shield, a mask, goggles, gown? What do you remember about what they were wearing?
A. I do not remember that, either.

Page 44

Q. Do you recall whether the delivery providers were sitting or standing during the delivery?
A. Do not remember.
Q. Do you recall having any concerns at any point during the delivery of Bethany for any reason?
A. It just seemed like it was taking longer, but -- than maybe it should.
Q. And did you have some expectation going in there in terms of how long it would take?
A. No.
Q. Or any other information to compare your experience to? I mean what caused you to think that it was taking longer if you hadn't had that experience before?
A. I guess just my thought.
Q. Do you recall any of the delivery providers expressing concern about the length of time it was taking to delivery Bethany?
A. I do not remember.
Q. Do you recall Tammy asking any of the providers about that topic, with the length of time passing?
A. I do not remember her -- I -- I can't say I remember.
Q. Do you recall the position of Tammy's legs changing over the course of the delivery?

Page 45

A. No, I don't remember.
Q. Do you recall any of the delivery providers having their hands on Bethany's head during the delivery?
A. I would say I don't remember.
Q. I assume this is the same answer, but I need to ask.
Do you remember the providers moving Bethany's head up and down or left and right while they were delivering her?
A. You're asking if I remember them doing that?
Q. Yes.
A. I do not remember. Like I said, I was more focused with Tammy. I -- not really.
Q. The female doctor that arrived later in the -- in the delivery, do you remember her being summoned into the room in some way, or do you have any other information in terms of how it was that she got there?
A. I think she was summoned to come to help.
Q. Do you know who summoned her?
A. I -- no, I do not.
Q. Do you know when she was summoned to help?
A. I think it was later, more close to when she was born. I don't recall her being there very long.
Q. Do you remember the delivery providers using any

Page 46

type of device to deliver Bethany, whether that was forceps -- which look like large tongs -- or a vacuum machine?

A. I do not recall, do not remember.

Q. Do you recall what Bethany's birth weight and length were?

A. Do not remember.

Q. In the delivery room Bethany was born, when do you first remember seeing her, whether it was in the bassinet or on Tammy?

A. I recall them having -- nurse or whoever having her in her hands. I think that's like probably the most -- first time I really can recall in my head.

Q. Okay. Do you remember seeing her arms?

A. No, I can't recall that.

Q. So would it be fair to say you -- you can't tell us as we sit here today whether she was able to move both arms or not?

A. I can not give an answer for that.

Q. Okay. At some point did you learn that Bethany had sustained an Erb's palsy?

A. Yes, but I do not remember exactly when and where or what time.

Q. Would it have been before she was discharged with Tammy from the hospital that you learned that?

Page 47

A. I remember Tammy was in the hospital for a couple days, and I can't tell you exactly how many days. It could have been then, somewhere in there, but I can not give you an honest answer.

Q. As we sit here today, do you have any understanding as to what the cause of the Erb's palsy was, understanding that you're not a healthcare provider?

MR. MacKNIGHT: Object to the form. Go ahead.

BY MR. MONGIELLO:

Q. You can answer.

A. Back then, no. I mean it was explained to me.

Q. You just said, it was explained to me. By whom and when?

A. If -- I was -- if Tammy told me at the hospital what had happened. She probably explained to me. That's how -- I don't remember the doctors explaining anything to me --

Q. Okay.

A. -- there at the hospital, but I could be wrong. I just --

Q. Okay. You're not certain?

A. I'm not certain.

Q. Do you remember whether Bethany was taken to the NICU after she was born, neonatal intensive care unit?

Page 48

A. I don't remember.

Q. After Bethany was born, did you leave the hospital at some point?

A. That morning? I don't remember. I might have, but yeah, I can't say for sure. I'm sure sometime that day I left and probably came back towards evening or something.

Q. And then did you visit Tammy and Bethany in the hospital while they were there for a few days before they were discharged?

A. Yes.

Q. Okay. Do you remember how many times?

A. No. I can not give you exact number.

Q. Do you recall any conversations with any healthcare providers during the times you did visit Tammy and Bethany at the hospital after she was delivered?

A. No. I don't -- not recall talking to any physicians.

Q. When in your mind's eye is the first time you remember noticing that Bethany was having some issue with her -- one of her arms?

A. I am not sure.

Q. Was Bethany able to crawl, do you remember, when she was very little?

Page 49

A. I think she was, a little bit until she could do that, if I remember.

Q. But eventually she was able to crawl, to your recollection?

A. Yeah.

Q. It's my understanding from the records that physical and occupational therapies were commenced for Bethany with regard to her right arm.

Do you remember how soon after she was born those therapies began?

A. They were fairly not that long, but I can't give you a timeframe.

Q. Within the first few weeks, within the first few months? Can you reasonably estimate it for us?

A. I would go with months maybe, but I'm not totally sure.

Q. Were any of the therapies being done at home as opposed to out in some therapy facility?

A. I'm not sure.

Q. Growing up, did Bethany have issues with, for example, riding a bicycle or playing catch with a ball, things like that, due to the condition of her right arm?

A. She did have some problems playing sports. I can't say riding a bike. I don't really remember if she

Page 50

had problems so much with that there, but throwing a ball, you know.
Q. Problems throwing a ball?
A. Yes.
Q. Okay. And Bethany's left-handed, correct, by birth?
A. Yes.
Q. Okay. What hand does she typically -- what arm does she typically throw with?
A. Tell you the truth, I don't know. I just remember us throwing a ball around, and there's times she had some problems. I can't say which -- remember.
Q. You said she had some problems or problems with some sports. What -- what do you remember?
A. I remember more like gym class; she had some problems doing some of the -- some of the -- what they asked her to do. And she would have to explain to the gym teacher that she does have some difficulties with what they were asking her to do.
Q. Okay. Anything else you recall in that regard?
A. No. I remember a few times she was frustrated and she'd come home from school and -- upset.
Q. It's my understanding Bethany played soccer as a goalie?
A. Yes, yeah. I think she played center and --

Page 51

or -- I know she played -- she played goalie, but I think she played one -- one other position maybe.
Q. How many years did she play soccer?
A. I'm guessing maybe three years.
Q. And was that in high school?
A. No. It was more probably elementary school. You know, it wasn't -- I know it wasn't high school. I would say more elementary.
Q. And I thought I saw somewhere that she actually played soccer competitively; was that your understanding?
A. Well, she played for Casa, so it wasn't really through the school. It was -- whatever. It was Casa.
Q. Do you remember whether Bethany received any type of awards or other accolades for her participation in soccer?
A. I don't remember anything like outstanding or anything, just what they usually give the kids, stuff. Yeah. I don't recall any.
Q. Bethany participated in gymnastics, to my understanding; do you remember that?
A. That, I don't -- I'm trying to think, but I don't remember too much of what she did. Soccer, yes. I remember going to games and what, but gymnastics, I don't know. She tried to couple of different things, so

Page 52

I can't say she didn't try.
Q. Do you have any videos of Bethany playing soccer?
A. Yeah. I wouldn't anymore, I don't think. I had stuff on my phone that got lost.
Q. We have information that Bethany also participated in track and field and in particular engaged in the shot put; do you remember that?
A. I think that was when she was in Virginia possibly she was in track and field. When she was up here, at least when we were together, I don't remember track and field. So if it was, I would think it might have been Virginia. She was down there, high school.
Q. So would it be fair to say you don't have any information about that?
A. Yeah. It rings a bell, track and field, but I'm not sure exactly when and where.
Q. And then swimming; it's our understanding that Bethany has participated in swimming over the years?
A. Yeah. She has been in a pool.
Q. Is she able to swim with over-arm strokes or with any type of arm strokes?
A. I think with limited -- yeah. Limited.
Q. It's my understanding that she has actually been employed as a swim instructor?
A. Yeah. It was mostly babies.

Page 53

Q. When you and Bethany would go away on vacation to Wildwood, for example, would she go and swim in the ocean in the waves?
A. She'd go out and say she was swimming, just like going out in the water, but I mean swimming, not really.
Q. Is Bethany currently employed?
A. Yes.
Q. Where is she working now?
A. Last time we talked, it was Vans shoe store, and I think she does some -- well, she called it nanny work. I think she does some of that.
Q. And this is subsequent to her employment at Outback Steakhouse as a server?
A. Yeah. She was not there very long.
Q. Okay. So Vans shoe stores, what does she do there, to your understanding?
A. I guess just like a clerk. I don't --
Q. And that's down in Virginia somewhere?
A. Yes. That's DC area, whatever you want to call it down --
Q. And nanny work --
MR. MONGIELLO: Hello?
MR. MacKNIGHT: Mike.
MR. MONGIELLO: Yeah.
MR. MacKNIGHT: Can we take like three

Page 54

minutes?
(Recess)
BY MR. MONGIELLO:
Q. Mr. Ditzler, what -- what is your understanding as to the nanny work that Bethany is currently doing?
A. The what?
Q. What is what your understanding as to the nanny work that Bethany is doing?
A. Oh. I just -- I think she watches -- I don't even know how many children or if it's just one or what. I'm not sure. It's somebody like right near her. She just called it nanny work. I don't know if it's just babysitting. I don't know. For a lady. That's all I know.
Q. And does she do that at her residence or at someone else's residence or at a place?
A. Yeah. I would think she's going to this lady's house. I'm pretty sure. I wouldn't think she's having it at her townhouse.
Q. And Bethany, she lives in a townhouse at George Mason University or around that area?
A. She lives in a townhouse outside of George Mason, not on the campus.
Q. Okay. If we could take a step back to the delivery, do you recall any of the delivery providers

Page 55

placing their foot or feet on the bed and pulling on Bethany during the delivery?
A. I can't -- like I say, I was more focused on Tammy. I just -- I do not remember.
Q. It's my understanding that Bethany first treated with some providers at Hershey for her arm condition, and then that was transferred to Scott Kozin in Philadelphia?
A. Yes.
Q. Sounds accurate?
A. Yes.
Q. Did you attend either -- or appointments with Bethany to either of those providers?
A. I do remember more so going down to the Shriners down there in Philadelphia than Hershey. I mean like I can recall that more than the Hershey.
Q. How often did -- or how many -- strike that.
How many appointments did you attend with Bethany down at Shriners in Philly?
A. We used to go once a year, if I recall correctly, and then they moved it to every other year maybe. I'm not sure. I mean, I can't give you an exact number.
Q. What if anything do you recall about discussions with Dr. Kozin in terms of Bethany's condition?
A. He would measure the contraction or whatever you

Page 56

want to call it. You know, I remember that. Give us -- well, you know, if it worsened or whatever. I remember that. The options about surgery, I remember him giving some of that. Basically that's kind of it.
Q. Do you recall Dr. Kozin concluding that Bethany had minimal impairment in her arm?
A. I don't remember what was said. I can't tell you for sure.
Q. What do you recall if anything about discussions regarding options -- treatment options, which include surgery?
A. I don't recall a lot of it. Yeah. It's so long ago.
Q. And Bethany has never had surgery on her arm?
A. No, no, no, not for that.
Q. Do you recall discussions with Dr. Kozin specifically about whether surgery should be pursued for Bethany?
A. I think we talked about the benefits and the non-benefits of it. That's pretty much it.
Q. Do you recall Dr. Kozin ultimately recommending against surgery for Bethany?
A. I remember wanting to see -- wait to see how things go more so than jumping in.
Q. It's my understanding that Bethany has now aged

Page 57

out of Dr. Kozin's program at Shriners?
A. Yeah. She's been, I think, out of it for a few years now, if I think correctly.
Q. Okay. And I think we've heard that she is not curtly treating with any provider specifically with regard to her right arm; is that consistent with your understanding?
A. Yeah. I mean I -- yeah. As far as I know, she's never said anything about seeing anyone, so yes, I would say that's correct.
Q. Do you know whether she's currently doing any type of occupational or physical therapy?
A. She's not mentioned anything.
Q. Does Bethany complain of pain in her right arm that you've observed or heard?
A. Over the years, yeah.
Q. And what can you tell us about that?
A. Not exactly sure what she said anymore, but I mean she's -- has a complaint about some difficulties.
Q. And can you give us any detail in terms of what difficulties she has or has had?
A. Just has not been able to do certain things. Like I can't say exactly what they are, but she's always had -- there's some things she complained like, I really can't do that or it's hard for me.

Page 58

Q. Fair to say as we sit here today, you can't identify any specific tasks that she has difficulties with or can't do?
A. Well, lifting stuff with her arms and stuff. She does have some difficulties there.
Q. Anything else?
A. I think she did describe some weakness more on the right side if she would have to lift something.
Q. Anything else?
A. I can't think of anything else.
Q. Is Bethany able to get along in daily life, you know, like get up, brush her teeth, feed herself, cook food, eat, change, take a shower?
A. Yeah.
Q. I mean are there any issues to your awareness with anything like that?
A. There's no issues to my awareness.
Q. Okay. Did Dr. Kozin ever offer any opinion that you're aware of about the cause of Bethany's Erb's pals?
A. I do not remember that, anything.
Q. There's some documentation in the records, Mr. Ditzler, about altercations between Bethany and her mother. Do you know anything about that?
A. No. Just teenagers or kids, but I don't -- no. You know, I don't know any physical altercations.

Page 59

Q. Per the records, in 2015 Bethany was in the emergency department at Harrisburg Hospital, and she had an ACE bandage on her right wrist from an altercation with mother yesterday. The right arm was swollen and deformed. Do you remember anything about that incident?
A. 2015? No, I do not.
Q. I think we heard from Tammy that Bethany has actually broken her right arm nine times over the years?
A. She's had some casts on, and I can't give you an exact number, but yeah, I remember she's had some -- I don't know. I'll call them splints or something, too.
Q. Were you involved with any of the care and treatment for the fractures that Bethany has stained to her right arm?
A. You mean taking her to the hospital or --
Q. Yeah. Hospital or orthopedic treatment, whatever it might be?
A. I might have taken her to some orthopedic, but boy, I don't remember exact dates or anything like that.
Q. Do you recall any of the orthopedic providers commenting about any long-term ill effects associated with the multiple fractures?
A. No. Mostly -- I think if I would have taken her anywhere, it would have been more for like therapy-type things.

Page 60

Q. There's -- we've seen some records about Bethany having some mental health issues over the years. Are you aware of that?
A. Yes.
Q. There's documentation in particular about those being related to a stressful home life due to her stepdad. That's just one example in the records.
Do you have any information about that and why that would be?
A. Her stepdad? You talking about when she lived in Virginia?
Q. Yeah. I don't know. That's just what I read in the records.
A. Other than Tammy's boyfriend down there in Virginia, she wasn't too fond of him. That's all I know.
Q. Okay. So Tammy hasn't been remarried -- well --
A. No.
Q. -- strike that, because you weren't married to her. Tammy hasn't been married since?
A. The word stepdad, I don't know where it's coming from.
Q. Okay. Your general understanding, however, is that Bethany didn't have a great relationship with Tammy's boyfriend?

Page 61

A. Yeah. At that time, she was -- didn't care too much for him.
Q. Okay. She's also more recently had some issues with a condition called hypersomnolence where she is excessively sleepy. Do you know anything about that?
A. Yeah. She's told me about some -- about, you know, sleeping problems and stuff like that there.
Q. And it's my understanding, in fact, she had to, I guess, drop out of college for a period of time due to that condition; were you aware of that?
A. She never dropped out of college. She's -- got behind, but she never -- she never dropped out.
Q. Okay.
A. She's always gone since she started.
Q. Or maybe took some time off?
A. There was some -- when she started college, it didn't work out because of COVID and online, and that's the only time that I know.
Q. Okay. Have you actually observed Bethany experience, like, excessive sleepiness during the day and at ill opportune times, at the dinner table or something like that?
A. No. She's tired a lot. Other than that, you know, she's, you know, off and on.
Q. Would it be fair to say that this hypersomnolence

is in fact impacting her ability to carry out daily life at this point?

A. I don't think it's affecting her daily life. She's going to school and she's always worked, so you know. I know she has trouble sleeping. She told me stuff like that.

Q. There's documentation about Bethany having a condition known as Ehlers-Danlos syndrome. Have you ever heard that phrase before? And just to help you along, it's like a joint hypermobility issue where she can kind of bend and flex her joints in strange ways?

A. That -- yeah. She talked about that. Not -- but I -- yes. I do recall her talking about that. To the extent of it all, I can't tell much more -- can't say much more about it, though.

Q. Is there any family history on your side of that type of thing?

A. Not that I know of. I come from a very small family so...

Q. Okay. If someone was unaware that Bethany had an Erb's palsy in her right arm and -- and was just looking at Bethany, would -- would it be obvious that there was something different between her right arm and her left arm? In other words, is it physically apparent to the naked eye?

A. When she was younger, I could -- I mean myself, I could see it sort of was a little un-proportioned. What other people see, I don't know.

Q. And has that improved over the years? You said when she was younger, you could see disproportion. Has that resolved at least to some degree as of now?

A. No. I can still see she doesn't keep her -- her shoulders aren't straight or --

Q. Tammy described a baby book that she made regarding Bethany's birth and her growing up. It was like a book that she bought and added information to it and photographs and things like that. Are you aware of something like that existing?

A. Yeah. She was always doing that kind of stuff, so I'm sure there is.

Q. Have you -- do you know where that might be?

A. Like I said, she kept all that stuff, kept track of all that stuff. Yeah. I can't -- that, I can't tell you. I definitely do not have it, so...

MR. MONGIELLO: I think I'll pass you on to the other attorneys at this point, Mr. Ditzler. I may have a few more questions, but I want to look over my notes, so I guess Aaron will go next. Is that all right with everyone?

MR. MacKNIGHT: Yeah.

EXAMINATION

BY MR. JAYMAN:

Q. Mr. Ditzler, my name is Aaron Jayman. I represent UPMC Pinnacle Hospitals in this case. I just want to circle back to that discussion that you had with Bethany when she mentioned to you -- and again, using your words -- that some records were missing and stuff has disappeared.

Did Bethany indicate to you what stuff was missing and what stuff she believed had disappeared in terms of the records?

A. I believe her mother or the attorneys -- I'm not sure anymore -- had looked into the hospital, and I was told stuff's not here anymore.

Q. When you say stuff --

A. Records.

Q. What type of records, do you know?

A. I don't know. Some medical records or what --

Q. You have no idea what type or whether they're medical records, fetal monitoring strips, X-rays? You just --

A. I can't give you the exact. It just -- she said medical records. That's all.

Q. Just general, generic medical records? Not a specific type?

A. Yeah. She never gave me a specific type that was missing, just --

Q. And to clarify again, this was a conversation that you had with Bethany, not Ms. Furjanic?

A. Yeah. I -- when I said before, I figured out that it was Bethany.

Q. So we're here 22 years later after the birth.

Are you able to tell me with any more specificity when this conversation with Bethany may have occurred about the records?

A. I can't. I mean, it was a little bit after when the attorneys needed what they needed. That was after that time.

Q. That was a few years ago at the very least?

A. I don't -- couldn't even tell you exactly when Bethany started with the attorneys so --

Q. Okay. So -- and then I think you described at various points in time that your experience -- again, your experience with this labor and delivery was your first one?

A. Correct.

Q. You described it was -- you thought it was taking -- delivery was taking a little bit longer, a little bit chaotic at times.

When your wife obtained the -- when your -- when

Page 66

Ms. Furjanic obtained the medical records, given what you had said about the delivery taking longer, a little bit chaotic, did you not want to take a look at the records when she received them?
A. When she received them when?
Q. Yeah. So according to Ms. Furjanic, she requested the medical records for the labor and delivery shortly after Bethany's birth.
A. -- birth.
Q. Do you recall you and Ms. Furjanic sitting down to review the records after she received them shortly after the birth?
A. I do not recall sitting down with her.
Q. Do you recall ever seeing Ms. Furjanic look -- reviewing or looking at the records herself at home shortly after the birth when she received them?
A. I don't remember, but I'm sure she did.
Q. Do you recall Ms. Furjanic ever indicating to you when she was reviewing those records whether she believed at that time any records were missing or the records were incomplete?
A. Don't remember.
Q. Do you know if Ms. Furjanic shared the medical records she received with any of your family members or anyone that had any medical training or experience?

Page 67

A. I do not believe she did.
Q. Okay. Do you know how Ms. Furjanic went about requesting medical records from the hospital with respect to the labor and delivery?
A. No.
Q. You don't know if she appeared in person at the hospital, sent a request in the mail, anything specific in that regard?
A. No.
Q. Okay. Do you know if Ms. Furjanic made more than one attempt to obtain medical records from the hospital?
A. No, I don't.
Q. And the medical records, Ms. Furjanic testified to when she received the medical records, she put them in a file. I don't know if it was in a filing cabinet or some other place at home.
Do you know what she's referring to, what file she would be referring to?
A. I do not know what file she would -- I know she had files, but what they were, I don't know.
MR. JAYMAN: Sir, that's all the questions I have. Thank you.
MR. MacKNIGHT: Anyone else?
MR. BRIER: Yeah.
EXAMINATION

Page 68

BY MR. BRIER:
Q. Mr. Ditzler, my name is Frank Brier. Can you see me on the screen?
A. Yeah, I can see you.
Q. Now, I have the benefit of going after those earlier two gentlemen, so I'm not going to repeat a lot of the questions that they already asked you.
Do you recall an individual by the name of Lee Blecher?
A. Lee Blecher?
Q. Yes, sir.
A. No. That does not ring a bell.
Q. All right. So I think you've already answered my next question.
Do you have any reason to believe you've ever had any conversations with an individual named Lee Blecher about the birth of Bethany?
A. No.
MR. BRIER: All right. That's all I have. Thank you. Appreciate your time today.
THE WITNESS: Yep.
MR. FABEN: This is Peter Faben. I don't have any questions for you. Thank you for your time today, Mr. Ditzler.
THE WITNESS: Thank you.

Page 69

EXAMINATION
BY MR. MacKNIGHT:
Q. Hey, Mr. Ditzler. It's Bruce MacKNIGHT. How are you?
A. Good.
Q. Just a couple questions for you. Sir, you were asked a couple questions about medical records.
You never saw any medical records, correct, regarding the birth?
A. I do not recall, but I can't say for sure, but I just do not recall.
Q. Okay. So you don't remember if you saw any, correct?
A. Correct.
Q. You don't know the contents of anything you might have reviewed, correct?
A. Correct.
Q. And I think you were asked some questions about Bethany trying -- getting ahold of some medical records. Do you remember those questions?
A. Yes.
Q. Okay. You never saw whatever she received, correct?
A. No, I never saw anything.
Q. Okay. And as far as whatever she said about the

contents of the medical records, you have no way of knowing whether they were complete, incomplete, things were missing? You don't know, right?
A. No, I do not know.
Q. Okay. And as far as the -- the -- when you were mentioning about that, you said something about Bethany or the attorneys.
You don't know what attorneys were trying to get medical records, correct?
A. Correct.
Q. Okay. Now, you were in the -- as I understand, you were in the delivery room. You were there with Tammy, right?
A. Yes.
Q. And you spent most of -- you didn't want to be down at the bottom end. You would rather -- you were up near the top with Tammy, right?
A. I remember being at the top, so that's -- I can remember.
Q. And I think you talked a little bit earlier on about classes that you had gone to, the prebirth classes?
A. Yes.
Q. Now, was part of that training you went through that you help the breathing and all that, right?

A. Yes, correct.
Q. And that was your position next to her by her head. You're trying to help her --
A. Yes. Calm her -- yes.
Q. -- maybe give her some ice -- yeah. Give her some ice or something like that and try to just help her through the process, right?
A. Yes.
Q. Now, I remember you saying that there were two physicians. As you understood it, there was a -- there was a white male and an African American female, correct?
A. Yes.
Q. And your testimony was the African American female came in near the end of the process?
MR. BRIER: Objection to the form, but Bruce, just give me a continuing objection to all the leading questions.
MR. MacKNIGHT: Sure.
MR. BRIER: Go ahead.
MR. MONGIELLO: Join, join.
MR. MacKNIGHT: That's fine.
BY MR. MacKNIGHT:
Q. So sir, I think you said -- and I'm just going over what you told us previously -- that the African

American female came in near the of the process, closer to the actual birth; is that right?
A. Yes.
Q. Do you recollect seeing her before she came in near the end of the birth?
A. Are you talking beforehand or like --
Q. Yeah. During the process. You guys were there. She was going through labor.
Did you ever see that African American physician before then?
A. No -- no, I don't. I don't recall seeing her.
Q. When -- when she came into the room, did she introduce herself, do you remember?
A. That, I do not remember.
Q. Tammy testified -- and I can't remember if you were asked this, but Tammy testified during her deposition that when -- when the African American female nurse came into the -- to deliver the baby to do that incision that you had talked about previously, that she -- she tried to do it, but whatever scissors or instrument she was given wasn't sharp enough. She threw it and was given another pair to do the incision; do you remember that?
MR. MONGIELLO: Objection to the form. Go ahead.

A. I do not remember.
BY MR. MacKNIGHT:
Q. Okay. All right. And I think you said there was a white male physician that you remember?
A. Yeah. If -- if memory recalls, that was her obstetrician, or am I wrong? I don't know.
Q. Okay. Okay. Did you -- how tall are you?
A. Excuse me?
Q. How tall are you?
A. 6'2".
Q. I know -- you look like a big man sitting in that chair. That's why I asked you how tall you were.
Do you remember how tall that -- do you have any recollection of how tall that white male physician was?
A. If memory serves me correctly, he was kind of short and had glasses.
Q. Okay. And you've never obtained any medical records, correct?
A. Correct.
Q. And have you ever sat down with your daughter and talked to her in detail about how the condition she suffered at birth has affected her, you know, throughout her life?
A. No.
MR. MacKNIGHT: Thank you, sir. That's all

the questions I have. I appreciate your time.

THE WITNESS: Thank you.

MR. MONGIELLO: This is Mike Mongiello. I don't have any other questions, I don't believe. Aaron?

MR. JAYMAN: I have no questions.

MR. MONGIELLO: Pete? Frank?

MR. FABEN: No questions.

MR. BRIER: I'm good. Thanks.

MR. MONGIELLO: All right. Take care, everybody.

(Deposition adjourned at 3:00 p.m.)

C E R T I F I C A T E

COMMONWEALTH OF PENNSYLVANIA:

I, Ranee I. Casier, a Notary Public within and for the County and State aforesaid, do hereby certify that the foregoing deposition of Ron Ditzler was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

Ranee I. Casier

Reporter,
Notary Public

**&**

**&** 1:19 2:3,11

**0**

**01852** 1:5

**1**

**100** 2:11,15
**10:00** 31:15
**11** 1:14
**111** 2:15
**126** 2:7
**12:45** 1:15
**14** 12:21
**15335** 75:15
**16** 14:24 22:8 29:3 31:9
**17** 14:24 29:3
**17011** 2:12
**17101** 2:16
**17602** 2:7
**18104** 1:24
**18503** 2:4
**19063** 1:20
**1965** 7:1
**1999** 7:22,22 8:2
**1:21** 1:5

**2**

**200** 2:3
**2001** 6:10 14:25 31:9
**201** 2:11
**2015** 7:24 8:2 59:1,6
**2016** 9:20
**2019** 10:25 11:7,16
**2023** 1:15
**205** 1:24
**21** 30:14
**22** 6:11 65:7
**24** 7:1
**25** 1:15
**291** 7:4

**3**

**308** 1:20
**3:00** 74:11

**4**

**4** 3:4
**425** 2:3
**434-8588** 1:25

**5**

**5100** 1:24
**57** 7:1

**6**

**6'2** 73:10
**610** 1:25
**64** 3:5
**67** 3:5
**69** 3:6
**6:00** 36:25
**6:21** 34:7 37:25

**7**

**717-651-3704** 2:12

**8**

**8:00** 31:12

**9**

**9:00** 31:12

**a**

**a.m.** 36:25
**aaron** 2:14 63:23 64:3 74:4
**ability** 5:17 62:1
**able** 39:16 40:8 46:17 48:25 49:4 52:20 57:22 58:11 65:8
**absolutely** 32:15
**accolades** 51:15
**accommodate** 6:16
**accurate** 5:23 15:1 34:7 55:10
**accurately** 6:3
**ace** 59:3
**action** 75:11
**activities** 15:19
**activity** 15:25
**actual** 33:8 35:22 36:1 72:2
**actually** 9:25 11:23 26:14 34:1,14 39:11 42:14 51:9 52:23 59:8 61:19
**added** 63:11
**addition** 33:14
**address** 7:2,6
**adjourned** 74:11
**affected** 73:22
**affecting** 62:3
**aforesaid** 75:6
**african** 41:13 41:16 71:11,14 71:25 72:9,17
**afro** 41:15
**afternoon** 4:12
**age** 6:25
**aged** 56:25
**ago** 6:11 8:9,16 11:24 12:7,24 56:13 65:14
**agreed** 4:1
**ah** 5:20
**ahead** 28:18 47:10 71:20 72:25
**ahold** 69:19
**aided** 75:9
**ajayman** 2:16
**allentown** 1:24
**alleviate** 42:18

**altercation** 59:3
**altercations** 58:22,25
**american** 41:13 41:15,17 71:11 71:14 72:1,9 72:17
**answer** 5:3,6 5:15 6:13,17 19:5,7,19 38:8 39:19 41:8 45:6 46:19 47:4,12
**answered** 68:13
**answering** 5:16
**answers** 5:9
**anticipated** 20:20 35:18
**anybody** 33:11
**anymore** 13:12 26:11 28:9 52:3 57:18 64:13,14
**anyway** 19:20 23:3
**apologies** 7:13
**apologize** 18:10
**apparent** 62:24
**apparently** 25:23
**appearances** 1:18 2:1
**appeared** 67:6
**applied** 42:4
**applying** 43:15
**appointment** 21:4
**appointments** 21:2 23:17 55:12,18
**appreciate** 16:9 26:12 68:20 74:1
**area** 19:10,11 24:1,3 53:19 54:21
**arm** 49:9,23 50:8 52:20,21 55:6 56:6,14 57:6,14 59:4,8 59:14 62:21,23 62:24
**arms** 46:14,18 48:23 58:4
**arrival** 32:1
**arrive** 31:8
**arrived** 31:19 31:24 35:11 37:24 41:17 45:15
**arriving** 32:5
**asked** 8:11 9:16 21:6 41:3 50:17 68:7 69:7,18 72:16 73:12
**asking** 33:8 35:5 44:20 45:11 50:19
**assistants** 19:3
**associated** 59:21
**assume** 5:15 33:17 45:6
**assuming** 13:21
**ate** 31:13
**atlantic** 1:23
**attempt** 67:11
**attempting** 32:16
**attend** 18:18 55:12,18
**attending** 24:4
**attorney** 16:7
**attorneys** 4:14 4:21 26:19 63:21 64:12 65:12,16 70:7 70:8
**august** 6:10 14:24 22:8 29:3 31:9
**aunt** 27:16,17 27:22
**authorize** 27:6
**auto** 12:5
**automotive** 12:6 13:8
**available** 37:5 37:13
**avoid** 5:1,20
**awards** 51:15
**aware** 16:10 25:10 58:19 60:3 61:10 63:12
**awareness** 58:15,17

**b**

**babies** 52:25
**baby** 20:9 63:9 72:18
**babysitting** 54:13
**back** 15:16 23:1 26:25,25 30:15 43:4 47:13 48:7 54:24 64:5
**background** 14:6 28:2
**baldino** 1:19
**ball** 49:22 50:2 50:3,11
**band** 15:21 16:11,13,22 17:8,23 18:9
**bandage** 59:3
**banks** 11:9
**bark** 5:4
**barley** 2:6
**barley.com** 2:8
**base** 16:14
**basically** 56:4

**basis** 10:13
**bass** 17:12,13
**bassinet** 46:10
**bathtub** 32:17
**becoming** 13:1
**bed** 39:5,21,22
    40:10,23 42:23
    55:1
**began** 49:11
**believe** 7:22
    17:14 22:5,9
    26:5 30:19
    36:8 38:3 39:4
    40:11 41:15
    64:12 67:1
    68:15 74:4
**believed** 19:22
    64:10 66:20
**bell** 32:18,20
    52:15 68:12
**ben** 12:2
**bend** 62:11
**benefit** 4:25
    5:19 68:5
**benefits** 56:19
    56:20
**benjamin** 12:3
**best** 5:16 6:4
    31:15
**bethany** 1:3
    4:15 7:15 8:12
    8:14,19 9:4,4
    9:19 10:2,6,8
    10:13,21 11:3
    11:15,18,23

13:23 14:9,21
15:5,12,18
16:11 18:19
19:9 20:1,12
20:15,20,24
21:2,11 22:4
23:8,12,16
25:8,12,16
26:4,6,17 27:1
28:11 29:5
30:1,12 31:2,2
31:10 33:4
34:1,6,20,25
35:18,22 36:25
37:18,25 38:24
39:11,22 40:9
41:4 42:4,8
44:5,18 46:1,8
46:20 47:25
48:3,9,17,22,25
49:9,21 50:23
51:14,20 52:2
52:5,18 53:1,6
54:5,8,20 55:2
55:5,13,18
56:5,14,18,22
56:25 57:14
58:11,22 59:1
59:7,13 60:1
60:24 61:19
62:7,20,22
64:6,9 65:4,6,9
65:16 68:17
69:19 70:6

**bethany's** 7:11
    14:25 16:7
    21:19 25:22
    26:24 27:10
    28:20 29:24
    30:23 38:12
    41:22 42:10
    45:3,8 46:5
    50:5 55:24
    58:19 63:10
    66:8
**better** 14:15
**beverly** 1:8
    2:13 19:13,22
**bicycle** 49:22
**big** 16:15 73:11
**bike** 49:25
**birth** 6:24 7:11
    7:15 18:21
    27:10 36:19,20
    46:5 50:6
    63:10 65:7
    66:8,9,12,16
    68:17 69:9
    72:2,5 73:22
**birthing** 39:11
**bit** 9:6 49:2
    65:11,23,23
    66:3 70:20
**blecher** 1:9 2:5
    68:9,10,16
**blur** 32:9
**body** 38:12
**book** 63:9,11

**born** 27:1 29:5
    34:2,6,25
    35:19 37:1,25
    41:5,22 42:2,5
    42:8,11,14
    45:24 46:8
    48:1,3 49:10
**bottom** 70:16
**bought** 63:11
**boy** 31:11
    59:19
**boyfriend** 12:1
    60:14,25
**boyfriend's**
    12:2
**brachial** 29:13
    29:13
**break** 6:15,18
    21:25
**breathing**
    70:25
**brier** 2:2,3 3:5
    67:24 68:1,2
    68:19 71:16,20
    74:8
**bring** 40:20
**brings** 30:2
**broadly** 23:14
**broken** 59:8
**brought** 12:1
**bruce** 1:19,21
    13:20 16:7
    69:3 71:17
**brush** 58:12

**buffalo** 18:15
  18:16,17
**building** 13:9
**business** 12:6
  12:15 13:12

**c**

**c** 2:10 12:12
  21:12 24:16,20
  75:2,2
**cabinet** 67:15
**call** 9:2 17:11
  36:21 53:19
  56:1 59:11
**called** 9:1,4,4
  53:10 54:12
  61:4
**calm** 38:25
  71:4
**camp** 2:12
**campus** 54:23
**canal** 36:20
**car** 11:25,25
  12:1
**care** 18:24
  20:23 21:8
  33:7 48:1
  59:12 61:1
  74:9
**carry** 62:1
**cars** 13:10
**casa** 51:12,13
**case** 1:4 6:5
  42:15 64:4
**casier** 1:16 75:5

**casts** 59:9
**catch** 49:22
**cause** 47:6
  58:19
**caused** 44:12
**ccc** 1:5
**center** 2:11
  50:25
**certain** 22:11
  47:23,24 57:22
**certification**
  4:3
**certified** 1:17
**certify** 75:6
**cesarean** 21:17
**ceva** 12:9,11,12
  12:15,19,20,23
  13:1
**chair** 73:12
**change** 58:13
**changed** 12:22
  12:24,24 42:24
**changing** 44:25
**chaotic** 37:8
  65:24 66:3
**characteristics**
  33:2,21,25
**checking** 32:8
**checkups** 20:9
**children** 14:20
  54:10
**christopher**
  6:23
**circle** 64:5

**circumstances**
  5:24
**clarification**
  35:15
**clarify** 65:3
**class** 50:15
**classes** 18:20
  24:4,11 70:21
  70:22
**clerk** 53:17
**client** 19:13
**close** 9:24
  45:23
**closer** 72:1
**coach** 40:14
**coleman** 2:11
**college** 8:13
  10:3,9,12,19
  17:23 18:2,9
  61:9,11,16
**color** 42:10
**combination**
  19:3
**come** 11:18
  17:17 22:11
  45:19 50:22
  62:18
**comfortable**
  24:14
**comforting**
  39:6
**coming** 14:3
  33:10 60:21
**commenced**
  4:15 49:8

**commencing**
  1:15
**commenting**
  59:21
**commonwealth**
  75:3
**company** 13:1
**compare** 44:11
**comparison**
  15:7
**competitively**
  51:10
**complain** 57:14
**complained**
  57:24
**complaint**
  57:19
**complete** 70:2
**computer** 4:22
  75:9
**computer's**
  14:14
**concern** 22:18
  23:5 44:17
**concerned**
  27:24 28:13
**concerns** 10:6
  20:10,22 27:1
  44:4
**concluding**
  56:5
**condition** 41:22
  49:23 55:6,24
  61:4,10 62:8
  73:21

**conditions** 14:9
**conference** 6:2
**confirm** 16:19 20:1
**consider** 27:9
**consistent** 10:16 37:2 39:7 57:6
**contact** 29:22
**contacted** 30:21
**contents** 69:15 70:1
**continued** 2:1
**continuing** 71:17
**continuously** 8:1
**contraction** 55:25
**conversation** 8:10,15 41:19 65:3,9
**conversations** 5:2 19:21 20:18 37:16,20 48:15 68:16
**cook** 58:12
**corporate** 2:11
**correct** 7:11,25 13:3 15:3,6 16:15 18:13 26:15 33:20 34:10 41:8 50:5 57:10 65:21 69:8,13 69:14,16,17,23 70:9,10 71:1 71:12 73:18,19
**correctly** 17:22 21:23 36:18 39:19 43:5 55:20 57:3 73:15 75:8
**counsel** 4:2 75:10
**county** 75:6
**couple** 14:1 47:1 51:25 69:6,7
**course** 19:25 20:11 23:11,16 24:23 25:12,22 26:24 31:2 33:18 38:7 44:25
**court** 1:1,17,17 4:25 5:19,23 6:5
**covered** 23:10
**covid** 61:17
**crawl** 48:25 49:4
**cry** 42:1
**current** 6:24 7:2
**currently** 7:5 53:6 54:5 57:11
**curtain** 39:25
**curtly** 57:5
**cut** 36:19
**cutting** 36:20
**cv** 1:5

**d**

**d** 4:8
**daily** 58:11 62:1,3
**danlos** 62:8
**date** 6:24 21:19 21:21 22:4,11 26:10
**dates** 59:19
**daughter** 4:15 73:20
**day** 30:10 48:7 61:20
**days** 11:8 47:2 47:2 48:10
**dc** 53:19
**deadlines** 30:12
**decide** 30:9,13
**decision** 30:6 30:10
**defendant** 1:10 2:5
**defendants** 2:13
**defense** 4:14
**define** 36:9
**definite** 38:8
**definitely** 5:13 63:19
**deformed** 59:5
**degree** 63:6
**deliver** 21:11 34:13 37:18 46:1 72:18
**delivered** 20:20 22:4 34:1 38:12,13 48:18
**deliveries** 15:4
**delivering** 38:23 39:22 45:10
**delivery** 14:25 20:16 21:12,17 24:13,16,24 25:8,13,23 26:25 28:11 31:10 32:12,22 33:4 35:22 37:24 40:4,8 41:12,17 42:23 43:10,21 44:1 44:2,5,16,18,25 45:2,4,16,25 46:8 54:25,25 55:2 65:19,23 66:2,7 67:4 70:12
**dennehey** 2:11
**department** 59:2
**deponent** 75:7 75:8
**deposition** 1:12 4:18 5:6 8:11

8:16 9:2,10,12
13:14,22,24
72:17 74:11
75:6,10
**depositions**
13:17
**describe** 33:2
33:21 36:13
58:7
**described** 63:9
65:17,22
**description**
3:10
**desk** 32:8
**detail** 57:20
73:21
**determine** 20:2
**development**
20:8
**device** 46:1
**different** 51:25
62:23
**differently**
24:19
**difficulties**
50:18 57:19,21
58:2,5
**dilated** 35:8
39:12
**dinner** 61:21
**disappeared**
26:9 64:8,10
**discharged**
46:24 48:11

**discussed** 30:20
30:20
**discussion** 9:15
21:10,15 22:6
30:7 35:16
64:5
**discussions**
20:14 25:6
30:1 41:16
55:23 56:9,16
**disproportion**
63:5
**distress** 34:18
**district** 1:1,1
**ditzler** 1:3,12
3:3 4:12,16
6:23 26:13
54:4 58:22
63:21 64:3
68:2,24 69:3
75:6
**doctor** 28:7
36:11,13,16
41:15,17 45:15
**doctors** 33:15
36:1 47:18
**documentation**
58:21 60:5
62:7
**documents**
13:13
**doing** 40:9
45:11 50:16
54:5,8 57:11
63:14

**dove** 7:4
**downtown** 24:2
**downward**
43:15
**dozed** 38:5
**dr** 2:5 55:24
56:5,16,21
57:1 58:18
**drape** 39:21,25
**drive** 2:11
**drop** 61:9
**dropped** 61:11
61:12
**drove** 31:18
**drum** 16:14,15
16:18 17:10,12
17:13
**drums** 16:11
**due** 21:19,21
22:4 49:23
60:6 61:9
**duly** 4:8 75:7
**dystocia** 28:23
29:8

**e**

**e** 4:8 12:12
27:19,20 75:2
75:2
**earlier** 14:17
21:21 22:4,14
31:16 40:3
68:6 70:20
**east** 1:20 2:7
**eat** 31:14 58:13

**education** 13:4
14:5
**effects** 59:21
**effort** 25:7 42:7
**ehlers** 62:8
**eight** 8:20
**either** 23:6 24:9
24:23 31:1
41:10 43:25
55:12,13
**electronic**
15:23
**elementary**
51:6,8
**else's** 54:16
**email** 15:14
**emergency**
59:2
**employed**
52:24 53:6
**employment**
53:12
**ended** 32:11
**engaged** 52:7
**engaging** 15:19
**enjoy** 17:1
**entering** 36:24
**entire** 29:4
37:23
**epidural** 42:17
**equipment**
37:6,13
**erb's** 28:20
29:11,20,24
30:23 46:21

47:6 58:19 62:21
**esq** 1:19 2:2,6 2:10,14
**essentially** 5:6
**estimate** 20:2 49:15
**estimated** 20:15
**estimation** 35:3
**eternity** 41:7
**evd** 3:10
**evening** 48:7
**event** 15:8
**events** 5:8 15:20
**eventually** 49:4
**everybody** 74:10
**exact** 19:12 20:6 26:9 48:14 55:22 59:10,19 64:22
**exactly** 30:18 32:19 41:2 46:22 47:2 52:16 57:18,23 65:15
**examination** 4:10 64:1 67:25 69:1
**examinations** 38:9
**examined** 38:6
**example** 20:1 22:19 49:22 53:2 60:7
**except** 4:5
**excessive** 61:20
**excessively** 61:5
**excluding** 14:8
**excuse** 43:2 73:8
**exhibit** 3:10
**exhibits** 3:9,11
**existing** 63:13
**expect** 24:12
**expectation** 44:8
**experience** 14:6 15:8 17:5 27:25 44:12,13 61:20 65:18,19 66:25
**explain** 17:3 28:14 50:17
**explained** 47:13,14,17
**explaining** 47:18
**expressing** 44:17
**extent** 20:23 26:13 62:14
**eye** 15:9 48:21 62:25

**f**

**f** 75:2
**faben** 2:6 68:22 68:22 74:7
**face** 43:23
**facility** 49:19
**fact** 4:19 25:11 61:8 62:1
**fair** 5:4,17,18 11:14 15:11 24:11 39:10 40:18 46:16 52:13 58:1 61:25
**fairly** 49:12
**familiar** 19:14
**family** 14:8 27:14 62:16,19 66:24
**far** 26:8 57:8 69:25 70:5
**fbrier** 2:4
**feed** 58:12
**feet** 55:1
**felt** 30:9 39:9
**female** 35:23 36:4,6,11,13,16 36:24 37:4 41:12 45:15 71:11,15 72:1 72:17
**fetal** 20:2 34:18 64:20
**field** 15:22 52:6 52:9,11,15
**figure** 5:7
**figured** 21:14 65:5
**file** 30:12 67:15 67:17,19
**files** 67:20
**filing** 4:4 27:9 30:22 67:15
**final** 38:23
**fine** 8:24 38:19 71:22
**finished** 13:6
**first** 7:20 9:11 13:25 29:19 32:4 41:22 46:9,13 48:21 49:14,14 55:5 65:20
**five** 21:25
**flex** 62:11
**floor** 32:14
**focused** 45:14 55:3
**folder** 25:15
**folders** 25:17
**follow** 27:11
**follows** 4:9
**followup** 6:21
**fond** 60:15
**food** 58:13
**foot** 39:5,22 55:1
**football** 16:12 17:17,23

**forceps** 46:2
**foregoing** 75:6
**forget** 22:23
**form** 4:5 47:9 71:16 72:24
**format** 15:24 15:24
**forth** 5:4 15:16
**four** 10:15 11:8
**fractures** 59:13 59:22
**frank** 2:2 68:2 74:6
**fredericksburg** 7:4
**front** 1:14 2:15 32:8
**frustrated** 50:21
**full** 6:22
**fully** 35:8 39:11
**furjanic** 7:11 7:15 65:4 66:1 66:6,10,14,18 66:23 67:2,10 67:13

**g**

**g** 27:19
**gain** 22:17 23:6
**gaining** 23:7,7
**game** 16:12 17:17,23
**games** 51:24
**gap** 18:16,17
**garb** 43:21
**general** 60:23 64:24
**generally** 10:16 23:12 34:12
**generic** 64:24
**gentlemen** 68:6
**george** 10:9 54:20,22
**getting** 69:19
**give** 8:21 20:6 21:5 35:1,3 38:8 41:7 46:19 47:4 48:14 49:12 51:18 55:22 56:1 57:20 59:9 64:22 71:5,5,17
**given** 9:10 66:1 72:21,22 75:10
**giving** 5:8 18:21 56:3
**glasses** 73:16
**go** 5:3 9:7 15:15 28:18 47:9 49:16 53:1,2,4 55:20 56:24 63:23 71:20 72:24
**goalie** 50:24 51:1
**goggin** 2:11
**goggles** 43:23
**going** 5:13 6:9 9:9 21:11 22:12 24:12 28:1,16 30:4 31:13 39:16 42:20 44:8 51:24 53:5 54:17 55:14 62:4 68:5,6 71:24 72:8
**good** 4:12 12:4 14:12 40:17 69:5 74:8
**gordon** 1:13 2:15
**gown** 43:23
**great** 60:24
**growing** 49:21 63:10
**grsm.com** 2:16
**guess** 6:11,12 12:4 26:8 35:5 44:15 53:17 61:9 63:23
**guessing** 51:4
**guys** 21:24 72:7
**gym** 50:15,18
**gymnastics** 51:20,24
**gynecology** 1:7 2:9

**h**

**h** 1:19 27:19,19 27:20
**hah** 5:20
**half** 8:9,16 11:12
**halftime** 17:25
**hall** 1:9 2:13 19:13,22
**hallway** 14:3
**hand** 12:24 16:16 50:8
**handed** 50:5
**handled** 25:3
**hands** 12:22,25 40:9 45:3 46:12
**happen** 5:13
**happened** 27:24 28:14 42:20 47:17
**happening** 34:2 34:15
**hard** 57:25
**hardcopy** 15:24
**harder** 5:22
**harness** 16:20
**harrisburg** 1:14 2:16 6:2 14:24 19:11 20:16 23:24,25 24:1,2,24 29:2 29:8,10 31:9 32:22 35:11,17 59:2
**head** 5:21,21 38:12 39:6,12

39:15,21 40:10
40:23 45:3,9
46:13 71:3
**heading** 22:7
**health** 2:8,8,9
60:2
**healthcare**
20:19 21:16
35:17 47:7
48:16
**hear** 4:23 14:12
28:25 29:7
**heard** 28:22,24
29:15,15,19
57:4,15 59:7
62:9
**hearing** 42:1
**heitz** 27:18,21
27:23 28:10
**heitz's** 28:2
**held** 16:20
**hello** 53:22
**help** 45:19,22
62:9 70:25
71:3,6
**hershey** 28:3
55:6,15,16
**hey** 21:24
22:20 69:3
**high** 13:6 16:1
18:5,7,11,14
51:5,7 52:12
**highest** 13:4
**hill** 2:12

**history** 7:20
62:16
**hit** 16:17
**hold** 16:15
**holding** 43:7,9
**holidays** 11:18
**home** 16:3
17:15 25:16
31:13,14 49:18
50:22 60:6
66:15 67:16
**honest** 47:4
**honestly** 41:7
41:20
**hoping** 5:9
**hospital** 2:17
14:24 20:16
21:13 22:7
24:24 26:20
29:3,4,8,11,16
31:9,18 32:5
32:23 35:11,17
46:25 47:1,16
47:21 48:4,10
48:17 59:2,15
59:16 64:13
67:3,7,11
**hospitals** 64:4
**hour** 35:4
**hours** 32:1,2
35:4,4
**house** 10:3
31:12 54:18
**huh** 5:21

**hypermobility**
62:10
**hypersomnol...**
61:4,25

**i**

**ice** 71:5,6
**idea** 19:16
64:19
**identified** 4:19
**identify** 21:7
32:21 33:20,24
58:2
**immediately**
42:1
**impacting** 62:1
**impairment**
56:6
**improved** 63:4
**incident** 59:5
**incision** 36:25
37:5,13 41:18
72:19,22
**include** 13:16
27:15 56:10
**included** 43:23
**incomplete**
25:23 27:2
66:21 70:2
**index** 3:1,9
**indicate** 34:6
64:9
**indicated** 75:7
**indicating**
66:18

**indication**
34:18
**individual** 68:8
68:16
**induce** 22:12
**induction** 22:7
**information**
30:16,25 44:11
45:18 52:5,14
60:8 63:11
**informed** 30:4
**ingram** 13:2
**injury** 28:15,19
**innaclehealth**
1:7
**input** 30:6
**instructor**
52:24
**instrument**
72:21
**intensive** 48:1
**intent** 30:2
**interested**
75:11
**introduce**
72:13
**introduced**
4:13
**involved** 15:21
21:7 32:22
33:3,7,15,22
34:3 35:22
36:4,7,10,17
40:15 41:11
43:9 59:12

**involvement**
  25:19
**ish**  42:12
**issue**  22:16
  37:5,12 48:22
  62:10
**issues**  49:21
  58:15,17 60:2
  61:3

**j**

**j**  2:2
**jacuzzi**  32:17
**jayman**  2:14
  3:5 64:2,3
  67:21 74:5
**join**  71:21,21
**joined**  31:20
**joint**  62:10
**joints**  62:11
**jonestown**
  12:14
**joy**  13:23,25
  31:19,24 38:2
  39:3,13 40:24
**jr**  1:19
**jumping**  56:24
**junior**  18:7

**k**

**keep**  4:23 15:12
  38:25 63:7
**keeping**  24:14
**kelly**  2:3
**kept**  25:18
  63:17,17

**kids**  51:18
  58:24
**kin**  75:10
**kind**  16:18 37:7
  42:12 56:4
  62:11 63:14
  73:15
**king**  2:7
**know**  5:7,8 6:8
  6:13,16 7:21
  8:21 9:7,8 10:6
  10:6 16:18
  17:8,18,24
  18:14,23 19:1
  19:5,6,6,8,11
  19:12,19,24
  22:3 23:18,22
  24:8,15,17
  25:11,14 26:21
  28:4,4 30:5,16
  30:21 31:5
  33:6 35:25
  36:21 37:11
  39:14 40:15,17
  40:21,25 41:1
  41:2 45:20,22
  50:2,10 51:1,7
  51:7,25 54:10
  54:12,13,14
  56:1,2 57:8,11
  58:12,23,25,25
  59:11 60:12,16
  60:21 61:5,7
  61:18,24,24
  62:5,5,18 63:3

  63:16 64:17,18
  66:23 67:2,6
  67:10,15,17,19
  67:19,20 69:15
  70:3,4,8 73:6
  73:11,22
**knowing**  70:2
**known**  62:8
**kozin**  55:7,24
  56:5,16,21
  58:18
**kozin's**  57:1

**l**

**l**  4:8,8 6:23
**labor**  14:25
  22:7 24:12,24
  25:7,13,22
  26:25 28:10
  31:10 32:11,22
  33:4 37:24
  42:23 65:19
  66:7 67:4 72:8
**laboring**  34:13
**labors**  15:4
**lady**  41:14,15
  54:13
**lady's**  54:17
**lancaster**  2:7
**large**  46:2
**late**  7:22 8:2
  31:15 41:17
**lawsuit**  4:14
  5:9 27:9 29:23
  30:2,13,22

**lawyer**  30:19
**leading**  71:18
**learn**  46:20
**learned**  46:25
**leave**  22:20
  48:3
**led**  7:15
**lee**  1:9 68:8,10
  68:16
**left**  31:11 38:1
  45:9 48:7 50:5
  62:23
**legal**  1:23
  29:22 30:22
**legs**  43:6,9
  44:24
**length**  44:17,21
  46:6
**level**  13:4
**life**  7:17 58:11
  60:6 62:1,3
  73:23
**lift**  58:8
**lifting**  58:4
**light**  38:20
**limited**  52:22
  52:22
**lines**  26:23
**listened**  24:7
**little**  9:6 12:23
  16:23 40:19
  49:1,2 63:2
  65:11,23,23
  66:2 70:20

**lived** 10:4 60:10
**lives** 54:20,22
**llp** 2:3,15
**located** 12:13
**location** 19:12
**logistics** 12:9 12:11,16
**lon** 1:12 3:3 6:23 22:20
**long** 11:6,7 12:20 16:22 32:1 34:9,11 34:16,24 35:1 41:4 44:9 45:24 49:12 53:14 56:12 59:21
**longer** 44:6,13 65:23 66:2
**look** 16:5 17:20 46:2 63:22 66:3,14 73:11
**looked** 40:13 64:13
**looking** 40:12 62:21 66:15
**lost** 52:4
**lot** 6:9 9:13 24:8 25:3 40:22 56:12 61:23 68:6
**loud** 4:23

**m**

**machine** 46:3 75:9
**macknight** 1:19 3:6 13:21 14:14 21:24 22:20,24 47:9 53:23,25 63:25 67:23 69:2,3 71:19,22,23 73:2,25
**made** 14:17 41:18 63:9 67:10
**mail** 67:7
**main** 11:11
**maintenance** 12:10
**make** 5:10,23 36:19,21 37:13
**making** 36:25 37:5
**male** 35:23 36:4,6 41:12 41:14 71:11 73:4,14
**mallet** 16:16
**man** 73:11
**mansukhani** 1:14 2:15
**marching** 15:21 16:11,22 17:23
**marked** 3:10
**married** 7:10 7:12,17 60:19 60:20
**marshall** 2:11
**mask** 43:23
**mason** 10:9 54:21,22
**mbklaw.com** 2:4
**mcmongiello** 2:13
**mdwcg.com** 2:13
**mean** 8:18 10:4 19:5 23:25 34:16 41:6,24 44:12 47:13 53:5 55:15,22 57:8,19 58:15 59:15 63:1 65:11
**meaning** 35:13
**measure** 55:25
**medfical** 1:7
**media** 1:20
**medical** 2:9 13:16 14:5 24:22 25:16 27:25 28:7 31:1 43:21 64:18,20,23,24 66:1,7,23,25 67:3,11,13,14 69:7,8,19 70:1 70:9 73:17
**meet** 7:20
**melanie** 27:18 27:22 28:2,10
**members** 27:14 66:24
**memories** 40:21
**memory** 21:23 73:5,15
**mental** 60:2
**mentioned** 57:13 64:6
**mentioning** 70:6
**message** 15:14
**michael** 2:10
**micro** 13:2
**mid** 1:23
**middle** 1:1
**midlevel** 19:2 33:9
**midwives** 19:3 19:6 33:9
**mike** 4:13 53:23 74:3
**mind** 30:8
**mind's** 15:9 48:21
**minimal** 56:6
**minute** 37:1
**minutes** 8:14 21:25 32:1 41:6 54:1
**mirror** 40:2,5

**missed** 6:20
**missing** 25:24
  26:21 64:7,10
  65:2 66:20
  70:3
**mistake** 18:10
**mom** 9:5
**moments** 37:1
**mongiello** 2:10
  3:4 4:11,13
  14:12,16,19
  22:2,23,25
  23:2,4 47:11
  53:22,24 54:3
  63:20 71:21
  72:24 74:3,3,6
  74:9
**monitoring**
  64:20
**month** 8:9,15
**months** 8:20,20
  11:24 49:15,16
**morning** 32:23
  34:7,8 37:25
  39:3 48:5
**mother** 7:11
  9:19 26:4
  58:23 59:4
  64:12
**mother's** 7:7
**move** 46:17
**moved** 9:20
  10:1,8 18:12
  55:21

**moving** 45:8
**multiple** 33:6
  38:9 59:22
**myers** 2:3

**n**

**n** 4:8 6:23
**naked** 62:25
**name** 4:13 6:22
  12:2 19:13,17
  21:7 32:24,25
  33:24 64:3
  68:2,8
**named** 68:16
**nametags**
  33:12,13
**nanny** 53:10,21
  54:5,7,12
**ndlovu** 1:9 2:13
  19:13,22
**near** 54:11
  70:17 71:15
  72:1,5
**necessary**
  22:14
**need** 4:22 5:1,2
  5:20 6:15
  40:21 45:6
**needed** 65:12
  65:12
**neither** 75:10
**neonatal** 48:1
**nerve** 14:10
**neurological**
  14:9

**never** 9:7 28:24
  56:14 57:9
  61:11,12,12
  65:1 69:8,22
  69:24 73:17
**new** 24:6
**news** 40:17
**nicu** 48:1
**night** 14:24
  22:8 31:12
  32:23 33:18
  34:9,11 38:4,7
**nine** 59:8
**nods** 5:21
**non** 56:20
**nonverbal** 5:20
**normal** 5:2
  20:8 23:19
**north** 2:15
**notary** 1:16
  75:5,16
**notes** 63:23
**notice** 75:7
**noticing** 48:22
**november** 7:1
**number** 20:6
  21:3,5 32:14
  48:14 55:22
  59:10
**nurse** 19:3 28:6
  28:8,9 46:11
  72:18
**nurses** 33:17
  36:2

**nursing** 33:8
  33:22 37:21

**o**

**o** 4:8 6:23
**oath** 6:3
**object** 47:9
**objection** 71:16
  71:17 72:24
**objections** 4:5
**observed** 15:4
  57:15 61:19
**obstetrical**
  18:24 19:8
  32:21 33:3,7,9
  33:25 36:1,6
  37:17,21 38:7
  41:10
**obstetrician**
  73:6
**obstetricians**
  33:8
**obstetrics** 1:6
  2:9
**obtain** 19:8
  25:7,11 27:6
  67:11
**obtained** 25:21
  31:5 65:25
  66:1 73:17
**obtaining**
  26:24
**obvious** 62:22
**occupational**
  49:8 57:12

**occurred** 6:10 24:24 65:9
**ocean** 53:3
**october** 1:15
**offer** 58:18
**offices** 1:13
**oh** 14:17 31:11 54:9
**okay** 4:19,23 5:5,11 6:13,14 6:18,24 7:2,10 7:13,17,20,23 8:1,22 9:9,25 10:16 11:6,14 12:8,11,13,15 12:20 13:1,4,7 13:13,16 15:7 15:11 16:2,5,8 16:9,19,22 17:3,12,21 18:3,10 19:1 21:22 22:13 23:2 24:4,19 26:7 27:4 28:22 29:7,10 29:17,22 31:22 32:4 33:17 35:7,15,25 36:6 37:4,10 37:16,23 40:2 40:18,23 41:3 41:9 46:14,20 47:20,23 48:13 50:5,8,20 53:15 54:24 57:4 58:18 60:17,23 61:3 61:13,19 62:20 65:17 67:2,10 69:12,22,25 70:5,11 73:3,7 73:7,17
**once** 38:2 55:20
**ones** 18:21
**ongoing** 8:3
**online** 61:17
**opinion** 58:18
**opportune** 61:21
**opposed** 49:19
**options** 56:3,10 56:10
**ordinary** 34:17
**orthopedic** 59:16,18,20
**outback** 53:13
**outcome** 75:11
**outer** 11:9
**outside** 15:13 54:22
**outstanding** 51:17
**overhearing** 37:20
**overnight** 34:12,15,19
**oxygen** 42:4

**p**

**p** 1:7
**p.m.** 1:15 74:11
**pa** 1:20,24 2:4 2:7,12,16 7:4
**page** 3:2,10
**pain** 42:18 57:14
**pair** 72:22
**pals** 58:19
**palsies** 14:10
**palsy** 28:20 29:11,14,20,24 30:23 46:21 47:6 62:21
**panic** 32:6
**part** 12:17,17 70:24
**participate** 17:24 18:1
**participated** 51:20 52:6,18
**participating** 4:21
**participation** 51:15
**particular** 37:14 52:6 60:5
**parties** 4:2
**party** 75:11
**pass** 63:20
**passed** 39:8
**passing** 44:21
**pelvis** 43:16
**pending** 6:17
**penn** 28:3
**pennsylvania** 1:1,14 9:20 12:14 75:3
**people** 22:21 33:10 43:7 63:3
**perception** 41:13
**perform** 36:19
**performed** 17:17 23:23
**period** 8:5 38:11 61:9
**person** 4:19 9:25 15:13 67:6
**pete** 74:6
**peter** 2:6 68:22
**pfaben** 2:8
**philadelphia** 55:8,15
**philly** 55:19
**phone** 10:5 15:14 52:4
**photographs** 15:18,24 16:6 17:14 63:12
**phrase** 62:9
**physical** 33:2 33:21,24 49:8 57:12 58:25

**physically**
  19:10 62:24
**physician** 19:2
  36:24 37:4
  72:9 73:4,14
**physicians** 19:2
  48:20 71:10
**picked** 10:3
**pictures** 17:8
  17:19
**pinnacle** 1:8
  2:8,8,9,9 64:4
**pinnaclehealth**
  1:6
**place** 12:21
  39:21,25 54:16
  67:16 75:7
**placed** 42:17
**placing** 55:1
**plaintiff** 1:4,21
**play** 16:13 51:3
**played** 15:21
  16:11,14 50:23
  50:25 51:1,1,2
  51:10,12
**playing** 49:22
  49:24 52:2
**please** 5:14
  6:22 17:21
  26:15 35:4
**plexus** 29:13
**point** 6:2,11,15
  12:4 24:16
  32:11,17 40:6
  43:13,19 44:4

46:20 48:4
  62:2 63:21
**points** 38:1
  65:18
**pool** 52:19
**position** 42:22
  43:2 44:24
  51:2 71:2
**positioning**
  43:1
**positive** 11:17
  35:2 42:20
**possession** 16:3
  31:3
**possibility**
  21:17
**possibly** 52:9
**potential** 29:23
**potentially**
  30:22
**practice** 17:7
**practitioners**
  19:3
**prebirth** 70:21
**pregame** 17:24
**pregnancy**
  20:11 21:2
  22:17
**pregnant** 18:19
  19:9,25 20:1
  20:24 23:8,11
**prenatal** 18:18
  19:9,25 20:11
  20:23 21:2,8
  23:6,11,16

24:23 25:7,12
  25:22 26:24
  31:2
**prenatally**
  18:23 21:4
  24:5
**preparation**
  13:14
**present** 14:23
  15:3 28:10
  29:3 39:4 40:6
**presented**
  20:16
**pressure** 43:16
**pretty** 9:13,24
  11:17 16:21
  26:5 39:1
  54:18 56:20
**previous** 17:19
**previously** 7:10
  7:14 71:25
  72:19
**prior** 8:15 13:1
  34:19
**probably** 8:13
  9:24 10:18
  11:8,24 32:6
  39:9 42:16
  46:12 47:17
  48:7 51:6
**problem** 17:6
  22:25
**problems** 17:2
  17:5 49:24
  50:1,3,12,13,13

50:16 61:7
**process** 34:16
  71:7,15 72:1,7
**professional**
  1:16 29:23
  30:22
**program** 57:1
**property** 13:10
**proportioned**
  63:2
**propped** 43:3
**provide** 16:6
**provided** 15:23
**provider** 20:19
  21:16 28:7,25
  29:7,10 32:21
  33:3,25 36:2
  38:7 43:15,18
  47:8 57:5
**provider's** 40:8
**providers** 19:2
  19:4 21:7
  22:18 33:7,9
  33:25 35:17,22
  36:4,7 37:17
  37:21 39:22
  41:11 43:22
  44:1,16,20
  45:2,8,25
  48:16 54:25
  55:6,13 59:20
**public** 1:16
  75:5,16
**pulling** 55:1

**purple** 42:12
**purposes** 13:22
**pursuant** 75:7
**pursue** 30:2
**pursued** 56:17
**pursuit** 29:23
**push** 38:20,23
**pushed** 34:24 41:4
**pushing** 34:14 34:19,22 37:17 39:11 43:19
**put** 52:7 67:14

**q**

**quality** 20:23
**question** 4:6 5:3,6,12,15 6:8 6:17,18 9:8 19:19 23:3 26:12 39:23 68:14
**questioning** 9:16,17
**questions** 5:7 5:10 9:13 42:21 63:22 67:21 68:7,23 69:6,7,18,20 71:18 74:1,4,5 74:7

**r**

**r** 4:8 75:2
**race** 41:10
**ranee** 1:16 75:5
**rather** 70:16
**rays** 64:20
**read** 23:1 60:12
**reading** 4:3
**really** 9:3 10:5 10:19 15:16 32:6 36:15 39:2 45:14 46:13 49:25 51:12 53:5 57:24
**reason** 4:22 6:15 44:5 68:15
**reasonable** 35:3
**reasonably** 49:15
**reasons** 20:7
**recall** 6:7,13 8:18 20:4,14 20:25 21:1,10 21:15 22:6,16 23:5,9 24:17 24:18,19 25:6 27:3 29:9,10 29:18 30:19,24 34:21,22,24 35:7,10,16 37:9,16,20 38:2,10,11,18 38:21,22 39:2 39:7,20,24 41:9,11,14,16 42:1,4,7,9,10 42:17,22 43:1 43:5,6,11,12,15 43:18,21 44:1 44:4,16,20,24 45:2,24 46:4,5 46:11,13,15 48:15,19 50:20 51:19 54:25 55:16,20,23 56:5,9,12,16,21 59:20 62:13 66:10,13,14,18 68:8 69:10,11 72:11
**recalls** 21:23 36:23,24 73:5
**received** 51:14 66:4,5,11,16,24 67:14 69:22
**receiving** 20:24
**recently** 26:17 61:3
**recess** 22:1 54:2
**recollect** 72:4
**recollection** 6:4 20:19 22:3,13 23:13,20,21 29:20 31:8 36:3 37:2,14 37:15 40:24 49:5 73:14
**recommended** 24:20
**recommending** 56:21
**record** 6:22 22:22 23:1 75:10
**recorded** 75:8
**recording** 25:8
**records** 13:16 24:22 25:1,8 25:12,16,21 26:9,24 27:2,7 31:1,6 34:6 49:7 58:21 59:1 60:1,7,13 64:7,11,16,17 64:18,20,23,24 65:10 66:1,4,7 66:11,15,19,20 66:21,24 67:3 67:11,13,14 69:7,8,19 70:1 70:9 73:18
**recreational** 15:19
**red** 42:13
**rees** 1:13 2:15
**refer** 28:19
**referring** 14:2 25:4 28:19 67:17,18
**refusing** 24:20
**regard** 23:5 49:9 50:20 57:6 67:8

**regarding**
25:12,22 26:24
27:9 29:24
30:23 31:1
56:10 63:10
69:9
**regimented** 5:2
**region** 1:23
**regular** 20:9
**reject** 26:3,5
**relate** 15:9
**related** 60:6
**relationship**
7:14 8:3,3
60:24
**relatively** 26:18
**relay** 20:22
**remarried**
60:17
**remember** 9:4
10:23,24 11:6
11:10 17:6,16
18:21 20:5,7
20:10 21:19,20
22:10 24:4,8,9
26:14,23 29:12
29:21 31:13,14
31:16,22 32:3
32:4,8,9,14,16
33:10,12,14
34:12,15 35:14
36:18 37:4,19
38:4,5,15,16,19
38:25 39:2,14
40:5,7 41:4,19

41:21 42:3,6
42:12,15,19
43:8,14,20,24
43:25 44:3,19
44:22,23 45:1
45:5,8,11,13,16
45:25 46:4,7,9
46:14,22 47:1
47:18,25 48:2
48:5,13,22,25
49:3,10,25
50:11,12,14,15
50:21 51:14,17
51:21,23,24
52:7,10 55:4
55:14 56:1,2,3
56:7,23 58:20
59:5,10,19
66:17,22 69:12
69:20 70:18,19
71:9 72:13,14
72:15,23 73:1
73:4,13
**remembered**
43:17
**remotely** 4:22
**removed** 40:4
**repair** 12:6
**repairs** 11:25
**repeat** 68:6
**rephrase** 5:14
22:17
**reporter** 1:17
4:25 5:19,23
75:15

**represent** 64:4
**representing**
13:21
**request** 6:16
25:1 67:7
**requested**
24:15 66:7
**requesting** 67:3
**reserved** 4:6
**reside** 7:5
**residence** 7:3
54:15,16
**resolved** 63:6
**respect** 67:4
**respective** 4:2
**response** 6:8
9:17
**responses** 5:20
**rest** 38:12
**restoration**
13:11
**resuscitate**
42:8
**retired** 28:4
**review** 13:13
66:11
**reviewed** 69:16
**reviewing**
66:15,19
**riding** 49:22,25
**right** 4:20,24
6:19 10:23
12:9 14:16
17:6 22:4
36:18 37:9

45:9 49:9,23
54:11 57:6,14
58:8 59:3,4,8
59:14 62:21,23
63:23 68:13,19
70:3,13,17,25
71:7 72:2 73:3
74:9
**ring** 32:19
68:12
**rings** 32:18
52:15
**rise** 5:8
**road** 7:4
**rolled** 43:12
**ron** 75:6
**room** 6:2,5
22:21 32:12,14
33:10,18 36:22
36:24 37:23
38:1,15 39:4
40:16,25 45:17
46:8 70:12
72:12

**s**

**s** 27:19
**sacchetta** 1:19
**sales** 12:6
**sat** 24:7 73:20
**saw** 10:15
11:23 40:11
51:9 69:8,12
69:22,24
**saying** 5:22
22:19 40:11

71:9
**sbattorney.com** 1:21
**school** 13:6 16:1 18:5,7,11 18:14 50:22 51:5,6,7,13 52:12 62:4
**scissors** 72:20
**scott** 55:7
**scranton** 2:4
**screen** 68:3
**scully** 1:13 2:15
**sealing** 4:3
**second** 1:20
**seconds** 42:16
**section** 21:12 21:17 24:16,20
**see** 10:13 11:18 16:13 39:16 40:3,8,21 56:23,23 63:2 63:3,5,7 68:2,4 72:9
**seeing** 33:12 46:9,14 57:9 66:14 72:4,11
**seem** 37:9
**seemed** 23:19 35:1 37:8 44:6
**seen** 9:25 10:4 24:22 40:13 60:1
**sense** 5:10
**sent** 17:19 67:7
**separate** 36:7,8
**separated** 7:24 10:1
**separation** 9:23
**september** 7:24 8:2
**server** 53:13
**serves** 73:15
**servicdsd** 1:8
**services** 2:9
**session** 5:7
**several** 23:10
**sex** 20:2
**shakes** 5:21
**shared** 66:23
**sharp** 72:21
**she'd** 50:22 53:4
**shield** 43:23
**shipping** 12:19
**shoe** 53:9,15
**shore** 10:22 11:1
**short** 73:16
**shorthand** 75:9
**shortly** 66:8,11 66:16
**shot** 52:7
**shoulder** 17:4 28:22 29:8
**shoulders** 16:16,20 63:8
**show** 17:25
**showed** 31:21
**shower** 58:13
**shriners** 55:14 55:19 57:1
**side** 13:8 43:12 43:12 58:8 62:16
**signature** 75:15
**signing** 4:3
**similar** 15:8
**similarly** 21:3 36:23
**sir** 7:3,18 13:5 14:20 67:21 68:11 69:6 71:24 73:25
**sister** 31:19
**sit** 23:15 32:16 34:3 35:21 40:16 41:9 46:17 47:5 58:1
**sitting** 5:22 6:1 6:5 44:2 66:10 66:13 73:11
**six** 8:19
**size** 20:2,15,20 35:18
**skin** 42:10
**sleepiness** 61:20
**sleeping** 38:4 61:7 62:5
**sleepy** 61:5
**small** 62:18
**snyder** 2:6
**soccer** 15:21 50:23 51:3,10 51:16,23 52:2
**solutions** 1:23
**somebody** 54:11
**soon** 23:8 42:14 49:10
**sooner** 35:6
**sorry** 6:12 7:21 21:6 22:24 28:16 29:19 40:20 41:3
**sort** 32:18,19 37:7 38:2 42:12 43:3 63:2
**sound** 19:14 34:7
**sounds** 13:7 23:12 55:10
**speak** 13:20 38:23
**speaking** 14:2 23:14 26:18 35:25
**specialists** 1:7 2:9
**specific** 37:14 58:2 64:25 65:1 67:7
**specifically** 9:16 28:25

40:9 56:17 57:5
**specificity** 65:8
**speculate** 6:12
**spent** 70:15
**splints** 59:11
**spoke** 8:7,17
**sporting** 15:19
**sports** 49:24 50:14
**spruce** 2:3
**squeamish** 40:19,20
**st** 1:14
**staff** 33:8,22 37:21
**stained** 59:13
**stand** 23:15 41:23
**standing** 44:2
**stands** 41:24
**start** 10:14
**started** 26:20 34:14,19,22 38:20 61:14,16 65:16
**starting** 38:20
**state** 28:3 75:6
**states** 1:1
**stayed** 42:24,25
**staying** 39:1
**steakhouse** 53:13
**step** 54:24
**stepdad** 60:7 60:10,21
**stepping** 38:2
**sterile** 39:20,24
**stipulated** 4:1
**stirrups** 43:6
**stop** 43:18
**store** 53:9
**stores** 53:15
**story** 26:15
**straight** 63:8
**strange** 62:11
**streamline** 42:21
**street** 1:20,24 2:3,7,15
**stressful** 60:6
**strike** 25:10 29:1 34:5 55:17 60:19
**strips** 64:20
**strokes** 52:20 52:21
**stuff** 13:11 16:13 17:5,9 25:3,18,19 26:9,21 27:25 40:19 51:18 52:4 58:4,4 61:7 62:6 63:14,17,18 64:7,9,10,15
**stuff's** 64:14
**subsequent** 53:12
**suffered** 73:22
**suite** 1:24 2:3 2:11,15 37:24
**summaries** 13:18
**summoned** 45:16,19,20,22
**supervision** 75:9
**sure** 8:25 16:4 16:21 18:22 23:24 26:5,10 28:9 31:12 33:11,13 39:18 48:6,6,24 49:17,20 52:16 54:11,18 55:22 56:8 57:18 63:15 64:13 66:17 69:10 71:19
**surgery** 56:3,11 56:14,17,22
**sustained** 46:21
**swim** 52:20,24 53:2
**swimming** 15:22 52:17,18 53:4,5
**swollen** 59:4
**sworn** 4:8 75:7
**syndrome** 62:8

**t**

**t** 4:8 27:19,20 75:2,2
**table** 61:21
**take** 4:18 6:18 16:5 21:24 44:9 53:25 54:24 58:13 66:3 74:9
**taken** 1:13 10:21 13:17 47:25 59:18,23 75:6
**talk** 6:9 8:19 9:1,3 10:5 13:22,23,23 15:13,16 27:13 27:22 34:13
**talked** 8:13 9:6 13:25 27:11 39:3 42:19 53:9 56:19 62:12 70:20 72:19 73:21
**talking** 5:1 8:12 31:17 48:19 60:10 62:13 72:6
**tall** 73:7,9,12 73:13,14
**tammy** 7:10,14 7:20 8:2,8,17 9:1,12,15,20,25 10:4 13:24 18:18 19:24

20:14,22 21:1
21:11,16 23:22
24:5,15,20
25:4,5,6,11,21
26:1,5,23 29:3
30:15,16,21
31:18 32:16
34:19,22,24
35:7,10 36:23
37:17 38:6,20
39:10 40:2,10
41:4 42:17
43:12,18 44:20
45:14 46:10,25
47:1,16 48:9
48:17 55:4
59:7 60:17,20
63:9 70:13,17
72:15,16
**tammy's** 20:11
21:8 22:16
23:6,11,16
24:23 31:2,19
32:22 33:3
38:22 39:6
42:22 43:9,16
44:24 60:14,25
**tasks** 58:2
**teacher** 50:18
**technician**
12:10
**teenagers**
58:24
**teeth** 58:12

**tell** 5:14 6:9
9:12 19:4
25:15,21 26:2
26:10 34:3,5
36:16 38:6
46:16 47:2
50:10 56:7
57:17 62:14
63:18 65:8,15
75:7
**telling** 43:18
**ten** 8:14 41:6
**tendered** 3:11
**term** 28:22
29:1,8,11,13,19
59:21
**terms** 8:2 9:16
15:7 18:24
23:15 30:12
35:25 36:9
37:12 44:9
45:18 55:24
57:20 64:11
**test** 7:21
**testified** 4:8
36:23 67:13
72:15,16
**testify** 6:3
**testimony** 9:17
71:14 75:8,10
**text** 15:14,16
15:18
**thank** 35:15
67:22 68:20,23
68:25 73:25

74:2
**thanks** 14:18
74:8
**therapies** 49:8
49:11,18
**therapy** 49:19
57:12 59:24
**thereof** 75:11
**thing** 62:17
**things** 11:21
17:25 25:24
37:9 40:22
49:23 51:25
56:24 57:22,24
59:25 63:12
70:2
**think** 6:20
10:15,22 11:12
16:23,24,24
17:2,4,5,9,10
17:18 18:7,15
18:16 21:20
26:3,20 30:14
30:14 31:13
35:24 36:11
37:1 40:1
44:12 45:19,23
46:12 49:2
50:25 51:2,22
52:3,8,11,22
53:10,11 54:9
54:17,18 56:19
57:2,3,4 58:7
58:10 59:7,23
62:3 63:20

65:17 68:13
69:18 70:20
71:24 73:3
**thinking** 24:2
31:11,15
**thought** 44:15
51:9 65:22
**three** 10:15,19
15:15 35:4
51:4 53:25
**threw** 72:21
**throw** 15:16
50:9
**throwing** 50:1
50:3,11
**tilghman** 1:24
**time** 4:6 8:6,7
8:14,16 9:6
11:12,22,23
13:25 14:13
17:6 20:15
27:2 29:4,19
31:8,22 34:8
34:22 35:1,7
37:23,25 38:1
38:11 40:4,6
44:17,21 46:13
46:23 48:21
53:9 61:1,9,15
61:18 65:13,18
66:20 68:20,23
74:1 75:7
**timeframe** 35:2
49:13

**times**  10:15 21:3 36:7,8 38:6 48:13,16 50:11,21 59:8 61:21 65:24
**tired**  61:23
**today**  4:18 5:13 6:10 13:14,24 23:15 30:3 34:3 35:21 41:9 46:17 47:5 58:1 68:20,24
**together**  8:1,5 9:5 36:7 52:10
**told**  25:24,25 26:4,4,5,6,17 26:22 30:15 39:5,14 40:2 47:16 61:6 62:5 64:14 71:25
**tongs**  46:2
**took**  17:18 61:15
**top**  70:17,18
**topic**  16:10 44:21
**topics**  23:10 31:6
**totally**  37:9 49:16
**touch**  15:12
**towards**  36:12 36:14,17 48:7

**townhouse**  54:19,20,22
**track**  15:22 23:19 25:18 52:6,9,11,15 63:17
**training**  14:5 66:25 70:24
**transcribed**  75:9
**transcript**  5:23 19:20 26:16
**transcription**  75:9
**transcriptionist**  1:17
**transcripts**  13:17
**transferred**  55:7
**treated**  18:23 19:1 55:5
**treating**  57:5
**treatment**  19:9 24:23 56:10 59:13,16
**trial**  4:7
**tried**  26:8 51:25 72:20
**trip**  10:22 11:3 11:15
**trips**  11:12
**trouble**  62:5
**trucking**  12:18

**true**  26:14,15 29:5,6 75:10
**truth**  50:10 75:8,8,8
**truthfully**  6:3
**try**  52:1 71:6
**trying**  38:25 42:21 51:22 69:19 70:8 71:3
**twice**  38:3
**two**  7:23 11:24 15:15 35:4 37:1 41:10 68:6 71:9
**type**  12:15 14:9 15:25 17:10 28:7,8 39:20 39:24 46:1 51:14 52:21 57:12 59:24 62:17 64:17,19 64:25 65:1
**types**  13:18 17:25
**typically**  50:8,9

**u**

**uhs**  5:21
**ultimately**  56:21
**ultrasound**  35:10
**ultrasounds**  19:24 20:4,7 23:22

**un**  63:2
**unaware**  62:20
**under**  5:23 6:3 75:9
**undergoing**  35:10
**understand**  5:12,15,21,25 6:1 70:11
**understanding**  4:15 7:23 9:19 10:9 12:5 14:23 15:20 17:22 29:2 30:11 31:17 47:6,7 49:7 50:23 51:11,21 52:17,23 53:16 54:4,7 55:5 56:25 57:7 60:23 61:8
**understood**  26:8 71:10
**underwent**  19:24
**unit**  48:1
**united**  1:1
**university**  10:10 54:21
**unusual**  34:16
**upmc**  1:8 2:9 2:17 64:4
**upset**  50:22
**use**  28:25 29:8

**used** 17:10 55:20
**using** 29:11 45:25 64:6
**usually** 11:9 31:14 51:18

**v**

**v** 12:12
**vacation** 10:18 10:20 53:1
**vacations** 11:4
**vacuum** 46:2
**vaginal** 21:12
**vaginally** 21:14
**vague** 16:23 40:22
**vans** 53:9,15
**varies** 15:17
**various** 65:18
**veritext** 1:23
**videos** 15:18,24 16:6 52:2
**virginia** 9:20 10:1,8,12 16:12 18:11 52:8,12 53:18 60:11,15
**visit** 48:9,16
**visits** 15:13 18:18
**vocations** 11:15
**voice** 4:23
**vs** 1:5

**w**

**wait** 56:23
**waiting** 40:16
**waived** 4:4
**want** 36:21 37:7 42:13,19 53:19 56:1 63:22 64:5 66:3 70:15
**wanted** 17:7,16
**wanting** 40:16 56:23
**wants** 6:11
**warehouse** 12:18
**warner** 2:11
**watch** 17:18
**watches** 54:9
**water** 53:5
**watkins** 13:23 31:19 39:3
**waves** 53:3
**way** 27:10 32:18 36:9,14 45:17 70:1
**ways** 62:11
**we've** 57:4 60:1
**weakness** 58:7
**wearing** 43:22 43:24
**wednesday** 1:15
**week** 11:7,10 11:11,12
**weekend** 11:7
**weeks** 15:15 49:14
**weight** 20:3 22:17 23:6,7,7 46:5
**went** 8:12 10:2 11:9,11,13 16:12 18:20 19:8 21:1 23:17 67:2 70:24
**when's** 8:7
**white** 41:12,14 71:11 73:4,14
**wife** 65:25
**wildwood** 11:2 11:7,13,15 53:2
**window** 38:15 38:17
**witness** 3:2 4:19 68:21,25 74:2 75:10
**witnessed** 14:25
**witnesses** 3:1 31:18
**word** 60:21
**words** 15:13 62:24 64:7
**work** 12:9 13:8 53:10,21 54:5 54:8,12 61:17
**worked** 12:20 12:21 28:3,8 62:4
**working** 12:22 13:11 53:8
**worsened** 56:2
**wow** 8:18
**wrist** 59:3
**wrong** 47:21 73:6

**x**

**x** 64:20

**y**

**yeah** 8:5,23 9:14,22 10:2,4 10:18 11:4,17 11:20 12:12 13:9 14:14 16:13 17:8,9 17:16 18:6,8 20:4 24:2,11 32:18 34:8,9 35:6 38:14 39:8,13 40:14 40:22 43:5 48:6 49:6 50:25 51:19 52:3,15,19,22 52:25 53:14,24 54:17 56:12 57:2,8,8,16 58:14 59:10,16 60:12 61:1,6 62:12 63:14,18

63:25 65:1,5
66:6 67:24
68:4 71:5 72:7
73:5
**year**  9:23 10:15
11:10,19 12:23
12:23,24 16:23
16:24,25 18:7
18:8 55:20,21
**yearly**  10:13
**years**  6:11
10:17,19 12:7
12:21 14:1
28:5 30:15
51:3,4 52:18
57:3,16 59:8
60:2 63:4 65:7
65:14
**yep**  34:9 68:21
**yesterday**  59:4
**younger**  63:1,5

**z**

**z**  4:8 27:20

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.