# EXHIBIT "L"

Page 1

1             IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2
3    BETHANY DITZLER,              :
                                   :
4         Plaintiff,               :
                                   :   CASE NO.
5         vs.                      :   1:21-cv-01852-CCC
                                   :
6    PINNACLEHEALTH                :
     OBSTETRICS AND                :
7    GYNECOLOGY SPECIALISTS,       :
     PINNACLEHEALTH MEDICAL        :
8    SERVICES, UPMC PINNACLE,      :
     BEVERLY A. HALL NDLOVU        :
9    AND LEE BLECHER,              :
                                   :
10        Defendants.              :
11
12               DEPOSITION OF JOY WATKINS,
13        Taken in the offices of Gordon, Rees, Scully,
14   Mansukhani, 11 Front St, Harrisburg, Pennsylvania, on
15   Wednesday, October 25, 2023, commencing at 10:00 a.m.,
16   before Ranee I. Casier, Notary Public, Professional
17   Court Reporter, Certified Court Transcriptionist.
18   APPEARANCES:
19        BRUCE H. MacKNIGHT, JR., ESQ.
          SACCHETTA & BALDINO
20        308 East Second Street
          Media, PA 19063
21        Bruce@sbattorney.com
          -- For the Plaintiff
22                         * * *
23             VERITEXT LEGAL SOLUTIONS
                 MID-ATLANTIC REGION
24        5100 Tilghman Street, Suite 205
               Allentown, PA 18104
25               (610) 434-8588

Page 2

APPEARANCES (CONTINUED):

FRANK J. BRIER, ESQ.
MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Fbrier@mbklaw.com
-- For the Defendant, Dr. Blecher

PETER FABEN, ESQ.
BARLEY SNYDER
126 East King Street
Lancaster, PA 17602
Pfaben@barley.com
-- For Pinnacle Health, Pinnacle Health
Obstetrics and Gynecology Specialists, Pinnacle
Health Medical Services and UPMC Pinnacle

MICHAEL C. MONGIELLO, ESQ.
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
717-651-3704
Mcmongiello@mdwcg.com
-- For the Defendants, Beverly Hall Ndlovu

AARON JAYMAN, ESQ.
GORDON, REES, SCULLY, MANSUKHANI, LLP
111 North Front Street, Suite 100
Harrisburg, PA 17101
Ajayman@grsm.com
-- For UPMC Hospital

Page 3

INDEX TO WITNESSES

WITNESS                    PAGE

Joy Watkins

    By: Mr. Mongiello     4, 71
        Mr. Brier         59
        Mr. Jayman        61
        Mr. MacKnight     65

INDEX TO EXHIBITS

              PAGE MARKED
EXHIBIT    DESCRIPTION       ID  EVD
(There were no exhibits tendered.)

Page 4

1    (It is hereby stipulated and agreed by and
2    between counsel for the respective parties
3    that reading, signing, sealing, certification
4    and filing are waived and that all
5    objections, except as to the form of the
6    question, be reserved until the time of
7    trial.)
8  J O Y   W A T K I N S, having been duly sworn, testified
9  as follows:
10                EXAMINATION
11 BY MR. MONGIELLO:
12   Q.  Good morning.
13   A.  Good morning.
14   Q.  As I introduced myself, my name is Mike
15 Mongiello.  I'm one of the defense attorneys in the
16 lawsuit filed by Bethany Ditzler.  You've been
17 identified as a fact witness, and we are here today to
18 take your deposition.
19   A.  Okay.
20   Q.  So have you ever --
21       (Off the record)
22 BY MR. MONGIELLO:
23   Q.  Have you ever given a deposition before, ma'am?
24   A.  I have not.
25   Q.  Okay.  So a deposition is simply a

Page 5

1  question-and-answer session.  I have questions.
2  Hopefully, you have answers to my questions.
3  Understand?
4    A.  Yep.
5    Q.  The most important instruction that I'll give you
6  is that if you don't understand a question I'm asking,
7  tell me that.
8    A.  Okay.
9    Q.  Because we need to be on the same page,
10 literally.
11   A.  Okay.
12   Q.  If I ask a question and you answer it, I'll
13 assume that you're understanding it and giving me your
14 best possible answer; is that fair?
15   A.  Yes.
16   Q.  Okay.  If you don't remember something or don't
17 know something, please just tell us that.  Nobody here
18 wants you to guess or speculate.
19   A.  Okay.
20   Q.  Okay.  However, if you can reasonably estimate
21 something, that's an acceptable answer.  Just let us
22 know that, okay?
23   A.  Okay.
24   Q.  There's a court reporter here.  She's taking
25 down, transcribing everything that we're saying.  For

Page 6

1 that reason, we need to avoid talking over one another,
2 so opposite of what we do in normal conversation.  You
3 need to let me finish my question, you answer, and then
4 I'll follow with another question.  We need to be very
5 regimented, okay?
6   A.  Yep.
7   Q.  Also for the benefit of the court reporter, we
8 need to avoid head nods or ah-hah, uh-uh.  While I might
9 understand what you're saying, it makes for a sloppy
10 transcript, okay?
11   A.  Yes.
12   Q.  Do you understand that you're under oath to
13 testify truthfully even though we're in an informal
14 conference room setting, just the same as if you were
15 testifying in a court of law?
16   A.  Yes.
17   Q.  Okay.  If you need a break at some point -- I
18 don't think we're going to be terribly long, but if you
19 need a break for any reason, please just tell us that,
20 and we'll accommodate you.
21   A.  Okay.
22   Q.  Okay.  Do you have any medical condition or do
23 you take any medication that would inhibit your ability
24 to recall properly or testify truthfully and accurately?
25   A.  No.

Page 7

1   Q.  Okay.  Can you please state your full name for
2 the record?
3   A.  Sure.  Joy Ellen Watkins.
4   Q.  And what is your date of birth and current age,
5 ma'am?
6   A.  ███████████, and I am 50.
7   Q.  And what is the address of your current
8 residence?
9   A.  ███████████████████████.
10   Q.  Okay.  And with whom, if anyone, do you currently
11 reside?
12   A.  My husband.
13   Q.  Okay.  And what is your husband's name?
14   A.  Wayne Watkins.
15   Q.  And do you and Wayne have any children together?
16   A.  Not together, no.
17   Q.  Okay.  Do you have any children?
18   A.  Yes.
19   Q.  Okay.  How many?
20   A.  One.
21   Q.  And what is your child's name?
22   A.  Jasmine Dougherty, D-O-U-G-H-E-R-T-Y.
23   Q.  Okay.  And were there any type of complications
24 that were experienced with the birth of Jasmine?
25   A.  No.

Page 8

1   Q.  Okay.  It's my understanding that you are Bethany
2 Ditzler's maternal aunt; is that correct?
3   A.  Correct, yes.
4   Q.  Okay.  And you are the sister of Tammy Furjanic,
5 who is Bethany Ditzler's birth mother?
6   A.  Correct.
7   Q.  Okay.  How often do you see your sister Tammy at
8 this point in time?
9   A.  Not very often.  She lives out of state so --
10   Q.  When is the last time you saw Tammy?
11   A.  I saw her when she was up for her deposition -- -
12 whenever that was -- so within the past month.  I
13 honestly can't remember the date but --
14   Q.  Okay.  And how often would you say, on a yearly
15 basis, you see Tammy?
16   A.  Probably two or three times a year, usually over
17 holidays.
18   Q.  The same questions with regard to Bethany.
19     How often -- when is the last time you saw
20 Bethany?
21   A.  Probably over the summer was the last time I saw
22 Bethany.  I probably see Bethany a little more often
23 than Tammy.  She is able to come and visit a little more
24 often; definitely on holidays, but she also visits on
25 school breaks sometimes.

Page 9

1   Q.  Okay.  When is the last time you spoke to Tammy,
2 whether by telephone, text, email, whatever it might be?
3   A.  Whenever I saw her the last time so --
4   Q.  Okay.
5   A.  I can't think of when that was for the life of
6 me.  You guys know when you deposed her.
7   Q.  Okay.  That's fair.
8     When is the last time you spoke to Bethany?
9   A.  Bethany, I probably haven't talked to since
10 earlier in the summer.  I don't recall exactly when I
11 talked to her last, though.
12   Q.  Okay.  Do you keep in touch with Bethany through
13 text messaging?
14   A.  Sometimes we text, yeah.
15   Q.  Okay.  And would the same be true with regard to
16 Tammy?
17   A.  She's not so much of a texter, so no.
18   Q.  Okay.  Does Bethany ever text you photographs or
19 videos of things she's going in her life?
20   A.  No, no.  It's -- it's all words.  Photos and
21 stuff, I get from Instagram.
22   Q.  Okay.  So Bethany has an Instagram account on
23 which she posts photographs and videos of things she's
24 doing?
25   A.  Yes; not very often, but yes.  Yeah.

3 (Pages 6 - 9)

Page 10

1  Q. How about on Facebook? Does Bethany have a
2  Facebook on which she posts videos and photographs of
3  things she's doing in life?
4  A. She does have a Facebook page. I don't know how
5  much she posts there. I don't think younger -- the
6  younger generation uses Facebook as much.
7  Q. Are there any other social media platforms of
8  which you're aware that Bethany uses to post photographs
9  and videos of things that are happening and she's doing
10 in her life?
11 A. Not that I'm aware of, no.
12 Q. Sounds like Instagram would be the biggest one,
13 most used?
14 A. Probably -- she doesn't post a lot, to be honest
15 with you, but that's what I'm saying. Like if I'm
16 seeing pictures, I'm getting them from there, not via
17 text message, so yeah, that's fair to say.
18 Q. Did you review anything in preparation for your
19 deposition here today?
20 A. No, I did not.
21 Q. You didn't look at any medical records?
22 A. No. I wouldn't even know where to go to get
23 those, so no, I haven't looked at anything.
24 Q. Transcripts of any other depositions taken?
25 A. No.

Page 11

1  Q. Any types of summaries?
2  A. No.
3  Q. Did you speak with anyone in preparation for your
4  deposition here today?
5  A. I spoke to --
6      THE WITNESS: Bruce, was that you, I talked
7  to this morning?
8      MR. MacKNIGHT: Yeah. To tell you how to
9  get here.
10     THE WITNESS: Okay. Yes, yes. Yeah.
11 A. And just -- I mean we just --
12     MR. MacKNIGHT: Or not tell you how to get
13 there, because it's in a different place.
14 A. Yeah. I talked to Bruce this morning. It was
15 just brief, what you know -- what type of thing --
16     MR. MacKNIGHT: Yeah. We're not going to
17 talk about what we talked about either, because as you
18 know, I represent you for the purposes of this
19 deposition as well.
20     THE WITNESS: Okay. Yeah.
21 BY MR. MONGIELLO:
22 Q. Okay. Other than Bruce, did you speak with
23 anyone in preparation for your deposition?
24 A. No.
25 Q. And that would include specifically Bethany?

Page 12

1  A. No. I have not talked to Bethany in months so --
2  Q. And Tammy?
3  A. Tammy, I talked to her after her deposition, but
4  we didn't really talk about the deposition. It was
5  more, you know, she was there for four hours and a lot
6  of questions but not specifics.
7  Q. Okay. And you just said, "We didn't really talk
8  about her deposition." So that leads me to ask, did
9  you talk to her at all about what questions were asked,
10 what testimony she gave, issues that were considered any
11 substance?
12 A. No, no. It was just more along the lines of how
13 long it took and how stressful it was for her, how she
14 felt afterwards.
15 Q. Have you had any conversations -- well, strike
16 that.
17     It's my understanding that Jill Layman is your
18 mother?
19 A. Yes.
20 Q. And also Tammy's mother?
21 A. Yes.
22 Q. Okay. Did you have any conversations with Jill
23 Layman about -- in advance of coming here to this
24 deposition?
25 A. I just told her I was coming to the deposition.

Page 13

1  That was it, not -- I mean, I don't know what else I
2  would tell her.
3  Q. Okay. What is your highest level of education
4  achieved, Ms. Watkins?
5  A. Some college; not a degree, though.
6  Q. Okay. And what was -- what was your area of
7  study in college?
8  A. I had two: Elementary education and nursing.
9  Q. And where did you go to college?
10 A. HACC.
11 Q. Are you currently employed?
12 A. Yes.
13 Q. And where would that be?
14 A. Capital Blue Cross.
15 Q. And what do you do at Capital Blue Cross?
16 A. I'm a manager of our product administration team.
17 Q. And how long have you -- excuse me.
18     How long have you held that position with Capital
19 Blue Cross?
20 A. The position I'm in, or how long have I been with
21 the company all together?
22 Q. Well, let's start -- how long have you been with
23 Capital Blue Cross as an employee?
24 A. 23 years.
25 Q. Okay. And how long have you held the position of

4 (Pages 10 - 13)

1 manager of --
2  A. -- product administration.
3  Q. -- product administration?
4  A. Eight years.
5  Q. Do you have any -- well, strike that.
6     You have some nursing education and training in
7 your background?
8  A. Not really, no.  I did -- I did, like, the
9 courses that you need to get up there; the anatomy and
10 physiology and microbiology.  And I never got into
11 rotations or anything like that.
12  Q. Okay.  So prerequisites for nursing?
13  A. Yes, yes.
14  Q. Other than those prerequisite credits for
15 nursing, do you have any medical education, training, or
16 experience in your background?
17  A. No.
18  Q. Are you aware of anyone in your family --
19 excluding Bethany at this point -- that has any type of
20 nerve palsy condition?
21  A. What -- what classifies as a nerve palsy
22 condition?
23  Q. I guess I'm intentionally being broad, because I
24 don't know what might be out there in the universe so --
25  A. My mom has Parkinson's.  She was just diagnosed

1 with that within the past five to -- I'm -- honestly, I
2 don't know how long ago it was.  Five, maybe?  It hasn't
3 been ten, so five to eight years.  She'll be able to
4 tell you.
5  Q. Any other nerve palsy-type conditions or
6 neurological conditions in the family that you can think
7 of?
8  A. Nothing that I'm aware of.
9  Q. Okay.  I asked you about complications that you
10 experienced with your own pregnancy, and you said there
11 were none.
12     Were there any concerns with your pregnancy
13 prenatally?
14  A. No.
15  Q. Okay.
16  A. No.  I was young, so it was easy.
17  Q. And hopefully your child, Jasmine, doesn't suffer
18 from any medical conditions?
19  A. She does not.
20  Q. Okay.  Did you attend any prenatal visits with
21 your sister, Tammy Furjanic, when she was pregnant with
22 Bethany?
23  A. I don't remember if I did or not.  I think I may
24 have went to one prenatal class, but I don't want to
25 swear to that, so I don't remember.

1  Q. And you said prenatal class as distinct from a
2 prenatal physician or provider visit?
3  A. Correct.  It would you have been like a Lamaze
4 class.  Sorry.  It's been 22 years, so it's -- I'm going
5 to have a lot of I-don't-remembers.
6  Q. And that is completely fine, honestly.  Again,
7 nobody wants you to guess or speculate, so if you don't
8 remember, just tell us that.  It's perfectly acceptable.
9     Assuming you did attend a prenatal class with
10 your sister Tammy, do you remember where that would have
11 been?
12  A. Yes.  It would have been in the -- there's a wing
13 in the hospital, and I forget what it's called and I'm
14 sure it's not the same anymore because it's not Pinnacle
15 anymore, but it -- at Harrisburg Hospital.
16  Q. Let me ask you this.
17     Do you remember attending any prenatal
18 appointments or other events with Tammy outside of
19 Harrisburg Hospital physically, like at other buildings
20 or practices?
21  A. So let me just clarify that the -- the building
22 is outside of the hospital that I went to, but it's in
23 the same campus, I guess.  But other than that, no.
24  Q. Okay.  Do you know with whom Tammy treated
25 prenatally when she was pregnant with Bethany in terms

1 of obstetrical providers, whether that be midlevel
2 physician assistant, nurse midwife, or physician
3 providers?
4  A. I don't know the answer to that.
5  Q. There's been some testimony in this case about
6 Tammy treating at a woman's outpatient health center in
7 Harrisburg for her prenatal course; does that ring any
8 bells to you?
9  A. It does not.
10  Q. Okay.  Do you recall any discussions with Tammy
11 about anything that was going on in her prenatal
12 treatment when she was pregnant with Bethany?
13  A. I do not.
14  Q. Can you identify any of the providers with whom
15 Tammy treated prenatally when she was pregnant with
16 Bethany?
17  A. I can not.
18  Q. Do you know whether Tammy underwent any
19 ultrasounds prenatally before she came into the hospital
20 to deliver Bethany?
21  A. I don't know that off the top of my head.
22  Q. Did Tammy ever discuss with you whether she had
23 any ultrasounds prenatally and/or what the findings were
24 on those?
25  A. Not that I recall.

1   Q.  Okay.
2   A.  I'm sure she did, but I don't recall.
3   Q.  Do you recall there being any concerns prenatally
4   when Tammy was pregnant with Bethany?
5   A.  Not that I recall, no.
6   Q.  Do you have any information regarding estimation
7   of Bethany's size and weight in the prenatal period?
8   A.  In the prenatal period?
9   Q.  Right.
10  A.  No, I do not.
11  Q.  Okay.  In terms of qualifications, do you know
12  whether Tammy treated with physicians, midlevel
13  providers, residents or fellows -- which are students in
14  the medical field -- during the prenatal course?  Did
15  she ever discuss that with you?
16  A.  No, not that I recall.
17  Q.  Were you ever present for any discussions that
18  occurred between Tammy and any obstetrical provider in
19  the prenatal period?
20  A.  I was not.
21  Q.  Do you have any information as to whether Tammy
22  was offered a cesarean section as an alternative to
23  vaginal delivery when she was pregnant with Bethany?
24  A.  No, I do not.
25  Q.  Do you have any information in terms of the

1   details of Tammy's maternal weight gain when she was
2   pregnant with Bethany?
3   A.  What kind of details?  How much she gained or --
4   Q.  How much, was there a period where the weight
5   gain was accelerated, anything, really, that stands out
6   to you about her pregnancy weight gain with Bethany?
7   A.  No.  Other than -- I mean she -- I would say it
8   was probably similar to her weight gain with her first
9   child.  Other than that, I don't have any other
10  information.
11  Q.  Do you recall any discussions with Tammy about
12  her weight gain during pregnancy?  Did she have
13  concerns?  Did she relay any information that -- about
14  discussions she had with her obstetrical providers in
15  that regard?
16  A.  No, nothing like that.  Sorry.  Nothing at all.
17  Nothing like that.
18  Q.  I asked you whether you reviewed any records in
19  preparation for this deposition.
20      Have you ever seen any records regarding Tammy's
21  prenatal coarse with Bethany and/or her labor and
22  delivery that occurred at Harrisburg Hospital in August
23  of 2001?
24  A.  I have not.
25  Q.  Okay.  Tammy told us at her deposition that she

1   has a folder at home that has some of her and/or
2   Bethany's records in it.
3      Did Tammy ever show you that folder or the
4   records contained in it?
5   A.  She has not.
6   Q.  Were you even aware that, that existing before I
7   brought it up?
8   A.  I was not.  I mean, it doesn't surprise me, but I
9   was not aware of it.
10  Q.  After Bethany was born in August of 2001, do you
11  know whether Tammy undertook any efforts to obtain
12  records regarding prenatal care or labor and delivery
13  with Bethany?
14  A.  I don't know the answer to that.
15  Q.  The medical records indicate that Bethany's due
16  date was August 17 of 2001.  Tammy testified that she
17  disagrees with that date, and it's her understanding
18  that Bethany was due on August 13, 2001, and therefore
19  she was a few days late.
20      Do you have any information as to which of those
21  due dates is accurate?
22  A.  I do not.
23      MR. MacKNIGHT:  Could we just go off the
24  record for one second, please?
25      (Off the record)

1   BY MR. MONGIELLO:
2   Q.  Ms. Watkins, it's my understanding that you
3   presented with Tammy and her husband at the time, Lon,
4   to Harrisburg Hospital on August 16 of 2001 essentially
5   after Tammy's water broke?
6   A.  Yeah.  I didn't go with them; I met them there.
7   So they were there ahead of me and already in her labor
8   and delivery room.
9   Q.  Okay.  How is it that you became aware that Tammy
10  was -- was going to the hospital on that date?
11  A.  One of them called me; I don't remember if it was
12  Tammy or Lon.
13  Q.  Do you recall what information was relayed to you
14  by either one of them about --
15      MR. MacKNIGHT:  Peter, are you there?
16      MR. MONGIELLO:  Yes.
17      MR. MacKNIGHT:  It completely froze.  I
18  heard one of them.
19  BY MR. MONGIELLO:
20  Q.  Do you recall what information was relayed to you
21  by either Tammy or Lon when they contacted you on that
22  day?
23  A.  I don't recall specifically, just that she was in
24  labor and to meet them at the hospital.
25  Q.  Okay.  Do you recall what time it is that you

6 (Pages 18 - 21)

Page 22

1 arrived at the hospital on August 16 of 2001?
2   A. I don't recall specifically. It was evening. I
3 stopped and got dinner for Lon on the way there, so
4 dinnertime, somewhere around there.
5   Q. I believe the records reflect that Tammy arrived
6 at the hospital at or around 8:00 P.M. Does that
7 refresh your recollection?
8   A. It sounds right. I was thinking in my mind that
9 maybe it was later in the evening. And why we were
10 having dinner that late, I don't know, but yeah.
11   Q. And so when you arrived at Harrisburg Hospital,
12 Tammy and Lon were already up on the labor and delivery
13 floor in a room?
14   A. Yes.
15   Q. Okay. Do you remember what floor you went to or
16 what the room number was?
17   A. I do not.
18   Q. What do you remember upon first arriving in the
19 room with Tammy and Lon?
20   A. Not a whole lot. I think she was either in --
21 they have like a birthing tub. She was either in there
22 or just getting in there when I got there. She wasn't
23 in for very long, though.
24   Q. Did you remain at Harrisburg Hospital with Tammy
25 and Lon through the entire course of her labor and then

Page 23

1 culminating in the delivery of Bethany?
2   A. I did, yes.
3   Q. Okay. I assume at some point you left the room
4 to use the restroom or get something to eat, things like
5 that?
6   A. I'm assuming so, yes, but I don't remember
7 specifically.
8   Q. It's my understanding that Lon also would have
9 been present the entire time during the labor and
10 delivery?
11   A. Yes.
12   Q. Okay. Excluding any of the hospital providers or
13 obstetricians that were there, were there any other
14 family members or friends who were in the room at any
15 time during the labor and delivery?
16   A. No.
17     (Off the record)
18 BY MR. MONGIELLO:
19   Q. After you arrived at the hospital, you go up to
20 the room, Tammy's attempting to get --
21     (Off the record)
22 BY MR. MONGIELLO:
23   Q. Tammy's attempting to get into the birthing tub.
24 She wasn't in there long.
25     How long after you arrived there do you first

Page 24

1 remember an obstetrical provider examining Tammy?
2   A. I don't recall how long.
3   Q. Okay. Do you remember obstetrical providers
4 examining Tammy over the course of the night while she
5 was in the room laboring with Bethany?
6   A. I don't specifically recall that. I'm sure they
7 were there.
8   Q. Okay. I assume you recall nurses coming in and
9 out over the course of the night?
10   A. Again, not -- not anything specific, but, you
11 know, she's there having a baby. Of course they're
12 coming in and out, but it just wasn't anything that, you
13 know, stuck in my memory.
14   Q. Okay. Are you able to identify any obstetrical
15 provider -- whether physician or midlevel nurse midwife
16 -- who was involved with the labor and delivery of
17 Bethany at Harrisburg Hospital overnight from August 16
18 to 17 of 2001?
19   A. No, I am not.
20   Q. Okay. Are you able to identify any nurse that
21 was involved in Tammy's labor and delivery of Bethany on
22 those dates?
23   A. Nope. No, I am not.
24   Q. Do you recall what time it was that Bethany was
25 born?

Page 25

1   A. I do not. I know it was late, but I don't know
2 when.
3   Q. I'll represent to you that, pursuant to the
4 medical records we have, Bethany was born at 6:21 A.M.
5 Does that refresh your recollection as to when she was
6 born?
7   A. That's even later than I thought, but yes, I
8 remember because I went straight from the hospital to
9 work to pick up some things from work whenever I left
10 there, so that makes sense.
11   Q. Let me ask you broadly and generally.
12     What -- what do you remember, as we sit here
13 today, occurring during those overnight hours while
14 Tammy was laboring with Bethany?
15   A. Specific to the delivery, or just anything?
16   Q. Well --
17   A. That's a very vague question.
18   Q. Yeah. I understand that, and I agree. So let's
19 exclude the delivery part.
20     During the overnight hours while Tammy's laboring
21 with Bethany, what do you remember occurring over the
22 overnight, if anything?
23   A. Not -- not a whole lot. Yeah.
24   Q. Okay. She -- she tried the jacuzzi or the tub,
25 and that didn't last?

7 (Pages 22 - 25)

Page 26

1   A. Didn't last. It didn't help much.
2   Q. Do you remember Tammy's positioning during the
3   overnight hours? Was she in one position, different
4   positions? Can you tell us anything about that?
5   A. No. I mean I'm sure she was in different
6   positions. I can't tell you what position she was in,
7   when she was in them. Again, 22 years ago.
8   Q. I completely understand.
9   A. Yeah.
10  Q. Did you have any conversations with any
11  obstetrical providers when Tammy was laboring with
12  Bethany, you personally?
13  A. Not that I recall.
14  Q. Okay. Do you recall overhearing any
15  conversations between Tammy and the obstetrical
16  providers during the overnight hours while she was
17  laboring?
18  A. None that I recall, no.
19  Q. Do you recall there being a plan in place during
20  the overnight hours in terms of how Bethany was to be
21  delivered, whether it was by vaginal delivery, cesarean
22  section, or through some other assistive device?
23  A. I believe the plan was always to be vaginal. I
24  don't remember any conversations about cesarean. Not to
25  say they didn't occur. I just don't recall them if they

Page 27

1   did.
2   Q. Do you recall there being any discussion at all
3   about cesarean section during those overnight hours when
4   Tammy was laboring with Bethany?
5   A. I don't recall, no.
6   Q. Okay. And when you say that, you don't recall
7   one way or another as we sit here?
8   A. Correct.
9   Q. Okay. Do you recall being present for any type
10  of informed consent discussion that occurred between
11  Tammy and any of the providers at the hospital in August
12  of 2001?
13  A. I don't recall, no.
14  Q. Understanding that you can't identify any of the
15  obstetrical providers that were involved at the
16  hospital, can you physically describe any of them?
17  A. I can not.
18  Q. I represent Beverly Hall Ndlovu in this case.
19     Do you recognize that name?
20  A. I do not.
21  Q. Would it be fair to say, as we sit here today,
22  you have no idea who Beverly Hall Ndlovu is or what she
23  looks like?
24  A. That would be fair to say, yes. I'm sure it's
25  one of the doctors but...

Page 28

1   Q. Can you tell us whether the obstetrical providers
2   involved in Tammy's labor and delivery of Bethany were
3   male or female or both?
4   A. I can -- I can not.
5   Q. Do you have any information as to how many times
6   Tammy was examined by an obstetrical provider during the
7   overnight hours from August 16 to 17 of 2001?
8   A. I don't recall.
9   Q. Do you have any information as to how frequently
10  or consistently nursing staff was present in the room
11  over that night?
12  A. I don't recall that, either.
13  Q. The records indicate that an ultrasound was
14  performed at the hospital to confirm -- to confirm the
15  position of the baby, and do you remember that
16  occurring?
17  A. I don't remember that, either.
18     MR. MONGIELLO: Is everybody hearing okay at
19  this point? I just want to check in.
20     MR. MacKNIGHT: Yeah. You're low, but
21  that's okay. It's not freezing up anymore.
22     MR. MONGIELLO: Okay.
23  BY MR. MONGIELLO:
24  Q. Do you recall any discussions occurring at the
25  hospital about the anticipated size of Bethany at that

Page 29

1   point?
2   A. I don't recall any conversations about that.
3   Q. Do you recall at what time Tammy became fully
4   dilated?
5   A. I don't. I do not recall that.
6   Q. Do you -- understanding that Bethany was born at
7   6:21 A.M., per the records, can you tell us with a
8   reasonable estimation how many hours prior to her birth
9   Tammy was fully dilated?
10  A. I can't.
11  Q. And again, it's fine that you don't recall.
12  A. I know. I just feel like I'm not helping at all.
13  Q. Well, I'm just -- I need to inquire and test your
14  knowledge, so the fact that you don't recall is what it
15  is, okay?
16  A. Okay.
17  Q. Do you remember what time that night Tammy
18  started pushing?
19  A. I don't. I don't know.
20  Q. Do you remember how many hours or what period of
21  time Tammy pushed for --
22     MR. MacKNIGHT: You're dropping off.
23  BY MR. MONGIELLO:
24  Q. Do you remember for what period of time Tammy
25  pushed for before Bethany was born?

8 (Pages 26 - 29)

1   A. I don't, no.
2   Q. Do you remember having any concerns before Tammy
3 started pushing that the -- that the labor was
4 progressing slowly, quickly, anything?
5   A. No, I don't.  I don't recall having any concerns.
6   Q. Do you know what Pitocin is, ma'am?
7   A. Yes.
8   Q. Do you have any information as to whether Tammy
9 was administered Pitocin?
10   A. I do not know.
11   Q. Do you recall Tammy receiving an epidural at some
12 point?
13   A. I don't -- I don't recall.
14   Q. Do you recall Tammy being medicated in any way
15 for pain control when she was laboring with Bethany?
16   A. I don't recall.  I'm sure she was, but again, I
17 can't recall.
18   Q. At some point do you remember in your mind's eye
19 Tammy began pushing to deliver Bethany?
20   A. I remember the point where things started getting
21 sketchy, hairy.  There was definitely something wrong.
22 They couldn't get her out.  I don't remember
23 specifically when she started pushing or anything around
24 that.
25   Q. Okay.  So you just said you remember a point

1 where things started getting sketchy or hairy and they
2 couldn't get her out.
3   I assume you mean they couldn't get Bethany out?
4   A. Correct, yeah.
5   Q. Okay.  So just tell us in as much detail as you
6 can what you remember about that situation, and then I
7 can followup --
8   MR. MacKNIGHT: I lost that question.  You
9 just dropped out.
10 BY MR. MONGIELLO:
11   Q. Tell us in as much detail as you can what you
12 remember about that --
13   MR. MacKNIGHT: Yeah.  Again.  Just went out
14 again.  I can see your lips move, but I can't -- I can't
15 read them.  Sorry.
16   (Off the record)
17   MR. MONGIELLO: Is that better now, Bruce?
18   MR. MacKNIGHT: Yeah, much better.
19   MR. MONGIELLO: Do you care if you see the
20 witness?
21   MR. MacKNIGHT: No.  I don't care who I -- I
22 don't care who I see.  As long as I can hear everybody,
23 it doesn't matter.
24   MR. MONGIELLO: All right.  That's fair.
25 You're going to look at my ugly mug now for a while.

1 BY MR. MONGIELLO:
2   Q. Ms. Watkins, tell us in as much detail as you can
3 what you remember about that situation where things
4 started getting sketchy or hairy, as you described, and
5 they couldn't get Bethany out.  And then I'll follow up
6 with specific questions from that point.
7   A. Okay.  I remember it just seeming like -- you
8 know, I could see her head coming and I remember being
9 able to see hair, and then it just seemed like things
10 stopped.  I can't recall if her head was out at this
11 point or not.  I just remember she stopped coming out.
12 It seemed like maybe she'd come out a little bit but
13 then go right back, so then at that point --
14   MR. MacKNIGHT: I can't hear her.  She's
15 dropping off, too.
16   (Off the record)
17   A. Okay.  I will start over again.  So to answer the
18 question, I said I remembered the point where I could
19 start to see Bethany's head coming out.  I could see she
20 had hair, because I remember saying, oh, she's got --
21 she's got hair.
22   And then at some point I remember the delivery
23 just kind of stalled out, and I said, I can't remember
24 if her head was already out at that point or if it was
25 still in the birth canal.  I just remember it stalling

1 and maybe some concerned looks.  You know, they don't
2 really talk about what's going on so much just because
3 they don't want to alarm people in the room -- they
4 being the doctors, nurses -- so that's when I realized
5 things were -- were not going well or not going
6 according to plan.  I'm turning back to you.
7   MR. MONGIELLO: Okay.  So let's stop there,
8 because I do have some specific follow-ups.  And before
9 I ask, can everyone hear me?
10   MR. MacKNIGHT: Yes.
11   ATTORNEY: Yes.
12   MR. MONGIELLO: Thank you.
13 BY MR. MONGIELLO:
14   Q. Do you remember what time it was that this
15 situation you just described occurred?
16   A. I do not remember the time.
17   Q. Do you remember whether it was getting light out
18 at that point, from the window in the room?
19   A. I don't recall.
20   Q. Do you recall the physical appearance of any of
21 the obstetrical providers who were involved in
22 delivering Bethany when that scenario arose?
23   A. I do not recall.
24   Q. Do you recall the names, specifically, of any of
25 the obstetrical providers who delivered Bethany?

9 (Pages 30 - 33)

Page 34

1    A. I do not recall those.
2    Q. Did you overhear any discussion between the
3 obstetrical providers, the nurses, and/or Tammy about
4 what was happening and/or why?
5    A. I do not recall.
6    Q. Do you recall hearing the term shoulder dystocia
7 being used?
8    A. I do not.
9    Q. Have you ever heard the term shoulder dystocia
10 before I just said it?
11   A. No, I have not.
12   Q. Do you recall the term Erb's palsy or brachial
13 palsy being used when Bethany was being delivered that
14 morning?
15   A. No, I do not.
16   Q. Have you ever heard either or both of those terms
17 before I just stated them?
18   A. Yes, I have.
19   Q. Okay. How and when and where?
20   A. After Bethany was born, and not -- not that day
21 specifically but after she was born and had been to see
22 doctors, that was what she was diagnosed with.
23   Q. And what specifically is your understanding as to
24 what Bethany was ultimately diagnosed with?
25   A. Like specifically Erb's palsy or --

Page 35

1    Q. Yes.
2    A. Yes. That's -- I mean that's -- Erb's palsy is
3 what I was told.
4    Q. Okay.
5    A. And the other term you used, brachial -- I don't
6 remember what the rest of it was but --
7    Q. Do you know when and by whom Bethany was
8 diagnosed with Erb's palsy?
9    A. I do not know.
10   Q. Do you have any understanding or information from
11 any source as to what caused Bethany's Erb's palsy?
12   A. Well, I was there for the birth, so I saw them
13 pulling on her, and I saw how she looked right after she
14 was born, so my assumption is it was caused by the
15 delivery. But I'm not a doctor, so I don't know that
16 specifically.
17   Q. And -- and that was my next question.
18      Has any healthcare provider told you or told
19 Tammy, which was then relayed to you, what the medical
20 cause of the Erb's palsy was?
21   A. No medical provider has relayed that to me ever.
22 I can't speak for Tammy. I read up on it after the fact
23 just to see what exactly it was.
24   Q. And when you read up on Erb's palsy, what did you
25 learn?

Page 36

1    A. Something to do with tearing the muscles or the
2 tendons or something in the neck during birth. I
3 can't -- I'm not an encyclopedia. I can't repeat
4 exactly what I read. It's been a long time since I
5 looked it up.
6    Q. You said they were pulling on her.
7       Describe in as much detail as you can consistent
8 with your recollection what you saw in that regard?
9    A. Okay. This is probably one of two things that
10 stick in my head from that day, so I don't know if it
11 was a male doctor, a female doctor, a nurse. I couldn't
12 tell you who was doing it. I can tell you that they
13 were pulling on her head. They put their foot on the
14 table almost to brace themselves and pulled at the same
15 time. I remember that so specifically, because it was
16 kind of traumatizing to watch. That's the only reason I
17 can think that sticks in my head.
18   Q. And where were you located during the delivery of
19 Bethany?
20   A. Specifically, then I was at the bottom of the bed
21 behind the doctors, maybe off to the side a little, like
22 behind and off to the side a little bit.
23   Q. Did you always have a clear field of sight to --
24 to what was happening during the delivery of Bethany?
25   A. I would like to say yes, but I'm sure at some

Page 37

1 point I was probably up by Tammy's head. I don't -- I
2 don't recall that I was down at the bottom of the bed
3 the entire time. I probably moved down there to get out
4 of the way of what was going on.
5    Q. Where was Lon during the delivery?
6    A. I don't recall. I think he was next to Tammy up
7 by her head, but I don't recall.
8    Q. And again so I'm clear, you can not identify by
9 name, physical description, or even male/female who the
10 provider was who you saw pulling on Bethany's head as
11 she was being delivered?
12   A. I can not.
13   Q. Was this provider pulling with two hands like one
14 on each side of the head?
15   A. Yes.
16   Q. Do you remember that provider or any provider
17 during the delivery applying downward pressure to
18 Tammy's pelvic area?
19   A. I don't recall.
20   Q. Do you remember any of the providers or nurses
21 advising Tammy at some point to stop pushing?
22   A. I don't.
23      MR. MacKNIGHT: Sit forward.
24      (Off the record)
25 BY MR. MONGIELLO:

10 (Pages 34 - 37)

Page 38

1   Q. Do you remember any of the providers or nurses
2 involved advising Tammy at some point to stop pushing?
3   A. I don't recall.
4   Q. Was it one single provider or multiple providers
5 who were, as you recall, pulling on Bethany's head as
6 she was being delivered?
7   A. Are you asking me if they switched off, or were
8 there two people pulling on her at the same time?
9   Q. Well, both of those questions are good.
10      So do you remember providers switching off in
11 terms of pulling on Bethany's head?
12   A. I don't recall that, but I will say I don't --
13 also don't recall two people pulling on her at the same
14 time. I think it was just one person, but I don't
15 recall either way, one way or another.
16   Q. Do you recall how many times that occurred with
17 the provider pulling on the head?
18   A. I don't. I don't recall.
19   Q. Was it multiple attempts, just one attempt, or
20 can't you say?
21   A. I can't say.
22   Q. Do you recall for how long this provider pulled
23 on Bethany's head?
24   A. I don't recall.
25   Q. Can you reasonably estimate like a few seconds, a

Page 39

1 few minutes?
2   A. I can not.
3   Q. Was that maneuver successful in terms of getting
4 Bethany out of the birth canal to be born?
5   A. I don't -- I don't recall -- I don't recall if
6 she came out right after that or not.
7   Q. Do you recall another obstetrical provider coming
8 in after Bethany's head was out and performing an
9 incision using scissors to assist in getting Bethany
10 out?
11   A. I don't recall.
12   Q. Do you recall any of the obstetrical providers or
13 nurses who were involved in the delivery calling for or
14 seeking help from other providers in the hospital in
15 terms of getting Bethany out?
16   A. I don't recall that either.
17      (Off the record)
18 BY MR. MONGIELLO:
19   Q. Do you recall how much time passed from when
20 Bethany's head came out until she was fully delivered?
21   A. I do not recall.
22   Q. Can you reasonably estimate that time period in
23 terms of minutes, hours?
24   A. I can not.
25   Q. You mentioned -- and I don't want to put words in

Page 40

1 your mouth -- but having some concerns about how Bethany
2 looked when she was born?
3   A. Yes.
4   Q. Tell us about that?
5   A. So she finally came out. They had her in the
6 bassinet doing her -- I think the Apgar where they go
7 through everything after they're born, and I just kind
8 of walked over to look at her and her arm wasn't moving.
9 Don't ask me which arm, because I don't know. I just
10 know it just was kind of laying there. You know how
11 when babies are born their hands are moving, their legs
12 are moving, they're crying, they're screaming?
13 Everything on her was moving except for the one arm. It
14 was just kind of laying lifeless beside her.
15      And I just kind of leaned over to one of the
16 nurses and just was like, why isn't her arm moving?
17 What's going on there? And they just kind of brushed me
18 off and just said, you know, we're looking at it. We're
19 assessing it. And I was trying to keep it low to not
20 alarm Tammy, because, you know, she had just given birth
21 and I didn't want to alarm her. So that's the best of
22 my recollection, was just kind of a lifeless arm.
23   Q. Do you recall Bethany's color when she was first
24 born?
25   A. I don't.

Page 41

1   Q. Do you recall whether the providers had to
2 suction Bethany's mouth when she was born?
3   A. I don't recall.
4   Q. Do you recall her immediately crying or breathing
5 when she came out?
6   A. I don't recall. I would say she was breathing,
7 because I feel like I would have been alarmed by that if
8 she wasn't, but I don't recall specifically.
9   Q. Can you recall when it was you first heard her
10 cry?
11   A. I don't recall.
12   Q. Do you know whether there was any efforts to
13 resuscitate Bethany in terms of applying oxygen or kind
14 of coaxing her to get breathing and --
15   A. I don't recall.
16   Q. -- moving?
17   A. I don't recall her not breathing so --
18   Q. Do you recall overhearing what the Apgar scores
19 were?
20   A. I don't recall that.
21   Q. Do you recall there being any concern about the
22 Apgar scores?
23   A. I don't recall that, either.
24   Q. When Bethany was in the bassinet, other than her
25 one arm not moving, did she appear well to you?

11 (Pages 38 - 41)

Page 42

1  Understanding you're not a healthcare provider, but did
2  she appear well to you otherwise at that point?
3      A. Otherwise, yes.
4      Q. Okay. Did you have any conversations with any of
5  the obstetrical providers after Bethany was delivered in
6  terms of how the delivery went, what happened, what you
7  witnessed in terms of them pulling on Bethany?
8      A. Not that I recall, no.
9      Q. How long did you remain at the hospital that
10  morning after Bethany was born?
11      A. I don't recall specifically. I'm going to say an
12  hour or two, maybe. Like I said, I went to work
13  afterwards to pick some things up, and it was still
14  morning when I went to work.
15      Q. It's my understanding that Tammy and Bethany were
16  kept in -- kept in the hospital a few days, at least,
17  after Bethany was born.
18          Did you visit them again in the hospital?
19      A. I did, yes.
20      Q. -- before they were discharged? Okay.
21      A. Yes.
22      Q. One time or multiple times?
23      A. I'm not sure if I was there more than once. I
24  know I took my daughter up to visit, but I can't
25  remember if I went up another time.

Page 43

1      Q. What do you remember about the visit after
2  Bethany was born in the hospital?
3      A. Not much. I -- nothing specific, either. I just
4  remember going up to visit. I ran into a friend from
5  middle school. I -- yeah.
6      Q. Did you have any conversations with any
7  healthcare providers that you recall during that
8  postdelivery visit?
9      A. No, not that I recall.
10      Q. Was there any discussion with any of the
11  healthcare providers or with Tammy about Bethany's arm?
12      A. Not that I recall.
13      Q. Do you remember asking any questions about
14  Bethany's arm, understanding that you had seen it not
15  moving in the bassinet when she was born?
16      A. When she was born?
17      Q. At this postdelivery visit at the hospital?
18      A. Okay. So after I left and came back. I don't --
19  I don't recall any questions.
20      Q. Do you remember seeing Bethany again --
21      A. Yes.
22      Q. -- at that point?
23      A. Yes.
24      Q. Do you remember -- what, if anything, do you
25  remember about the arm at that point? It hadn't been

Page 44

1  moving in the bassinet. What do you remember seeing
2  when you visited them in the hospital afterwards?
3      A. I don't remember anything specifically. I'm
4  pretty sure she was swaddled in a blanket, so her arm
5  would have been covered up at that point.
6          (Recess)
7  BY MR. MONGIELLO:
8      Q. Mrs. Watkins, you described that the delivery had
9  stalled out at some point.
10          Can you put any kind of timeframe on the period
11  of time that it was stalled out for?
12      A. I can not. I just know she was pushing and she
13  wasn't -- Bethany -- Tammy was pushing, and Bethany
14  wasn't coming out. Like she wasn't -- she wasn't
15  progressing any further. How long that was, I don't
16  know.
17      Q. And again, you don't recall how it was that
18  Bethany was ultimately born? In other words, whether it
19  was due to, as you described, pulling on her head or
20  some other type of maneuver?
21      A. Correct.
22      Q. Okay. Do you recall Tammy's position being
23  changed during the delivery?
24      A. I don't recall.
25      Q. Do you recall anything about what position or

Page 45

1  positions she was in during the delivery?
2      A. I know she was on her back at one point. I don't
3  know if that was the entire time, but she was on her
4  back. That's all I recall.
5      Q. Do you recall Tammy being rolled side to side?
6      A. I don't recall.
7      Q. Do you -- do you recall holding her leg -- one of
8  her legs at any point in that delivery?
9      A. I think so, but I can't say so with certainty.
10      Q. So you wouldn't be able to say which leg or how
11  you were holding it?
12      A. No. I could be confusing it with my own delivery
13  where people were holding my legs. That's why I don't
14  want to commit to it, because I -- I don't remember with
15  certainty.
16      Q. Okay. Thank you for that.
17          Do you recall there being a point there in the
18  delivery where Tammy's legs were pressed up farther?
19      A. I don't recall.
20      Q. Can you --
21          MR. MacKNIGHT: Mike, you're breaking up.
22  Mike, I can barely hear you.
23          MR. MONGIELLO: I'll start from the
24  beginning. Sorry.
25  BY MR. MONGIELLO:

12 (Pages 42 - 45)

Page 46

1   Q. Do you recall -- strike that.
2       Were other providers or Lon involved in holding
3   Tammy's legs?
4   A. I don't recall that, either.
5   Q. Do you recall becoming aware of any indication of
6   fetal distress during the labor and delivery before this
7   point where you described her head came out but her body
8   wasn't delivering?
9   A. I don't recall that, either.
10   Q. Tammy testified that there was a mirror present
11   early in the laboring but that during the delivery that
12   was removed, and so she couldn't see down there. Do you
13   remember that occurring?
14   A. I don't remember that.
15   Q. Either way?
16   A. Either way.
17   Q. Do you remember there being lighting on Tammy
18   when Bethany was being delivered?
19   A. I don't remember that, either.
20   Q. Do you remember there being a sterile drape in
21   place between the delivery field and Tammy's head?
22   A. I don't recall that.
23   Q. Either way?
24   A. I don't recall that either way.
25   Q. Do you recall anything about the medical garb

Page 47

1   that the delivering providers were wearing?  Did they
2   have face shields on, masks, goggles, gowns, any of
3   that?
4   A. I don't remember any of that either way.
5   Q. Were the delivering providers sitting or standing
6   during the actual delivery of Bethany?
7   A. I don't recall.  I mean, obviously, when they
8   were pulling on her they were standing, but I don't
9   recall if anybody was sitting at any point.
10   Q. Okay.  And this pulling, I think you said that
11   there was a foot placed on the bed?
12   A. Yes.
13   Q. One foot?
14   A. Yes.  I don't know if it was the left or the
15   right.
16   Q. Do you recall the bed moving at all when that
17   happened?
18   A. I don't recall.
19   Q. Do you recall the delivering providers moving
20   Bethany's head up and down or left and right?
21   A. I don't recall.
22   Q. Either way?
23   A. Either way.
24   Q. The pulling that you described with regard to
25   Bethany's head, was that constant or intermittent?

Page 48

1   A. I don't -- I -- I can't say.
2   Q. Do you recall any of the delivering providers
3   cradling Bethany's head with their hands?
4   A. I don't recall one way or another.
5   Q. With regard to the position of Bethany's head at
6   birth, she was face up?
7   A. I don't recall that.
8   Q. Okay.  Do you recall whether any of the
9   delivering providers used any assistive devices such as
10   forceps -- which look like large tongs -- or a vacuum?
11   A. Yeah.  I don't recall them being used, but I
12   can't say that for certain.
13   Q. Do you recall there being any pillows or other
14   type of supporting devices used with Tammy during the
15   delivery of Bethany?
16   A. I don't recall.
17   Q. Either way?
18   A. Either way.
19   Q. Do you recall there being any discussion about
20   the use of scissors to assist in the delivery of
21   Bethany?
22   A. I don't recall either way.
23       (Off the record)
24   BY MR. MONGIELLO:
25   Q. Did you hear any type of snap or pop sound

Page 49

1   when -- during the delivery of Bethany?
2   A. No, not that I recall.
3   Q. Do you recall Bethany's birth weight or length?
4   A. I don't recall.  I knew them at one point in
5   time, but I'm too old now.
6   Q. Do you recall there being any discussion with
7   Tammy or any of the providers at the hospital about the
8   relative weight and size of Bethany?
9   A. I don't recall.
10   Q. I'm sorry if I asked you this, but do you
11   remember oxygen being applied to Bethany when she was
12   born?
13   A. You did ask, and I don't recall there being
14   oxygen applied.
15   Q. You testified Bethany was not moving one of her
16   upper extremities when -- after she was born.
17       To your observation, was she moving her hand and
18   fingers on that arm?
19   A. I don't recall if she was or not.
20   Q. Okay.  Do you know whether Bethany was taken to
21   the NICU after she was born?
22   A. I don't recall.  I don't believe so, but I don't
23   recall.
24   Q. The records indicate that there were neonatology
25   and orthopedic surgery consultations performed on

13 (Pages 46 - 49)

1 Bethany after she was born.
2     Do you have any information whatsoever about
3 either of those consultations?
4     A. I do not have any information.
5     Q. Do you have any information about Bethany being
6 mildly jaundiced after she was born?
7     A. I don't recall.
8     Q. Have you ever seen any of the medical records
9 from Harrisburg Hospital regarding Bethany's labor and
10 delivery?
11    A. I have not.
12    Q. Do you know whether Tammy or Lon have ever
13 obtained or seen those records?
14    A. I do not know if they have.
15    Q. Were you involved at all with Bethany's care and
16 treatment regarding her Erb's palsy over the years after
17 she was discharged from the hospital?
18    A. I was not.
19    Q. Do you know the identity of any of the physicians
20 she has treated with in that regard?
21    A. I do not.
22    Q. What do you remember about Bethany's arm after
23 she was home?  So she's discharged from the hospital.
24 You had observed one of her limbs not moving in the
25 bassinet.  What do you remember after she got home?  Do

1 you remember her moving the arm, it getting better,
2 improving, getting worse, what do you remember?
3     A. I don't remember a whole lot over the years.  I
4 know that her -- I know that she has movement.  I don't
5 know when -- you know, if that was immediately after she
6 came home.  I know that one of her shoulders seems to be
7 dropped lower than the other.  That's about all I can
8 tell you.
9     Q. And what shoulder is dropped lower than the
10 other, can you tell us?
11    A. I can't.
12    Q. Okay.  If someone was unaware that Bethany has an
13 Erb's palsy, looking at her, would you be able to tell
14 that there's some difference between her right and left
15 limbs?
16    A. I believe so, yes.  Like I said, one of her
17 shoulders definitely appears to be dropped lower than
18 the other.  I don't know that anyone would necessarily
19 look at that and say you know, oh, she's not even there.
20 But I mean if you -- if you're looking at her, a very
21 observant person would pick it up.  I don't know that
22 you know everybody out there would pick that up.
23    Q. Okay.  Do you have any information in terms of
24 what and how frequently physical therapy, occupational
25 therapy were performed on Bethany in the first five

1 years after she was born?
2     A. I don't know.
3     Q. It's my understanding that, generally speaking,
4 Bethany's able to readily engage in activities of daily
5 living; would you agree with that?
6     A. Yes.
7     Q. Okay.  It's my understanding that she played the
8 bass drum in the marching band?
9     A. Yes.
10    Q. Did you ever observe her doing that?
11    A. I did not.  I'm a bad aunt.  She lived three
12 hours -- three and a half hours away.  I didn't get
13 there for any of those events.
14    Q. Do you have any information in terms of whether
15 she was successful in that role with the bass drum?
16    A. I mean I would assume so, because she was in the
17 band.  They wouldn't have put her in the band if she
18 couldn't play it.
19    Q. How long was she in the band for?
20    A. A few years.  I don't know for sure.
21    Q. Okay.  And this was always -- strike that.
22        Bethany played the bass drum in the marching band
23 where she would hold the bass drum over her shoulders
24 and hit the drum with her hands; is that your
25 understanding?

1     A. I don't know.  I don't -- I don't know off the
2 top of my head if that's correct.
3         MR. MacKNIGHT:  Objection to the form.
4 BY MR. MONGIELLO:
5     Q. It was your general understanding, though, that
6 Bethany played some type of drum in the marching band?
7     A. Yes.
8         MR. MacKNIGHT:  You just fell out again.
9 Didn't hear what you said, but just keep going.
10 BY MR. MONGIELLO:
11    Q. Bethany treated with a Dr. Scott Kozin at
12 Children's Hospital of -- excuse me -- Shriners
13 Children's Hospital in Philadelphia.
14        Did you ever attend any of those appointments
15 with Dr. Kozin?
16    A. I did not.
17    Q. Were you aware of that treatment at all?
18    A. I know that she went to the Shriners Hospital,
19 but I -- that's about the extent of my knowledge.
20    Q. We have some information that Bethany has, I
21 guess, been swimming over the years?
22    A. Okay.
23    Q. That's something she enjoys doing?
24    A. Like swim team swimming or --
25    Q. I guess --

Page 54

1    A. -- competitive, I guess competitive swimming, is
2  that --
3    Q. That was my question.
4      What do you know about Bethany's swimming over
5  the years, if anything?
6    A. Nothing. I know nothing. If she was -- I mean
7  she's been in my house and been in my pool, but I don't
8  know, like, if she ever swam competitively.
9    Q. When she was at your house in the pool, was she
10 able to swim around, jump in the water, you know, the
11 things kids normally do?
12   A. Well, this was -- this is more recent, because my
13 pool had been put in -- was put in, in 2016, so she was
14 older and she could touch the bottom everywhere in my
15 pool, because it's only 5 feet deep at the deepest spot,
16 so there's not a whole lot of actual arm-over-arm
17 swimming going on in my pool.
18   Q. Have you ever seen Bethany engage in arm-over-arm
19 stroke-type swimming?
20   A. I'm thinking. Not that I remember, no.
21   Q. It's my understanding Bethany was also a goalie
22 on a soccer team?
23   A. Yes. She was much younger then. Yes.
24   Q. And was -- was Bethany on a competitive soccer
25 team in that role, if you know?

Page 55

1    A. I don't know. I think it was a rec team, but I
2  don't recall for sure.
3    Q. Do you have any information about any physical
4  altercations between Bethany and her mother?
5    A. I do not -- I don't know of any one way or
6  another.
7    Q. It's my understanding Bethany participated in
8  track and field?
9      MR. MacKNIGHT: I didn't hear the question.
10 BY MR. MONGIELLO:
11   Q. It's my understanding Bethany participated in
12 track and field?
13   A. And I don't know if she did. That's -- that's
14 one I have not heard of.
15   Q. Do you know whether Bethany participated
16 specifically in shot put?
17   A. That, I don't know.
18   Q. Okay. It's my understanding that Bethany is
19 currently experiencing a condition known as
20 hypersomnolence where she's overly tired and falling
21 asleep frequently. Do you have any information about
22 that condition?
23   A. I -- I have heard this. I can't remember if
24 Bethany told me this herself or my sister did, but I
25 don't have any additional information, but I was told

Page 56

1  that this is the case.
2    Q. And have you heard that, that condition in
3  particular is impacting her ability to engage in
4  activities of daily living, go to school --
5      MR. MacKNIGHT: You said impacting her
6  ability, and then you just faded out.
7  BY MR. MONGIELLO:
8    Q. -- to engage in her activities of daily living or
9  attend and participate in schooling?
10   A. Yeah. I can't answer that. I don't know.
11   Q. Do you know whether Bethany continues to undergo
12 any type of care and treatment for her arm that has
13 Erb's palsy?
14   A. I don't know if she's still seeing anyone.
15   Q. Do you know whether she participates in any
16 occupational, physical, or home therapy exercises?
17   A. I don't know.
18   Q. We also have some records that Bethany has a
19 condition known as Ehlers-Danlos syndrome, which
20 involves joint hypermobility. Do you have any
21 information about that?
22   A. I do not. I did not know that, and I've never
23 heard that term before.
24   Q. You're getting good at this.
25   A. I am getting good at this.

Page 57

1    Q. As we sit here today, can you identify any
2  particular limitation or restriction that Bethany
3  experiences specifically related to the Erb's palsy in
4  her one arm?
5    A. Nothing I can think of off the top of my head.
6    Q. Tammy testified that she has a baby book which
7  she created regarding Bethany, and it has -- you know,
8  it's a published book and she's written comments in it
9  and posted pictures.
10     Have you ever seen that book?
11   A. No, I have not.
12   Q. Were you aware --
13   A. Let me say, I have -- not that I'm aware of.
14 I'm -- when you say it's a published book, like she sent
15 it somewhere and someone published it or --
16   Q. No. That was a horrible description, so strike
17 that.
18   A. Okay.
19   Q. She purchased a preprinted book in which she
20 could put comments and pictures and things like that.
21   A. Okay, okay.
22   Q. And she filled it with information regarding
23 Bethany.
24   A. Okay.
25   Q. Have you ever seen that or are you aware

15 (Pages 54 - 57)

Page 58

1 something like that exists?
2   A.  Not that I recall -- I don't recall seeing it.  I
3 mean, I'm aware that baby books exist.  I think
4 everybody had them, at least in our generation.  I don't
5 know if they're used anymore.
6   Q.  Are you aware that Bethany has participated in
7 gymnastics?
8   A.  Not that I recall, no.
9   Q.  Have you ever had any discussion with Tammy or
10 Lon about their consideration of filing a lawsuit
11 regarding Bethany's arm?
12   A.  I have not.
13   Q.  Okay.  Have you ever discussed Bethany's filing
14 of a lawsuit regarding her arm with her -- with Bethany?
15   A.  I have not.
16   Q.  Are you aware of any healthcare provider being
17 critical of the obstetrical care provided to Tammy
18 during the delivery of Bethany?
19   A.  Not that I'm aware of.
20   Q.  Are you aware of any photographs or videos that
21 would relate to everything we've talked about here
22 today, whether it was in the labor and delivery room --
23 I know that's weird, but people do that -- of Bethany
24 playing the bass drum in the marching band, anything
25 like that?

Page 59

1   A.  Nothing that I have personally.  I'm sure there's
2 video out there somewhere of her with the band, but no,
3 I don't have anything.  I don't have any pictures from
4 her labor and delivery room.  Cell phones weren't a big
5 thing then, so nothing that I have.
6   Q.  Has Tammy ever told you that she has videos in
7 her possession with regard to Bethany playing the bass
8 drum in the marching band?
9   A.  She has not, no.
10   Q.  Is she a photo/video person?
11   A.  No.  I am.  She is not.
12      MR. MONGIELLO:  At this point, Ms. Watkins,
13 I'll see whether anyone on the computer has questions
14 for you.  I'm going to look over my notes, but I'm
15 essentially done at this point, so thank you very much.
16      THE WITNESS:  Yep.
17      MR. MONGIELLO:  Frank?  Peter?  Bruce?
18      MR. MacKNIGHT:  Peter or Frank, do you want
19 to go first, and then I'll follow up if you have any.
20          EXAMINATION
21 BY MR. BRIER:
22   Q.  My name is Frank Brier, and I represent Lee
23 Blecher.  Do you know who that individual is?
24   A.  I do not.
25   Q.  You don't recognize that name?

Page 60

1   A.  I do not.
2   Q.  All right.  Well, I think you just answered my
3 next couple of questions.
4      You don't have -- you never had any conversations
5 with Lee Blecher?
6   A.  Not that I recall.  I'm sure it's probably one of
7 the physicians, and I'm sure I spoke some words to them
8 in the hospital, but I don't -- I don't recall the name.
9   Q.  All right.  Fair enough.
10      MR. BRIER:  Most of the questions that I
11 intended to ask have already been covered by Mr.
12 Mongiello, and you just answered my question regarding
13 Lee Blecher, so I don't have any further questions.
14 Thanks.  Appreciate your time this morning.
15      THE WITNESS:  Thank you.
16      MR. FABEN:  I don't have any questions for
17 you, ma'am.  Thanks for your time.
18      THE WITNESS:  Thank you.
19      MR. MacKNIGHT:  Joy, I do have some
20 questions --
21      MR. MONGIELLO:  Yeah.  Aaron -- Aaron has
22 some questions.  He's going to come over here so we
23 don't have audio issues.
24      MR. JAYMAN:  I'm going stand so hopefully we
25 can all hear and work this out a little bit easier.

Page 61

1          EXAMINATION
2 BY MR. JAYMAN:
3   Q.  Ms. Watkins, my name's Aaron Jayman, and I
4 represent UPMC Pinnacle Hospitals.  There's two areas of
5 inquiry that I want to revisit with you that Mr.
6 Mongiello covered, just to get a little bit more detail
7 from you.  The first, I want to take you back to what
8 you described as the traumatizing event that you
9 observed during the delivery.
10      You described it as traumatizing to watch,
11 correct?
12   A.  Yes, that's correct.  That's fair.
13   Q.  And that was when the provider -- whom you don't
14 know if it was a man, woman, doctor, nurse -- was
15 bracing their foot on the bed and pulling on the head.
16   A.  Yes.
17   Q.  And what part of the bed was that provider using
18 to brace his or her foot on?
19   A.  It was, I guess, more or less the foot of the
20 bed.  I can't specifically say if there was a -- well,
21 she was giving birth, so that part would have been
22 dropped down, but somewhere in the foot of the bed.
23   Q.  Was it on the mattress or lower than the
24 mattress, do you know?
25   A.  I don't know.

16 (Pages 58 - 61)

1  Q. How high off the floor, approximately, did you
2  observe his or her foot being braced on the bed during
3  that period of time?
4  A. I'm going to have to guess here; two to three
5  feet. Do you want me -- do you not want me to guess?
6  Q. I don't want -- I don't want you to give a wild
7  guess, but if you can estimate if it was two or three
8  feet, that's fine.
9  A. I would say two to three feet, because --
10 probably two feet. I think they drop the bed when you
11 give birth lower to the floor, so, you know, whatever
12 the height of the bed was, that's where the foot was.
13 Q. And again, you don't know long -- how long it
14 lasted that the foot was in that position?
15 A. I do not know.
16 Q. And when you saw the foot in that position or it
17 being braced against the bed, was it in that position
18 the entire time or was it in different positions on the
19 bed?
20 A. I don't know. I don't recall.
21 Q. And we already established you don't remember
22 which foot was being used?
23 A. Correct.
24 Q. And you didn't -- I assume, as you sit here
25 today, you don't recall the footwear that was being

1  worn?
2  A. I do not, no.
3  Q. Did you observe any damage or -- or anything to
4  the bed as a result of this?
5  A. No, not that I recall.
6  Q. Did you ever say anything while that event was
7  going on, in terms of why is the provider doing that or
8  why is the provider in that position?
9  A. I don't recall if I did or not.
10 Q. Do you recall anyone saying anything to the
11 provider while he or she was placing their foot on the
12 bed and pulling on the head?
13 A. I don't recall.
14 Q. Did you mention to any staff at the hospital
15 after the delivery about what you observed and how it
16 traumatized you?
17 A. I did not, that I recall.
18 Q. The next issue I wanted to cover with you was;
19 Mr. Mongiello asked you about if you had any knowledge
20 of when Ms. Furjanic first requested medical records,
21 one, from the prenatal at the practice, and two, at the
22 hospital.
23 And I think you didn't have any knowledge of when
24 and how she went about requesting records; is that fair?
25 A. That's fair, yes.

1  Q. Did Ms. Furjanic ever tell you that she received
2  an incomplete copy of medical records from either the
3  prenatal practice or the hospital?
4  A. Not that I recall.
5  Q. And again, I'm sure -- I'm sure I know the answer
6  to this: She's never told you how many pages of records
7  she received in response to any requests for medical
8  records?
9  A. No, she has not.
10 Q. Did she ever discuss with you how many times she
11 may have requested records from the hospital regarding
12 the labor and delivery?
13 A. Not that I recall, no.
14 Q. Do you -- as you sit here today, are you aware of
15 any specific efforts that Mrs. Furjanic made -- Ms.
16 Furjanic made regard a request for medical records?
17 A. No, not that I recall or not that I know of.
18 Q. Well, do you recall Ms. Furjanic ever indicating
19 to you that when she obtained records from the hospital
20 she did not look through them and placed them in the
21 file?
22 A. I do not recall -- I definitely -- we didn't even
23 have that conversation. I'm not going to say I didn't
24 recall. She never did.
25 Q. Never did?

1  A. No.
2  MR. JAYMAN: That's all the questions I have
3  thank you.
4  THE WITNESS: Thank you. All right, Bruce,
5  you're up.
6  MR. MacKNIGHT: All right, Joy. Just a
7  couple questions for you.
8  EXAMINATION
9  BY MR. MacKNIGHT:
10 Q. So you were -- can you estimate how long you were
11 with Tammy and Lon in the room before this pulling that
12 you described took place?
13 A. I -- no, I can't.
14 Q. Okay. The person that did the pulling, do you
15 recall whether or not -- or how long they were in the
16 room before they actually tried that maneuver?
17 A. I don't recall.
18 Q. Okay. The people that were in the room, to your
19 recollection, were they all people that were working at
20 the hospital?
21 A. Besides Lon and Tammy and I, then yes, I would
22 say they were hospital employees.
23 Q. Okay. I just want to make sure I understand that
24 the -- it wasn't somebody that walked in off the street
25 and decided they were going to come in and pull on the

17 (Pages 62 - 65)

Page 66

1 baby, right?
2   A.  I mean, I would have no way of knowing that.  I
3 guess somebody could have picked up a hospital coat, but
4 no, I'm -- yeah.  I would agree that they were all
5 hospital employees, to my knowledge.
6   Q.  Okay.  And so are you saying -- you just said a
7 hospital coat.  Did the person who pulled on the baby
8 have a hospital coat on?
9   A.  I'm sorry.  That -- that was -- I don't -- I
10 already said I don't know what they were wearing.  I
11 can't speak to the coat, scrubs.  I have no idea.  Let
12 me rephrase -- yeah.
13   Q.  Sure.  What I'm trying to figure out -- let me
14 ask it this way.
15       Did somebody deliver food, come in, see the baby
16 and decide, hey, I'm going to try and pull this baby
17 out?
18   A.  No.
19       MR. MONGIELLO:  Objection to form.
20 BY MR. MacKNIGHT:
21   Q.  Okay.  Well, to your understanding -- was it --
22 was it your understanding or to your understanding, was
23 it somebody who worked at the hospital who tried to pull
24 the baby out?
25   A.  Yes.

Page 67

1       MR. MONGIELLO:  Objection to form.
2       MR. JAYMAN:  Join.
3 BY MR. MacKNIGHT:
4   Q.  And tell us why you say yes?
5   A.  Because if it was somebody off of the street, one
6 of the other people in the room would have known they
7 didn't work there, and they would have told them to get
8 out and stop trying to delivery the baby.  I mean
9 that's --
10   Q.  And I know you told us you don't know if it was a
11 man or a woman.  You don't recollect that.  You don't
12 remember --
13   A.  Right.
14   Q.  -- because it was so long ago.  But you just said
15 you, Lon, and Tammy were in the room.
16       How many people that you ascribe as hospital
17 people were in the room when this happened?
18   A.  I do not recall the number.
19   Q.  Okay.  Was it more than one?
20   A.  Yes.
21   Q.  Okay.  All right.  And then let me ask you about
22 Bethany; she's your niece, right?
23   A.  Yes, yes.
24   Q.  Have you ever had any in-depth -- I know you were
25 asked about her playing in the band and playing soccer

Page 68

1 and coming to your pool, and I'm sure you're a great
2 aunt.
3       But have you ever had any real, in-depth
4 conversations with her as to how her arm affects what
5 she does on a daily basis?
6       MR. BRIER:  Objection to the form.
7       MR. MONGIELLO:  And I'll join.
8       THE WITNESS:  May I take two seconds to text
9 somebody who keeps trying to call me?
10      MR. MacKNIGHT:  Yeah, absolutely.  Off the
11 record for a second.
12      (Off the record)
13 BY MR. MacKNIGHT:
14   Q.  Do you remember the question?  You can answer it.
15 He objected, but you can answer it, the question I
16 asked.
17   A.  I don't remember because he objected, so I just
18 -- it just went out of my brain.
19   Q.  Okay.  My question was, did you ever have any --
20 he's going to object again, but you can answer it after
21 he objects.
22   A.  Okay.
23   Q.  Did you ever have -- I know you're a great -- a
24 good aunt, probably.
25      Have you ever sat down with Bethany and had any

Page 69

1 in-depth discussions or conversations as to how her
2 condition affects her on a daily basis?
3   A.  We have not, no.
4   Q.  And I know you were asked about her activities of
5 daily living and can she do those things.
6       Do you -- do you have any insight as to how she
7 may be affected in having to do those things on a daily
8 basis?
9       MR. MONGIELLO:  Objection to form.
10   A.  I do not.
11 BY MR. MacKNIGHT:
12   Q.  Did she ever live with you?
13   A.  She has not.
14   Q.  Okay.  Growing up, what was the frequency that
15 you would see Bethany?
16   A.  I don't know, maybe every few months.
17   Q.  Okay.
18   A.  Yeah.
19   Q.  And was that just for a few hours, or would you
20 stay with them -- stay with them, or would she come stay
21 with you for a weekend or --
22   A.  No, she never came and -- she never came and
23 stayed with us.  It was always either me going to their
24 house or them coming to ours or to my mom's for holiday
25 gatherings, birthdays, those types of things.

18 (Pages 66 - 69)

Page 70

1   Q. Okay. So like maybe four hours at a time?
2   A. Yes.
3   Q. Something like that?
4   A. Yes.
5   Q. Okay. And then -- and then I know you were asked
6 near the end about pictures and video and specifically,
7 I think, of a video -- asked about a video of her in the
8 band or at soccer, and I think your answer was you don't
9 have any, correct?
10   A. I do not.
11   Q. And then I think your answer also was, "there's
12 probably some out there."
13     Do you know if there's any out there? Have you
14 seen any?
15   A. Well, I mean schools record their bands all the
16 time, so there has to be videos out there.
17   Q. Okay. I understand -- I understand that's an
18 assumption by you.
19     Do you know of any that exists?
20   A. I do not know.
21   Q. That's all I needed to know.
22   A. Okay.
23     MR. MacKNIGHT: Thank you very much, ma'am.
24 I appreciate your time.
25     THE WITNESS: Yep. Thank you.

Page 71

1     MR. MONGIELLO: I just have one or two more.
2         EXAMINATION
3 BY MR. MONGIELLO:
4   Q. Was Bethany able to crawl -- to your
5 observation -- normally, when she was growing up at a
6 young age, obviously?
7   A. That's a great question. I don't remember
8 Bethany crawling -- I don't remember what it looked
9 like. I'm sure she was crawling, but I can't remember
10 specifics.
11   Q. Okay. Has Bethany ever complained to you about
12 being limited or restricted in any way due to her Erb's
13 palsy in her arm?
14   A. I want to say yes, but I don't -- I don't have
15 any specifics around that. I know we've --
16     MR. MacKNIGHT: I didn't hear the answer.
17 I'm sorry.
18   A. I'm sorry. I said I want to say yes. I don't
19 have any specifics. I know it's come up in conversation
20 before, but I can't -- like, there was never any; oh, I
21 can't do this because of this. It just -- I know
22 that -- I know it bothers her, but I can't give any
23 specifics around it.
24 BY MR. MONGIELLO:
25   Q. Does Bethany ever complain to you about having

Page 72

1 pain in the arm that has Erb's palsy?
2   A. She has not.
3   Q. Okay. Do you know whether she regularly takes
4 any pain medication for that arm, whether it be
5 prescription or over-the-counter?
6   A. I do not know.
7     MR. MONGIELLO: All right. That's all I
8 have. That you so much.
9     THE WITNESS: Yep.
10     (Deposition adjourned at 12:30 P.M.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 73

1
2     C E R T I F I C A T E
3
COMMONWEALTH OF PENNSYLVANIA:
4
    I, Ranee I. Casier, a Notary Public within and for
6 the County and State aforesaid, do hereby certify that
the foregoing deposition of Joy Watkins was taken before
7 me, pursuant to notice, at the time and place indicated;
that said deponent was by me duly sworn to tell the
8 truth, the whole truth, and nothing but the truth; that
the testimony of said deponent was correctly recorded in
9 machine shorthand by me and thereafter transcribed under
my supervision with computer-aided transcription; that
10 the deposition is a true record of the testimony given
by the witness; and that I am neither of counsel nor kin
11 to any party in said action, nor interested in the
outcome thereof.
12
13
14
15
16     Reporter,
    Notary Public
17
18
19
20
21
22
23
24
25

[& - answer]                                                    Page 1

| **&** | | | |
|---|---|---|---|

**&**   1:19 2:3,11

**0**

**01852**   1:5

**1**

**100**   2:11,15
**10:00**   1:15
**11**   1:14
**111**   2:15
**126**   2:7
**12:30**   72:10
**13**   20:18
**15335**   73:15
**16**   21:4 22:1
  24:17 28:7
**17**   20:16 24:18
  28:7
**17011**   2:12
**17101**   2:16
**17112**   7:9
**17602**   2:7
**18104**   1:24
**18503**   2:4
**19063**   1:20
**1973**   7:6
**1:21**   1:5

**2**

**200**   2:3
**2001**   19:23
  20:10,16,18
  21:4 22:1
  24:18 27:12
  28:7

**201**   2:11
**2016**   54:13
**2023**   1:15
**205**   1:24
**22**   16:4 26:7
**23**   13:24
**25**   1:15

**3**

**30**   7:6
**308**   1:20

**4**

**4**   3:4
**425**   2:3
**434-8588**   1:25

**5**

**5**   54:15
**50**   7:6
**5100**   1:24
**59**   3:5

**6**

**61**   3:5
**610**   1:25
**65**   3:6
**6:21**   25:4 29:7

**7**

**71**   3:4
**717-651-3704**
  2:12
**7429**   7:9

**8**

**8:00**   22:6

**a**

**a.m.**   1:15 25:4
  29:7
**aaron**   2:14
  60:21,21 61:3
**ability**   6:23
  56:3,6
**able**   8:23 15:3
  24:14,20 32:9
  45:10 51:13
  52:4 54:10
  71:4
**absolutely**
  68:10
**accelerated**
  19:5
**acceptable**   5:21
  16:8
**accommodate**
  6:20
**account**   9:22
**accurate**   20:21
**accurately**   6:24
**achieved**   13:4
**action**   73:11
**activities**   52:4
  56:4,8 69:4
**actual**   47:6
  54:16
**actually**   65:16
**additional**
  55:25
**address**   7:7
**adjourned**
  72:10

**administered**
  30:9
**administration**
  13:16 14:2,3
**advance**   12:23
**advising**   37:21
  38:2
**affected**   69:7
**affects**   68:4
  69:2
**aforesaid**   73:6
**age**   7:4 71:6
**ago**   15:2 26:7
  67:14
**agree**   25:18
  52:5 66:4
**agreed**   4:1
**ah**   6:8
**ahead**   21:7
**aided**   73:9
**ajayman**   2:16
**alarm**   33:3
  40:20,21
**alarmed**   41:7
**allentown**   1:24
**altercations**
  55:4
**alternative**
  18:22
**anatomy**   14:9
**answer**   5:1,12
  5:14,21 6:3
  17:4 20:14
  32:17 56:10
  64:5 68:14,15

68:20 70:8,11
71:16
**answered** 60:2
60:12
**answers** 5:2
**anticipated**
28:25
**anybody** 47:9
**anymore** 16:14
16:15 28:21
58:5
**apgar** 40:6
41:18,22
**appear** 41:25
42:2
**appearance**
33:20
**appearances**
1:18 2:1
**appears** 51:17
**applied** 49:11
49:14
**applying** 37:17
41:13
**appointments**
16:18 53:14
**appreciate**
60:14 70:24
**approximately**
62:1
**area** 13:6 37:18
**areas** 61:4
**arm** 40:8,9,13
40:16,22 41:25
43:11,14,25

44:4 49:18
50:22 51:1
54:16,16,18,18
56:12 57:4
58:11,14 68:4
71:13 72:1,4
**arose** 33:22
**arrived** 22:1,5
22:11 23:19,25
**arriving** 22:18
**ascribe** 67:16
**asked** 12:9 15:9
19:18 49:10
63:19 67:25
68:16 69:4
70:5,7
**asking** 5:6 38:7
43:13
**asleep** 55:21
**assessing** 40:19
**assist** 39:9
48:20
**assistant** 17:2
**assistive** 26:22
48:9
**assume** 5:13
23:3 24:8 31:3
52:16 62:24
**assuming** 16:9
23:6
**assumption**
35:14 70:18
**atlantic** 1:23
**attempt** 38:19

**attempting**
23:20,23
**attempts** 38:19
**attend** 15:20
16:9 53:14
56:9
**attending**
16:17
**attorney** 33:11
**attorneys** 4:15
**audio** 60:23
**august** 19:22
20:10,16,18
21:4 22:1
24:17 27:11
28:7
**aunt** 8:2 52:11
68:2,24
**avoid** 6:1,8
**aware** 10:8,11
14:18 15:8
20:6,9 21:9
46:5 53:17
57:12,13,25
58:3,6,16,19,20
64:14

| **b** |
|---|

**babies** 40:11
**baby** 24:11
28:15 57:6
58:3 66:1,7,15
66:16,24 67:8
**back** 32:13
33:6 43:18
45:2,4 61:7

**background**
14:7,16
**bad** 52:11
**baldino** 1:19
**band** 52:8,17
52:17,19,22
53:6 58:24
59:2,8 67:25
70:8
**bands** 70:15
**barely** 45:22
**barley** 2:6
**barley.com** 2:8
**basis** 8:15 68:5
69:2,8
**bass** 52:8,15,22
52:23 58:24
59:7
**bassinet** 40:6
41:24 43:15
44:1 50:25
**becoming** 46:5
**bed** 36:20 37:2
47:11,16 61:15
61:17,20,22
62:2,10,12,17
62:19 63:4,12
**began** 30:19
**beginning**
45:24
**believe** 22:5
26:23 49:22
51:16
**bells** 17:8

**benefit** 6:7
**best** 5:14 40:21
**bethany** 1:3
4:16 8:1,5,18
8:20,22,22 9:8
9:9,12,18,22
10:1,8 11:25
12:1 14:19
15:22 16:25
17:12,16,20
18:4,23 19:2,6
19:21 20:10,13
20:18 23:1
24:5,17,21,24
25:4,14,21
26:12,20 27:4
28:2,25 29:6
29:25 30:15,19
31:3 32:5
33:22,25 34:13
34:20,24 35:7
36:19,24 39:4
39:9,15 40:1
41:13,24 42:5
42:7,10,15,17
43:2,20 44:13
44:13,18 46:18
47:6 48:15,21
49:1,8,11,15,20
50:1,5 51:12
51:25 52:22
53:6,11,20
54:18,21,24
55:4,7,11,15,18
55:24 56:11,18

57:2,7,23 58:6
58:14,18,23
59:7 67:22
68:25 69:15
71:4,8,11,25
**bethany's** 18:7
20:2,15 32:19
35:11 37:10
38:5,11,23
39:8,20 40:23
41:2 43:11,14
47:20,25 48:3
48:5 49:3 50:9
50:15,22 52:4
54:4 58:11,13
**better** 31:17,18
51:1
**beverly** 1:8
2:13 27:18,22
**big** 59:4
**biggest** 10:12
**birth** 7:4,24 8:5
29:8 32:25
35:12 36:2
39:4 40:20
48:6 49:3
61:21 62:11
**birthdays**
69:25
**birthing** 22:21
23:23
**bit** 32:12 36:22
60:25 61:6
**blanket** 44:4

**blecher** 1:9 2:5
59:23 60:5,13
**blue** 13:14,15
13:19,23
**body** 46:7
**book** 57:6,8,10
57:14,19
**books** 58:3
**born** 20:10
24:25 25:4,6
29:6,25 34:20
34:21 35:14
39:4 40:2,7,11
40:24 41:2
42:10,17 43:2
43:15,16 44:18
49:12,16,21
50:1,6 52:1
**bothers** 71:22
**bottom** 36:20
37:2 54:14
**brace** 36:14
61:18
**braced** 62:2,17
**brachial** 34:12
35:5
**bracing** 61:15
**brain** 68:18
**break** 6:17,19
**breaking** 45:21
**breaks** 8:25
**breathing** 41:4
41:6,14,17
**brief** 11:15

**brier** 2:2,3 3:5
59:21,22 60:10
68:6
**broad** 14:23
**broadly** 25:11
**broke** 21:5
**brought** 20:7
**bruce** 1:19,21
11:6,14,22
31:17 59:17
65:4
**brushed** 40:17
**building** 16:21
**buildings** 16:19

c

**c** 2:10 73:2,2
**call** 68:9
**called** 16:13
21:11
**calling** 39:13
**camp** 2:12
**campus** 16:23
**canal** 32:25
39:4
**capital** 13:14
13:15,18,23
**care** 20:12
31:19,21,22
50:15 56:12
58:17
**case** 1:4 17:5
27:18 56:1
**casier** 1:16 73:5
**cause** 35:20

**caused**  35:11
  35:14
**ccc**  1:5
**cell**  59:4
**center**  2:11
  17:6
**certain**  48:12
**certainty**  45:9
  45:15
**certification**
  4:3
**certified**  1:17
**certify**  73:6
**cesarean**  18:22
  26:21,24 27:3
**changed**  44:23
**check**  28:19
**child**  15:17
  19:9
**child's**  7:21
**children**  7:15
  7:17
**children's**
  53:12,13
**clarify**  16:21
**class**  15:24
  16:1,4,9
**classifies**  14:21
**clear**  36:23
  37:8
**coarse**  19:21
**coat**  66:3,7,8,11
**coaxing**  41:14
**coleman**  2:11

**college**  13:5,7,9
**color**  40:23
**come**  8:23
  32:12 60:22
  65:25 66:15
  69:20 71:19
**coming**  12:23
  12:25 24:8,12
  32:8,11,19
  39:7 44:14
  68:1 69:24
**commencing**
  1:15
**comments**  57:8
  57:20
**commit**  45:14
**commonwealth**
  73:3
**company**  13:21
**competitive**
  54:1,1,24
**competitively**
  54:8
**complain**  71:25
**complained**
  71:11
**completely**
  16:6 21:17
  26:8
**complications**
  7:23 15:9
**computer**
  59:13 73:9
**concern**  41:21

**concerned**  33:1
**concerns**  15:12
  18:3 19:13
  30:2,5 40:1
**condition**  6:22
  14:20,22 55:19
  55:22 56:2,19
  69:2
**conditions**  15:5
  15:6,18
**conference**
  6:14
**confirm**  28:14
  28:14
**confusing**
  45:12
**consent**  27:10
**consideration**
  58:10
**considered**
  12:10
**consistent**  36:7
**consistently**
  28:10
**constant**  47:25
**consultations**
  49:25 50:3
**contacted**
  21:21
**contained**  20:4
**continued**  2:1
**continues**
  56:11
**control**  30:15

**conversation**
  6:2 64:23
  71:19
**conversations**
  12:15,22 26:10
  26:15,24 29:2
  42:4 43:6 60:4
  68:4 69:1
**copy**  64:2
**corporate**  2:11
**correct**  8:2,3,6
  16:3 27:8 31:4
  44:21 53:2
  61:11,12 62:23
  70:9
**correctly**  73:8
**counsel**  4:2
  73:10
**counter**  72:5
**county**  73:6
**couple**  60:3
  65:7
**course**  17:7
  18:14 22:25
  24:4,9,11
**courses**  14:9
**court**  1:1,17,17
  5:24 6:7,15
**cover**  63:18
**covered**  44:5
  60:11 61:6
**cradling**  48:3
**crawl**  71:4
**crawling**  71:8,9

created  57:7
credits  14:14
crest  7:9
critical  58:17
cross  13:14,15
  13:19,23
cry  41:10
crying  40:12
  41:4
culminating
  23:1
current  7:4,7
currently  7:10
  13:11 55:19
cv  1:5

**d**

d  7:22
daily  52:4 56:4
  56:8 68:5 69:2
  69:5,7
damage  63:3
danlos  56:19
date  7:4 8:13
  20:16,17 21:10
dates  20:21
  24:22
daughter  42:24
day  21:22
  34:20 36:10
days  20:19
  42:16
decide  66:16
decided  65:25
deep  54:15

deepest  54:15
defendant  2:5
defendants
  1:10 2:13
defense  4:15
definitely  8:24
  30:21 51:17
  64:22
degree  13:5
deliver  17:20
  30:19 66:15
delivered  26:21
  33:25 34:13
  37:11 38:6
  39:20 42:5
  46:18
delivering
  33:22 46:8
  47:1,5,19 48:2
  48:9
delivery  18:23
  19:22 20:12
  21:8 22:12
  23:1,10,15
  24:16,21 25:15
  25:19 26:21
  28:2 32:22
  35:15 36:18,24
  37:5,17 39:13
  42:6 44:8,23
  45:1,8,12,18
  46:6,11,21
  47:6 48:15,20
  49:1 50:10
  58:18,22 59:4

61:9 63:15
  64:12 67:8
dennehey  2:11
deponent  73:7
  73:8
deposed  9:6
deposition  1:12
  4:18,23,25
  8:11 10:19
  11:4,19,23
  12:3,4,8,24,25
  19:19,25 72:10
  73:6,10
depositions
  10:24
depth  67:24
  68:3 69:1
describe  27:16
  36:7
described  32:4
  33:15 44:8,19
  46:7 47:24
  61:8,10 65:12
description
  3:11 37:9
  57:16
detail  31:5,11
  32:2 36:7 61:6
details  19:1,3
device  26:22
devices  48:9,14
diagnosed
  14:25 34:22,24
  35:8

difference
  51:14
different  11:13
  26:3,5 62:18
dilated  29:4,9
dinner  22:3,10
dinnertime
  22:4
disagrees  20:17
discharged
  42:20 50:17,23
discuss  17:22
  18:15 64:10
discussed  58:13
discussion  27:2
  27:10 34:2
  43:10 48:19
  49:6 58:9
discussions
  17:10 18:17
  19:11,14 28:24
  69:1
distinct  16:1
distress  46:6
district  1:1,1
ditzler  1:3 4:16
ditzler's  8:2,5
doctor  35:15
  36:11,11 61:14
doctors  27:25
  33:4 34:22
  36:21
doing  9:24 10:3
  10:9 36:12
  40:6 52:10

53:23 63:7

**dougherty** 7:22

**downward** 37:17

**dr** 2:5 53:11,15

**drape** 46:20

**drive** 2:11 7:9

**drop** 62:10

**dropped** 31:9 51:7,9,17 61:22

**dropping** 29:22 32:15

**drum** 52:8,15 52:22,23,24 53:6 58:24 59:8

**due** 20:15,18 20:21 44:19 71:12

**duly** 4:8 73:7

**dystocia** 34:6,9

**e**

**e** 7:22 73:2,2

**earlier** 9:10

**early** 46:11

**easier** 60:25

**east** 1:20 2:7

**easy** 15:16

**eat** 23:4

**education** 13:3 13:8 14:6,15

**efforts** 20:11 41:12 64:15

**ehlers** 56:19

**eight** 14:4 15:3

**either** 11:17 21:14,21 22:20 22:21 28:12,17 34:16 38:15 39:16 41:23 43:3 46:4,9,15 46:16,19,23,24 47:4,22,23 48:17,18,22 50:3 64:2 69:23

**elementary** 13:8

**ellen** 7:3

**email** 9:2

**employed** 13:11

**employee** 13:23

**employees** 65:22 66:5

**encyclopedia** 36:3

**engage** 52:4 54:18 56:3,8

**enjoys** 53:23

**entire** 22:25 23:9 37:3 45:3 62:18

**epidural** 30:11

**erb's** 34:12,25 35:2,8,11,20,24 50:16 51:13 56:13 57:3

71:12 72:1

**esq** 1:19 2:2,6 2:10,14

**essentially** 21:4 59:15

**established** 62:21

**estimate** 5:20 38:25 39:22 62:7 65:10

**estimation** 18:6 29:8

**evd** 3:11

**evening** 22:2,9

**event** 61:8 63:6

**events** 16:18 52:13

**everybody** 28:18 31:22 51:22 58:4

**exactly** 9:10 35:23 36:4

**examination** 4:10 59:20 61:1 65:8 71:2

**examined** 28:6

**examining** 24:1 24:4

**except** 4:5 40:13

**exclude** 25:19

**excluding** 14:19 23:12

**excuse** 13:17 53:12

**exercises** 56:16

**exhibit** 3:11

**exhibits** 3:9,12

**exist** 58:3

**existing** 20:6

**exists** 58:1 70:19

**experience** 14:16

**experienced** 7:24 15:10

**experiences** 57:3

**experiencing** 55:19

**extent** 53:19

**extremities** 49:16

**eye** 30:18

**f**

**f** 73:2

**faben** 2:6 60:16

**face** 47:2 48:6

**facebook** 10:1 10:2,4,6

**fact** 4:17 29:14 35:22

**faded** 56:6

**fair** 5:14 9:7 10:17 27:21,24 31:24 60:9 61:12 63:24,25

**falling** 55:20

**family** 14:18 15:6 23:14

**farther** 45:18
**fbrier** 2:4
**feel** 29:12 41:7
**feet** 54:15 62:5
 62:8,9,10
**fell** 53:8
**fellows** 18:13
**felt** 12:14
**female** 28:3
 36:11 37:9
**fetal** 46:6
**field** 18:14
 36:23 46:21
 55:8,12
**figure** 66:13
**file** 64:21
**filed** 4:16
**filing** 4:4 58:10
 58:13
**filled** 57:22
**finally** 40:5
**findings** 17:23
**fine** 16:6 29:11
 62:8
**fingers** 49:18
**finish** 6:3
**first** 19:8 22:18
 23:25 40:23
 41:9 51:25
 59:19 61:7
 63:20
**five** 15:1,2,3
 51:25
**floor** 22:13,15
 62:1,11

**folder** 20:1,3
**follow** 6:4 32:5
 33:8 59:19
**follows** 4:9
**followup** 31:7
**food** 66:15
**foot** 36:13
 47:11,13 61:15
 61:18,19,22
 62:2,12,14,16
 62:22 63:11
**footwear** 62:25
**forceps** 48:10
**foregoing** 73:6
**forget** 16:13
**form** 4:5 53:3
 66:19 67:1
 68:6 69:9
**forward** 37:23
**four** 12:5 70:1
**frank** 2:2 59:17
 59:18,22
**freezing** 28:21
**frequency**
 69:14
**frequently** 28:9
 51:24 55:21
**friend** 43:4
**friends** 23:14
**front** 1:14 2:15
**froze** 21:17
**full** 7:1
**fully** 29:3,9
 39:20

**furjanic** 8:4
 15:21 63:20
 64:1,15,16,18
**further** 44:15
 60:13

**g**

**g** 7:22
**gain** 19:1,5,6,8
 19:12
**gained** 19:3
**garb** 46:25
**gatherings**
 69:25
**general** 53:5
**generally** 25:11
 52:3
**generation**
 10:6 58:4
**getting** 10:16
 22:22 30:20
 31:1 32:4
 33:17 39:3,9
 39:15 51:1,2
 56:24,25
**give** 5:5 62:6,11
 71:22
**given** 4:23
 40:20 73:10
**giving** 5:13
 61:21
**go** 10:22 13:9
 20:23 21:6
 23:19 32:13
 40:6 56:4
 59:19

**goalie** 54:21
**goggin** 2:11
**goggles** 47:2
**going** 6:18 9:19
 11:16 16:4
 17:11 21:10
 31:25 33:2,5,5
 37:4 40:17
 42:11 43:4
 53:9 54:17
 59:14 60:22,24
 62:4 63:7
 64:23 65:25
 66:16 68:20
 69:23
**good** 4:12,13
 38:9 56:24,25
 68:24
**gordon** 1:13
 2:15
**gowns** 47:2
**great** 68:1,23
 71:7
**growing** 69:14
 71:5
**grsm.com** 2:16
**guess** 5:18
 14:23 16:7,23
 53:21,25 54:1
 61:19 62:4,5,7
 66:3
**guys** 9:6
**gymnastics**
 58:7

**gynecology** 1:7
2:9

**h**

**h** 1:19 7:22
**hacc** 13:10
**hah** 6:8
**hair** 32:9,20,21
**hairy** 30:21
31:1 32:4
**half** 52:12
**hall** 1:8 2:13
27:18,22
**hand** 49:17
**hands** 37:13
40:11 48:3
52:24
**happened** 42:6
47:17 67:17
**happening** 10:9
34:4 36:24
**harrisburg**
1:14 2:16 7:9
16:15,19 17:7
19:22 21:4
22:11,24 24:17
50:9
**head** 6:8 17:21
32:8,10,19,24
36:10,13,17
37:1,7,10,14
38:5,11,17,23
39:8,20 44:19
46:7,21 47:20
47:25 48:3,5
53:2 57:5

61:15 63:12
**health** 2:8,8,9
17:6
**healthcare**
35:18 42:1
43:7,11 58:16
**hear** 31:22
32:14 33:9
45:22 48:25
53:9 55:9
60:25 71:16
**heard** 21:18
34:9,16 41:9
55:14,23 56:2
56:23
**hearing** 28:18
34:6
**height** 62:12
**held** 13:18,25
**help** 26:1 39:14
**helping** 29:12
**hey** 66:16
**high** 62:1
**highest** 13:3
**hill** 2:12
**hit** 52:24
**hold** 52:23
**holding** 45:7,11
45:13 46:2
**holiday** 69:24
**holidays** 8:17
8:24
**home** 20:1
50:23,25 51:6
56:16

**honest** 10:14
**honestly** 8:13
15:1 16:6
**hopefully** 5:2
15:17 60:24
**horrible** 57:16
**hospital** 2:17
16:13,15,19,22
17:19 19:22
21:4,10,24
22:1,6,11,24
23:12,19 24:17
25:8 27:11,16
28:14,25 39:14
42:9,16,18
43:2,17 44:2
49:7 50:9,17
50:23 53:12,13
53:18 60:8
63:14,22 64:3
64:11,19 65:20
65:22 66:3,5,7
66:8,23 67:16
**hospitals** 61:4
**hour** 42:12
**hours** 12:5
25:13,20 26:3
26:16,20 27:3
28:7 29:8,20
39:23 52:12,12
69:19 70:1
**house** 54:7,9
69:24
**husband** 7:12
21:3

**husband's** 7:13
**hypermobility**
56:20
**hypersomnol...**
55:20

**i**

**idea** 27:22
66:11
**identified** 4:17
**identify** 17:14
24:14,20 27:14
37:8 57:1
**identity** 50:19
**immediately**
41:4 51:5
**impacting** 56:3
56:5
**important** 5:5
**improving** 51:2
**incision** 39:9
**include** 11:25
**incomplete**
64:2
**index** 3:1,9
**indicate** 20:15
28:13 49:24
**indicated** 73:7
**indicating**
64:18
**indication** 46:5
**individual**
59:23
**informal** 6:13
**information**
18:6,21,25

19:10,13 20:20
21:13,20 28:5
28:9 30:8
35:10 50:2,4,5
51:23 52:14
53:20 55:3,21
55:25 56:21
57:22
**informed**   27:10
**inhibit**   6:23
**inquire**   29:13
**inquiry**   61:5
**insight**   69:6
**instagram**   9:21
9:22 10:12
**instruction**   5:5
**intended**   60:11
**intentionally**
14:23
**interested**
73:11
**intermittent**
47:25
**introduced**
4:14
**involved**   24:16
24:21 27:15
28:2 33:21
38:2 39:13
46:2 50:15
**involves**   56:20
**issue**   63:18
**issues**   12:10
60:23

## j

**j**   2:2 4:8
**jacuzzi**   25:24
**jasmine**   7:22
7:24 15:17
**jaundiced**   50:6
**jayman**   2:14
3:5 60:24 61:2
61:3 65:2 67:2
**jill**   12:17,22
**join**   67:2 68:7
**joint**   56:20
**joy**   1:12 3:3 7:3
60:19 65:6
73:6
**jr**   1:19
**jump**   54:10

## k

**k**   4:8
**keep**   9:12 40:19
53:9
**keeps**   68:9
**kelly**   2:3
**kept**   42:16,16
**kids**   54:11
**kin**   73:10
**kind**   19:3 32:23
36:16 40:7,10
40:14,15,17,22
41:13 44:10
**king**   2:7
**knew**   49:4
**know**   5:17,22
9:6 10:4,22
11:15,18 12:5

13:1 14:24
15:2 16:24
17:4,18,21
18:11 20:11,14
22:10 24:11,13
25:1,1 29:12
29:19 30:6,10
32:8 33:1 35:7
35:9,15 36:10
40:9,10,10,18
40:20 41:12
42:24 44:12,16
45:2,3 47:14
49:20 50:12,14
50:19 51:4,4,5
51:5,6,18,19,21
51:22 52:2,20
53:1,1,18 54:4
54:6,8,10,25
55:1,5,13,15,17
56:10,11,14,15
56:17,22 57:7
58:5,23 59:23
61:14,24,25
62:11,13,15,20
64:5,17 66:10
67:10,10,24
68:23 69:4,16
70:5,13,19,20
70:21 71:15,19
71:21,22 72:3
72:6
**knowing**   66:2
**knowledge**
29:14 53:19

63:19,23 66:5
**known**   55:19
56:19 67:6
**kozin**   53:11,15

## l

**labor**   19:21
20:12 21:7,24
22:12,25 23:9
23:15 24:16,21
28:2 30:3 46:6
50:9 58:22
59:4 64:12
**laboring**   24:5
25:14,20 26:11
26:17 27:4
30:15 46:11
**lamaze**   16:3
**lancaster**   2:7
**large**   48:10
**lasted**   62:14
**late**   20:19
22:10 25:1
**law**   6:15
**lawsuit**   4:16
58:10,14
**laying**   40:10,14
**layman**   12:17
12:23
**leads**   12:8
**leaned**   40:15
**learn**   35:25
**lee**   1:9 59:22
60:5,13
**left**   23:3 25:9
43:18 47:14,20

51:14

leg  45:7,10

legal  1:23

legs  40:11 45:8
   45:13,18 46:3

length  49:3

level  13:3

life  9:5,19 10:3
   10:10

lifeless  40:14
   40:22

light  33:17

lighting  46:17

limbs  50:24
   51:15

limitation  57:2

limited  71:12

lines  12:12

lips  31:14

literally  5:10

little  8:22,23
   32:12 36:21,22
   60:25 61:6

live  69:12

lived  52:11

lives  8:9

living  52:5 56:4
   56:8 69:5

llp  2:3,15

located  36:18

lon  21:3,12,21
   22:3,12,19,25
   23:8 37:5 46:2
   50:12 58:10
   65:11,21 67:15

long  6:18 12:13
   13:17,18,20,22
   13:25 15:2
   22:23 23:24,25
   24:2 31:22
   36:4 38:22
   42:9 44:15
   52:19 62:13,13
   65:10,15 67:14

look  10:21
   31:25 40:8
   48:10 51:19
   59:14 64:20

looked  10:23
   35:13 36:5
   40:2 71:8

looking  40:18
   51:13,20

looks  27:23
   33:1

lost  31:8

lot  10:14 12:5
   16:5 22:20
   25:23 51:3
   54:16

low  28:20
   40:19

lower  51:7,9,17
   61:23 62:11

**m**

ma'am  4:23 7:5
   30:6 60:17
   70:23

machine  73:9

macknight  1:19
   3:6 11:8,12,16
   20:23 21:15,17
   28:20 29:22
   31:8,13,18,21
   32:14 33:10
   37:23 45:21
   53:3,8 55:9
   56:5 59:18
   60:19 65:6,9
   66:20 67:3
   68:10,13 69:11
   70:23 71:16

made  64:15,16

make  65:23

makes  6:9
   25:10

male  28:3
   36:11 37:9

man  61:14
   67:11

manager  13:16
   14:1

maneuver  39:3
   44:20 65:16

mansukhani
   1:14 2:15

march  7:6

marching  52:8
   52:22 53:6
   58:24 59:8

marked  3:10

marshall  2:11

masks  47:2

maternal  8:2
   19:1

matter  31:23

mattress  61:23
   61:24

mbklaw.com
   2:4

mcmongiello
   2:13

mdwcg.com
   2:13

mean  11:11
   13:1 19:7 20:8
   26:5 31:3 35:2
   47:7 51:20
   52:16 54:6
   58:3 66:2 67:8
   70:15

media  1:20
   10:7

medical  1:7 2:9
   6:22 10:21
   14:15 15:18
   18:14 20:15
   25:4 35:19,21
   46:25 50:8
   63:20 64:2,7
   64:16

medicated
   30:14

medication
   6:23 72:4

meet  21:24

members  23:14

| | | **n** | **nope**  24:23 |
|---|---|---|---|
| **memory**  24:13 | 44:7 45:23,25 | | **normal**  6:2 |
| **mention**  63:14 | 48:24 53:4,10 | **n**  4:8 | **normally**  54:11 |
| **mentioned** | 55:10 56:7 | **name**  4:14 7:1 | 71:5 |
| 39:25 | 59:12,17 60:12 | 7:13,21 27:19 | **north**  2:15 |
| **message**  10:17 | 60:21 61:6 | 37:9 59:22,25 | **notary**  1:16 |
| **messaging**  9:13 | 63:19 66:19 | 60:8 | 73:5,16 |
| **met**  21:6 | 67:1 68:7 69:9 | **name's**  61:3 | **notes**  59:14 |
| **michael**  2:10 | 71:1,3,24 72:7 | **names**  33:24 | **notice**  73:7 |
| **microbiology** | **month**  8:12 | **ndlovu**  1:8 2:13 | **number**  22:16 |
| 14:10 | **months**  12:1 | 27:18,22 | 67:18 |
| **mid**  1:23 | 69:16 | **near**  70:6 | **nurse**  17:2 |
| **middle**  1:1 43:5 | **morning**  4:12 | **necessarily** | 24:15,20 36:11 |
| **midlevel**  17:1 | 4:13 11:7,14 | 51:18 | 61:14 |
| 18:12 24:15 | 34:14 42:10,14 | **neck**  36:2 | **nurses**  24:8 |
| **midwife**  17:2 | 60:14 | **need**  5:9 6:1,3,4 | 33:4 34:3 |
| 24:15 | **mother**  8:5 | 6:8,17,19 14:9 | 37:20 38:1 |
| **mike**  4:14 | 12:18,20 55:4 | 29:13 | 39:13 40:16 |
| 45:21,22 | **mouth**  40:1 | **needed**  70:21 | **nursing**  13:8 |
| **mildly**  50:6 | 41:2 | **neither**  73:10 | 14:6,12,15 |
| **mind**  22:8 | **move**  31:14 | **neonatology** | 28:10 |
| **mind's**  30:18 | **moved**  37:3 | 49:24 | |
| **minutes**  39:1 | **movement**  51:4 | **nerve**  14:20,21 | **o** |
| 39:23 | **moving**  40:8,11 | 15:5 | |
| **mirror**  46:10 | 40:12,13,16 | **neurological** | **o**  4:8 7:22 |
| **mom**  14:25 | 41:16,25 43:15 | 15:6 | **oath**  6:12 |
| **mom's**  69:24 | 44:1 47:16,19 | **never**  14:10 | **object**  68:20 |
| **mongiello**  2:10 | 49:15,17 50:24 | 56:22 60:4 | **objected**  68:15 |
| 3:4 4:11,15,22 | 51:1 | 64:6,24,25 | 68:17 |
| 11:21 21:1,16 | **mug**  31:25 | 69:22,22 71:20 | **objection**  53:3 |
| 21:19 23:18,22 | **multiple**  38:4 | **nicu**  49:21 | 66:19 67:1 |
| 28:18,22,23 | 38:19 42:22 | **niece**  67:22 | 68:6 69:9 |
| 29:23 31:10,17 | **muscles**  36:1 | **night**  24:4,9 | **objections**  4:5 |
| 31:19,24 32:1 | **myers**  2:3 | 28:11 29:17 | **objects**  68:21 |
| 33:7,12,13 | | **nods**  6:8 | **observant** |
| 37:25 39:18 | | | 51:21 |

**observation**
49:17 71:5
**observe** 52:10
62:2 63:3
**observed** 50:24
61:9 63:15
**obstetrical** 17:1
18:18 19:14
24:1,3,14
26:11,15 27:15
28:1,6 33:21
33:25 34:3
39:7,12 42:5
58:17
**obstetricians**
23:13
**obstetrics** 1:6
2:9
**obtain** 20:11
**obtained** 50:13
64:19
**obviously** 47:7
71:6
**occupational**
51:24 56:16
**occur** 26:25
**occurred** 18:18
19:22 27:10
33:15 38:16
**occurring**
25:13,21 28:16
28:24 46:13
**october** 1:15
**offered** 18:22

**offices** 1:13
**oh** 32:20 51:19
71:20
**okay** 4:19,25
5:8,11,16,19,20
5:22,23 6:5,10
6:17,21,22 7:1
7:10,13,17,19
7:23 8:1,4,7,14
9:1,4,7,12,15
9:18,22 11:10
11:20,22 12:7
12:22 13:3,6
13:25 14:12
15:9,15,20
16:24 17:10
18:1,11 19:25
21:9,25 22:15
23:3,12 24:3,8
24:14,20 25:24
26:14 27:6,9
28:18,21,22
29:15,16 30:25
31:5 32:7,17
33:7 34:19
35:4 36:9 42:4
42:20 43:18
44:22 45:16
47:10 48:8
49:20 51:12,23
52:7,21 53:22
55:18 57:18,21
57:21,24 58:13
65:14,18,23
66:6,21 67:19

67:21 68:19,22
69:14,17 70:1
70:5,17,22
71:11 72:3
**old** 49:5
**older** 54:14
**once** 42:23
**opposite** 6:2
**orthopedic**
49:25
**outcome** 73:11
**outpatient** 17:6
**outside** 16:18
16:22
**overhear** 34:2
**overhearing**
26:14 41:18
**overly** 55:20
**overnight**
24:17 25:13,20
25:22 26:3,16
26:20 27:3
28:7
**own** 15:10
45:12
**oxygen** 41:13
49:11,14

**p**

**p.m.** 22:6 72:10
**pa** 1:20,24 2:4
2:7,12,16
**page** 3:2,10 5:9
10:4
**pages** 64:6

**pain** 30:15 72:1
72:4
**palsy** 14:20,21
15:5 34:12,13
34:25 35:2,8
35:11,20,24
50:16 51:13
56:13 57:3
71:13 72:1
**parkinson's**
14:25
**part** 25:19
61:17,21
**participate**
56:9
**participated**
55:7,11,15
58:6
**participates**
56:15
**particular** 56:3
57:2
**parties** 4:2
**party** 73:11
**passed** 39:19
**past** 8:12 15:1
**pelvic** 37:18
**pennsylvania**
1:1,14 73:3
**people** 33:3
38:8,13 45:13
58:23 65:18,19
67:6,16,17
**perfectly** 16:8

**performed**
28:14 49:25
51:25
**performing**
39:8
**period** 18:7,8
18:19 19:4
29:20,24 39:22
44:10 62:3
**person** 38:14
51:21 59:10
65:14 66:7
**personally**
26:12 59:1
**peter** 2:6 21:15
59:17,18
**pfaben** 2:8
**philadelphia**
53:13
**phones** 59:4
**photo** 59:10
**photographs**
9:18,23 10:2,8
58:20
**photos** 9:20
**physical** 33:20
37:9 51:24
55:3 56:16
**physically**
16:19 27:16
**physician** 16:2
17:2,2 24:15
**physicians**
18:12 50:19
60:7

**physiology**
14:10
**pick** 25:9 42:13
51:21,22
**picked** 66:3
**pictures** 10:16
57:9,20 59:3
70:6
**pillows** 48:13
**pinnacle** 1:8
2:8,8,9,9 16:14
61:4
**pinnaclehealth**
1:6,7
**pitocin** 30:6,9
**place** 11:13
26:19 46:21
65:12 73:7
**placed** 47:11
64:20
**placing** 63:11
**plaintiff** 1:4,21
**plan** 26:19,23
33:6
**platforms** 10:7
**play** 52:18
**played** 52:7,22
53:6
**playing** 58:24
59:7 67:25,25
**please** 5:17
6:19 7:1 20:24
**point** 6:17 8:8
14:19 23:3
28:19 29:1

30:12,18,20,25
32:6,11,13,18
32:22,24 33:18
37:1,21 38:2
42:2 43:22,25
44:5,9 45:2,8
45:17 46:7
47:9 49:4
59:12,15
**pool** 54:7,9,13
54:15,17 68:1
**pop** 48:25
**position** 13:18
13:20,25 26:3
26:6 28:15
44:22,25 48:5
62:14,16,17
63:8
**positioning**
26:2
**positions** 26:4
26:6 45:1
62:18
**possession** 59:7
**possible** 5:14
**post** 10:8,14
**postdelivery**
43:8,17
**posted** 57:9
**posts** 9:23 10:2
10:5
**practice** 63:21
64:3
**practices** 16:20

**pregnancy**
15:10,12 19:6
19:12
**pregnant** 15:21
16:25 17:12,15
18:4,23 19:2
**prenatal** 15:20
15:24 16:1,2,9
16:17 17:7,11
18:7,8,14,19
19:21 20:12
63:21 64:3
**prenatally**
15:13 16:25
17:15,19,23
18:3
**preparation**
10:18 11:3,23
19:19
**preprinted**
57:19
**prerequisite**
14:14
**prerequisites**
14:12
**prescription**
72:5
**present** 18:17
23:9 27:9
28:10 46:10
**presented** 21:3
**pressed** 45:18
**pressure** 37:17
**pretty** 44:4

prior  29:8
probably  8:16
  8:21,22 9:9
  10:14 19:8
  36:9 37:1,3
  60:6 62:10
  68:24 70:12
product  13:16
  14:2,3
professional
  1:16
progressing
  30:4 44:15
properly  6:24
provided  58:17
provider  16:2
  18:18 24:1,15
  28:6 35:18,21
  37:10,13,16,16
  38:4,17,22
  39:7 42:1
  58:16 61:13,17
  63:7,8,11
providers  17:1
  17:3,14 18:13
  19:14 23:12
  24:3 26:11,16
  27:11,15 28:1
  33:21,25 34:3
  37:20 38:1,4
  38:10 39:12,14
  41:1 42:5 43:7
  43:11 46:2
  47:1,5,19 48:2
  48:9 49:7

public  1:16
  73:5,16
published  57:8
  57:14,15
pull  65:25
  66:16,23
pulled  36:14
  38:22 66:7
pulling  35:13
  36:6,13 37:10
  37:13 38:5,8
  38:11,13,17
  42:7 44:19
  47:8,10,24
  61:15 63:12
  65:11,14
purchased
  57:19
purposes  11:18
pursuant  25:3
  73:7
pushed  29:21
  29:25
pushing  29:18
  30:3,19,23
  37:21 38:2
  44:12,13
put  36:13 39:25
  44:10 52:17
  54:13,13 55:16
  57:20

q

qualifications
  18:11

question  4:6
  5:1,6,12 6:3,4
  25:17 31:8
  32:18 35:17
  54:3 55:9
  60:12 68:14,15
  68:19 71:7
questions  5:1,2
  8:18 12:6,9
  32:6 38:9
  43:13,19 59:13
  60:3,10,13,16
  60:20,22 65:2
  65:7
quickly  30:4

r

r  7:22 73:2
ran  43:4
ranee  1:16 73:5
read  31:15
  35:22,24 36:4
readily  52:4
reading  4:3
real  68:3
realized  33:4
really  12:4,7
  14:8 19:5 33:2
reason  6:1,19
  36:16
reasonable
  29:8
reasonably
  5:20 38:25
  39:22

rec  55:1
recall  6:24 9:10
  17:10,25 18:2
  18:3,5,16
  19:11 21:13,20
  21:23,25 22:2
  24:2,6,8,24
  26:13,14,18,19
  26:25 27:2,5,6
  27:9,13 28:8
  28:12,24 29:2
  29:3,5,11,14
  30:5,11,13,14
  30:16,17 32:10
  33:19,20,23,24
  34:1,5,6,12
  37:2,6,7,19
  38:3,5,12,13,15
  38:16,18,22,24
  39:5,5,7,11,12
  39:16,19,21
  40:23 41:1,3,4
  41:6,8,9,11,15
  41:17,18,20,21
  41:23 42:8,11
  43:7,9,12,19
  44:17,22,24,25
  45:4,5,6,7,17
  45:19 46:1,4,5
  46:9,22,24,25
  47:7,9,16,18,19
  47:21 48:2,4,7
  48:8,11,13,16
  48:19,22 49:2
  49:3,4,6,9,13

49:19,22,23
50:7 55:2 58:2
58:2,8 60:6,8
62:20,25 63:5
63:9,10,13,17
64:4,13,17,18
64:22,24 65:15
65:17 67:18
**received** 64:1,7
**receiving** 30:11
**recent** 54:12
**recess** 44:6
**recognize**
27:19 59:25
**recollect** 67:11
**recollection**
22:7 25:5 36:8
40:22 65:19
**record** 4:21 7:2
20:24,25 23:17
23:21 31:16
32:16 37:24
39:17 48:23
68:11,12 70:15
73:10
**recorded** 73:8
**records** 10:21
19:18,20 20:2
20:4,12,15
22:5 25:4
28:13 29:7
49:24 50:8,13
56:18 63:20,24
64:2,6,8,11,16
64:19

**rees** 1:13 2:15
**reflect** 22:5
**refresh** 22:7
25:5
**regard** 8:18
9:15 19:15
36:8 47:24
48:5 50:20
59:7 64:16
**regarding** 18:6
19:20 20:12
50:9,16 57:7
57:22 58:11,14
60:12 64:11
**regimented** 6:5
**region** 1:23
**regularly** 72:3
**relate** 58:21
**related** 57:3
**relative** 49:8
**relay** 19:13
**relayed** 21:13
21:20 35:19,21
**remain** 22:24
42:9
**remember** 5:16
8:13 15:23,25
16:8,10,17
21:11 22:15,18
23:6 24:1,3
25:8,12,21
26:2,24 28:15
28:17 29:17,20
29:24 30:2,18
30:20,22,25

31:6,12 32:3,7
32:8,11,20,22
32:23,25 33:14
33:16,17 35:6
36:15 37:16,20
38:1,10 42:25
43:1,4,13,20,24
43:25 44:1,3
45:14 46:13,14
46:17,19,20
47:4 49:11
50:22,25 51:1
51:2,3 54:20
55:23 62:21
67:12 68:14,17
71:7,8,9
**remembered**
32:18
**remembers**
16:5
**removed** 46:12
**repeat** 36:3
**rephrase** 66:12
**reporter** 1:17
5:24 6:7 73:15
**represent**
11:18 25:3
27:18 59:22
61:4
**request** 64:16
**requested**
63:20 64:11
**requesting**
63:24

**requests** 64:7
**reserved** 4:6
**reside** 7:11
**residence** 7:8
**residents** 18:13
**respective** 4:2
**response** 64:7
**rest** 35:6
**restricted**
71:12
**restriction** 57:2
**restroom** 23:4
**result** 63:4
**resuscitate**
41:13
**review** 10:18
**reviewed** 19:18
**revisit** 61:5
**right** 18:9 22:8
31:24 32:13
35:13 39:6
47:15,20 51:14
60:2,9 65:4,6
66:1 67:13,21
67:22 72:7
**ring** 17:7
**role** 52:15
54:25
**rolled** 45:5
**room** 6:14 21:8
22:13,16,19
23:3,14,20
24:5 28:10
33:3,18 58:22
59:4 65:11,16

65:18 67:6,15
67:17
**rotations** 14:11

**s**

**s** 4:8
**sacchetta** 1:19
**sat** 68:25
**saw** 8:10,11,19
8:21 9:3 35:12
35:13 36:8
37:10 62:16
**saying** 5:25 6:9
10:15 32:20
63:10 66:6
**sbattorney.com**
1:21
**scenario** 33:22
**school** 8:25
43:5 56:4
**schooling** 56:9
**schools** 70:15
**scissors** 39:9
48:20
**scores** 41:18,22
**scott** 53:11
**scranton** 2:4
**screaming**
40:12
**scrubs** 66:11
**scully** 1:13 2:15
**sealing** 4:3
**second** 1:20
20:24 68:11
**seconds** 38:25
68:8

**section** 18:22
26:22 27:3
**see** 8:7,15,22
31:14,19,22
32:8,9,19,19
34:21 35:23
46:12 59:13
66:15 69:15
**seeing** 10:16
43:20 44:1
56:14 58:2
**seeking** 39:14
**seemed** 32:9,12
**seeming** 32:7
**seems** 51:6
**seen** 19:20
43:14 50:8,13
54:18 57:10,25
70:14
**sense** 25:10
**sent** 57:14
**services** 1:8 2:9
**session** 5:1
**setting** 6:14
**she'd** 32:12
**she'll** 15:3
**shields** 47:2
**shorthand** 73:9
**shot** 55:16
**shoulder** 34:6,9
51:9
**shoulders** 51:6
51:17 52:23
**show** 20:3

**shriners** 53:12
53:18
**side** 36:21,22
37:14 45:5,5
**sight** 36:23
**signature** 73:15
**signing** 4:3
**similar** 19:8
**simply** 4:25
**single** 38:4
**sister** 8:4,7
15:21 16:10
55:24
**sit** 25:12 27:7
27:21 37:23
57:1 62:24
64:14
**sitting** 47:5,9
**situation** 31:6
32:3 33:15
**size** 18:7 28:25
49:8
**sketchy** 30:21
31:1 32:4
**sloppy** 6:9
**slowly** 30:4
**snap** 48:25
**snyder** 2:6
**soccer** 54:22
67:25 70:8
**socer** 54:24
**social** 10:7
**solutions** 1:23
**somebody**
65:24 66:3,15

66:23 67:5
68:9
**sorry** 16:4
19:16 31:15
45:24 49:10
66:9 71:17,18
**sound** 48:25
**sounds** 10:12
22:8
**source** 35:11
**speak** 11:3,22
35:22 66:11
**speaking** 52:3
**specialists** 1:7
2:9
**specific** 24:10
25:15 32:6
33:8 43:3
64:15
**specifically**
11:25 21:23
22:2 23:7 24:6
30:23 33:24
34:21,23,25
35:16 36:15,20
41:8 42:11
44:3 55:16
57:3 61:20
70:6
**specifics** 12:6
71:10,15,19,23
**speculate** 5:18
16:7
**spoke** 9:1,8
11:5 60:7

spot  54:15
spruce  2:3
st  1:14
staff  28:10
   63:14
stalled  32:23
   44:9,11
stalling  32:25
stand  60:24
standing  47:5,8
stands  19:5
start  13:22
   32:17,19 45:23
started  29:18
   30:3,20,23
   31:1 32:4
state  7:1 8:9
   73:6
stated  34:17
states  1:1
stay  69:20,20
   69:20
stayed  69:23
sterile  46:20
stick  36:10
sticks  36:17
stipulated  4:1
stop  33:7 37:21
   38:2 67:8
stopped  22:3
   32:10,11
straight  25:8
street  1:20,24
   2:3,7,15 65:24
   67:5

stressful  12:13
strike  12:15
   14:5 46:1
   52:21 57:16
stroke  54:19
stuck  24:13
students  18:13
study  13:7
stuff  9:21
substance
   12:11
successful  39:3
   52:15
suction  41:2
suffer  15:17
suite  1:24 2:3
   2:11,15
summaries
   11:1
summer  8:21
   9:10
supervision
   73:9
supporting
   48:14
sure  7:3 16:14
   18:2 24:6 26:5
   27:24 30:16
   36:25 42:23
   44:4 52:20
   55:2 59:1 60:6
   60:7 64:5,5
   65:23 66:13
   68:1 71:9

surgery  49:25
surprise  20:8
swaddled  44:4
swam  54:8
swear  15:25
swim  53:24
   54:10
swimming
   53:21,24 54:1
   54:4,17,19
switched  38:7
switching
   38:10
sworn  4:8 73:7
syndrome
   56:19

**t**

t  4:8 7:22 73:2
   73:2
table  36:14
take  4:18 6:23
   61:7 68:8
taken  1:13
   10:24 49:20
   73:6
takes  72:3
talk  11:17 12:4
   12:7,9 33:2
talked  9:9,11
   11:6,14,17
   12:1,3 58:21
talking  6:1
tammy  8:4,7,10
   8:15,23 9:1,16
   12:2,3 15:21

16:10,18,24
17:6,10,15,18
17:22 18:4,12
18:18,21 19:11
19:25 20:3,11
20:16 21:3,9
21:12,21 22:5
22:12,19,24
24:1,4 25:14
26:11,15 27:4
27:11 28:6
29:3,9,17,21,24
30:2,8,11,14,19
34:3 35:19,22
37:6,21 38:2
40:20 42:15
43:11 44:13
45:5 46:10,17
48:14 49:7
50:12 57:6
58:9,17 59:6
65:11,21 67:15
tammy's  12:20
   19:1,20 21:5
   23:20,23 24:21
   25:20 26:2
   28:2 37:1,18
   44:22 45:18
   46:3,21
team  13:16
   53:24 54:22,25
   55:1
tearing  36:1
telephone  9:2

**tell**  5:7,17 6:19
  11:8,12 13:2
  15:4 16:8 26:4
  26:6 28:1 29:7
  31:5,11 32:2
  36:12,12 40:4
  51:8,10,13
  64:1 67:4 73:7
**ten**  15:3
**tendered**  3:12
**tendons**  36:2
**term**  34:6,9,12
  35:5 56:23
**terms**  16:25
  18:11,25 26:20
  34:16 38:11
  39:3,15,23
  41:13 42:6,7
  51:23 52:14
  63:7
**terribly**  6:18
**test**  29:13
**testified**  4:8
  20:16 46:10
  49:15 57:6
**testify**  6:13,24
**testifying**  6:15
**testimony**
  12:10 17:5
  73:8,10
**text**  9:2,13,14
  9:18 10:17
  68:8
**texter**  9:17

**thank**  33:12
  45:16 59:15
  60:15,18 65:3
  65:4 70:23,25
**thanks**  60:14
  60:17
**therapy**  51:24
  51:25 56:16
**thereof**  73:11
**thing**  11:15
  59:5
**things**  9:19,23
  10:3,9 23:4
  25:9 30:20
  31:1 32:3,9
  33:5 36:9
  42:13 54:11
  57:20 69:5,7
  69:25
**think**  6:18 9:5
  10:5 15:6,23
  22:20 36:17
  37:6 38:14
  40:6 45:9
  47:10 55:1
  57:5 58:3 60:2
  62:10 63:23
  70:7,8,11
**thinking**  22:8
  54:20
**thought**  25:7
**three**  8:16
  52:11,12 62:4
  62:7,9

**tilghman**  1:24
**time**  4:6 8:8,10
  8:19,21 9:1,3,8
  21:3,25 23:9
  23:15 24:24
  29:3,17,21,24
  33:14,16 36:4
  36:15 37:3
  38:8,14 39:19
  39:22 42:22,25
  44:11 45:3
  49:5 60:14,17
  62:3,18 70:1
  70:16,24 73:7
**timeframe**
  44:10
**times**  8:16 28:5
  38:16 42:22
  64:10
**tired**  55:20
**today**  4:17
  10:19 11:4
  25:13 27:21
  57:1 58:22
  62:25 64:14
**together**  7:15
  7:16 13:21
**told**  12:25
  19:25 35:3,18
  35:18 55:24,25
  59:6 64:6 67:7
  67:10
**tongs**  48:10
**took**  12:13
  42:24 65:12

**top**  17:21 53:2
  57:5
**touch**  9:12
  54:14
**track**  55:8,12
**training**  14:6
  14:15
**transcribed**
  73:9
**transcribing**
  5:25
**transcript**  6:10
**transcription**
  73:9
**transcriptionist**
  1:17
**transcripts**
  10:24
**traumatized**
  63:16
**traumatizing**
  36:16 61:8,10
**treated**  16:24
  17:15 18:12
  50:20 53:11
**treating**  17:6
**treatment**
  17:12 50:16
  53:17 56:12
**trial**  4:7
**tried**  25:24
  65:16 66:23
**true**  9:15 73:10
**truth**  73:8,8,8

**truthfully** 6:13 6:24
**try** 66:16
**trying** 40:19 66:13 67:8 68:9
**tub** 22:21 23:23 25:24
**turning** 33:6
**two** 8:16 13:8 36:9 37:13 38:8,13 42:12 61:4 62:4,7,9 62:10 63:21 68:8 71:1
**type** 7:23 11:15 14:19 15:5 27:9 44:20 48:14,25 53:6 54:19 56:12
**types** 11:1 69:25

**u**

**u** 7:22
**ugly** 31:25
**uh** 6:8,8
**ultimately** 34:24 44:18
**ultrasound** 28:13
**ultrasounds** 17:19,23
**unaware** 51:12
**under** 6:12 73:9

**undergo** 56:11
**understand** 5:3 5:6 6:9,12 25:18 26:8 65:23 70:17,17
**understanding** 5:13 8:1 12:17 20:17 21:2 23:8 27:14 29:6 34:23 35:10 42:1,15 43:14 52:3,7 52:25 53:5 54:21 55:7,11 55:18 66:21,22 66:22
**undertook** 20:11
**underwent** 17:18
**united** 1:1
**universe** 14:24
**upmc** 1:8 2:9 2:17 61:4
**upper** 49:16
**ups** 33:8
**use** 23:4 48:20
**used** 10:13 34:7 34:13 35:5 48:9,11,14 58:5 62:22
**uses** 10:6,8
**using** 39:9 61:17

**usually** 8:16

**v**

**vacuum** 48:10
**vaginal** 18:23 26:21,23
**vague** 25:17
**veritext** 1:23
**video** 59:2,10 70:6,7,7
**videos** 9:19,23 10:2,9 58:20 59:6 70:16
**view** 7:9
**visit** 8:23 16:2 42:18,24 43:1 43:4,8,17
**visited** 44:2
**visits** 8:24 15:20
**vs** 1:5

**w**

**w** 4:8
**waived** 4:4
**walked** 40:8 65:24
**want** 15:24 28:19 33:3 39:25 40:21 45:14 59:18 61:5,7 62:5,5,6 62:6 65:23 71:14,18
**wanted** 63:18

**wants** 5:18 16:7
**warner** 2:11
**watch** 36:16 61:10
**water** 21:5 54:10
**watkins** 1:12 3:3 7:3,14 13:4 21:2 32:2 44:8 59:12 61:3 73:6
**way** 22:3 27:7 30:14 37:4 38:15,15 46:15 46:16,23,24 47:4,22,23 48:4,17,18,22 55:5 66:2,14 71:12
**wayne** 7:14,15
**we've** 58:21 71:15
**wearing** 47:1 66:10
**wednesday** 1:15
**weekend** 69:21
**weight** 18:7 19:1,4,6,8,12 49:3,8
**weird** 58:23
**went** 15:24 16:22 22:15 25:8 31:13

| | **y** |
|---|---|
| 42:6,12,14,25 | **y**  4:8 7:22 |
| 53:18 63:24 | **yeah**  9:14,25 |
| 68:18 | 10:17 11:8,10 |
| **whatsoever** | 11:14,16,20 |
| 50:2 | 21:6 22:10 |
| **wild**  62:6 | 25:18,23 26:9 |
| **window**  33:18 | 28:20 31:4,13 |
| **wing**  16:12 | 31:18 43:5 |
| **witness**  3:2 | 48:11 56:10 |
| 4:17 11:6,10 | 60:21 66:4,12 |
| 11:20 31:20 | 68:10 69:18 |
| 59:16 60:15,18 | **year**  8:16 |
| 65:4 68:8 | **yearly**  8:14 |
| 70:25 72:9 | **years**  13:24 |
| 73:10 | 14:4 15:3 16:4 |
| **witnessed**  42:7 | 26:7 50:16 |
| **witnesses**  3:1 | 51:3 52:1,20 |
| **woman**  61:14 | 53:21 54:5 |
| 67:11 | **yep**  5:4 6:6 |
| **woman's**  17:6 | 59:16 70:25 |
| **words**  9:20 | 72:9 |
| 39:25 44:18 | **young**  15:16 |
| 60:7 | 71:6 |
| **work**  25:9,9 | **younger**  10:5,6 |
| 42:12,14 60:25 | 54:23 |
| 67:7 | |
| **worked**  66:23 | |
| **working**  65:19 | |
| **worn**  63:1 | |
| **worse**  51:2 | |
| **written**  57:8 | |
| **wrong**  30:21 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.