# EXHIBIT "M"



**Shriners Hospitals for Children**
Philadelphia Hospital
3551 North Broad Street
Philadelphia, PA 19140-4160

| History and Physical |
|---|

DOCUMENT NAME: Outpatient History and Physical
SERVICE DATE/TIME: 9/1/2004 14:26 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Griffin,Melissa T (9/1/2004 14:26 EDT)
SIGN INFORMATION: Kozin,Scott H (9/14/2004 09:32 EDT); Griffin,Melissa T (9/10/2004 13:39 EDT)

**OUTPATIENT HISTORY & PHYSICAL**

PATIENT: Ditzler, Bethany H.   MRN: 2764876

EXAM DATE: 09/01/2004   ATTENDING PHYSICIAN: Scott H. Kozin

HISTORY

CHIEF COMPLAINT: Erb's palsy.

HISTORY OF PRESENT ILLNESS: Bethany is a pleasant 3 year old child with a history significant for Erb's palsy. Bethany was the product of a 40 week gestation via spontaneous vaginal delivery, born with no assistive device, but she did weight 9 pounds 8 ounces. Mom had some trouble delivering her; she did have shoulder dystocia. She was told immediately that Bethany had a brachial plexus injury. Mom noticed that she had the classic waiter's tip when she was born. At two weeks, she noticed that Bethany started to wiggle her fingers and should return biceps at about 3 to 4 months. She started receiving occupational therapy at 3 months old and early intervention therapy. She's here today for a 2nd opinion. Dr. Segal at Hershey Medical Center had sent her down along with her CT scan for evaluation of her glenohumeral joint and also an elbow flexion contracture.

PAST MEDICAL/SURGICAL HISTORY: Past medical history is as above. No surgical history.

MEDICATIONS: Fluoride tablets due to well water.

---

Patient Name: Ditzler, Bethany Hope
Admit Date: 9/1/2004   09:33 EDT
Attending: Kozin MD,Scott H
MRN: 2764876
FIN: 004077636
DOB:    Gender: Female

This document contains Confidential Patient Information from the SHCIS Medical Record. This information is not for general use and should only be used and/or disposed of in accordance with SHC Policies and Procedures pertaining to the protection of Patient Privacy and Confidentiality.

User ID: Jackson,Kevin
Report Request ID: 53357682   Page 2 of 9   Print Date/Time: 9/21/2022 15:12 EDT

000390