# EXHIBIT "N"

| FAMILY NAME | MOTHER'S GIVEN NAME | | INFANT'S GIVEN NAME | HOSPITAL NO. | | ATTENDING PHYSICIAN | |
|---|---|---|---|---|---|---|---|
| Furjanic | Cami | | | 2200 | | | |
| BIRTH | TIME | WEIGHT | LENGTH | HEAD CIRC. | CHEST CIRC. | SEX | RACE |
| YR. 01 | 6:31 AM/PM | 4310 gm / 9 LBS. 8 OZ. | 20½ IN. | 35 CM / IN. | 36 CM / IN. | ☐ MALE ☒ FEMALE | C |
| MATERNAL HISTORY: GRAVIDITY 1 PARA 001 | BLOOD TYPE O+ Rh | SEROLOGY NR | GESTATION 40 WKS. | COMPLICATIONS | | RUPTURED MEMBRANES HRS. | |

| PREVIOUS NEWBORN PROBLEMS | ADMISSION EXAMINATION | | DISCHARGE EXAMINATION | |
|---|---|---|---|---|
| APGAR: 1 MIN. 7  5 MIN. 9 | CODE | DESCRIPTION OF ABNORMAL FINDINGS | CODE | DESCRIPTION OF ABNORMAL FINDINGS |
| 1. GENERAL APPEARANCE (MATURITY, ACTIVITY, TONE, CRY, COLOR, NUTRITION, EDEMA) | O | | O | |
| 2. SKIN (ICTERUS, RASHES, HEMATOMA) | O | | O | mild jaundice |
| 3. HEAD, NECK (MOLDING, FONTANEL, CAPUT, CRANIOTABES, CEPHALOHEMATOMA) | O | AF open | O | |
| 4. EYES (ABNORMALITIES, CONJUNCTIVA, RED REFLEX) | O | RR ⊕ | O | |
| 5. EARS, NOSE & THROAT (LIPS, GUMS, PALATE) | O | | O | |
| 6. THORAX (INCLUDING BREAST HYPERTROPHY) | O | | O | |
| 7. LUNGS | O | | O | |
| 8. HEART (INCLUDING FEMORAL PULSE) | O | | O | |
| 9. ABDOMEN (INCLUDING UMBILICUS) | O | | O | |
| 10. GENITALIA (TESTES, CIRCUMCISION, MEATUS) | O | | O | |
| 11. ANUS | O | | O | |
| 12. TRUNK AND SPINE | O | | O | |
| 13. EXTREMITIES (INCLUDING CLAVICLES AND ABDUCTION OF HIP JOINTS) | X | no motion (R) arm - hand pronated | | Erb's Palsy, Rt arm. |
| 14. REFLEXES (MORO, GRASP, SUCKING, SWALLOWING) | | | | Good suck |

IMPRESSION AT BIRTH: Normal newborn
Erb's palsy (R)

IMPRESSION AND DISCHARGE DIAGNOSIS: Term female newborn, Rt arm Erb's palsy. Mild jaundice. Needs f/u w/ Ortho. Circ not w/u done

DATE 8/17  TIME ___  PHYSICIAN'S SIGNATURE Q. Keen

DISCHARGE FEEDING: ☐ BREAST ☐ BOTTLE  WEIGHT ___
DATE 8 20 01  TIME 8:30 Am
PHYSICIAN'S SIGNATURE

PATIENT IDENTIFICATION
PHYSICIAN LABEL
FURJANIC, GIRL CAMI
MR: ███
 0   F   NEW
███ PA
CASE: 220042431   PEDIATRICS SERVICE-I
501/MED ASSIST
4501510921                 08/17/[redacted]

**PinnacleHealth** Hospitals

**DEPT. OF PEDIATRICS**
**PHYSICIAN'S RECORD OF**
**NEWBORN INFANT**

Form INV 1351 (08/00) MR (PM)

000391