# EXHIBIT "P"



**DEPARTMENT OF ORTHOPAEDICS**

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD 21201

University of Maryland Medical Center Midtown Campus
872 Linden Avenue
Baltimore, MD 21201

University of Maryland Orthopaedics and Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD 21045

University of Maryland Orthopaedics at Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Orthopaedics at Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Faculty Physicians, Inc. at Upper Chesapeake Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD 21041

Appointments: 410-448-6400 or 1-877-771-4567
Website:  www.umortho.org

---

**Total Joint Replacement**
Farshad Adib, MD
Aaron Johnson, MD
Sumon Nandi, MD, MBA

**Spine Care**
Kendall Buraimoh, MD
Daniel Cavanaugh, MD
Daniel Gelb, MD
Eugene Koh, MD, PhD
Steven Ludwig, MD

**Acupuncture**
Marcos Hsu, ND, LAc
Brian Jackson, MS, LAc

**Hand**
Joshua Abzug, MD
Ngozi Akabudike, MD
W. Andrew Eglseder, MD
Christopher Langhammer, MD, PhD
Raymond Pensy, MD

**Shoulder & Elbow**
Mohit Gilotra, MD
S. Ashfaq Hasan, MD
M. Gerard Slobogean, MD

**Pediatric Orthopaedics**
Joshua Abzug, MD
Daniel Gelb, MD (spine)

**Program in Sports Medicine**
Farshad Adib, MD
Idris Amin, MD, CAQSM, FAAPMR
Brian Corwell, MD
Valerie Cothran, MD
Claudia Dal Molin, DO, RMSK
S. Ashfaq Hasan, MD
R. Frank Henn, III, MD
Natalie Leong, MD
Meagan Lewis, MD
Sean Meredith, MD
Jonathan Packer, MD
Jaron Santelli, MD
Kyle Yost, DO

**Lower Extremity & Foot/Ankle**
Natalie Danna, MD

**Surgical Podiatry**
Hummira Abawi, DPM
Emily Durrance, DPM, CWS
Jacob Wynes, DPM, MS, FACFAS

**Musculoskeletal Oncology**
Vincent Ng, MD

**Orthopaedic Trauma**
Brent Bauer, MD
Robert Beer, MD
W. Andrew Eglseder, MD
Todd Jaeblon, DO
Aaron Johnson, MD
Christopher Langhammer, MD, PhD
Christopher LeBrun, MD
Jason Nascone, MD
Robert O'Toole, MD
Raymond Pensy, MD
Andrew Pollak, MD (Chairman)
Marcus Sciadini, MD

---

August 25, 2022

RE: ███████ █
DOB ██████

Dear Mr. Margulies:

The following records and reports were reviewed regarding ███████████:

1. Plaintiffs' Complaint
2. Medical records from Temple University Hospital
3. Medical records from Shriners Hospital – Philadelphia
4. Medical records from ChildLink Early Intervention
5. Deposition transcript of Clinton Turner, MD
6. Deposition transcript of Amanda Horton, MD
7. Deposition transcript of Nadia Gomez, MD
8. Deposition transcript of ███████████
9. Deposition transcript of Lianni Rivera

In addition, ██ was seen for an examination on August 2, 2022, that occurred at defense counsel's office.  She was accompanied by her mother, Lianni Rosy Rivera. Approximately 45 minutes was spent examining ██ and querying her and her mother regarding her current condition.

██ is an 11-year-old left hand dominant young lady who is developing appropriately for her age. She is not currently in any formalized activities but likes to play soccer.  Additionally, ██ stated that she likes to play Playstation video games and play with her younger brother. ██ stated that she is able to perform all of her activities of daily living including dressing herself, bathing, toileting, and eating.  She stated that she utilizes a sports bra as she cannot do a clasp in the back.  She also stated she has difficulty cutting tough steak but can easily cut chicken and soft foods.  ██ began menarche in the late fall of 2021.

██ was polite and cooperative throughout the examination. She performed multiple activities including running, walking, manipulating a smart phone, writing, peeling a sticker, gripping a dynamometer, pinching a pinch meter and throwing and catching a makeshift ball.  She was able to untie and retie a shoelace without assistance.  When manipulating the smart phone, ██ held the phone with both hands and typed utilizing both thumbs.  ██ was asked to perform a push-up but was unable to do so.



# Department of Orthopaedics

| | | |
|---|---|---|
| University of Maryland Medical Center<br>R Adams Cowley Shock Trauma Center<br>22 South Greene Street<br>Baltimore, Maryland  21201 | University of Maryland Orthopaedics at<br>Camden Yards<br>351 West Camden Street, Suite 501<br>Baltimore, MD  21201 | University of Maryland Medical Center<br>Midtown Campus<br>872 Linden Avenue<br>Baltimore, MD  21201 |
| University of Maryland Orthopaedics and<br>Rehabilitation Institute<br>2200 Kernan Drive<br>Baltimore, Maryland  21207 | University of Maryland Faculty<br>Physicians, Inc. at Waterloo Crossing<br>5900 Waterloo Road<br>Columbia, MD  21045 | University of Maryland Orthopaedics &<br>Sports Medicine at College Park<br>4321 Hartwick Road, Suite 101<br>College Park, MD  20740 |
| University of Maryland Orthopaedics at<br>Timonium<br>One Texas Station Court, #300<br>Timonium, Maryland  21093 | University of Maryland Orthopaedics at<br>Columbia<br>5500 Knoll North Drive, #100<br>Columbia, Maryland  21045 | University of Maryland Faculty Physicians,<br>Inc. at Upper Chesapeake<br>Physicians Pavilion II<br>500 Upper Chesapeake Drive<br>Bel Air, MD  21041 |

August 25, 2022
Page 2 of 7

M. Gerard Slobogean, MD, MPH

**Physical/Occupational Therapy**
Peter Bowman, PT, DPT, FAAOMPT
Nicole Bickhart, OT, CHT, COMT-UL
Ritu Goel, MS, OTR/L, DHSc
Alisa Pravdo, PT, DPT, FAAOMPT
Wes Robinson, ATC, PT
Robert Rowland, PT, DPT, OCS, CSCS
Michael Zarro, PT, DPT, SCS, CSCS

Birth History:  Birth history questioning was deferred at the instruction of plaintiff's counsel.

Medications: None.

Allergies: NKDA

Past medical history: None.

Past surgical history: ▮ underwent a "right ulnar nerve to musculocutaneous nerve (Oberlin procedure)" on June 13, 2011, performed by Scott Kozin, MD.  She also underwent an "1. Osteotomy of the radius 2. Biceps rerouting 3. Application of long arm cast" on March 22, 2021, also performed by Scott Kozin, MD.

Pain:  ▮ stated that she experiences pain in the anterior aspect of her shoulder and elbow when she stretches.  The pain lasts for a few seconds to minutes and resolves with rest. No medications are utilized to relieve the pain.

Social History: ▮ lives in Philadelphia, PA in a 2-story rowhome that has a basement.  Also living in the house is ▮'s mother, Lianni Rosy Rivera, her step-father, and her two-year-old brother, ▮.  The family does not have any pets.  ▮ will be entering 6th grade this fall and plans to attend St. Martin's of Tours.

Therapy:  ▮ is not currently in any formal therapy.  She was last in formal therapy over 1 year ago.  She does not currently utilize any splints and does not perform a home exercise program.

Physician follow-up:  ▮ is followed by Scott Kozin, MD, regarding her right upper extremity.  She was last seen by Dr. Kozin in May of 2021 and was advised to follow-up in approximately one year.  She does not have an appointment scheduled at this time.

Examination of ▮ showed her to be average weight, at approximately 100 pounds, for an 11-year-old female of her height of 4 feet 8.5 inches.  She was cooperative throughout the examination, including being playful and responding appropriately to commands.



## DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland  21201

University of Maryland Orthopaedics at Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD  21201

University of Maryland Medical Center Midtown Campus
872 Linden Avenue
Baltimore, MD  21201

University of Maryland Orthopaedics and Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland  21207

University of Maryland Faculty Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD  21045

University of Maryland Orthopaedics & Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD  20740

University of Maryland Orthopaedics at Timonium
One Texas Station Court, #300
Timonium, Maryland  21093

University of Maryland Orthopaedics at Columbia
5500 Knoll North Drive, #100
Columbia, Maryland  21045

University of Maryland Faculty Physicians, Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD  21041

August 25, 2022
Page 3 of 7

███ postured with her right upper extremity bent at the elbow during walking and running. There was decreased arm swing of her right upper extremity with walking and running.  No signs of Horner's syndrome were present.  She was able to flex her neck to two fingerbreadths from her chest, extend it 40 degrees and rotate 60 degrees in both directions.

███'s spine was straight without signs of scoliosis.  She was able to walk and run back and forth in the conference room.  There was decreased right arm swing present during these activities. No abduction contractures were present.

███'s upper extremities were examined in great detail utilizing a tape measure and goniometer when possible. Her arm lengths were symmetric measuring 22.5 cm from the tip of the acromion to the elbow flexion crease. The forearm measured 19.5 cm on the right compared to 21.5 cm on the left, measured from the elbow flexion crease to the wrist flexion crease.  The arm circumference was slightly different at 25.5 cm on the right compared to 26 cm on the left, measured at 10 cm proximal to the elbow flexion crease. Her forearm circumference was asymmetric at 18.5 cm on the right compared to 21 cm on the left, measured at 10 cm distal to the elbow flexion crease. ███ had a scar on the medial aspect of her right arm that measured 4 cm.  There was a Z shaped scar about her anterior right elbow that measured 11 cm and a longitudinal scar about her distal volar right forearm that measured approximately 7.5 cm.

███'s upper extremities were examined via active motion, passive movement, manual muscle testing, and Mallet parameters. Active shoulder forward flexion was 130 degrees on the right and 170 degrees on the left. Passively, the right shoulder forward flexion was 170 degrees. Active external rotation was to 40 degrees on the right and 65 degrees on the left.  Passively, the right shoulder could be externally rotated to 80 degrees and the left to 75 degrees.  Active global abduction was 130 degrees on the right and 170 degrees on the left.   Passive shoulder abduction was to 170 degrees bilaterally. ███ was able to internally rotate the right shoulder to the lateral thigh and her left shoulder to T10.  Her modified Mallet showed global abduction grade IV (130 degrees); global external rotation grade IV (40 degrees); hand to neck was grade IV; hand to spine was grade II; hand to mouth was grade III; and internal rotation was grade III.  No scapula-humeral abduction contracture was present on either side.  There was very mild scapula winging on the right side.  Passive shoulder external rotation with the scapula stabilized measured 60 degrees.



# DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center<br>R Adams Cowley Shock Trauma Center<br>22 South Greene Street<br>Baltimore, Maryland 21201 | University of Maryland Orthopaedics at Camden Yards<br>351 West Camden Street, Suite 501<br>Baltimore, MD 21201 | University of Maryland Medical Center Midtown Campus<br>872 Linden Avenue<br>Baltimore, MD 21201 |
| University of Maryland Orthopaedics and Rehabilitation Institute<br>2200 Kernan Drive<br>Baltimore, Maryland 21207 | University of Maryland Faculty Physicians, Inc. at Waterloo Crossing<br>5900 Waterloo Road<br>Columbia, MD 21045 | University of Maryland Orthopaedics & Sports Medicine at College Park<br>4321 Hartwick Road, Suite 101<br>College Park, MD 20740 |
| University of Maryland Orthopaedics at Timonium<br>One Texas Station Court, #300<br>Timonium, Maryland 21093 | University of Maryland Orthopaedics at Columbia<br>5500 Knoll North Drive, #100<br>Columbia, Maryland 21045 | University of Maryland Faculty Physicians, Inc. at Upper Chesapeake<br>Physicians Pavilion II<br>500 Upper Chesapeake Drive<br>Bel Air, MD 21041 |

August 25, 2022
Page 4 of 7



■ had active elbow flexion of 145 degrees on the right and 140 degrees on the left. Active elbow extension was to 30 degrees on the right and 5 degrees on the left. Passively, the right elbow could be extended to 20 degrees and the left to 0 degrees. Active supination measured 50 degrees on the right and 75 degrees on the left. Passively the right forearm could be supinated to 80 degrees. Active pronation was 0 degrees on the right and 80 degrees on the left. Passively, the right forearm could be pronated to 65 degrees. The carrying angle was 10 degrees bilaterally. Active wrist extension was to 50 degrees on the right and 70 degrees on the left. Passively, the right wrist could be extended to 70 degrees. Active wrist flexion was 50 degrees on the right and 80 degrees on the left. Passively, the right wrist could be flexed to 80 degrees.



## DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center<br>R Adams Cowley Shock Trauma Center<br>22 South Greene Street<br>Baltimore, Maryland  21201 | University of Maryland Orthopaedics at<br>Camden Yards<br>351 West Camden Street, Suite 501<br>Baltimore, MD  21201 | University of Maryland Medical Center<br>Midtown Campus<br>872 Linden Avenue<br>Baltimore, MD  21201 |
| University of Maryland Orthopaedics and<br>Rehabilitation Institute<br>2200 Kernan Drive<br>Baltimore, Maryland  21207 | University of Maryland Faculty<br>Physicians, Inc. at Waterloo Crossing<br>5900 Waterloo Road<br>Columbia, MD  21045 | University of Maryland Orthopaedics &<br>Sports Medicine at College Park<br>4321 Hartwick Road, Suite 101<br>College Park, MD  20740 |
| University of Maryland Orthopaedics at<br>Timonium<br>One Texas Station Court, #300<br>Timonium, Maryland  21093 | University of Maryland Orthopaedics at<br>Columbia<br>5500 Knoll North Drive, #100<br>Columbia, Maryland  21045 | University of Maryland Faculty Physicians,<br>Inc. at Upper Chesapeake<br>Physicians Pavilion II<br>500 Upper Chesapeake Drive<br>Bel Air, MD  21041 |

August 25, 2022
Page 5 of 7

███ was able to open and close her hands completely.  Finger extension was full at the metacarpophalangeal and interphalangeal joints.  There was strong independent flexor digitorum superficialis and flexor digitorum profundus function in all digits, however the right ring and small finger flexor digitorum profundi were somewhat weaker than the right index and long finger flexor digitorum profundi.  ███ had difficulty crossing her fingers on the right and the right small finger was unable to be fully adducted (+ Wartenberg sign).  Opposition was full and she was easily able to rotate her thumb to the small fingers with adequate movement and rotation.  ███ was able to easily peel a sticker.  There was good capillary refill in all digits. No signs of dystrophy were present.  ███ lacked two-point discrimination at 8 mm in the median and ulnar nerve distributions on the right.  The deep tendon reflexes measured 1+ in the biceps and brachioradialis in both upper extremities.

Manual Muscle Testing of Right Upper Extremity

| | Right | Left |
|---|---|---|
| Shoulder Abduction | 4 | 5 |
| Shoulder Adduction | 4 | 5 |
| Shoulder Flexion | 4 | 5 |
| Shoulder External Rotation | 4 | 5 |
| Shoulder Internal Rotation | 4 | 5 |
| Elbow Flexion | 4 | 5 |
| Elbow Extension | 4 | 5 |
| Forearm Supination | 4 | 5 |
| Forearm Pronation | 4 | 5 |
| Wrist Flexion | 4 | 5 |
| Wrist Extension | 5 | 5 |
| Finger Flexion | 4 | 5 |
| Finger Extension | 4 | 5 |
| Interossei | 4 | 5 |

Grip and Pinch Measurements

| Side | Grip position I | Grip position II | Grip position III | Grip position IV | Grip position V | Pinch | Upside down Pinch |
|---|---|---|---|---|---|---|---|
| Right | 10 lbs. | 18 lbs. | 20 lbs. | 14 lbs. | 10 lbs. | 5 lbs. | 5 lbs. |
| Left | 47 lbs. | 32 lbs. | 30 lbs. | 25 lbs. | 18 lbs. | 13 lbs. | 13 lbs. |



# DEPARTMENT OF ORTHOPAEDICS

| | | |
|---|---|---|
| University of Maryland Medical Center R Adams Cowley Shock Trauma Center 22 South Greene Street Baltimore, Maryland 21201 | University of Maryland Orthopaedics at Camden Yards 351 West Camden Street, Suite 501 Baltimore, MD 21201 | University of Maryland Medical Center Midtown Campus 872 Linden Avenue Baltimore, MD 21201 |
| University of Maryland Orthopaedics and Rehabilitation Institute 2200 Kernan Drive Baltimore, Maryland 21207 | University of Maryland Faculty Physicians, Inc. at Waterloo Crossing 5900 Waterloo Road Columbia, MD 21045 | University of Maryland Orthopaedics & Sports Medicine at College Park 4321 Hartwick Road, Suite 101 College Park, MD 20740 |
| University of Maryland Orthopaedics at Timonium One Texas Station Court, #300 Timonium, Maryland 21093 | University of Maryland Orthopaedics at Columbia 5500 Knoll North Drive, #100 Columbia, Maryland 21045 | University of Maryland Faculty Physicians, Inc. at Upper Chesapeake Physicians Pavilion II 500 Upper Chesapeake Drive Bel Air, MD 21041 |

August 25, 2022
Page 6 of 7

Summary

███ has residual brachial plexus impairment involving the right C5 - C7 nerve roots with an axontomesis injury that primarily affects her motion about her shoulder and forearm. In addition, there is a mild elbow flexion contracture. She also appears to have some deficits in her ulnar nerve distribution, likely related to her Oberlin procedure. These deficits will have a mild effect on activities of daily living and may have mild effects on employability if duties require ███ to lift heavy objects over-head, utilize forearm rotation and/or perform tasks that require substantial strength in both upper extremities. She will be able to work as an adult in a variety of white collar and blue-collar occupations, including jobs that require the use of a computer.

███ may benefit from one series of Botox to her elbow flexors to decrease her elbow flexion contracture. She would also benefit from elbow extension night-time splinting until skeletal maturity, which should be in approximately one year. ███ would not benefit from any additional procedures performed about her right shoulder or her forearm as she has adequate motion in those areas that is needed for the majority of daily functions. In addition, her hand function is adequate and will not require any procedures in the future. She should be periodically evaluated by a physician familiar with brachial plexus injuries until she reaches skeletal maturity, which will be in approximately one year. None of these treatments will substantially alter her performance of activities of daily living or her employment opportunities. ███ will continue to become independent in all activities of daily living with increasing age, possibly with the use of assistive devices, and be able to live a full productive life.

It should be noted that ███'s brachial plexus injury likely occurred when the head was stretched away from the shoulder. Such a stretch may occur in the obstetrical setting, including through maternal forces of labor with and without the complication of shoulder dystocia. During a delivery complicated by shoulder dystocia, the fetal shoulder is trapped behind the maternal pubis while the forces of labor propel the body and head forward. This combination of forces can result in a stretch of the shoulder away from the head. If the stretch is significant in force and duration, the nerves of the brachial plexus become damaged. If the fetus is hypotonic, as with ███, such that the protective reflexes of the muscles are not sufficiently present, the brachial plexus is more susceptible to injury. The thought that a brachial plexus injury can only occur during the birthing process due to excessive traction is just false.

UNIVERSITY of MARYLAND
FACULTY PHYSICIANS, INC.
Faculty Practices of the
University of Maryland School of Medicine

DEPARTMENT OF ORTHOPAEDICS

University of Maryland Medical Center
R Adams Cowley Shock Trauma Center
22 South Greene Street
Baltimore, Maryland 21201

University of Maryland Orthopaedics at
Camden Yards
351 West Camden Street, Suite 501
Baltimore, MD 21201

University of Maryland Medical Center
Midtown Campus
872 Linden Avenue
Baltimore, MD 21201

University of Maryland Orthopaedics and
Rehabilitation Institute
2200 Kernan Drive
Baltimore, Maryland 21207

University of Maryland Faculty
Physicians, Inc. at Waterloo Crossing
5900 Waterloo Road
Columbia, MD 21045

University of Maryland Orthopaedics &
Sports Medicine at College Park
4321 Hartwick Road, Suite 101
College Park, MD 20740

University of Maryland Orthopaedics at
Timonium
One Texas Station Court, #300
Timonium, Maryland 21093

University of Maryland Orthopaedics at
Columbia
5500 Knoll North Drive, #100
Columbia, Maryland 21045

University of Maryland Faculty Physicians,
Inc. at Upper Chesapeake
Physicians Pavilion II
500 Upper Chesapeake Drive
Bel Air, MD 21041

All of the above opinions were provided based upon a reasonable degree of medical certainty. My compensation pertaining to this care is set forth in my fee schedule.

Sincerely yours,

Joshua M. Abzug, M.D.
Director, University of Maryland Brachial Plexus Clinic
Director, Pediatric Orthopaedics
Deputy Surgeon-in-Chief, University of Maryland Children's Hospital
Professor
Department of Orthopaedics
University of Maryland School of Medicine

Appointments: 410-448-6400 or 1-877-771-4567
Website: www.umortho.org