# EXHIBIT "Q"

## <u>CURRICULUM VITAE</u>

### JAY GOLDBERG, MD, MSCP

**BIOGRAPHICAL:**

Birth date: ███████
Birthplace: Pittsburgh, PA
Citizenship: USA

Work Address: Department of Obstetrics and Gynecology
Einstein Medical Center
5501 Old York Road
Room 1615 Lifter Building
Philadelphia, PA  19141

Cell phone: 215-915-4055

E-mail: jaygoldbergmd@yahoo.com

Website: www.philadelphiafibroids.com

App: Philadelphia Fibroid Center

**EDUCATION AND TRAINING:**

1980 - 1984 Mt. Lebanon High School
Pittsburgh, PA

1984 - 1988 Penn State University
State College, PA
University Scholars Program
Schreyer Honors College
BS in Biology
Honors Degree in Vertebrate Physiology

1989 - 1993 University of Pennsylvania School of Medicine
Philadelphia, PA
MD

1993 - 1997 Magee-Womens Hospital
University of Pittsburgh Medical Center
Pittsburgh, PA
Residency in Obstetrics and Gynecology

Jay Goldberg, MD, MSCP
Curriculum Vitae

| | |
|---|---|
| 2000 | Reproductive Epidemiology and Clinical Trial Design Program<br>The Berlex Foundation<br>Santa Cruz, California |
| 2000 - 2004 | Thomas Jefferson University / National Institute of Health<br>Philadelphia, PA<br>National Institute of Health (NIH) K30 Fellowship in Human Clinical Investigation |
| 2000 - 2004 | Thomas Jefferson University<br>Philadelphia, PA<br>MS in Clinical Pharmacology |
| 2013 - 2014 | CREOG School For Residency Program Directors |

**ACADEMIC POSITION:**

| | |
|---|---|
| 2015 - present | Director of Research<br>Einstein Medical Center<br>Philadelphia, PA |
| 2013 - present | Clinical Professor<br>Einstein Medical Center<br>Thomas Jefferson University<br>Philadelphia, PA |
| 2013 - present | Director<br>Philadelphia Fibroid Center at Einstein<br>Einstein Medical Center<br>Philadelphia, PA |
| 2013 - present | Vice Chairman<br>Department of Obstetrics and Gynecology<br>Einstein Medical Center<br>Philadelphia, PA |
| 2013 - present | Associate Residency Program Director<br>Department of Obstetrics and Gynecology<br>Einstein Medical Center<br>Philadelphia, PA |
| 2009 - 2013 | Professor<br>Department of Obstetrics and Gynecology<br>Jefferson Medical College |

000575

Jay Goldberg, MD, MSCP
Curriculum Vitae

|  |  |
|---|---|
|  | Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2006 - 2009 | Associate Professor<br>Department of Obstetrics and Gynecology<br>Jefferson Medical College<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2005 - 2012 | Director<br>Division of General Obstetrics and Gynecology<br>Jefferson Medical College<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2005 | Acting Director<br>Division of General Obstetrics and Gynecology<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2004 - 2013 | Director<br>Jefferson Fibroid Center<br>www.jeffersonhospital.org/fibroid<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2001 - 2004 | Associate Director<br>Division of General Obstetrics and Gynecology<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 1999 - 2002 | Director of Gynecology<br>Division of General Obstetrics and Gynecology<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2004 - 2006 | Clinical Associate Professor<br>Department of Obstetrics and Gynecology<br>Jefferson Medical College<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 2000 - 2004 | Clinical Assistant Professor<br>Department of Obstetrics and Gynecology<br>Jefferson Medical College<br>Thomas Jefferson University Hospital |

000576

Jay Goldberg, MD, MSCP
Curriculum Vitae

|  | Philadelphia, PA |
|---|---|
| 1998 - 2000 | Instructor<br>Department of Obstetrics and Gynecology<br>Jefferson Medical College<br>Thomas Jefferson University Hospital<br>Philadelphia, PA |
| 1997 - 1998 | Attending Physician<br>Vineland OB/GYN<br>Vineland, NJ |

## MEDICAL LICENSURE:

| 1995 | State of Pennsylvania (MD-056373-L) expires 12/31/24 |
|---|---|
| 1997 | DEA expires 9/30/25 |

## SPECIALTY BOARD CERTIFICATION:

| 1999 | American Board of Obstetrics and Gynecology |
|---|---|
| 2001 | Fellow of ACOG |
| 2009 - present | American Board of Obstetrics and Gynecology – recertified annually through Maintenance of Certification (MOC) Program |

## HOSPITAL PRIVILEGES:

| 2013 - present | Einstein Medical Center Philadelphia<br>Department of Obstetrics and Gynecology<br>Philadelphia, PA |
|---|---|
| 2013 - present | Einstein Medical Center Montgomery<br>Department of Obstetrics and Gynecology<br>East Norriton, PA |
| 1998 - 2013 | Thomas Jefferson University Hospital<br>Department of Obstetrics and Gynecology<br>Philadelphia, PA |
| 1999 - 2003 | Lankenau Hospital<br>Department of Obstetrics and Gynecology<br>Philadelphia, PA |
| 1998 - 2013 | Methodist Hospital<br>Department of Obstetrics and Gynecology |

000577

Jay Goldberg, MD, MSCP
Curriculum Vitae

|  | Philadelphia, PA |
|---|---|
| 1997 - 1998 | Newcomb Medical Center<br>Department of Obstetrics and Gynecology<br>Vineland, New Jersey |
| 1997 - 1998 | Millville Hospital<br>Department of Obstetrics and Gynecology<br>Millville, New Jersey |
| 1993 - 1997 | Magee-Womens Hospital<br>Department of Obstetrics and Gynecology<br>Pittsburgh, PA |

**COMMITTEE APPOINTMENTS:**

| 2017 - present | Healthcare Disparities Seed Grant Subcommittee<br>Einstein Medical Center Philadelphia |
|---|---|
| 2017 - present | Credentialing Committee<br>Einstein Medical Center Philadelphia |
| 2016 - present | Compensation / Contracts Committee<br>Einstein Medical Center Philadelphia |
| 2016 - present | Research Conflict of Interest Committee<br>Einstein Medical Center Philadelphia |
| 2015 - present | Medical Staff Board<br>Einstein Medical Center Philadelphia |
| 2014 - present | Performance Improvement Committee<br>Einstein Medical Center Philadelphia |
| 2014 - present | Research Subcommittee of Medical Staff Board<br>Einstein Medical Center Philadelphia |
| 2013 - present | Cancer Committee<br>Einstein Medical Center Philadelphia |
| 2013 - present | Standards of Behavior Oversight Committee<br>Einstein Medical Center Philadelphia |
| 2013 - present | EPPI/ECHA Company Committee<br>Einstein Medical Center Philadelphia |

000578

Jay Goldberg, MD, MSCP
Curriculum Vitae

| | |
|---|---|
| 2012 – 2013 | Jefferson CME Committee<br>Thomas Jefferson University Hospital |
| 2007 – 2013 | Strategic Planning Committee<br>Department of Obstetrics and Gynecology<br>Thomas Jefferson University Hospital |
| 2006 – 2013 | Dean's Letter Writing Committee<br>Jefferson Medical College |
| 2006 – 2013 | Risk Management Incident Review Committee<br>Thomas Jefferson University Hospital |
| 2006 – 2013 | Clinical Preceptor<br>Thomas Jefferson University School of Nursing |
| 2005 – 2013 | Emergency Room Risk Management Committee<br>Thomas Jefferson University Hospital |
| 2004 – 2005 | WMS Office Organizational Committee<br>Department of Obstetrics and Gynecology<br>Thomas Jefferson University Hospital |
| 2004 – 2013 | OR Utilization Committee<br>Department of Obstetrics and Gynecology<br>Thomas Jefferson University Hospital |
| 2003 – 2013 | Medical Education Committee<br>Department of Obstetrics and Gynecology<br>Thomas Jefferson University Hospital |
| 2003 – 2013 | OR Scheduling and Utilization Committee<br>Thomas Jefferson University Hospital |
| 2002 – 2013 | Task Force Committee<br>Department of Obstetrics and Gynecology<br>Thomas Jefferson University Hospital |
| 2002 - 2013 | International Federation of Medical Students' Association<br>Faculty Mentor |
| 2001 - 2013 | Penn State/Jefferson Six-Year Accelerated Medical<br>Program Admissions Committee |
| 2001- 2013 | Steering Committee<br>Department of Obstetrics and Gynecology |

000579

Jay Goldberg, MD, MSCP
Curriculum Vitae

|  | Thomas Jefferson University Hospital |
|---|---|
| 2001 - 2013 | Clinical Mentor<br>Jefferson Medical College |
| 2000 – 2013 | Research Mentor<br>Jefferson Medical College |
| 1999 – 2013 | Residency Admissions Committee<br>Department of Obstetrics and Gynecology<br>Thomas Jefferson University Hospital |
| 1999 - 2013 | Jefferson Medical College Admissions Committee<br>Thomas Jefferson University Hospital |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES:**

American College of Obstetricians and Gynecologists (ACOG)
OB Society of Philadelphia

**HONORS AND AWARDS:**

| 2023 | 2nd prize best oral presentation. Comparing Clark's 2017 Category II EFM algorithm to actual management when umbilical cord arterial pH was < 7. ACOG Jr. Fellow Meeting. |
|---|---|
| 2023 | Albert Einstein Society Seed Grant. Decision to incision quality improvement project seed grant |
| 2023 | *Philadelphia* magazine Top Doc |
| 2022 | Best research paper. Decision to incision for increased BMI. ACOG Jr. Fellow Meeting. |
| 2022 | Philip Williams Prize for best oral presentation. Decision to incision for increased BMI. ACOG Jr. Fellow Meeting. |
| 2022 | *Philadelphia* magazine Top Doc |
| 2021 | Jefferson College of Nursing Preceptor Recognition Award |
| 2021 | Philip Williams Prize for best research project. Decision to incision. ACOG Jr. Fellow Meeting. |
| 2021 | *Philadelphia* magazine Top Doc |
| 2021 | Einstein Healthcare Disparities Grant. Decision to incision. |
| 2020 | *Philadelphia* magazine Top Doc |
| 2019 | 2nd & 3rd prize oral presentations. AWC OB/GYN Scholarship Symposium, Philadelphia |
| 2019 | 1st, 2nd, 3rd prize poster presentations. AWC OB/GYN Scholarship Symposium, Philadelphia |

000580

Jay Goldberg, MD, MSCP
Curriculum Vitae

| | |
|---|---|
| 2019 | *Philadelphia* magazine Top Doc |
| 2018 | Jefferson College of Nursing Preceptor Recognition Award |
| 2018 | *Philadelphia* magazine Top Doc |
| 2017 | 1st, 2nd, 3rd prize oral presentations. AWC OB/GYN Scholarship Symposium, Philadelphia |
| 2017 | 1st, 3rd prize poster presentations. AWC OB/GYN Scholarship Symposium, Philadelphia |
| 2017 | 1st place research project. ACOG Jr. Fellow Meeting, District III, Philadelphia |
| 2017 | 1st, 2nd, 3rd prize research posters. ACOG Jr. Fellow Meeting, District III, Philadelphia |
| 2017 | *Philadelphia* magazine Top Doc |
| 2017 | J. Stanley Cohen Research Award |
| 2017 | Frontiers in Headache Research Scholarship. American Headache Society. |
| 2017 | Jefferson College of Nursing Preceptor Recognition Award |
| 2017 | Drexel University School of Nursing Certificate of Appreciation (2010, 2011, 2016, 2017) |
| 2016 | *Philadelphia* magazine Top Doc |
| 2015 | 2nd place research project. ACOG Jr. Fellow Meeting, University of Pennsylvania. |
| 2015 | *Philadelphia* magazine Top Doc |
| 2014 | 1st place research project. District I, II, & IV Meeting, Baltimore. |
| 2014 | 1st place research project. ACOG Jr. Fellow Meeting, Delaware. |
| 2014 | Einstein Research Day 2nd place research project |
| 2014 | Einstein Research Day 2nd place clinical poster |
| 2014 | *Philadelphia* magazine Top Doc |
| 2013 | ACOG Mentor of the Year Award |
| 2012 | Jefferson Medical College Excellence in Teaching Award (1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2009, 2010, 2011, 2012) |
| 2012 | TJU School of Nursing Certificate of Recognition (2006, 2008, 2009, 2010, 2011, 2012) |
| 2011 | The John M. Nokes Lecturer and Visiting Professor, University of Virginia |
| 2010 | Star Team Award - Thomas Jefferson University Hospital |
| 2009 | Commendation of the Executive Committee of TJUH |
| 2008 | Medical Student Research Guidance and Mentoring Certificate of Appreciation |
| 2007 | Invited Judge, Seymour Stein Memorial Drexel University OB/GYN Resident Research Night |
| 2005 | The Hobart Amory Hare Honor Society 34th Annual Raft Debate Winner |
| 2004 | Chairman's Research Fund Grant |

000581

Jay Goldberg, MD, MSCP
Curriculum Vitae

| | |
|---|---|
| 2003 | Main Line Health Research Travel Grant |
| 2001 | Chairman's Research Fund Grant |
| 2000 | ACOG/Merck Research Award in Migraine Management in Women's Health Care |
| 2000 | Berlex Foundation Faculty Development Award |
| 2000 | American Association for the Study of Headaches Educational Grant |
| 1999 | APGO Excellence in Teaching Award |
| 1991 | Strikler Memorial Award |
| 1990 | Goldman Scholarship Award |
| 1989 | Class President, University of Pennsylvania School of Medicine |
| 1989 | Croll Medical Scholarship |
| 1988 | Penn State Academic Award |
| 1988 | Phi Beta Kappa |
| 1988 | Hammond Prize (Top Penn State Senior in Biology) |
| 1985 | Mann Academic Award |
| 1984 | Commensky Scholarship |

**PEER REVIEWER:**

| | |
|---|---|
| 2006 – present | Pennsylvania Department of State |
| 2009 – present | US Department of Justice |
| 2014 – present | CREOG & APGO Film Festival Reviewer |

**COMMUNITY ACTIVITIES:**

| | |
|---|---|
| 1984 | Eagle Scout |
| 1985 - 1988 | Scoutmaster for disabled Boy Scout troop |
| 1998 - present | Philadelphia Canoe Club |
| 2003 - 2005 | Penn State Schreyer Honors College Alumni Board |
| 2022 - present | Penn State Schreyer Honors College – Goldberg Family Honors Scholarship |
| 2022 – present | Penn State President's Circle of the President's Club |

**RESEARCH GRANTS:**

Decision to incision quality improvement project. Lisa Berkowitz, Jennifer Barnes, Anneliese Gualtieri, Glen Shopper, Amanda Schieler, Jay Goldberg. Albert Einstein Society Seed Grant. 2023.

Decision to incision. Laura Deal, MD, Chase White, MD, Jay Goldberg, MD. Sponsor: Einstein Healthcare Disparities Grant. 2021.

000582

Jay Goldberg, MD, MSCP
Curriculum Vitae

"A Phase III, open-label, parallel, randomized, multicenter study evaluating the safety of 25 and 50 mg Proellex (CDB-4124) in the treatment pre-menopausal women with symptomatic uterine fibroids."
**Primary Investigator**: Jay Goldberg, MD, MSCP. Sponsor: Repros Therapeutics, Inc.

"A Phase II, multicenter, randomized, placebo-controlled, double-blinded study of the selective progesterone receptor modulator Proellex (CDB-4124) in pre-menopausal women with symptomatic leiomyomata."
**Primary Investigator**: Jay Goldberg, MD, MSCP. Sponsor: Repros Therapeutics, Inc.

"A study to examine the safety, tolerability and efficacy of 2 doses of Aprepitant for the prevention of postoperative nausea and vomiting."
**Sub-Investigator.** PI: Thomas Witkowski, MD. Sponsor: Merck & Co., Inc.

"Comparison of the safety and efficacy of patient controlled analgesia delivered by fentanyl HCI transdermal system versus morphine IV pump for pain management after non-emergent lower abdominal and pelvic surgery."
**Sub-Investigator**. PI: Thomas Witkowski, MD. Sponsor: PharmaNet, Inc.

"A Phase III study of intravenous acetaminophen vs placebo over 48 hours for the treatment of postoperative pain after gynecologic surgery"
**Sub-Investigator.** PI: Eugene Viscusi, MD. Sponsor: Cadence Pharmaceuticals.

"A randomized, double-blind, double-dummy, dose ranging, active- and placebo controlled study of single dose oral rolapitant monotherapy for the prevention of postoperative nausea and vomiting."
**Sub-Investigator.** PI: Eugene Viscusi, MD. Sponsor: Schering-Plough

"A double-blind, placebo-controlled, multicenter trial to study the efficacy and tolerability of MK-0663/Etoricoxib in treatment of pain after abdominal hysterectomy."
**Sub-Investigator**. PI: Thomas Witkowski, MD. Sponsor: Merck & Co., Inc.

**INDUSTRY CONSULTANT**

| | |
|---|---|
| 2020 | ObsEva |
| 2019 | Myovant |
| 2018 | AbbVie |
| 2011 | Merit Medical, Inc. |
| 2008 - 2010 | Migraine Resource Network |
| 2007 | Microsulis, Inc. |
| 2006 - 2009 | Repros Therapeutics, Inc. |
| 2006 | Zonagen, Inc. |
| 2005 | Endo Pharmacueticals, Inc. |
| 2004 - 2010 | BioSphere Medical, Inc. |

000583

Jay Goldberg, MD, MSCP
Curriculum Vitae

## EDITORIAL ACTIVITIES

| | |
|---|---|
| 2003 - present | Manuscript Referee, *Obstetrics & Gynecology* |
| 2003 - present | Manuscript Referee, *Medical Science Monitor* |
| 2003 - present | Manuscript Referee, Springer-Verlag London Ltd. Publishers |
| 2004 | K30 Observing Editor, *Annals of Internal Medicine* |
| 2005- present | Manuscript Referee, *Journal of Perinatology* |
| 2005- present | Manuscript Referee, *Human Reproduction* |
| 2005- present | Manuscript Referee, *Female Patient* |
| 2005- present | Manuscript Referee, *American Journal of Obstetrics & Gynecology* |
| 2006- present | Manuscript Referee, *British Journal of Obstetrics & Gynecology* |
| 2006- present | Manuscript Referee, *Canadian Medical Association Journal* |
| 2006- present | Manuscript Referee, *Internet Journal of Family Practice* |
| 2006- present | Manuscript Referee, *Archives of Gynecology and Obstetrics* |
| 2007- present | Manuscript Referee, *Women's Health* |
| 2007- present | Manuscript Referee, *Future Drugs* |
| 2007- present | Manuscript Referee, *Future Medicine* |
| 2007- present | Manuscript Referee, *Journal of Obstetrics and Gynaecology Research* |
| 2007- present | Manuscript Referee, *Medscape General Medicine* |
| 2008- present | Manuscript Referee, *Journal of Women's Health* |
| 2009- present | Manuscript Referee, *Expert Review of Obstetrics & Gynecology* |
| 2009- present | Manuscript Referee, *Reproductive Sciences* |
| 2009- present | Manuscript Referee, *Medical Case Studies* |
| 2011- present | Manuscript Referee, *Journal of Medical Case Reports* |
| 2011- present | Manuscript Referee, *African Journal of Pharmacy and Pharmacology* |
| 2011- present | Manuscript Referee, *Journal of Clinical Medicine and Research* |
| 2014- present | Manuscript Referee, *International Journal of Fertility and Sterility* |
| 2014- present | Manuscript Referee, *Anesthesia and Critical Care* |
| 2014- present | Manuscript Referee, *Journal of Scientific Research and Studies* |
| 2015- present | Manuscript Referee, *Sexual Medicine* |
| 2017- present | Manuscript Referee, *Population Health Management* |
| 2019- present | Manuscript Referee, *American Journal of Obstetrics & Gynecology Maternal Fetal Medicine* |
| 2020- present | Manuscript Referee, *Journal of Reproductive Medicine* |

000584

Jay Goldberg, MD, MSCP
Curriculum Vitae

## PEER-REVIEWED PUBLICATIONS:

1. **Goldberg J**, Baute L, Storey L, Park P. Granulomatous mastitis in pregnancy. Obstet Gynecol 2000;96:813-5.

2. **Goldberg J**, Weinstein M, Fagan M, Nagy M, Nyirjesy P. Gluteal necrotizing myofasciitis: an unusual delayed complication of abdominal sacrocolpopexy. Am J Obstet Gynecol 2001;185:1273-4.

3. **Goldberg J**, Holtz D, Hyslop T, Tolosa JE.  Has the use of routine episiotomy decreased?  Examination of episiotomy rates from 1983 to 2000. Obstet Gynecol 2002;99:395-400.

4. Yeagley T, **Goldberg J**, Klein T, Bonn J. Labial necrosis after uterine artery embolization for leiomyomas. Obstet Gynecol 2002;100(5):881.

5. **Goldberg J**, Berghella V, Pereira L. Pregnancy after uterine artery embolization. Obstet Gynecol 2002;100:869-72.

6. Sultana CJ, **Goldberg J**, Aizenman L, Chon JK. Vesicouterine fistula after uterine artery embolization: A case report. Am J Obstet Gynecol 2002;187:1726-7.

7. **Goldberg J**. Obstetrician-gynecologists and the intrauterine device: a survey of attitudes and practice. Letter to the editor. Obstet Gynecol 2002;99:1134-5.

8. **Goldberg J**, Shah S, Pereira L, Taylor J, Klein T. Placenta accreta. Letter to the editor. Obstet Gynecol 2002;99:1133-4.

9. **Goldberg J**, Hyslop T, Tolosa JE, Sultana CJ. Racial differences in severe perineal lacerations following vaginal delivery. Am J Obstet Gynecol 2003;188:1063-7.

10. **Goldberg J**, Pereira L, Mude-Nochumson H. Uterine artery embolization for symptomatic fibroids. OBG Management, April 2003:69-79.

11. **Goldberg J**, Fagan M. Episiotomy: Indications and repair. Female Patient 2003;28:43-5.

12. Muffly T, **Goldberg J**, Goldberg B. Leiomyoma degeneration during pregnancy masquerading as uterine rupture. Female Patient 2003;28:53-4.

13. Gopal M, **Goldberg J**, Klein T, Fossum G. Embolization of uterine arteriovenous malformation followed by a twin pregnancy. Obstet Gynecol 2003;102:696-8.

14. Mude-Nochumson H, **Goldberg J**. Fertility-sparing treatment options for women with symptomatic fibroids. Female Patient 2003;28:21-6.

000585

Jay Goldberg, MD, MSCP
Curriculum Vitae

15. **Goldberg J**, Horan C, O'Brien L. Severe anorectal and vaginal injuries in a jet ski passenger. J of Trauma 2004;56:440-1.

16. **Goldberg J**, Gopal M, Culhane J, Mitchell C, Gopal R, Webb D. Rates of obstetrical procedures while on call: in-house versus out-of-house. J Reprod Med 2004;49:143-7.

17. **Goldberg J**, Pereira L, Diamond J, Berghella V, Daraï E, Seinera P, Seracchioli R. Pregnancy outcomes following treatment for fibroids: uterine artery embolization versus laparoscopic myomectomy. Am J Obstet Gynecol 2004;191:18-21.

18. **Goldberg J**, Sultana CJ. Strategies to prevent anal sphincter damage during labor. Contemp OB/GYN 2004;49:50-7.

19. **Goldberg J**, Burd I, Price FV, Worthington-Kirsch R. Leiomyosarcoma in a pre-menopausal patient following uterine artery embolization. Am J Obstet Gynecol 2004;191:1733-5.

20. **Goldberg J**. Uterine fibroid embolization: a hidden alternative? Obstet Gynecol Surv 2005;60:209-10.

21. **Goldberg J**, Ness A, Fossum G. Does uterine fibroid embolization need to be offered as a treatment alternative? Pros and cons. Contemp OB/GYN 2005;6:78-84.

22. Ness A, **Goldberg J**, Berghella V. Abnormalities of the first and second stages of labor. Obstet Gynecol Clinics NA 2005;32:201-220.

23. **Goldberg J**. Pregnancy after uterine artery embolization for leiomyomata: The Ontario Multicenter Trial. Letter to the editor. Obstet Gynecol 2005;106:195-6.

24. **Goldberg J**. Uterine artery embolization for adenomyosis: looking at the glass half full. Radiology 2005;236:1111-2.

25. Pereira L, Gould R, Pelham J, **Goldberg J**. Accuracy of visual examination of the cervix compared to digital examination. J Mat Fet Neonat Med 2005;17:223-7.

26. **Goldberg J**, McCrosson S, Kaulback KR. Fibroid degeneration following microwave endometrial ablation. Obstet Gynecol 2005;106:1176-8.

27. **Goldberg J**, Boyle K, Choi M, Panchal N. Bowel obstruction following uterine fibroid embolization. Am J Obstet Gynecol 2005;193:892-3.

28. Newman L, Brandes JL, **Goldberg J**, Martin V, Silberstein S. Prevention and management of menstrual migraine. Clinical Courier 2006;23:1-8.

000586

Jay Goldberg, MD, MSCP
Curriculum Vitae

29. **Goldberg J**. Uterine fibroid embolization: A new treatment for uterine fibroids. Female Patient 2006;31:45-50.

30. **Goldberg J**, Mella MT. Uterine fibroid embolization complicated by non-target labial embolization. Female Patient 2006;31:26-7.

31. **Goldberg J,** Pereira L. Pregnancy outcomes following uterine fibroid embolization and myomectomy. Current Opin Ob Gyn 2006;18:402-6.

32. **Goldberg J**, Purfield P, Lupinacci P, Roberts N, Fagan M, Hyslop T. The Philadelphia Episiotomy Intervention Study. J Reprod Med 2006;51:603-9.

33. Cohen A, **Goldberg J.** Malpractice issue: Membrane stripping. OBG Management 2006;18:74-81.

34. Cohen A, **Goldberg J.** Malpractice issue: Membrane stripping. J Family Practice 2006;18:74-81.

35. Myers V, **Goldberg J**. Episiotomy: an evidence based approach. Obstet Gynecol Surv 2006;61:491-2.

36. **Goldberg J,** Bromberg J, Srinivasan S. Minimally invasive treatment options for uterine fibroids. JCOM 2006;13:518-25.

37. **Goldberg J**, Cothran S, Bonn J. Pre-myomectomy uterine fibroid embolization for a massively enlarged fibroid uterus. Female Patient 2006;31:1-3.

38. Horan C, Wiczulis A, **Goldberg J**. Premenstrual syndrome. Current Headache Reports 2006;5:213-8.

39. **Goldberg J**, Bussard A, McNeil J, Diamond J. Cost and reimbursement for three fibroid treatments: Abdominal hysterectomy, abdominal myomectomy, and uterine fibroid embolization. CVIR 2007; 30:54-8.

40. **Goldberg J**, Wolf A, Silberstein S, Einhorn K, Hopkins M, Gebiline C, Tolosa JE. Evaluation of an electronic diary to study headache and premenstrual symptoms in migraineurs. Headache 2007;4(3):1-13.

41. **Goldberg J**, Gariepy A, Weinstein M, Kaulback K, Bega G. Massive retroperitoneal hematoma caused by retroperitoneal ectopic pregnancy. Female Patient 2007;32:47-9.

42. Silberstein S, **Goldberg J**. Menstrually related migraine: Breaking the cycle in your clinical practice. J Reprod Med 2007; 52:888-95.

000587

Jay Goldberg, MD, MSCP
Curriculum Vitae

43. **Goldberg J**. The effect of exposure misclassification in a long-term study of women's health 18 years after rupture of the anal sphincter during childbirth. Letter to the editor. Am J Obstet Gynecol 2007;196:e10.

44. **Goldberg J**. Current thinking on the role of interventional radiology in women's health. Expert Opin Gyn Obstet 2007;2:621-9.

45. Goadsby PJ, Silberstein SD, **Goldberg J**. Migraine in pregnancy. BMJ 2008;336:1502-4.

46. Wiehle R, **Goldberg J**, Brodzniewicz T, Jarus-Dziedzric K, Jabiry-Zieniewicz Z. Effects of a new progesterone receptor modulator, CDB-4124, on fibroid size and uterine bleeding. US Obstet Gynecol 2008;17-20.

47. McConnell S, **Goldberg J**, Gonsalves C. Myometrial Air Infiltration Following Postpartum Uterine Artery Embolization. Female Patient 2009;34:36-8.

48. **Goldberg J**. Letter to the Editor: Advanced ovarian carcinoma following bilateral uterine artery embolization. J Reprod Med 2010; 55:179.

49. Dayaratna S, **Goldberg J**, Harrington C, Leiby B, McNeil J. Hospital Costs of Total Vaginal Hysterectomy Compared to Other Minimally Invasive Hysterectomy. Am J Obstet Gynecol 2014;210:120.e1-6.

50. **Goldberg J**, Dayaratna S. Letter to the Editor: The forgotten hysterectomy. Am J Obstet Gynecol 2014;210:492.

51. Kundu K, Cohen A, **Goldberg J**. Acute torsion of uterine remnant leiomyoma with Mayer-Rokitansky-Küster-Hauser syndrome. Fertil Steril 2014;102:607-9.

52. Martin L, Scheib S, **Goldberg J**. Complications after extended freeze endometrial cryoablation. J Reprod Med 2015;60:540-2.

53. Kundu K, Martin L, Henderson S, Metro M, Rodgers S, **Goldberg J**. False positive cystoscopic diagnosis of ureteral obstruction after hysterectomy due to a non-functional kidney. Obstet Gynecol 2015.

54. Martin L, Shelton J, **Goldberg J**. The current controversy regarding power morcellation in gynecologic surgery. Women's Health 2015.

55. Vaynberg D, White C, Jaspan D, Lentz G, **Goldberg J**. Resident experiences with and post-training plans for cystoscopy at the time of hysterectomy. Women's Health 2015.

56. **Goldberg J**, Mirghani S, Woodman S, Metcalfe-Klaw R, Copit D, Scaven C, Jaspan D. Increased breast density on screening mammography: Laws leading to confusion amongst both patients and providers. The OB Society of Philadelphia, 2016;42:4-8.

000588

Jay Goldberg, MD, MSCP
Curriculum Vitae

57. Yuan S, Silverstein S, **Goldberg J**. Single-item migraine screening test, self-reported bothersome headache or stripe hypersensitivity? Acta Neurologica Scandinavica 2016;134:277-83.

58. **Goldberg J**, Mirghani S, Woodman S. Breast density laws. Are you in compliance? Contemporary OB/GYN 2016;61:10-6.

59. Woodman S, Segal A, **Goldberg J**. Twin Reversed Arterial Perfusion (TRAP). J Reprod Med (in press).

60. **Goldberg J**, Mirghani S, Woodman S. Mammographic breast density laws: not evidence based or in patients' best interest. Contemporary OB/GYN 2017;5:11.

61. Booher M, Edelson M, Jaspan D, **Goldberg J**. Myomectomy of a large cervical fibroid a patient desiring future fertility. OBG Management 2018;30:20-4.

62. Garber L, **Goldberg J**. LTE: Vaginal birth after prior myomectomy. European Journal of Obstetrics & Gynecology and Reproductive Biology 2019;241:129.

63. Rice E, White C, Jaspan D, **Goldberg J**. OR Team Members Attitudes Towards the Performance of Pelvic Examinations Under Anesthesia on Female Patients by Medical Students. *J Reprod Med* 2020 (in press).

64. Booher M, White C, Myers J, Jaspan D, **Goldberg J**. Tracking and Reminder Systems in OB/GYN practice: A survey of practitioners. *J Reprod Med* 2020 (in press).

65. Cronin S, Piacquadio M, Brendel K, Goldberg A, Goldberg M, White C, Jaspan D, **Goldberg J**. Universal SARS-CoV-2 testing on admission to the labor and delivery unit: low prevalence among asymptomatic obstetric patients. Letter to the editor. *Infection Control & Hospital Epidemiology* 2020, July 30: DOI: 10.1017/ice.2020.382.

66. Cronin S, Piacquadio M, Brendel K, Goldberg A, Goldberg M, White C, Jaspan D, **Goldberg J**. Perceptions of patients and providers regarding restriction of labor and delivery support people in the early stages of the COVID-19 pandemic. *AJOG MFM* 2020 Nov;2(4):100196.

67. Dubelbeiss E, Silverberg M, White C, Jaspan D, Haines C, **Goldberg J**. Repeat positive severe acute respiratory syndrome coronavirus 2 (coronavirus disease 2019) testing ≥90 days apart in pregnant women. *AJOG MFM* 2021 (in press).

**PEER-REVIEWED PUBLISHED ABSTRACTS:**

1. **Goldberg J**, Besser M, Selby-Silverstein L. Changes in foot use and foot pressure patterns during pregnancy.  Obstet Gynecol 2001;97:39S.

000589

Jay Goldberg, MD, MSCP
Curriculum Vitae

2. **Goldberg J**, Holtz D, Hyslop T, Tolosa JE. Has the use of routine episiotomy decreased? Examination of episiotomy rates from 1983 to 2000. Obstet Gynecol 2002;99:49S.

3. **Goldberg J**, Sultana C, Hyslop T, Tolosa JE. Racial differences in severe perineal lacerations following vaginal delivery. Obstet Gynecol 2002;99:6S.

4. **Goldberg J**, Wolf A, Silberstein S, Leiva M, Hopkins M, Tolosa JE. Evaluation of an electronic diary as a diagnostic tool to study headache and premenstrual symptoms. Obstet Gynecol 2003;101:101S.

5. Gopal M, Singhal R, Mitchell C, Culhane J, McCollum KF, **Goldberg J**. In-house versus out-of-house call: a comparison of obstetrical procedure rates. Obstet Gynecol 2003;101:66S.

6. **Goldberg J**. Pregnancy after myomectomy and uterine artery embolization. Int J Gyn Obstet 2003;83(S3):10.

7. **Goldberg J**, Pereira L, Berghella V, Daraï E, Seinera P, Seracchioli R, Diamond J. Uterine artery embolization versus laparoscopic myomectomy: future pregnancy outcomes. Int J Gyn Obstet 2003;83(S3):87.

8. **Goldberg J**, Wolf A, Tolosa JE, Silberstein S, Leiva M. Evaluation of an electronic diary as a diagnostic tool to study headache and premenstrual symptoms in migraineurs. Int J Gyn Obstet 2003;83(S3):107.

9. Gopal M, Singhal R, Mitchell C, Culhane J, Webb DA, **Goldberg J**. Nighttime call in-house versus out-of-house: a comparison of obstetrical procedure rates. Int J Gyn Obstet 2003;83(S3):108.

10. **Goldberg J**, Fagan M, Roberts N, Purfield P, Hyslop T. Reducing episiotomies in Philadelphia through physician education and documentation of indication. Int J Gyn Obstet 2003;83(S3):108.

11. **Goldberg J**, Holtz D, Hyslop T, Tolosa JE. Has the use of routine episiotomy decreased? Examination of episiotomy rates from 1983 to 2000. Int J Gyn Obstet 2003;83(S3):108.

12. **Goldberg J**, Pereira L, Berghella V, Daraï E, Seinera P, Seracchioli R, Diamond J. Uterine artery embolization versus laparoscopic myomectomy: future pregnancy outcomes. Obstet Gynecol 2004;103:30S.

13. **Goldberg J**, Fagan M, Roberts N, Purfield P, Hyslop T. Reducing episiotomies in Philadelphia through physician education and documentation of indication. Obstet Gynecol 2004;103:29S.

000590

Jay Goldberg, MD, MSCP
Curriculum Vitae

14. Bromberg JV, **Goldberg J**, Rychlak K, Weinstein L. The effect of uterine fibroids on pregnancy outcomes. Proceedings of the Advances in Uterine Leiomyoma Research: NIH 2nd International Congress, Bethesda, February 2005.

15. Seibel-Seamon J, Ness A, **Goldberg J**. Uterine fibroid embolization complications reported in the scientific literature and the FDA's MAUDE database. Proceedings of the Advances in Uterine Leiomyoma Research: NIH 2nd International Congress, Bethesda, February 2005.

16. Bussard A, **Goldberg J**, McNeil J, Diamond J. Cost and reimbursement for three fibroid treatments: hysterectomy, myomectomy, and uterine fibroid embolization. Proceedings of the Advances in Uterine Leiomyoma Research: NIH 2nd International Congress, Bethesda, February 2005.

17. **Goldberg J**, Kim CK, Baer S, Shrestha R, Lupinacci P, Roberts N. Association of physician characteristics with risk for midline or mediolateral episiotomy. Obstet Gynecol 2005;105:110S.

18. Seibel-Seamon J, Ness A, **Goldberg J**. Uterine fibroid embolization complications reported in the scientific literature and the FDA's MAUDE database. Obstet Gynecol 2005;105:25S.

19. Bussard A, **Goldberg J**, McNeil J, Diamond J. Cost and reimbursement for three fibroid treatments: hysterectomy, myomectomy, and uterine fibroid embolization. Obstet Gynecol 2005;105:7S.

20. Johnston-MacAnanny E, **Goldberg J**, Bromberg JV, Diamond J, Weinstein L. Natural progression of uterine fibroid size: a comparison of pregnancy and post-pregnancy volumes. J Min Invasive Gynecol 2005;12:S50.

21. McConnel S**, Goldberg J**, Gonsalves C. Myometrial Air Infiltration Following Postpartum Uterine Artery Embolization. J Min Invasive Gynecol 2007;14:S127.

22. Pham C**, Diamond JJ, **Goldberg J**. Concurrent use of transabdominal endometrial ablation and abdominal myomectomy. J Min Invasive Gynecol 2007;14:S132.

23. Hellman M, Angelo J, Diamond J, **Goldberg J**. Perceptions of patients desiring future fertility of two leiomyoma treatments: Myomectomy and Uterine Leiomyoma Embolization. Obstet Gynecol 2008;111;23S.

24. Hellman M, Angelo J, Diamond J, **Goldberg J**. Perceptions of patients with leiomyomata not desiring future fertility of Hysterectomy, Myomectomy and Uterine Leiomyoma Embolization. Obstet Gynecol 2008; 111;27S.

25. Harrington C, Dayaratna S, **Goldberg J**. Cost and reimbursement for robotic, laparoscopic, and vaginal hysterectomy. J Min Invasive Gynecol 2011.

000591

Jay Goldberg, MD, MSCP
Curriculum Vitae

26. Martin L, **Goldberg J.** Complications Following Extended Freeze Endometrial Cryoablation. J Min Invasive Gynecol 2013.

27. Vaynberg D, White C, Jaspan D, **Goldberg J**. Cystoscopy at the time of hysterectomy. J Min Invasive Gynecol 2013;21:S180.

28. Dinis J, Kundu K, Cohen A, White C, **Goldberg J**. Accuracy of a statistical risk assessment model in predicting shoulder dystocia and brachial plexus injury in a high risk population. Obstet Gynecol 2015;125:47S.

29. Vaynberg D, White C, Jaspan D, **Goldberg J**. Survey of cystoscopy performance at the time of hysterectomy. Obstet Gynecol 2015;125:14S.

30. Onwubengwu A, Haddad M, Myers J, **Goldberg J**. Vaginal hysterectomy simulator. Obstet Gynecol 2015.

31. White C, **Goldberg J.** Internet research effects of patient familiarity with and perceptions of fibroid treatments. J Min Invasive Gynecol 2015;22:S233.

32. Haddad M, Dinis J, Rodgers S, **Goldberg J.** Intraoperative transvesical ultrasound as an alternative to cystoscopy to assess ureteral patency. J Min Invasive Gynecol 2015;22:S44.

33. Kundu K, Martin L, Henderson S, Metro M, Rodgers S, **Goldberg J.** False positive cystoscopic diagnosis of ureteral obstruction after hysterectomy due to a non-functional kidney. J Min Invasive Gynecol 2015;22:S220.

34. Sookram J, Myers J, Jaspan D, **Goldberg J**. Evaluation of Challenger® as an OB/GYN Residency Self-learning Tool. Obstet Gynecol 2016;128:45S.

35. Ostrosky K, White C, **Goldberg J**. Sodium fluorescein usage during cystoscopy. Obstet Gynecol 2016;127:47S.

36. Davis S, Gan S, Jaspan D, **Goldberg J**. Cystosure at the time of hysterectomy. JMIG, 2016 (in press).

37. Mirghani S, **Goldberg J**, Jaspan D, Scaven C, Copit D. Increased breast density on screening mammography: Laws leading to confusion amongst both patients and providers. Obstet Gynecol 2017;129:121-2S.

38. Metcalfe-Klaw R, Woodman S, Fenimore E, Copit D, Jaspan D, Goldberg J. Patient perception of mammographic breast density notification laws. Obstet Gynecol 2017; 129:121S.

000592

Jay Goldberg, MD, MSCP
Curriculum Vitae

39. Gan S, Goldberg J. Electronic fetal monitoring predicts severe fetal acidemia (umbilical cord arterial pH < 7) less than 50% of the time. Obstet Gynecol 2018;131:48S.

40. Shelton J, Style A, Horn P, Goldberg J. Patient views on the USPSTF statement regarding the annual screening pelvic exam. Obstet Gynecol 2018;131:147S.

41. Gold S, Hirsch D, Schutzman D, Cohen A, Jaspan D, Goldberg J. Delivery of the posterior arm as the initial maneuver to relieve shoulder dystocia increased neonatal humeral fractures. Obstet Gynecol 2018;131:47S.

42. Laurel Garber, Jay Goldberg, David Jaspan, Adeeb Khalifeh. Venous thromboembolism prophylaxis after cesarean delivery at a tertiary referral center. AJOG 2019;220:S190.

43. Elizabeth Rice, Chase White, John Myers, Janet Ko, David Jaspan, Jay Goldberg. OR team member perceptions regarding medical students performing pelvic examinations on anesthetized female. Obstet Gynecol 2019;133:87S.

44. Elizabeth Rice, Chase White, John Myers, Janet Ko, David Jaspan, Jay Goldberg. Medical Student perceptions regarding students performing pelvic examinations on anesthetized female patients. Obstet Gynecol 2019;133:155-6S.

45. Andrea Leung, Andrew Paoletti, Jay Goldberg. Racial Disparities in Obstetric Outcomes Within Traditional Prenatal Care Versus CenteringPregnancy. Obstet Gynecol 2019;133:215S.

46. Casey Carney, Bronwyn Boyd, Jay Goldberg. Delayed Uterine Inversion. Obstet Gynecol 2019;133:99S.

47. Morgan Booher, Chase White, Jay Goldberg. Tracking and Reminder Systems in OB/GYN practice: A survey of practitioners. Obstet Gynecol 2019;133:182-3S.

48. Sean Cronin, Michele Style, Chase White, David Jaspan, Jay Goldberg. Super-utilizers' of L&D triage do not have an increased postpartum EPDS. Obstet Gynecol 2019;133:179-180S.

49. Brendel K, Gan S, White C, Goldberg J. Severe Fetal Acidemia Was Poorly Predicted by the Three-Tiered Fetal Heart Rate Interpretation System. *Obstet Gynecol* 2020;135:165S.

50. Brendel K, Gan S, White C, Goldberg J. Predictors of Expedited Delivery in the Presence of Severe Fetal Acidemia (Umbilical Cord Arterial pH < 7). *Obstet Gynecol* 2020;135:164S.

51. Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg. Changes in perceptions regarding COVID-19 of L&D providers from April to October of 2020. *Obstet Gynecol* 2021.

000593

Jay Goldberg, MD, MSCP
Curriculum Vitae

52. Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg.  The impact of COVID-19 on L&D providers and admitted pregnant women in October of 2020. *Obstet Gynecol* 2021.

53. Emily Dubelbeis, Michael Silverberg, Chase White, David Jaspan, Christopher Haines, Jay Goldberg. Repeat positive SARS-CoV-2 (COVID-19) testing > 90 days apart in pregnant women. *Obstet Gynecol* 2021.

54. Kayla Dobson, Chase White, Jay Goldberg. COVID-19 testing increased after support people were barred from the postpartum floor for those refusing testing. *Obstet Gynecol* 2021.

55. Alicia Smith, Andrew Paoletti, David Jaspan, Jay Goldberg.  Effects of the COVID-19 pandemic on Tdap (tetanus, diphtheria, pertussis) vaccination during prenatal care. *Obstet Gynecol* 2022;139:65.

56. Laura Deal, Mary Gad, Chase White, David Jaspan, Jay Goldberg. BMI had a negative effect on decision to incision times for urgent cesarean deliveries. *Obstet Gynecol* 2023;141(5S):46S.

57. Laura Deal, Mary Gad, Chase White, David Jaspan, Jay Goldberg. The majority of urgent cesarean sections had a decision to incision time > 30 minutes. *Obstet Gynecol* 2023;141(5S):46S.

58. Lisa Berkowitz, David Jaspan, Jay Goldberg. Delayed diagnosis of uterine rupture after a shoulder dystocia. North American Proceedings in Gynecology & Obstetrics 2023;2:2.

59. Lisa Berkowitz, Jennifer Barnes, Annelise Gualtieri, Amanda Schieler, Chase White, Glen Shopper, David Jaspan, Jay Goldberg. Tracking with Physician and Nursing Champion Designation Decreased Decision to Incision Times for Urgent Cesarean Sections. *Obstet Gynecol* 2014.

60. Dani Silvino, Kate Brendel, David Jaspan, Jay Goldberg. Comparing Clark's 2017 Category II electronic fetal monitoring (EFM) algorithm to actual management when umbilical cord arterial pH was less than 7. *Obstet Gynecol* 2014.

**NON-PEER-REVIEWED PUBLICATIONS:**

1. **Goldberg J**. Fertility and pregnancy: uterine fibroids: treatment options. www. Ivanhoe.com/fertility, February 2003.

2. **Goldberg J**, Johnston EB, Turow J. Chapter: Circumcision. Chapter 24. Field Guide to the Neonatal Newborn. Lippincott Williams & Wilkins, 2004.

000594

Jay Goldberg, MD, MSCP
Curriculum Vitae

3. McCrosson S, **Goldberg J**. A generalist OB/GYN's approach to infertility. Treatment plans for ART. The American Infertility Association, Fall 2004.

4. Baylson F, **Goldberg J**. Chapter: Operative vaginal delivery, Berghella's Evidence-Based Medicine in Obstetrics and Maternal Fetal Medicine, 2008.

5. **Goldberg J**. Chapter: The role of Interventional Radiology in women's health: an OB/GYN perspective. Siskin's Interventional Radiology in Women's Health, 2009.

6. **Goldberg J,** Glazer A. Chapter: Operative vaginal delivery, Berghella's Evidence-Based Medicine in Obstetrics and Maternal Fetal Medicine, 2nd ed., 2012.

7. Goldenthal E, **Goldberg J**. Chapter: Interventional Radiology in women's health: an OB/GYN perspective. eBook. Future Medicine, 2014.

8. Woodman S, Reina-Fernandez J, **Goldberg J**. Exercising in pregnancy. Women's Health, 2014.

9. Carlson S, **Goldberg J**, Lentz G. Endoscopy: Hysteroscopy and Laparoscopy Indications, Contraindications, and Complications. Comprehensive Gynecology, 7th ed., 2016.

10. **Goldberg J**, Kim C, Kilgore C. Consider use of cystoscopy after hysterectomy. Ob.Gyn. News;51:6. July 2016.

11. **Goldberg J**, Kilgore C. Sodium fluorescein emerges as alternative to indigo carmine. Ob.Gyn. News;51:7. July 2016.

12. **Goldberg J**. COVID-19 vaccination for pregnant and breastfeeding women. Symposia Medicus newsletter. February 2021.


**PRESENTATIONS:**

Lisa Berkowitz, Jennifer Barnes, Annelise Gualtieri, Amanda Schieler, Chase White, Glen Shopper, David Jaspan, Jay Goldberg. Tracking with Physician and Nursing Champion Designation Decreased Decision to Incision Times for Urgent Cesarean Sections. Poster presentation. ACOG Annual Clinical Meeting, San Francisco, California, 2024.

Dani Silvino, Kate Brendel, David Jaspan, Jay Goldberg. Comparing Clark's 2017 Category II electronic fetal monitoring (EFM) algorithm to actual management when umbilical cord arterial pH was less than 7. Poster presentation. ACOG Annual Clinical Meeting, San Francisco, California, 2024.

000595

Jay Goldberg, MD, MSCP
Curriculum Vitae

Isabel Smith, Alicia Smith, Jay Goldberg. Maternal thrombocytopenia followed by neonatal thrombocytopenia. ACOOG 91st Annual Conference in Bonita Springs, Florida, 2024.

Elizabeth Dawson, Marco Goldberg, Levi Rudick, Kate Stampler, Jay Goldberg. Non-target embolization of the labia following bilateral iliac embolization for postoperative vaginal cuff bleeding. Poster presentation. ACOOG 91st Annual Conference in Bonita Springs, Florida, 2024.

Lisa Berkowitz, Jennifer Barnes, Annelise Gualtieri, Amanda Schieler, Chase White, Glen Shopper, David Jaspan, Jay Goldberg. A working epidural, quicker OR entry, and existing surgical consent decreased decision to incision time for urgent cesarean sections. Poster presentation. ACOOG 91st Annual Conference in Bonita Springs, Florida, 2024.

Dani Silvino, Kate Brendel, Jay Goldberg. Comparing Clark's 2017 Category II electronic fetal monitoring (EFM) algorithm to actual management when umbilical cord arterial pH was less than 7. Poster presentation. ACOOG 91st Annual Conference in Bonita Springs, Florida, 2024.

Marc Nepomuceno, Keanna-Kelley Swanner, Marco Goldberg, David Jaspan, Kate Brendel, Kate Stampler, Jay Goldberg.
Opioid Use in Pregnancy and Hypoplastic Left Heart Syndrome. Poster presentation. ACOOG 91st Annual Conference in Bonita Springs, Florida, 2024.

Jay Goldberg, David Jaspan. Subgaleal hemorrhage following manual rotation of the fetal head.

Micah Noel Boone, Ramya Balasubramanian, Claude Pertuit, Kathryn Kauffman, David Jaspan, Jay Goldberg. Subgaleal hemorrhage following manual rotation of the fetal head. AMWA Annual Meeting, 2024.

Dani Silvino, Kate Brendel, Jay Goldberg. Comparing Clark's 2017 Category II EFM Algorithm to Actual Management When Umbilical Cord Arterial pH was less than 7. Oral presentation. ACOG District III Junior Fellow Meeting, 2023.

Natasha Abdullah, Antoinisha Wells, Jay Goldberg. Delayed persistent vaginal discharge following uterine fibroid embolization. Poster presentation. ACOG District III Junior Fellow Meeting, 2023.

Elizabeth Dawson, Marco Goldberg, Levi Rudick, Kate Stampler, Jay Goldberg. Non-target embolization of the labia following bilateral iliac embolization for postoperative vaginal cuff bleeding. Poster presentation. ACOG District III Junior Fellow Meeting, 2023.

Lisa Berkowitz, Jennifer Barnes, Annelise Gualtieri, Amanda Schieler, Chase White, Glen Shopper, Jay Goldberg. Tracking with Physician and Nursing Champion

000596

Jay Goldberg, MD, MSCP
Curriculum Vitae

Designation Decreased Decision to Incision Times for Urgent Cesarean Sections. Poster presentation. ACOG District III Junior Fellow Meeting, 2023.

Gabi Gaudier-Alemany, Jay Goldberg. Ehlers-Danlos syndrome and uterine rupture. Poster presentation. ACOG District III Junior Fellow Meeting, 2023.

Laura Deal, Mary Gad, Chase White, David Jaspan, Jay Goldberg. BMI had a negative effect on decision to incision times for urgent cesarean deliveries. Einstein Research Recognition Poster Competition 2023.

Laura Deal, Chase White, David Jaspan, Jay Goldberg. BMI had a negative effect on decision to incision times for urgent cesarean deliveries. ACOG Annual Clinical Meeting, Baltimore, Maryland, 2023.

Laura Deal, Chase White, David Jaspan, Jay Goldberg. The majority of urgent cesarean sections had a decision to incision time > 30 minutes. ACOG Annual Clinical Meeting, Baltimore, Maryland, 2023.

Kayla Dobson, Marco Goldberg, Jay Goldberg. Bilateral clavicular fractures following cesarean delivery. ACOOG Annual Clinical Meeting, San Diego, 2023.

Lisa Berkowitz, Jay Goldberg. Diagnosis of uterine rupture ten days after a vaginal delivery with a shoulder dystocia. ACOOG Annual Clinical Meeting, San Diego, 2023.

Gabriela Gaudier, Alicia Smith, Andrew Paoletti, David Jaspan, Jay Goldberg. Effects of the COVID-19 pandemic on Tdap (tetanus, diphtheria, pertussis) vaccination during prenatal care. Oral presentation. ACOG Jr. Fellow Meeting, 2022.

Ellie Heddens, Laura Deal, Mary Gad, Chase White, David Jaspan, Jay Goldberg. BMI had a negative effect on decision to incision times for urgent cesarean deliveries. Oral presentation. ACOG Jr. Fellow Meeting, 2022. Philip Williams Prize for best research project.

Laura Deal, Mary Gad, Chase White, David Jaspan, Jay Goldberg. The effect of already having an epidural on decision to incision times for urgent cesarean deliveries. ACOG Jr. Fellow Meeting, 2022.

Kayla Dobson, Marco Goldberg, Jay Goldberg. Bilateral clavicular fractures following cesarean delivery. ACOG Jr. Fellow Meeting, 2022.

Laura Deal, Mary Gad, Chase White, David Jaspan, Jay Goldberg. The majority of urgent cesarean sections had a decision to incision time > 30 minutes. ACOG Jr. Fellow Meeting, 2022.

000597

Jay Goldberg, MD, MSCP
Curriculum Vitae

Lauren Matsnev, Anna Sowa, David Jaspan, Jay Goldberg. Bilateral everted eyelids at birth in an otherwise healthy neonate: a collaboration between obstetrics and pediatrics to understand a rare condition. ACOG Jr. Fellow Meeting, 2022.

Lauren Matsnev, David Jaspan, Jay Goldberg. Spontaneous uterine rupture at 22 weeks with a uterine didelphys. ACOOG Annual Meeting, San Antonio, Texas, 2022.

Laura Deal, Chase White, David Jaspan, Jay Goldberg. Decision to incision times >30 minutes for urgent cesarean sections: associated factors. ACOOG Annual Meeting, San Antonio, Texas, 2022.

Alicia Smith, Andrew Paoletti, David Jaspan, Jay Goldberg. Effects of the COVID-19 pandemic on Tdap (tetanus, diphtheria, pertussis) vaccination during prenatal care. ACOG Annual Clinical Meeting, San Diego, California, 2022.

Laura Deal, Mary Gad, Chase White, John Myers, Jay Goldberg. Decision to incision times >30 minutes for urgent cesarean sections: associated factors. Oral presentation. Philip Williams Prize for best research project. ACOG Jr. Fellow Meeting, 2021.

Kayla Dobson, Chase White, Jay Goldberg. Acceptance of testing for the 2019 novel coronavirus disease (COVID-19) in patients admitted to L&D increased after support people were barred from the postpartum floor for those who refused testing. Poster presentation. ACOG Jr. Fellow Meeting, 2021.

Michael Silverberg, Jay Goldberg. Group A streptococcal sepsis in pregnancy presenting as hip pain. Poster presentation. ACOG Jr. Fellow Meeting, 2021.

Emily Dubelbeis, Michael Silverberg, Chase White, David Jaspan, Christopher Haines, Jay Goldberg. Repeat positive SARS-CoV-2 (COVID-19) testing > 90 days apart in pregnant women. Poster presentation. ACOG Jr. Fellow Meeting, 2021.

Kate Brendel, Jay Goldberg. Small bowel injury following a third endometrial ablation in the absence of uterine perforation. Poster presentation. ACOG Jr. Fellow Meeting, 2021.

Lauren Matsnev, Jay Goldberg. Spontaneous uterine rupture at 22 weeks with a uterine didelphys. Poster presentation. ACOG Jr. Fellow Meeting, 2021.

Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg. Changes in perceptions regarding COVID-19 of L&D providers from April to October of 2020. ACOG Annual Clinical Meeting, Virtual, 2021. ID962128.

Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg. The impact of COVID-19 on L&D providers and

000598

Jay Goldberg, MD, MSCP
Curriculum Vitae

admitted pregnant women in October of 2020. ACOG Annual Clinical Meeting, Virtual, 2021. ID962139.

Emily Dubelbeis, Michael Silverberg, Chase White, David Jaspan, Christopher Haines, Jay Goldberg. Repeat positive SARS-CoV-2 (COVID-19) testing > 90 days apart in pregnant women. ACOG Annual Clinical Meeting, Virtual, 2021.ID996756.

Kayla Dobson, Chase White, Jay Goldberg. COVID-19 testing increased after support people were barred from the postpartum floor for those refusing testing. ACOG Annual Clinical Meeting, Virtual, 2021. ID961886.

Emily Dubelbeis, Michael Silverberg, Chase White, David Jaspan, Christopher Haines, Jay Goldberg. Repeat positive SARS-CoV-2 (COVID-19) testing > 90 days apart in pregnant women. Einstein Research Recognition Week. 2021.

Kayla Dobson, Chase White, Jay Goldberg. COVID-19 testing increased after support people were barred from the postpartum floor for those refusing testing. Einstein Research Recognition Week 2021.

Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg. Changes in perceptions regarding COVID-19 of L&D providers from April to October of 2020. Einstein Research Recognition Week 2021.

Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg. Perceptions of patients and providers regarding restriction of L&D support people in the early stages of the coronavirus disease 2019 pandemic. Einstein Research Recognition Week 2021.

Emily Dubelbeis, Michael Silverberg, Chase White, David Jaspan, Christopher Haines, Jay Goldberg. Repeat positive SARS-CoV-2 (COVID-19) testing > 90 days apart in pregnant women. Einstein Research Recognition Week 2021.

Kayla Dobson, Chase White, Jay Goldberg. COVID-19 testing increased after support people were barred from the postpartum floor for those refusing testing. Einstein Research Recognition Week 2021.

Sean Cronin, Megan Piacquadio, Kate Brendel, Aden Goldberg, Marco Goldberg, Chase White, David Jaspan, Jay Goldberg. Changes in perceptions regarding COVID-19 of L&D providers from April to October of 2020. Einstein Research Recognition Week 2021.

Kate Brendel, Sarah Gan, Chase White, David Jaspan, Jay Goldberg. Predictors of expedited delivery in the presence of severe fetal acidemia (umbilical cord arterial pH < 7). Einstein Research Recognition Week, 2020.

000599

Jay Goldberg, MD, MSCP
Curriculum Vitae

Kate Brendel, Sarah Gan, Chase White, David Jaspan, Jay Goldberg. Severe fetal acidemia was poorly predicted by the three-tiered fetal heart rate interpretation system. Einstein Research Recognition Week, 2020.

Kate Brendel, Sarah Gan, Chase White, David Jaspan, Jay Goldberg. Predictors of expedited delivery in the presence of severe fetal acidemia (umbilical cord arterial pH < 7). ACOG Annual Clinical Meeting, Seattle, 2020. (COVID-19)

Kate Brendel, Sarah Gan, Chase White, David Jaspan, Jay Goldberg. Severe fetal acidemia was poorly predicted by the three-tiered fetal heart rate interpretation system. ACOG Annual Clinical Meeting, Seattle, 2020. (COVID-19)

Kate Brendel, Sarah Gan, Chase White, David Jaspan, Jay Goldberg. Predictors of expedited delivery in the presence of severe fetal acidemia (umbilical cord arterial pH < 7). ACOOG Annual Clinical Meeting, San Diego, 2020. (COVID-19)

Kate Brendel, Sarah Gan, Chase White, David Jaspan, Jay Goldberg. Severe fetal acidemia was poorly predicted by the three-tiered fetal heart rate interpretation system. ACOOG Annual Clinical Meeting, San Diego, 2020. (COVID-19)

Amira Alkhatib, Paul Brady, Shuchi Rodgers, David Jaspan, Jay Goldberg. Multi-disciplinary successful treatment of a massively enlarged fibroid. ACOOG Annual Clinical Meeting, San Diego, 2020. (COVID-19)

Lauren Alper Matsnev, Anna Sowa, David Jaspan, Jay Goldberg. Bilateral everted eyelids at birth in an otherwise healthy neonate: a collaboration between obstetrics and pediatrics to understand a rare condition. 2020 Einstein Case Report Competition.

Kate Brendel, Laurel Garber, Weiya Mu, Shuchi Rodgers, Phillip Horn, Kate Stampler, Jay Goldberg. Successful treatment of a spontaneous abdominal heterotopic pregnancy, with an ongoing intrauterine pregnancy. 2020 Einstein Case Report Competition.

Emma Stern, John Lozowski, BS, Sean Cronin, MD, Pak Leung, MD, Paul Brady, MD, Jay Goldberg, MD. Omental parasitic neovascularization of massively enlarged uterus following uterine fibroid embolization. 2019 Arnold W. Cohen Philadelphia Scholarship Symposium. (1st Prize Research Poster.)

Stephanie Michalik, BS, Morgan Booher, DO, Marco Goldberg, Mae Florendo, MD, Jay Goldberg, MD. Uroperitoneum due to bladder injury after laparoscopic hysterectomy despite normal cystoscopy. 2019 Arnold W. Cohen Philadelphia Scholarship Symposium. (2nd Prize Research Poster.)

Casey Carney, DO, Bronwyn Boyd, MS, Jay Goldberg, MD. Delayed uterine inversion. 2019 Arnold W. Cohen Philadelphia Scholarship Symposium. (3rd Prize Research Poster.)

000600

Jay Goldberg, MD, MSCP
Curriculum Vitae

Morgan Booher, Chase White, Jay Goldberg. Tracking and Reminder Systems in OB/GYN practice: A survey of practitioners. 2019 Einstein Resident Research Competition.

Sean Cronin, Michele Style, Chase White, David Jaspan, Jay Goldberg. "Super-utilizers" of L&D triage do not have an increased postpartum EPDS. 2019 Einstein Resident Research Competition.

Laurel Garber, Jay Goldberg, David Jaspan, Adeeb Khalifeh. Venous thromboembolism prophylaxis after cesarean delivery at a tertiary referral. 2019 Einstein Resident Research Competition.

Andrea Leung, Jay Goldberg, Andrew Paoletti. Racial disparities in traditional prenatal care versus Centering Pregnancy. 2019 Einstein Resident Research Competition.

Elizabeth Rice, Chase White, Janet Ko, David Jaspan, Jay Goldberg. Medical student perceptions regarding students performing pelvic examinations on anesthetized female patients. 2019 Einstein Resident Research Competition.

Elizabeth Rice, Chase White, Janet Ko, David Jaspan, Jay Goldberg. Perceptions regarding medical students performing pelvic examinations on anesthetized female patients. 2019 Einstein Resident Research Competition.

Laurel Garber, Jay Goldberg, David Jaspan, Adeeb Khalifeh. Venous thromboembolism prophylaxis after cesarean delivery at a tertiary referral center. SMFM. Las Vegas, Nevada, 2019.

Elizabeth Rice, Chase White, John Myers, Janet Ko, David Jaspan, Jay Goldberg. OR team member perceptions regarding medical students performing pelvic examinations on anesthetized female. ACOG Annual Meeting. Nashville, Tennessee, 2019.

Elizabeth Rice, Chase White, John Myers, Janet Ko, David Jaspan, Jay Goldberg. Medical Student perceptions regarding students performing pelvic examinations on anesthetized female patients. ACOG Annual Meeting. Nashville, Tennessee, 2019.

Andrea Leung, Andrew Paoletti, Jay Goldberg. Racial Disparities in Obstetric Outcomes Within Traditional Prenatal Care Versus CenteringPregnancy. ACOG Annual Meeting. Nashville, Tennessee, 2019.

Casey Carney, Bronwyn Boyd, Jay Goldberg. Delayed Uterine Inversion. ACOG Annual Meeting. Nashville, Tennessee, 2019.

Casey Carney, Bronwyn Boyd, Jay Goldberg. Delayed Uterine Inversion. ACOOG Annual Meeting. New Orleans, Louisiana, 2019.

000601

Jay Goldberg, MD, MSCP
Curriculum Vitae

Morgan Booher, Chase White, Jay Goldberg. Tracking and Reminder Systems in OB/GYN practice: A survey of practitioners. ACOG Annual Meeting. Nashville, Tennessee, 2019.

Morgan Booher, Chase White, Jay Goldberg. Tracking and Reminder Systems in OB/GYN practice: A survey of practitioners. ACOOG Annual Meeting. New Orleans, Louisiana, 2019.

Sean Cronin, Michele Style, David Jaspan, Jay Goldberg. Super-utilizers' of L&D triage do not have an increased postpartum EPDS. ACOG Annual Meeting. Nashville, Tennessee, 2019.

Sean Cronin, Michele Style, David Jaspan, Jay Goldberg. Super-utilizers' of L&D triage do not have an increased postpartum EPDS. ACOOG Annual Meeting. New Orleans, Louisiana, 2019.

Elizabeth Rice, Chase White, John Myers, Janet Ko, David Jaspan, Jay Goldberg. Perceptions Regarding Medical Students Performing Pelvic Examinations on Anesthetized Female Patients. Oral presentation. CREOG & APGO Annual Meeting, New Orleans, 2019.

Elizabeth Rice, Chase White, John Myers, Janet Ko, David Jaspan, Jay Goldberg. Medical Student Perceptions Regarding Students Performing Pelvic Examinations on Anesthetized Female. CREOG & APGO Annual Meeting, New Orleans, 2019.

Amira Alkhatib, Chase White, Anneliese Gualtieri, David Jaspan, Jay Goldberg. Assessment of Maternal-Fetal Triage Index (MFTI) tool. ACOG District III Jr. Fellow Meeting, Jefferson Medical College, 2018.

Morgan Booher, Chase White, Jay Goldberg. Tracking and Reminder System in OB/GYN practice: A survey of practitioners. ACOG District III Jr. Fellow Meeting, Jefferson Medical College, 2018.

Elizabeth Rice, Chase White, Janet Ko, David Jaspan, Jay Goldberg. Medical student perceptions regarding students performing pelvic examinations on anesthetized female patients. ACOG District III Jr. Fellow Meeting, Jefferson Medical College, 2018.

Elizabeth Rice, Chase White, Janet Ko, David Jaspan, Jay Goldberg. OR team member perceptions regarding medical students performing pelvic examinations on anesthetized female patients. ACOG District III Jr. Fellow Meeting, Jefferson Medical College, 2018.

Casey Carney, Bronwyn Boyd, Jay Goldberg. Delayed postpartum uterine inversion. ACOG District III Jr. Fellow Meeting, Jefferson Medical College, 2018.

000602

Jay Goldberg, MD, MSCP
Curriculum Vitae

Paoletti A, Pitcairn-Ramirez A, Bondy J, Otalunde A, Goldberg J. A Dose-Response Relationship of Centering Pregnancy. APHA Maternal and Child Health Section on Improving Pregnancy Outcomes. 2018.

A Dose-Response Relationship of Centering Pregnancy. Paoletti A, Pitcairn-Ramirez A, Bondy J, Olatunde A, Goldberg J. Einstein Research Recognition Day, Philadelphia, 2018.

Electronic Fetal Monitoring Predicts Severe Acidemia (Umbilical Cord Arterial pH < 7) Less than 50% of the Time. Gan S, Goldberg J. Einstein Research Recognition Day, Philadelphia, 2018.

Delivery of the Posterior Arm as the Initial Maneuver to Relieve Shoulder Dystocia Increased Neonatal Humeral Fractures. Gold S, Hirsch D, Schutzman D, Sharma M, White C, Cohen A, Jaspan D, Goldberg J. Einstein Research Recognition Day, Philadelphia, 2018.

Evaluation of a Multi-Disciplinary Headache in Pregnancy Symposium as an OB/GYN Learning Tool. Gold S, Jaspan D, Goldberg J. Einstein Research Recognition Day, Philadelphia, 2018.

Sharma M, Gold S, Hirsch D, Schutzman D, White C, Goldberg J. The association of delivery of the posterior arm during shoulder dystocia with neonatal humeral fractures and brachial plexus injury. Pediatric Academic Societies Meeting, Toronto, Canada, 2018.

Sharma M, Gold S, Hirsch D, Schutzman D, White C, Goldberg J. The association of delivery of the posterior arm during shoulder dystocia with neonatal humeral fractures and brachial plexus injury. Eastern Society for Pediatric Research, Philadelphia, 2018.

Taub M, Hirsch D, Schutzman D, Goldberg J. Description of a single center cohort of humeral fractures at birth. Eastern Society for Pediatric Research, Philadelphia, 2018.

Gan S, Goldberg J. Electronic fetal monitoring predicts severe fetal acidemia (umbilical cord arterial pH < 7) less than 50% of the time. ACOG Annual Meeting. ACOG Annual Meeting, Austin, Texas, 2018.

Shelton J, Style A, Horn P, Goldberg J. Patient views on the USPSTF statement regarding the annual screening pelvic exam. ACOG Annual Meeting. ACOG Annual Meeting, Austin, Texas, 2018.

Olatunde A, Paoletti A, Pitcairn-Ramirez A, Bondy J, Goldberg J. High-Dose Centering Pregnancy reduces preterm delivery. ACOG Annual Meeting. ACOG Annual Meeting, Austin, Texas, 2018.

000603

Jay Goldberg, MD, MSCP
Curriculum Vitae

Hosein S, Paoletti A, Pitcairn-Ramirez A, Bondy J, Jaspan D, Goldberg J. Centering Pregnancy does not affect rates of breastfeeding at postpartum discharge. ACOG Annual Meeting. ACOG Annual Meeting, Austin, Texas, 2018.

Gold S, Hirsch D, Schutzman D, Cohen A, Jaspan D, White C, Goldberg J. Delivery of the posterior arm as the initial maneuver to relieve shoulder dystocia increased neonatal humeral fractures. ACOG Annual Meeting, Austin, Texas, 2018.

Gan S, Jaspan D, Goldberg J. Electronic fetal monitoring predicts severe fetal acidemia (umbilical cord arterial pH < 7) less than 50% of the time. ACOOG Annual Meeting. Orlando, Florida, 2018.

Hosein S, Paoletti A, Pitcairn-Ramirez A, Bondy J, Jaspan D, Goldberg J. Centering Pregnancy does not affect rates of breastfeeding at postpartum discharge. ACOOG Annual Meeting. Orlando, Florida, 2018.

Olatunde A, Paoletti A, Pitcairn-Ramirez A, Bondy J, Jaspan D, Goldberg J. High-dose Centering Pregnancy reduces preterm delivery. ACOOG Annual Meeting. Orlando, Florida, 2018.

Booher M, Edelson M, Jaspan D, Goldberg J. Myomectomy of a large cervical fibroid a patient desiring future fertility. ACOOG Annual Meeting. Orlando, Florida, 2018.

Gan S, Goldberg J. Electronic fetal monitoring predicts severe fetal acidemia (umbilical cord arterial pH < 7) less than 50% of the time. AWC Scholarship Symposium, Philadelphia, October 2017. 1st prize oral presentation.

Gold S, Hirsch D, Schutzman D, Cohen A, Jaspan D, White C, Goldberg J. Delivery of the posterior arm as the initial maneuver to relieve shoulder dystocia increased neonatal humeral fractures. AWC Scholarship Symposium, Philadelphia, October 2017. 2nd prize oral presentation.

Woodman S, Mirghani S, Goldberg J. Mammographic breast density laws: provider and patient surveys. AWC Scholarship Symposium, Philadelphia, October 2017. 3rd prize oral presentation.

Gold S, Jaspan D, Goldberg J. Evaluation of a multi-disciplinary Headache In Pregnancy Symposium as an OB/GYN learning tool. American Headache Society's 2017 Scottsdale Headache Symposium, Phoenix, Arizona, November 16-19, 2017.

Gold S, Hirsch D, Schutzman D, Jaspan D, Cohen A, White C, Goldberg J. Delivery of the posterior arm as the initial maneuver to relieve shoulder dystocia increased neonatal humeral fractures. Oral presentation. ACOG District III Junior Fellow Day, Philadelphia, 2017. 1st place research project.

000604

Jay Goldberg, MD, MSCP
Curriculum Vitae

Gold S, Jaspan D, Goldberg J. Evaluation of a multi-disciplinary Headache In Pregnancy Symposium as an OB/GYN learning tool. ACOG District III Junior Fellow Day, Philadelphia, 2017.

Gan S, Goldberg J. Electronic fetal monitoring predicts severe fetal acidemia (umbilical cord arterial pH < 7) less than 50% of the time. ACOG District III Junior Fellow Day, Philadelphia, 2017. 1st place research poster.

Style M, Goldberg Z, Myers J, Goldberg J. Mentoring Residents to be Manuscript Referees. ACOG District III Junior Fellow Day, Philadelphia, 2017.

Hosein S, Paoletti A, Pitcairn-Ramirez A, Bondy J, Goldberg J. Centering Pregnancy does not affect rates of breastfeeding at postpartum discharge. ACOG District III Junior Fellow Day, Philadelphia, 2017.

Rice E, Myers J, Goldberg J. Einstein Medical Center Philadelphia (EMCP) Residency Mentorship Program. ACOG District III Junior Fellow Day, Philadelphia, 2017.

Olatunde A, White C, Myers J, Jaspan D. An Improved Ranking System for OB/GYN Resident Selection. ACOG District III Junior Fellow Day, Philadelphia, 2017.

Olatunde A, Paoletti A, Pitcairn-Ramirez A, Bondy J, Goldberg J. High-dose Centering Pregnancy reduces preterm delivery. ACOG District III Junior Fellow Day, Philadelphia, 2017.

Goldberg Z, Goldberg J. Manuscript created by random word generator accepted for purported peer reviewed publication. Einstein Research Recognition Day, Philadelphia, 2017.

Style M, Goldberg Z, Myers J, Goldberg J. Mentoring Residents to Be Manuscript Referees. Einstein Research Recognition Day, Philadelphia, 2017.

Style M, Goldberg Z, Myers J, Goldberg J. Mentoring Residents to Be Manuscript Referees. ACOOG Annual Meeting. Palm Desert, California, 2017.

Brendel K, Oluronbi R, Jaspan D, Goldberg J. An unusual case of post-cesarean delivery abscess caused by *Gemella morbillarum*. ACOOG Annual Meeting. Palm Desert, California, 2017.

Gold S, Almeida S, Goldberg J. A case of cardiac arrest during primary cesarean section. Einstein 1st Annual Case Report Symposium, Philadelphia, 2017.

Metcalfe-Klaw R, Woodman S, Fenimore E, Copit D, Jaspan D, Goldberg J. Patient perception of mammographic breast density notification laws. ACOG Annual Clinical Meeting, San Diego, California, 2017.

000605

Jay Goldberg, MD, MSCP
Curriculum Vitae

Mirghani S, Goldberg J, Jaspan D, Scaven C, Copit D. Increased breast density on screening mammography: Laws leading to confusion amongst both patients and providers. ACOG Annual Clinical Meeting, San Diego, California, 2017.

Style M, Goldberg Z, Myers J, Goldberg J. Mentoring Residents to Be Manuscript Referees. CREOG & APGO Annual Meeting. Orlando, Florida. 2017.

Metcalfe-Klaw R, Woodman S, Fenimore E, Copit D, Jaspan D, Goldberg J. Patient perception of mammographic breast density notification laws. Drexel Research Discovery Day, Philadelphia, 2016.

Davis S, Gan S, Jaspan D, Goldberg J. Cystosure at the time of hysterectomy. AAGL Global Congress of Minimally Invasive Gynecology, Orlando, 2016.

Ostrosky K, Goldberg J, White C. Sodium fluorescein usage during cystoscopy. Einstein Research Recognition Day, Philadelphia, 2016.

Woodman S, Jaspan D, Berg J, Goldberg J. An unusual case of invasive gestational choriocarcinoma presenting as acute GI hemorrhage. Einstein Research Recognition Day, Philadelphia, 2016.

Mirghani S, Goldberg J, Jaspan D, Scaven C, Copit D. Increased breast density on screening mammography: Laws leading to confusion amongst both patients and providers. Einstein Research Recognition Day, Philadelphia, 2016.

Yondorf C, Goldberg J. G-cynch myomectomy compression suture to tamponade persistent bleeding into fibroid cavities. Einstein Research Recognition Day, Philadelphia, 2016.

Yondorf C, Mirghani S, Olatunde A, Goldberg J. The use of simulations as a training tool for obstetric emergencies. Einstein Research Recognition Day, Philadelphia, 2016.

Sookram J, Simpson D, Shelton J, Goldberg J. A case of cervical ectopic pregnancy treated with suction curettage. Einstein Research Recognition Day, Philadelphia, 2016.

Davis S, Gan S, Jaspan D, Goldberg J. Cystosure at the time of hysterectomy. Einstein Research Recognition Day, Philadelphia, 2016.

Metcalfe-Klaw R, Woodman S, Fenimore E, Copit D, Jaspan D, Goldberg J. Patient perception of mammographic breast density notification laws. Einstein Research Recognition Day, Philadelphia, 2016.

Shelton J, Mirghani S, Goldberg J. Multidose methotrexate regimen use to treat interstitial pregnancy. Einstein Research Recognition Day, Philadelphia, 2016.

Ali S, Cohen A, Goldberg J. Densensitization of a patient with previous anaphylaxis to RhoGAM. Einstein Research Recognition Day, Philadelphia, 2016.

33

000606

Jay Goldberg, MD, MSCP
Curriculum Vitae

Ostrosky K, Goldberg J. Sodium fluorescein usage during cystoscopy. ACOG Annual Meeting, Washington, DC, 2016.

Mirghani S, Woodman S, Goldberg J. Increased breast density on screening mammography: Laws leading to confusion amongst both patients and providers. Grand rounds, Drexel University Hospital, New Jersey, 2016.

Metcalfe-Klaw R, Woodman S, Fenimore E, Copit D, Jaspan D, Goldberg J. Patient perception of mammographic breast density notification laws. ACOOG Annual Meeting, Ft. Lauderdale, Florida, 2016.

Mirghani S, Jaspan D, Copit D, Scaven C, Goldberg J. Provider compliance with mammographic breast density notification laws. ACOOG Annual Meeting, Ft. Lauderdale, Florida, 2016.

Ostrosky K, Goldberg J. Sodium fluorescein to assist in visualization of ureteral jets during cystoscopy. ACOOG Annual Meeting, Ft. Lauderdale, Florida, 2016.

Mirghani S, Goldberg J. Increased breast density on screening mammography: Laws leading to confusion amongst both patients and providers. Philadelphia OB Society, 2016.

White C, Goldberg J. Internet research effects of patient familiarity with and perceptions of fibroid treatments. AAGL Global Congress of Minimally Invasive Gynecology, Las Vegas, 2015.

Haddad M, Dinis J, Rodgers S, Goldberg J. Intraoperative transvesical ultrasound as an alternative to cystoscopy to assess ureteral patency. Oral presentation. AAGL Global Congress of Minimally Invasive Gynecology, Las Vegas, 2015.

Kundu K, Martin L, Henderson S, Metro M, Rodgers S, Goldberg J. False positive cystoscopic diagnosis of ureteral obstruction after hysterectomy due to a non-functional kidney. AAGL Global Congress of Minimally Invasive Gynecology, Las Vegas, 2015.

Ostrosky K, Goldberg J. Sodium fluorescein usage during cystoscopy. ACOG District III Jr. Fellow Meeting, University of Pennsylvania, 2015.

Latteman L, Martin L, Goldberg J. Jeopardy as a teaching tool. Einstein Research Recognition Day, Philadelphia, 2015.

Kundu K, Martin L, Metro M, Rodgers S, Goldberg J. False positive cystoscopic diagnosis of ureteral obstruction after hysterectomy due to a non-functional kidney. Einstein Research Recognition Day, Philadelphia, 2015.

000607

Jay Goldberg, MD, MSCP
Curriculum Vitae

Woodman S, Dinis J, Shelton J, Goldberg J. Non-visualization of methylene blue dye in ureteral jets during cystoscopy in a patient with normal renal function. Einstein Research Recognition Day, Philadelphia, 2015.

Vaynberg D, White C, Jaspan D, Goldberg J. Resident experiences with and post-training plans for cystoscopy at the time of hysterectomy. Einstein Research Recognition Day, Philadelphia, 2015.

Haddad M, Dinis J, Rodgers S, Goldberg J. Intraoperative direct transvesical Doppler ultrasound assessment of ureteral jets. Einstein Research Recognition Day, Philadelphia, 2015.

Ostrosky K, Sookram J, Goldberg J. Management of *Trichomonas vaginalis* in women with self-reported anaphylaxis to metronidazole. Einstein Research Recognition Day, Philadelphia, 2015.

Onwubengwu A, Haddad M, Myers J, Goldberg J. Vaginal hysterectomy simulator. ACOOG Annual Meeting, San Diego, CA, 2015.

Haddad M, Onwubengwu A, Myers J, Goldberg J. Abdominal hysterectomy simulator. ACOOG Annual Meeting, San Diego, CA, 2015.

Kundu K, Dinis J, Cohen A, White C, Goldberg J. Accuracy of a statistical risk assessment model in predicting shoulder dystocia and brachial plexus injury in a high risk population. ACOOG Annual Meeting, San Diego, CA, 2015.

Artoun C, Goldberg J, Cohen A. Cervical mass following cervical cerclage. ACOOG Annual Meeting, San Diego, CA, 2015.

Martin L, Scheib S, Goldberg J. Complications Following Extended Freeze Endometrial Cryoablation. ACOOG Annual Meeting, San Diego, CA, 2015.

Dinis J, Kundu K, Cohen A, White C, Goldberg J. Accuracy of a statistical risk assessment model in predicting shoulder dystocia and brachial plexus injury in a high risk population. ACOG Annual Clinical Meeting, San Francisco, California, 2015.

Vaynberg D, White C, Jaspan D, Goldberg J. Survey of cystoscopy performance at the time of hysterectomy. ACOG Annual Clinical Meeting, San Francisco, California, 2015.

Onwubengwu A, Haddad M, Myers J, Goldberg J. Vaginal hysterectomy simulator. CREOG / APGO Annual Meeting, San Antonio, Texas, 2015.

Woodman S, Davis S, Myers J, Jaspan D, Goldberg J. Stimulating resident research through a PowerPoint presentation of research posters from the CREOG/APGO Annual Meeting. CREOG / APGO Annual Meeting, San Antonio, Texas, 2015.

000608

Jay Goldberg, MD, MSCP
Curriculum Vitae

Haddad M, Onwubengwu A, Myers J, Goldberg J. Abdominal hysterectomy simulator. CREOG / APGO Annual Meeting, San Antonio, Texas, 2015.

Artoun C, Goldberg J, Cohen A. Cervical mass following cervical cerclage. ACOG District I, II, & IV Meeting, Baltimore, 2014.

Vaynberg D, White C, Jaspan D, Goldberg J. Cystoscopy at the time of hysterectomy. ACOG District I, II, & IV Meeting, Baltimore, 2014.

Kundu K, Cohen A, Goldberg J. Acute torsion of uterine remnant leiomyoma with Mayer-Rokitansky-Küster-Hauser syndrome. ACOG District I, II, & IV Meeting, Baltimore, 2014.

Haddad M, Onwubengwu A, Myers J, Goldberg J. Abdominal hysterectomy simulator. ACOG District I, II, & IV Meeting, Baltimore, 2014.

Martin L, Scheib S, Goldberg J. Complications Following Extended Freeze Endometrial Cryoablation. ACOG District I, II, & IV Meeting, Baltimore, 2014.

Dinis J, Kundu K, Cohen A, White C, Goldberg J. Accuracy of the PeriCALM® Shoulder Screen™ in predicting neonatal brachial plexus injury. Best resident research project. ACOG District I, II, & IV Meeting, Baltimore, 2014.

Vaynberg D, White C, Jaspan D, Goldberg J. Cystoscopy at the time of hysterectomy. ACOG Junior Fellow Meeting, Delaware, 2014.

Kundu K, Dinis J, Cohen A, White C, Goldberg J. Accuracy of the PeriCALM® Shoulder Screen™ in predicting neonatal brachial plexus injury. ACOG Junior Fellow Meeting, Delaware, 2014.  1st place award.

Vaynberg D, Jaspan D, White C, Goldberg J. Survey of cystoscopy performance at the time of hysterectomy. 43rd Global Congress of Minimally Invasive Gynecology, Vancouver, Canada, 2014.

Onwubengwu A, Haddad M, Myers J, **Goldberg J**. Vaginal hysterectomy simulator. Einstein Research Recognition Day, Philadelphia, 2014.

Haddad M, Onwubengwu A, Myers J, **Goldberg J**. Abdominal hysterectomy simulator. Einstein Research Recognition Day, Philadelphia, 2014.

Martin L, Scheib S, **Goldberg J.** Complications Following Extended Freeze Endometrial Cryoablation. Einstein Research Recognition Day, Philadelphia, 2014.

Kundu K, Cohen A, **Goldberg J**. Acute torsion of uterine remnant leiomyoma with Mayer-Rokitansky-Küster-Hauser syndrome. Einstein Research Recognition Day, Philadelphia, 2014.

000609

Jay Goldberg, MD, MSCP
Curriculum Vitae

Artoun C, **Goldberg J**, Cohen A. Cervical mass following cervical cerclage. Einstein Research Recognition Day, Philadelphia, 2014.

Reina-Fernandez J, Segal A, **Goldberg J**. Modified mini-laparotomy for myomectomy. Einstein Research Recognition Day, Philadelphia, 2014.

Kundu K, Dinis J, Cohen A, White C, **Goldberg J**. Accuracy of the PeriCALM® Shoulder Screen™ in predicting  neonatal brachial plexus injury. Einstein Research Recognition Day, Philadelphia, 2014. Winner of 2nd place clinical poster and 2nd place research project.

Woodman S, Davis S, Myers J, Jaspan D, **Goldberg J**. Stimulating resident research through a PowerPoint presentation of research posters from the CREOG/APGO Annual Meeting. Einstein Research Recognition Day, Philadelphia, 2014.

Martin L, Scheib S, **Goldberg J.** Complications Following Extended Freeze Endometrial Cryoablation. Oral presentation. 42nd Global Congress of Minimally Invasive Gynecology, Washington, DC, 2013.

Harrington C, Dayaratna S, **Goldberg J**. Cost and reimbursement for robotic, laparoscopic, and vaginal hysterectomy. Oral presentation. 40th Global Congress of Minimally Invasive Gynecology, Florida, 2011.

Harrington C, Dayaratna S, **Goldberg J**, Leiby B, McNeil J. Potential cost savings of performing TVH over other minimally invasive hysterectomies. TJU Resident & Fellow Research Day. Philadelphia, April 28, 2011.

Femiano D, Hellman M, Diamond JJ, Angelo J, **Goldberg J**. Internet effects on patient familiarity and perceptions of fibroid treatments. TJUH AOA Research Day, Philadelphia, November 7, 2008.

**Goldberg J**. Proellex®: a novel treatment for uterine fibroids. Repros Therapeutics Investor Day, New York City, July 24, 2008.

Hellman M, Angelo J, Diamond J, **Goldberg J**. Perceptions of patients desiring future fertility of two leiomyoma treatments: Myomectomy and Uterine Leiomyoma Embolization. ACOG Annual Clinical Meeting, New Orleans, May 2008.

Hellman M, Angelo J, Diamond J, **Goldberg J**. Perceptions of patients with leiomyomata not desiring future fertility of Hysterectomy, Myomectomy and Uterine Leiomyoma Embolization. ACOG Annual Clinical Meeting, New Orleans, May 2008.

McConnel S, **Goldberg J.** Myometrial Air Infiltration Following Postpartum Uterine Artery Embolization. 36th Global Congress of Minimally Invasive Gynecology, Washington, DC, Nov. 2007.

000610

Jay Goldberg, MD, MSCP
Curriculum Vitae

Pham C**,** Diamond JJ**, Goldberg J**. Concurrent use of transabdominal endometrial ablation and abdominal myomectomy. 36th Global Congress of Minimally Invasive Gynecology, Washington, DC, Nov. 2007.

**Goldberg J**. Prevention of labor associated pelvic lacerations. Lunch presentation, ACOG Annual Clinical Meeting, San Diego, CA, May 2007.

**Goldberg J**. Uterine fibroid embolization update. Lunch presentation, ACOG Annual Clinical Meeting, San Diego, CA, May 2007.

**Goldberg J**. Uterine fibroid update 2007. Repros Therapeutics R&D Day, New York City, January 4, 2007.

**Goldberg J**. Interim data of Proellex® uterine fibroid trial. Repros Therapeutics R&D Day, New York City, January 4, 2007.

**Goldberg J**. Prevention of labor associated pelvic lacerations. Lunch presentation, ACOG Annual Clinical Meeting, Washington, DC, May 2006.

**Goldberg J**. Uterine fibroid embolization update. Lunch presentation, ACOG Annual Clinical Meeting, Washington, DC, May 2006.

Miller L, Devoe LD, Miller D, Crandall S, Kelley J, **Goldberg J**. Mock trial. Symposia Medicus, Winter Conference on Obstetrics and Gynecology, Maui, February, 2006.

Johnston-MacAnanny E, **Goldberg J**, Bromberg JV, Diamond J, Weinstein L. Natural progression of uterine fibroid size: a comparison of pregnancy and post-pregnancy volumes. AAGL, Chicago, 2005.

**Goldberg J**, Kim CK, Baer S, Shrestha R, Lupinacci P, Roberts N. Association of physician characteristics with risk for midline or mediolateral episiotomy. ACOG Annual Clinical Meeting, San Francisco, May 2005.

Seibel-Seamon J, Ness A, **Goldberg J**. Uterine fibroid embolization complications reported in the scientific literature and the FDA's MAUDE database. ACOG Annual Clinical Meeting, San Francisco, May 2005.

Bussard A, **Goldberg J**, McNeil J, Diamond J. Cost and reimbursement for three fibroid treatments: hysterectomy, myomectomy, and uterine fibroid embolization. ACOG Annual Clinical Meeting, San Francisco, May 2005.

**Goldberg J**. Prevention of labor associated pelvic lacerations. Lunch presentation, ACOG Annual Clinical Meeting, San Francisco, May 2005.

000611

Jay Goldberg, MD, MSCP
Curriculum Vitae

Bromberg JV, **Goldberg J**, Rychlak K, Weinstein L. The effect of uterine fibroids on pregnancy outcomes. NIH 2nd Annual International Fibroid Congress, Bethesda, February 2005.

Seibel-Seamon J, Ness A, **Goldberg J**. Uterine fibroid embolization complications reported in the scientific literature and the FDA's MAUDE database. NIH 2nd Annual International Fibroid Congress, Bethesda, February 2005.

Bussard A, **Goldberg J**, McNeil J, Diamond J. Cost and reimbursement for three fibroid treatments: hysterectomy, myomectomy, and uterine fibroid embolization. NIH 2nd Annual International Fibroid Congress, Bethesda, February 2005.

**Goldberg J,** Worthington-Kirsch R. Uterine artery embolization update. Biosphere Medical investor and board of directors meetings, Boston, May 2004.

Yuan H, Hopkins M, **Goldberg J**, Soper K, Silberstein S. Stripe Visual Sensitivity as a Screening Tool for Migraine. American Headache Society, 2004.

**Goldberg J,** Worthington-Kirsch R. Fibroid embolization: when to refer your patient. Breakfast seminar, ACOG Annual Clinical Meeting, Philadelphia, May 2004.

**Goldberg J**. Fibroids & fertility: uterine artery embolization and myomectomy. Lunch presentation, ACOG Annual Clinical Meeting, Philadelphia, May 2004.

**Goldberg J**. Episiotomy-an evidence based approach. Lunch presentation, ACOG Annual Clinical Meeting, Philadelphia, May 2004.

**Goldberg J**, Pereira L, Berghella V, Daraï E, Seinera P, Seracchioli R. Pregnancy outcomes following uterine artery embolization versus laparoscopic myomectomy. ACOG Annual Clinical Meeting, Philadelphia, May 2004.

**Goldberg J**, Fagan M, Roberts N, Purfield P, Hyslop T. Reducing episiotomies in Philadelphia through physician education and documentation of indication. ACOG Annual Clinical Meeting, Philadelphia, May 2004.

**Goldberg J.** Pregnancy after myomectomy and uterine artery embolization. Invited speaker. International Federation of Gynecology and Obstetrics (FIGO) World Congress, Santiago, Chile, November 2003.

**Goldberg J**, Pereira L, Berghella V, Daraï E, Seinera P, Seracchioli R. Pregnancy outcomes following uterine artery embolization versus laparoscopic myomectomy. International Federation of Gynecology and Obstetrics (FIGO) World Congress, Santiago, Chile, November 2003.

Gopal M, Singhal R, Mitchell C, Culhane J, Webb DA, **Goldberg J**. Nighttime call in-house versus out-of-house: a comparison of obstetrical procedure rates.  International

000612

Jay Goldberg, MD, MSCP
Curriculum Vitae

Federation of Gynecology and Obstetrics (FIGO) World Congress, Santiago, Chile, November 2003.

**Goldberg J**, Wolf A, Tolosa JE, Silberstein S, Leiva M.  Evaluation of an electronic diary as a diagnostic tool to study headache and premenstrual symptoms in migraineurs. International Federation of Gynecology and Obstetrics (FIGO) World Congress, Santiago, Chile, November 2003.

**Goldberg J**, Fagan M, Roberts N, Purfield P, Hyslop T. Reducing episiotomies in Philadelphia through physician education and documentation of indication. International Federation of Gynecology and Obstetrics (FIGO) World Congress, Santiago, Chile, November 2003.

**Goldberg J**, Holtz D, Hyslop T, Tolosa JE.  Has the use of routine episiotomy decreased?  Examination of episiotomy rates from 1983 to 2000. International Federation of Gynecology and Obstetrics (FIGO) World Congress, Santiago, Chile, November 2003.

**Goldberg J**, Wolf A, Silberstein S, Leiva M, Hopkins M, Tolosa JE. Evaluation of an electronic diary as a diagnostic tool to study headache and premenstrual symptoms in migraineurs. ACOG Clinical Meeting, New Orleans, April 2003.

Gopal M, Singhal R, Mitchell C, Culhane J, Webb DA, **Goldberg J**. Nighttime call in-house versus out-of-house: a comparison of obstetrical procedure rates.  ACOG Clinical Meeting, New Orleans, April 2003.

**Goldberg J**. Uterine artery embolization. Lunch presentation, ACOG Clinical Meeting, New Orleans, 2003.

**Goldberg J**. Episiotomy. Lunch presentation, ACOG Clinical Meeting, New Orleans, 2003.

**Goldberg J**. Uterine artery embolization and the gynecologist. Lunch presentation, ACOG Clinical Meeting, Los Angeles, May 2002.

**Goldberg J**, Sultana C, Hyslop T, Tolosa JE. Racial differences in severe perineal lacerations following vaginal delivery. Oral presentation, ACOG Clinical Meeting, Los Angeles, May 2002.

**Goldberg J**, Holtz D, Hyslop T, Tolosa JE.  Has the use of routine episiotomy decreased?  Examination of episiotomy rates from 1983 to 2000. ACOG Clinical Meeting, Los Angeles, May 2002.

**Goldberg J**. Has the use of routine episiotomy decreased?  Examination of episiotomy rates from 1983 to 2000. Thesis presentation, Masters Degree in Clinical Pharmacology, Jefferson Medical College, April 2002.

000613

Jay Goldberg, MD, MSCP
Curriculum Vitae

**Goldberg J**, Holtz D, Hyslop T, Tolosa JE.  Has the routine use of episiotomy decreased?  Examination of episiotomy rates from 1983 to 2000.  ACOG District III Meeting, Bermuda, October 2001. Meeting cancelled due to 9/11.

**Goldberg J**, Besser M, Selby-Silverstein L.  Changes in foot use and foot pressure patterns during pregnancy.  ACOG's 50th Anniversary Meeting, Chicago, May 2001.

**Goldberg J**. Non-hormonal treatment of vaginal bleeding in users of depo-medroxyprogesterone acetate.  Magee-Womens Hospital Resident Research Day, Pittsburgh, May 1997.

**Goldberg J**. Development of atherosclerosis in the diabetic and hypercholesterolemic Sprague-Dawley rat.  Penn State University Honors Thesis.  May 1988.


**LECTURES:**

Talk entitled "Evaluation of infertility", Magee-Womens Hospital, Pittsburgh, January, 1997.

Talk entitled "Labor", Jefferson Medical College, 1998 - 2013.

Talk entitled "Electronic Fetal Monitoring", Jefferson Medical College, 1998 - 2013.

Talk entitled "Exercising in Pregnancy", Riddle Memorial Hospital, May 18, 2000.

Talk entitled "Exercising in Pregnancy", Jefferson Medical College, May 25, 2000.

Talk entitled "Exercising in Pregnancy", Penn State University, Schreyer Honors College, March 15, 2001.

Talk entitled "Episiotomy in the 21st Century", Jefferson Medical College, April 26, 2001.

Talk entitled "Episiotomy in the 21st Century", OB/GYN Research Meeting, Jefferson Medical College, May 17, 2001.

Talk entitled "Episiotomy in the 21st Century", Clinical Pharmacology Seminar Series, Jefferson Medical College, January 15, 2002.

Talk entitled "Exercising in Pregnancy: Maternal and Fetal Effects", Jefferson Medical College Alumni Association Meeting, Whistler, British Columbia, February 4, 2002.

Talk entitled "Episiotomy in the 21st Century", Riddle Memorial Hospital, March 21, 2002.

000614

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Becoming an MD in the 21st century", Alpha Epsilon Delta Initiation Banquet, Penn State University, April 12, 2002.

Talk entitled "Becoming an MD in the 21st century", Schreyer Honors College, Penn State University, April 14, 2002.

Talk entitled "Lowering episiotomy rates", Lankenau Hospital, October 30, 2002.

Talk entitled "Lowering episiotomy rates", Bryn Mawr Hospital, November 6, 2002.

Talk entitled "Episiotomy: To Cut or not to Cut?", Jefferson Medical College Alumni Association Meeting, Whistler, British Columbia, February 3, 2003.

Talk entitled "Uterine artery embolization: a new frontier in the treatment of uterine fibroids", Jefferson Medical College Alumni Association Meeting, Whistler, British Columbia, February 5, 2003.

Talk entitled "Reducing episiotomies through physician education and documentation of indication: interim report", Main Line Health System, March 26, 2003.

Talk entitled "STDs and PID", Jefferson Medical College, May 12, 2003.

Talk entitled "Ectopic pregnancy", Jefferson Medical College, June 12, 2003.

Talk entitled "Obstetrical hemorrhage", Jefferson Medical College, August 15, 2003.

Talk entitled "Exercising in pregnancy: how safe is it?", Jefferson Medical College, September 11, 2003.

Talk entitled "Intrapartum fetal assessment", Jefferson Medical College, 2003 - present.

Talk entitled "Fibroids and fertility", Jefferson Medical College, October 16, 2003.

Talk entitled "Fibroids and fertility", Albert Einstein Medical Center, October 29, 2003.

Talk entitled "Fibroids and fertility", Jefferson Medical College Alumni Association Meeting, Park City, Utah, February 2004.

Talk entitled "Episiotomy: teaching old dogs new tricks", Jefferson Medical College Alumni Association Meeting, Park City, Utah, February 2004.

Talk entitled "Uterine fibroids: considerations for the ER doctor", Jefferson Medical College, March 18, 2004.

Talk entitled "Fibroids: The Jefferson Fibroid Center", Jefferson Medical College, April 5, 2004.

000615

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Uterine fibroids: treatments and fertility implications", JeffCare Vorhees, NJ, April 21, 2004.

Talk entitled "Fibroids for the Family Medicine Doctor", Jefferson Medical College, May 5, 2004.

Talk entitled "Management of pregnancy related hemorrhage", Jefferson Medical College, July 22, 2004.

Talk entitled "Microwave endometrial ablation", Microsulis, Philadelphia, December 6, 2004.

Talk entitled "Endometrial ablation: through the generations", Jefferson Medical College, January 19, 2005.

Talk entitled "Uterine fibroid embolization", Riddle Memorial Hospital, April 21, 2005.

Talk entitled "Uterine fibroid embolization", Pennsylvania Hospital, July 13, 2005.

Talk entitled "Obstetrical hemorrhage", Jefferson Medical College, August 19, 2005.

Talk entitled "Abnormal uterine bleeding", Jefferson Medical College Alumni Association Meeting, Park City, Utah, February, 2006.

Talk entitled "Pap smear update", Jefferson Medical College Alumni Association Meeting, Park City, Utah, February, 2006.

Talk entitled "Abnormal uterine bleeding", Symposia Medicus, Winter Conference on Obstetrics and Gynecology, Maui, February, 2006.

Talk entitled "Pap smear update", Symposia Medicus, Winter Conference on Obstetrics and Gynecology, Maui, February, 2006.

Talk entitled "Uterine fibroid embolization", Symposia Medicus, Winter Conference on Obstetrics and Gynecology, Maui, February, 2006.

Talk entitled "Episiotomy: To cut or not to cut?", Symposia Medicus, Winter Conference on Obstetrics and Gynecology, Maui, February, 2006.

Talk entitled "Some things never change", AED Pre-Medical Honor Society initiation banquet, Penn State, April 19, 2006.

Talk entitled "Pap smear update 2006", Riddle Memorial Hospital, May 2006.

000616

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Update on uterine fibroids", Department of Medicine Grand Rounds, Jefferson Medical College, June 22, 2006.

Talk entitled "Pap smear update 2006", Jefferson Medical College, July 6, 2006.

Talk entitled "Cervical Disease Triage and Management", Jefferson Medical College, October 20, 2006.

Talk entitled "Treatment Perspectives for Uterine Fibroids", Jefferson Medical College, December 7, 2006.

Talk entitled "Pap update 2006", Symposia Medicus, Challenges in Gynecology, New York City, December 15, 2006.

Talk entitled "Uterine fibroid embolization: Friend or Foe?", Symposia Medicus, Challenges in Gynecology, New York City, December 15, 2006.

Talk entitled "Intrapartum fetal monitoring", Jefferson Medical College, Neonataology Fellows, January 25, 2007.

Talk entitled "Exercising during pregnancy", Jefferson Medical College, February 22, 2007.

Talk entitled "Protecting the perineum", Jefferson Medical College, OB/GYN grand rounds, February 15, 2007.

Talk entitled "Exercising during pregnancy", Symposia Medicus, Big Sky, MT, February 2007.

Talk entitled "UFE: Friend or foe?", Symposia Medicus, Big Sky, MT, February 2007.

Talk entitled "Protecting the perineum", Symposia Medicus, Big Sky, MT, February 2007.

Talk entitled "UFE", BioSphere Medical, Inc., Alpharetta, GA, March 21, 2007.

Talk entitled "UFE", Greater Baltimore Medical Center, Baltimore, MD, April 20, 2007.

Talk entitled "UFE", Drexel University OB/GYN grand rounds, Philadelphia, May 15, 2007.

Talk entitled "UFE", Harbor Hospital, Baltimore, MD, June 6, 2007.

Talk entitled "UFE", Vanderbilt University OB/GYN grand rounds, Nashville, TN, August 3, 2007.

000617

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "UFE", Magee Womens Hospital, Pittsburgh, January 8, 2008.

Talk entitled "Safeguarding the sphincter: intrapartum strategies", Albert Einstein Medical Center, Philadelphia, January 23, 2008.

Talk entitled "Pap update 2008", Jefferson Medical College Alumni Meeting, Vail, CO, 2008.

Talk entitled "UFE: Friend or foe?", Jefferson Medical College Alumni Meeting, Vail, CO, 2008.

Talk entitled "Pap update 2008", Symposia Medicus, Barbados, March 2008.

Talk entitled "UFE: Friend or foe?", Symposia Medicus, Barbados, March 2008.

Talk entitled "Safeguarding the sphincter: intrapartum strategies", Symposia Medicus, Barbados, March 2008.

Talk entitled "GYN risk management case series", Symposia Medicus, Barbados, March 2008.

Talk entitled "UFE", Tennessee Nurse Practitioner Society, Memphis, TN, May 20, 2008.

Talk entitled "UFE", Abington Memorial Hospital, Abington, PA, October 8, 2008.

Talk entitled "The Pap Smear: 2008 Update", Symposia Medicus, Challenges in Gynecology, New York City, December 19, 2008.

Talk entitled "Update & treatment options for uterine fibroids", Symposia Medicus, Challenges in Gynecology, New York City, December 19, 2008.

Talk entitled "Evaluation & treatment options of menstrual migraine", Symposia Medicus, Challenges in Gynecology, New York City, December 19, 2008.

Talk entitled "UFE", St. Peter's University Hospital, New Brunswick, NJ, January 30, 2009.

Talk entitled "UFE", ACOG Montana Section Annual Clinical Meeting, Big Sky, MT, February 5, 2009.

Talk entitled "Safeguarding the sphincter", ACOG Montana Section Annual Clinical Meeting, Big Sky, MT, February 5, 2009.

Talk entitled "Menstrual migraine", ACOG Montana Section Annual Clinical Meeting, Big Sky, MT, February 5, 2009.

000618

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Pap smear update 2009", Symposia Medicus, Los Cabos, Mexico, March 19, 2009.

Talk entitled "Fibroid update 2009", Symposia Medicus, Los Cabos, Mexico, March 19, 2009.

Talk entitled "Hysterectomy alternatives", Symposia Medicus, Los Cabos, Mexico, March 20, 2009.

Talk entitled "Menstrual migraine", Symposia Medicus, Los Cabos, Mexico, March 19, 2009.

Talk entitled "Pap smear update 2009", Eastern Shore Medical Symposium, Rehoboth Beach, DE, June 26, 2009.

Talk entitled "UFE", Eastern Shore Medical Symposium, Rehoboth Beach, DE, June 26, 2009.

Talk entitled "Fibroid update 2009", Symposia Medicus, Las Vegas, September, 2009.

Talk entitled "Exercising in Pregnancy", Symposia Medicus, Las Vegas, September, 2009.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Las Vegas, September, 2009.

Talk entitled "Fibroid update 2009", Symposia Medicus, Atlantis Resort, Bahamas, October, 2009.

Talk entitled "Exercising in Pregnancy", Symposia Medicus, Atlantis Resort, Bahamas, October, 2009.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Atlantis Resort, Bahamas, October, 2009.

Talk entitled "Pap smear update 2009", Symposia Medicus, Atlantis Resort, Bahamas, October, 2009.

Talk entitled "UFE", Gynaecological Club of Great Britain and Ireland, Philadelphia, November 9, 2009.

Talk entitled "Evaluation and treatment of pelvic masses", Jefferson Medical College, February, 2010.

Talk entitled "Shoulder dystocia", Jefferson Medical College, February, 2010.

000619

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Pap smear update 2010", Symposia Medicus, Cancun, Mexico, March, 2010.

Talk entitled "Menstrual migraine", Symposia Medicus, Cancun, Mexico, March, 2010.

Talk entitled "Exercising in Pregnancy", Symposia Medicus, Cancun, Mexico, March, 2010.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Cancun, Mexico, March, 2010.

Talk entitled "Mini-laparotomy in GYN surgery", Jefferson Medical College, April, 2010.

Talk entitled "Exercising in Pregnancy", Symposia Medicus, Jackson Hole, WY, July, 2010.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Jackson Hole, WY, July, 2010.

Talk entitled "Safeguarding the Sphincter: Intrapartum strategies", Symposia Medicus, Jackson Hole, WY, July, 2010.

Talk entitled "Update and treatment options for uterine fibroids", Symposia Medicus, Jackson Hole, WY, July, 2010.

Talk entitled "Uterine fibroid embolization", Jefferson Medical College OB/GYN Grand Rounds, October 28, 2010.

Talk entitled "Uterine fibroid embolization", OB/GYN grand rounds, Oregon Health Sciences University, Portland, OR, November 5, 2010.

Talk entitled "Fibroid update", Jefferson Family Medicine Grand Rounds, Philadelphia, PA, January 5, 2011.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Playa del Carmen, Mexico, February, 2011.

Talk entitled "Safeguarding the Sphincter: Intrapartum strategies", Symposia Medicus, Playa del Carmen, Mexico, February, 2011.

Talk entitled "Update and treatment options for uterine fibroids", Symposia Medicus, Playa del Carmen, Mexico, February, 2011.

000620

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Pap smear update 2011", Symposia Medicus, Playa del Carmen, Mexico, February, 2011.

Talk entitled "Update for uterine fibroids. Keys to developing a center for uterine fibroids", University of Virginia, Charlottesville, Virginia, August, 2011.

Talk entitled "Update and treatment options for uterine fibroids", Jefferson Medical College, Philadelphia, September, 2011.

Talk entitled "Risk Management Case Studies", Symposia Medicus, St. Thomas, USVI, November, 2011.

Talk entitled "Update and treatment options for uterine fibroids", Symposia Medicus, St. Thomas, USVI, November, 2011.

Talk entitled "Pap smear update 2011", Symposia Medicus, St. Thomas, USVI, November, 2011.

Talk entitled "Menstrual migraine", Symposia Medicus, St. Thomas, USVI, November, 2011.

Talk entitled "Risk Management Case Studies", New York City, December, 2011.

Talk entitled "Update and treatment options for uterine fibroids", Symposia Medicus, New York City, December, 2011.

Talk entitled "Pap smear update 2011", Symposia Medicus, New York City, December, 2011.

Talk entitled "The medical school application process", Penn State University, April 20, 2012.

Talk entitled "Menstrual migraine", Symposia Medicus, Las Vegas, NV, June, 2012.

Talk entitled "Risk Management Case Studies", Las Vegas, NV, June, 2012.

Talk entitled "Pap smear update 2011", Symposia Medicus, Las Vegas, NV, June, 2012.

Talk entitled "Fibroid update", Symposia Medicus, Atlantis Resort, Bahamas, August, 2012.

Talk entitled "Exercising in Pregnancy", Symposia Medicus, Atlantis Resort, Bahamas, August, 2012.

Talk entitled "Migraine headache", Symposia Medicus, Atlantis Resort, Bahamas, August, 2012.

000621

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Pap smear and HPV update", Symposia Medicus, Atlantis Resort, Bahamas, August, 2012.

Talk entitled "Pap smear and HPV update", Jefferson OB/GYN residency lecture sereis, September, 2012.

Talk entitled "Pap smear and HPV update", Cooper Hospital Grand Rounds, Camden, New Jersey, September, 2012.

Talk entitled "Fibroid update", Drexel University Department of OB/GYN Grand Rounds, October, 2012.

Talk entitled "Developing an academic career while a full time clinician", Magee-Womens Hospital Alumni Day, Pittsburgh, October 2012.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Beaver Creek, Colorado, March, 2013.

Talk entitled "Pap smear update 2013", Symposia Medicus, Beaver Creek, Colorado, March, 2013.

Talk entitled "Fibroid update", Symposia Medicus, Beaver Creek, Colorado, March, 2013.

Talk entitled "Exercising through Pregnancy", Einstein Medical Center, Philadelphia, April 2013.

Talk entitled "The medical school admissions process", Penn State University, State College, PA, April 2013.

Talk entitled "Fibroids", Einstein Medical Center, Philadelphia, June 2013.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Italy, September, 2013.

Talk entitled "Pap smear update 2011", Symposia Medicus, Italy, September, 2013.

Talk entitled "Fibroid update", Symposia Medicus, Greece, September, 2013.

Talk entitled "Exercising through Pregnancy", Symposia Medicus, Turkey, September, 2013.

Talk entitled "Risk Management Case Studies", Temple University Hospital grand rounds, October, 2013.

000622

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Fibroid update", Nazareth Hospital, Philadelphia, November, 2013.

Talk entitled "Fibroid update", Einstein Medical Center, Philadelphia, November, 2013.

Talk entitled "Fibroid update", Roxborough Memorial Hospital, Philadelphia, December, 2013.

Talk entitled "Risk Management Case Studies", New York City, December, 2013.

Talk entitled "Update and treatment options for uterine fibroids", Symposia Medicus, New York City, December, 2013.

Talk entitled "Research projects for residents: you can do it", Einstein Medical Center, Philadelphia, March, 2014.

Talk entitled "Menstrual migraine", Symposia Medicus, St. Maarten, March, 2014.

Talk entitled "Risk Management Case Studies", St. Maarten, March, 2014.

Talk entitled "HPV & Pap smear current guidelines", Symposia Medicus, St. Maarten, March, 2014.

Talk entitled "Therapeutic alternatives to hysterectomy", Symposia Medicus, St. Maarten, March, 2014.

Talk entitled "Fibroid update", ACOOG National Meeting, Las Vegas, April, 2014.

Talk entitled "The medical school admissions process", Penn State University, State College, PA, April 2014.

Talk entitled "Risk Management Case Studies", Einstein Medical Center Philadelphia, April 2014.

Talk entitled "Menstrual migraine", Symposia Medicus, Napa, California, July, 2014.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Napa, California, July, 2014.

Talk entitled "Exercising while pregnant", Symposia Medicus, Napa, California, July, 2014.

Talk entitled "Universal vs. selective cystoscopy at the time of hysterectomy", Einstein Medical Center Philadelphia, October 2014.

Talk entitled "Universal vs. selective cystoscopy at the time of hysterectomy", Drexel University Hospital, Philadelphia, December 2014.

000623

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Universal vs. selective cystoscopy at the time of hysterectomy", Cooper University Hospital, Philadelphia, January 2015.

Talk entitled "Fibroid update", Hadassah Medical Center, Jerusalem, Israel, March 2015.

Talk entitled "Universal vs. selective cystoscopy at the time of hysterectomy", Temple University Hospital, Philadelphia, June 2015.

Talk entitled "Menstrual migraine", Symposia Medicus, Alaska, July, 2015.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Alaska, July, 2015.

Talk entitled "Exercising while pregnant", Symposia Medicus, Alaska, July, 2015.

Talk entitled "Fibroids", Symposia Medicus, Alaska, July, 2015.

Talk entitled "Menstrual migraine", Symposia Medicus, Cancun, Mexico, February, 2016.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Cancun, Mexico, February, 2016.

Talk entitled "PALM-COEIN", Symposia Medicus, Cancun, Mexico, February, 2016.

Talk entitled "Fibroids", Symposia Medicus, Cancun, Mexico, February, 2016.

Talk entitled "The medical school admissions process", Penn State University, State College, PA, April 2016.

Talk entitled "Universal vs. selective cystoscopy at the time of hysterectomy", ACOG Annual Clinical Meeting, Washington, DC, May 2016.

Talk entitled "Risk Management Case Studies", MCE Women's Health For Primary Care, New York City, June 2016.

Talk entitled "Exercising while pregnant", MCE Women's Health For Primary Care, New York City, June 2016.

Talk entitled "Fibroids", MCE Women's Health For Primary Care, New York City, June 2016.

Talk entitled "Menstrual migraine", MCE Women's Health For Primary Care, New York City, June 2016.

000624

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Cervical screening update", MCE Women's Health For Primary Care, New York City, June 2016.

Talk entitled "Risk Management Case Studies", Lankenau Hospital, June 2016.

Talk entitled "Exercising during pregnancy", Symposia Medicus, Las Vegas, September 2016.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Las Vegas, September 2016.

Talk entitled "Fibroids", Symposia Medicus, Las Vegas, September 2016.

Talk entitled "Risk Management Case Studies", ACOOG Fall Meeting, Cleveland, Ohio, September 2016.

Talk entitled "OB/GYN Risk Management Strategies", Einstein Medical Center Philadelphia grand rounds, October 2016.

Talk entitled "Exercising during pregnancy", Symposia Medicus, Caribbean cruise, November 2016.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Caribbean cruise, November 2016.

Talk entitled "Fibroid update", Symposia Medicus, Caribbean cruise, November 2016.

Talk entitled "Cystoscopy at the time of hysterectomy", Symposia Medicus, Caribbean cruise, November 2016.

Talk entitled "Pap smear update", Symposia Medicus, Caribbean cruise, November 2016.

Talk entitled "Risk Management Case Studies", Symposia Medicus, New York City, December 2016.

Talk entitled "Fibroid update", Symposia Medicus, New York City, December 2016.

Talk entitled "Migraine headaches", Symposia Medicus, New York City, December 2016.

Talk entitled "Mammographic breast density", Pennsylvania Hospital, February 2017.

Talk entitled "The medical school admissions process", Penn State University, State College, PA, April 2017.

000625

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Risk management case studies", ACOG Annual Clinical Meeting, San Diego, May 2017.

Talk entitled "Risk Management Case Studies", Symposia Medicus, Lake Tahoe, June 2017.

Talk entitled "Fibroid update", Symposia Medicus, Lake Tahoe, June 2017.

Talk entitled "Migraine headaches", Symposia Medicus, Lake Tahoe, June 2017.

Talk entitled "Pap smear update", Symposia Medicus, Lake Tahoe, June 2017.

Talk entitled "Breast cancer screening", Chestnut Hill Hospital, grand rounds, September 20, 2017.

Talk entitled "Breast cancer screening and breast density", ACOOG Fall Meeting, Philadelphia, October 7, 2017.

Talk entitled "Risk Management Case Studies", Magee Womens Hospital, Pittsburgh, October 2017.

Talk entitled "Exercising during pregnancy", Symposia Medicus, Grand Cayman, November 2017.

Talk entitled "Alternatives to hysterectomy", Symposia Medicus, Grand Cayman, November 2017.

Talk entitled "Migraine headaches", Symposia Medicus, Grand Cayman, November 2017.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Grand Cayman, November 2017.

Talk entitled "Pap smear update", MCE, Jamaica, March 2018.

Talk entitled "Breast cancer screening and breast density", MCE, Jamaica, March 2018.

Talk entitled "Exercising during pregnancy", MCE, Jamaica, March 2018.

Talk entitled "Fibroids", MCE, Jamaica, March 2018.

Talk entitled "Migraine headaches", MCE, Jamaica, March 2018.

Talk entitled "OB/GYN risk management case studies", MCE, Jamaica, March 2018.

000626

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "OB/GYN risk management case studies", ACOG Annual Clinical Meeting, Austin, Texas, April 2018.

Talk entitled "Exercising during pregnancy", Symposia Medicus, Mediterranean & Adriatic Cruise, September 2018.

Talk entitled "Fibroid Update", Symposia Medicus, Mediterranean & Adriatic Cruise, September 2018.

Talk entitled "Migraine headaches", Symposia Medicus, Mediterranean & Adriatic Cruise, September 2018.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Mediterranean & Adriatic Cruise, September 2018.

Talk entitled "Pap smear update", Symposia Medicus, Mediterranean & Adriatic Cruise, September 2018.

Talk entitled "Fibroid Update", Symposia Medicus, Maui, Hawaii, November 2018.

Talk entitled "Breast cancer screening", Symposia Medicus, Maui, Hawaii, November 2018.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Maui, Hawaii, November 2018.

Talk entitled "Pap smear update", Symposia Medicus, Maui, Hawaii, November 2018.

Talk entitled "Fibroid Update", Symposia Medicus, New York City, New York, December 2018.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, New York City, New York, December 2018.

Talk entitled "Pap smear update", Symposia Medicus, New York City, New York, December 2018.

Talk entitled "OB/GYN risk management case studies", Penn State Milton S. Hershey Medical Center, May 2019.

Talk entitled "Mammographic screening & breast density", MCE, Amelia Island, Florida, June 2019.

Talk entitled "OB/GYN risk management case studies", MCE, Amelia Island, Florida, June 2019.

000627

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Pap smear update", MCE, Amelia Island, Florida, June 2019.

Talk entitled "Fibroid Update", MCE, Amelia Island, Florida, June 2019.

Talk entitled "Exercising in pregnancy", MCE, Amelia Island, Florida, June 2019.

Talk entitled "Migraine headache", MCE, Amelia Island, Florida, June 2019.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Big Sky, Montana, July 2019.

Talk entitled "Exercising during pregnancy", Symposia Medicus, Big Sky, Montana, July 2019.

Talk entitled "Cystoscopy at the time of hysterectomy", Symposia Medicus, Big Sky, Montana, July 2019.

Talk entitled "Protecting the pelvic floor", Symposia Medicus, Big Sky, Montana, July 2019.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Cancun, Mexico, February 2020.

Talk entitled "Protecting the pelvic floor", Symposia Medicus, Cancun, Mexico, February 2020.

Talk entitled "Migraine headache update", Symposia Medicus, Cancun, Mexico, February 2020.

Talk entitled "Fibroid update 2020", Symposia Medicus, Cancun, Mexico, February 2020.

Talk entitled "Developing a research abstract, poster, and oral presentation", AMWA, remote lecture, October 19, 2020.

Talk entitled "Stimulating OB/GYN resident research", Einstein Medical Center Philadelphia, November 12, 2020.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Tulum, Mexico, November 2021.

Talk entitled "Menstrual migraine headache", Symposia Medicus, Tulum, Mexico, November 2021.

Talk entitled "AUB: PALM COEIN", Symposia Medicus, Tulum, Mexico, November 2021.

000628

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Cervical Screening update", Symposia Medicus, Tulum, Mexico, November 2021.

Talk entitled "OB/GYN risk management case studies", MCE, Charleston, South Carolina, November 2021.

Talk entitled "Menstrual migraine headache", MCE, Charleston, South Carolina, November 2021.

Talk entitled "AUB: PALM COEIN", MCE, Charleston, South Carolina, November 2021.

Talk entitled "Cervical Screening update", MCE, Charleston, South Carolina, November 2021.

Talk entitled "Exercising in pregnancy", MCE, Charleston, South Carolina, November 2021.

Talk entitled "Fibroid update", MCE, Charleston, South Carolina, November 2021.

Talk entitled "Cervical Screening update", Symposia Medicus, New York City, December 2021.

Talk entitled "Alternatives to hysterectomy", Symposia Medicus, New York City, December 2021.

Talk entitled "Fibroid update", Symposia Medicus, Big Sky, Montana, February 2022.

Talk entitled "Menstrual migraine headaches", Symposia Medicus, Big Sky, Montana, February 2022.

Talk entitled "Exercising in pregnancy", Symposia Medicus, Big Sky, Montana, February 2022.

Talk entitled "OB/GYN risk management case studies", MCE, Mackinac Island, Michigan, June 2022.

Talk entitled "Menstrual migraine headache", MCE, Mackinac Island, Michigan, June 2022.

Talk entitled "AUB: PALM COEIN", MCE, Mackinac Island, Michigan, June 2022.

Talk entitled "Cervical Screening update", MCE, Mackinac Island, Michigan, June 2022.

Talk entitled "Exercising in pregnancy", MCE, Mackinac Island, Michigan, June 2022.

000629

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "Fibroid update", MCE, Mackinac Island, Michigan, June 2022.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Oahu, Hawaii, November 2022.

Talk entitled "Fibroid update", Symposia Medicus, Oahu, Hawaii, November 2022.

Talk entitled "Breast cancer screening", Symposia Medicus, Oahu, Hawaii, November 2022.

Talk entitled "Cervical Screening update", Symposia Medicus, Oahu, Hawaii, November 2022.

Talk entitled "OB/GYN risk management case studies", MCE, Disney's Yacht and Beach Club Resort, Orlando, Florida, March 2023.

Talk entitled "Breast cancer screening update", MCE, Disney's Yacht and Beach Club Resort, Orlando, Florida, March 2023.

Talk entitled "AUB: PALM COEIN", MCE, Disney's Yacht and Beach Club Resort, Orlando, Florida, March 2023.

Talk entitled "Cervical Screening update", MCE, Disney's Yacht and Beach Club Resort, Orlando, Florida, March 2023.

Talk entitled "Exercising in pregnancy", MCE, Disney's Yacht and Beach Club Resort, Orlando, Florida, March 2023.

Talk entitled "Fibroid update", MCE, Disney's Yacht and Beach Club Resort, Orlando, Florida, March 2023.

Talk entitled "OB/GYN risk management case studies", MCE, Omni Grove Park Inn, Asheville, North Carolina, April 2023.

Talk entitled "Breast cancer screening update", MCE, Omni Grove Park Inn, Asheville, North Carolina, April 2023.

Talk entitled "AUB: PALM COEIN", MCE, Omni Grove Park Inn, Asheville, North Carolina, April 2023.

Talk entitled "Cervical Screening update", MCE, Omni Grove Park Inn, Asheville, North Carolina, April 2023.

Talk entitled "Fibroid update", MCE, Omni Grove Park Inn, Asheville, North Carolina, April 2023.

000630

Jay Goldberg, MD, MSCP
Curriculum Vitae

Talk entitled "AUB: PALM COEIN", Symposia Medicus, Passau, Germany, December 2023.

Talk entitled "OB/GYN risk management case studies", Symposia Medicus, Passau, Germany, December 2023.

Talk entitled "Fibroid update", MCE, Symposia Medicus, Linz, Austria, December 2023.

Talk entitled "Breast cancer screening update", Symposia Medicus, Budapest, Hungary, December 2023.


Updated 1.9.24

000631