# EXHIBIT "V"

## CURRICULUM VITAE

**Walter J. Molofsky, MD**
WalterMolofsky@Gmail.com

## APPOINTMENTS/EMPLOYMENT

### University/Academic

2014-Present        **Associate Professor Neurology, Pediatrics**
                    Mount Sinai Icahn School of Medicine, NY, NY

1996-2014           **Associate Professor of Neurology, Pediatrics**
                    Albert Einstein College of Medicine, NYC, NY

1988-1996           **Associate Professor, Neurosciences & Pediatrics**
                    UMDNJ-New Jersey Medical School, Newark, NJ

1981-1988           **Assistant Professor, Neurosciences & Pediatrics**
                    UMDNJ - New Jersey Medical School, Newark, NJ

### Administrative Appointments

2014-Present        **Director, Division of Pediatric Neurology**
                    Mount Sinai Health System, NY, NY

2004-2014           **Chief, Division of Pediatric Neurology**
                    Beth Israel Medical Center, NY, NY

1996-2004           **Co-Director: Division of Pediatric Neurology**
                    **Institute of Neurology and Neurosurgery (INN)**
                    Beth Israel Medical Center, NY, NY

1996-2014           **Associate Chairman, Department of Neurology**
                    Beth Israel Medical Center, NY, NY

1990-1996           **Associate Director, Division of Pediatric Neurology**
                    UMDNJ-New Jersey Medical School, Newark, NJ

000787

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

<u>**Hospital Appointments**</u>

| | |
|---|---|
| 2014-present | **Attending Pediatric Neurology & Pediatrics**<br> Mount Sinai Hospital, NYC, NY |
| 1996-present | **Attending, Pediatric Neurology & Pediatrics**<br>Beth Israel Medical Center, NY, NY<br>MSW/Roosevelt Hospital, NY, NY<br>MSM/ St. Luke's Hospital, NY, NY<br>Saint Barnabas Medical Center, Livingston, NJ<br>Newark Beth Israel Medical Center, Newark, NJ |
| 1981-1996 | **Attending, Pediatric Neurology & Pediatrics**<br>Children's Hospital of New Jersey, Newark, NJ<br>Newark Beth Israel Hospital, Newark, NJ<br>Saint Barnabas Medical Center, Livingston, NJ<br>University Hospital, Newark, NJ |
| 1981-1996 | **Consultant, Pediatric Neurology**<br>Bayonne Hospital, Bayonne, NJ<br>Clara Maass Medical Center, Belleville, NJ<br>Columbus Hospital, Newark, NJ<br>Cranio-Facial Program at Saint Barnabas Med Ctr. Livingston, NJ<br>Children's Specialized Hospital, Mountainside, NJ<br>Christ Hospital, Jersey City, NJ<br>Elizabeth General Hospital, Elizabeth, NJ<br>Hackensack Medical Center, Hackensack, NJ<br>Jersey City Medical Center, Jersey City, NJ<br>John F. Kennedy Hospital, Edison, NJ<br>Raritan Bay Medical Center, Perth Amboy, NJ<br>Rahway Hospital, Rahway, NJ |

<u>**MAJOR VISITING APPOINTMENTS**</u>

| | |
|---|---|
| 1976-1981 | **Visiting Fellow** in Pediatric Neurology<br>Columbia University, College of Physicians & Surgeons, NY, NY. |
| 1976-1978 | **Visiting Fellow** in Clinical Pediatrics<br>Columbia University, College of Physicians & Surgeons, NY, NY. |

**Gaps in Employment**   None

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

## EDUCATION

1972-1976          **New York University School of Medicine**, NY, NY, M.D.

1968-1972          **Cornell University**, Ithaca, NY. B.S. with Honors

## POST GRADUATE TRAINING

1978-1981          **Fellow, Pediatric Neurology,** The Neurological Institute at
                   Columbia Presbyterian Medical Center, NY, NY
                   (Daryl DeVivo, MD, Director)

1977-1978          **Pediatric Resident**, Columbia Presbyterian Medical Center, NY,
                   NY

1976-1977          **Pediatric Intern**, Columbia Presbyterian Medical Center,
                   NY, NY

## CERTIFICATION

1986-Present          American Board of Neurology & Psychiatry with
                      Special Competence in Child Neurology, Diplomate

1982-Present          American Board of Pediatrics, Diplomate

## LICENSURE

1981-Present          New Jersey State License # 38816

1978-Present          New York State License #133497

## HONORS/AWARDS

2008-2021          Top Doctors in New York, NY Times

2004-2021          Best Doctors in New York, New York Magazine

1995-2021          Best Doctor in America, By Woodward and White

1995-2021          Best Doctors in NY Metro Area, By Castle, Connolly

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

| | |
|---|---|
| 1983-2021 | AMA Physicians Recognition Award q. 3 years. |
| 1979 | Chief Resident in Pediatric Neurology |

## Other Professional Roles

| | |
|---|---|
| 2010-2014 | Mount Sinai Beth Israel Ethics Committee |
| 2008-present | Indian Journal of Neurology, Reviewer |
| 2004-2006 | Faculty Practice Committee, Beth Israel Hospital |
| 2001- Present | New Jersey Commission on Cancer Research Review Committee |
| 2001- Present | Peer Review Editor: Headache, The Journal of Head and Face Pain |
| 1997-2003 | Executive Board, Beth Israel Hospital, Singer Division, NYC |
| 1989-1991 | President, Tri-State Child Neurology Association |
| 1995-1997 | University Physician Associates Clinical Practice Committee University of Medicine & Dentistry (UMDNJ), Newark, NJ |
| 1988-1997 | Child Neurology Society: Practice Committee, Member |

## ADMINISTRATIVE LEADERSHIP APPOINTMENTS

| | |
|---|---|
| 2014-Present | **Director, Division of Pediatric Neurology,** Mount Sinai Health System |
| 2004-2014 | **Chief, Division of Pediatric Neurology** Beth Israel Medical Center |
| 1996-present | **Director Pediatric Neurology, Neurovascular Service** Beth Israel Medical Center, INN |
| 1996-2004 | **Director, Muscular Dystrophy Evaluation Program**. Beth Israel Medical Center, INN |
| 1996-2004 | **Director, Pediatric Headache Service** Beth Israel Medical Center, INN |
| 1996-2004 | **Co-Director, Center for Functional Restoration** Beth Israel Medical Center, INN |

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

| | |
|---|---|
| 1995-1996 | **Director, ADHD Institute** |
| | UMDNJ - Doctors Office Complex, Newark, NJ |
| | |
| 1995-1996 | **Director, Headache Center** |
| | UMDNJ - Doctors Office Complex, Newark, NJ |
| | |
| 1981-1996 | **Director, Pediatric Neurology Clinics** |
| | University Hospital, Newark, NJ |
| | Beth Israel Hospital, Newark, NJ |
| | |
| 1981-1996 | **Director, Neonatal Neurology Clinics** |
| | University Hospital, Newark, NJ |
| | Newark Beth Israel Medical Center, Newark, NJ |
| | |
| 1981-1996 | **Director, Clinical Inpatient Services-Pediatric Neurology** |
| | University Hospital, Newark, NJ |
| | United Hospitals, Newark, NJ |
| | Newark Beth Israel Medical Center, Newark, NJ |

## CLINICAL TRIALS PARTICIPATION

| Project | Role in Project | Dates | Award | Other Info |
|---|---|---|---|---|
| *Neurogenetics Research Program* | *Contributing clinician under leadership of Delilia Pinto,PhD and George Diaz for patients with autism, epilepsy, intellectual disabilties* | *2014-present* | | *Review entry criteria of patients and refer for inclusion in genetics study* |

## TRAINEES

| Name | Level of Trainee | Role in Training | Training Venue | Trainees' Current Status/Employment |
|---|---|---|---|---|
| | Fellows: 6 Students Many Residents Many | 1981-present | UMDNJ Beth Israel Mount Sinai | |

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

## TEACHING ACTIVITIES

| Teaching Activity/Topic | Level | Role | Indicate Level and Number of Learners Taught & Venue | # of hours week/month/yr | Eval. Summary | Years Taught |
|---|---|---|---|---|---|---|
| Pediatric Neurology Inpatient Service Rounds | Medical Students, Residents , | Teaching Attending | 2-6 students, residents/month | 2 week blocks;6/y | | 2014-present |
| Pediatric Neurology Outpatient Clinic | Medical Students, Residents | Teaching | 2-6 student , residents per week | 4h/w x 6 weeks/y | | 2014-present |
| Pediatric Neurology Lectures | 3rd y Medical Students | Lectures on Ped. Neurol. | 3rd year medical student rotation | 1/m x10/y | | 2014-present |
| Medical Student preceptor | 3rd year medical students | Teaching Attending | 2-4 3rd y students | 2/h/week x 3 months/y | | 2014-present |
| Noon Lectures | Ped/Neurology residents | Lectures | 12-15 residents | 6-8 times/year | | 2014-present |
| Host Foreign Med students/ Residents | Foreign Medical students and residents | Mentor | 4-6 y | 12 hours/week x 3-4 months | | 2014-present |
| Pediatric Morning Professor Rounds | Ped Residents and Attendings | Case Review Teaching | 15-20 residents/ Attendings | 1 hour 8 x year | | 2014-Present |

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

## PUBLICATIONS

### Peer Reviewed Original Contributions

Berenstein A, Paramasiviam S, Sorscher M, **Molofsky Walter**, Melia D, Ghatan S,
Vein of Galen Aneurysmal Malformation; Advances in Management and Endovascular
Treatment. Neurosurgery 2019 Feb 1, 84 (2) 469-478. PMID 29860355

Berenstein, Alex MD[*]; Fifi, Johanna T. MD[*]; Niimi, Yasunari MD[*]; Presti, Salvatore MD[‡];
Ortiz, Rafael MD[*]; Ghatan, Saadi MD[§]; Rosenn, Barak MD[|]; Sorscher, Michelle CPNP[*];
**Molofsky, Walter MD.** "Vein of Galen Malformations in Neonates: New Management
Paradigms for Improving Outcomes." Neurosurgery: May 2012 - Volume 70 - Issue 5 - p 1207–
1214.

Berenstein A, Ortiz R, Niimi Y, Elijovich L, Fifi J, Madrid M, Ghatan S,
**Molofsky WJ**. Endovascular management of arteriovenous malformations and other
Intracranial arteriovenous shunts in neonates, infants, and children.
Childs Nerv Syst. 2010 Oct; 26 (10):1345-58.

Langer D, Song J, Niimi Y, Chajol M, Lefton D, Brisman J, **Molofsky WJ**,
Kupersmith M, and Berenstein A. Trans-arterial embolization of vein of Galen malformations:
the use of magnetic resonance imaging noninvasive optimal vessel analysis to quantify shunt
reduction. Journal of Neurosurgery. Volume 104 Number 1, 2006.

**Molofsky, WJ**, Managing Stroke in Children. Pediatric Annals, vol. 5,379-384, 2006.

Kamboj MK, Zhou P**, Molofsky WJ**, Franklin B, Shah B, David R, Kohn B,
Hemorrhagic Pituitary Apoplexy in an 18 year old Male Presenting as Non-Ketotic
Hyperglycemic Coma (NKHC). Journal of Pediatric Endocrinology & Metabolism,
18, 611-615 (2005).

Nass, R, Kramer, E, **Molofsky WJ**, et al. Perfusion brain scintigraphy in infants and children
with malformations of the vein of Galen. Childs Nervous System,
17:519-523, July 2001.

**Molofsky WJ**. Headaches in Children. Pediatric Annals vol. 27, 614-621, 1998.

Mahalick DM, Carmel PW, **Molofsky WJ**, et al. Psychopharmacological Treatment of Acquired
Attention Deficit Disorder in Children with Brain Injury. Pediatric Neurosurgery, 29-121-126,
1998.

**Molofsky WJ**, Headaches in Children, Issues in Neurosciences, June 1997.

**Molofsky WJ** and Piccone MA. Chronic Headaches; Evaluation and Management. Clinical
Consultations in Obstetrics and Gynecology, Vol 7, No. 1 38-44, 1995.

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

Koenigsberger MR, **Molofsky, WJ**, et al. Neonatal Presentation and Phenotypic Heterogeneity in Familial Spastic Paraplegia. Annals of Neurology 28:461, 1990.

Drew H, Vogel R, **Molofsky WJ**, et al. Effect of Folate of Phenytoin Hyperplasia. Journal of Clinical Periodontology Issue 6, 350-356, 1987.

**Molofsky WJ** and Chutorian AM. Non-surgical Treatment of Intraspinal Neuroblastoma. Neurology 31:1170-1173, 1981.

Ganti SR and **Molofsky, WJ**. Computed Tomography of Epidural Metastatic Neuroblastoma. Computed Tomography 5:287-291, 1981.


**Other Peer Reviewed Publications**

**Case Report:**

**Molofsky WJ**, Alpha Coma in a child. Journal of Neurology, Neurosurgery & Psychiatry, Vol 45, p 95, 1982.

**Review Articles**

**Molofsky, WJ**. Hypervitaminosis A. Pediatrics in Review. H. Hagerty Editor, 1987.

**Molofsky, WJ**. "Tuberous Sclerosis in Children." In: Pediatrics in Review. H Haggerty, Editor, 1986.

**Molofsky WJ**. Steroids and Head Trauma. Neurosurgery Vol. 15, No 3:424-426, 1984.

**Article Reviews:**

**Molofsky WJ.** UMDNJ Pediatric Newsletter, Richard R. Rapkin Editor, 1981-1995:

Livengood JR, et al. "Family History of Convulsion and of Pertussis Vaccine." Pediatrics 115:527, 1989.

Taller RT, et al. "The Diagnostic Values of Electromyography in Infantile Hypotonia." American Journal of Diseases in Childhood. 136:1985.

Young AC., et al. "Is Routine Computerized Axial Tomography in Epilepsy Worthwhile?" Lancet 8313:1446, 1982.

Orlasky JP, et al. "Submersion Accidents in Children with Epilepsy." American Journal of Diseases in Childhood. 136:777, 1982.

Hauser WA, et al. "Seizure Occurrence after a First Unprovoked Seizure." New England

9

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

Journal of Medicine. 107:522, 1982.

Hugh P, et al. "Tuberous Sclerosis Complexion in Children." Am. Journal of Diseases of
Childhood. 135:912, 1981, Pediatric Review.

### *Book Chapters*

**Molofsky WJ**, "Stroke in the Young- Etiologies" In Neurological Differential Diagnosis
A Case Based Approach, Alan B. Ettinger, MD and Deborah M. Weisbrot, MD, Editors,
Cambridge University Press,444-449, 2014.

Koenigsberger MR, **Molofsky WJ**, et al. "Neuromuscular Diseases in Children." In: Child and
Adolescent Neurology for Psychiatrists. Kaufmann, Solomon & Pfeffer, Editors. St. Louis MO 3,
26-42, 1992.

**Molofsky WJ** and Gold AP. "Neurological Examination of Children." In: Handbook of Clinical
Assessment of Children and Adolescents. Kestenbaum, Clarice, Williams, editor, NYU Press,
1988.

### INVITED LECTURES/PRESENTATIONS

2019        *Labor Delivery and Neurological Outcomes*, Pediatric Grand Rounds,
            South Nassau Community Hospital, Nassau, NY (Oct).

2018        *Neonatal Encephalopathy,* Pediatric Grand rounds, Staten Island
            University Hospital, Staten Island, NY (Nov)

2016        *Labor, Delivery, and Neurological Outcomes*, OB GYN Grand Rounds,
            Mount Sinai Medical Center, NY, NY (Oct).

2014        *Stroke in Children*, Pediatric Grand Round Mount Sinai Medical Center
            NY, NY (Mar).

2013        *Cerebrovascular Disease in Children*, Grand Round Columbia
            Presbyterian Medical Center, NY, NY (Mar).

            *Neonatal Vein of Galen: Treatment and Outcomes*, Grand Rounds,
            Tel Hashomer Hospital, Tel Aviv, Israel (Oct).

2012        *Neonatal Vein of Galen: Treatment and Outcomes*, Grand Rounds,
            Roosevelt Hospital, NY, NY (Apr).

2010        *Neurology of Abnormal Gait*, Pediatric Grand Rounds, Roosevelt Hospital,
            NY, NY (Feb).

10

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

2009        *Cerebrovascular Disease in Children*, 4th Fred Epstein International
            Conference on Pediatric Neurology/Neurosurgery, Eilat, Israel (Jul).

2007        *Labor, Delivery and Cerebral Palsy*, Pediatric Grand Rounds, Roosevelt
            Hospital, NY, NY (Nov).

2006        *Neuromuscular Disease in Children*, Grand Rounds, Staten Island
            University Hospital, Staten Island, NY, (Sep).

            Moderator, *Advances in Hydrocephalus*, International Child Neurology
            Conference, Eilat, Israel (Oct).

            *Endovascular Treatment of Cerebrovascular Malformation in Children*.
            University of North Carolina Medical School, Charlotte North Carolina (Jun).

2005        *Strokes in Children*, Pediatric Grand Rounds, Roosevelt Hospital,
            (NY, NY (Apr).
            *Multiple Sclerosis in Children*, Grand Rounds, Beth Israel Institute of Neurology
            and Neurosurgery, NY, NY. (Nov).

2002        *Pediatric Neurovascular Disease* Grand Rounds, Beth Israel, NY, NY
            University of North Carolina Medical School, Charlotte, NC (Mar).

2003        *Multiple Sclerosis in Children*, Grand Rounds, Beth Israel Institute of
            Neurology and Neurosurgery, NY, NY (Mar).

2002        *Pediatric Neurovascular Disease* Grand Rounds, Beth Israel Medical
            Center, NY, NY, (Sep).

            *Medical Treatment of Cerebral Palsy*, New York State Cerebral Palsy
            Society, Albany, NY (Oct).

2001        *Neurology of ADD*, Grand Rounds, Beth Israel Medical Center, NY, NY
            (Sep)

2000        *Steroids Use in Duchenne Muscular Dystrophy*, Parents Project,
            National Conference, Pittsburg, PA. (Jun).

1999        *Duchenne Muscular Dystrophy*, Long Island College Hospital, Bklyn, NY
            (Mar).
            *Headaches in Children*, St Joseph Hospital, Paterson, NJ (May)

1998        *Neurology of ADD*, Grand Rounds, Beth Israel, Singer Division, NY, NY,
            (Oct).
            *Multiple Sclerosis in Children*, Staten Island University Hospital,

11

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

               Staten  Island, NY (Mar)

1997        *Neurology of ADD,* Jewish Association of ADD Conference, Bklyn, NY  (Sep).

           *Headaches in Children*, Beth Israel Medical Center, NY, NY (Feb).

1996        *Pediatric Migraine*, Maimonides Medical Center, Bklyn, NY (Feb).
           *Seizures in Children*, St. Elizabeth Hospital, Elizabeth, NJ (Aug).

1995        *Headache Management & Diagnosis*, Staten Island University Hospital, Staten Island, NY (Feb).

           *Head Trauma/Coma*, Adjunct Visiting Professor, Fairleigh Dickenson University, Teaneck, NJ (Apr).

           *Neurology of ADD*, UMDNJ, Newark, NJ (Apr).

           *When A Child Stops Walking*, St. Barnabas, Livingston, NJ (May)
           *Migraines in Children*, St. Barnabas Medical Center, Livingston, NJ (May)

1994        *New Concepts in Migraine Headaches*, Monmouth Medical Center, Long Branch, NJ (Jan).

           *Seizures in Children,* Beth Israel Medical Center, Newark, NJ (May).
           *Headaches in Children*, UMDNJ, Newark, NJ (Sep).

           *Epilepsy*, Adjunct Visiting Professor, Fairleigh Dickenson University, Teaneck, NJ (Sep).

           *New Advances in Epilepsy*, Christ Hospital, Jersey City, NJ (Dec).

1993        *Recent Advances in Migraine*, UMDNJ Pediatric Grand Rounds, Newark, NJ (Feb).

           *Kemicterous*, Pediatric Grand Rounds, Saint Barnabas Hospital, Livingston, NJ. (Apr).

           *Pediatric Head Trauma*, Children's Specialized, Mountainside, NJ (Nov).

           *Botulism*, Pediatric Grand Rounds, Saint Barnabas Medical Center, Livingston, NJ (Dec).

1992        *Headaches in Children*, St. Barnabas Medical Center, Livingston, NJ (Nov).

           *Seizures in Children*, St. Michaels Medical Center, Newark, NJ (Apr).

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

*Advances in Seizure Management in the 90's*. St. Elizabeth Medical Center, Elizabeth, NJ (Apr).

*Neurology & Psychology,*" Children's Specialized Hospital, Mountainside, NJ (Mar).

*Congenital Insensitivity to Pain*, Saint Barnabas, Livingston, NJ (May).
*The Tethered Spinal Cord*, St. Barnabas, Livingston, NJ (Aug).

*The Tethered Spinal Cord,* UMDNJ, Newark, NJ (Oct).

*Spinal Lipomas,* Brookdale Medical Center, Bklyn, NY (Nov).

1991    *Headaches in Children*, UMDNJ Grand Rounds, Newark, NJ (May).

*Advances in Childhood Epilepsy*, Pediatric Post Graduate Conference
JFK Medical Center, Edison, NJ (May).

*Steroid Therapy for Meningitis,* Pediatric Review, Saint Barnabas Medical Center
Livingston, NJ (Oct).

*Childhood Migraine Syndrome*, Raritan Bay Medical Center, Perth Amboy, NJ (Nov).

1990    *Neuromuscular Disorders in Children,* Saint Barnabas Medical Center, Livingston, NJ (Jun).
*Neonatal Seizures,* NACOG Convention Albany, NY (Sep).
*Hypotonic Infant,* Maimonides Medical Center, Bklyn, NY (Nov).

1989    *Learning disorders in Children,* Elizabeth General Hospital, NJ (Dec).

1988    *Hypotonic Infant*, John F. Kennedy Medical Center, Edison, NJ (Nov)

1987    *Pediatric Neurology Lecture Series*, Raritan Bay Medical Center, Perth Amboy, NJ (Jan-May.)

*Prenatal Neurology*, Saint Barnabas Medical Center, Livingston, NJ (Mar).
*Headaches in Children*, John F. Kennedy Medical Center, Edison, NJ (May).

1986    *Non-epileptic Paroxysmal Disorders in Children*, Saint Barnabas Medical Center, Livingston, NJ (May).
*Megaencephaly*, Clara Mass Medical Center, Belleville, NJ (Oct).
*Megaencephaly*, UMDNJ, Newark, NJ Grand Rounds (Oct).

1985    *Electro-diagnostic Studies in Coma*, Elizabeth General Medical Center,

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

|      |  |
|------|--|
| | Elizabeth, N.J. (Oct). |
| | *Metabolic Diseases in Children*, UMDNJ, Newark NJ - Grand Rounds (Apr). |
| 1983 | *Neonatal Metabolic Coma*, Academy of Medicine of NJ, Lawrenceville, NJ (Sep). |
| 1982 | *Neonatal Seizures, Regional perinatal network nursing. In-service Reyes Syndrome*, UMDNJ, Newark, NJ Grand Rounds (Oct). |

## VOLUNTARY PRESENTATIONS / POSTERS

**Molofsky, Walter J., MD**. Moderator, "Advances in Hydrocephalus", International Child Neurology Conference, Eilat, Israel 2014.

**Molofsky, Walter J. MD.** "Neuro-Developmental Outcome of Vein of Galen Malformation," 18th Meeting Mediterranean Child Neurology Society, 5th Fred J. Epstein International Symposium on New Horizons in Pediatric Neurology and Neurosurgery, Dead Sea, Israel, March 2012.

Berenstein A, Fifi J, Nimi Y, Ortiz R, Sorscher M, Presti S, Ghatan S, and **Molofsky WJ**. Endovascular Treatment of Vein of Galen Aneurysmal Malformations in Neonates. Annals of Neurology, Vol 68, Supplement 2010.
Poster Presentation Child Neurology Society Meeting, October 2010.

Kohn B., Manmohan K., Shah B., Lefton D., **Molofsky WJ**, et al. Hemorrhagic Pituitary Apoplexy in an 18 Year old Male Presenting as Non-Ketotic Hyperglycemic Coma(NKHC). Pediatric Research Vol. 49 No.6, April 2001.

Mahalick DM, Carmel, PW, **Molofsky WJ**, et al. Psychopharmacologic Treatment of Pediatric Brain Injury. Annual Meeting of the American Association of Neurological Surgeons. Paper #817, Philadelphia, PA, April 1998.

Mahalick DM, **Molofsky WJ**, et al. Psychopharmacologic Treatment of Children with Attentional Disorders Secondary to Brain Injury. 19th Annual International Neuropsychological Society Mid-Year Conference, Veldhove, The Netherlands, June 1996.

Mahalick DM, Bartlett JA, **Molofsky, WJ**, et al. Psychopharmacologic Treatment of Children with Attentional Disorders Secondary to Brain Injury. 14th Annual National Symposia of the National Head Injury Foundation. San Diego, CA, December 1995.

Mahalick DM, Carmel, PW, **Molofsky WJ**, et al. Psychopharmacologic Treatment of Pediatric Brain Injury. Abstracts at the Annual Meeting of the American Association of Neurological Surgeons, J Neurosurgery Vol 88:2, p 412, June 1994.

14

**CV: WALTER J. MOLOFSKY, MD**
**1.1.22**

**Molofsky WJ**, Chutorian AM. Non-surgical Treatment of Intraspinal Neuroblastoma. Presented at the Child Neurology Society Meeting, October 1980.