UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER,<br>      Plaintiff,<br><br>    v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, BEVERLY A. HALL NDLOVU and LEE BLECHER,<br>      Defendants. | CIVIL ACTION NO. 1:21-CV-01852-CCC<br><br>The Honorable Christopher C. Conner |

## PRAECIPE TO FILE AMENDED CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT, UPMC PINNACLE HARRISBURG, AS TO CORPORATE LIABILITY

Defendant, UPMC Pinnacle Harrisburg ("Moving Defendant" or "the Hospital"), by and through its counsel, Burns White LLC, and hereby submits an Amended Certificate of Concurrence/Non-Concurrence, to correct the Certificate originally filed with the Motion for Partial Summary Judgment of Defendant, UPMC Pinnacle Harrisburg, as to Corporate Liability, *ECF 77*, filed on March 20, 2024, attached hereto and marked as Exhibit "A."

Respectfully submitted:

**BURNS WHITE LLC**

Date: March 20, 2024    By: _____
                  Marcy B. Tanker, Esquire
                  *Attorney for Defendant,*
                  *UPMC Pinnacle Harrisburg*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER,<br>    Plaintiff,<br><br>v.<br><br>PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, PINNACLEHEALTH MEDICAL SERVICES, UPMC PINNACLE HOSPITALS, UPMC PINNACLE, BEVERLY A. HALL NDLOVU and LEE BLECHER,<br>    Defendants. | CIVIL ACTION NO. 1:21-CV-01852-CCC<br><br>The Honorable Christopher C. Conner |

**CERTIFICATE OF SERVICE**

  I, Marcy B. Tanker, attorney for Defendant, UPMC Pinnacle Harrisburg, hereby certify that a true and correct copy of the foregoing *Praecipe to File an Amended Certificate of Concurrence/Non-Concurrence to Motion for Partial Summary Judgment as to Corporate Liability* was filed electronically via the Court's ECF system on the date below and is available for viewing and download by all counsel of record.

        Thomas F. Sacchetta, Esquire
        Sacchetta & Baldino
        308 E. Second Street
        Media, PA 19063
        tom@sbattorney.com
        *Counsel for Plaintiff*

        Frank J. Brier, Esquire
        Nicholas F. Kravitz, Esquire
        Suzanne P. Conaboy, Esquire
        Myers, Brier & Kelly, LLP
        425 Spruce Street, Suite 200
        Scranton, PA 18503
        fbrier@mbklaw.com
        *Counsel for Defendant,*
        *Lee Blecher, M.D.*

Peter Faben, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602
pfaben@barley.com
*Counsel for Defendants,*
*PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services and UPMC Pinnacle*

Michael C. Mongiello, Esquire
Karen E. Minehan, Esquire
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
mcmongiello@mdwcg.com
*Counsel for Defendant,*
*Beverly Ndlovu Hall, M.D.*

**BURNS WHITE LLC**

By: *[signature: Marcy B Tanker]*

Stuart T. O'Neal, Esquire
Marcy B. Tanker, Esquire
1001 Conshohocken State Road, STE 1-515
West Conshohocken, PA 19428
(484) 567-5700
stoneal@burnswhite.com
mbtanker@burnswhite.com

Dated: March 20, 2024

2