# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　　　Plaintiff,<br><br>v.<br><br>PINNACLEHEALTH OBSTETRICS<br>AND GYNECOLOGY SPECIALISTS,<br>PINNACLEHEALTH MEDICAL<br>SERVICES, UPMC PINNACLE<br>HOSPITALS, UPMC PINNACLE,<br>BEVERLY A. HALL NDLOVU and<br>LEE BLECHER,<br>　　　　　　Defendants. | CIVIL ACTION NO. 1:21-CV-01852-CCC<br><br>The Honorable Christopher C. Conner |

**AMENDED CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

Pursuant to Local Rule 208.2(d), it is hereby certified that counsel for Defendant, UPMC Pinnacle Harrisburg, has sought concurrence from each party in the **Motion for Partial Summary Judgment on Corporate Liability** in the above-captioned matter. It is further certified that said Motion is:

_____　　Counsel has not indicated concurrence or non-concurrence.

_____　　Uncontested.

__X__　　Contested.

Respectfully submitted,

**BURNS WHITE LLC**

By: _/s/ Marcy B. Tanker_
Stuart T. O'Neal, Esquire
PA I.D. No. 89097
Marcy B. Tanker, Esquire
PA I.D. No. 26276

1001 Conshohocken State Road, STE 1-515
West Conshohocken, PA 19428
(484) 567-5700

stoneal@burnswhite.com
mbtanker@burnswhite.com
Attorneys for Defendant,
UPMC Pinnacle Harrisburg

Dated: March 20, 202