IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETHANY DITZLER,** | : | CIVIL ACTION NO. 1:21-CV-1852 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PINNACLEHEALTH OBSTETRICS** | : | |
| **AND GYNECOLOGY SPECIALISTS,** | : | |
| **UPMC PINNACLE HOSPITALS,** | : | |
| **UPMC PINNACLE, HANFORD** | : | |
| **NDLOVU, BEVERLY A. HALL** | : | |
| **NDLOVU, and LEE BLECHER,** | : | |
| | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 22nd day of March, 2024, upon consideration of the motions (Docs. 89, 90) filed by defendants PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle Health Medical Services, UPMC Pinnacle Harrisburg, UPMC Pinnacle, Beverly Ndlovu Hall, M.D., and Lee Blecher, M.D., to amend the certificates of non-concurrence included with their motions for summary judgment to correct minor typographical errors, (see Docs. 77-3, 80-2 (referring to principal filings as "Motion for Protective Order" instead of "Motion for Summary Judgment")), and further upon consideration of defendants' motion (Doc. 91) to correct the title of the statement of facts submitted in support of one of those motions, (see Doc. 82), and it appearing that the proposed amendments are typographical and non-substantive, it is hereby ORDERED that defendants' motions (Docs. 89, 90, 91) are GRANTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania