IN THE UNITED STATES DISTRICT COURT
COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETHANY DITZLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO.  1:21-CV-01852 |
| | : | |
| **PINNACLEHEALTH OBSTETRICS** | : | JUDGE CONNER |
| **AND GYNECOLOGY SPECIALISTS,** | : | |
| **PINNACLEHEALTH MEDICAL** | : | MAG. JUDGE SAPORITO |
| **SERVICES, UPMC PINNACLE** | : | |
| **HOSPITALS, UPMC PINNACLE,** | : | ELECTRONCIALLY FILED |
| **BEVERLY A. HALL NDLOVU,** | : | |
| **And LEE BLECHER, MD,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS JOINT MOTION FOR
## ENLARGMENT OF TIME TO FILE REPLY BRIEFS

Pursuant to Rule 7.1 of the Local Rules of Court, Defendants, UPMC Pinnacle Harrisburg, Beverly A. Hall Ndlovu, MD and Lee Blecher, MD (hereinafter "Defendants"), by and through their undersigned counsel, hereby request a brief enlargement of the deadline to file reply briefs in support of their Motions for Summary Judgment in the above-referenced matter and, in support thereof, state at follows:

1. On March 20, 2024, Defendants filed Statements of Fact, Motions for Summary Judgment and supporting memoranda of law.  (ECF 77-88, 92-94.)

2. On April 10, 2024, Plaintiff filed Answers to Defendants' Statement of Undisputed Facts (ECF 98, 100, 102, 104) and supporting memoranda of law (ECF 99, 101, 103, 105).

3. Pursuant to Local Rule 7.6, Defendants' Reply Briefs are due on or before April 24, 2024.

4. Due to scheduling, and the number of issues implicated in Plaintiff's filings in opposition to Defendants' Motions for Summary Judgment, Defendants respectfully request that the deadline to file their Reply Briefs be extended thirty (30) days, or until May 24, 2024.

5. On April 16, 2024 the undersigned Defendants, through their counsel, sought the concurrence of Plaintiff in this Motion.  As of the time of filing, Plaintiff's counsel has not responded to Defendants' request.

WHEREFORE, Defendants UPMC Pinnacle Harrisburg, Beverly A. Hall Ndlovu, MD and Lee Blecher, MD respectfully request an extension of time, until May 24, 2024 to file their Reply Briefs.

Date:  April 19, 2024

Respectfully submitted:

MYERS, BRIER & KELLY, LLP

/s/ Frank J. Brier
Frank J. Brier
Fred J. Lokuta
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
*Attorneys for Defendant Lee Blecher, MD*

BURNS WHITE LLC

/s/ Marcy B. Tanker
Marcy B. Tanker, Esquire
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA  19428
mbtanker@burnswhite.com
*Attorney for Defendant UPMC Pinnacle Harrisburg*

MARSHALL DENNEHEY WARNER
 COLEMAN & GOGGIN

/s/ Michael C. Mongiello
Michael C. Mongiello, Esquire
200 Corporate Center Drive, Suite 300
Camp Hill, PA  17011
MCMongiello@MDWCG.com
*Attorney for Defendant Beverly Ndlovu Hall, MD*

## **CERTIFICATE OF NON-CONCURRENCE**

I, Frank J. Brier, hereby certify that I sought concurrence of counsel for Plaintiff, Bruce MacKnight, Jr. and Thomas Sacchetta, Esquire in this Motion. Messrs. MacKnight and Sacchetta have not responded to the requested relief sought.

/s/ Frank J. Brier
Frank J. Brier

Date: April 19, 2024

## **CERTIFICATE OF SERVICE**

I, Frank J. Brier, hereby certify that a true and correct copy of the foregoing Motion for Enlargement of Time to File Reply Brief was served upon the following counsel of record via the Court's ECF system on this 19th day of April 2024:

>Thomas F. Sacchetta, Esquire
>Bruce H. McKnight, Esquire
>Sacchetta & Baldino
>308 East Second Street
>Media, PA 19063
>
>Peter J. Faben, Esquire
>Barley Snyder
>126 East King Street
>Lancaster, PA 17602
>
>Michael C. Mongiello, Esquire
>Marshall Dennehey
>100 Corporate Center Drive, Suite 201
>Camp Hill, PA 17011
>
>Stuart O'Neal, Esquire
>Marcy B. Tanker, Esquire
>Burns White LLC
>100 Four Falls, Suite 515
>1001 Conshohocken State Road
>West Conshohocken, PA  19428

>/s/ Frank J. Brier
>Frank J. Brier