IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHANY DITZLER,** | : CIVIL ACTION NO. 1:21-CV-1852 |
| Plaintiff | : |
| | : (Judge Neary) |
| v. | : |
| | : |
| **UPMC PINNACLE HOSPITALS,** | : |
| **BEVERLY A. HALL NDLOUVU,** | : |
| and **LEE BLECHER** | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 16th day of April, 2025, upon consideration of defendant UPMC Pinnacle Hospitals' motion (Doc. 77) for partial summary judgment and accompanying statement (Doc. 79) of undisputed material facts, defendants UPMC Pinnacle Hospitals', Beverly Hall Ndlovu's, and Lee Blecher's motion (Doc. 80) for partial summary judgment and accompanying statement (Doc. 82) of undisputed material facts, defendant Beverly Hall Ndlovu's motion (Doc. 83) for summary judgment and accompanying statement (Doc. 84) of undisputed material facts, and defendant Lee Blecher's motion (Doc. 92) for summary judgment and accompanying statement (Doc. 93) of undisputed material facts, and further upon consideration of plaintiff Bethany Ditzler's responsive statements (Docs. 98, 100, 102, 104) of material facts, and the court observing that, pursuant to Rule 56.1 of the Local Rules of Court, "[a] motion for summary judgment . . . shall be accompanied by a separate, short and concise statement of the material facts, in numbered paragraphs, as to which the moving party contends there is no genuine issue to be

tried," M.D. PA. L.R. 56.1, and that "papers opposing a motion for summary judgment shall include a separate, short and concise statement of material facts, responding to the numbered paragraphs" in the moving party's statement, id., and that "[s]tatements of material facts in support of, or in opposition to, a motion shall include references to the parts of the record that support the statements," id., but the court further observing that Rule 56.1 does not permit a non-moving party to file additional, non-responsive factual statements, see Farmer v. Decker, 353 F. Supp. 3d 342, 347 n.1 (M.D. Pa. 2018), and that the court may decline to consider or strike a additional, non-responsive counterstatements of fact, see Barber v. Subway, 131 F. Supp. 3d 321, 322 n.1 (M.D. Pa. 2015) and Rau v. Allstate Fire & Cas. Ins. Co., 793 F. App'x 84, 87 (3d Cir. 2019) (non-precedential), and it appearing that Ditzler's statements fail to comply with Rule 56.1 in that they either fail to "respond[] to the numbered paragraphs set forth [by the movant]," (Docs. 100, 102, 104) or add additional paragraphs not contemplated by Rule 56.1 (Docs. 98, 100, 102, 104), it is hereby ORDERED that:

1. The court will disregard all of Ditzler's counterstatements of material facts in her responses (Docs. 98, 100, 102, 104) of material fact.

2. Blecher's response (Doc. 117) to Ditzler's counterstatement (Doc. 98) of material facts is stricken.

3. By no later than May 16th, 2025, Ditzler shall show cause as to why her failure to respond (Doc. 100) to paragraphs 49-89 of Hall Ndlovu's statement (Doc. 84) of material facts, as well as her failure to respond (Docs. 102 & 104) to paragraphs 8-27 of UPMC Pinnacle Hospitals' statements (Docs. 79 & 91 Ex. A) should not be deemed as her admitting to those statements.

4. In the alternative to paragraph 3 above, Ditzler shall file amended responsive statements comporting to Rule 56.1 by responding only to each paragraph set forth in Hall Ndlovu's statement (Doc. 84) and UPMC Pinnacle Hospitals' statements (Docs. 79 & 91 Ex. A) of material facts and, if disputing a statement, citing to a specific part of the record to support such disagreement no later than May 16th, 2025.

5. In the event Ditzler files amended responsive statements, she may file amended briefs in opposition (original docs. 101, 103, & 105) with updated citations no later than May 16th, 2025.

6. Failure to file a response to the order to show cause, or amended responsive statements, shall be deemed as Ditzler admitting to all unopposed statement of facts by Hall Ndlovu and UPMC Pinnacle Hospitals.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania