UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>UPMC PINNACLE HOSPITALS,<br>BEVERLY A. HALL NDLOVU and<br>LEE BLECHER,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 1:21-CV-<br>:   01852-CCC<br>:<br>:   The Honorable Keli M. Neary<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS' JOINT MOTION
## FOR LEAVE TO FILE JOINT SUR REPLY

Defendants, UPMC Pinnacle, Beverly Ndlovu Hall, M.D., and Lee Blecher, M.D., by their attorneys, Burns White LLC, Marshall Dennehey, P.C. and Myers, Brier & Kelly, LLP, respectively, hereby submit the instant Joint Motion for Leave to File Joint Sur Reply and, in support thereof, aver as follows:

1. Pursuant to this Honorable Court's Order dated February 21, 2024 (Doc. 74), dispositive motions were timely filed by all Defendants, specifically, UPMC Pinnacle Hospitals' Motion for Partial Summary Judgment (Doc. 79), Joint Motion by UPMC Pinnacle Hospitals, Beverly Hall NdLovu, M.D. and Lee Blecher, M.D. for Partial Summary Judgment (Doc. 80), Beverly Hall NdLovu, M.D's

Motion for Summary Judgment (Doc 83) and Lee Blecher, M.D's Motion for Summary Judgment (Doc 92).

2. On April 16, 2025, this Honorable Court entered an Order (Doc. 121) finding that Plaintiff's responsive statements (Docs. 98, 100, 102, 104) failed to comply with Fed.R.Civ.P. 56.1.

3. Per this Order, Plaintiff was granted the opportunity to cure the non-compliance by filing amended responsive statements and amended briefs in opposition (original docs. 101, 103, 105) containing updated citations on or before May 16, 2025.

4. Plaintiff timely filed Amended Responsive Statements (Docs. 123, 125, 127 and Amended Briefs (Docs 122, 124, 126).

5. The April 16, 2025 Order does not address the opportunity for Defendants to file sur replies. (Doc. 121)

6. Having now reviewed Plaintiff's Amended Responsive Statements and briefs, Defendants believe that the filing of a succinct Joint Sur Reply will facilitate resolution of the various issued raised via their dispositive Motions.

7. If leave is granted pursuant to the instant Motion, counsel for Defendants can promptly file the Joint Sur Reply within ten (10) days.

WHEREFORE, Defendants, UPMC Pinnacle Hospitals, Beverly Ndlovu Hall, M.D., and Lee Blecher, M.D., respectfully request leave to file a Joint Sur Reply.

                                         **BURNS WHITE LLC**

                          By:   */s/ Marcy B. Tanker*
                                 Stuart T. O'Neal, Esquire
                                 PA I.D. No. 89097
                                 Marcy B. Tanker, Esquire
                                 PA I.D. No. 26276

                                 1001 Conshohocken State Road, STE 1-515
                                 West Conshohocken, PA 19428
                                 (484) 567-5700

                                 mbtanker@burnswhite.com
                                 Attorneys for Defendant,
                                 UPMC Pinnacle Hospitals

Dated: May 28, 2025