# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | CIV. NO. 1:21-cv-01852 |
| Plaintiff, | : | (Judge Neary) |
| v. | : | (Magistrate Judge Schwab) |
| PINNACLEHEALTH OBSTETRICS AND GYNECOLOGY SPECIALISTS, *et al.,* | : | |
| Defendants. | : | |

**ORDER**
October 7, 2025

Due to a scheduling conflict, **IT IS ORDERED** that the telephonic scheduling conference scheduled for November 17, 2025, at 10:30 a.m., is **RESCHEDULED** to **November 13, 2025, at 10:00 a.m.** Counsel for the plaintiff shall initiate the call to Chambers at (717) 221-3980, after all counsel are on the line and prepared to proceed, or provide a call-in number to the Court and opposing counsel. Counsel shall be prepared to discuss their respective settlement positions during the telephone call.

**IT IS ALSO ORDERED** that at least one week before the telephone call, the plaintiff shall send a written settlement demand to the defendants along with a brief explanation for why such a settlement is appropriate. **IT IS FURTHER ORDERED** that after receiving the plaintiff's written settlement demand and at

least two days before the telephone call, the defendants shall send a written offer to the plaintiff along with a brief explanation for why such a settlement is appropriate.

<u>**S/Susan E. Schwab**</u>
Susan E. Schwab
United States Magistrate Judge