

200 Corporate Center Drive, Suite 300, Camp Hill, PA 17011
(717) 651-3500  Fax (717) 651-3707

Direct Dial:  (717) 651-3704
Email:  mcmongiello@mdwcg.com

October 9, 2025

The Honorable Susan E. Schwab
United States Magistrate Judge
Middle District of Pennsylvania

    Re:    Bethany Ditzler v. Beverly A. Hall Ndlovu, et al.
           USDC – Middle District No. 1:21-cv-1852
           MDWCG File No. 03025-00629

Dear Magistrate Judge Schwab:

    I represent Defendant obstetrician, Beverly A. Hall Ndlovu, M.D. in the above-referenced matter.  I am in receipt of Your Honor's October 7, 2025 Order (Doc. 136) scheduling a preliminary telephone settlement conference with all counsel in the above-referenced matter for November 13, 2025 at 10:00 a.m.  For ease of reference, a copy of said Order is enclosed herewith.  On that date, I will be away on a family vacation and I am therefore unavailable to attend the conference.  With Your Honor's approval, however, I will ask my partner, Attorney John R. Ninosky, to attend the conference in my stead.  He will be fully prepared to participate.  Alternatively, should Your Honor prefer my personal attendance, I respectfully request that the conference be rescheduled to a different date (I will be away November 12-18, 2025).

    I will assume that Attorney Ninosky's attendance is acceptable to Your Honor unless I hear otherwise.  Thank you.

    Respectfully,

    Michael C. Mongiello

MCM:mhs
Attachment
cc:    Thomas F. Sacchetta, Esquire / Bruce H. MacKnight, Jr., Esquire
       Peter J. Faben, Esquire
       Stuart T. O'Neal, Esquire / Marcy B. Tanker, Esquire
       Frank J. Brier, Esquire / Nicholas F. Kravitz, Esquire
ioc:    John R. Ninosky, Esquire