UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:21-CV-01852 |
| | : | |
| v. | : | |
| | : | |
| UPMC PINNACLE HOSPITALS, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Cory C. Perry, Esquire as Co-Counsel on behalf of Defendant, UPMC Pinnacle Harrisburg in the above-captioned action.

Date: October 16, 2025

**BURNS WHITE LLC**

By: *(signature)*

Cory C. Perry, Esquire
(PA Id. No. 337069)
575 Pierce Street, Suite 202
Kingston, PA 18704
Tel: (570) 338-6100
Email: ccperry@burnswhite.com

Attorney for Defendant,
UPMC Pinnacle Harrisburg

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER, | : |
| Plaintiff, | : CIVIL ACTION NO. 1:21-CV-01852 |
| v. | : |
| UPMC PINNACLE HOSPITALS, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Cory C. Perry, Esquire, hereby certify that on this **16th day of October 2025** a true and correct copy of the foregoing **Entry of Appearance** was filed and served upon the following counsel via the Court's Electronic Filing System:

Thomas F. Sacchetta, Esquire
Bruce MacKnight, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
*Counsel for Plaintiff*

Frank J. Brier, Esquire
Nicholas F. Kravitz, Esquire
Suzanne P. Conaboy, Esquire
Frederick J. Lokuta, Esquire
Myers, Brief & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
*Counsel for Defendant,
Lee Blecher, M.D.*

1

Michael C. Mongiello, Esquire
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
*Counsel for Defendant,*
*Beverly Ndlovu Hall, M.D.*

                                     **BURNS WHITE LLC**

By: _____
        Cory C. Perry, Esquire
        (PA Id. No. 337069)
        575 Pierce Street, Suite 202
        Kingston, PA 18704
        Tel: (570) 338-6100
        Email: ccperry@burnswhite.com

        Attorney for Defendant,
        UPMC Pinnacle Harrisburg