## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER, | : |
| Plaintiff, | : CIVIL ACTION NO. 1:21-CV-01852 |
| v. | : |
| UPMC PINNACLE HOSPITALS, BEVERLY A. HALL NDLOVU and LEE BLECHER, | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Cory C. Perry, Esquire, only, as Co-Counsel on behalf of Defendant, UPMC Pinnacle Harrisburg in the above-captioned action.

Date: February 12, 2026

**BURNS WHITE LLC**

By: _____
Cory C. Perry, Esquire
(PA Id. No. 337069)
575 Pierce Street, Suite 202
Kingston, PA 18704
Tel: (570) 338-6100
Email: ccperry@burnswhite.com

Attorney for Defendant,
UPMC Pinnacle Harrisburg