## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY DITZLER, | : |
| | : |
| | : |
| Plaintiff, | :    CIVIL ACTION NO. 1:21-CV-01852 |
| | : |
| v. | : |
| | : |
| UPMC PINNACLE HOSPITALS, | : |
| BEVERLY A. HALL NDLOVU and | : |
| LEE BLECHER, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Cory C. Perry, Esquire, hereby certify that on this **12ᵗʰ day of February 2026** a true and correct copy of the foregoing **Withdrawal of Appearance** was filed and served upon the following counsel via the Court's Electronic Filing System:

Thomas F. Sacchetta, Esquire
Bruce MacKnight, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
tom@sbattorney.com
bruce@sbattorney.com
*Counsel for Plaintiff*

Frank J. Brier, Esquire
Nicholas F. Kravitz, Esquire
Suzanne P. Conaboy, Esquire
Frederick J. Lokuta, Esquire
Myers, Brief & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

1

fbrier@mbklaw.com,
nkravitz@mbklaw.com
sconaboy@mbklaw.com
flokuta@mbklaw.com
*Counsel for Defendant,*
*Lee Blecher, M.D.*

Peter Faben, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602
pfaben@barley.com
*Counsel for Defendants,*
*PinnacleHealth Obstetrics and Gynecology Specialists, Pinnacle*
*Health Medical Services and UPMC Pinnacle*

Michael C. Mongiello, Esquire
John R. Ninosky, Esquire
Karen E. Minehan, Esquire
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
mcmongiello@mdwcg.com
jninosky@mdwcg.com
keminehan@mdwcg.com
*Counsel for Defendant,*
*Beverly Ndlovu Hall, M.D.*

**BURNS WHITE LLC**

By: _____

Cory C. Perry, Esquire
(PA Id. No. 337069)
575 Pierce Street, Suite 202
Kingston, PA 18704
Tel: (570) 338-6100
Email: ccperry@burnswhite.com
Attorney for Defendant,
UPMC Pinnacle Harrisburg

2