# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY DITZLER, | : | |
|    Plaintiff | : | |
| | : | Civil Action No. 1:21-cv-01852-CCC |
| v. | : | |
| | : | |
| UPMC PINNACLE HOSPITALS, | : | The Honorable Keli M. Neary |
| BEVERLY A. HALL NDLOVU and | : | |
| LEE BLECHER, | : | |
|    Defendants | : | JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance for Defendant Beverly A. Hall Ndlovu in the above-captioned matter.

                              Respectfully Submitted,

                              MARSHALL DENNEHEY, P.C.

                              By: _____
                                  Michael C. Mongiello, Esquire
                                  PA I.D. No. 87532
                                  200 Corporate Center Drive, Suite 300
                                  Camp Hill, PA  17011
                                  Telephone: (717) 651-3704
                                  Email: mcmongiello@mdwcg.com

Date: February 18, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am this 18th day of February, 2026, serving a true and correct copy of the foregoing document upon all known counsel and parties of record via ECF notification, which service satisfies the requirements of the Federal Rules of Civil Procedure:

Thomas F. Sacchetta, Esquire
Bruce H. MacKnight, Jr., Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA  19063
tom@sbattorney.com
bruce@sbattorney.com
*Counsel for Plaintiff*

Frank J. Brier, Esquire
Nicholas F. Kravitz, Esquire
Fred J. Lokuta, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
fbrier@mbklaw.com
nkravitz@mbklaw.com
flokuta@mbklaw.com
*Counsel for Lee Blecher, M.D.*

Stuart T. O'Neal, Esquire
Marcy B. Tanker, Esquire
Burns White, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA  19428
stoneal@burnswhite.com
mbtanker@burnswhite.com
*Counsel for UPMC Pinnacle Hospitals*

Cory C. Perry, Esquire
Burns White, LLC
575 Pierce Street, Suite 202
Kingston, PA  18704
ccperry@burnswhite.com
*Co-Counsel for UPMC Pinnacle Hospitals*

MARSHALL DENNEHEY, P.C.

BY: _____
Michael C. Mongiello